B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|
| **IN RE** (Name of Debtor – If Individual: Last, First, Middle)<br><br>Rothstein Rosenfeldt Adler, P.A. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>EIN: 01-0587961 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Las Olas City Centre, 401 E. Las Olas Blvd. Ste 1650<br>Fort Lauderdale, FL | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Broward<br>ZIP CODE<br>FL 33301 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Law Firm |
|---|---|---|
| **VENUE**<br><br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | | **FILING FEE** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)                                                                    COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Rothstein Rosenfeldt

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signed]_  
Signature of Petitioner or Representative (State title)  
Roger Wittenberns  
Name of Petitioner   Date Signed 11/10/09

Name & Mailing Address of Individual Signing in Representative Capacity:  
101 Harborage  
Ft. Laud FL. 33316

x _[signed]_ 11/10/09  
Signature of Attorney   Date  
John H. Genovese, Esq. – Co-Counsel  
Name of Attorney Firm (If any)  
GJB, 100 SE 2nd Street, Ste 4400, Miami, FL 33131  
Address  
(305) 349-2300  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  
Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _[signed]_ 11-10-09  
Signature of Attorney   Date  
Jeffrey R. Sonn, Esq – Co-Counsel  
Name of Attorney Firm (If any)  
Sonn & Erez, PLC, 500 E Broward Blvd  
Ste 1600, Ft. Lauderdale, FL 33394  
Address  
(954) 763-4700  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  
Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____  
Signature of Attorney   Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Roger Wittenberns | Inv. Guaranteed by Firm | 300,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                        Case No.

ROTHSTEIN ROSENFELDT ADLER, P.A.,                             Involuntary Chapter 11 Proceeding

    Alleged Debtor.
_____/

### JOINDER OF ADDITIONAL PETITIONING
### CREDITOR TO INVOLUNTARY PETITION

1. Creditor, _Bonnie Barnett_ (hereinafter the "Joining Creditor"), hereby joins in the involuntary petition filed against Rothstein Rosenfeldt Adler, P.A. (hereinafter the "Alleged Debtor") on _____ pursuant to 11 U.S.C. § 303.

2. The Joining Creditor's claim totals _$500,000.00_. Such claim is unsecured, is not contingent and is not the subject of a bona fide dispute.

3. The Joining Creditor's claim is based upon _Investment in law firm (Debtor's) structured settlement, guaranteed by law firm._

**WHEREFORE**, the Joining Creditor respectfully requests this Honorable Court to enter an Order for Relief against the Alleged Debtor pursuant to 11 U.S.C. § 303 and for such other and further relief as the Court may deem just and proper.

The Joining Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of his/her/its knowledge, information and belief.

Dated: _11/10/09_           By: _[signature]_
                            [signature of petitioner]

                            _BONNIE BARNETT_
                            [printed name of petitioner or corporate representative

                            (state title)]

                            _c/o Sonn+Erez, PLC_
                            _500 E. Broward Blvd, Suite 1600_
                            _Fort Lauderdale, FL 33394_
                            [insert mailing address of petitioner]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                          Case No.

ROTHSTEIN ROSENFELDT ADLER, P.A.,               Involuntary Chapter 11 Proceeding

    Alleged Debtor.
_____/

## JOINDER OF ADDITIONAL PETITIONING CREDITOR TO INVOLUNTARY PETITION

1. Creditor, _ARAN Development Inc_ (hereinafter the "Joining Creditor"), hereby joins in the involuntary petition filed against Rothstein Rosenfeldt Adler, P.A. (hereinafter the "Alleged Debtor") on _____ pursuant to 11 U.S.C. § 303.

2. The Joining Creditor's claim totals _$345,000_. Such claim is unsecured, is not contingent and is not the subject of a bona fide dispute.

3. The Joining Creditor's claim is based upon _Investment in Law Firm's structured settlement, guaranteed by Law firm_.

**WHEREFORE**, the Joining Creditor respectfully requests this Honorable Court to enter an Order for Relief against the Alleged Debtor pursuant to 11 U.S.C. § 303 and for such other and further relief as the Court may deem just and proper.

The Joining Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of his/her/its knowledge, information and belief.

Dated: _November 10, 2009_ By: _____
                                [signature of petitioner]

                                _Keirin Shanahan, Pres._
                                [printed name of petitioner or corporate representative
                                (state title)]

                                _Aran Development Inc._
                                _c/o Sonn & Erez PLC_
                                _500 E. Broward Blvd #1600_
                                _Fort Lauderdale, FL 33394_
                                [insert mailing address of petitioner]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                             Case No.

ROTHSTEIN ROSENFELDT ADLER, P.A.,          Involuntary Chapter 11 Proceeding

    Alleged Debtor.
_____/

### JOINDER OF ADDITIONAL PETITIONING CREDITOR TO INVOLUNTARY PETITION

1. Creditor, __Universal Legal__ (hereinafter the "Joining Creditor"), hereby joins in the involuntary petition filed against Rothstein Rosenfeldt Adler, P.A. (hereinafter the "Alleged Debtor") on __November 10, 2009__ pursuant to 11 U.S.C. § 303.

2. The Joining Creditor's claim totals __$7,800.__ Such claim is unsecured, is not contingent and is not the subject of a bona fide dispute.

3. The Joining Creditor's claim is based upon __Staffing/Recruitment Services__.

**WHEREFORE**, the Joining Creditor respectfully requests this Honorable Court to enter an Order for Relief against the Alleged Debtor pursuant to 11 U.S.C. § 303 and for such other and further relief as the Court may deem just and proper.

The Joining Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of his/her/its knowledge, information and belief.

Dated: __November 10, 2009__          By: _____
                                              [signature of petitioner]

                                      __David Welch - President__
                                      [printed name of petitioner or corporate representative
                                      (state title)]

                                      __888 East Las Olas Blvd Suite 508__
                                      __Fort Lauderdale, FL  33301__

                                      [insert mailing address of petitioner]