UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                    Case No. 09-34791 (RBR)

ROTHSTEIN ROSENFELDT ADLER, P.A.,         Involuntary Chapter 11 Proceeding

    Alleged Debtor.
_____/

## JOINDER OF ADDITIONAL PETITIONING CREDITOR TO INVOLUNTARY PETITION

1. Creditors, Ricardo Martinez, Camilo Manrique, Pharon Development Assets, Inc., Blue Oaks Limited (collectively, the "Joining Creditor"), hereby join in the involuntary petition filed against Rothstein Rosenfeldt Adler, P.A. (hereinafter the "Alleged Debtor") on November 10, 2009 pursuant to 11 U.S.C. § 303.

2. The Joining Creditors' claim totals $1,400,000.00. Such claim is unsecured, is not contingent and is not the subject of a bona fide dispute.

3. The Joining Creditors' claim is based upon monies deposited into the escrow account of Rothstein Rosenfeldt Adler, P.A. and utilized by the firm to pay various operating expenses without authorization or consent.

**WHEREFORE**, the Joining Creditors respectfully request this Honorable Court to enter an Order for Relief against the Alleged Debtor pursuant to 11 U.S.C. § 303 and for such other and further relief as the Court may deem just and proper.

The Joining Creditors declare under penalty of perjury that the foregoing is true and correct according to the best of his/her/its knowledge, information and belief.

Dated: 11-12-09        By: _____
                          Marianella Morales, Authorized Agent for
                          Joining Creditors pursuant to power of attorney
                          Avenida Francisco de Miranda
                          Torre Provincial "A"
                          Piso 8
                          Caracas, Venezuela 1060