ORDERED in the Southern District of Florida on 11/20/09



Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,

CASE NO.: 09-34791-RBR
CHAPTER 11

_____Alleged Debtor._____/

## ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

This matter came before the Court on November 20, 2009, at 9:30 a.m. upon the Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee and Objection to Retention of Chief Restructuring Officer (the "Motion") (**DE# 8**). The Court considering the facts of this case and the content of the Motion, having heard presentation of counsel, and as further stated on the record, it is:

**ORDERED**, that the Motion is **GRANTED.** The United States Trustee is directed to appoint a Chapter 11 Trustee in this Involuntary Chapter 11 case with the powers and duties set forth under section 1106(a) of the Bankruptcy Code, as well as, the authority to consent to the entry of an Order for Relief.

### #

Submitted by:

Steven D. Schneiderman, Esq
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 S.W. First Avenue
Suite 1204
Miami, Florida  33130
Telephone (305) 536-7285
Facsimile  (305) 536-7360
steven.d.schneidermanl@usdoj.gov

**ALL CREDITORS AND PARTIES IN INTEREST <u>(BY CLERK'S OFFICE)</u>**