UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,

CASE NO.: 09-34791-RBR
CHAPTER 11

Alleged Debtor. /

**APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND**

Pursuant to the Order of this Court directing the United States Trustee to appoint a Chapter 11 Trustee, the United States Trustee hereby appoints the following person Chapter 11 Trustee:

Herbert Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131
786-493-5734

The initial bond is hereby fixed in the amount of: Five Million Seven Hundred Thousand Dollars and 00/100 ($5,700,000.00).

This appointment is made the 20th day of November, 2009.

Donald F. Walton
United States Trustee, Region 21

/s/
Steven R. Turner, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130
(305) 536-7285
(305) 536-7360