IN THE BANKRUPTCY COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                CASE NO. 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,

        Debtor.

_____/

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on

behalf of Creditor BLUE CAPITAL US EAST COAST PROPERTIES, L.P., and requests that all parties take

notice of this appearance and forward copies of all further notices, motions, pleadings, orders and the like

to the undersigned at the address listed below.  The undersigned further requests that the Clerk of the Court

place the name and address of the undersigned counsel on the mailing matrix in this matter.

## CERTIFICATE OF COMPLIANCE

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern
District of Florida and I am in compliance with the additional qualifications to practice in this court.

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy was electronically filed with the Court using the
CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, to wit:
JOHN H. GENOVESE, ESQ.,  100 S.E. 2 Street, 44th Floor, Miami, FL 33131; JOHN R. SONN, ESQ.,  500
East Broward Boulevard, #1600, Ft. Lauderdale, FL 33394; UNIVERSAL LEGAL, Petitioning Creditor, 888
E. Las Olas Boulevard, #508, Ft. Lauderdale, FL 33301; BLUE OAKS LIMITED, Petitioning Creditor, c/o
Marianella Morales, Avenida Francisco de Miranda, Torre Provincial "A" Piso 8, Caracas 1060, Venezuela;
PHARON DEVELOPMENT ASSETS, INC., Petitioning Creditor, c/o Marianella Morales, Avenida Francisco
de Miranda, Torre Provincial "A" Piso 8, Caracas 1060, Venezuela;  CAMILO MANRIQUE, Petitioning
Creditor, c/o Marianella Morales, Avenida Francisco de Miranda, Torre Provincial "A" Piso 8, Caracas 1060,
Venezuela; RICARDO MARTINEZ, Petitioning Creditor, c/o Marianella Morales, Avenida Francisco de
Miranda, Torre Provincial "A" Piso 8, Caracas 1060, Venezuela; STEVEN D. SCHNEIDERMANN,ESQ.,
Office of the U.S. Trustee, 51 S.W. 1 Avenue, #1204, Miami, FL 33130 and U.S. TRUSTEE, Office of the
U.S. Trustee, 51 S.W. 1 Avenue, #1204, Miami, FL 33130 and by mail on: ROTHSTEIN ROSENFELDT
ADLER, P.A., Debtor, Las Olas City Centre, 401 E. Las Olas Boulevard, #1650, Ft. Lauderdale, FL 33301,
this 23rd day of November, 2009.

                                        **ROTH & SCHOLL**
                                        **Attorneys for Creditor**
                                        **BLUE CAPITAL US EAST COAST PROPERTIES, L.P.**
                                        **866 South Dixie Highway**
                                        **Coral Gables, FL  33146**
                                        **Telephone: (305) 662-4141**


                                        **BY:     /s/ Jeffrey C. Roth**
                                        **JEFFREY C. ROTH**
                                        Florida Bar No. 331562