UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]        INVOLUNTARY CHAPTER 11

      Alleged Debtor.

_____/

**CHAPTER 11 TRUSTEE'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF
RICHARD A. POLLACK AND THE ACCOUNTING FIRM OF BERKOWITZ DICK POLLACK
& BRANT AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE**

Herbert Stettin, Chapter 11 Trustee ("Trustee") for Rothstein Rosenfeldt Adler, P.A. ("RRA"

or "Alleged Debtor"), by and through proposed undersigned counsel, pursuant to 11 U.S.C. § 327(a),

Bankruptcy Rule 2014 and Local Rule 2014-1, applies to this Court for approval of the employment

of Richard A. Pollack and The Accounting Firm of Berkowitz Dick Pollack & Brant (the

"Applicant"), as accountants and financial advisors to the Trustee, and states:

**Introduction**

1.      On November 10, 2009 (the "Petition Date"), Roger Wittenberns, Bonnie Barnett,

Aran Development, Inc. and Universal Legal (collectively, the "Petitioning Creditors") filed an

involuntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code")

in this Court.

2.      On November 20, 2009, Herbert Stettin was appointed as the Chapter 11 Trustee of

the Alleged Debtor (DE #35).

---

1 The address and last four digits of the taxpayer identification number of the Alleged Debtor, Rothstein Rosenfeldt
Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).

3.      As of the date hereof, no creditors' committee has been appointed in this case.

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5.      The statutory predicates for the relief sought herein are §§ 327 and 328 of the Bankruptcy Code and Rules 2014, 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Relief Requested

6.      The Trustee seeks authorization from the Court to employ the Applicant as accountants and financial advisors in this case.  The Trustee requires the Applicant's assistance in this case to provide necessary services which include, but are not limited to, forensic consulting services including; investigatory accounting services; reconstruction of accounting records; assistance with the accounting aspects of potential legal actions; and tax considerations.  Such services are necessary and the Trustee submits that the employment of the Applicant would be in the best interest of the estate.

7.      The Applicant is well qualified to provide professional advice to the Trustee.  The Trustee seeks authority to employ the Applicant in this case.

8.      The Trustee submits, based upon the Applicant's attached declaration, annexed hereto as **Exhibit A**, that the Applicant does not hold or represent any interest adverse to the estate and that the Applicant is "disinterested" as that term is defined in 11 U.S.C. § 101(14).

9.      At this time, it is not possible to estimate the amount of time that will be required to perform the services referred to herein and, accordingly, it is not possible to estimate the total cost thereof.  The Trustee has agreed to compensate the Applicant for the work described above on an

hourly rate commensurate with the experience of the person performing such services and customarily charged by the Applicant as follows:

| Staff | Hourly Rates |
|---|---|
| Richard A. Pollack | $400.00 |
| Other Directors & Associate Directors | $310.00 - $400.00 |
| Managers | $250.00 - $310.00 |
| Supervisors | $155.00 - $240.00 |
| Seniors & Staff | $100.00 - $150.00 |
| Paraprofessionals | $ 75.00 - $100.00 |

10.    The above hourly rates are subject to periodic adjustments to reflect economic and other conditions.  The rates charged by each Applicant professional differ based on, among other things, such professional's level of experience and rates normally charged in the location of the office in which such professional is a resident.   Accordingly, Applicant requests that the aforementioned rates be revised to the regular hourly rates that will be in effect at that time.  Changes in regular hourly rates will be noted on the invoices for the first time period in which the revised rates become effective.

11.    In addition to compensation for professional services rendered by their personnel, Applicant will seek reimbursement for reasonable and necessary expenses incurred in connection with the above-captioned case, including, without limitation, travel expenses, long distance telephone calls, duplication and messenger services. The fees charged in this case are the same as those charged for services outside of bankruptcy.

3

12.     The Applicant has requested, and subject to Court approval the Trustee shall pay, a retainer of $50,000 to be held by the Applicant and applied towards the Court approved fees and expenses.

13.     All compensation shall be subject to application and a hearing pursuant to §§ 330 and 331 of the Bankruptcy Code.

**WHEREFORE**, the Trustee respectfully requests this Court to enter and order (i) authorizing the employment of Richard A. Pollack and The Accounting Firm of Berkowitz Dick Pollack & Brant as accountants and financial advisors to provide forensic consulting services; and (ii) granting any other relief as this Court deems appropriate.

Dated:  November 24, 2009.

Respectfully Submitted,

By:_____
Herbert Stettin, Chapter 11 Trustee of
Rothstein Rosenfeldt Adler, P.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Regular U.S. Mail, postage prepaid, fax, email and/or overnight delivery upon all parties on the attached Service List this 24th day of November, 2009.

> BERGER SINGERMAN, P.A.
> Proposed Attorneys for Chapter 11 Trustee
> 200 S. Biscayne Blvd., Ste. 1000
> Miami, FL 33131
> Telephone: (305) 755-9500
> Facsimile: (305) 714-4340
>
> By: _/s/ Jordi Guso_____
>        Paul Steven Singerman
>        singerman@bergersingerman.com
>        Florida Bar No. 378860
>        Jordi Guso
>        jguso@bergersingerman.com
>        Florida Bar No. 0863580
>        Isaac Marcushamer
>        imarcushamer@bergersingerman.com
>        Florida Bar No. 0060373

5

**EXHIBIT A**
**Declaration**

2436454-3

## SERVICE LIST
## CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA FEDEX)**

John H. Genovese, Esq. **(VIA CM/ECF)**
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street
Suite 4400
Miami, Florida 33131
Phone: (305) 349-2300
Fax (305) 349-2310

