AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
FUNDS HELD IN ACCOUNTS AT TD BANK, N.A. IN ) Case No. 09-6465-SNOW
THE NAME OF ROTHSTEIN ROSENFELDT AND )
ADLER, PA )

## WARRANT TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____SOUTHERN_____ District of _____FLORIDA_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
ALL FUNDS HELD IN THE ACCOUNTS DESCRIBED IN ATTACHMENT A TO THIS WARRANT WHICH ARE MAINTAINED AT TD BANK, N.A., A NATIONAL BANKING ASSOCIATION, IN THE NAME ROTHSTEIN ROSENFELDT AND ADLER, PA

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before Nov. 21, 2009
*(Not to exceed 10 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ on duty _____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____

Date and time issued: Nov. 11, 2009
4:35 P.M.                                     _____
                                              Judge's signature

City and state: FORT LAUDERDALE, FLORIDA      LURANA S. SNOW
                                              *Printed name and title*

EXHIBIT 2

| ATTACHMENT A | |
|---|---|
| Account No. | Account Name |
| 6860420923 | IOTA/Rothstein Rosenfeldt Adler PA Attorney Trust Account #3 |
| 6860291274 | Rothstein Rosenfeldt Adler PA Operating Account |
| 6860423489 | IOTA Rothstein Rosenfeldt Adler PA Attorney Trust Account 2 |
| 6860291258 | IOTA/Rothstein Rosenfeldt Adler PA Attorney Trust Account |
| 6860699146 | IOTA/Rothstein Rosenfeldt Adler PA Attorney Trust Account |
| 6860755104 | IOTA/Rothstein Rosenfeldt Adler PA Attorney Trust Account |
| 6860755369 | IOTA/Rothstein Rosenfeldt Adler PA Attorney Trust Account RRA - L |
| 6860755112 | IOTA/Rothstein Rosenfeldt Adler PA Attorney Trust Account RRA  M |
| 6861076906 | IOTA/Rothstein Rosenfeldt Adler PA Attorney Trust Account RRA  S |
| 6861076922 | Rothstein Rosenfeldt Adler PA BIF Account |
| 6861076930 | Rothstein Rosenfeldt Adler PA RL Pearson Acct |
| 6861077714 | Rothstein Rosenfeldt Adler PA |
| 6861077193 | Rothstein Rosenfeldt Adler PA |
| 6861011614 | Rothstein Rosenfeldt Adler PA |
| 6861011556 | Rothstein Rosenfeldt Adler PA |
| 6861011622 | Rothstein Rosenfeldt Adler PA RRA - EC |
| 6861255567 | Rothstein Rosenfeldt Adler PA |
| 4245221348 | Rothstein Rosenfeldt Adler PA IOLTA Trust Account RRA-FP |
| 4245221356 | Rothstein Rosenfeldt Adler PA IOLTA Trust Account RRA-40 |
| 4245221364 | Rothstein Rosenfeldt Adler PA IOLTA Trust Account RRA-CW |