AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>FUNDS HELD IN ACCOUNTS MAINTAINED AT TD<br>BANK, N.A. AS DESCRIBED IN ATTACHMENT A | )<br>)<br>)   Case No. 09-6468-SNOW<br>)<br>) |

## WARRANT TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ SOUTHERN _____ District of _____ FLORIDA _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
FUNDS HELD IN ACCOUNTS MAINTAINED AT TD BANK, N.A. A NATIONAL BANKING ASSOCIATION, IN THE NAMES OF SCOTT W. ROTHSTEIN AND/OR ROTHSTEIN ROSENFELDT AND ADLER, PA AND/OR OVER WHICH SCOTT W. ROTHSTEIN HAS SIGNATURE AUTHORITY AS MORE FULLY DESCRIBED IN ATTACHMENT A TO THIS WARRANT

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____
*(Not to exceed 10 days)*

☑ in the daytime — 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ ON DUTY _____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____

Date and time issued: Nov. 12, 2009 4:35 P.M.        _____
Judge's signature

City and state:  FORT LAUDERDALE, FLORIDA        LURANA S. SNOW
Printed name and title

EXHIBIT
3
Blumberg No. 5208

## ATTACHMENT A

| Account Number | Account Name | Account Type |
|---|---|---|
| 4245220324 | Rothstein, Rosenfeldt & Adler, PA Trust 22 BFL | BFL Trust Account |
| 4245220332 | Rothstein, Rosenfeldt & Adler, PA Operating VZ | |
| 6860291266 | Rothstein, Rosenfeldt & Adler, PA | Merchant Account |
| 6860755328 | Rothstein, Rosenfeldt & Adler, PA Operating Petty Cash | Expense Account |
| 6860755344 | Rothstein, Rosenfeldt & Adler, PA Trust 6 | Attorney Trust Account RRA-R |
| 6860755757 | RRA Sports and Entertainment LLC | Operating |
| 6860755765 | RRA Sports and Entertainment LLC | Payroll |
| 6860755773 | RRA Sports and Entertainment LLC | Expense |
| 6860755419 | RRA Goal Line Management LLC | Expense Account |
| 6860755450 | RRA Goal Line Management LLC | Payroll |
| 6860755781 | RRA Goal Line Management LLC | Operating Account |
| 6860422200 | DJB Financial Holding LLC | |
| 6861077706 | PRCH LLC | |
| 6861255518 | The BOVA Group LLC | |
| 6860421541 | Scott W. Rothstein | |
| 6860421558 | Scott W. Rothstein | |
| 6860849238 | Scott W. Rothstein/Kimberly Ann Rothstein | |

AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*