

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

99 N.E. 4 Street
Miami, FL 33132
(305) 961-9000

November 20, 2009

VIA ELECTRONIC MAIL

Jon L. Swergold, Esq.
Greenberg Traurig, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
swergoldj@gtlaw.com

VIA ELECTRONIC MAIL

Steven D. Schneiderman, Esq.
Office of the United States Trustee
51 SW 1st Avenue, Suite 1204
Miami, Florida 33130
Steven.d.schneiderman@usdoj.gov

VIA ELECTRONIC MAIL

Theresa M.B. Van Vliet, Esq.
Genovese Joblove and Batista, P.A.
200 East Broward Boulevard, Suite 1110
Fort Lauderdale, Florida FL 33301
vanvliet@gjb-law.com

VIA ELECTRONIC MAIL

Jordi Guso, Esq.
Charles H. Lichtman, Esq.
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Jguso@bergersingerman.com

Dear Attorneys Swergold, Schneiderman, Van Vliet and Guso:

By letter dated November 18, 2009, Greenberg Traurig, on behalf of TD Bank, N.A., sent a letter regarding the seizure warrants issued on November 11 and 12, 2009 with respect to certain accounts at TD Bank, N.A. [Warrant 09-6465-SNOW and Warrant 09-6468-SNOW]. In that letter, Greenberg Traurig advised of its intention to file an interpleader action as an adversary proceeding in the Bankruptcy Case [09-34791-RBR] on Monday, November 23, 2009 should it not receive direction with respect to Warrant 09-6465-SNOW and Warrant 09-6468-SNOW.

Please be advised that: (1) although TD Bank, N.A., has at all times stood ready to comply with the duly executed warrants; and (2) although the United States disputes the position that compliance with the warrants by TD Bank, N.A. would violate the automatic stay; due to certain considerations, the United States is NOT seeking compliance by TD Bank, N.A. with either Warrant 09-6465-SNOW or Warrant 09-6468-SNOW with respect to any of the accounts named in the warrants. The United States will advise Judge Snow of same.



EXHIBIT 4

Even though the United States is not pursuing these accounts through the indicated warrants, the United States, by this "release," does not waive any future rights or interest it may have, under any statute, with respect to the indicated accounts.

Please feel free to contact the undersigned attorney at (305) 961-9176, for assistance with, or further discussion about, this matter.

                                         Sincerely yours,

                                         JEFFREY H. SLOMAN
                                         ACTING UNITED STATES ATTORNEY

                            By:    ALISON W. LEHR
                                  Assistant United States Attorney

cc:    Mark Schnapp, Esq.
        schnappm@gtlaw.com

        Glenn E. Goldstein, Esq.
        Goldsteing@gtlaw.com