

# KRINZMAN HUSS & LUBETSKY
## Attorneys at Law

800 BRICKELL AVENUE
SUITE 1501
MIAMI, FLORIDA 33131
TELEPHONE 305.854.9700
FACSIMILE 305.854.0508

PLEASE REPLY TO: FORT LAUDERDALE

BANKUNITED CENTER, SUITE 202
800 SOUTHEAST 3RD AVENUE
FORT LAUDERDALE, FLORIDA 33316
TELEPHONE 954.761.3454
FACSIMILE 954.761.3484

November 9, 2009

**VIA U.S. MAIL & FACSIMILE (207-828-7188)**

TD Bank, N.A.
Legal Department ME 089 35
P.O. Box 9540
Two Portland Square
Portland, ME 04112-9540

RE: Demand for Immediate Return of $2,160,000.00 provided by Todd D. Snyder/Tech-Optics, Inc. and currently held in **TD Bank Account No. 6860420923**

To Whom it May Concern:

This law firm represents Todd D. Snyder, both individually and in his representative capacity on behalf of Tech-Optics, Inc. Mr. Snyder is the President and sole corporate officer of Tech-Optics, Inc., a Florida corporation.

My client demands immediate return of his Two Million One Hundred Sixty Thousand and 00/100 Dollars ($2,160,000.00), which are currently being held in **TD Bank Account No. 6860420923**. At the time the funds were transferred to TD Bank, it was my client's understanding that the $2,160,000.00 were being provided to an IOTA trust account of the law firm of Rothstein-Rosenfeldt Adler, P.A. ("RRA"). At the direction of Scott Rothstein, Esq., my client wire-transferred the funds to **TD Bank Account No. 6860420923** in two (2) separate installments of $1,410,000.00 and $750,000.00. Copies of documents evidencing the wire transfers are enclosed for your reference.

However, my client withdrew his offers to participate in the investment prior to any agreements being signed by both my client and an authorized representative of RRA.

In the event TD Bank is unwilling to return the $2,160,000.00 to my client, you are instructed to place a hold on such funds, and not release them to any other party until a Court of competent jurisdiction declares the rightful owner of the funds.

Irrespective of your bank's decision regarding the funds at issue, if the $2,160,000.00 is not returned to my client by 5:00 p.m. (EST) on Wednesday, November 11, 2009, my client will have no other recourse but to avail himself of all legal and equitable rights and remedies.



EXHIBIT 7

TD Bank, N.A.
Legal Department
November 9, 2009

Please govern yourself accordingly.

Respectfully Submitted,

Cary A. Lubetsky, Esq.

CAL:jjs
Enclosures
cc: Mr. Todd D. Snyder, Tech-Optics, Inc.



**TECH-OPTICS**

## BANK WIRE AUTHORIZATION

DATE: 10/23/09

ATTN:  WIRE DEPARTMENT
       1ST NATIONAL BANK OF HOMESTEAD
       FAX NO: 305-248-1090

PLEASE MAKE THE FOLLOWING WIRE TRANSFER:

FROM:      TECH-OPTICS, INC.
           1ST NATIONAL BANK OF HOMESTEAD
           PERRINE, FL  33157

ACCOUNT:   6051 369.2

AMOUNT:    $1,410,000.00

TO:        TD Bank
           6000 Atrium Way
           Mount Laurel, NJ 08054

For Credit to: Rothstein Rosenfeldt Adler FBO Todd Snyder
               401 E Las Olas Blvd
               Ft. Lauderdale, FL

Account No.:  6860420923

Routing No:   067014822

THANK YOU,

TODD SNYDER

Tech-Optics • 2829 Bird Avenue, PMB 112 • Coconut Grove, Florida 33133 • (305) 256-8302 • Fax (305) 256-9901

11/09/2009  11:47    9547613484          KRINZMAN HUSS LUBETK                PAGE  05/05

☒003/003

10/23/2009 FRI 11:17  FAX

## Letter of Authorization

Account Number: 1582-6444

Frequency
☒ One Time
☐ Permanent Record for All Disbursements

Transfers:
Please transfer the following assets into account number _____

Cash: $ _____

Securities
Quantity          Description    OCT 2 5 2009    Cusip
                  Reviewed By Davis Stone

Domestic Wires: $ 4,750,000.00  Rothstein Rosenfeldt Adler FBO Todd Snyder
Client Bank Acct Registration: Rothstein Rosenfeldt Adler FBO Todd Snyder
Client Bank Account Number: 6860420923
Bank Name: TD Bank                Bank ABA/Routing Number: 067014822
Bank Address: 6000 Atrium Way     Bank City/State/Country: Mount Laurel, NJ 08054

Intermediary Bank Acct Registration: *_____
Intermediary Bank Acct Number: *_____

Foreign Wires: $ _____
Client Bank Acct Registration: _____
Client Bank Account Number: _____
Foreign Bank Name: _____    Swift Code: _____
Bank Address: _____         Bank City, State, Country: _____
US Intermediary Bank Name: ** _____
US Intermediary Bank ABA/Routing Number: ** _____

Signatures: Registered Owner(s) of account must sign below

[signature]                          10/23/09
                                     Date
_____              _____
                                     Date
_____              _____
                                     Date
_____              _____
                                     Date

*If necessary
**Required

Cleared Through LEGENT CLEARING • 9300 Underwood Avenue, Suite 400 • Omaha, NE 68114 • 402-384-6101
www.legentclearing.com • Member FINRA & SIPC

L032 - 10/09