UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    CASE NO.: 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,          CHAPTER 11

    Debtors.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 2002, the undersigned hereby files this appearance on behalf of Creditor, EMESS CAPITAL, LLC., a party in interest in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, the undersigned hereby requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the offices, facsimile numbers, and e-mail address as follows:

Bruce A. Katzen, Esq.
**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
Attorneys for Creditor, Emess Capital, LLC.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305 379-3428
Email: bkatzen@klugerkaplan.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without

limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect any rights or interests of a party in interest with respect to the above captioned debtor or any property or proceeds in which the Debtor may claim an interest. <u>Please add the foregoing to such mailing matrix as may be used for all purposes in this case.</u>

**PLEASE TAKE FURTHER NOTICE**, that, this Notice of Appearance and Request for Service of Notices and Documents or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of: (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[This space intentionally left blank]

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000

CASE NO.: 09-34791-RBR

Respectfully submitted,

KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
*Attorneys for Creditor, Emess Capital, LLC*
201 S. Biscayne Blvd., Suite 1700
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: s/Bruce A. Katzen
    Bruce A. Katzen
    Florida Bar No. 435627
    bkatzen@klugerkaplan.com
    Michael T. Landen
    Fla. Bar No. 161144
    mlanden@kpkb.com
    Jeffrey M. Berman
    Florida Bar No. 0014979
    jberman@klugerkaplan.com

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: s/ Jeffrey M. Berman
    Jeffrey M. Berman

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 10, 2009, I electronically filed the foregoing document via the CM/ECF system. I also certify that the foregoing document is being served via Notice of Electronic Filing or via U.S. Mail on this 10th day of December, 2009 to all persons listed on the attached Service List.

By: s/ Jeffrey M. Berman
    Jeffrey M. Berman

## SERVICE LIST

1   **Electronic notification to:**

    a.    Brett M Amron bamron@bastamron.com
    b.    Jeffrey Bast jbast@bastamron.com
    c.    John G. Bianco III jgb@trippscott.com
    d.    Mark D Bloom bloomm@gtlaw.com
    e.    Francis L. Carter flc@katzbarron.com
    f.    David C. Cimo dcimo@gjb-law.com
    g.    John H Genovese jgenovese@gjb-law.com
    h.    Lynn Maynard Gollin lmg@tewlaw.com
    i.    Jordi Guso jguso@bergersingerman.com
    j.    Isaac M Marcushamer imarcushamer@bergersingerman.com
    k.    Arthur C. Neiwirth aneiwirthcourt@qpwblaw.com
    l.    Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
    m.    Jeffrey C. Roth jeff@rothandscholl.com
    n.    William G Salim Jr wsalim@mmsslaw.com
    o.    Steven D Schneiderman Steven.D.Schneiderman@usdoj.gov
    p.    Michael D. Seese mseese@hinshawlaw.com
    q.    Bradley S Shraiberg bshraiberg@sfl-pa.com
    r.    Paul Steven Singerman singerman@bergersingerman.com
    s.    Henry S Wulf hwulf@carltonfields.com

and

2   **U.S. Mail to:**

    Blue Oaks Limited
    c/o Marianella Morales
    AvenidaFrancisco de Miranda
    Torre Provincial "A" Piso 8Caracas, 1060

    Cary A Lubetsky
    800 Brickell Ave #1501
    Miami, FL 33131

    Camilo Manrique
    c/o Marianella Morales
    Avenida Francisco de Miranda
    Torre Provincial "A" Piso 8
    Caracas, 1060

CASE NO.: 09-34791-RBR

Ricardo Martinez
c/o Marianella Morales
Avenida Francisco de Miranda
Torre Provincial "A" Piso 8
Caracas, 1060

Pharon Development Assets, Inc
 c/o Marianella Morales
Avenida Francisco de Miranda
 Torre Provincial "A" Piso 8
Caracas, 1060

Jeffrey R Sonn
500 E Broward Blvd #1600
Ft. Lauderdale, FL 33394

Herbert Stettin
2 S Biscayne Blvd
#3700
Miami, FL 33131

Universal Legal
888 E Las Olas Blvd #508
Ft Lauderdale, FL 33301

Phillip M. Hudson III, Esq.
Florida Bar No. 518743
ARNSTEIN & LEHR LLP
200 S. Biscayne Blvd.,
Suite 3600
Miami, Florida 33131