## United States Bankruptcy Court
### Southern District of Florida

In re  **Rothstein Rosenfeldt Adler, PA**
Debtor

Case No. __09-34791-BKC-RBR__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Rothstein**<br>401 E. Las Olas Blvd<br>Suite 1650<br>Fort Lauderdale, FL 33301 | | 50 % | |
| **Stuart Rosenfeldt**<br>401 E. Las Olas Blvd<br>Suite 150<br>Fort Lauderdale, FL 33301 | | 50% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chapter 11 Trustee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __December 15, 2009__    Signature __/s/ Herbert Stettin__
**Herbert Stettin**
**Chapter 11 Trustee**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy