


**ORDERED in the Southern District of Florida on December 18, 2009.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
*www.flsb.uscourts.gov*

In re:

ROTHSTEIN ROSENFELDT
ADLER, P.A.,[1]

      Debtor.
_____/

Case No. 09-34791-BKC-RBR

Chapter 11 Proceeding

### AGREED ORDER GRANTING GIBRALTAR PRIVATE BANK AND TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS MATTER** came before the Court for hearing on December 16, 2009 at 9:30 a.m. (the "Hearing") upon Gibraltar Private Bank and Trust's ("Gibraltar") motion for the entry of an order pursuant to 11 U.S.C. §§ 362, 553(a) granting relief from the automatic stay (the "Stay

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein, Rosenfeldt, Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd., Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).

Case No. 09-34791-BKC-RBR

Relief Motion") [D.E. 53] to allow Gibraltar, pursuant to the terms of the Assignments[2] entered into by Rothstein Rosenfeldt Adler, P.A. (the "Debtor") and applicable state law, to offset against the Debtor's Certificates of Deposits held as collateral by Gibraltar and securing the Debtor's repayment obligations to Gibraltar after payment was made to Las Olas Venture, LLC ("Las Olas Venture") on November 20, 2009 following the receipt of the required demands to surrender the full amounts reflected in Letters of Credit which were established by Gibraltar upon the Debtor's application in favor of Las Olas Venture, and the Court having been advised that the Official Committee of Creditors (the "Committee") and the Trustee have agreed to entry of this Order subject to the reservation of rights, claims, and defenses set forth below, and having heard no objections raised during the Hearing to the entry of this Agreed Order, it is –

ORDERED as follows:

1. The relief requested by Gibraltar in the Stay Relief Motion to modify the automatic stay to allow Gibraltar to set off against CD No. 50101404 and CD No. 50101617 for the purpose set forth in the Stay Relief Motion is GRANTED.

2. This Order is without prejudice to, and shall not waive or impair the rights of the Trustee, the Committee, any creditor, or other party to assert and bring against Gibraltar any claims or causes of action, whether presently known or hereafter discovered, and as such, each of the aforementioned parties reserves all of their respective rights to prosecute any such claims and causes of action, and raise defenses to any such claims and causes of action which may be asserted in the future.

---

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Stay Relief Motion.

2

Case No. 09-34791-BKC-RBR

Submitted by:
Lynn Maynard Gollin, Esq.
TEW CARDENAS LLP
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone No.: 305.536.1112
Facsimile No.: 305.536.1116
LMG@TEWLAW.COM

Copy furnished to:
Lynn Maynard Gollin, Esq.
(*Attorney Gollin is directed to serve this Order to all parties of interest and to file a Certificate of Service.*)
536588.1