UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]

Case No. 09-34791-BKC-RBR
Chapter 11 Case

     Debtor.
_____/

### TRUSTEE'S *EX PARTE* MOTION TO FILE DOCUMENTS UNDER SEAL

Herbert Stettin ("Stettin" or "Trustee") hereby seeks approval, on an *ex parte* basis, of an order, in substantially the form annexed here to as Exhibit A, authorizing the Trustee to file, in connection with Schedule F, a listing of the Debtor's current clients ("Schedule F1") **under seal**. In support of this motion, the Trustee respectfully represents and states as follows:

### Jurisdiction and Venue

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157.

2.    The bases for the relief requested herein are section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5003-1(D)(2) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules").

### Relief Requested

3.    As has been previously presented to the Court, the Debtor was an operating law firm prior to the filing of this case. In connection with its law practice, the Debtor was responsible for maintaining ethically mandated client confidences and safeguarding information

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).

that is subject to the Attorney-Client Privilege. As a result of his appointment as Trustee, Stettin is now responsible for the safeguarding the Debtor's client confidences. In connection with the Schedules[2], the Trustee has identified certain sensitive and confidential information that, absent specific relief to the contrary, the Trustee would be required to make publicly known. For this reason, the Trustee files this motion seeking limited relief to file such sensitive information under seal.

4. Specifically, the Trustee seeks to file under seal Schedule F1 which contains information that constitutes client confidences and may be subject to the Attorney-Client Privilege.

## Basis for Relief Requested

5. Pursuant to the Florida Bar Rules of Professional Conduct (the "Florida Bar Rule") and the American Bar Association Model Rules of Professional Conduct (the "ABA Rule"), "A lawyer shall not reveal information relating to the representation of a client unless the client gives informed consent" *see* Florida Bar Rule 4-1.6 and ABA Rule 1.6.

6. The Trustee submits that Schedule F1 falls within the scope of client confidences that shall be protected pursuant to the Florida Bar Rule and ABA Rule.

7. Accordingly, out of an abundance of caution and in an effort to adhere to the ethical rules governing lawyers, the Trustee respectfully requests authority to file Schedule F1 under seal. Courts in the district have granted relief similar to that requested herein. *See, e.g.*, *In re Cima Mortgage Bankers*, No. 05-15121 (Bankr. S.D. Fla. June 9, 2005) (order authorizing debtors to file schedules and statements of financial affairs under seal); *In re Far & Wide Corp.*, No. 03-40415 (S.D. Fla. Nov. 25, 2003) (order authorizing debtors to file schedules and matrixes under seal).

---

[2] On the date herein, the Trustee is filing the Debtor's *Schedules and Statement of Financial Affairs*.

8. The Office of the United States Trustee has no objection to the relief sought herein.

**WHEREFORE**, for the reasons set forth above, the Trustee respectfully requests entry of an order, substantially in the form annexed hereto as <u>Exhibit A</u>, authorizing the Trustee to file Schedule F1 under seal and granting further relief as is appropriate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Regular U.S. Mail, postage prepaid, fax, email and/or overnight delivery upon all parties on the attached Service List this 22nd day of December, 2009.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1.

Dated: December 22, 2009

Respectfully submitted,

BERGER SINGERMAN, P.A.
Attorneys for the Trustee
200 S. Biscayne Blvd., Ste. 1000
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:  /s/  Isaac Marcushamer
Paul Steven Singerman
Florida Bar No. 378860
singerman@bergersingerman.com
Jordi Guso
Florida Bar No. 0863580
jguso@bergersingerman.com
Isaac Marcushamer
Florida Bar No. 0060373
imarcushamer@bergersingerman.com

2517169-1

3

Exhibit A
Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]

Case No. 09-34791-BKC-RBR
Chapter 11 Case

Debtor.
_____/

**ORDER GRANTING TRUSTEE'S *EX PARTE* MOTION
TO FILE DOCUMENTS UNDER SEAL**

Upon the motion [D.E. #___] (the "Motion") of Herbert Stettin as Trustee for the above-captioned debtor ("RRA" or the "Debtor") for entry of an order authorizing the Trustee to file Scheduled F1[2] **under seal**; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief requested in the Motion is necessary to protect the Attorney-Client

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).
[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Privilege; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED** that:

    1.    The Motion is **GRANTED**.

    2.    The Trustee is authorized to file Schedule F1 with the Court under seal.

    3.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

# # #

<u>Submitted by:</u>
Isaac Marcushamer, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
imarcushamer@bergersingerman.com

<u>Copy furnished to:</u>
Isaac Marcushamer, Esq.
*(Attorney Marcushamer is directed to serve this Order to all parties of interest and to file a Certificate of Service.)*

