

**ORDERED in the Southern District of Florida on December 23, 2009.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]       CHAPTER 11

    Debtor.
_____/

**FINAL ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF PAUL STEVEN SINGERMAN AND THE LAW FIRM OF
BERGER SINGERMAN, P.A. AS ATTORNEYS FOR THE TRUSTEE
*NUNC PRO TUNC* TO NOVEMBER 10, 2009**

This matter came before the Court on December 21, 2009 at 10:00 a.m. in Fort Lauderdale, Florida, upon *Chapter 11 Trustee's Application for Immediate Entry of an Interim Order Authorizing the Employment and Retention of Paul Steven Singerman and the Law Firm of Berger Singerman, P.A. as Attorneys for the Chapter 11 Trustee Nunc Pro Tunc to November 10, 2009 and a Final Order on or After December 1, 2009* [D.E. # 42] (the "Application"), filed

---

[1] The address and last four digits of the taxpayer identification number of the Alleged Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).

2516778-1

by Herbert Stettin as Trustee for Rothstein Rosenfeld & Adler ("RRA" or "Debtor") seeking the entry of a final order authorizing the Trustee to employ and retain Paul Steven Singerman ("Singerman") and the law firm of Berger Singerman, P.A. ("Berger Singerman") as counsel *nunc pro tunc to November 10, 2009* (the "Petition Date"), pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules").

The Court conducted a hearing on the Application on November 25, 2009. After consideration of the Application and the *Declaration of Paul Steven Singerman in Support of Chapter 11 Trustee's Application for Immediate Entry of an Interim Order Authorizing the Employment and Retention of Paul Steven Singerman and the Law Firm of Berger Singerman, P.A. as Attorneys for the Chapter 11 Trustee Nunc Pro Tunc to November 10, 2009 and a Final Order on or After December 1, 2009* (the "Initial Declaration"), the Court entered an interim order granting the Application *nunc pro tunc* to November 10, 2009 [D.E. # 54].

The Court, having reviewed the Application and the *Supplemental Declaration of Paul Steven Singerman in Support of Chapter 11 Trustee's Application for Immediate Entry of an Interim Order Authorizing the Employment and Retention of Paul Steven Singerman and the Law Firm of Berger Singerman, P.A. as Attorneys for the Chapter 11 Trustee Nunc Pro Tunc to November 10, 2009and a Final Order on or After December 1, 2009* [D.E. #124] (the "Supplemental Declaration"), the disclosures made by Paul Steven Singerman ("Singerman") in the Initial Declaration and Supplemental Declaration and on the record at the hearings on the Application, as well as the explanation of the disclosures made by Singerman at the hearings on

2516778-1

the Application; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; finds that (1) Singerman is duly qualified to practice in this Court pursuant to Local Rule 2090-1(a); (2) Singerman and Berger Singerman (a) hold no interest adverse to the Debtor or its estate in the matters upon which they are sought to be engaged, (b) are disinterested persons as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code and Local Rule 2014-1, and (c) have disclosed any connections to parties as required by Bankruptcy Rule 2014; and (3) the employment of Singerman and Berger Singerman is necessary and in the best interests of the Debtors, the Debtor's estate and all parties in interest, it is **ORDERED** that:

1. The Application is granted, *nunc pro tunc* to November 10, 2009.

2. None of the representations or engagements set out in the Initial Declaration or Supplemental Declaration constitutes a conflict of interest or impairs the disinterestedness of Singerman and Berger Singerman or otherwise precludes the Trustee's retention of Singerman and Berger Singerman in this case.

3. The Trustee is authorized to employ and retain Singerman and Berger Singerman as its counsel in accordance with the terms and conditions set forth in the Application.

4. Berger Singerman shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in

2516778-1

compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida and any other applicable procedures and orders of the Court.

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application.

6. The Court finds that the entry of *nunc pro tunc* relief is warranted under the unique and extraordinary circumstances of this case.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Submitted by:

**BERGER SINGERMAN, P.A.**
Paul Steven Singerman (Florida Bar No. 378860)
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*Counsel to the Trustee*

Copies to:
Paul Steven Singerman
*(Attorney Singerman shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

2516778-1