**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

In re:                                              SUBPOENA FOR RULE 2004
                                                    EXAMINATION
ROTHSTEIN ROSENFELDT
ADLER, P.A.,
                                                    Case No. 09-34791-BKC-RBR
    Debtor.
                                                    Involuntary Chapter 11 Proceeding

To:

Examinee, Gibraltar Private Bank and Trust,
c/o Lynn Maynard Gollin, Esq.
Tew Cardenas LLP
1441 Brickell Avenue
15th Floor, Miami, FL 33131

[ X ]   YOU ARE COMMANDED to appear and testify at an examination under Bankruptcy Rule 2004, and Local Rule 2004-1, at the place, date, and time specified below.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Tripp Scott, P.A., 110 S.E. 6th Street, 15th Floor, Fort Lauderdale, FL 33301 | February 8, 2010 at 1:00 p.m. |

[ X ]   YOU ARE COMMANDED to produce and permit inspection and copying of the documents requested in the Notice of Rule 2004 Examination at the place of testimony and date and time listed above.

| ISSUING OFFICER SIGNATURE *M.H. Scott* | TITLE *Attorney* |
|---|---|
| ISSUING OFFICER'S NAME (PRINT) Matthew H. Scott, Esq. | PHONE 954-525-7500 |
| ADDRESS Tripp Scott, P.A., 110 S.E. 6th Street, 15th Floor, Fort Lauderdale, FL 33301 | DATE January 19, 2010 |

|  | PROOF OF SERVICE |  |
|---|---|---|
| DATE | PLACE |  |

| SERVED | | |
|---|---|---|
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |

| SERVED ON (PRINT NAME) | TITLE |
|---|---|

DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
             DATE                                          SIGNATURE OF SERVER

                                                                      ADDRESS OF SERVER

    Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006, made applicable in cases under the Bankruptcy Code by Rule 9016, Federal Rules of Bankruptcy Procedure; See also Local Rule 2004-1.