ORDERED in the Southern District of Florida on  01/22/10



Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:  CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]  CHAPTER 11

Debtor.
_____/

### ORDER AUTHORIZING SALE OF SPORTING AND EVENT TICKETS AND APPROVING THE USE OF A TICKET BROKER

THIS MATTER having come before the Court on January 22, 2009 at 10:00 a.m. for hearing on the *Emergency Motion for Order Authorizing Sale of Sporting and Event Tickets and Approving the Use of a Ticket Broker* [D.E. #217] (the "Motion"),[2] and it appearing that the relief requested is in the best interest of the Debtor, its estate, creditors and other parties in interest, notice having been properly given, the Court having jurisdiction over the subject matter of this Motion, the Court finding good cause for the approval of the Motion, it is

---

[1] The address and last four digits of the taxpayer identification number of the Alleged Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2572988-1

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to sell all sporting and event tickets listed on Exhibit A to the Motion, through use of the authorized ticket broker or in any other reasonable manner.

3. The Trustee is authorized to use the services of First Choice Tickets Tours and Travel Inc. and its principal Nathanial Clay. Furthermore, the Court incorporates and approves the terms and conditions of the Ticket Broker Agreement attached as Exhibit B to the Motion.

4. The Court waives any further notice requirements for the sale of the Tickets. The Court further exempts the Trustee from complying with the Notice Order [D.E.206] in respect of the Motion and any sale of Tickets. No further notice of the relief requested in the Motion is required.

5. The Court retains jurisdiction to enforce the terms of this Order.

# # #

Submitted by:
Isaac Marcushamer, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
imarcushamer@bergersingerman.com

Copy furnished to:
Isaac Marcushamer, Esq.
(Attorney Marcushamer is directed to serve this Order to all parties of interest and to file a Certificate of Service.)