**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                          CASE NO.:  09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]          CHAPTER 11

      Debtor.

_____/

## TRUSTEE'S EMERGENCY OMNIBUS MOTION
## TO REJECT LEASES AND EXECUTORY CONTRACTS

### (Emergency Hearing Requested)

### Statement Of Exigent Circumstances

The Trustee seeks permission to reject a number of leases and executory contracts.  Immediate rejection will preclude the accrual and assertion of administrative expense claims.  The Trustee respectfully requests that the Court waive the provisions of Local Rule 9075-1(B), which requires an affirmative statement that a bona fide effort was made in order to resolve the issues raised in this Motion, as the relief requested herein is urgent in nature and does not lend itself to advance resolution.

### Bankruptcy Rule 6006 Notice to Contract Counter-Parties

Pursuant to Bankruptcy Rule 6006, parties receiving this Motion should locate their respective names and contracts listed in Exhibit A to this Motion.

Herbert Stettin ("Stettin" or "Trustee"), the Chapter 11 Trustee of Rothstein Rosenfeldt Alder, P.A. ("RRA" or "Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. § 365(a) and Bankruptcy Rule 6006, moves for entry of an order approving the rejection of the executory contracts identified in Exhibit "A" (the "Contracts") as of the date indicated in Exhibit A.  In support of this motion (the "Motion"), the Trustee respectfully states as follows:

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 2270, Fort Lauderdale, Florida 33301 (TIN 7961).

2582184-5

1.      The Court has jurisdiction over these cases pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. § 1408.

2.      This case was commenced as an involuntary chapter 11 proceeding on November 10, 2009, by four petitioning creditors [D.E. 1].

3.      The Court entered an Order for Relief on November 30, 2009 [D.E. 66].

4.      On November 20, 2009 this Court entered an order directing the appointment of a trustee [D.E. 30]. On November 20, 2009, the United States Trustee's office selected Stettin as the Trustee in this case. [D.E. 35]. On, November 25, 2009, Stettin's appointment as Trustee was ratified by the Court. [D.E.55].

5.      The Trustee seeks approval of the rejection of the leases and contracts as set forth in Exhibit "A" (the "Contracts"). The Trustee has determined, in his business judgment, that the Contracts are either unnecessary to the administration of the estate or burdensome because the Debtor is either unable to perform, or the cost to perform is greater than the benefit to the estate.

6.      The Debtor has either terminated the contract or lease with the parties listed in Exhibit "A," or has ceased utilizing the products or services of such parties. Accordingly, the Trustee by this Motion seeks entry of an order rejecting the contracts *nunc pro tunc* to the date the Trustee terminated the contract or lease or ceased utilizing the products or services of such parties as reflected in Exhibit "A".

7.      Section 365(a) of the Bankruptcy Code allows a debtor (or a trustee), subject to approval of the bankruptcy court, to assume or reject any executory contract or unexpired lease. *See Stewart Title Guaranty Co. v. Old Republic National Title Insurance Co.*, 83 F.3d 735, 741 (5th Cir. 1996). "'This provision allows a [debtor or a trustee] to relieve the bankruptcy estate of

2

burdensome agreements which have not been completely performed.'" *Stewart Title,* 83 F.3d at 741 (quoting *In re Murexco Petroleum, Inc.,* 15 F.3d 60, 62 (5th Cir. 1994)). A debtor's or trustee's decision to assume or reject an executory contract or unexpired lease is subject to the "business judgment" test. *In re Gardinier, Inc.,* 831 F.2d 974, 976 n.2 (11th Cir. 1987); *In re Chira,* 367 B.R. 888, 898 (S.D. Fla. 2007); *In re Prime Motors, Inc.,* 124 B.R. 378, 381 (Bankr. S.D. Fla. 1991). The sole inquiry is whether assumption or rejection will benefit the estate. *Id.; see also In re Hawaii Dimensions, Inc.,* 47 B.R. 425, 427 (D. Haw. 1985)("[u]nder the business judgment test, a court should approve a debtor's proposed rejection if such rejection will benefit the estate").

