UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]    CHAPTER 11

    Debtor.
_____/

**NOTICE OF FILING**
**LETTER BY TRUSTEE'S COUNSEL TO INTERESTED PARTIES**

    Herbert Stettin ("Stettin" or "Trustee"), the Chapter 11 Trustee of Rothstein Rosenfeldt Alder, P.A. ("RRA" or "Debtor"), gives notice of filing letter by Trustee's counsel to interested parties.

Dated: February 11, 2010                Respectfully submitted,

                                                BERGER SINGERMAN, P.A.
                                                Attorneys for Chapter 11 Trustee
                                                200 S. Biscayne Blvd., Ste. 1000
                                                Miami, FL 33131
                                                Telephone: (305) 755-9500
                                                Facsimile: (305) 714-4340

                                                By: /s/ Isaac Marcushamer
                                                    Isaac Marcushamer
                                                    Florida Bar No. 0060373
                                                    imarcushamer@bergersingerman.com

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 2270, Fort Lauderdale, Florida 33301 (TIN 7961).

2614997-1



we deliver creative and effective business solutions and counsel

BERGER SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

Paul Steven Singerman
(305) 714-4343
Singerman@bergersingerman.com

February 5, 2010

**THIS IS AN IMPORTANT LETTER FROM COUNSEL FOR THE TRUSTEE IN ROTHSTEIN ROSENFELDT ADLER, P.A. CONCERNING FUTURE COMMUNICATIONS TO YOU FROM THE TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS. PLEASE READ THIS LETTER CAREFULLY.**

<u>**In re: Rothstein Rosenfeldt Adler P.A. Case No. 09-34791-RBR**</u>

Dear Interested Parties:

Our firm represents Herbert Stettin, the Chapter 11 Trustee of Rothstein Rosenfeldt Adler P.A. ("RRA").

RRA has been in bankruptcy since November 10, 2009. By now you should have received several notices in the mail regarding hearings, motions, and other actions that the Trustee is taking in order to maximize recovery for the creditors of RRA. The Trustee is very sensitive to the costs of administering this large and difficult case. Every mailing to all creditors and parties in interest in this case costs approximately $9,000, including postage. In an effort to save on mailing costs and to efficiently keep creditors and parties in interest apprised of developments in the RRA case, the Trustee created a website, <u>www.rra-bk.com</u>, where notice of important events, developments and deadlines will be posted.

In order to minimize expense, **ALL FUTURE COMMUNICATIONS** from the Trustee will also be posted on the website. In addition, **ALL COMMUNICATIONS FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WILL ALSO BE POSTED ON THE TRUSTEE'S WEB SITE.** We urge you to check the website on a regular basis.

**PLEASE NOTE: AN IMPORTANT COMMUNICATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WAS POSTED ON THE WEBSITE ON JANUARY 28, 2009 UNDER THE IMPORTANT DOCUMENTS SECTION. IT CONTAINS INFORMATION CONCERNING UPCOMING DEADLINES IN THE DISTRICT COURT ACTIONS PENDING AGAINST SCOTT ROTHSTEIN,**

**INCLUDING A DEADLINE OF FEBRUARY 16, 2010 THAT MAY REQUIRE ACTION BY CERTAIN CREDITORS. IT IS TITLED "LETTER TO CREDITORS FROM COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS".** Please take an opportunity to review this document so you can take any appropriate action needed to protect your interests.

Enclosed is a simple form, wherein you agree to receive notice of all events in this case via email. You may fill out this form and return it in any of the following ways:

Email: scan and send to info@rra-bk.com;
Mail: to Trustee Services, Inc., 8255 West Sunrise Blvd, #177, Plantation, FL 33322; or
Fax: to 305-714-4340.

**REMINDER:** THE BAR DATE FOR GENERAL CREDITORS IS **MAY 12, 2010**. YOU MAY DOWNLOAD A PROOF OF CLAIM FROM www.rra-bk.com UNDER THE "IMPORTANT DOCUMENTS" TAB ON THE WEBSITE.

Sincerely,

BERGER SINGERMAN

Paul Steven Singerman

PSS:fas

cc: Michael I. Goldberg, Counsel for Official Committee of Unsecured Creditors

we deliver creative and effective business solutions and counsel
BERGER SINGERMAN
attorneys at law

Boca Raton   Fort Lauderdale   Miami   Tallahassee

## CONSENT TO RECEIVE NOTICE VIA EMAIL

By signing this consent, I_____, hereby waive the right to receive notice by first class mail or personal service and consent to receive notice via electronic mail at the email address listed below. This waiver shall not apply to service of summons and complaint under Bankruptcy Rule 7004. I further understand that this waiver is solely effective for the case listed below.

NAME: _____

MAILING ADDRESS:_____

EMAIL ADDRESS: _____

CASE: *In re: Rothstein Rosenfeldt Adler P.A.* Case No. 09-34791-RBR

Print Name: _____

Signature:_____

2599755-1