UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: ROTHSTEIN ROSENFELDT ADLER, P.A.,     LEAD CASE NO. 09-34791-RBR
Chapter 11

    Debtor.

PRINCE INTERNATIONAL VENTURES,
LLC, a Florida limited liability company,

    Plaintiff,
v.

ROTHSTEIN ROSENFELDT ADLER, P.A.,

    Defendant.
_____/

## MOTION FOR REHEARING AS TO
## ORDER DENYING MOTION FOR RELIEF FROM STAY

Prince International Ventures, LLC (hereinafter "Prince") hereby moves for rehearing as to this Court's Order Denying Second Motion for Stay Relief dated March 16, 2010, DE #449, and as grounds therefor states:

On March 11, 2010, undersigned counsel appeared telephonically for the hearing on the motion for relief from automatic stay and presented his argument as to why relief from the stay was appropriate. Opposing counsel then argued that undersigned had violated the automatic stay to which this Court responded by ordering a show cause hearing as to why undersigned should not be held in contempt. The Court never ruled on undersigned's motion for relief from stay (at least not while undersigned was on the telephone).

Prince filed an action in state court against the debtor prior to the debtor filing for bankruptcy protection. On the same day that the bankruptcy petition was filed by the debtor undersigned caused a default for filing to plead to be submitted to the Clerk of Court. The clerk

entered the default after the bankruptcy petition was filed. Undersigned cannot take any action in the state court until stay relief is granted (including causing the default to be set aside).

### Memorandum of Law

Prince is entitled to relief from the automatic stay to proceed on its tort claim against the debtor to the extent of any available insurance coverage. *Green v. Welsh*, 956 F2d 30 (2d Cir. 1992) and *Owaski v. Jet Florida Systems, Inc.*, 883 F2d 970 (11th Cir. 1989).

WHEREFORE, it is respectfully requested that this Court set aside its Order Denying Second Motion for Stay Relief, DE #449, and grant relief from the automatic stay to permit Prince to pursue its tort claim to the extent of any available insurance coverage.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on March 17, 2010 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified in the attached service list via transmission of Notices of Electronic filing generated by CM/ECF and by U.S. mail to the parties that do not have an electronic mail address.

Dated: March 17, 2010          Respectfully submitted,

*/s/ Roderick F. Coleman*
Roderick F. Coleman
*rfc@colemanattorneys.com*
Florida Bar No. 371270
400 South Dixie Highway, Suite 121
Boca Raton, Florida 33432
Telephone: (561) 620-9292
Facsimile: (561) 620-8232
Attorney for Prince International Ventures

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 09-34791-RBR

### SERVICE LIST

James C. Cunningham, Jr., Esq.
*jcunningham@bergersingerman.com*
200 S. Biscayne Blvd. #1000
Miami, Florida 33181
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
*Counsel for Chapter 11 Trustee, Herbert Stettin*

Jordi Guso, Esq.
*jguso@bergersingerman.com*
200 S Biscayne Blvd #1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
*Counsel for Defendant, Rothstein Rosenfeldt Adler, P.A.*

Office of the Trustee
*USTP.Region21@usdoj.gov*
51 S.W. 1st Avenue #1204
Miami, Florida 33130
Telephone: (305) 536-7825
Facsimile: (305) 536-7360

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700 Two South Biscayne Boulevard
Miami, FL 33131