UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                          CASE NO.: 09-34791-RBR

ROTHSTEIN ROSENFELD ADLER, P.A.,                CHAPTER 11

    Debtor.
_____/

MOTION TO QUASH AND/OR MODIFY SUBPOENA(S)
FOR RULE 2004 EXAMINATION DUCES TECUM AND TO
CONDITION COMPLIANCE ON PAYMENT OF COSTS OF
PRODUCTION WITH INCORPORATED MEMORANDUM OF LAW

Louis J. Terminello, Esq., individually and as Registered Agent of Café Iguana and Kendall Sports Bar, Inc., and Kendall Sports Bar, Inc., d/b/a Café Iguana move this Honorable Court to Quash or Modify the subpoena served on them on March 16, 2010, and would state:

### THE SUBPOENA(S) ARE OVERLY
### BROAD AND BURDENSOME

1.  On March 16, 2010, Louis J. Terminello, Esq., was served with the subject subpoena both as Registered Agent of Kendall Sports Bar, Inc., and individually.

2.  Louis J. Terminello, Esq., has been registered agent of Kendall Sports Bar, Inc., since December 8, 2009, and was subsequent to that date, retained to represent Kendall Sports Bar, Inc., regarding potential "Rule 2004 Examinations" and related matters, arising from any alleged association or interaction with Scott Rothstein.

3.  Though the Debtor in this action is Rothstein Rosenfeld Adler, P.A., by virtue of the trustee's definitions, records are sought concerning an incalulatable number of persoans and entities which will require the recipients to review virtually every document, financial transaction, recording, voice mail, email, note, memorandum, oral conversation, etc., in their possession or the possession of any past or present agent, employee, contractor or any other person there was contact with.

*Rothstein Rosenfeld Adler, P.A.*
*U.S. Bankruptcy Case No: 09-34791-RBR*
*Motion to Quash*
*Page 2*

4. The recipients, to comply with the subpoena, must also determine whether any person associated with a reviewed item falls within the category of persons or entities the Trustee has defined as being the same as the Debtor.

5. Though the subpoena is served on Louis J. Terminello, individually and as Registered Agent of Kendall Sports Bar, Inc., by definition of the word "you" the Trustee has expanded the persons subject to the subpoena to a number than can only be imagined and whose identiy is virtually limitless.

6. To further add to the problem, the Trustee has seen fit to subpoena Mr. Terminello, individually, Mr. Terminello is an attorney at Terminello & Terminello, P.A.

7. A fair reading of the subpoena, with instructions and definitions, will require Mr. Terminello to review literally thousands of files, tens of thousands of financial transactions and hundreds of thousands of documents, letters, emails, etc. After that, any item arguably within the scope of the subpoena will then need to be reviewed in light of attorney-client privilege concerns.

8. It is submitted that the subpoena is over broad and unduly burdensome.

9. The Trustee's subpoena does not attempt to seek specificly identifable documents, rather it appears to be a "one size fits all" *duces tecum* request for use with virtually any subpoena issued to anyone. Thus putting the burden on the recipient to divine what is being sought.

10. As such, this subpoena is prima facie improper and must be quashed or modified. In re: *The Circle K Corp* 199 B.R. 92, 102 (S.D.N.Y. 1996); *Concord Boat Corporation v. Brunswick Corporation*, 169 F.R.D.44 (S.D.N.Y. 1996); *Williams v. City of Dallas*, 178 F.R.D. 103 (N.D.TX 1998).

## THE SUBPOENA SEEKS INFORMATION BEYOND THE SCOPE OF RULE 2004

11. Pursuant to Bankruptcy Rule 2004, the scope of inquiry, though broad, is still limited to matters of the debtor's affairs and estate, e.g. In Re: Johns-Manville Corporation, 42 B.R. 362 (S.D.N.Y 1984); In the Matter of Wilcher, 56 B.R. 428 (N.D.Ill 1985).

12. Information relating to Kendall Sports Bar, Inc., d/b/a Café Iguana does not come within that scope.

13. The Debtor in this cause is Rothstein Rosenfeld Adler, P.A. Scott Rothstein was a shareholder in that firm.

14. Mr. Rothstein was also a shareholder of another entity which was the owner of a portion of Kendall Sports Bar, Inc.

15. Mr. Rothstein's interest in Kendall Sports Bar, Inc., was a subject of the criminal forfeiture provisions of Case No: 09-60331-CR-COHN.

16. Mr. Rothstein has pled guilty to the Information in that criminal case.

17. Kendall Sports Bar, Inc., has been contacted by the United States Marshal's Office, Internal Assistance and Development Team, and been advised that all of Mr. Rothstein's interest in that company are now the property of the United States Government.

