UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                       CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]      CHAPTER 11

      Debtor.
_____/

### CHAPTER 11 TRUSTEE'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF ALAN GREER AND THE LAW FIRM OF RICHMAN GREER, P.A. AS EXPERT WITNESS FOR THE TRUSTEE

Herbert Stettin ("Stettin" or "Trustee"), the chapter 11 trustee of Rothstein Rosenfeldt Alder, P.A. ("RRA" or "Debtor"), by and through undersigned counsel, seeks to employ Alan Greer and the law firm of Richman Greer, P.A. (collectively, "Richman Greer") to serve as an expert witness in connection with adversary proceedings regarding former employees of the Debtor, and in support says:

### Background

1. This case was commenced as an involuntary Chapter 11 proceeding on November 10, 2009, by four petitioning creditors. [D.E. 1].

2. The Court entered an Order for Relief on November 30, 2009. [D.E. 66].

3. On November 20, 2009, the Court entered an *Order Directing the Appointment of a Trustee*. [D.E. 30]. On November 20, 2009, the United States Trustee's office selected Stettin as the Trustee in this case. [D.E. 35]. On November 25, 2009, the Court ratified Stettin's appointment as Trustee. [D.E. 55].

---

1     The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 2270, Fort Lauderdale, Florida 33301 (TIN 7961).

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. The statutory predicates for, and rules applicable to the relief sought in this application are 11 U.S.C. §§ 327 and 328, Rules 2014, 2016 and 5002 of the Federal Rules of Bankruptcy Procedure.

**Relief Requested**

6. By this Application, the Trustee seeks the Court's approval to employ Richman Greer to render services as an expert in connection with adversary proceedings involving former employees of RRA (the "Adversary Proceedings").

7. The Trustee believes it is in the best interest of the estate to enter into a retainer agreement (the "Agreement")(attached as Exhibit A) according to which, subject to Court approval, Richman Greer will provide expert witness services to the Trustee.

8. Richman Greer has extensive experience and knowledge in matters relevant to the Adversary Proceedings, has provided expert witness testimony in numerous proceedings, and is well qualified to serve as an expert witness in relation to the Adversary Proceedings.

9. To the best of the Trustee's knowledge, based on the affidavit of Alan G. Greer (the "Greer Affidavit")(attached as Exhibit B), Richman Greer is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) and (i) Richman Greer does not hold or represent any interest adverse to the Debtor's estate with respect to the matters which are the subject of this Application, and (ii) Richman Greer's connections with the Debtor, creditors, any other party in interest, or their respective attorneys are disclosed in the Greer Affidavit. Richman Greer recognizes that it has not provided, and will not provide any professional services to the Debtor,

any of the creditors, other parties-in-interest, or their respective attorneys or accountants with regard to any matter related to this case.

10. Pursuant to the terms of the Agreement, Richman Greer proposes to be compensated on an hourly basis, including reimbursement of all reasonable costs. In addition, Richman Greer is requesting a $10,000.00 retainer.

11. Richman Greer will apply for compensation and reimbursement of costs, pursuant to Sections 328 and 330 of the Bankruptcy Code, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

12. The Trustee has retained Berger Singerman, P.A. as its general bankruptcy counsel in connection with this chapter 11 case. The scope of services to be rendered by Richman Greer, P.A. will not be duplicative of those services to be rendered by Berger Singerman, P.A., and the services of these counsel will not overlap.

**WHEREFORE**, the Trustee respectfully requests the entry of an Order approving the employment of Richman Greer, P.A. as expert witness for the Trustee; and granting such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Regular U.S. Mail, postage prepaid, fax, email and/or overnight delivery, as indicated, upon all parties on the attached Service List this 29th day of March, 2010.

Dated: March 29, 2010.

