..DERED in the Southern District of Florida on __03/30/10__



*Raymond B. Ray, Judge*
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                  CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]         CHAPTER 11

Debtor.
_____/

### ORDER GRANTING CHAPTER 11 TRUSTEE'S EMERGENCY MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY

**THIS MATTER** having come before the Court on the 30th day of March, 2010 at 10:30 a.m. in Fort Lauderdale, Florida to consider the *Chapter 11 Trustee's Emergency Motion to Extend Time to Assume or Reject Unexpired Lease of Nonresidential Real Property* (the "Motion") (D.E. #481), the Court having considered the Motion, having heard the presentation of counsel, and being otherwise fully advised in the premises, it is

**ORDERED** that:

---

[1] The address and last four digits of the taxpayer identification number of the Alleged Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 2270, Fort Lauderdale, Florida 33301 (TIN 7961).

2722803-1

1.     The Motion is **GRANTED**.

2.     The time within which the Trustee must assume or reject unexpired leases of nonresidential real property is extended through and including June 29, 2010.

# # #

Submitted by:
David L. Gay, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
dgay@bergersingerman.com

Copy furnished to:
David L. Gay, Esq.
(David L. Gay is directed to serve this Order to all parties of interest and to file a Certificate of Service.)

2722803-1                                      2