

**ORDERED in the Southern District of Florida on April 09, 2010.**

_____
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.: 09-34791-BKC-RBR |
| ROTHSTEIN ROSENFELDT ADLER, P.A.,[1] | CHAPTER 11 |
| Debtor. | |
| _____/ | |

### ORDER GRANTING TRUSTEE'S MOTION TO ENFORCE [D.E. 368]; DENYING MOTION FOR REHEARING [D.E.455] AND RULING ON ORDER TO SHOW CAUSE [D.E.450].

THESE MATTERS came before the Court for hearing on April 7, 2010 at 1:30 pm, on (i) the Court's Order to Show Cause [D.E. 450], (ii) the Trustee's Motion to Enforce Automatic Stay, To Assess Sanctions and Costs Against Prince International Ventures, LLC for Violating the Automatic Stay [D.E. 368], (iii) Motion for Rehearing As to Order Denying Motion For Relief From Stay [D.E. 455] filed by Prince International Ventures, LLC, and (iv) the Trustee's

---

[1] The address and last four digits of the taxpayer identification number of the Alleged Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 2270, Fort Lauderdale, Florida 33301 (TIN 7961).

2739730-1

Response thereto [D.E. 470]. The Court has reviewed the papers filed in this case and is otherwise duly advised, accordingly it is,

**ORDERED**, that:

1. The Motion for Rehearing As to Order Denying Motion For Relief From Stay [D.E. 455] filed by Prince International Ventures, LLC is **DENIED**.

2. The Trustee's Motion to Enforce Automatic Stay, To Assess Sanctions and Costs Against Prince International Ventures, LLC for Violating the Automatic Stay [D.E. 368] is **GRANTED**, however the Court will **RESERVE** ruling on the amount of sanctions.

3. Prince International Ventures, LLC is hereby **DIRECTED** to vacate the default that was entered in Prince International Ventures LLC v. Rothstein Rosenfeldt Adler P.A., Case No. CACE 09-057312, pending in the Florida State Courts.

#   #   #

Submitted by:
Isaac Marcushamer, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
imarcushamer@bergersingerman.com

Copy furnished to:
Isaac Marcushamer, Esq.
(Attorney Marcushamer is directed to serve this Order to all parties of interest and to file a Certificate of Service.)

2739730-1