# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:
ROTHSTEIN ROSENFELDT ADLER, P.A.,    CASE NO.:09-34791-BKC-RBR
                                     CHAPTER 11
TIN: 01-058796
         Debtor
_____/

MARIA PRUNSKIS
         Plaintiff,
Vs.                                  Adversary Proceeding No.

ROTHSTEIN ROSENFELDT ADLER, P.A.,
         Defendant,
_____/

## COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY

MARIA PRUNSKIS, Plaintiff herein, by her undersigned counsel, for her Complaint against Defendant alleges:

1. This is a core proceeding over which this Court has jurisdiction.

2. Defendant is the debtor in this Chapter 11 case. Plaintiff is a creditor of Defendant.

3. This is an adversary proceeding to determine the dischargeability of the debt.

4. Defendant is indebted to Plaintiff in the sum of $10,000.00. The $10,000.00 represents a settlement check received into the Rothstein, Rosenfeldt Adler P.A. (RRA) Trust IOTA account and stolen away from the Trust account by fraud, violating a fiduciary, embezzlement, larceny, false pretenses, false representation, actual fraud as follows:

A. On or about May 9, 2006 the Plaintiff was permanently injured in a car accident caused by the negligence of a State Farm insured driver. The case was settled. Attorney Russell Adler was the contact attorney.

B. On or about, August 25, 2009 Defendant persuaded Plaintiff, " in good faith" and upon reliance of a fiduciary duty of Rothstein Rosenfeldt Adler P.A. to sign a " Release and Hold Harmless Agreement" with the at- fault diver's insurance company, thereby authorizing the at- fault driver's insurance to release funds to Rothstein Rosenfeld Adler P.A. .

C. The firm of Rothstein and Rosenfeldt Adler P.A. received the settlement check and cashed it into their IOTA TRUST Account

D. On or about October 2, 2009 the $10,000.00 settlement check was posted and cashed by Rothstein Rosenfeldt Adler P.A.

E. Medical expenses to treating doctors were never paid.

F. Costs listed as Total Costs were erroneously documented as plaintiff paid Dr. Kagan out of her own pocket by her own credit card.

G. At the time, Defendant knew or should have known that he was converting Plaintiff's settlement money, unlawfully taking it without consent, against the will of the Plaintiff and in violation of the settlement agreement and violating a fiduciary duty.

H. At all times Rothstein Rosenfeldt Adler P.A. had a fiduciary duty of greatest confidence and trust and to act according to the highest standard of duty implied by the law toward the Plaintiff and with the Plaintiff's settlement money.

I. Defendant Rothstein Rosenfeldt Adler P.A., intended that the Plaintiff rely on them to act according to their fiduciary duty and according to the agreement to distribute funds held in the IOTA TRUST account as set forth in the settlement statement.

J. At the time, Defendants knew or should have known of their falsity and their lack of intention, whatsoever to repay the Plaintiff.

K. Plaintiff has suffered injuries in justifiable reliance on the foregoing breach of fiduciary duty , conversion , larceny, and fraud of a Trust account. .

L. The total debt of $10,000.00 is nondischargeable under the Bankruptcy Code.

WHEREFORE ,  Plaintiff prays this Honorable Court determine that

1. The debt of  $10,000.00  is nondischargeable.

2. That  the Court enter a judgment of refund of the $10,000.00 to Plaintiff.

3. That  the Court enter an Order of Disgorgement of   Rothstein Rosenfeldt Adler P.A. fees  in the PI case.

4. That  the Court enter judgment for  sanction   and  such other and further relief as the Court deems just and proper including Plaintiff's reasonable attorney's fees, costs.

*/s/ Maria Prunskis, Esq.*
MARIA PRUNSKIS, ESQUIRE
2024 SE. 16 St.
Lauderdale By The Sea Fla. 33062
Tel: (954) 351-0366
Fax: (954) 788-0200
Bar - 075936

```
                         MRI  SCAN  CENTER, INC.                       Page    1
                         3122 E COMMERCIAL BLVD
Fed ID: 0                FT LAUD, FL  33308              Ph: 954-267-0655

Account
 23597   MARIA PRUNSKIS                              Statement Date
         2024 SE 16 ST                                  04-09-10

         LAUD BTS            33062

                                                             9 4829 00

.Date..RVS......Description of Service..Refrence.Doc#.Loc#.D/U.B.T.......Amount
121207 72141    CERVICAL SPINE                    9 4829   1 P C        1850.00
121207          PAYMENT-VISA           3229       9 4829   1 P P        -300.00
121407          WRITE OFF- PD          CASH PT    9 4829   1 P A       -1550.00
                                                           ===========
                                                   Balance:              $0.00


................................................................................
 30 Days    60 Days    90 Days   120 Days   150 Days   180 Days   210+ Days
    .00        .00        .00        .00        .00        .00        .00
```

