UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

IN RE:                                                          Case No. 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,                   Chapter 11 Proceeding

        Debtor.

_____/

## CHAPTER 11 TRUSTEE'S RESPONSE IN OPPOSITION TO
## FRANK SPINOSA'S EMERGENCY MOTION FOR PROTECTIVE ORDER [D.E. 521]

HERBERT STETTIN (the "Trustee" or "Stettin"), not individually but as Chapter 11 Trustee

of the estate of the Debtor, Rothstein Rosenfeldt Adler, P.A., files his response in opposition to

Frank Spinosa's Emergency Motion for Protective Order [D.E. 521] (the "Motion for Protective

Order"), and therefore states:

### INTRODUCTION

It should come as no surprise to the Court that another known associate and collaborator of

convicted felon Scott W. Rothstein ("Rothstein") should attempt to delay providing sworn testimony

in this case.  Frank Spinsosa ("Spinosa") is the former Vice President of T.D. Bank, N.A. tasked by

Rothstein to draft and execute those now infamous "lock letters" confirming the existence of trust

funds which simply did not exist.  In fact, as Rothstein's Ponzi was crumbling, it was proposed by

Rothstein associate and "independent verifier" Michael Szafranski that "(i)t would keep everyone at

bay if we can get an Spinoza (*sic*) letter stating there is X in the account but due to circumstances the

money is frozen" (See Exhibit "A" annexed hereto).  Spinosa has neither confirmed or denied

through counsel whether he will invoke the 5th Amendment and refuse to answer any meaningful

questions regarding the Debtor or its affairs. The Motion for Protective Order is clear, however, that Spinosa will attempt to delay providing testimony until compelled by Order of the Court.

## BACKGROUND FACTS

1.      On March 23, 2010, the Trustee noticed the Rule 2004 Examination of Spinosa. Subsequently, on or about March 27, 2010, Spinosa was served with process of the Trustee's subpoena pursuant to Fed.R.Bankr.P. 2004 ("Rule 2004").

2.      Rule 2004 provides for the examination of any entity concerning (i) the Debtor's acts, conduct or property; (ii) the liabilities, and financial condition of the debtor; (iii) any matter which may affect the administration of the debtor's estate, and (iv) a debtor's right to a discharge. See Fed.R.Bankr.P. 2004(b). Moreover, the local rule in this district provides that the attendance of an examinee and production of documents may not be required with less than 14 days notice, absent agreement of the parties or order of the Court. See Local Rule 2004-1(B).

3.      The Trustee's Rule 2004 examination of Spinosa was properly noticed in every respect. The subject matter of the documents requested all relate to Spinosa's activities on behalf of the Debtor, and his relationship with Rothstein. Additionally, Spinosa was afforded adequate notice pursuant to Rule 2004 of the examination originally scheduled for April 13, 2010.

4.      On Friday, April 9, 2010, counsel for Spinosa filed the Motion for Protective Order alleging that the Trustee has been uncooperative in scheduling Spinosa's Rule 2004 examination. Specifically, the Motion for Protective Order alleges that undersigned counsel has been discourteous and unprofessional with respect to rescheduling the examination.

5.      Prior to filing the Motion for Protective Order, counsel for Spinosa wrote undersigned counsel demanding to know if the Trustee had been personally consulted regarding the examination

2

dates and threatening to "alert the Court" that the Trustee's refusal to reschedule the examination for the dates provided by Spinosa was "unprofessional" and "discriminatory to witnesses." See Exhibit "B" annexed hereto. Undersigned promptly responded that, as a matter of professional courtesy, the Trustee would work with Spinosa's counsel to reschedule the examination, proposed to schedule a tentative date in late April 2010, and requested additional dates in early May 2010. See Exhibit "B." Counsel for Spinosa, however, declined to cooperate with the Trustee in rescheduling the examination and plainly refused to even consider any of the alternatives suggested by undersigned counsel. Instead, counsel for Spinosa reveled that the he had not cleared the proposed dates by T.D. Bank, thus setting up a basis for further delay of the examination by a party that, according to Spinosa's counsel, is apparently "requiring that they be afforded an opportunity to attend." See Exhibit "C" annexed hereto.

