

**ORDERED in the Southern District of Florida on May 05, 2010.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]        CHAPTER 11

      Debtor.
_____/

**ORDER GRANTING TRUSTEE'S *EX PARTE*  APPLICATION
(i) TO EMPLOY SUDDATH RELOCATION SYSTEMS OF FT.
LAUDERDALE, INC. TO RELOCATE OFFICE CONTENTS AND
(ii) TO PAY SUDDATH RELOCATION SYSTEMS OF FT. LAUDERDALE, INC.**

THIS MATTER having come before the Court on the *Trustee's Ex-Parte Application to*

*(i) Employ Suddath Relocation Systems of Ft. Lauderdale, Inc. to Relocate Office Contents and*

*(ii) to Pay Suddath Relocation Systems of Ft. Lauderdale, Inc.*   [D.E. # 138]  (the

---

[1] The address and last four digits of the taxpayer identification number of the Alleged Debtor, Rothstein Rosenfeldt Adler, P.A., is Las Olas City Centre, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 (TIN 7961).

"Application"),[2] and it appearing that the relief requested is in the best interest of the Debtor, its estate, creditors and other parties in interest, notice having been properly given, the Court having jurisdiction over the subject matter of this Application, the Court finding good cause for the approval of the Application, it is **ORDERED** that:

1.    The Application is **GRANTED**.

2.    The Trustee is authorized to employ Suddath Relocation Systems of Ft. Lauderdale, Inc. pursuant to the terms set forth in the Application.

3.    The Trustee is authorized to pay Suddath Relocation Systems of Ft. Lauderdale, Inc. an amount not to exceed $10,000 for the relocation of the Office Contents

#   #   #

Submitted by:
David L. Gay, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
dgay@bergersingerman.com

Copy furnished to:
David L. Gay, Esq.
*(Attorney Gay is directed to serve this Order to all parties of interest and to file a Certificate of Service.)*

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2