ORDERED in the Southern District of Florida on _05/28/10_



_____
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:                                    )
                                          )    Chapter 11 Proceeding
ROTHSTEIN ROSENFELDT ALDER, P.A.,         )
                                          )    Case No. 09-34791-RBR
Debtor.                                   )
                                          )
_____ )

## ORDER REGARDING TD BANK N.A.'S
## EMERGENCY MOTION FOR A PROTECTIVE ORDER

THIS CAUSE came before the Court on Tuesday, May 18, 2010, at 9:30 a.m., upon the

Emergency Motion for Protective Order with Respect to Rule 2004 Examinations Duces Tecum of

Jennifer Kerstetter, Roseanne Caretsky, and Frank Spinosa (the "Motion") [D.E. 621], filed by T.D.

Bank, N.A. ("TD Bank").  The Court, having read and considered the Motion, the Response filed

by Razorback Funding, LLC and certain other creditors [D.E. 640], having considered the argument

of the parties and being otherwise duly advised in the premises,

DOES HEREBY ORDER:

1)      The Rule 2004 examinations of Jennifer Kerstetter, Rosanne Caretsky and Frank Spinosa, shall be conducted only by the Trustee at this time, and the scope of such examinations shall be limited to the following:

a)      Money in and money out of the bank accounts held at TD Bank by Rothstein Rosenfeldt Adler P.A. ("RRA"), Scott Rothstein, individually, and other entities owned or controlled by Scott Rothstein (collectively, the "Rothstein Accounts");

b)      Meetings, communications and interactions between bank employees, RRA employees and investors regarding the Rothstein Accounts or money in and out of the Rothstein Accounts; and

c)      Any conduct or activities of the ^three (3) Kerstetter, Caretsky & Spinosa RBR bank employees as participants, directly or indirectly, in the Ponzi scheme by Scott Rothstein, including but not limited to conduct and activities relating to said employees training, understanding, adherence or failures of same with respect to any and all bank policies and procedures as related to the opening, administration, execution of any and all activites relating to the "Rothstein Accounts" and any transfers to and from those accounts. The Rule 2004 examinations shall not go beyond this scope, and shall not include any inquiry regarding third party bank accounts at TD Bank (except to the extent that such account holder has waived any privacy right they may have in such account information).

2)      Creditors in this bankruptcy proceeding shall be entitled to attend the examinations, but shall not be entitled to ask questions at this time.  This is without prejudice to the creditors subsequently seeking to conduct a Rule 2004 examination, and without prejudice to TD Bank filing a motion for protective order with regard to any such creditor notices.

3)      Based upon the above-described scope of the examination, the Motion is denied

without prejudice.  Members of the press ~~and public~~ shall be entitled to attend the examinations,

subject to the limitations below:

a)      A properly credentialed reporter may attend the examinations; however, no

tape or digital recorder will be allowed in the examinations.  The court reporter's transcript will be

the only official record.

b)      No reporter ~~or member of the public~~ shall make any oral comment whatsoever

while the examinations are proceeding or otherwise take any actions that would cause the slightest

disruption to the examination proceeding.  This includes recommending, requesting, or passing

questions or notes to counsel.

c)      Assuming the examinations occur at the offices of counsel for the Trustee, the

press ~~or public~~ shall physically sit where directed by counsel for the Trustee.

4)      The Court reserves jurisdiction to enter all such other orders as are necessary to

enforce the provisions of this order or to otherwise give it its full meaning and effect.

###

Submitted By

John H. Genovese, Esq.
Genovese Joblove & Battista, P.A.
Miami Tower
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310
Email: jgenovese@gjb-law.com

Copies Furnished To:

John H. Genovese, Esq.
[Attorney Genovese is directed to serve a copy of this Order upon all parties in interest].