

**ORDERED in the Southern District of Florida on June 17, 2010.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 Proceeding |
| ROTHSTEIN ROSENFELDT ADLER, P.A., | ) |
| | ) Case No. 09-34791-RBR |
| Debtor. | ) |
| _____ | ) |

**ORDER REGARDING
TD BANK N.A.'S MOTION FOR RECONSIDERATION
OF ORDER REGARDING ITS EMERGENCY MOTION FOR
PROTECTIVE ORDER [D.E. 712] AND RENEWED EMERGENCY MOTION FOR
A PROTECTIVE ORDER WITH RESPECT TO RULE 2004 EXAMINATIONS
*DUCES* TECUM OF ROSEANNE CARETSKY AND FRANK SPINOSA [D.E. 738]**

THIS CAUSE came before the Court on Wednesday, June 9, 2010, at 1:30 p.m., upon

T.D. Bank, N.A.'S Motion for Reconsideration of Order Regarding its Emergency Motion for

Protective Order [D.E. 712] and Renewed Emergency Motion for a Protective Order With

Respect to Rule 2004 Examinations *Duces Tecum* of Roseanne Caretsky and Frank Spinosa

1

[D.E. 738] (the "Motion for Reconsideration"), filed by T.D. Bank, N.A. ("TD Bank"). The Court, having read and considered the Motion for Reconsideration, the Response filed by the Trustee [D.E. 745], having considered the argument of the parties and being otherwise duly advised in the premises,

**ORDERS**:

1) The Motion for Reconsideration is **GRANTED**, in part, and **DENIED**, in part.

2) The Order Regarding T.D. Bank, N.A.'s Motion for Protective Order [D.E. 712] remains in full force and effect, except as follows:

>     a) The press shall be excluded from the continued examinations of Rosanne Caretsky ("Caretsky") and Frank Spinosa ("Spinosa").
>
>     b) The transcript of the continued examinations of Caretsky and Spinosa shall not be made public until fifteen (15) days after each is transcribed by the court reporter. During such time, TD Bank may file a motion to seal or redact those portions of the transcripts that may contain confidential or proprietary information. If TD Bank files such a motion, the transcript shall remain confidential until such time as the Court rules upon the motion, at which point the transcript shall be subject to further court order

3) The Court reserves jurisdiction to enter all such other orders as are necessary to enforce the provisions of this order or to otherwise give it its full meaning and effect.

###

<u>Submitted By</u>

David C. Cimo, Esq.
Genovese Joblove & Battista, P.A.
Miami Tower
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310
Email: dcimo@gjb-law.com

<u>Copies Furnished To</u>:

David C. Cimo, Esq.
[Attorney Cimo is directed to serve a copy of this Order upon all parties in interest].