**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                                CASE NO.:  09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,     CHAPTER 11

      Debtor.

_____/

**NOTICE OF FILING *PROPOSED* ORDER GRANTING MOTION OF**
**CHAPTER 11 TRUSTEE HERBERT STETTIN PURSUANT TO FED. R.**
**BANKR. P. 9019: (I) TO APPROVE SETTLEMENT AND COMPROMISE**
**WITH MICHAEL SZAFRANSKI, ELANA J. STURM, ABS CAPITAL FUNDING,**
**LLC, SKIS VENTURES, LLC, ALEXA FUNDING, LLC, AND ONYX OPTIONS**
**CONSULTANTS CORP.; AND (II) REQUEST FOR ENTRY OF BAR ORDER [DE 808]**

Herbert Stettin ("Trustee"), the Chapter 11 Trustee of Rothstein Rosenfeldt Adler, P.A.

files the attached *Proposed* Order Granting Motion of Chapter 11 Trustee Herbert Stettin

Pursuant To Fed. R. Bankr. P. 9019: (I) To Approve Settlement And Compromise With Michael

Szafranski, Elana J. Sturm, Abs Capital Funding, LLC, Skis Ventures, LLC, Alexa Funding,

LLC, And Onyx Options Consultants Corp.; And (II) Request For Entry Of Bar Order.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the

examinee, the debtor, the attorney for the debtor and the trustee this 13th day of August, 2010, (i)

by electronic mail through the Court's CM/ECF system to those parties who are registered users;

and (ii) via first class, U.S. Mail.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

GENOVESE JOBLOVE & BATTISTA, P.A.
Special Counsel for the Chapter 11 Trustee
100 S.E. Second Street, Suite 4400
Miami, Florida 7131
Tel.: (305) 349-2300
Fax: (305) 349-2310
Email: jgenovese@gjb-law.com

By:   /s/  John H. Genovese
        John H. Genovese, Esq.
        Fla. Bar. No. 280852
        David C. Cimo, Esq.
        Fla. Bar. No. 775400
        Jesus M. Suarez, Esq.
        Fla. Bar No. 60086

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

CASE NO. 09-34791-BKC-RBR
CHAPTER11

In re

ROTHSTEIN ROSENFELDT
ADLER, P.A.,

       Debtor.

_____/

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE HERBERT STETTIN
PURSUANT TO FED. R. BANKR. P. 9019: (i) TO APPROVE SETTLEMENT AND
COMPROMISE WITH MICHAEL SZAFRANSKI, ELANA J. STURM, ABS CAPITAL
FUNDING, LLC, SKIS VENTURES, LLC, ALEXA FUNDING, LLC, AND ONYX
OPTIONS CONSULTANTS CORP.;**

**AND**

**(ii) REQUEST FOR ENTRY OF BAR ORDER [DE 808]**

THIS MATTER came before the Court on August 13, 2010 at 9:30 a.m. on the Motion of

Herbert Stettin ("Trustee"), Chapter 11 Trustee of Rothstein Rosenfeldt Adler, P.A. ("RRA" or

the "Debtor") pursuant to Federal Rule of Bankruptcy Procedure 9019(a), to Approve Settlement

and Compromise with Michael Szafranski ("Szafranski"), Elana J. Sturm ("Sturm"), ABS

Capital Funding, LLC ("ABS"), SKIS Ventures, LLC ("Skis"), Alexa Funding, LLC ("Alexa") and Onyx Options Consultants Corp. ("Onyx") (ABS, Skis, Alexa and Onyx are collectively referenced to as the "Szafranski Entities") (Szafranski, Sturm and the Szafranski Entities are collectively referenced to as the "Settling Parties")[1] (the "Motion") and Request for Entry of Bar Order (the "Bar Order Request") (the Motion and Bar Order Request shall sometimes collectively be referred to herein as the "Motion") [DE ____]. The Court, having reviewed the Motion, having heard the argument and evidentiary proffer of counsel for the Trustee, having found that good and sufficient notice of the Motion was given to all parties in interest, and being otherwise duly advised in the premises, finds good cause for the relief sought. Accordingly, it is:

ORDERED as follows:

1.      For the reasons stated on the record, which are incorporated herein by reference, the Motion is granted.

2.      The Stipulation of Settlement described in Exhibit "A" attached to the Motion (the "Settlement Agreement")[1] is approved and made part of this Order, except as limited and modified by this Order.[2] The Trustee shall give notice and an opportunity to be heard to all parties in interest prior to exercising his remedies pursuant to paragraph 9 of the Settlement Agreement to seek subconsolidation of the Szafranski Entities, and shall provide notice and an opportunity to be heard to Emess Capital, LLC, to assert any appropriate objection, prior to the

---

[1] The Settling Parties and the Trustee shall collectively be referenced to as the "parties."

[1] Unless otherwise noted, all capitalized terms herein shall have the same meaning ascribed to them in the Stipulation of Settlement attached as Exhibit A to the Motion.

