Form CGFD17 (10/15/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–34791–RBR

Chapter: 11

**In re:**

Rothstein Rosenfeldt Adler, PA
6600 NW 16 St #11
Plantation, FL 33313

EIN: 01–0587961

## NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT OR MOTIONS TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held on 11/25/2010 has been filed on 12/10/2010 by the court reporter in the above captioned matter.

Pursuant to the "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction", the parties have until **12/17/2010** to file with the court a local form "Notice of Intent to Request Redaction of Transcript." Parties timely filing the local form "Notice of Intent to Request Redaction of Transcript" shall, within 21 days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested.

Parties seeking to review the unredacted transcript filed with the court may either (1) purchase a copy of the transcript from the court reporter: Ouellette and Mauldin Court Reporters, 28 West Flagler St., Suite 808, Miami, Florida 33130, (305) 358–8875; or (2) view a copy of the transcript at no charge in any of the clerk's three divisional offices.

If a "Statement of Personal Data Identifier Redaction Request" is filed, the redacted transcript is due **01/10/2011**.

Absent the filing of a timely motion related to redaction, or further order of the court, the transcript will be made available after **03/10/2011** for remote electronic access and at the clerk's office public terminals for viewing and printing.

**Dated: 12/13/10**

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk

The clerk shall serve a copy of this notice on all case participants listed as appearances on the transcript.