UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

**ROTHSTEIN ROSENFELDT ADLER, P.A.**[1],

    Debtor.

CASE NO. 09-34791-RBR
CHAPTER 11

### RUSSELL AND KATIE ADLER'S LIMITED RESPONSE TO TRUSTEE'S MOTION TO FIX AND COMPEL PAYMENT BY QTASK OF ATTORNEYS FEES AND SANCTIONS FOR ITS CONTEMPT OF COURT

Defendants, Russell Adler and Katie Adler (the "Adlers"), by and through their undersigned counsel, are compelled to respond in a limited fashion to *Trustee's Motion to Fix and Compel Payment by Qtask of Attorneys Fees and Sanctions for its Contempt of Court*, [D.E. 1270], although the dispute addressed therein is between the Trustee and Qtask and does not involve the Adlers. The Adlers' need to respond is necessitated by the outright misrepresentations made by Trustee and his counsel with respect to Mr. Adler in particular. [D.E. 1270, at pp. 5 and 6]. Russell Adler fully cooperated with the Trustee by giving him access (via his user name and password) to his Qtask projects and data generated during the time he was employed by the Debtor. Mr. Adler entered into an Agreed Order with the Trustee to that effect, and then fully cooperated with their investigation, which lasted for three months, until Trustee's counsel agreed that they had reviewed all of the data and other content in Mr. Adler's Qtask projects.

All of the foregoing facts were left out of the Trustee's motion, in an obvious attempt to prejudice the Court against Mr. Adler. To make things worse, the Trustee attempts (without any factual basis whatsoever) to disparage Mr. Adler by insisting that he somehow conspired with Qtask to hide data from the Trustee and to commit other wrongful acts. This shameless and

---

[1]     The last four digits of the Debtor's federal tax identification number are 7961 and, according to its most recent filings, its address is 6600 NW 16th Street, Suite 11, Plantation, FL 33313.

1
**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 ● Telephone 954.745.5880

unprofessional grandstanding is nothing more than an attempt to prejudice the Court and the public against the Adlers, whose adversary case is set form trial in February 2011. Mr. Adler respectfully requests that this Court consider admonishing and/or sanctioning the Trustee and/or his counsel for making such false and misleading mischaracterizations and innuendos in the *Motion* about Mr. Adler, especially since the Trustee has no proof that Mr. Adler did anything wrong as it pertains to the pending motions concerning Qtask.

Respectfully submitted on this
4th day of January 2011.

                  **SLATKIN & REYNOLDS, P.A.**
                  Attorneys for Russell and Katie Adler
                  One East Broward Boulevard, Suite 609
                  Fort Lauderdale, Florida 33301
                  Telephone 954.745.5880
                  Facsimile 954.745.5890
                  jslatkin@slatkinreynolds.com

                  By: /s/ Jason E. Slatkin
                      Jason E. Slatkin, Esq.
                      Fla. Bar No: 040370

## Certificate of Service

I hereby certify that a true copy of the foregoing has been furnished via the Court's CM/ECF noticing system and U.S. Mail to those parties indicated on the attached list on this 4th day of January 2011.

                  /s/ Jason E. Slatkin
                  Jason E. Slatkin

Geoffrey S. Aaronson on behalf of Creditor FEP Victims Group
gaaronson@aaronsonpa.com, tdmckeown@mckeownpa.com

Thomas L Abrams on behalf of Defendant Rubin Vine
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Melissa Alagna on behalf of Creditor Investors Risk Advantage LLC
mma@segallgordich.com

Joaquin J Alemany on behalf of Intervenor The Daily Business Review
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Grisel Alonso on behalf of Defendant United States of America
grisel.alonso@usdoj.gov, daleana.roque@usdoj.gov

Brett M Amron on behalf of Creditor Todd Snyder
bamron@bastamron.com,
jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com,

Eric N Assouline on behalf of Creditor Nick Wilder
ena@assoulineberlowe.com, jc@assoulineberlowe.com;ah@assoulineberlowe.com

Scott L. Baena on behalf of Defendant Centurion Structured Growth LLC
sbaena@bilzin.com, eservice@bilzin.com;abeck@bilzin.com;lflores@bilzin.com

