United States Bankruptcy Court
Southern District of Florida

In re:
Rothstein Rosenfeldt Adler, PA
Debtor

Case No. 09-34791-RBR
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113C-0 User: groomsd Page 1 of 1 Date Rcvd: Mar 28, 2011
Form ID: CGFA1 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2011.

tr +Herbert Stettin, 2 S Biscayne Blvd #3700, Miami, FL 33131-1818
intp +Qtask, c/o Robert Buschel, 100 SE 3rd Ave #1300, Fort Lauderdale, FL 33394-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011** **Signature:** Joseph Speetjens

**CGFA1** (12/1/09)

# United States Bankruptcy Court
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 09−34791−RBR**
**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Rothstein Rosenfeldt Adler, PA
6600 NW 16 St #11
Plantation, FL 33313

EIN: 01−0587961

## Clerk's Certificate of Mailing of Notice of Appeal

To:

Office of the U.S. Trustee, Room 1204 Claude Pepper Federal Bldg 51 SW 1st Ave Miami FL 33130

Robert Stettin
c/o Charles H Lichtman
350 East Las Olas Blvd #1000 Ft Lauderdale FL 33301

Robert C Buschel
100 SE Thrid Ave #1300
Fort Lauderdale FL 33394

I hereby certify, that pursuant to Bankruptcy Rule 8004, a copy of the attached Notice of Appeal filed on 3/25/2011 was mailed on **3/30/11 to the above named parties.**

**Dated:3/28/11**

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk (954) 769−5700

***Enclosures: Clerk's Instructions for Appeals***
***Appeal Information Sheet***
***Copy of Appeal***

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

# CLERK'S INSTRUCTIONS FOR APPEALS

1. Within 14 days after filing the notice of appeal or entry of an order disposing of the last timely motion of a type specified in Bankruptcy Rule 8002(b) (whichever is later), or entry of an order by the District Court granting leave to appeal, the appellant shall file with the clerk of the bankruptcy court a designation of the items to be included in the record on appeal and a statement of issues to be presented (Bankruptcy Rule 8006). **Failure to timely file this designation may result in dismissal of the appeal pursuant to this court's Local Rule 8006−1(A) and Local Rule 87.4(B), United States District Court, Southern District of Florida.** The designation shall include the title and docket number of each paper designated.

2. Within 14 days after the service of the designation and the statement of issues the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal, and if the appellee has filed a cross appeal, the appellee as cross appellant shall file and serve a statement of issues to be presented on the cross appeal, and a designation of additional items to be included in the record. The appellee's designation shall include the title and docket number of each additional item designated.

3. If any transcripts of untranscribed proceedings are designated by a party, that party shall immediately, upon the filing of the designation, order the transcript(s) from the court reporter and make satisfactory arrangements for payment of its costs. <u>All transcript orders must be made on the local form "Appeal Information Sheet" enclosed for this purpose, and a copy filed with the clerk at the time of filing the designation (Bankruptcy Rule 8006)</u>. On receipt of a request for a transcript, the reporter shall complete the Reporter's Acknowledgment and file a copy with the clerk (Bankruptcy Rule 8007). [See also "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction"]

4. When the record is complete for purposes of the appeal, the bankruptcy clerk will electronically transmit the record to the clerk of the district court. Once the record has been transmitted to the district court, any subsequently filed document relating to the appeal must be filed in the district court.

5. Motions For Leave To Appeal (Bankruptcy Rule 8003). The clerk will electronically transmit the motion, notice of appeal and any answer to the clerk of the district court as soon as all parties have filed answers or the time for filing an answer has expired. The designation and statement of the issues <u>should not be filed</u> with the clerk of the bankruptcy court as required under Bankruptcy Rule 8006, until entry of an order by the district court granting leave to appeal (Local Rule 8003−1(B)).

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

# APPEAL INFORMATION SHEET

**PART I:** Appellant's Purchase Order for Transcript:

1. Debtor's Name:____________________________________________

   Case No.:________________________________

   Judge:________________________________

   Date Notice of Appeal Filed:__________________________

   Plaintiff (if applicable):____________________________

   Defendant (if applicable):___________________________

   Adversary Case No.:______________________________

2. Complete One:

☐ No transcript is required for this appeal.

☐ All necessary transcripts are already on file with the Bankruptcy Court.

☐ Request is hereby made for transcription of the following proceedings:

Hearing Date:________________________

Proceeding___________________________________

__________________________________________

__________________________________________

__________________________________________

3. I certify that I have personally contacted the court reporter and that satisfactory financial arrangements have been made for the preparation and filing of the transcript(s).

Ordering Counsel (or party if not represented by Counsel.)

_______________________________________________
Name of Attorney

_______________________________________________
Name of Firm (or Individual)

_______________________________________________
Street Address or P.O. Box

_______________________________________________
City State Telephone No.

Date:_______ Signed:_______________________________________________

Attorney for:_______________________________________________

NOTE: PART I MUST BE COMPLETED AND RETURNED TO THE COURT REPORTER NOT LATER THAN 14 DAYS FROM THE FILING OF THE NOTICE OF APPEAL IN ALL CASES, INCLUDING THOSE FOR WHICH A TRANSCRIPT IS NOT ORDERED.

**PART II: REPORTER'S ACKNOWLEDGMENT**

1. The foregoing transcript order received on______________________

2. Satisfactory arrangements ( ) have ( ) have not been made for payment of the transcript cost. These financial arrangements were completed on______________

3. Estimated completion date__________________________________

Date:_______ Signed:_______________________________________________

**Court Reporter Name and Address**

**NOTE: This form will be provided to parties to an appeal by the clerk's office.**