# EXHIBIT D

<u>Epstein vs. Edwards</u>
Order dated March 30, 2011

#291874/mep

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 502009CA040800XXXXMBAG

JEFFREY EPSTEIN,

        Plaintiff(s),

vs.

SCOTT ROTHSTEIN, individually,
BRADLEY J. EDWARDS, individually, and
L.M., individually,

        Defendant(s).
_____/

## ORDER ON NOTICE OF LIMITED APPEARANCE TO FILE MOTION FOR PROTECTIVE ORDER AND OBJECTION TO SUBPOENA FOR JOINT PRIVILEGE DOCUMENTS

THIS CAUSE having come to be considered upon NOTICE OF LIMITED APPEARANCE TO FILE MOTION FOR PROTECTIVE ORDER AND OBJECTION TO SUBPOENA FOR JOINT PRIVILEGE DOCUMENTS, filed by Leopold Kuvin, P.A., and the Court having reviewed the file and being fully advised in the premises, it is hereby,

ORDERED and ADJUDGED that a Protective Order is hereby entered to which no action shall be taken to enforce the subpoenas of this Court issued in the above-styled cause to Bankruptcy Trustee Herbert Stettin. This stay shall remain in effect until such time as this Court has resolved issues concerning the appropriate scope of discovery or upon further order.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida, this _____ day of March, 2011.

SIGNED AND DATED
MAR 30 2011
JUDGE DAVID F. CROW

_____
DAVID F. CROW
CIRCUIT JUDGE

Copies have been furnished to all counsel on the attached counsel list.

**Edwards adv. Epstein**
Case No.: 502009CA040800XXXXMBAG
Order on Notice of Limited Appearance to File Motion for Protective Order and Objection to Subpoena for Joint Privilege Documents

## COUNSEL LIST

Jack A. Goldberger, Esquire
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL 33401
Phone: (561)-659-8300
Fax: (561)-835-8691

Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, PL
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Phone: (954)-524-2820
Fax: (954)-524-2822

Joseph L. Ackerman, Jr., Esquire
Fowler White Burnett, P.A.
901 Phillips Point West
777 S Flagler Drive
West Palm Beach, FL 33401-6170
Phone: (561)-802-9044
Fax: (561)-802-9976

Marc S. Nurik, Esquire
Law Offices of Marc S. Nurik
One E Broward Blvd., Suite 700
Fort Lauderdale, FL 33301
Phone: (954)-745-5849
Fax: (954)-745-3556

Jack Scarola, Esquire
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: 561-686-6300
Fax:    561-383-9451