UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                            CASE NO.: 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,           CHAPTER 11

    Debtor.
_____/

## L.M., BRADLEY EDWARDS and FARMER, JAFFE WEISSING, et. al., NOTICE OF JOINDER IN MOTION FOR LEAVE OF COURT TO DEPOSE AND TAKE RULE 2004 EXAMINATION OF INCARCERATED INDIVIDUAL, SCOTT W. ROTHSTEIN [D.E. 1589]

    L.M., BRADLEY EDWARDS and FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L., through counsel, hereby join in the Motion for Leave of Court to Depose and Take Rule 2004 Examination of Incarcerated Individual, Scott W. Rothstein [D.E. 1589], filed on 4/1/2011 (the "Motion for Leave").  Movants intend to cross-notice Rothstein's deposition upon the Motion for Leave being granted.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically to the examinee's attorney, the debtor, the attorney for the debtor, the trustee, all CM/ECF subscribers, and by email or U.S. Mail on those parties listed on the attached service list this 13th day of April, 2011.

                                        /s/ Seth M. Lehrman
                                        Seth M. Lehrman
                                        seth@pathtojustice.com
                                        Florida Bar No.: 132896
                                        FARMER, JAFFE, WEISSING,
                                        EDWARDS, FISTOS & LEHRMAN, P.L.
                                        425 North Andrews Avenue, Suite 2
                                        Fort Lauderdale, FL 33301
                                        (954) 524-2820
                                        (954) 524-2822 (fax)

## SERVICE LIST

Internal Revenue Service
Special Procedures – Insolvency
7850 SW 6th Court
Plantation, FL 33324

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

United Healthcare
Dept. CH 10151
Palatine, IL 60055

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Road
Ste 340
Plantation, FL 33324-3906

Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW
Room 4400
Washington, DC 20530-0001

Honorable Jeffrey H. Sloman
Acting U.S. Attorney
99 NE 4th Street
Miami, FL 33132

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc.
14051 NW 14th Street
Sunrise, FL 33323

USI
Attn: Anthony Gruppo
200 West Cypress Creek Rd.
Ste 500
Fort Lauderdale, FL 33309

Canon Financial Services, Inc.
158 Gaither Drive
#200
Mount Laurel, NJ 08054

CIT Technology Financing Services I, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Miami-Dade County Tax Collector
140 West Flagler Street
14th Floor
Miami, FL 33130

Law Offices of Geoffrey D. Ittleman, P.A.
440 North Andrews Avenue
Fort Lauderdale, FL 33301
`
Carpenter & Berger, PL
6400 N. Andrew Avenue
Suite 370
Fort Lauderdale, FL 33309

Marc Nurik, Esq.
1 East Broward Blvd.
Suite 700
Fort Lauderdale, FL 33301

Mark Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd.
Suite 200
Trevose, PA 19053

Honorable Herbert M. Stettin
2 South Biscayne Blvd.
Suite 3700
Miami, FL 33131

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Asst. U.S. Attorney
99 N.E. 4th Street
7th Floor
Miami, FL 33131

Robert P. Avolio, Esq.
Crossroads Corp. Center
3150 Brunswick Pike
Ste 120
Lawrenceville, NJ 08648

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants
200 S. Biscayne Blvd.
Sixth Floor
Miami, FL 33131

Maryann Gallagher, Esq.
Curtis, mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

Ian McKillop, Esq.
Caroline Prieto, Esq.
Timothy W. Volpe, Esq.
John T. Rogerson, III, Esq.
VOLPE, BAJALIA, WICKES
501 Riverside Avenue
7th Floor
Jacksonville, FL 32202

3