UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,                CHAPTER 11

    Debtor.

_____/

**RAZORBACK CREDITORS' NOTICE OF FILING OF TRANSCRIPT EXCERPT OF
PROCEEDINGS BEFORE BROWARD CIRCUIT COURT JUDGE JEFFREY E.
STREITFELD, HELD ON APRIL 15, 2011, IN SUPPORT OF REPLY TO ADVERSARY
DEFENDANT GIBRALTAR PRIVATE BANK & TRUST COMPANY'S RESPONSE IN
OPPOSITION TO RAZORBACK CREDITORS' MOTION FOR LEAVE OF COURT
TO DEPOSE AND TAKE RULE 2004 EXAMINATION OF INCARCERATED
INDIVIDUAL, SCOTT W. ROTHSTEIN [D.E.1632]**

Creditors, RAZORBACK FUNDING, LLC, D3 CAPITAL CLUB, LLC, BFMC

INVESTMENT, LLC, LINDA VON ALLMEN as Trustee of the VON ALLMEN DYNASTY

TRUST, D&L PARTNERS, LP, DAVID VON ALLMEN, as Trustee of the DAVID VON

ALLMEN LIVING TRUST, ANN VON ALLMEN, as Trustee of the ANN VON ALLMEN

LIVING TRUST, DEAN KRETSCHMAR, COOPER MANAGEMENT, ANTHONY

DEGENNARO as Trustee of the EXTRA INNING DYNASTY TRUST, ADELE MUSSRY,

JACK MUSSRY, NASSIM MUSSRY, MELINA EL-ANI, DANIELLE EL-ANI, H&N

ASSOCIATES, ARETZ ASSOCIATES, PARK NATIONAL CAPITAL FUNDING, LLC,

PARK NATIONAL MORTGAGE SERVICING, SCOTT MORGAN, VICEROY GLOBAL

INVESTMENTS, INC., CONCORDE CAPITAL, INC., SUSSCO, INC., EDWARD PALEY,

FLORENCE PALEY, THE EDWARD AND FLORENCE PALEY FOUNDATION, STEVEN

PALEY, LAURA PALEY, JANE ZARETSKY, STEVEN ZARETSKY, as Trustee of the JANE

ZARETSKY DYNASTY TRUST, LAWRENCE E. DEKELBAUM, AND SHALOM

STRICTLY KOSHER MEATS, INC., (collectively, the "Razorback Creditors"), hereby give notice of filing of the attached Transcript Excerpt of the hearing held before Judge Jeffrey E. Streitfeld, on April 15, 2011, on the Plaintiffs' Motion for Leave to Depose Incarcerated Defendant, in Case No.:09-062943(19). The Razorback Creditors direct the Court's attention to page 4; lines 19 through 25, and page 5; lines 1 through 2.

Dated: April 22, 2011

Respectfully submitted,

/s/James D. Silver
WILLIAM R. SCHERER
Florida Bar No. 169454
wscherer@conradscherer.com
JAMES D. SILVER
Florida Bar No. 373702
jsilver@conradscherer.com
CONRAD & SCHERER, LLP
Counsel for Creditors
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel:  (954) 847-3324
Fax: (954) 463-9244

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished this 22nd day of April, 2011 via the Court's CM/ECF electronic noticing system to all electronic filing participants with respect to this proceeding and via mail and/or e-mail to all those additional persons and entities listed on the attached service list.

/s/James D. Silver
James D. Silver

## SERVICE LIST

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Florida 33130

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

United Healthcare
Dept. CH 10151
Palatine, IL 60055

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road Ste 500
Fort Lauderdale, FL 33309

Canon Financial Services, Inc.
158 Gaither Drive
#200
Mount Laurel, NJ 08054

CIT Technology Financing Services I,
LLC
10201 Centurion Parkway North
Jacksonville, FL 32256

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301

Carpenter & Berger, PL
6400 N. Andrew Ave, suite 370
Fort Lauderdale, FL 33309

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053

Ian McKillop, Esq.
Caroline Prieto, Esq.
VOLPE, BAJALIA, WICKES,
501 Riverside Avenue, 7th Floor
Jacksonville, FL 32202

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132

Robert P. Avolio, Esq.
Crossroads Corp Center
3150 Brunswick Pike, Ste 120
Lawrenceville, NJ 08648

Marc Nurik, Esq.
1 East Broward Blvd.
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants,
LLP
200 S. Biscayne Blvd., Sixth Floor
Miami, FL 33131-2310

Maryann Gallagher, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

Timothy W. Volpe, Esq.,
John T. Rogerson, III, Esq.
VOLPE, BAJALIA, WICKES,
501 Riverside Avenue, 7th Floor
Jacksonville, FL 32202

Lawrence D. Lavecchio, Esq.
(also via e-mail)
Jeffrey Kaplan, Esq.
US Dept of Justice
500 East Broward Blvd, Ste 700
Fort Lauderdale, FL 33394-3000

4

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT

IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. 09-062943 (19)

---

RAZORBACK FUNDING, LLC, et al.,

     Plaintiffs,

-vs-

SCOTT W. ROTHSTEIN, et al.,

     Defendants.

**CERTIFIED COPY**

---

TRANSCRIPT (EXCERPT) OF PROCEEDINGS

Plaintiff's Motion For Leave to Depose

Incarcerated Defendant

DATE TAKEN:      April 15, 2011

TIME:      1:35 P.M. - 3:35 P.M.

