

**ORDERED in the Southern District of Florida on April 25, 2011.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re                                                                CASE NO. 09-34791-BKC-RBR
                                                                     CHAPTER 11
ROTHSTEIN ROSENFELDT ADLER, P.A.,

        Debtor.
_____/

### ORDER APPROVING THIRD SUPPLEMENTAL DECLARATION OF JOHN H. GENOVESE, ON BEHALF OF GENOVESE JOBLOVE & BATTISTA, P.A., AS SPECIAL LITIGATION AND CONFLICTS COUNSEL FOR DEBTOR [DE 1556]

THIS MATTER came before the Court on April 11, 2011, at 9:30 a.m., upon the Third Supplemental Declaration of John H. Genovese, on behalf of Genovese Joblove & Battista, P.A. ("GJB"), as Special Litigation and Conflicts Counsel for Debtor [DE 1556] (the "Third GJB Declaration"). The Court, having considered the Third GJB Declaration, the lack of objection by any party, and being otherwise duly advised in the premises,

ORDERS AND ADJUDGES as follows:

1.    The Third GJB Declaration is **Approved.**

2. None of the disclosures or representations set forth in the Third GJB Declaration constitutes a conflict of interest or impairs the disinterestedness of GJB or otherwise precludes the retention of GJB in this case.

# # #

Submitted By

John H. Genovese, Esq.
Genovese Joblove & Battista, P.A.
Miami Tower
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310
Email: jgenovese@gjb-law.com

Copies Furnished To:

John H. Genovese, Esq.
[Attorney Genovese is directed to serve a copy of this Order upon all parties in interest].