RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| SP47 | 5 Decorative pillows, napkin holder for bathroom, trash can, Charisma bath towels w/initials "KRS" - 6 olive green bath towels, 3 hand towels, 4 face towels, 4 bath black towels, 2 black face towels, 2 black hand towels | | | | KR (except decorative pillows) |
| SP48 | 1 Red decorative pillow, 2 black petal lamps | | | | |
| SP49 | Small black suitcase contains Kim Wendell personal "keepsake" items - photos, yearbook | | | | KR |
| SP50 | Everyday use - mini popcorn machine, mini snow cone machine, 4 unopened packs of plastic storage containers, | | | | |
| SP51 | Geneva Sound System floor stand in original package | | | | |
| SP52 | Geneva Sound System - Model XL in original package | | | | |
| SP53 | Everyday use - pots w/covers, fry pans, 1 rice cooker, coffee grinder | | | | KR |
| SP54 | 2 Food Processors (excellent condition) 1 stainless steel serving platter, 2 shot glasses | | | | KR |
| SP55 | Everyday use - dish ware - 12 white dinner plates, 2 soup bowls, | | | | KR |
| SP56 | Everyday use - pots, baking pans, cooking utensils | | | | |
| | 2 Sofas - by Phyllis Morris - 1 gold & 1 red both with matching pillows | | | | |
| | 1 Rust coffee table by Phyllis Morris | | | | |
| SP57 | Everyday use - two bowls, 2 small bowls, 3 mixing bowls, 1 teapot, cooking utensils, | | | | KR (except teapot) |
| SP58 | 8 green Juliska salad plates, 2 matching coffee mugs, 1 smaller plate, 7 matching bowls | | | | |
| SP59 | Photos various - manila folder contains loose 8x10 photos of Gov. Crist w/Scott & Kim, Kim & Scott, plaque to Kim, black hanging photo of 2 Frank Muller Watches (broken frame) 6 photos 8x10 of Kim & Scott, Dan Marino, Joe Lieberman, John McCain, plaque to Scott & Kim | | | | KR (photos of herself only) |
| SP60 | Used black boots, stuffed giraffe, 3 red ladies hat, smaller box w/dried bridal bouquet, 6 table setting frames, used clothing, 10 pairs of young adult jeans, 1 case ladies pink golf balls - Precept, various books, novels, black bag w/Kim's karate & kickboxing uniforms | | | black bag w/karate & kickboxing uniforms, black bartending boots | KR |
| SP61 | 1/4 cook books, 2 stainless steel Pewter ice buckets, | | | 5 cook books | KR (cook books only) |
| SP62 | Everyday use - white dishes - 8 dinner plates, 2 serving dish, 4 bowls | | | | KR |
| SP63 | 6 bottles of Vodka in original package, 4 Cordials, 2 Scotch, 1 Jim Beam, 1 Jack Daniels | | | Box containing liquor | KR |
| SP64 | Gift bags, Kim's personal album, misc. stuff belonging to Kim, books novels, used cards written to Kim | | | | KR |

3

3497913_6.XLS
3/15/2011

RRA
Inventory – Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR(Estate) |
|---|---|---|---|---|---|
| SP65 number set not used | | | | | |
| SP66 | Outdoor post mount light fixture in original package | | | | |
| SP67 | Outdoor post mount light fixture in original package | | | | |
| SP68 | Everyday use - kitchen dishes - glass cake dish, 4 William Sonoma cheese plates, Calphalon baking dish in original package, Pewter stainless steel cake dish, cheese board, 4 cheese plates | | | | KR |
| SP69 | 8 bottles Vodka in original package, 1 bottle of rum, 1 bottle of Gin, 7 bottles of Scotch all in original package | | | | |
| SP70 | Large white used cooler - Igloo contains placemats, outdoor lighting fixture in original package, 1 AIM home Cinema speaker in original package, 4 small boxes w/misc. furniture parts | | | | |
| SP71 | 8" Stainless steel speaker system | | | | |
| SP72 | Used young adult clothing - denim jackets, tennis shoes, regular shoes | | | | KR |
| SP73 number set not used | | | | | |
| SP74 | Used office supplies - sharpies, file folders, pens, pencils, paper clips, etc. | | | | KR |
| SP75 | 8x10 photo - Kim & Scott giving a donation to "Here's Help" 10/17/08, 2 smaller photos 5x7 of Kim & Scott, 3 designer pillows, 1 candle holder, glass vase | | | 5x7 photos of her & Scott 2, 1 designer pillow | KR (photos of herself only) |
| SP76 | Everyday use - teapot, serving dish, salt & pepper shaker, decorative antique car red, 3 bowls | | | | KR |
| SP77 | Everyday use - slow cooker, 2 fry pans, silver metal flower pot | | | | KR (cooking pans only) |
| SP78 number set not used | | | | | |
| SP79 | Everyday use - bedding - sheet set, comforter, pillow cases, sham | | | | KR (non-Phyllis Morris only) |
| SP80 | Box of regular light bulbs | | | | KR |
| SP81 | AIM Speaker 8" Home Ceiling Cinema speakers original package | | | | |
| SP82 | AIM Speaker 8" Home Ceiling Cinema speakers original package | | | | |
| SP83 | Everyday use - used food processor, bread maker, waffle maker, cupcake pan, | | | | KR |
| SP84 | Used pillows - 2 regular bed pillows, 2 display pillows | | | | KR (regular pillows only) |

3497813_6.XLS
3/15/2011

4

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of Contents | Item Description | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|---|
| SP85 | Everyday dish - pots, fry pans, plastic storage containers, mixing bowls | | | | | KR |
| SP96 number set not used | | | | | | |
| SP87 | Christmas decorations - 3 ft. Snowman, Christmas Mickey & Minnie, gifts bags | | | | | KR |
| SP88 | Used books, 1 blanket | | | | | |
| SP89 | 1 Guitar by Martin & Co. in its original package (new) | | | | | KR |
| SP90 | Lighting - 3 outdoor lighting fixtures | | | | | |
| SP91 | Everyday glass, water goblets | | | | | KR (glass only) |
| SP92 | Lighting 1 outdoor lighting fixture (same as lighting in box 90) | | | | | |
| SP93 | Photo Albums - used, misc pictures of Kim & Scott | | | | | KR |
| SP94 | Geneva Sound System floor stand | | | | | |
| SP95 | Everyday wine glasses, wine tray, martini glasses | | | | | KR (non-crystal only) |
| SP96 | Throw decorative pillows 6, 3 brown w/gold, 3 burgundy, photo of Kim & Scott w/Steelers football background Super bowl XLIII - Pittsburg v. Arizona Cardinals | | | | | |
| SP97 | Everyday dish - stainless steel bowl, dish, pitcher, toaster oven | | | | | |
| SP98 | Candle Holders | | | | | |
| SP99 | Coffee Maker in its original package | | | | | |
| SP100 | Tea pot, tea cups, other everyday dish - 18 white dinner plates, 2 green coffee mugs | | | | Tea Pot & tea cups | KR (except green coffee mugs) |
| SP101 | Everyday dish - pots, 2 cupcake pans, 1 loaf pan, 10 green dinner plates by Julíska | | | | | |
| SP102 | Everyday white dish - 19 bowls | | | | | KR |
| SP103 | Everyday bake dish - cupcake pans, cake pan, cooking aprons, other baking pans | | | | Two aprons | KR |
| SP104 | Easels in original package, glass white candle holder, blue glass candle holder | | | | glass white candle holder | KR |
| SP105 | Spice rack, 1 baking dish | | | | spice rack | KR |
| SP106 | Misc used books | | | | | KR |
| SP107 | Misc used books | | | | | KR |
| SP108 | Everyday dish - cups, coffee mugs, dinner plates, salad plates, 1 blue vase, 1 glass vase | | | | | |
| SP109 | 2 small decorative pillows, various pictures of Scott & Kim | | | | | KR (photos of herself only) |
| SP110 | Duffle bag with aqua bedding, 2 glass vases | | | | | |