Kendall Coffey, Esq.
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131

John G. Bianco, Esq. **(VIA CM/ECF)**
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com

Alison W. Leht
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
Phone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

Stuart A. Rosenfeldt, Esq.
Rothstein Rosenfeldt Adler, PA
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
srosenfeldt@rra-law.com

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida  33394
Phone: (954) 763-4700
Fax (954) 763-1866
jsonn@sonnerez.com

Office of the US Trustee **(VIA CM/ECF)**
51 Southwest First Avenue
Suite 1204
Miami, Florida  33130

Thomas Tew, Esquire
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com

2441794-1

Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: 954-462-5500
bs@conradscherer.com

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
Tel: 954.4677900
Fax: 954.4671024
mseese@hinshawlaw.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL 33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406
**(Via Fedex)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl 33130
Fax: (305) 530-7139
**(Via Fedex)**

Grant J. Smith, Esq.
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
gsmith@rra-law.com

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via Fedex)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC 20530-0001
**(Via Fedex)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl 33132
**(Via Fedex)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**(Via Fedex)**

William George Salim, Jr. **(VIA CM/ECF)**
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
Tel: 954.491-2000
Fax: 954.4912051

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Tel: 954-607-4000
Anthony.gruppo@usi.biz

Marc Nurik, Esq.
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
mnurik@rra-law.com

2441794-1                                          2

BAST AMRON LLP **(VIA CM/ECF)**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
bamron@bastamron.com
jbast@bastamron.com

Mark Bloom, Esq.
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
T 305.579.0500
F 305.579.0717
bloomm@gtlaw.com

Robert D. Critton, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com

Roth & Scholl
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
Telephone: (305) 662-4141
jeff@rothandscholl.com

2441794-1                                          3

6

**EXHIBIT A**
**Declaration**

2436454-3

6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                   CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]          INVOLUNTARY CHAPTER 11

        Alleged Debtor.

_____/

**DECLARATION OF RICHARD A. POLLACK ON BEHALF
OF BERKOWITZ DICK POLLACK & BRANT AS PROPOSED
ACCOUNTANTS AND FINANCIAL ADVISORS TO CHAPTER 11 TRUSTEE**

        1.      I am a certified public accountant and financial consultant admitted to practice in

the State of Florida and am a principal of Berkowitz Dick Pollack & Brant (the "Firm" or

"BDPB"), having its principal place of business at 200 South Biscayne Blvd, Sixth Floor, Miami,

Florida 33131.

        2.      This Declaration is prepared in support of the Application for Approval of

Employment of Richard A. Pollack and The Accounting Firm of Berkowitz Dick Pollack &

Brant as Accountants and Financial Advisors to the Chapter 11 Trustee.

        3.      The Trustee proposes to have the Firm provide forensic consulting services

including, among other things:

        a.      Investigatory accounting services;

        b.      Reconstruction of accounting records;

        c.      Assistance with the accounting aspects of potential legal actions; and

        d.      Tax considerations

---

[1] The address and last four digits of the taxpayer identification number of the Alleged Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).

2436608-3                                   1

4.      To the best of my knowledge, after conducting a conflict of interest inquiry within our firm, neither the Firm nor I represent any interest adverse to the Alleged Debtor or the applicable estates with respect to the matters upon which we are to be engaged.  To the best of my knowledge, the Firm and I are disinterested persons as required by 11 U.S.C. § 101(14).

5.      BDPB was employed pre-petition as the State Court Receiver's accounting firm. Other than disclosed herein, the Firm does not have any connections with the Alleged Debtor, creditors, any other parties in interest, their respective attorneys, the U.S. Trustee, or any person employed by the office of the U.S. Trustee.

6.      There is no agreement of any nature, other than the internal agreement of our firm, as to the sharing of any compensation to be paid to the firm.  No promises have been received by BDPB nor any member, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

7.      No professional of BDPB holds a direct or indirect equity interest in the Alleged Debtor, including stock or stock warrants, or has a right to acquire such an interest.

8.      No professional of BDPB is or has served as an officer, director or employee of the Alleged Debtor within two years before the Petition Date.

9.      No professional of BDPB is in control of the Alleged Debtor or is a relative of a general partner, director, officer or person in control of the Alleged Debtor.

10.      No professional of BDPB is a general or limited partner of a partnership in which the Alleged Debtor is also a general or limited partner.

11.      No professional of BDPB has any other interest, direct or indirect, that may be affected by the proposed engagement.

2436608-3                                                    2

12.     Except as forth herein, no professional of BDPB has had or presently has any material connection with the Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States trustee, on any matters in which BDPB is to be engaged, except that I, BDPB, and our professionals (i) may have provided services in the past, and may provide services in the future, in other cases or matters in which one or more of said parties may be involved; and (ii) may provide services or may have provided services to certain of the Debtor's creditors in matters unrelated to this case.

13.     On November 4, 2009, Herbert Stettin, as Receiver for the Debtor, engaged the Applicant as his forensic accountant and financial advisor.  Between November 4, 2009 and November 10, 2009, the Applicant expended $68,245.00 in fees and $0.00 in expenses, in connection with its services on behalf of the Receiver.  Payment of the foregoing fees and expenses is subject to has been authorized by this Court, subject to approval by the State Court [D.E. 10].

14.     We have received a retainer in respect of our chapter 11 work for the Trustee in the amount of $50,000.

15.     This concludes my Declaration.

<u>28 U.S.C 1746 Declaration</u>

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 24, 2009.

_____
RICHARD A. POLLACK

2436608-2                                            3