2517188-1

# SERVICE LIST
## CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA EMAIL)**

John H. Genovese, Esq. **(VIA CM/ECF)**
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street
Suite 4400
Miami, Florida 33131
Phone: (305) 349-2300
Fax (305) 349-2310

Kendall Coffey, Esq. **(VIA EMAIL)**
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131

John G. Bianco, Esq. **(VIA CM/ECF)**
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com

Alison W. Lehr **(VIA EMAIL)**
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
Phone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

Stuart A. Rosenfeldt, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, PA
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
srosenfeldt@rra-law.com

Jeffrey R. Sonn, Esq. **(VIA EMAIL)**
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida 33394
Phone: (954) 763-4700
Fax (954) 763-1866
jsonn@sonnerez.com

Office of the US Trustee **(VIA CM/ECF)**
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130

Thomas Tew, Esq. **(VIA EMAIL)**
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com

2441794-1

Conrad & Scherer, LLP **(VIA EMAIL)**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: 954-462-5500
bs@conradscherer.com
JSilver@conradscherer.com

Michael D. Seese, Esq. **(VIA EMAIL)**
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
Tel: 954.4677900
Fax: 954.4671024
mseese@hinshawlaw.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130
Fax: (305) 530-7139
**(Via U.S. Mail**)

Grant J. Smith, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
gsmith@rra-law.com

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**((Via U.S. Mail)**

William George Salim, Jr. **(VIA CM/ECF)**
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
Tel: 954.491-2000
Fax: 954.4912051

USI **(VIA EMAIL)**
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Tel: 954-607-4000
Anthony.gruppo@usi.biz

Marc Nurik, Esq. **(VIA EMAIL**)
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

2441794-1                                          2

BAST AMRON LLP **(VIA CM/ECF)**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
bamron@bastamron.com
jbast@bastamron.com

Mark Bloom, Esq. **(VIA EMAIL)**
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
T 305.579.0500
F 305.579.0717
bloomm@gtlaw.com

Robert D. Critton, Esq. **(VIA EMAIL)**
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com

Roth & Scholl **(VIA EMAIL)**
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
Telephone: (305) 662-4141
jeff@rothandscholl.com

Rogers, Morris & Ziegler, LLP **(VIA EMAIL)**
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
Tel: (954) 462-1431
Fax: (954) 763-2692
mfbooth@rmzlaw.com

Arthur C. Neiwirth, Esq. **(VIA CM/ECF)**
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 523-7008
Fax: (954) 523-7009
aneiwirth@qpwblaw.com

The Florida Bar **(VIA EMAIL)**
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org

Micheal w. Moskowitz, Esq. **(VIA E-MAIL)**
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com

Francis L. Carter, Esq. **(VIA E-MAIL)**
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
flc@katzbarron.com

Bradley S. Shraiberg, Esq. (**VIA EMAIL**)
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
Tel: 561-443-0800
Fax: 561-998-0047
bshraiberg@sfl-pa.com

| | |
|---|---|
| Henry S. Wulf, Esq. **(VIA EMAIL)**<br>CARLTON FIELDS, P.A.<br>525 Okeechobee Blvd., Suite 1200<br>West Palm Beach, Florida 33401<br>Telephone: (561) 659-7070<br>Facsimile: (561) 659-7368<br>E-Mail: hwulf@carltonfields.com | Coquina Investments  **(VIA EMAIL)**<br>c/o Patricia A. Redmond, Esq.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 789-3553<br>Facsimile: (305) 789-3395<br>E-Mail: predmond@stearnsweaver.com |
| EMESS Capital, LLC  **(VIA EMAIL)**<br>c/o Bruce A. Katzen, Esq.<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, Florida 33131<br>Telephone: (305) 379-9000<br>Facsimile: (305) 379-3428<br>E-Mail: bkatzen@klugerkaplan.com | Michael I. Goldberg, Esq.  **(VIA EMAIL)**<br>Las Olas Centre -  Suite 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301<br>Telephone: (305) 463-2700<br>Facsimile: (305) 463-2224<br>E-Mail: Michael.goldberg@akerman.com |
| Ira Sochet, Trustee  **(VIA EMAIL)**<br>Revocable Intervivos Trust of Ira Sochet<br>c/o Phil Hudson, Esq.<br>200 South Biscayne Blvd, Suite 3600<br>Miami, Florida 33130<br>Telephone: (305) 374-3330<br>Facsimile: (305) 374-4744<br>E-Mail: pmhudson@arnstein.com | LMB Funding Group  **(VIA EMAIL)**<br>c/o Robert C. Furr, Esq.<br>2255 Glades Road, Suite 337W<br>Boca Raton, Florida 33431<br>Telephone: (561) 395-0500<br>Facsimile: (561) 338-7532<br>E-Mail: rfurr@furrcohen.com |

2441794-1