8.      In applying the "business judgment" test, courts show great deference to a debtor's or a trustee's decision to assume or reject an executory contract or unexpired lease. *See Summit Land Co. v. Allen (In re Summit Land Co.),* 13 B.R. 310, 315 (Bankr. D. Utah 1981) (absent extraordinary circumstances, court approval of debtor's decision to assume or reject an executory contract "should be granted as a matter of course"). As long as the decision to assume or reject is a reasonable exercise of business judgment, courts should approve the assumption or rejection of an executory contract or unexpired lease. *See, e.g., NLRB v. Bildisco and Bildisco,* 465 U.S. 513, 523 (1984); *Group of Institutional Investors v. Chicago M. St. P. & P. R. R. Co.,* 318 U.S. 523 (1943).

9.      Because the Debtor will not benefit from the continued performance under the Contracts, it necessarily follows that rejection of the Contracts effective as of the dates indicated in Exhibit A is a decision made in the sound exercise of its business judgment, that is, a decision that will benefit the Debtors' estate.

3

**WHEREFORE,** the Trustee respectfully request entry of an Order in the form attached

as Exhibit "B" (i) approving the rejection of the Contracts effective as of the dates indicated in

Exhibit A to the Motion, and (ii) granting such other relief as is just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Regular U.S. Mail, postage prepaid, fax, email and/or overnight delivery upon all parties on the attached Service List this 29th day of January, 2010.

**I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: January 29, 2010.

> Respectfully submitted,
> BERGER SINGERMAN, P.A.
> Attorneys for the Chapter 11 Trustee
> 200 S. Biscayne Blvd., Ste. 1000
> Miami, FL 33131
> Telephone: (305) 755-9500
> Facsimile: (305) 714-4340
>
> By:  _/s/  David L. Gay_
> David L. Gay
> dgay@bergersingerman.com
> Florida Bar No. 839221

4

2582184-5

## SERVICE LIST
## CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA EMAIL)**

John H. Genovese, Esq. **(VIA CM/ECF)**
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street
Suite 4400
Miami, Florida 33131
Phone: (305) 349-2300
Fax (305) 349-2310

Kendall Coffey, Esq. **(VIA EMAIL)**
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131

John G. Bianco, Esq. **(VIA CM/ECF)**
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com

Alison W. Lehr **(VIA EMAIL)**
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
Phone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

Stuart A. Rosenfeldt, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, PA
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
srosenfeldt@rra-law.com

Jeffrey R. Sonn, Esq. **(VIA EMAIL)**
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida 33394
Phone: (954) 763-4700
Fax (954) 763-1866
jsonn@sonnerez.com

Office of the US Trustee **(VIA CM/ECF)**
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130

Thomas Tew, Esq. **(VIA EMAIL)**
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com

Conrad & Scherer, LLP **(VIA EMAIL)**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: 954-462-5500
bs@conradscherer.com
JSilver@conradscherer.com

Michael D. Seese, Esq. **(VIA EMAIL)**
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
Tel: 954.4677900
Fax: 954.4671024
mseese@hinshawlaw.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL 33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl 33130
Fax: (305) 530-7139
**(Via U.S. Mail)**

Grant J. Smith, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
gsmith@rra-law.com

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**((Via U.S. Mail)**

William George Salim, Jr. **(VIA CM/ECF)**
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
Tel: 954.491-2000
Fax:  954.4912051

USI **(VIA EMAIL)**
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Tel: 954-607-4000
Anthony.gruppo@usi.biz

Marc Nurik, Esq. **(VIA EMAIL)**
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

BAST AMRON LLP **(VIA CM/ECF)**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
bamron@bastamron.com
jbast@bastamron.com