18. This position is consistent with Federal Forfeiture Law. Thus any proported interest in Kendall Sports Bar, Inc., is not a part of the Bankruptcy estate of Rothstein Rosenfeld Adler, P.A. See United States v. Zaccagnino, 2006 WL 1005042 (C.D. Ill 2006). See also Responses of United States of America to Bankruptcy Trustee's Motions to Refer all third party Claims to United States Bankruptcy Court (D.E. 363) and Motion for Joint Status Conference (D.E. 374).

19. As Kendall Sports Bar, Inc., as it relates to Scott Rothstein is beyond the jurisdiction of this Court, any discovery proceedings by the Bankruptcy Trustee will only result in the needless expenditure of moneys for unneeded attorney services, diminishing the assets that could be distributed to the victims of Mr. Rothstein's criminality.

20. Mr. Terminello's involvement is limited to being the Registered Agent and being attorney for Kendall Sports Bar, Inc.

21. Any information that Mr. Terminello may have was the product of attorney-client conversations.

22. Even if "fishing expeditions" are allowed under Rule 2004, this can not extend to "fishing in protected waters."

23. Service of the subpoena has had a chilling effect on the attorney-client relationship, resulting in the client not wishing to fully discuss facts and issues relating to the subpoena for fear counsel could be asked about these conversations.

**IF DISCOVERY IS TO TO BE ALLOWED, COSTS OF PRODUCTION MUST BE ADVANCED TO RECIPIENTS OF SUBPOENA**

24. Whether or not modified, compliance with the subpoena will impose significant expenses upon non-parties.

25. Any compliance should be conditioned upon payment of reasonable expenses.

**WHEREFORE**, Louis J. Terminello, Esq. And Kendall Sports Bar, Inc., move this Honorable Court to Quash the subpoena served upon Louis J. Terminello, Esq. And Kendall Sports Bar, Inc.

Respectfully Submitted,

**TERMINELLO & TERMINELLO, P.A.**
Attorney for Kendall Sports Bar, Inc.
2700 SW 37 Avenue
Miami, Florida 33133-2728
Tel:    (305) 444-5002
Fax:    (305) 448-5566

BY: _____
Louis J. Terminello
FBN: 872547

*Rothstein Rosenfeld Adler, P.A.*
*U.S. Bankruptcy Case No: 09-34791-RBR*
*Motion to Quash*
*Page 5*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 24th day of March, 2010, via electronic transmission and via U.S. Mail to all interested parties on the attached serive list.

        Respectfully Submitted,

        **TERMINELLO & TERMINELLO, P.A.**
        Attorney for Kendall Sports Bar, Inc.
        2700 SW 37 Avenue
        Miami, Florida  33133-2728
        Tel:   (305) 444-5002
        Fax:  (305) 448-5566

        BY: _____
             Louis J. Terminello
             FBN: 872547

## UNITED STATES BANKRUPTCY COURT
## CASE NO.: 09-34791-BKC-RBR
### SERVICE LIST

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA EMAIL)**

John H. Genovese, Esq. **(VIA CM/ECF)**
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street
Suite 4400
Miami, Florida 33131
Phone: (305) 349-2300
Fax (305) 349-2310

Kendall Coffey, Esq. **(VIA EMAIL)**
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131

John G. Bianco, Esq. **(VIA CM/ECF)**
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com

Alison W. Lehr **(VIA EMAIL)**
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
Phone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

Stuart A. Rosenfeldt, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, PA
401 East Las Olas Boulevard
Suite 2270
Fort Lauderdale, Florida 33301
srosenfeldt@rra-law.com

Jeffrey R. Sonn, Esq. **(VIA EMAIL)**
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida 33394
Phone: (954) 763-4700
Fax (954) 763-1866
jsonn@sonnerez.com

Office of the US Trustee **(VIA CM/ECF)**
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130

Thomas Tew, Esq. **(VIA EMAIL)**
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com

Conrad & Scherer, LLP **(VIA EMAIL)**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: 954-462-5500
wrs@conradscherer.com
JSilver@conradscherer.com
vpupo@conradscherer.com

Michael D. Seese, Esq. **(VIA EMAIL)**
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
Tel: 954.4677900
Fax: 954.4671024
mseese@hinshawlaw.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130
Fax: (305) 530-7139
**(Via U.S. Mail)**

Grant J. Smith, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
gsmith@rra-law.com

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**(Via U.S. Mail)**

William George Salim, Jr. **(VIA CM/ECF)**
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
Tel: 954.491-2000
Fax:  954.4912051

USI **(VIA EMAIL)**
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Tel: 954-607-4000
Anthony.gruppo@usi.biz

Marc Nurik, Esq. **(VIA EMAIL)**
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

BAST AMRON LLP **(VIA CM/ECF)**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
bamron@bastamron.com
jbast@bastamron.com