                                    Respectfully submitted,

                                    BERGER SINGERMAN, P.A.
                                    Attorneys for Chapter 11 Trustee
                                    200 S. Biscayne Blvd., Ste. 1000
                                    Miami, FL 33131
                                    Telephone: (305) 755-9500
                                    Facsimile: (305) 714-4340

                                    By:   */s/ David L. Gay*
                                            David L. Gay
                                            Florida Bar No. 839221
                                            dgay@bergersingerman.com

2671430-2

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA CM/ECF and EMAIL)**

John H. Genovese, Esq.
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
**(VIA CM/ECF and EMAIL)**

Kendall Coffey, Esq.
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com
**(VIA CM/ECF and EMAIL)**

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131
**(VIA U.S. MAIL and EMAIL)**

John G. Bianco, Esq.
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com
**(VIA CM/ECF and EMAIL)**

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Alison.Lehr@usdoj.gov
Grisel.alonso@usdoj.gov
**(VIA CM/ECF and EMAIL)**

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida 33394
jsonn@sonnerez.com
**(VIA CM/ECF and EMAIL)**

Office of the US Trustee
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130
**(VIA CM/ECF and EMAIL)**

Thomas Tew, Esq.
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com
**(VIA CM/ECF and EMAIL)**

Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
bs@conradscherer.com
JSilver@conradscherer.com
**(VIA CM/ECF and EMAIL)**

2441794-1

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
mseese@hinshawlaw.com
**(VIA CM/ECF and EMAIL)**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL 33324
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl 33130
**(Via U.S. Mail)**

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC 20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl 33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**(Via U.S. Mail)**

William George Salim, Jr.
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
**(VIA CM/ECF and EMAIL)**

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Anthony.gruppo@usi.biz
**(VIA EMAIL)**

Marc Nurik, Esq.
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com
**(VIA EMAIL)**

BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
bamron@bastamron.com
jbast@bastamron.com
**(VIA CM/ECF and EMAIL)**

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Mark Bloom, Esq.
John B. Hutton, Esq.
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
bloomm@gtlaw.com
huttonj@gtlaw.com
**(VIA CM/ECF and EMAIL)**

Robert D. Critton, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com
**(VIA CM/ECF and EMAIL)**

Roth & Scholl
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
jeff@rothandscholl.com
**(VIA CM/ECF and EMAIL)**

Rogers, Morris & Ziegler, LLP
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
mfbooth@rmzlaw.com
**(VIA CM/ECF and EMAIL)**

Arthur C. Neiwirth, Esq.
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
aneiwirth@qpwblaw.com
**(VIA CM/ECF and EMAIL)**

The Florida Bar
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org
**(VIA CM/ECF and EMAIL)**

Micheal W. Moskowitz, Esq.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com
**(VIA CM/ECF and EMAIL)**

Francis L. Carter, Esq.
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
flc@katzbarron.com
**(VIA CM/ECF and EMAIL)**

Bradley S. Shraiberg, Esq.
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
bshraiberg@sfl-pa.com
**(VIA CM/ECF and EMAIL)**

Henry S. Wulf, Esq.
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
E-Mail: hwulf@carltonfields.com
**(VIA CM/ECF and EMAIL)**

EMESS Capital, LLC
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
E-Mail: bkatzen@klugerkaplan.com
jberman@klugerkaplan.com
**(VIA CM/ECF and EMAIL)**

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Ira Sochet, Trustee
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
E-Mail: pmhudson@arnstein.com
**(VIA CM/ECF and EMAIL)**

Coquina Investments
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
E-Mail: predmond@stearnsweaver.com
**(VIA CM/ECF and EMAIL)**

Michael I. Goldberg, Esq.
Las Olas Centre - Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
E-Mail: Michael.goldberg@akerman.com
Eyal.berger@akerman.com
**(VIA CM/ECF and EMAIL)**

LMB Funding Group
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
E-Mail: rfurr@furrcohen.com
**(VIA CM/ECF and EMAIL)**

Lawrence A. Gordich, Esq.
Melissa Alagna, Esq.
701 Brickell Ave
Suite 1900
Miami, Florida 33131
Email: Lawrence.gordich@ruden.com
Email: Melissa.alagna@ruden.com
**(VIA CM/ECF and EMAIL)**

Broward County
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
E-Mail: hhawn@broward.org
**(VIA CM/ECF and EMAIL)**

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
E-Mail – steven.solomon@gray-robinson.com
**(VIA CM/ECF and EMAIL)**

Peter F. Valori, Esq.
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
E-mail: pvalori@dvllp.com
**(VIA CM/ECF and EMAIL)**

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
**(Via US Mail)**

CIT Technology Financing Services I, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
**(Via US Mail)**

Gibraltar Private Bank & Trust Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(Via US Mail)**

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055
**(Via US Mail)**

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399
**(Via US Mail)**

2441794-1                               4

## MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301
**(Via US Mail)**

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130
**(Via US Mail)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(Via US Mail)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
**(Via US Mail)**