*Maria paid w/ Visa card.*

## RELEASE AND HOLD HARMLESS AGREEMENT

FOR AND IN CONSIDERATION of the payment to me of the sum of **TEN THOUSAND DOLLARS ($10,000.00)** the receipt of which is hereby acknowledged, the undersigned being of lawful age, does hereby release, acquit, and forever discharge **KONSTANTINE HRISTOV AND KRASIMER HRISTOV**, his heirs, executors and assigns, liable from any liability now accrued or hereafter to accrue on account of any and all claims or causes of action which the undersigned now or may hereafter have for personal injuries, damage to property, loss of services, medical expenses, contribution, indemnification, losses or damages of any and every kind of nature whatsoever, now known or unknown or that may hereafter develop, by me sustained or received on or about **March 9, 2006**, and the undersigned(s) hereby declare that they fully understand the terms of this settlement and voluntarily accept said sum for the purpose of making a full and final compromise, adjustment and settlement of the injuries and damages, expenses and inconvenience above mentioned and further intend to release all my claims for injury or damage or consequences thereof now known or unknown or which hereafter arise from this accident. This specifically includes release of any and all claims which the undersigned may have for contribution or indemnification.

IT BEING FURTHER AGREED AND UNDERSTOOD that this settlement is a compromise of a disputed claim and that the payment is not to be construed as an admission on the part of the party or parties hereby released of any liability whatever in consequence of said accident.

The undersigned agrees to hold **KONSTANTINE HRISTOV AND KRASIMER HRISTOV** harmless from any and all derivative claims or other claims as a result of this accident which may hereafter be asserted against them including but not limited to doctor's liens, hospital liens, worker's compensation liens and Medicaid or Medicare liens.

The undersigned further states that the foregoing has been carefully read and the undersigned knows the contents thereof and has signed the same as my own free act and has not been influenced in making this settlement by any representation of the party released.

EXECUTED this _____ day of _____, 2009.

BY: _____
MARIA PRUNSKIS

SWORN TO AND SUBSCRIBED before me this ____ day of _____, 2009.

_____
NOTARY PUBLIC
State of Florida at Large
My Commission Expires:

*Russell Adler* [signature]

## MARIA PRUNSKIS VS. KONSTANTINE and KRASIMER HRISTOV
## FILE NO: 07-14662

### COST DISBURSEMENT SHEET

*Maria Prunskis / Plaintiff paid with Visa card* [handwritten note]

| Vendor | Date/Invoice | Amount |
|---|---|---|
| Robert Kagan, M.D. – outside review | 12/18/06 | $1,100.00 |
| Clerk of Circuit Court – filing fee & addl summons | 5/1/07 | $266.00 |
| A Place for Health – records | 11/20/07 | $29.00 |
| Officer John Conti – witness fee | 8/5/08 | $12.00 |
| OJF Services – service on Krasimer & Konstantine Hristov | 2/13/08 - #2007009123; 2007009124 | $65.00 |
| OJF Services – service on Officer Conti | 2008014502 | $30.00 |
| OJF Services – service on Randall Martinez | 2008001625 | $180.00 |
| Secretary of State – service fee re Randall Martinez | 10/13/08 | $10.00 |
| U.S. Legal Support – Attendance fee and depo transcript of Officer Conti | 2/19/08 – 578272<br>9/16/08 – 624759 | $100.00<br>$286.65 |
| Copyscan – 1.351 records | 2/27/08 – 117958 | $104.77 |
| MRI Scan & Imaging - | 3/13/09 – 23597 | $7.00 |
| Anesthesia Pain Care Consultants – records | 3/6/09 – 42110 | $25.14 |
| Office copying and postage | | $182.36 |
| | | |
| | **TOTAL COSTS** | **$2,397.92** |

*$1,100 to Dr Kagen M.D. was paid by plaintiff with her Visa Card.* [handwritten note]