6.      As further basis for the requested relief, Spinosa argues that the Trustee has afforded longer extensions to other examinees in this case. See Motion for Protective Order at ¶11. First, such extensions are within the Trustee's discretion where in the best interest of the estate. Second, in many instances, these extension have occurred as a result of the Trustee being unable to effectuate service of a subpoena upon the examinees at issue. In the instant dispute, Spinosa was served with process soon after the examination was notices, and no basis exists for delaying the examination by more than a month.

## RELIEF REQUESTED

7.      The Motion for Protective Order is an improper and unsubstantiated attempt to strong-arm the Trustee to reschedule Spinosa's examination. The Trustee respectfully requests the entry of an Order compelling Spinosa to produce documents responsive to the Subpoena and testify

at a Rule 2004 examination to be scheduled by mutual agreement of the Trustee and Spinosa, but in no event later than the week ending May 7, 2010. The Trustee additionally requests that the Motion for Protective Order be denied in all other respects.

**WHEREFORE**, HERBERT, not individually but as Chapter 11 Trustee of the estate of the Debtor, Rothstein Rosenfeldt Adler, P.A., respectfully requests the entry of an Order denying the Motion for Protective Order, granting the relief requested herein, and for such other relief as the Court may deem just and proper.

Dated this 13th day of April, 2010.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

GENOVESE JOBLOVE & BATTISTA, P.A.
Special Counsel/Conflicts
 Counsel for the Chapter 11 Trustee
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310


By:  /s/  Jesus M. Suarez
     John H. Genovese, Esq.
     Fla. Bar. No. 280852
     David C. Cimo, Esq.
     Fla. Bar. No. 775400
     Jesus M. Suarez, Esq.
     Fla. Bar No. 60086

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF to all registered CM/ECF email recipients this 13th day of April, 2010.

/s/  Jesus M. Suarez
Jesus M. Suarez

## SERVICE LIST
## CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA EMAIL)**

John H. Genovese, Esq. **(VIA CM/ECF)**
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street
Suite 4400
Miami, Florida 33131
Phone: (305) 349-2300
Fax (305) 349-2310

Kendall Coffey, Esq. **(VIA EMAIL)**
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131

John G. Bianco, Esq. **(VIA CM/ECF)**
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl.  33301
jgb@trippscott.com

Alison W. Lehr **(VIA EMAIL)**
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
Phone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

Stuart A. Rosenfeldt, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, PA
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
srosenfeldt@rra-law.com

Jeffrey R. Sonn, Esq. **(VIA EMAIL)**
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida  33394
Phone: (954) 763-4700
Fax (954) 763-1866
jsonn@sonnerez.com

Office of the US Trustee **(VIA CM/ECF)**
51 Southwest First Avenue
Suite 1204
Miami, Florida  33130

Thomas Tew, Esq. **(VIA EMAIL)**
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com

Conrad & Scherer, LLP **(VIA EMAIL)**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: 954-462-5500
bs@conradscherer.com
JSilver@conradscherer.com

Michael D. Seese, Esq. **(VIA EMAIL)**
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
Tel: 954.4677900
Fax:  954.4671024
mseese@hinshawlaw.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130
Fax: (305) 530-7139
**(Via U.S. Mail)**

Grant J. Smith, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
gsmith@rra-law.com

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**((Via U.S. Mail)**

William George Salim, Jr. **(VIA CM/ECF)**
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
Tel: 954.491-2000
Fax:  954.4912051

USI **(VIA EMAIL)**
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Tel: 954-607-4000
Anthony.gruppo@usi.biz