[2] In the event of any inconsistency between this Order and the Settlement Agreement, this Order shall control.

2

Trustee exercising his remedies to seek entry of a Consent Judgment against ABS Capital Funding, LLC.

3. For the reasons stated on the record, which are incorporated herein by reference the Bar Order Request is granted to the extent set forth below, and this Order shall act as an injunction against any person or entity in favor of Szafranski and Sturm, and no other person or entity, in regard to any and all matters arising out of any involvement of Szafranski and Sturm whatsoever in transactions, acts, or events in any manner related to Scott W. Rothstein ("Rothstein") and RRA, as follows:

A. Against the filing, commencing, conducting, or continuing in any manner, any suit, action, or other proceeding (including, without limitation, any proceeding in any judicial, arbitral, administrative, or other forum) against Szafranski and Sturm with regard to all matters arising out of any involvement of Szafranski and Sturm whatsoever in transactions, acts, or events in any manner related to Rothstein and RRA;

B. Against enforcing, levying, employing legal process, whether pre- or post-judgment; attaching, garnishing, sequestering (including, without limitation, any prejudgment attachment, garnishment or sequestration), bringing proceedings supplementary to execution, collecting, or otherwise recovering by any means or in any manner, any claims against Szafranski and Sturm with regard to all matters arising out of any involvement of Szafranski and Sturm whatsoever in transactions, acts, or events in any manner related to Rothstein and RRA;

C. Against any action brought by any person or entity seeking recovery, contribution and/or indemnity from Szafranski and Sturm with regard to all matters arising out

3

of the Settling Parties' involvement whatsoever in transactions, acts or events in any manner related to Rothstein and RRA. Notwithstanding the foregoing, nothing contained herein shall prevent a defendant in any litigation from claiming to the extent applicable that the damages sustained by any plaintiff in such litigation should be reduced by the actual dollar amount distributed to such plaintiff from the Settlement Payment herein approved; and

D. Against proceeding in any manner and any place with regard to making or liquidating any claim or bringing any action of any kind or nature against Szafranski or Sturm in any forum other than the U.S. Bankruptcy Court for the Southern District of Florida.

4. The scope of the bar order set forth in Paragraph 3 above is limited to those claims against Szafranski and Sturm arising from connection and/or involvement whatsoever with RRA and Rothstein, and is not intended to bar third party claims against Szafranski and Sturm arising out of matters completely unrelated to their involvement with RRA and Rothstein.

5. Notwithstanding anything else to the contrary contained herein or in the Settlement Agreement, neither the Court's entry of this Order, the Bar Order itself, or the entry of an order dismissing the Adversary Proceeding shall operate as a release, discharge or otherwise affect, diminish or impair in any way the claims, rights and remedies of any creditor, party in interest or other person or entity against any person or entity other than Szafranski and Sturm. Without limiting the foregoing, nothing in this Order, the Settlement Agreement, any order dismissing the Adversary Proceeding, or anything related to the approval or implementation of the Settlement Agreement shall affect, impair or diminish in any way the claims, rights, and remedies being asserted, or which may hereafter be asserted in any action or

4

proceeding against any person or entity (including, without limitation, any current or future defendants or other parties in any current or future actions or proceedings) other than Szafranski and Sturm including, without limitation, those certain case styled (i) *Razorback Funding, LLC et al. v. Rothstein et al.*, Case No. 09-062943 (19) pending in the 17th Judicial Circuit in and for Broward County, Florida; and (ii) *Emess Capital v. Scott Rothstein and TD Bank, N.A.*, Case No. 10-cv-60882-JAL, pending in the United States District Court for the Southern District of Florida.

6.        Nothing in this Order, any order dismissing the Adversary Proceeding, or any other order implementing the settlement and Bar Order approved herein is a determination of any issue other than the reasonableness of the settlement and Bar Order under applicable law, and the Court makes no determination or adjudication on the merits of the claims asserted. Moreover, the Trustee's release contained in paragraph 14 of the Settlement Agreement being given to the Settling Parties shall be limited solely to claims in which the Trustee has exclusive standing to prosecute on behalf of the estate.

7.        Nothing in the Settlement Agreement, this Order, or the approval of the Settlement Agreement shall preclude any person or entity from taking discovery and deposition notices to Szafranski and Sturm, as otherwise allowable by law.

8.        Notwithstanding anything to the contrary herein, and in the Settlement Agreement, nothing in the Settlement Agreement, this Order, or the approval of the Settlement Agreement shall operate as a bar or injunction against the pursuit of any claims in those instances where the bar or injunction against pursuit of a particular claim or claims would operate to extinguish, reduce, or otherwise impair insurance coverage insurance coverage or insurance proceeds.

5

9.      The bar order set forth in paragraph 3 above shall not apply to agencies or departments of the United States of America or of any state or local governments.