Marc P Barmat on behalf of Defendant Wak Boys, L.L.C.
ndixon@furrcohen.com, mbarmat@furrcohen.com

Jeffrey P. Bast on behalf of Creditor Todd Snyder
jbast@bastamron.com, jdepina@bastamron.com;dquick@bastamron.com

Christopher G Berga on behalf of Defendant ABS Capital Funding, LLC
cgb@lydeckerlaw.com, gh@lydeckerlaw.com

Eyal Berger on behalf of Attorney Official Committee of Creditors
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Jeffrey M Berman on behalf of Creditor Emess Capital, LLC
jberman@klugerkaplan.com

John G. Bianco III on behalf of Creditor Edward Morse
jgb@trippscott.com, bankruptcynoticecenter@trippscott.com

Gary S Blake on behalf of Creditor Litton Loan Servicing LP
gblake@lglaw.net

Mark D. Bloom on behalf of Defendant TD Bank, N.A.
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com

Mark F Booth on behalf of Creditor VRLP1, LLC

mfbooth@rmzlaw.com

Darol H M Carr on behalf of Creditor Blue Oak Construction, LLC
cenos@farr.com, dcarr@farr.com

Francis L. Carter on behalf of Creditor Circle K Family, LLC
flc@katzbarron.com, lcf@katzbarron.com

David C. Cimo on behalf of Plaintiff Herbert Stettin
dcimo@gjb-law.com, gjbecf@gjb-law.com

Roderick F. Coleman on behalf of Creditor Prince International Ventures, LLC
rfc@colemanattorneys.com

Ileana Cruz-Bongini on behalf of Creditor Coquina Investments
icruz@stearnsweaver.com, jmartinez@stearnsweaver.com;mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com

Carlos L De Zayas on behalf of Defendant ABS Capital Funding, LLC
cdz@lydeckerlaw.com

Robert C Furr on behalf of Creditor Greenwood Capital Partners, LLC
bnasralla@furrcohen.com

David L Gay on behalf of Plaintiff Herbert Stettin
dgay@bergersingerman.com, efile@bergersingerman.com;jalvarez@bergersingerman.com

John H Genovese on behalf of Petitioning Creditor Aran Development Inc.
jgenovese@gjb-law.com, cgreco@gjb-law.com;dsanchez@gjb-law.com;gjbecf@gjb-law.com

Michael I Goldberg on behalf of Attorney Official Committee of Creditors
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Jason B Gonzalez on behalf of Defendant Republican Party of Florida
jgonzalez@ausley.com

Lawrence Gordich on behalf of Creditor Investors Risk Advantage LLC
LAG@segallgordich.com, cmp@segallgordich.com

Gregory S Grossman on behalf of Creditor Fifth Third Bank
ggrossman@astidavis.com

Jordi Guso on behalf of Debtor Rothstein Rosenfeldt Adler, PA
jguso@bergersingerman.com, efile@bergersingerman.com;fsellers@bergersingerman.com

Hollie N Hawn on behalf of Creditor Broward County Records,Taxes & Treasury
hhawn@broward.org

John L. Heller
john.heller@marcumllp.com, fl03@ecfcbis.com

John B. Hutton III on behalf of Defendant TD Bank, N.A.
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

John B. Hutton III on behalf of Plaintiff TD Bank, N.A.
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Geoffrey D Ittleman on behalf of Creditor Steven Bitton
geoffrey@ittlemanlaw.com

Bruce A Katzen on behalf of Creditor Emess Capital, LLC
bkatzen@klugerkaplan.com, miglesias@klugerkaplan.com

Brian R Kopelowitz on behalf of Defendant Chris M. Salamone & Associates
kopelowitz@kolawyers.com, herrington@kolawyers.com

Harris J. Koroglu on behalf of Creditor American Express Travel Related Services Company, Inc.
hkoroglu@shutts.com, jgoodwin@shutts.com

Seth Lehrman on behalf of Interested Party Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
seth@pathtojustice.com

Michael D Lessne on behalf of Defendant Marcy Lippman
michael.lessne@gray-robinson.com