PLACE:      Broward County Courthouse

      201 Southeast 6th Street

      Fort Lauderdale, Florida 33301

BEFORE:      JEFFREY E. STREITFELD, Circuit Judge

    This cause came on to be heard at the time and place aforesaid, when and where the following proceedings were reported by:

Laurie Velo, Registered Merit Reporter

United Reporting, Inc.

1218 Southeast 3rd Avenue

Fort Lauderdale, Florida 33316

954-525-2221

Page 2

APPEARANCES FOR THE PLAINTIFFS

CONRAD & SCHERER, LLP
By:   REID A. COCALIS, ESQ., and
      MAXINE K. STREETER, ESQ.,
633 South Federal Highway, 8th Floor
Fort Lauderdale, Florida 33302


APPEARANCES FOR THE PLAINTIFFS

KOZYAK TROPIN & THROCKMORTON, P.A.
By:   HARLEY S. TROPIN, ESQ.,
      THOMAS A. TUCKER RONZETTI, ESQ., and
      ADAM M. MOSKOWITZ, ESQ.,
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
   APPEARANCES FOR THE DEFENDANT, TD Bank, N.A.
GREENBERG TRAURIG
By:   GLENN E. GOLDSTEIN, ESQ., and
      CARAN L. ROTHCHILD, ESQ.,
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301


 APPEARANCES FOR THE DEFENDANT, Gibraltar Private
                  Bank & Trust Co.

TEW CARDENAS, LLP
By:   C. THOMAS TEW, JR., ESQ., and
      BRYAN T. WEST, ESQ.,
1441 Brickell Avenue, Suite 1500
Miami, Florida 33131


APPEARANCES FOR THE DEFENDANTS, Platinum Partners Value
Arbitrage Fund, LLP, and Centurion Structured Growth, LLC
GOLDSTEIN, TANEN & TRENCH, P.A.
By:   STACEY E. TRIEN, ESQ.,
One Biscayne Tower, Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131


*Other counsel of record appeared for the hearing, but did
not address the Court.*

Page 3

1    Thereupon, the following proceedings were had:

2              *  *  *  *  *  *  *  *  *  *

3         THE COURT:  I'll give you time to talk

4    about all that, because we're going to paint a

5    more by-the-numbers picture.

6         MR. TROPIN:  Okay.

7         MR. COCALIS:  And I have brought with me

8    today for defense counsel the list of the 46

9    people that we want to depose, so they will

10   have the names as well as the number.

11        THE COURT:  I will give you a chance to

12   talk for a while.  Let's move on.

13        Your motion for leave to depose

14   Mr. Rothstein.

15        MR. COCALIS:  Yes, sir.

16        THE COURT:  I assume there's no opposition

17   to that.

18        MR. GOLDSTEIN:  The only issue I would

19   think -- There is no opposition, obviously, but

20   the concern that the defense have, since

21   they're moving to take it, is that all the

22   folks have the opportunity to examine

23   Mr. Rothstein.

24        THE COURT:  Oh, yeah.  The order needs to

25   make it clear that all parties would have an

Page 4

1   opportunity to participate and ask questions,

2   and there has to be language that meets the

3   requirements of the Marshal's office and --

4   Good luck with all that.

5        MR. COCALIS:  Well, we do have a parallel

6   motion pending before Judge Ray that's set for

7   hearing on the 25th --

8        THE COURT:  Right.

9        MR. COCALIS:  -- a week from Monday.  And

10  we anticipate that there's going to be some

11  restrictions imposed.  We fully realize that we

12  may -- if, indeed, he's in a Witness Protection

13  Program while incarcerated, that it may be that

14  we have to do a video conference off site in

15  order to do it.

16       We're willing to live with any reasonable

17  restriction as long as we have access to

18  Mr. Rothstein.

19       THE COURT:  So do you want to wait until

20  you appear before Judge Ray to find out the

21  language of the restrictions so that my order

22  would parallel his?

23       MR. COCALIS:  I mean, that would seem

24  reasonable.

25       THE COURT:  Okay.  So the motion is

Page 5

1    granted, and you'll submit an order when you're

2    ready to provide the appropriate form to me.

3         MR. COCALIS:  Okay.

4         THE COURT:  Okay?

5         MR. COCALIS:  And I apologize that it

6    wasn't as fancy as the motion filed by the

7    trustee, the motion for issuance of writ of

8    habeas corpus ad testificandum, but I thought

9    motion for leave to depose incarcerated

10   defendant was a --

11        THE COURT:  So Mr. Lichtman is up on his

12   Latin, is that what you're saying?

13        MR. COCALIS:  Apparently so.

14        THE COURT:  Okay.  On the in camera

15   inspections, first of all, Platinum Partners,

16   not that there's anything of any significance

17   in there, but, clearly, the email string is

18   strictly -- or involves counsel, it's

19   privileged, and I'd ask that these documents

20   be --

21        Ma'am, if you'd come get your documents,

22   please.

23              * * * * * * * * * *

24   (Whereupon, the hearing was concluded at 3:35 p.m.)

25

United Reporting, Inc.
954-525-2221

C E R T I F I C A T E

THE STATE OF FLORIDA)

COUNTY OF BROWARD)


        I, LAURIE VELO, Registered Merit Reporter,

certify that I was authorized to and did

stenographically report the foregoing excerpt of

proceedings and that the transcript is a true record

of my stenographic notes.

        Dated this 21st day of April, 2011.




                    _____

                      LAURIE VELO, R.M.R.