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|---|
| SP111 | Photo albums - pictures of Kim and Scott, loose photos all sizes, smaller box containing crystal | | | | smaller box containing crystals | KR (photos of herself only including wedding photos) |
| SP112 | Everyday dish - roast pan, serving platters, linen napkins, matching napkin rings | | | | Gold napkins and matching rings | KR |
| SP113 | Everyday dish - dinner plates, cups, plastic glasses | | | | | |
| SP114 | Lighting fixtures | | | | | |
| SP115 | Pool table accessory - holder for pool sticks | | | | | |
| SP116 | Fan and lighting fixture | | | | | |
| SP117 | Geneva sound system model #SL | | | | | |
| SP118 | Sofa pillows large - 4 | | | | | |
| | 2 large outdoor flower pots - green | | | | | |
| SP119 | Outdoor post mount light fixture in original package | | | | | |
| SP120 | Lighting fixture - glass light cover | | | | | |
| SP121 | Outdoor ceiling fan in original package | | | | | |
| SP122 | Used bedding - full bedding set - pink | | | | | KR |
| SP123 | Wooden glass empty frame 5 ft (glass is missing - broken) | | | | | KR |
| SP124 | Painting of Kim Rothstein with Dogs By Patty Morse 2008 | | | | | KR |
| | 2 paintings by Patti Morse 20x20 (one painting of Scott) | | | | | KR (painting of herself only) |
| | Glass framed photo of NY Yankees - 80years of Yankee All Stars | | | | | |
| | Framed autographed Album | | | | | |
| | Oil painting, orange - lady sleeping 20x20 | | | | Oil painting orange - lady sleeping | |
| | Oil painting - formal dinner setting 20x20 | | | | Oil painting formal dinner setting | |
| | Framed wine bottle corks - 20x20 | | | | | |
| | Framed gold decorative mirror - 24x24 (mirror cracked) | | | | | |
| SP125 | Used young adult clothing - denim jacket, T-shirts, etc. | | | | | KR |
| SP126 | Used young adult clothing | | | | | KR |
| SP127 | Used sheets | | | | | KR |
| SP128 | Used young adult clothing and small stuffed animals | | | | | KR |
| SP129 | Used tennis shoes - Nike, Sketchers and clothing | | | | | KR |

6

3/497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|---|
| SP130 | Used shoes, 2 hand bags by Babe, 1 Colin Stuart shoes, 1 Steve Madden hand bag, black bag containing belts | | | | Black bag containing belts | KR |
| SP131 | Used young adult clothing | | | | | KR |
| SP132 | Used young adult clothing, black boots | | | | | KR |
| SP133 | Used young adult clothing | | | | | KR |
| SP134 | Used young adult clothing | | | | | KR |
| SP135 | Used misc items - tennis shoes, clothing, shoes | | | | | KR |
| SP136 | Used bath robes - white, red, 1 pillow with Kim's initials, 1 throw pillow | | | | | KR (except throw pillow) |
| SP137 | Used juicer | | | | | KR |
| SP138 | Young adult coats and jackets: Moda Mario: 1 black, 1 grey, 1 burgundy coat; burgundy jacket Nine West; Cacher: 1 black, 1 burgundy jacket, 1 grey coat; Army green jacket, black jacket; The Gap; New York & Co. 3 leather coats, 1 green leather coat, 1 black jacket; | | | | | KR |
| SP139 | Watch Winder - large red wood | | | | | |
| SP140 number set not used | | | | | | |
| SP141 | | **Kim's Shoes - Storage Designer/Description** | | | | |
| **Quantity** | | | | | | |
| 1 | | Angelina Anastasia snake skin pumps - grey | | | | |
| 1 | | Angelina Anastasia silver pumps | | | | |
| 1 | | Stuart Weitzman Ruby red platform | | | | |
| 1 | | Christian Louboutin pumps black | | | | |
| 1 | | Manolo Blahnik pumps beige | | | | |
| 1 | | Angelina Anastasia pumps black | | | | |
| 1 | | Giuseppe Zanotti platforms silver | | | | |
| 1 | | Manolo Blahnik pumps brown | | | | |
| 1 | | Burberry boots silver | | | | |
| 1 | | Tory Burch pumps black | | | | |
| 1 | | Seppl Johnson pumps gold | | | | |
| 1 | | Manolo Blahnik pumps hot pink | | | | |
| 1 | | High Heels Collection pumps hot pink | | | | KR |
| 1 | | Prada pumps grey | | | | |
| 1 | | High Heels Collection pumps pink | | | | |
| 1 | | Giuseppe Zanotti snake skin platforms gold | | | | |
| 1 | | Adidas grey & pink tennis shoes | | | | KR |
| 1 | | Steven Madden pumps brown | | | | KR |
| 1 | | Christian Arejes slip ons | | | | |
| 1 | | BCBG boolla brown | | | | |
| 1 | | Steven Madden pumps red leather | | | | KR |
| 1 | | Donald Pliner snake skin slip ons white | | | | KR |
| 1 | | Franco Sarto wedges white | | | | KR |

7

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| 1 | BCBG bootie black | | | | |
| 1 | Michael Kors platform white | | | | KR |
| 1 | Dansko suede bootie black | | | | KR |
| 1 | Juicy Couture platforms beige | | | | KR |
| 1 | Nine West bootie brown | | | | |
| 1 | Navid Nadia leather knee boots black | | | | |
| 1 | Italian suede knee boots purple | | | | |
| 1 | Taccetti wedge platform denim | | | | |
| 1 | BCBG glitter pumps brown | | | | |
| 1 | Donald Pliner bootie metallic | | | | KR |
| 1 | Colin Stuart wedges burgundy | | | | KR |
| **Box No.** | **Scott's Clothing storage** **Designer** | **Description** | | | |
| SP65 | Agaru | Shirt - long sleeve men dress shirt - pink | | | |
| table top | Bespoke Collections | Shirts - long sleeve white men dress shirts | | | |
| SP73 | Bespoke Collections | Shirts - long sleeve men dress shirts - 1 pink, 2 white, 1 blue | | | |
| SP65 | Bagatta | Shirts - long sleeve men dress shirt - green | | | |
| SP65 | Vertigo | Shirts - long sleeve men dress shirt - black | | | |
| SP65 | Bogosse | Shirts - long sleeve men dress shirts - black | | | |
| SP73 | Canali | Suit - 3 piece tan w/beige stripes - jacket, vest & trouser | | | |
| Clothes rack | Canali | Jacket men - black | | | |
| SP78 | Canali | Suit - 2 piece - Black jacket & trouser | | | |