Mark Bloom, Esq. **(VIA EMAIL)**
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
T 305.579.0500
F 305.579.0717
bloomm@gtlaw.com

Robert D. Critton, Esq.  **(VIA EMAIL)**
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com

Roth & Scholl **(VIA EMAIL)**
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
Telephone: (305) 662-4141
jeff@rothandscholl.com

Rogers, Morris & Ziegler, LLP **(VIA EMAIL)**
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
Tel: (954) 462-1431
Fax: (954) 763-2692
mfbooth@rmzlaw.com

Arthur C. Neiwirth, Esq. **(VIA CM/ECF)**
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 523-7008
Fax: (954) 523-7009
aneiwirth@qpwblaw.com

The Florida Bar **(VIA EMAIL)**
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org

Micheal w. Moskowitz, Esq. **(VIA E-MAIL)**
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com

Francis L. Carter, Esq. **(VIA E-MAIL)**
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
flc@katzbarron.com

Bradley S. Shraiberg, Esq. **(VIA EMAIL)**
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
Tel: 561-443-0800
Fax: 561-998-0047
bshraiberg@sfl-pa.com

Henry S. Wulf, Esq. **(VIA EMAIL)**
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
E-Mail: hwulf@carltonfields.com

EMESS Capital, LLC  **(VIA EMAIL)**
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
E-Mail: bkatzen@klugerkaplan.com

Ira Sochet, Trustee **(VIA EMAIL)**
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
Telephone: (305) 374-3330
Facsimile: (305) 374-4744
E-Mail: pmhudson@arnstein.com

Coquina Investments  **(VIA EMAIL)**
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
E-Mail: predmond@stearnsweaver.com

Michael I. Goldberg, Esq.  **(VIA EMAIL)**
Las Olas Centre -  Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
Telephone: (305) 463-2700
Facsimile: (305) 463-2224
E-Mail: Michael.goldberg@akerman.com

LMB Funding Group **(VIA EMAIL)**
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
Telephone: (561) 395-0500

Facsimile: (561) 338-7532
E-Mail: rfurr@furrcohen.com

Lawrence A. Gordich, Esq. **(VIA EMAIL)**
Melissa Alagna, Esq.
701 Brickell Ave
Suite 1900
Miami, Florida 33131
Telephone: (305) 789-2700
Facsimile: (305) 789-2727
Email: Lawrence.gordich@ruden.com
Email: Melissa.alagna@ruden.com

Broward County **(VIA EMAIL)**
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641
E-Mail: hhawn@broward.org

Steven J. Solomon, Esq. **(VIA EMAIL)**
Gray Robinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
E-Mail – steven.solomon@gray-robinson.com

Peter F. Valori, Esq. **(VIA EMAIL)**
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
E-mail: pvalori@dvllp.com

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
**(Via US Mail)**

CIT Technology Financing Services I,
LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
**(Via US Mail)**

Gibraltar Private Bank & Trust
Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(Via US Mail)**

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055
**(Via US Mail)**

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399
**(Via US Mail)**

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301
**(Via US Mail)**

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130
**(Via US Mail)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(Via US Mail)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue

Fort Lauderdale, Florida 33301
Tel: (954)462-8340
Fax: (954) 462-8342
**(Via US Mail)**

## ADDITIONAL SERVICE LIST

AT&T Advertising & Publishing
P.O. Box 105024
Atlanta, GA 30348-5024

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

BNA
P.O. Box 17009
Baltimore, MD 21297-1009

BSFS
P.O. Box 740728
Atlanta, GA 30379

CIT
c/o Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd
Suite 240
San Antonio, TX 78258