Mark Bloom, Esq. **(VIA EMAIL)**
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
T 305.579.0500
F 305.579.0717
bloomm@gtlaw.com

Robert D. Critton, Esq. **(VIA EMAIL)**
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com

Roth & Scholl **(VIA EMAIL)**
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
Telephone: (305) 662-4141
jeff@rothandscholl.com

Rogers, Morris & Ziegler, LLP **(VIA EMAIL)**
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
Tel: (954) 462-1431
Fax: (954) 763-2692
mfbooth@rmzlaw.com

Arthur C. Neiwirth, Esq. **(VIA CM/ECF)**
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 523-7008
Fax: (954) 523-7009
aneiwirth@qpwblaw.com

The Florida Bar **(VIA EMAIL)**
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org

Micheal w. Moskowitz, Esq. **(VIA E-MAIL)**
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com

Francis L. Carter, Esq. **(VIA E-MAIL)**
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
flc@katzbarron.com

Bradley S. Shraiberg, Esq. **(VIA EMAIL)**
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
Tel: 561-443-0800
Fax: 561-998-0047
bshraiberg@sfl-pa.com

Henry S. Wulf, Esq. **(VIA EMAIL)**
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
E-Mail: hwulf@carltonfields.com

EMESS Capital, LLC **(VIA EMAIL)**
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
E-Mail: bkatzen@klugerkaplan.com

Ira Sochet, Trustee **(VIA EMAIL)**
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
Telephone: (305) 374-3330
Facsimile: (305) 374-4744
E-Mail: pmhudson@arnstein.com

Coquina Investments **(VIA EMAIL)**
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
E-Mail: predmond@stearnsweaver.com

Michael I. Goldberg, Esq. **(VIA EMAIL)**
Las Olas Centre - Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
Telephone: (305) 463-2700
Facsimile: (305) 463-2224
E-Mail: Michael.goldberg@akerman.com

LMB Funding Group **(VIA EMAIL)**
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-Mail: rfurr@furrcohen.com

Lawrence A. Gordich, Esq. **(VIA EMAIL)**
Melissa Alagna, Esq.
701 Brickell Ave
Suite 1900
Miami, Florida 33131
Telephone: (305) 789-2700
Facsimile: (305) 789-2727
Email: Lawrence.gordich@ruden.com
Email: Melissa.alagna@ruden.com

Broward County **(VIA EMAIL)**
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641
E-Mail: hhawn@broward.org

Brian Tannebaum, Esq. **(VIA EMAIL)**
Tannebaum Weiss PL
150 W Flagler St Ste 2850
Miami, Florida 331301539
E-Mail: bt@tannebaumweiss.com

Paul David Lazarus, Esq. **(VIA EMAIL)**
1 Financial Plaza, Suite 250
Fort Lauderdale, FL 33394
Telephone: (305) 712-1000
Facsimile: (305) 712-10001
E-Mail: pdlazarusesq@aol.com

Louis J. Terminello, Esq. **(VIA EMAIL)**
Terminello & Terminello, P.A.
2700 SW 37th Avenue
Miami, Florida 33133
Telephone: (305) 444-5002
Facsimile: (305) 448-5566
E-Mail: ljt@terminello.com

Daniel S. Mandel, Esq. **(VIA EMAIL)**
Law Offices of Daniel S. Mandel, P.A.
2700 N. Military Trail, Ste. 355
Boca Raton, FL 33431
Phone: (561) 826-1740
Fax:    (561) 826-1741
E-mail: dmandel@dsmandellaw.com

Frank Rubino, Esq. **(VIA EMAIL)**
FRANK A RUBINO, ESQ., P.A.
1001 Brickell Bay Dr Ste 2206
Miami, Florida 33131-4940
Phone: (305) 858-5300
Fax:    (305) 350-2001
E-mail: frank@frankrubino.com

Frank F. McGinn, Esq. **(VIA EMAIL)**
BARTLETT HACKETT FEINBERG, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Phone: (617) 422-0200
Fax: (617) 422-0383
E-mail: ffm@bostonbusinesslaw.com

Michael B. Berger, Esq. **(VIA EMAIL)**
CARPENTER & BERGER, PL
Attorneys for Claimant Next Door Company
6400 N. Andrews Avenue, Suite 370
Ft. Lauderdale, FL 33309
Phone: (954) 772-0127
Fax: (954) 772-0212
E-mail: mberger@carpenterberger.com

Steven J. Solomon, Esq. **(VIA EMAIL)**
GRAY ROBINSON, P.A.
1221 Brickell Avenue- Ste. 1600
Miami, FL 33131
Telephone: (305) 913-0367
Fax: (305) 416-6887
E-mail: steven.solomon@gray-robinson.com