Carpenter & Berger, PL
6400 N. Andrew Ave, suite 370
Fort Lauderdale, FL 33309
**(Via US Mail)**

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com
**(VIA CM/ECF and EMAIL)**

Darol H. M. Carr, Esq.
99 Nesbit Street
Punta Gorda, FL 33950
dcarr@farr.com
**(VIA CM/ECF and EMAIL)**

Jane A. Bee, Esq.
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103-6998
bee@blankrome.com
**(VIA EMAIL)**

Roderick F. Coleman, Esq.
400 South Dixie Highway, Suite 121
Boca Raton, FL 33432
rfc@colemanattorneys.com
**(VIA CM/ECF and EMAIL)**

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053
mhaltzman@lammrubenstone.com
**(Via Email and U.S. Mail)**

2441794-1                     5

**EXHIBIT "A"**

**EXHIBIT "A"**



# RICHMAN GREER
PROFESSIONAL ASSOCIATION

Gerald F. Richman 1,5
Alan G. Greer 1,5
Kenneth J. Weil
John M. Brumbaugh 1
Bruce A. Christensen 2
Charles H. Johnson 3
Gary S. Betensky 5
Diane Wagner Katzen 6
Manuel A. Garcia-Linares 4
Mark A. Romance
John G. White, III
Lyle E. Shapiro
Michael J. Napoleone
Ronald P. Ponzoli, Jr.
John R. Whittles
Melissa Fernandez-Stiers
Eric M. Sodhi
Leora B. Freire
Adam M. Myron
Ethan J. Wall
Joshua L. Spoont
Yolyvee Y. Rivera

Steven Naclerio, *Of Counsel*
Manuel Farach, *Of Counsel* 5,7

Robert L. Floyd (1918-2007)
Ray H. Pearson (1922-2004)

1 *Certified in Civil Trial Law
  By The Florida Bar*

2 *Certified in Marital & Family Law
  By The Florida Bar*

3 *Certified in Wills, Trusts & Estates
  By The Florida Bar*

4 *Also, Certified Public Accountant
  in Florida*

5 *Certified in Business Litigation
  By The Florida Bar*

6 *Florida Supreme Court
  Certified Civil Court Mediator*

7 *Certified in Real Estate*

Miami Office

March 18, 2010

**EMAILED and MAILED**

Herbert Stettin, Trustee
c/o Charles H. Lichtman
Berger Singerman, P.A.
350 East Las Olas Blvd.
Suite 1000
Ft. Lauderdale, Florida 3301

Subject:   *In re: Rothstein Rosenfeldt Adler, P.A.*
           *Case No. 09-34791-BKC-RBR*

Dear Judge Stettin:

This letter is to memorialize our understanding that you in your capacity as Trustee in the above referenced matter, have agreed to retain me to be an expert on attorney's conduct and related issues in the above-referenced matter and related cases.

My present rate is $600.00 per hour and I will also be billing for all out-of-pocket expenses I may incur in this representation. I may likewise from time to time utilize one or more of my firm's associates to assist me in preparing my testimony or for pertinent legal research. Such assistance will be billed at the rate of $250.00 per hour. If I need the assistance of a paralegal to maintain control of documents in these matters such assistance will be billed at the rate of $150.00 per hour.

In this regard I will require a $10,000.00 retainer against which I will charge all legal fees and costs until such time as the retainer is consumed. Any unused portions of the retainer will be returned at the end of my work as an expert.


MERITAS
LAW FIRMS WORLDWIDE

MIAMI OFFICE: Miami Center, Suite 1000
201 South Biscayne Boulevard • Miami, Florida 33131
305.373.4000 • Broward 954.523.4297 • Fax 305.373.4099
E-Mail: info@richmangreer.com

WEST PALM BEACH OFFICE: One Clearlake Centre, Suite 1504
250 Australian Avenue, South • West Palm Beach, Florida 33401
561.803.3500 • Fax 561.820.1608
www.richmangreer.com

March 18, 2010
Page 2

Statements will be rendered monthly for work performed and expenses incurred during the previous month. Payment is due promptly upon receipt of our statement. If any statement remains unpaid for more than forty (40) days, I may cease performing service until arrangements satisfactory to me have been made for payment of outstanding statements and the payment of future fees and expenses.