Marc Nurik, Esq. **(VIA EMAIL)**
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

2

BAST AMRON LLP **(VIA CM/ECF)**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
bamron@bastamron.com
jbast@bastamron.com

Mark Bloom, Esq. **(VIA EMAIL)**
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
T 305.579.0500
F 305.579.0717
bloomm@gtlaw.com

Robert D. Critton, Esq.  **(VIA EMAIL)**
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com

Roth & Scholl **(VIA EMAIL)**
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
Telephone: (305) 662-4141
jeff@rothandscholl.com

Rogers, Morris & Ziegler, LLP **(VIA EMAIL)**
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
Tel: (954) 462-1431
Fax: (954) 763-2692
mfbooth@rmzlaw.com

Arthur C. Neiwirth, Esq. **(VIA CM/ECF)**
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 523-7008
Fax: (954) 523-7009
aneiwirth@qpwblaw.com

The Florida Bar **(VIA EMAIL)**
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org

Micheal w. Moskowitz, Esq. **(VIA E-MAIL)**
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com

Francis L. Carter, Esq. **(VIA E-MAIL)**
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
flc@katzbarron.com

Bradley S. Shraiberg, Esq. (**VIA EMAIL**)
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
Tel: 561-443-0800
Fax: 561-998-0047
bshraiberg@sfl-pa.com

3

Henry S. Wulf, Esq. **(VIA EMAIL)**
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
E-Mail: hwulf@carltonfields.com

EMESS Capital, LLC  **(VIA EMAIL)**
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
E-Mail: bkatzen@klugerkaplan.com

Ira Sochet, Trustee  **(VIA EMAIL)**
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
Telephone: (305) 374-3330
Facsimile: (305) 374-4744
E-Mail: pmhudson@arnstein.com

Coquina Investments  **(VIA EMAIL)**
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
E-Mail: predmond@stearnsweaver.com

Michael I. Goldberg, Esq.  **(VIA EMAIL)**
Las Olas Centre -  Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
Telephone: (305) 463-2700
Facsimile: (305) 463-2224
E-Mail: Michael.goldberg@akerman.com

LMB Funding Group  **(VIA EMAIL)**
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-Mail: rfurr@furrcohen.com

Lawrence A. Gordich, Esq. **(VIA EMAIL)**
Melissa Alagna, Esq.
701 Brickell Ave
Suite 1900
Miami, Florida 33131
Telephone: (305) 789-2700
Facsimile: (305) 789-2727
Email: Lawrence.gordich@ruden.com
Email: Melissa.alagna@ruden.com

Broward County **(VIA EMAIL)**
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641
E-Mail: hhawn@broward.org

# EXHIBIT

## "A"

From:  Michael Szafranski [mike@onyxcapitalmanagement.com]
Sent:  Friday, October 30, 2009 1:34 PM
To:    Scott Rothstein
Subject:    Re: Letter

Sorrry.  I know you are stressed.  But melly is on my ass.  It is 730 pm
there.  Plz call me asap.  Also irene plz.  Love you
Mikeyyy.
------Original Message------
From: Scott Rothstein
To: Mike Szafranski
Subject: Re: Letter
Sent: Oct 30, 2009 11:17 AM

Ok
I will call him on my break
Love u
Me


----- Original Message -----
From: Michael Szafranski <mike@onyxcapitalmanagement.com>
To: Scott Rothstein
Sent: Fri Oct 30 11:16:03 2009
Subject: Letter

It would keep everyone at bay if we can get a spinoza letter saying there is x
in acct but due to circumstance the money is frozen.  Also the letter from
opposing would be helpful.
Love you
Mikeyyy
Michael Szafranski
President
Onyx Capital Management
1111 Kane Concourse 210
Bay Harbor, FL 33154
(305) 867-1620 (Office)
(305) 867-3501 (Fax)
(917) 749-2225 (Cell)