10.     Subject to the provisions of this Order, the Parties are authorized to take any and all actions and execute any and all documents necessary to effectuate the terms of the Settlement Agreement approved by this Order.

11.     The Court reserves jurisdiction regarding the interpretation, effectuation, and enforcement of the terms and conditions of the Settlement Agreement approved by this Order subject to the modifications and limitations set forth above.

# # #

Submitted by:

John H. Genovese, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Special Counsel to the Trustee
The Miami Tower
100 S.E. Second Street, 44th Floor
Miami, Florida  33131
Tel: (305) 349-2300
Fax: (305) 349-2310
Email: jgenovese@gjb-law.com

Copy to:

John H. Genovese, Esq., who shall serve a
copy of this Order on all interested parties

## SERVICE LIST
## CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA EMAIL)**

John H. Genovese, Esq. **(VIA CM/ECF)**
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street
Suite 4400
Miami, Florida 33131
Phone: (305) 349-2300
Fax (305) 349-2310

Kendall Coffey, Esq. **(VIA EMAIL)**
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131

John G. Bianco, Esq. **(VIA CM/ECF)**
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com

Alison W. Lehr **(VIA EMAIL)**
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
Phone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

Stuart A. Rosenfeldt, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, PA
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
srosenfeldt@rra-law.com

Jeffrey R. Sonn, Esq. **(VIA EMAIL)**
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida 33394
Phone: (954) 763-4700
Fax (954) 763-1866
jsonn@sonnerez.com

Office of the US Trustee **(VIA CM/ECF)**
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130

Thomas Tew, Esq. **(VIA EMAIL)**
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com

3

Conrad & Scherer, LLP **(VIA EMAIL)**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: 954-462-5500
bs@conradscherer.com
JSilver@conradscherer.com

Michael D. Seese, Esq. **(VIA EMAIL)**
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
Tel: 954.4677900
Fax:  954.4671024
mseese@hinshawlaw.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130
Fax: (305) 530-7139
**(Via U.S. Mail)**

Grant J. Smith, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
gsmith@rra-law.com

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**((Via U.S. Mail)**

William George Salim, Jr. **(VIA CM/ECF)**
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
Tel: 954.491-2000
Fax:  954.4912051

USI **(VIA EMAIL)**
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Tel: 954-607-4000
Anthony.gruppo@usi.biz

Marc Nurik, Esq. **(VIA EMAIL)**
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

4

BAST AMRON LLP **(VIA CM/ECF)**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
bamron@bastamron.com
jbast@bastamron.com

Mark Bloom, Esq. **(VIA EMAIL)**
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
T 305.579.0500
F 305.579.0717
bloomm@gtlaw.com

Robert D. Critton, Esq.  **(VIA EMAIL)**
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com

Roth & Scholl **(VIA EMAIL)**
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
Telephone: (305) 662-4141
jeff@rothandscholl.com

Rogers, Morris & Ziegler, LLP **(VIA EMAIL)**
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
Tel: (954) 462-1431
Fax: (954) 763-2692
mfbooth@rmzlaw.com

Arthur C. Neiwirth, Esq. **(VIA CM/ECF)**
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 523-7008
Fax: (954) 523-7009
aneiwirth@qpwblaw.com

The Florida Bar **(VIA EMAIL)**
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org

Michael w. Moskowitz, Esq. **(VIA E-MAIL)**
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com

Francis L. Carter, Esq. **(VIA E-MAIL)**
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
flc@katzbarron.com

Bradley S. Shraiberg, Esq. **(VIA EMAIL)**
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
Tel: 561-443-0800
Fax: 561-998-0047
bshraiberg@sfl-pa.com

Henry S. Wulf, Esq. **(VIA EMAIL)**
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
E-Mail: hwulf@carltonfields.com

EMESS Capital, LLC **(VIA EMAIL)**
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
E-Mail: bkatzen@klugerkaplan.com

Ira Sochet, Trustee **(VIA EMAIL)**
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
Telephone: (305) 374-3330
Facsimile: (305) 374-4744
E-Mail: pmhudson@arnstein.com

Coquina Investments **(VIA EMAIL)**
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
E-Mail: predmond@stearnsweaver.com

Michael I. Goldberg, Esq. **(VIA EMAIL)**
Las Olas Centre - Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
Telephone: (305) 463-2700
Facsimile: (305) 463-2224
E-Mail: Michael.goldberg@akerman.com

LMB Funding Group **(VIA EMAIL)**
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-Mail: rfurr@furrcohen.com

Lawrence A. Gordich, Esq. **(VIA EMAIL)**
Melissa Alagna, Esq.
701 Brickell Ave
Suite 1900
Miami, Florida 33131
Telephone: (305) 789-2700
Facsimile: (305) 789-2727
Email: Lawrence.gordich@ruden.com
Email: Melissa.alagna@ruden.com

Broward County **(VIA EMAIL)**
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641
E-Mail: hhawn@broward.org