Charles H Lichtman on behalf of Defendant Herbert Stettin
clichtman@bergersingerman.com, efile@bergersingerman.com;ctarrant@bergersingerman.com;lwebster@bergersingerman.com

John E Lucian on behalf of Defendant Robin Kempner
lucian@blankrome.com

Alan K. Marcus on behalf of Defendant Tatiana Yoel
amarcus@lrxgroup.com, ronmiam@aol.com;nvicente@lrxgroup.com

Isaac M Marcushamer on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
imarcushamer@bergersingerman.com, efile@bergersingerman.com;ngorman@bergersingerman.com

Jason S Mazer on behalf of Special Counsel Jason Mazer
jmazer@vpl-law.com, kshaw@vpl-law.com;lrodriguez@vpl-law.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Paul J McMahon on behalf of Interested Party Philip Arvidson
pjm@pjmlawmiami.com

James C. Moon on behalf of Creditor Banyon 1030-32, LLC
jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Norman A Moscowitz on behalf of Defendant Berenfeld Spritzer Schechter & Sheer, LLP
nmoscowitz@moscowitz.com,
jpaya@mmmpa.com;rbithman@mmmpa.com;jmoscowitz@mmmpa.com

Barry E. Mukamal
bankruptcy@marcumllp.com

Arthur C. Neiwirth on behalf of Interested Party Arthur Neiwirth
aneiwirthcourt@qpwblaw.com

Ronald G Neiwirth on behalf of Interested Party Jeffrey Epstein
rgn@fowler-white.com, mlf@fowler-white.com

Ari Newman on behalf of Defendant TD Bank, N.A.
newmanar@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christian A Petersen on behalf of Respondent Al Lamberti
cpetersen@gunster.com, flessard@gunster.com

Patricia A Redmond on behalf of Creditor Coquina Investments
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com

Ivan J Reich on behalf of Interested Party Columbia Casualty Company
ireich@gray-robinson.com, patrick.scott@gray-robinson.com;frank.terzo@gray-robinson.com;amy.davis@gray-robinson.com;susan.stirling@gray-robinson.com

Claudio Riedi on behalf of Defendant Gibraltar Private Bank & Trust Co.
criedi@tewlaw.com

Heather L. Ries on behalf of Creditor Nova Bank
hries@foxrothschild.com, mbird@foxrothschild.com

David L Rosendorf on behalf of Creditor Razorback Funding, LLC
dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com

Alex P Rosenthal on behalf of Defendant MLC 350, LLC
alex@rrcounsel.com

Luis Salazar on behalf of Defendant Stuart Rosenfeldt
luis.salazar@izhmlaw.com,
karina.dominguez@izhmlaw.com;marilyn.rivera@izhmlaw.com;ricardo.arce@izhmlaw.com;linda.jackson@izhmlaw.com

William G Salim Jr on behalf of Creditor Ben Varon
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 ● Telephone 954.745.5880

Reggie David Sanger on behalf of Creditor Marika Tolz
ecfmail@reggiedsangerpa.com, rdsoffice@gmail.com

Harry R Schafer on behalf of Defendant Marcy Lippman
hschafer@kennynachwalter.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Matthew H Scott on behalf of Creditor Edward Morse
mhs@trippscott.com, bankruptcynoticecenter@trippscott.com

Patrick S. Scott on behalf of Defendant Marcy Lippman
patrick.scott@gray-robinson.com

Frank P Scruggs on behalf of Plaintiff Herbert Stettin
fscruggs@bergersingerman.com, efile@bergersingerman.com;clamb@bergersingerman.com

Michael D. Seese on behalf of Defendant Kimberly Rothstein
mseese@hinshawlaw.com, lportuondo@hinshawlaw.com;sseward@hinshawlaw.com

Steven E Seward on behalf of Defendant Kimberly Rothstein
sseward@hinshawlaw.com

Bradley S Shraiberg on behalf of Counter-Defendant Carolina Casualty Insurance Company
bshraiberg@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com;blee@sfl-pa.com

James D. Silver on behalf of Creditor Ann Von Allmen Living Trust
jds@conradscherer.com, raldama@conradscherer.com;jkaufman@conradscherer.com