3497913_6.XLS
3/15/2011

8

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description - Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|
| table top | Frey Co. | Shirts - long sleeve men dress shirts - 6 pink, 1 yellow, 2 brown, 1 orange, 3 tan, 1 coffee, 1 stripes | | |
| | Frey Co. | Shirts - long sleeve men dress shirt - pink | | |
| SP73 | Faboublafavorbrook of London | Suit - 3 piece - Black jacket, vest & trouser | | |
| table top | Gerlin Co. | Shirts - long sleeve men dress shirts - 2 pink, 1 orange, 1 yellow, 2 stripes | | |
| SP65 | Gerlin Co. | Shirts - long sleeve men dress shirts - 1 pink, 1 orange | | |
| table top | Holland & Sherry | Jacket - sport, Orange | | |
| SP65 | Hollinbino | Shirts - long sleeve men dress shirt - floral print | | |
| table top | Angrau Co. | Shirts - long sleeve white men dress shirts | | |
| Clothes rack | Palo Ferrell | Vest - men black | | |
| SP65 | Lucky | Shirt - long sleeve men shirt - purple, | | |
| table top | Moda Mario | Jacket - men sport - blue & grey plaid | | |
| table top | Moda Mario | Jacket - men sport - blue | | |
| table top | Moda Mario | Jacket - men sport - light shade of blue | | |
| table top | Moda Mario | Jacket - men blue plaid | | |
| table top | Moda Mario | Jacket - men tan w/stripes | | |
| table top | Moda Mario | Jacket - men winter - black with pin stripes | | |

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items removed by KRI/Estate by (Kim) |
|---|---|---|---|---|
| table top | Moda Mario | Jacket - men plaid - red and blue | | |
| table top | Moda Mario | Suit - 2 piece - jacket and pant - black with white pin stripes | | |
| table top | Moda Mario | Suit - 2 piece - jacket and pant - grey with pink pin strips | | |
| table top | Moda Mario | Jacket - 1 Sport plaid brown | | |
| table top | Moda Mario | Jacket - 1 Sport Tan | | |
| table top | Moda Mario | Jacket - 1 Sport - plaid tan & grey | | |
| table top | Moda Mario | Jacket - 1 Brown w/pink pin stripes | | |
| table top | Moda Mario | Suit - 2 piece - Grey w/pink & white pin stripe, jacket & trouser | | |
| table top | Moda Mario | Suit - 2 piece - Navy blue w/pin stripes, jacket & trouser | | |
| table top | Moda Mario | Suit - 2 piece - Brown w/pink stripes, jacket & trouser | | |
| table top | Moda Mario | Suit - 2 piece - Sky blue jacket & white trouser, & white long sleeve dress shirt w/purple pin stripe | | |
| Clothes rack | Moda Mario | Suit - 2 piece - Beige w/cream pin stripes, jacket and matching trouser | | |
| Clothes rack | Moda Mario | Suit - 3 piece - Pin stripe jacket, vest & trouser | | |

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of Contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| Clothes rack | Moda Mario | Suit - 2 piece - Navy blue w/sea blue pin stripes jacket & trouser | | | |
| Clothes rack | Moda Mario | Suit - 2 piece - Black jacket & trouser | | | |
| Clothes rack | Moda Mario | Shirts - long sleeve men shirts - 1 orange, 3 white, 1 grey | | | |
| Clothes rack | Moda Mario | Shirts - long sleeve men dress shirts - white | | | |
| Clothes rack | Moda Mario | Shirt - long sleeve men dress shirts - white | | | |
| Clothes rack | Moda Mario | Shirts - long sleeve men dress shirts - White | | | |
| Clothes rack | Moda Mario | Jacket - brown with stripes | | | |
| Clothes rack | Moda Mario | Suit - 2 piece navy with pin stripes - jacket and pant | | | |
| Clothes rack | Moda Mario | Vest - men black with white stripes | | | |
| Clothes rack | Moda Mario | Vest - grey | | | |
| Clothes rack | Moda Mario | Vest - original grey | | | |
| Clothes rack | Moda Mario | Vest - grey with black stripes | | | |
| Clothes rack | Moda Mario | Jacket - men black with blue stripes | | | |
| Clothes rack | Moda Mario | Jacket and vest - brown with pin stripes | | | |
| Clothes rack | Moda Mario | Jacket and vest - men blue with white stripes | | | |
| Clothes rack | Moda Mario | Jacket and vest - black | | | |
| Clothes rack | Moda Mario | Suit - 2 piece jacket and pant - blue | | | |

3497913_6.XLS
3/15/2011

11

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed - KR/Estate by Kim) |
|---|---|---|---|---|
| SP65 | Moda Mario | Shirts - long sleeve men shirts - 1 blue, 4 stripes, 1 orange, 3 pink, 3 white, 1 black, 1 purple | | |
| SP78 | Moda Mario | Suit - 2 piece - Navy w/pin stripes, jacket & trouser | | |
| SP78 | Moda Mario | Suit - 2 piece - Tan jacket & trouser | | |
| SP78 | Moda Mario | Suit - 2 piece - Gray jacket & trouser | | |
| SP78 | Moda Mario | Suit - 2 piece - light Grey w/purple pin stripes jacket & trouser | | |
| SP78 | Moda Mario | Suit - 2 piece - grey w/pin stripes jacket & trouser | | |
| SP78 | Moda Mario | Suit - 2 piece - Chocolate w/gold jacket & trouser | | |
| Clothes rack | Pal Zileri | Shirts - long sleeve men dress shirts - 2 yellow, 1 grey, 1 blue w/stripes | | |
| SP65 | Pal Zileri | Shirts - long sleeve men dress shirts - red, blue, pink, orange, and brown | | |
| SP65 | Pal Zileri | Suit - 2 piece jacket and pant blue with light blue stripes | | |
| SP78 | Pal Zileri | Suit - 2 piece - Blue w/pin stripes, jacket & trouser | | |
| SP78 | Pal Zileri | Suit - 2 piece - Grey w/pink pin stripes, jacket & trouser; | | |
| SP78 | Pal Zileri | Jacket - men plaid brown and green | | |

3497913_6.XLS
3/15/2011

RRA

Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items removed (KR Estate by Kim) |
|---------|-------------------------|------------------|------------------|----------------------------------|
| SP78 | Pal Zileri | | | |
| Clothes rack | Prada | Suit - 2 piece jacket and pant - beige pin stripes | | |
| Clothes rack | TJC | Trousers - black & khaki | | |
| Clothes rack | TJC | Suit - 2 piece - Navy blue w/sea blue pin stripes w/3 matching trousers - plaid | | |
| Clothes rack | TJC | Jacket - men sport Blue | | |
| Clothes rack | TJC | Suit - 2 piece - Black w/white pin stripes, Jacket & trouser | | |
| Clothes rack | TJC | Suit - 2 piece lime green jacket w/tan trouser that has lime pin stripe | | |
| Clothes rack | TJC | Suit - 3 piece black jacket, vest & trouser | | |
| Clothes rack | TJC | Suit - 2 piece lavender jacket w/grey trouser w/lavender pin stripes | | |
| Clothes rack | TJC | Suit - 2 piece navy Jacket & trouser | | |
| Clothes rack | TJC | Trouser black | | |
| Clothes rack | TJC | Suit - 3 piece blue jacket, vest and trouser | | |
| Clothes rack | TJC | Suit - 3 piece tan w/yellow pin stripe, jacket vest & trouser | | |
| Clothes rack | TJC | Suit - 2 piece tan w/beige jacket & trouser | | |
| Clothes rack | TJC | Jacket - men sport beige with black Vest | | |

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed - KR/Estate by Kim) | | |
|---|---|---|---|---|---|---|
| Clothes rack | TJC | Jacket - men black | | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - black | | | | |
| Clothes rack | TJC | Jacket - men grey plaid | | | | |
| Clothes rack | TJC | Suit - 2 piece black jacket and pant | | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - sea blue | | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - grey with blue pin stripes | | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - blue with black collar | | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - grey with blue pin stripes | | | | |
| Clothes rack | TJC | Suit - 2 piece jacket and pant - tan | | | | |
| Clothes rack | TJC | Suit - 2 piece jacket and pant - shade of blue | | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - tan | | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - black | | | | |
| Clothes rack | TJC | Suit - 3 piece black Jacket, Vest & trouser | | | | |
| Clothes rack | TJC | Suit - 3 piece tan suit w/mustard pin stripe, Jacket, vest & trouser | | | | |