Comcast
P.O. Box 530098
Atlanta, GA 30353-0098

General Electric Capital Corp.
1961 Hirst Drive
Moberly, MO 65270

Gneil
P.O. Box 451179
Sunrise, Florida 33345-1179

Heartland Payment Systems
One Heartland Way
Jeffersonville, IN 47130

Las Olas Lifestyle
318 Indian Trace #246
Weston, FL 33326

2584305-1

Lexis Nexis
9443 Springboro Pike
Miamisburg, OH 45342
Attn: Legal Department

Magnified Imaging Solutions
P.O. Box 100514
Fort Lauderdale, FL 33310

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

Mitel Leasing Inc.
f/k/a Inter-Tel Leasing, Inc.
885 Trademark Drive
Reno, Nevada 89521

Nature's Best
900 Manatee Way
Hollywood, FL 33019

Paetec
600 WillowBrook Office Park
Fairport, NY 14450

Paramount Vending
1411 SW 31st Ave
Pompano Beach, FL 33069

Pitney Bowes, Inc.
90 Box 856390
Louisville, KY 40285-6390

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Telefonica
1111 Brickell Ave, 10th Floor
Miami, Florida 33131

Terminix
3467 NW 55th Street
Fort Lauderdale, FL 33309

2584305-1

2

West
P.O. Box 6292
Carol Stream, IL 60197-6292

Xerox Capital Services, LLC
P.O. Box 660501
Dallas, Texas 78266-0501

Xerox Capital Services, LLC
P.O. Box 660501
Dallas, Texas 78266-0501

2584305-1

## EXHIBIT "A"

**(List of Contracts)**

ROTHSTEIN ROSENFELDT ADLER, P.A.
CASE NO. 09-34791-BKC-RBR
EXHIBIT "A"

| Vendor Name | Vendor Address | Account/Contract No. | Description | Date of Rejection |
|---|---|---|---|---|
| AT&T Advertising & Publishing | PO Box 105024<br>Atlanta, GA 30348-5024 | 80162442 | Advertising | 11/10/2009 |
| AT&T Mobility | PO Box 6463<br>Carol Stream, IL 60197-6463 | Master Account No.<br>**834491179**<br>For Service on the<br>following phone<br>numbers (last four digits<br>listed):<br>0811, 1193, 2918, 8159,<br>0090, 0122, 0231, 0397,<br>2330, 7013, 0071, 0104,<br>8779, 4636, 4669, 5604,<br>9800, 8429, 0214, 1020,<br>4768, 0251, 2461 | Phone and Internet Service | 12/24/2009 |
| BNA | PO Box 17009<br>Baltimore, MD 21297-1009 | 199780 | On-Line Legal Research (Intellectual Property Library) | 11/10/2009 |
| BSFS Equipment Leasing | PO Box 740728<br>Atlanta, GA 30379 | 7544510-0001 | Telephone Equipment Rental | 1/27/2010 |
| CIT<br>c/o Bankruptcy Processing Solutions, Inc. | 800 E. Sonterra Blvd<br>Suite 240<br>San Antonio, TX 78258 | 901-0030390-000 | Computer Equipment Rental | 1/27/2010 |
| Comcast | PO Box 530098<br>Atlanta, GA 30353-0098 | 8495753101936622<br>8495753102381695<br>8495753102668893<br>8495680044196283<br>0958731857-01-6 | Cable Service and Equipment Rental | 12/18/2009 |
| General Electric Capital Corp. | 1961 Hirst Drive<br>Moberly, MO 65270 | 7587056-001 | Copier Rental | 1/27/2010 |
| Gneil | PO Box 451179<br>Sunrise, Florida 33345-1179 | 968281 | Human Resource Consulting Services | 11/10/2009 |
| Heartland Payment Systems | One Heartland Way<br>Jeffersonville, IN 47130 | 65000000329692 | Credit Card Processing Equipment and Services | 11/10/2009 |