You may terminate my services at any time by notifying me. However, your termination of these services will not affect your responsibility for payment of outstanding statements and accrued fees and expenses incurred before termination or in connection with an orderly transition of the matter. If such termination occurs, all papers and property will be returned to you promptly upon the law firm's receipt of payment for outstanding and accrued fees and costs. Our own files, including lawyer work product, pertaining to the matter, will be retained by us.

I shall have right to withdraw from the case if the payments required by this agreement are not made.

Having said all this, I appreciate your having chosen me to be an expert. I look forward to working with you.

Assuming the above is acceptable, please sign a copy this letter where indicated and return to me for our files.

Sincerely,

*Alan Greer*

Alan G. Greer

AGG:is

**APPROVED AND ACCEPTED**
this ____ day of March, 2010:

**HERBERT STETTIN**
Rothstein Rosenfeldt Adler, P.A.
Chapter 11 Trustee


By: _____
       Herbert Stettin

**EXHIBIT "B"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE: CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1] CHAPTER 11

    Debtor.
_____/

AFFIDAVIT OF ALAN G. GREER, ESQ. IN
SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION FOR
APPROVAL OF EMPLOYMENT OF ALAN GREER AND THE LAW
FIRM OF RICHMAN GREER, P.A. AS EXPERT WITNESS FOR THE TRUSTEE

STATE OF FLORIDA    )
    ) ss.
COUNTY OF DADE    )

    BEFORE ME, the undersigned authority, this date personally appeared Alan G. Greer, Esq. who being first duly sworn under oath, deposes and states:

    1.    I am a partner of Richman Greer, P.A.. ("Richman Greer"), whose offices are located at 201 South Biscayne Blvd, Suite 1000, Miami, Florida 33131 and 250 Australian Ave, South, Suite 1504, West Palm Beach, Florida 33401. The matters set forth in this affidavit are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

    2.    To the best of my knowledge (a) neither Richman Greer nor any of its employees has any connection with the Debtor, its creditors, the Office of the United States Trustee or its employees or any party in interest in this case, (b) Richman Greer and each of its employees are "disinterested persons," as that term is defined in Section 101(14) of the Bankruptcy Code, and

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 2270, Fort Lauderdale, Florida 33301 (TIN 7961).

2704638-1

(c) neither Richman Greer nor any of its employees hold or represent an interest adverse to the Debtor's estate.

3. Neither I nor Richman Greer has or will represent any other entity in connection with these cases, and neither I nor Richman Greer will accept any fee from any other party or parties in these cases, except the Debtor or the Trustee, unless otherwise authorized by the Court.

4. I have read, and agreed to by bound by the terms and conditions represented in the application of the Trustee regarding the employment and compensation of Richman Greer.

5. Richman Greer has agreed to be compensated as set forth in the retainer agreement attached to the Trustee's application to retain Richman Greer; however I understand (i) that the professional fees and costs to be incurred by Richman Greer in the course of its representation of the Trustee in this case will be subject in all respects to the application and notice requirement of 11 U.S.C. § 330 and 331 and Fed. R. Bank. P. 2014 and 2016, and (ii) that the Court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

6. There is no agreement of any nature, other than the internal agreement of our firm, as to the sharing of any compensation to be paid to the firm. No promises have been received by Richman Greer nor any member, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

7. No professional of Richman Greer holds a direct or indirect interest in the Debtor nor was any professional of Richman Greer employed by the Debtor within two years before the commencement of the Debtor's bankruptcy case.

8. No professional of Richman Greer is in control of the Debtor or is a relative of a general partner, director, officer or person in control of the Debtor.

9. No professional of Richman Greer is a general or limited partner of a partnership in which the Debtor is also a general or limited partner.

10. No professional of Richman Greer has any other interest, direct or indirect, that may be affected by the proposed engagement.

*[signature]*
Alan G. Greer, Esq.

The foregoing instrument was acknowledged before me this 25th day of March 2010 by ALAN G. Greer, who is personally known to me or who has produced _____ as identification.

Sworn to and subscribed before me this 25th day of March, 2010, by Ivonne Silva.

*[signature]*
NOTARY PUBLIC,
STATE OF FLORIDA AT LARGE

Print Name: Ivonne
Commission No. DD 850842
Commission Expires: MARCH 10, 2013

IVONNE SILVA
Commission # DD 850842
Expires March 10, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

2704638-1