Michael Szafranski

file:///L|/Clients23/23845%20-%20RRA/Analysis/Payments%20to%20_____/Onyx%20Capital/E-Mails/Re%20Letter.txt

President
Onyx Capital Management
1111 Kane Concourse 210
Bay Harbor, FL 33154
(305) 867-1620 (Office)
(305) 867-3501 (Fax)
(917) 749-2225 (Cell)

# EXHIBIT

# "B"

## Suarez, Jesus

| | |
|---|---|
| **From:** | Suarez, Jesus |
| **Sent:** | Friday, April 09, 2010 11:16 AM |
| **To:** | 'mjs@scflalaw.com' |
| **Cc:** | Cimo, David C.; Genovese, John H.; 'CLichtman@bergersingerman.com'; Hopkins, Colleen; 'sjr@miamilawyer.com'; 'mc@scflalaw.com' |

**Subject:** Re: Spinosa

We never understood that there was any professional courtesy at issue. We asked for dates in April and you gave us dates in May. I did not digest that the conflict was with you and your schedule.

Please tell us what your conflicts are in April and give us additional dates in early May. Perhaps we can work around a tentative date when you are available in April.

Jesus M. Suarez, Esq.
Genovese, Joblove & Battista, P.A.
-----------------------------
Sent from my BlackBerry

---

**From:** Michael J. Schlesinger
**To:** Suarez, Jesus
**Cc:** Cimo, David C.; Genovese, John H.; Charles H. Lichtman, Esq.; Hopkins, Colleen; sjr@miamilawyer.com ; Michael Cotzen
**Sent:** Fri Apr 09 11:00:09 2010
**Subject:** RE: Spinosa

Jesus,
On reflecting overnight on your client, Judge Herbert Stettin's and your firm's decision not to afford my firm and co-counsel's simple professional courtesy of an extension that at most is one week more than you are requesting is quite disheartening and out of character for Judge Stettin and Mr. Cimo. Have you actually ran my request by your client? The Judge Stettin that I have been before as a Senior Judge and as a Mediator would not decide in such a manner so as to force my firm to incur the cost and expense of filing an emergency motion because of my unavailability for that time and date. This motion will alert the Court to our belief that the demand to adjourn be tied to rescheduling in April is unprofessional and discriminatory to witnesses that have been given months on rescheduling(I will detail every single original notice and rescheduled date). We are a two attorney office. My co-counsel is a solo practitioner. We in good faith gave you dates that were not meant to delay in any manner. I again ask prior to me filing the motion( 5:00 pm today) that you voluntarily reschedule the unilaterally set deposition to one of the 5 dates we gave you. Thank you for your prompt response.

Very truly yours,



Michael J. Schlesinger, Esq.
Schlesinger & Cotzen, P.L.
799 Brickell Plaza, Suite 700
Miami, Florida 33131

4/12/2010

Phone: 305-373-8993
Fax: 305-373-8098
Email: mjs@scflalaw.com
Website: http://scflalaw.com

---

**From:** Suarez, Jesus [mailto:jsuarez@gjb-law.com]
**Sent:** Thursday, April 08, 2010 3:47 PM
**To:** Michael J. Schlesinger
**Cc:** Cimo, David C.; Genovese, John H.; Charles H. Lichtman, Esq.; Hopkins, Colleen; sjr@miamilawyer.com; Michael Cotzen
**Subject:** RE: Spinosa

Michael,

If we are going to renotice by agreement, we need you to propose agreed dates in April. We can't agree at this time to postpone the examinations until May.