Paul Steven Singerman on behalf of Defendant Rothstein Rosenfeldt & Adler, P.A.
singerman@bergersingerman.com, efile@bergersingerman.com

Jason Slatkin on behalf of Defendant Katie Adler
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Steven J. Solomon on behalf of Defendant Suntrust Bank, N.A.
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com

Jeffrey R Sonn on behalf of Petitioning Creditor Roger Wittenberns,
jsonn@sonnerez.com

Jesus M Suarez on behalf of Plaintiff Herbert Stettin
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

Joel L Tabas on behalf of Intervenor-Defendant Whitney Education Group, Inc.
jtabas@tabasfreedman.com,
karen@tabasfreedman.com;paola@tabasfreedman.com;rdecker@tabasfreedman.com;afiorentino@tabasfreedman.com;jseff@tabasfreedman.com;francis@tabasfreedman.com;mrochman@tabasfreedman.com;mcampbell@tabasfreedman.com;rnanes@tabasfreedman.com

Jeffrey A Tew on behalf of Creditor Gibraltar Private Bank and Trust
jt@tewlaw.com, jab@tewlaw.com;esf@tewlaw.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Marika Tolz
TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com

Rhett Traband on behalf of Defendant Caro Group, L.L.C.
rtraband@broadandcassel.com

Trustee Services Inc 2
court@trusteeservices.biz

Scott A. Underwood on behalf of Interested Party Russell Adler
sunderwood@mws-law.com, emair@mws-law.com;mhoffman@mws-law.com;tmessana@mws-law.com;thurley@mws-law.com;lcoffy@mws-law.com;blieberman@mws-law.com;nbarrus@mws-law.com;dstern@mws-law.com;tmessana@bellsouth.net

Peter F. Valori on behalf of Creditor Caro Group, LLC
pvalori@dvllp.com, spitta@dvllp.com

Victor H Veschio on behalf of Defendant Bank Of America, N.A.
firm@vlgfl.com, VictorLawGroup@gmail.com

Henry S Wulf on behalf of Creditor 123 MA Exchange One LLC
hwulf@carltonfields.com, kvickers@carltonfields.com

Douglas C Armstrong
651 S Federal Hwy
Pompano Beach, FL 33062

Michael B Berger on behalf of Creditor Next Door Company
6400 N Andrew Ave #370
Ft Lauderdale, FL 33309

Blue Capital US East Coast Properties, L.P.
c/o Roth & Scholl
866 South Dixie Highway
Coral Gables, FL 33146

Blue Oaks Limited
c/o Marianella Morales
AvenidaFrancisco de Miranda
Torre Provincial "A" Piso 8
Caracas, 1060

Robert Buschel on behalf of Defendant Qtask, Inc., a California corporation
100 SE 3 Ave #1300

Fort Lauderdale, FL 33394

Ana Maria Castro
1 E Broward Blvd #905
Fort Lauderdale, FL 33301

Ana Cristina Chamberlain
520 SE 5 Ave #3304
Ft Lauderdale, FL 33301

David Christian
131 S Dearborn St #2400
Chicago, IL 60302

Brian T Corrigan on behalf of Defendant Utica Advisors, LLC
201 Santa Monica Blvd #475
Santa Monica, CA 90401

Bradley S. Fischer on behalf of Plaintiff Carolina Casualty Insurance Company
200 SW 1st Avenue
Suite 910
Fort Lauderdale, FL 33301

Lamar Fisher
Fisher Auction Co, Inc.
619 E Atlantic Blvd
Pompano Beach, FL 33060

Mitchell S Fuerst on behalf of Defendant Stuart Rosenfeldt
1001 Brickell Bay Dr #1804
Miami, FL 33131

Maryann Gallagher
101 Park Ave
New York, NY 10178

Maryann Gallagher on behalf of Defendant American Express Company
101 Park Ave
New York, NY 10178

Mark Goldstein
111 NE First St 3rd fl
Miami, FL 33132

Mark Goldstein on behalf of Creditor Richard Wolfe
111 NE 1 St 3 Fl
Miami, FL 33132

Jeffrey A. Goldwater on behalf of Plaintiff Carolina Casualty Insurance Company
550 West Adams Street
Suite 300