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---------|------------------------|-----------------|-----------------|------------------------|-----------|
| Clothes rack | TJC | Suit - 3 piece blue w/light blue pin stripe, Jacket, vest & trouser | | | |
| Clothes rack | TJC | Suit - 2 piece black pin stripe, Jacket & trouser | | | |
| Clothes rack | TJC | Suit - 2 piece beige jacket & black trouser | | | |
| Clothes rack | TJC | Suit - 2 piece tan jacket w/navy trouser | | | |
| Clothes rack | TJC | Jacket - 1 plaid blue | | | |
| Clothes rack | TJC | Suit - 2 piece blue w/pin stripe & tan trouser | | | |
| Clothes rack | TJC | Suit - 2 piece black w/white square boxes & matching trouser | | | |
| Clothes rack | TJC | Suit - 3 piece navy blue w/black pin stripes Jacket, vest & trouser | | | |
| Clothes rack | TJC | Jacket - plaid black and brown | | | |
| Clothes rack | TJC | Suit - 2 piece grey w/pin stripes jacket & trouser | | | |
| Clothes rack | TJC | Suit - 2 piece black w/red pin stripes, jacket & trouser | | | |
| Clothes rack | TJC | Suit - 2 piece brown plaid jacket & trouser | | | |
| Clothes rack | TJC | Suit - 2 piece smoke grey w/blue pin stripe jacket & trouser | | | |
| Clothes rack | TJC | Suit - 2 piece gray Jacket & trouser | | | |

3497913_6.XLS
3/15/2011

15

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed - KR)/Estate by Kim) |
|---|---|---|---|---|
| Clothes rack | TJC | Suit - 3 piece beige plaid jacket, vest & trouser | | |
| Clothes rack | TJC | Jacket - sport Royal Blue | | |
| Clothes rack | TJC | Shirt - pink long sleeve men dress shirt | | |
| Clothes rack | TJC | Suit - 3 piece navy blue w/tan and blue pin stripes, jacket vest & trouser | | |
| Clothes rack | TJC | Shirts - long sleeve men dress shirts - purple w/whit pin stripes & whit w/purple pin stripes | | |
| Clothes rack | TJC | Suit - 2 piece ash jacket & trouser | | |
| Clothes rack | TJC | Suit - 3 piece blue w/mix shades of blue pin stripes, jacket, vest and trouser | | |
| Clothes rack | TJC | Suit - 2 piece tan w/pink pin stripes, jacket and trouser | | |
| Clothes rack | TJC | Suit - 2 piece blue jacket w/tan trouser | | |
| Clothes rack | TJC | Suit - 3 piece grey w/blue pin stripes, jacket, vest & trouser | | |
| Clothes rack | TJC | Suit - 2 piece beige w/tan pin stripes, jacket & trouser | | |
| Clothes rack | TJC | Suit - 2 piece pink jacket w/grey trouser | | |
| Clothes rack | TJC | Suit - 3 piece coffee Jacket, vest & trouser | | |
| Clothes rack | TJC | Suit - 2 piece black jacket & trouser | | |

34978/13, 6.XLS
3/15/2011

16

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed - KR/Estate by Kim) |
|---|---|---|---|---|
| Clothes rack | TJC | Suit - 2 piece pink jacket & tan trouser | | |
| Clothes rack | TJC | Suit - 2 piece blue jacket w/trouser | | |
| Clothes rack | TJC | Jacket - men sport | | |
| Clothes rack | TJC | Jacket - men sport black | | |
| Clothes rack | TJC | Shirts - long sleeve white men dress shirts – Tan, yellow, white, green, & blue | | |
| SP73 | TJC | Shirts - men long sleeve dress shirts, white, blue, orange | | |
| SP73 | TJC | Suit - 3 piece smoke grey w/pin stripes - jacket, vest & trouser | | |
| SP73 | TJC | Suit - 3 piece light grey w/stripes - jacket, vest & trouser | | |
| SP73 | TJC | Suit - 3 piece brown w/beige stripes - jacket, vest & trouser | | |
| SP73 | TJC | Suit - 3 piece grey w/pin stripes - jacket, vest & trouser | | |
| SP73 | TJC | Suit - 3 piece grey w/pin stripes - jacket, vest & trouser | | |
| SP73 | TJC | Suit - 3 piece grey w/blue pin stripes - jacket, vest & trouser | | |
| SP73 | TJC | Suit - 3 piece black jacket, vest & trouser | | |

34979313_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Item Description | Items removed KR/Estate by Kim |
|---|---|---|---|---|---|
| SP73 | TJC | Suit - 3 piece black Stripe - jacket, vest & trouser | | | |
| SP78 | TJC | Suit - 3 piece black and white pin stripes, jacket, vest & trouser | | | |
| SP78 | TJC | Suit - 2 piece green jacket & trouser | | | |
| SP78 | TJC | Suit - 2 piece soft blue jacket & trouser | | | |
| Clothes rack | TJC | Suit - 2 piece jacket and pant blue | | | |
| Clothes rack | TJC | Suit - 3 piece brown with pin stripes - jacket, vest and pant | | | |
| Clothes rack | TJC | Suit - 3 piece grey with black pin stripes - jacket, vest and pant | | | |
| Clothes rack | TJC | Jacket - men blue with lime green stripes | | | |
| Clothes rack | TJC | Shirts - long sleeve men dress shirts - blue with stripes | | | |
| Clothes rack | TJC | Suit - 2 piece jacket and pant - blue | | | |
| Clothes rack | TJC | Suit - 3 piece navy blue with pin stripes jacket, vest and pant | | | |
| Clothes rack | TJC | Suit - 3 piece black - jacket, vest and pant | | | |
| Clothes rack | TJC | Jacket - and vest - beige | | | |
| Clothes rack | TJC | Suit 2 piece plaid jacket and pant | | | |

3497913_6.XLS
3/15/2011

18

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - black | | | |
| Clothes rack | TJC | Suit - 3 piece jacket, vest and pant - grey | | | |
| Clothes rack | TJC | Suit - 2 piece jacket and pant - tan plaid | | | |
| Clothes rack | TJC | Suit - 2 piece jacket and pant - beige with black pin stripes | | | |
| SP73 | Tommy Bahama | Shorts - men shorts 2 black, 2 khaki, 1 tan | | | |
| Clothes rack | Ventura | Shirts - long sleeve men dress shirt white | | | |
| Clothes rack | Versace | Shirts - long sleeve men dress shirts - 2 purple, 1 lavender | | | |
| SP65 | Versace | Shirts - long sleeve men - 3 black, 2 white, 8 purple, 1 mint green | | | |
| SP86 | Versace | Shirts - white long sleeve men dress shirts | | | |
| SP86 | Versace | Shirts - long sleeve men dress shirts, lavender & pink | | | |
| SP86 | No designer | Coat - black winter Coat w/fur collar men | | | |
| SP86 | No designer | Coats - black winter coats men | | | |
| SP86 | No designer | Shirts - long sleeve men dress shirts 1 Brown, 4 black | | | |
| Shelf/Drawer/Cabinet/ Counter top | Kitchen Quantity | Item Description | | | |