ROTHSTEIN ROSENFELDT ADLER, P.A.
CASE NO. 09-34791-BKC-RBR
EXHIBIT "A"

| Vendor Name | Vendor Address | Account/Contract No. | Description | Date of Rejection |
|---|---|---|---|---|
| Las Olas Lifestyle | 318 Indian Trace #246 Weston, FL 33326 | Unknown | Advertising | 11/10/2009 |
| Lexis Nexis | 9443 Springboro Pike Miamisburg, OH 45342 Attn: Legal Department | 126JG2 | On-Line Legal Research | 12/1/2009 |
| Magnified Imaging Solutions | PO Box 100514 Fort Lauderdale, FL 33310 | Unknown | Printer Maintenance Agreement | 11/10/2009 |
| Marlin Business Bank | PO Box 13604 Philadelphia, PA 19101-3604 | 312081 | Copier Lease | 1/27/2010 |
| Mitel Leasing Inc. f/k/a Inter-Tel Leasing, Inc. | 885 Trademark Drive Reno, Nevada 89521 | 301595.118320 | Telephone Equipment Rental | 11/10/2009 |
| Nature's Best | 900 Manatee Way Hollywood, FL 33019 | Unknown | Water Dispenser Rental | 11/10/2009 |
| Paetec | 600 WillowBrook Office Park Fairport, NY 14450 | 153141 | Equipment Rental for T-1 service | 1/4/2010 |
| Paramount Vending | 1411 SW 31st Ave Pompano Beach, FL 33069 | 2221-5899 | Vending and Coffee Machine Equipment Rental | 11/10/2009 |
| Pitney Bowes, Inc. | 90 Box 856390 Louisville, KY 40285-6390 | 1113209 6618236-003 | Postage Machine Lease | 1/27/2010 |
| Purchase Power | PO Box 856042 Louisville, KY 40285-6042 | 8000-9000-0842-1137 | Postage Machine Rental | 11/10/2009 |
| Telefonica | 1111 Brickell Ave, 10th Floor Miami, Florida 33131 | 2248843 | Server Storage Facility Lease | 1/14/2010 |
| Terminix | 3467 NW 55th Street Fort Lauderdale, FL 33309 | 5105420 | Maintenance Agreement | 11/10/2009 |
| West | P.O. Box 6292 Carol Stream, IL 60197-6292 | 1003071587 | On-Line Legal Research | 11/10/2009 |
| Xerox Capital Services, LLC | PO Box 660501 Dallas, Texas 78266-0501 | 709514764 | Copier Lease | 1/27/2010 |
| Xerox Capital Services, LLC | PO Box 660501 Dallas, Texas 78266-0501 | 709514764 | Maintenance Agreement | 11/10/2009 |

**EXHIBIT "B"**

**(Proposed Order)**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                          CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]            CHAPTER 11

     Debtor.

_____/

## ORDER AUTHORIZING REJECTION OF
## LEASES AND EXECUTORY CONTRACTS

THIS MATTER having come before the Court upon the *Trustee's Emergency Omnibus Motion to Reject Leases and Executory Contracts* [D.E. #____] (the "Motion"),[2] and it appearing that the relief requested is in the best interest of the Debtor, its estate, creditors and other parties in interest, notice having been properly given, the Court having jurisdiction over the subject matter of this Motion, the Court finding good cause for the approval of the Motion, it is

    **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Trustee is authorized to reject the leases and executory contracts listed in Exhibit A to the Motion (the "Contracts") pursuant to 11 U.S.C. § 365(a).

3.    The Contracts are deemed rejected effective as of the date identified in Exhibit A to the Motion as the "Date of Rejection" for each respective Contract.

4.    The Court retains jurisdiction to enforce the terms of this Order.

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 2270, Fort Lauderdale, Florida 33301 (TIN 7961).
[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2582184-5

5.    ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE
REJECTION MUST BE FILED WITH THE COURT WITHIN 30 DAYS AFTER THE
ENTRY OF THIS ORDER.

# # #

Submitted by:
David L. Gay, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
dgay@bergersingerman.com

Copy furnished to:
David L. Gay, Esq.
(David L. Gay, Esq. is directed to serve this Order to all parties of interest and to file a
Certificate of Service.)

8

2582184-5