Jesus

---

**From:** Michael J. Schlesinger [mailto:mjs@scflalaw.com]
**Sent:** Wednesday, March 31, 2010 6:30 PM
**To:** Suarez, Jesus
**Cc:** Cimo, David C.; Genovese, John H.; Charles H. Lichtman, Esq.; Hopkins, Colleen; sjr@miamilawyer.com; Michael Cotzen
**Subject:** Re: Spinosa

Not going to happen in April. My schedule and co-counsel is too tight. Moreover, we understand you gave other witnesses over two month extensions of initial dates and ask for the same courtesy.
Very truly yours,

Michael J. Schlesinger

----- Original Message -----
From: Suarez, Jesus <jsuarez@gjb-law.com>
To: Michael J. Schlesinger
Cc: Cimo, David C. <DCimo@gjb-law.com>; Genovese, John H. <jgenovese@gjb-law.com>; Charles H. Lichtman, Esq. <clichtman@bergersingerman.com>; Hopkins, Colleen <chopkins@gjb-law.com>; Sam Rabin <sjr@miamilawyer.com>; Michael Cotzen
Sent: Wed Mar 31 18:11:01 2010
Subject: RE: Spinosa

Let me run those dates by our team, but please provide me with alternative dates in April (the examination is currently scheduled for April 13). Thanks.

Jesus

---

Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Direct: (305) 913-6682
Facsimile: (305) 349-2310
E-mail: jsuarez@gjb-law.com <mailto:jsuarez@gjb-law.com>

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information contained herein. Also, please notify sender that you have received this communication in error, and delete the copy thereof you have received. Thank you.

---

From: Michael J. Schlesinger [mailto:mjs@scflalaw.com]
Sent: Wednesday, March 31, 2010 5:37 PM
To: Suarez, Jesus
Cc: Cimo, David C.; Genovese, John H.; Charles H. Lichtman, Esq.; Hopkins, Colleen; Sam Rabin; Michael Cotzen
Subject: RE: Spinosa

Jesus,

Subject to confirmation from my client(I had not heard from him yet but did not want to wait to transmit the promised dates), here are some dates that we are available.  Please let me know which ones you guys are also available. May 7, 21, 28; and June 10, 11, 18.

On the document request, my client has no documents that are separate from the ones in TD Bank's possession.  There are few  documents  that we would be withholding as attorney client/work product privilege and will submit a list to you shortly.

Very truly yours,

Michael J. Schlesinger, Esq.
Schlesinger & Cotzen, P.L.
799 Brickell Plaza, Suite 700
Miami, Florida 33131
Phone:  305-373-8993
Fax:  305-373-8098
Email:  mjs@scflalaw.com <mailto:mjs@mjsjd.com>
Website:  http://scflalaw.com <http://www.mjsjd.com/>

4/12/2010

# EXHIBIT

# "C"

## Suarez, Jesus

| | |
|---|---|
| **From:** | Michael J. Schlesinger [mjs@scflalaw.com] |
| **Sent:** | Friday, April 09, 2010 11:25 AM |
| **To:** | Suarez, Jesus |
| **Cc:** | Cimo, David C.; Genovese, John H.; Charles H. Lichtman, Esq.; Hopkins, Colleen; sjr@miamilawyer.com; Michael Cotzen; GoldsteinG@GTLAW.com; EvansP@gtlaw.com |

**Subject:** RE: Spinosa - Subpoena

Jesus,

My assistant spent hours coordinating times with my co-counsel and my schedule to give you those dates. I learned yesterday that TD Bank was not asked if they are available for any of those dates. TD Bank, as my client's employer at the time, are requiring that they be afforded an opportunity to attend. I am copying their attorneys, Glenn Goldstein and Donna Evans with this response. I simply do not understand the problem with the 5 dates we gave you, we are not asking for the over two months and counting that you gave to Irene Stay? Please advise if these dates are unacceptable with your client, from your response, it is clear that you did not run my request by Judge Stettin.

Very truly yours,



Michael J. Schlesinger, Esq.
Schlesinger & Cotzen, P.L.
799 Brickell Plaza, Suite 700
Miami, Florida 33131
Phone: 305-373-8993
Fax: 305-373-8098
Email: mjs@scflalaw.com
Website: http://scflalaw.com

4/12/2010