Chicago, IL 60661

Lynn Maynard Gollin on behalf of Creditor Gibraltar Private Bank and Trust
1441 Brickell Ave 15 Fl
Miami, FL 33131

Alan G Greer
201 S Biscayne Blvd #1000
Miami, FL 33401

Richman Greer
250 Australian Ave S #1504
One Clearlake Center
West Palm Beach, FL 33401

Michael J Grimme
AMC Liquidators
3705 W Commercial Blvd
Fort Lauderdale, FL 33309

Mark S Haltzman on behalf of Interested Party Martha Snider
3600 Horizon Blvd #200
Trevose, PA 19053

Darcy L Ibach on behalf of Interested Party Carolina Casualty Insurance Company
550 W Adams St #300
Chicago, FL 60661

Hudson M. Jobe
2001 Bryan St #1800
Dallas, TX 75201

Michael R. Josephs, Esq
2699 S Bayshore Dr 7 Fl
Miami, FL 33133

Bruce A Katzen
201 S Biscayne Blvd #1700
Miami, FL 33131

Larry Kravitsky
3300 S Ocean Blvd
Highland Beach, FL 33487

Bruce H Lehr on behalf of Defendant Stuart Rosenfeldt
1401 Brickell Ave #810
Miami, FL 33131

Lauren Fleischer Louis on behalf of Creditor White Oak Global Advisors LLC
401 E Las Olas Blvd #1200
Fort Lauderdale, FL 33301

**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 ● Telephone 954.745.5880

Cary A Lubetsky on behalf of Creditor Todd Snyder
800 Brickell Ave #1501
Miami, FL 33131

Joseph J Luzinski
200 S Biscayne Blvd # 1818
Miami, FL 33131

Camilo Manrique
c/o Marianella Morales
Avenida Francisco de Miranda
Torre Provincial "A" Piso 8
Caracas, 1060

Ricardo Martinez
c/o Marianella Morales
Avenida Francisco de Miranda
Torre Provincial "A" Piso 8
Caracas, 1060

Robert D Moody
3215 NW 10 Terr #210
Fort Lauderdale, FL 33309

Stanley C. Morris on behalf of Defendant Utica Advisors, LLC
201 Santa Monica Blvd #475
Santa Monica, CA 90401

William C Nystrom
10 St James Ave
16th Floor
Boston, MA 02116

Michael Paris
10 St James Ave
16th Floor
Boston, MA 02116

Todd S. Payne on behalf of Interested Party David Boden
110 SE 6 St # 2150
Fort Lauderdale, FL 33301

Robert Wayne Pearce on behalf of Defendant LMB Funding Group
1499 W Palmetto Park Rd #400
Boca Raton, FL 33486

Pharon Development Assets, Inc
c/o Marianella Morales
Avenida Francisco de Miranda
Torre Provincial "A" Piso 8

Caracas, 1060

Richard A. Pollack
200 S Biscayne Blvd 6 Fl
Miami, FL 33131

Adria E Quintela on behalf of Interested Party The Florida Bar
Lake Shore Plaza II
1300 Concord Terr #130
Sunrise, FL 33323

Steven J Reisman on behalf of Creditor American Express Travel Related Services Company, Inc.
101 Park Ave
New York, NY 10178

Stuart A Rosenfeldt on behalf of Defendant Stuart Rosenfeldt
4000 Hollywood Blvd #265 S
Hollywood, FL 33021

Michael Schlesinger on behalf of Creditor Frank Spinosa
799 Brickell Plaza #700
Miami, FL 33131

Turner P Smith on behalf of Defendant American Express Company
101 Park Ave
New York, NY 10178

Steven Sprechman
2775 Sunny Isles Blvd #100
Miami, FL 33160

Herbert Stettin
2 S Biscayne Blvd #3700
Miami, FL 33131

Louis J Terminello on behalf of Interested Party Kendall Sports Bar, Inc
2700 SW 37 Ave
Miami, FL 33133

Universal Legal
888 E Las Olas Blvd #508
Ft Lauderdale, FL 33301.

**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 ● Telephone 954.745.5880