3497913_6.XLS
3/15/2011

19

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Item Description | Items removed by Kim | KR/Estate |
|---|---|---|---|---|---|---|
| Kitchen | 1 | Sharp Cordless hand vacuum pink & black | | | | KR |
| | 1 | Simple human Stainless steel Trash can | | | | KR |
| | 1 | Subzero Top & bottom Refrigerator | | | | KR |
| | 1 | Viking Oven Stainless Steel & matching Microwave Convection oven | | | | KR |
| | 1 | Kitchen aid Professional 600 Mixer 6 Qt. | | | | KR |
| | 1 | J.A. Henkels Wood Knife block | | | | KR |
| | 2 bottles | Pineapple Vodka 750 ml (open) | | | | KR |
| | 1 | Pineapple Sky Infusors pineapple Vodka | | | | KR |
| | 1 | Belvedere Vodka 1 Liter | | | | KR |
| CABINET #1 | | | | | | |
| Top shelf | 7 | decorative glass bowls with flowers Itched | | | | KR |
| 2nd shelf | 5 | US House of Representatives salad glass bowls | | | | |
| | 5 | US House of Representatives salad glass plates | | | | |
| | 5 | US House of Representatives dinner plates | | | | |
| 3rd shelf | 12 | Champagne glasses | | | | |
| | 4 | Wine glasses | | | | |
| | 1 | Center piece glass | | | | |
| 4th shelf | 8 | Wine glasses | | | | |
| | 7 | glasses short | | | | |

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed) by Kim) | KR/Estate) |
|---|---|---|---|---|---|
| | 2 | Large Louis VIII Cognac | | | |
| | 1 | Small Chambord | | | KR |
| **CABINET # 2** | | | | | |
| Top Shelf | 7 | Wine Glasses (red, blue, orange, green) | | | |
| 2nd Shelf | 5 | Martini glasses (blue, orange, green, burgundy, blue) | | | |
| 3rd Shelf | 2 | Martini glasses | | | |
| | 8 | Shot glasses | | | |
| | 2 | Wine glasses | | | |
| 4th Shelf | 1 | Ice bucket (center) | | | |
| | 9 | decorated Wine glasses by Anit crystal bbo 24% | | | |
| | 2 | Short glasses | | | |
| | 2 | Shot glasses red & gold Faberge | | | |
| | 1 | Cake Stand (decorative center piece) | | | |
| **CABINET # 3** | | Grocery | | | KR |
| **CABINET # 4** | | Grocery | | | KR |
| **CABINET # 5** | | | | | |
| Top Shelf | 14 | everyday plastic drinking glasses | | | KR |
| | 20 | Coffee mugs | | | KR |
| 2nd Shelf | 5 | Plastic drinking glasses | | | KR |
| | 5 | Coffee Mugs | | | KR |
| | 3 | Tall plastic glasses | | | KR |
| | 8 | Grey/beige Salad bowls | | | KR |
| 3rd Shelf | 8 | Grey/beige Soup bowls | | | KR |
| | 7 | Grey/beige dinner plates | | | KR |
| | 4 | floral dinner plates | | | KR |

3497913_6.XLS
3/16/2011

21

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | Items (removed - KR/Estate by Kim) |
|---|---|---|---|---|---|
| | 4 | glass serving plates | | | KR |
| | 3 | tall dining plastic glasses | | | KR |
| | 3 | tall plastic cups | | | KR |
| | 1 | jug | | | KR |
| 4th Shelf | 2 | Coffee Containers | | | KR |
| | 4 | brown square dinner plates | | | KR |
| | 3 | brown square salad plates | | | KR |
| | 5 | Coffee Mugs | | | KR |
| | 4 | brown soup bowls | | | KR |
| KITCHEN COUNTER | | | | | |
| | 1 | decorative fruit bowl with matching under liner | | | KR |
| | 4 | Toaster Avante Deluxe T-Fall | | | KR |
| | (6 cups) | Blender Breville Ikon | | | |
| | | Toaster Oven Dualit | | | KR |
| | 1 | Coffee Maker; Wia Capresso Impressa Fa Espresso Machine Stainless Steel | | | KR |
| | 1 | Wine opener by Estate | | | KR |
| | 1 | Stainless Steel Napkin holder | | | KR |
| KITCHEN DRAWERS | | Miscellaneous Household Items; duck tape, flashlight, screw driver, 3 Coach sunglasses, measure cup | | | KR |
| Drawer # 2 | | Napkins Capital Grille dinner napkins | | | KR |
| | | Glass ashtray | | | KR |

22

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| | | plastic bag of coins | | | KR |
| Drawer # 3 | 2 | Packing tapes | | | KR |
| | | plastic bags | | | KR |
| | | Various manuals | | | KR |
| | 1 | Viking Dishwasher - Stainless Steal Interior | | | KR |
| Cabinet | 1 | Blunder Kitchen Sink- used Msc. Household Cleaning | | | KR |
| Drawer # 4 | | Everyday Utensils Spoons/ forks/knives | | | KR |
| Drawer # 5 | 1 | Trash can - built in | | | KR |
| Drawer # 6 | | Everyday Utensils - stainless steel knives/forks/spoons | | | KR |
| | | Serving utensils | | | KR |
| Cabinet (beneath toaster oven) | 2 | Serving trays | | | KR |
| | | everyday dish - pots, fry pans | | | KR |
| | | Cat food | | | KR |
| Drawer # 7 | | Paper dinner plates | | | KR |
| Drawer # 7 | | Misc. Kitchen Items used, kitchen towels, hot mittens | | | KR |
| Drawer # 8 | | Kitchen towels | | | KR |
| Drawer # 9 | | Capital Grille drink napkins | | | KR |
| Drawer # 9 | | Table mats- used | | | KR |
| Drawer # 9 | 15 | Wine stoppers - 1 Corsini, 3 Faberge, Crystal, 2 Mother of Pearl, Pen wine stopper | | | |
| Cabinet (beneath toaster) | 1 | Hand mixer used | | | KR |

3497913 6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No: | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| | | Glass mixing bowls | | | KR |
| | | Strainers, calendars | | | KR |
| | | Used pots/ fry pans/ glass pans | | | KR |
| Drawer # 10 | | Various cook books used | | | KR |
| Cabinet (beneath stove range) | | | | | |
| | | Seasonings, spices | | | KR |
| | | pots/ fry pans | | | KR |
| | | Misc. baking items | | | KR |
| Stove | | Viking stainless steel flat top - 4 burners/ warmer | | | KR |
| Drawer (beneath mixer/ next refrigerator) | | Misc. Kitchen items, foil paper, clear wrap, cling wrap, manual openers, cake knife | | | KR |
| Drawer | | used plastic containers small - all sizes, cake pans | | | KR |
| Drawer | | Misc. used Kitchen items, baking dish, cook books | | | KR |
| Drawer (beneath baking oven) | | Misc. used baking dish all sizes, aprons | | | KR |
| Cabinet (above Microwave Oven) | | Misc. house items: Wusthof knife block, paper towels, mini coolers | | | KR (except Wusthof knife block) |
| Cabinet (above refrigerator) | | Misc. house items, napkins | | | KR |

3497913_6.XLS
3/15/2011

24

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents Year | Item Description Name of Wine | Item Description Quantity | Price | Items removed by Kim | KR/Estate |
|---|---|---|---|---|---|---|
| **Wine Coolers** | | | | | | |
| **Cooler # 1** | | | | | | |
| Shelf # 5 | 1967 | Bertani Vendemmia Recioto della Valpolicella Amarone | 1 | | | |
| Shelf # 11 | 1967 | Chateau Lafite Rothschild Estate Bottled French Bordeaux Wine | 1 | | | |
| Shelf # 11 | 1967 | Bertani Vendemmia Recioto della Valpolicella Amarone | 1 | | | |
| Shelf # 5 | 1968 | Bertani Vendemmia Recioto Ron della Valpolicella Amarone | 1 | | | |
| Shelf # 5 | 1968 | Bertani Vendemmia Recioto della Valpolicella Amarone | 1 | | | |
| Shelf # 5 | 1976 | Bertani Vendemmia Recioto della Valpolicella Amarone | 1 | | | |
| Shelf # 5 | 1976 | Bertani Vendemmia Recioto della Valpolicella Amarone | 1 | | | |
| Shelf # 4 | 1977 | Bertani Vendemmia Recioto della Valpolicella Amarone | 1 | | | |
| Shelf # 11 | 1981 | Opus One Baron Phillipe De Rothschild | 1 | | | |
| Shelf # 11 | 1985 | Beaulieu Vineyard BV Georges De Latour Private Reserve | 1 | | | |

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Item Description | Items (removed by Kim) | KR/Estate | |
|---|---|---|---|---|---|---|---|
| Shelf # 11 | 1985 | Beaulieu Vineyard BV Georges De Latour Private Reserve Cabernet Sauvignon | 2 | | | | |
| Shelf # 11 | 1985 | Warre's Vintage Porto | 1 | | | KR | |
| Shelf # 7 | 1993 | Silver Oak Alexander Valley Cabernet Sauvignon | 1 | | | | |
| Shelf # 5 | 1994 | Opus One Napa Valley Baron Philippe de Rothschild | 1 | | | | |
| Shelf # 11 | 1994 | Caymus Vineyards Napa Valley Cabernet Sauvignon | 1 | | | | |
| Shelf # 4 | 1995 | Paterina Rioja Gran Reserve | 1 | | | | |
| Shelf # 5 | 1995 | Lokoya Cabernet Sauvignon Montverde | 1 | | | | |
| Shelf # 10 | 1995 | Plump Jack Cabernet Sauvignon Oakville | 1 | | | | |
| Shelf #1 | 1997 | Cabernet Sauvignon BV Napa Valley | 1 | | | KR | |
| Shelf #1 | 1997 | Pahlmeyer Merlot Napa Valley | 1 | | | | |
| Shelf # 2 | 1997 | Bighoton Cellars Napa Valley Cabernet Sauvignon | 1 | | | | |
| Shelf # 3 | 1997 | Gaja Costa Russi Langhe | 1 | | | | |
| Shelf # 4 | 1997 | Montescudaio Vin Santo Fattoria Santa Mania | 1 | | | | |
| Shelf # 4 | 1997 | Solare Red table Wine Columbia Valley | 1 | | | KR | |

3497913_6.XLS
3/16/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|---|
| Shelf # 5 | 1997 | Dyen Dia Mountain Cabernet Sauvignon | 1 | | | |
| Shelf # 6 | 1997 | Gaya Costa Russi Langho | 1 | | | |
| Shelf # 7 | 1997 | Dyer Dia Mountain Napa Valley Cabernet Sauvignon | 1 | | | |
| Shelf # 9 | 1997 | Dyer Dia Mountain Napa Valley Cabernet Sauvignon | 2 | | | KR |
| Shelf # 10 | 1997 | Lega Cy Alexander Valley | 1 | | | |
| Shelf # 11 | 1997 | Dyer Dia Mountain Napa Valley Cabernet Sauvignon | 1 | | | |
| Shelf # 2 | 1998 | Luna Vineyards | 1 | | | |
| Shelf # 4 | 1998 | Barcolo Casolna Fontana Denomina Zione Di Onigina Controllata E. Garantla | 1 | | | KR |
| Shelf # 5 | 1998 | Clone 4 Cabernet Sauvignon BV Signer Collection | 1 | | | |
| Shelf # 5 | 1998 | Groth Oakville Cabernet Sauvignon Napa Valley | 1 | | | |
| Shelf # 7 | 1998 | Silver Oak Napa Valley Cabernet Sauvignon | 1 | | | |
| Shelf # 10 | 1998 | Chateau St. Jean Cing Cepages Cabernet Sauvignon | 1 | | | |
| Shelf # 10 | 1998 | Silver Oak Napa Valley Cabernet Sauvignon | 1 | | | |
| Shelf # 10 | 1998 | Napa Valley Cabernet Sauvignon Reserve Robert Mondavi Winery | 1 | | | KR |

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| Shelf # 11 | 1998 | Opus One Baron Phillippe De Rothschild | 1 | | |
| Shelf # 11 | 1998 | Staglin Family Vineyard Cabernet Sauvignon Rutherford Napa Valley | 1 | | |
| Shelf #1 | 1999 | Pieropan Villcolfor Colombare | 1 | | |
| Shelf # 2 | 1999 | Antinori Solaia Merchesi Antinori Frenxe | 1 | | |
| Shelf # 3 | 1999 | Cain Concept Napa Valley Cabernet Sauvignon | 1 | | |
| Shelf # 3 | 1999 | Chateau Leoville Poyferre Saint Julien | 1 | | |
| Shelf # 4 | 1999 | Chateau Palmer Margany Medoe | 1 | | |
| Shelf # 5 | 1999 | Caymus Vineyard Cabernet Sauvignon | 1 | | |
| Shelf # 8 | 1999 | Napa Valley Constant Dia. Mountain Vineyard | 1 | | |
| Shelf # 11 | 1999 | Keenan Merlot Napa Valley | 2 | | |
| Shelf #1 | 2000 | Keenan Zinfandel Napa Valley | 1 | | |
| Shelf #1 | 2000 | Solaia Marchesi Antinoril Frenxe | 2 | | |
| Shelf # 2 | 2000 | Keenan Zinfandel Napa Valley | 3 | | KR |
| Shelf # 2 | 2000 | Keenan Merlot Napa Valley Carreros | 1 | | |
| Shelf # 3 | 2000 | Solaia Marchesu Antinori | 1 | | |
| Shelf # 3 | 2000 | Keenan Zinfandel Napa Valley | 1 | | |

28

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|
| Shelf # 4 | 2000 | Spec. Selcedi Cabernet Sauvignon Caymus Vineya | 1 | | |
| Shelf # 4 | 2000 | Fan Niente Napa Valley Cabernet Sauvignon | 1 | | |
| Shelf # 5 | 2000 | Echelon Merlot Central Coast | 1 | | |
| Shelf # 5 | 2000 | Tignanello Antinori | 1 | | |
| Shelf # 6 | 2000 | Mill Creek Sonoma County Cabernet Sauvignon | 1 | | |
| Shelf # 6 | 2000 | St. Julien Sanget de Grauaud-Larose | 1 | | KR |
| Shelf # 7 | 2000 | Soleia Marchesi Antinori Franxe | 1 | | |
| Shelf # 7 | 2000 | Caymus Vinyard Spc. Select Cabernet Sauvignon | 1 | | |
| Shelf # 7 | 2000 | Domaine de la Renleve Saumur | 3 | | KR |
| Shelf # 9 | 2000 | Opus One Baron Phillipe De Rothschild | 3 | | |
| Shelf # 11 | 2000 | Tignanello Aoscana Antinon | 1 | | |
| Shelf # 11 | 2000 | Keenan Merfot Napa Valley Carneros | 1 | | |
| Shelf # 11 | 2000 | Keenan Merfot Napa Valley Carneros | 3 | | KR |
| Shelf #1 | 2001 | Constant Diamond Mountain Vineyard, Napa Valley, Cabernet | 1 | | KR |
| Shelf # 3 | 2001 | Goldeneye Anderson Valley Phit Noir | 1 | | KR |

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Item Description | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|---|
| Shelf # 3 | 2001 | Constant Dia Mountain Vineyard Napa Valley Cabernet Sauvignon | 1 | | | KR |
| Shelf # 5 | 2001 | Dyer Dia Mountain Cabernet Sauvignon | 1 | | | |
| Shelf # 5 | 2001 | Cain Concept Napa Valley | 1 | | | |
| Shelf # 5 | 2001 | Castello Dal Rampolla d'Alceo Toscana | 1 | | | |
| Shelf # 5 | 2001 | Far Nient Napa Valley Oakville Cabernet Sauvignon | 2 | | | |
| Shelf # 6 | 2001 | Goldeneye Anderson Valley Pinot Noir | 3 | | | KR |
| Shelf # 7 | 2001 | Dyer Dia Mountain District Napa Valley Cabernet Sauvignon | 2 | | | |
| Shelf # 8 | 2001 | Hanzell Sonoma Valley Pino Noir | 2 | | | |
| Shelf # 8 | 2001 | Dyer Dia Mountain District Napa Valley | 1 | | | |
| Shelf # 8 | 2001 | Constant Dia Mountain Vineyard Napa Valley Cabernet Sauvignon | 1 | | | KR |
| Shelf # 9 | 2001 | Dyer Dia Mountain Napa Valley Cabernet Sauvignon | 2 | | | |
| Shelf # 9 | 2001 | Opus One Baron Phillippe De | 2 | | | |
| Shelf # 9 | 2001 | Cabernet Sauvi Francis Coppola Director's Reserve | 1 | | | |
| Shelf # 11 | 2001 | Opus One Baron Phillippe De Rothschild | 1 | | | |
| Shelf # 11 | 2001 | Constant Dia Mountain Vineyard Cabernet Franc | 1 | | | KR |

30

3497913. 6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | | Items (removed by Kim) | KR/Estate |
|---|---|---|---|---|---|---|
| Shelf # 2 | 2002 | Monthaven Coastal Central Coast Merlot | 1 | | | |
| Shelf # 4 | 2002 | Constant Dia Mountain Vinyard Constancii | 1 | | | KR |
| Shelf # 5 | 2002 | Far Niente Napa Valley Oakville Cabernet Sauvignon | 1 | | | |
| Shelf # 5 | 2002 | Private Reserve Compliments of the Emerald Companies Merlot | 1 | | | |
| Shelf # 6 | 2002 | Napa Valley Oacviella TOR Cabernet Sauvignon | 1 | | | |
| Shelf # 6 | 2002 | Monthaven Coastal Cabernet Sauvignon | 1 | | | |
| Shelf # 7 | 2002 | Incognito Lodi Appellation Red Wine | 1 | | | |
| Shelf # 8 | 2002 | Constant Dia Mountain Vineyard Constancii | 2 | | | KR |
| Shelf # 10 | 2002 | Innisfree Cabernet Sauvignon Napa Valley Joseph Phelps. | 1 | | | |
| Shelf #1 | 2003 | Napa Valley Sawyer Cellars Cabernet Sauvignon | 1 | | | KR |
| Shelf # 2 | 2003 | Far Niente Napa Valley Oakville Cabernet Sauvignon | 1 | | | |
| Shelf # 4 | 2003 | Perey Ha' Abib Fibr de Pirmavera Montsant Denominacdo d' Origen | 1 | | | |
| Shelf # 5 | 2003 | Frank Family Vinyards Napa Valley Cabernet | 1 | | | |

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description (Item Description) | | | Items (removed by Kim) | KR Estate |
|---|---|---|---|---|---|---|
| Shelf # 8 | 2003 | Magnificat Cabernet Sauvignon | 1 | | | |
| Shelf #1 | 2004 | Merlot BV Napa Valley | 1 | | | KR |
| Shelf # 2 | 2004 | Cain Five Napa Valley Cabernet Sauvignon | 1 | $ 168.00 | | |
| Shelf # 3 | 2004 | Primus Carmeneve Cabernet Sauvignon Merlot | 1 | | | |
| Shelf # 3 | 2004 | Ca' Marcanda Promis Toscana Gaja | 1 | | | KR |
| Shelf # 3 | 2004 | Opus One Baron Phillippe De Rothschild | 1 | | | |
| Shelf # 6 | 2004 | Ca' Marcanda Promis Toscana Gaja | 3 | | | KR |
| Shelf #1 | 2005 | Herzog 5pc. Reserie Cabernet Sauvignon | 1 | | | |
| Shelf # 3 | 2005 | Sito Moresco Langhe Gaja | 1 | | | KR |
| Shelf # 8 | 2006 | Hanzell Sonoma Valley Pinot Noir | 1 | | | |
| Shelf # 11 | 2005 | Stags Leap Napa Valley Leilie Syrah | 1 | | | |
| Shelf # 8 | 2006 | Hanzell Sonoma Valley Pinot Noir | 1 | | | |
| Shelf # 5 | 2007 | Bottega Vinaia Trentino Pinot Noin | 1 | | | |
| Shelf # 7 | 2007 | Bottega Vinaia Pinot Noir | 1 | | | |
| Shelf # 10 | 2007 | Trentino Pinot Noir Bottega Vinaia | 5 | | | KR |
| Cooler # 2 / Shelf # 1 | 1966 | Fonseca's Finest Vintage Port | 0 / 1 | | | |
| Shelf # 3 | 1975 | Bertani Vendemmia Recioto della Valpolicella Amarone | 1 | | | |

3497913_6.XLS
3/15/2011

32

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | | Items (removed) by Kim | (K)/Estate |
|---|---|---|---|---|---|---|
| Shelf # 10 | 1988 | Chateau Haut Brion Cru Classe De Graves | | 1 | | |
| Shelf # 11 | 1988 | Cos D' Estourrel Sant- Estephe Ms. En Bouteillo Au | | 1 | | |
| Shelf # 1 | 1995 | Plumpjack Cabernet Sauvignon Oakville | | 1 | | |
| Shelf # 2 | 1995 | PlumpJack Cabernet Sauvignon | | 1 | | |
| Shelf # 3 | 1995 | Riserva Poggio All ' ORO Brunello di Montalcino | | 1 | | |
| Shelf # 4 | 1995 | Lokoya Cabernet Sauvignon Mount Veeder | | 1 | | |
| Shelf # 8 | 1995 | Plump Jack Cabernet Sauvignon | | 2 | | |
| Shelf # 9 | 1995 | PlumpJack Cabernet Sauvignon Oakville | | 1 | | |
| Shelf # 2 | 1996 | Beaulieu Vineyard BV Georges De Latcur Cabernet | | 1 | | |
| Shelf # 3 | 1996 | Chateau La Conseillante Pomerol Heritiers L. Nicolas | | 2 | | |
| Shelf # 5 | 1996 | BV Georges De Latcrim Cabernet Sauvignon | | 1 | | |
| Shelf # 10 | 1996 | Chateau Beychouelle Grand Vin Saint Julien | | 1 | | |
| Shelf # 10 | 1996 | Chateau La Conseillante Pomerol Heritiers L. | | 1 | | |
| Shelf # 11 | 1996 | Chateau La Conseillante Pomerol Heritiers L. Nicolas | | 1 | | |
| Shelf # 2 | 1997 | Legacy Red Wine Alexander Valley | | 1 | | |

33

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items removed (KR/Estate by Kim) |
|---|---|---|---|---|
| Shelf # 4 | 1997 | Jarvis Cabernet Sauvignon Napa Valley | 1 | |
| Shelf # 4 | 1997 | Gaja Costa Russi Langhe | 1 | |
| Shelf # 5 | 1997 | Gaja Costa Russi Langhe | 1 | |
| Shelf # 5 | 1997 | Gaja Costa Russi Langhe | 1 | |
| Shelf # 6 | 1997 | Dyer Dia Mountain Napa Valley Cabernet Sauvignon | 1 | |
| Shelf # 6 | 1997 | Gaja Costa Russi Langhe | 2 | |
| Shelf # 7 | 1997 | Gaja Costa Russi Langhe | 1 | |
| Shelf # 7 | 1997 | Pahlmeyer Merlot Napa Valley | 1 | |
| Shelf # 11 | 1997 | Pahlmeyer Merlot Napa Valley | 1 | |
| Shelf # 11 | 1997 | Gaja Costa Russi Langhe | 1 | |
| Shelf # 11 | 1997 | Amarone Villa Borghetti Pasqua | 1 | |
| Shelf # 1 | 1998 | Chateau St. Jean Cabernet Sauvignon | 1 | KR |
| Shelf # 3 | 1998 | Staglin Family Vineyard Cabernet Sauvignon | 1 | KR |
| Shelf # 7 | 1998 | Luna Canto | 1 | |
| Shelf # 1 | 1999 | Prager Aria white port | 1 | |
| Shelf # 1 | 1999 | Bodegas y Vinedos Vega Sicilia Tinto Valbuera 5 Cosecha | 1 | |
| Shelf # 3 | 1999 | Herzog Cabernet Sauvignon (special edition) | 1 | |
| Shelf # 6 | 1999 | Constant Dia Mountain Vineyard Cabernet Franc | 1 | KR |

3497913_6.XLS
3/15/2011

34

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed "KR/Estate by Kim") |
|---------|------------------------|------------------|------------------|-----------------------------------|
| Shelf # 6 | 1999 | Jonathan Tishbi Special Reserve | 1 | |
| Shelf # 7 | 1999 | Plump Jack Cabernet Sauvignon Reserve Oakville Napa Valley | 1 | |
| Shelf # 9 | 1999 | Chateau Pavie Saint - Emillion Grand Chu | 1 | |
| Shelf # 10 | 1999 | Chateau Pavie Saint Emillion Grand Cru | 1 | |
| Shelf # 10 | 1999 | Grand Vin De Chateau Latour Premier Grand Cru Classe | 1 | |
| Shelf # 11 | 1999 | Chateau Pavie Saint Emillion Grand Cru 1st Grand Cru | 1 | |
| Shelf # 11 | 1999 | Urbezo Crianza Carinena | 1 | |
| Shelf # 3 | 2000 | Caymus Vineyards Spec. Selection Cabernet Sauvignon | 1 | |
| Shelf # 3 | 2000 | Solaia Marchesi Antinori Frenxe | 1 | |
| Shelf # 5 | 2000 | Viviani Vineyards Cabernet Sauvignon | 1 | |
| Shelf # 5 | 2000 | Cakebread Cellars Cabernet Sauvignon Benchland Select | 1 | |
| Shelf # 6 | 2000 | Keenan Zinfandel Napa Valley | 1 | |
| Shelf # 6 | 2000 | Chateau Leoville Poyferre Saint Jullen | 1 | |
| Shelf # 7 | 2000 | Twomey Merlot Napa Valley | 1 | |
| Shelf # 7 | 2000 | Keenan Zinfandel Napa Valley | 1 | |

3497913_6.XLS
3/15/2011

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description | Item Description | Items (removed) By (Kim) | KRI/Estate |
|---|---|---|---|---|---|
| Shelf # 8 | 2000 | Chateau St. Jean Cabernet Sauvignon | 3 | | KR |
| Shelf # 9 | 2000 | Chateau Smith Haut Lafitte | 1 | | |
| Shelf # 11 | 2000 | Keenan Merlot Carneros | 1 | | |
| Shelf # 11 | 2000 | Chateau des Moines Montagne St- Frutli | 1 | | |
| Shelf # 1 | 2001 | Chateau St. Jean Cabernet Sauvignon | 3 | | KR |
| Shelf # 1 | 2001 | Constant Dia. Mountain Vineyard Cabernet Sauvignon | 1 | | KR |
| Shelf # 2 | 2001 | Castello Dai Rampolla d' Alceo | 2 | | |
| Shelf # 4 | 2001 | Napa Valley Cabernet Sauvignon | 1 | | |
| Shelf # 4 | 2001 | Dyer Dia Mountain District Cabernet Sauvignon | 1 | | |
| Shelf # 5 | 2001 | Constant Dia Mountain Vineyard Napa Valley Cabernet Sauvignon | 1 | | KR |
| Shelf # 5 | 2001 | Dyer Dia Mountain District Cabernet Sauvignon | 1 | | |
| Shelf # 5 | 2001 | Podori Luigi Einaudi Barolo | 1 | | KR |
| Shelf # 5 | 2001 | Hanzell Sonoma Valley Pinot Noir | 1 | | |
| Shelf # 6 | 2001 | Constant Dia Mountain Vineyard Cabernet Franc | 2 | | KR |
| Shelf # 6 | 2001 | Hanzell Sonoma Valley Pino Noir | 1 | | |
| Shelf # 7 | 2001 | Constant Dia Mountain Vineyard Cabernet Franc. | 1 | | |
| Shelf # 8 | 2001 | Cain Concept Napa Valley | 1 | | |

RRA
Inventory - Scott and Kim Rothstein's Storage Facility and Residence

| Box No. | Description of contents | Item Description - Item Description - Item Description | | Items removed - KR/Estate by Kim) |
|---|---|---|---|---|
| Shelf # 8 | 2001 | Chateau St. Jean Cabernet Sauvignon | 2 | |
| Shelf # 9 | 2001 | Poderi Luigi Einaudi Nei Cannubi Barolo | 1 | KR |
| Shelf # 10 | 2001 | Hanzell Sonoma Valley Pinot Noir | 1 | |
| Shelf # 11 | 2001 | Cain Concept Napa Valley | 1 | |
| Shelf # 11 | 2001 | Trefether Cabernet Sauvignon E Stata Grown | 1 | |
| Shelf # 11 | 2001 | Goldeneye Anderson Valley Pinot Noir | 1 | |
| Shelf # 11 | 2001 | Constant Dia. Mountian Vineyard Cabernet Sauvignon | 3 | KR |
| Shelf # 4 | 2002 | TOR Cabernet Sauvignon Heritage Clones Napa Valley Oakville | 1 | |
| Shelf # 4 | 2002 | Constant Dia. Mountain Vineyard Constancil | 1 | KR |
| Shelf # 5 | 2002 | Bordeaux Roques De Jeanlice | 1 | |
| Shelf # 5 | 2002 | Constant Dia Mountain Vineyard Constancil | 1 | |
| Shelf # 6 | 2002 | TOR Napa Valley Oakville Cabernet Sauvignon | 1 | |
| Shelf # 10 | 2002 | Constant Dia. Mountain Vineyard Constancil | 2 | |
| Shelf # 11 | 2002 | Chateau Sainte Eulalie Minervois | 1 | |
| Shelf # 2 | 2003 | Proper Noble Companion Napa Valley Tawny port | 1 | KR |
| Shelf # 2 | 2003 | Vendemmia Masi | 1 | |
| Shelf # 5 | 2003 | Pahlmeyer | 1 | |

3497913_6.XLS
3/15/2011