UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE: CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A., CHAPTER 11

Debtor.
______________________________________/

**CHAPTER 11 TRUSTEE, HERBERT STETTIN'S, MOTION FOR AUTHORIZATION TO FILE APPLICATION FOR APPROVAL OF EMPLOYMENT OF CONFIDENTIAL LITIGATION CONSULTANT *NUNC PRO TUNC* TO APRIL 7, 2011 *UNDER SEAL* PURSUANT TO LOCAL RULE 5003-1(D)**

Herbert Stettin ("Stettin" or "Trustee"), the Chapter 11 Trustee of Rothstein Rosenfeldt Adler, P.A. ("RRA" or "Debtor"), by and through undersigned counsel, files this Motion For Authorization To File Application For Approval Of Employment Of Confidential Litigation Consultant *Nunc Pro Tunc* To April 7, 2011 *Under Seal* Pursuant To Local Rule 5003-1(D), and states in support thereof as follows:

**I. THE MAIN BANKRUPTCY CASE**

1. On November 10, 2009 (the "Petition Date"), a group of petitioning creditors filed an involuntary petition for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") against the Debtor.

2. On November 20, 2009, Stettin was appointed and continues to serve as the Chapter 11 Trustee for the Debtor's bankruptcy estate.

3. On November 25, 2009, RRA consented to the entry of an Order for Relief under Chapter 11 of the Bankruptcy Code.

## II. THE HEDGE FUND LITIGATION

4. On December 20, 2010, the Trustee filed an action against Centurion Structured Growth, LLC, Platinum Partners Value Arbitrage Fund, LP, and Level 3 Capital Fund, LP (collectively, the "Hedge Fund Defendants"), Adversary Proceeding No. 10-03802-BKC-RBR-A (the "Hedge Fund Litigation") in order to avoid and to recover $28,000,000 transferred by the Debtor to the Hedge Fund Defendants in the 90 day period prior to the Petition Date and $412,022,054.01 transferred by the Debtor to the Hedge Fund Defendants in the 2 year period prior to the Petition Date (the "Transfers").[1] *See* Hedge Fund Litigation, D.E. 1.

5. The Hedge Fund Defendants are largely unregulated investment funds which sell interests to foreign and domestic investors, invest/re-invest the subscription proceeds into a variety of investment vehicles, regularly engage in trading activity, disburse funds to investors on a frequent basis, and disburse management and performance fees to affiliated investment managers on a periodic basis.[2]

6. Over a period of one year, the Hedge Fund Defendants channeled their investors' funds to the Debtor for the specific purpose of funding discounted lump-sum payments to the Debtor's putative clients and profiting on spectacular returns consisting of interest and the

---

[1] The Trustee also asserted claims for turnover of property of the estate, constructive trust, equitable lien, accounting, unjust enrichment, and objection to/equitable subordination of claims in the Hedge Fund Litigation.

[2] The Hedge Fund Defendants appear to be related to: (1) The Whitehaven Group; (2) Centurion Credit Management, LLC; (3) Centurion Credit Management, LP; (4) Centurion Credit Holdings LLC; (5) Centurion Credit Group LLC; (6) Centurion Credit Group International LLC; (7) Centurion Credit Resources, LLC; (9) Centurion Credit Resources International, LLC; (9) Centurion Credit Holdings, LLC; (10) Centurion Credit LLC; (11) Centurion Merchant Services, LLC; (12) Centurion Credit Funding, LLC; (13) Centurion Credit Services, LLC; (14) Platinum Partners Value Arbitrage Fund (USA), L.P.; (15) Platinum Partners Value Arbitrage Fund (International) Ltd.; (16) Secure Holdings, LLC; (17) Lakewood Group; (18) Boca Funding; (19) M.A.G. Insurance Services Group; (20) Pro Master Group; (21) Centurion Credit Ent. and 2; (22) PCGI Trust series 1 – 4; (23) Platinum Management (NY) LLC; (24) Platinum Partners Liquid Opportunity Master Fund, L.P; (25) Platinum Energy Resources, Inc.; (26) Platinum Diversified Mining, Inc.; (27) Platinum-Montaur Life Sciences, LLC; and (28) DMRJ Group, LLC.

significant yield between the lump-sum payments and the full settlement proceeds (i.e., 125% to 200%).

7. The Trustee has alleged, among other things, that the Hedge Fund Defendants knew or should have known that the purported confidential discounted settlements were fraudulent and that Rothstein was engaged in a Ponzi scheme because they were on actual or inquiry notice of several glaring "red flags" associated therewith but, consciously buried their heads in the sand in order to extract significant amounts of capital from the Debtor at the expense of later victims.

8. The Hedge Fund Litigation will thus necessarily involve an analysis of the Hedge Fund Defendants' use and disposition of the Transfers, good faith or lack thereof, any value provided to the Debtor, and solvency issues.

9. The Hedge Fund Defendants filed a Motion to Dismiss the Hedge Fund Litigation on March 2, 2011 and the Trustee filed a Response in opposition thereto on May 12, 2011. *See* Hedge Fund Litigation, D.E. Nos. 27 and 73.

10. On March 11, 2011, the Trustee filed a Motion for Preliminary Injunction because he was concerned that the Hedge Fund Defendants would disburse the Transfers to their investors in an early or otherwise improper redemption of their investments or otherwise dissipate, deplete or conceal the Transfers during the pendency of the Hedge Fund Litigation and thereby undermine this Court's ability to award appropriate relief to the Debtor's bankruptcy estate. *See* Hedge Fund Litigation, D.E. 38.

## III. THE GIBRALTAR ADVERSARY

11. On December 6, 2010, the Trustee filed an action against Gibraltar Private Bank and Trust Company, Adversary Proceeding No. 10-03767-BKC-RBR-A (the "Gibraltar

Adversary") in order to avoid and to recover $1,692,069.44 transferred by the Debtor to Gibraltar Private Bank and Trust Company ("Gibraltar")[3] in the 90 day period prior to the Petition Date and $59,725,533.14 transferred by the Debtor to Gibraltar in the 2 and 4 year periods prior to the Petition Date (collectively, the "Transfers"). *See* Gibraltar Adversary, D.E. 1 (the "Adversary Complaint").

12. The Trustee also asserted claims for aiding and abetting breach of fiduciary duty, aiding and abetting conversion, negligence and wire transfer liability in the Gibraltar Adversary (collectively, the "Aiding and Abetting Claims").

13. In the Aiding and Abetting Claims, the Trustee alleged that Gibraltar gained actual knowledge of Scott W. Rothstein's ("Rothstein") Ponzi scheme and substantial assisted or enabled Rothstein to perpetuate the life of his Ponzi Scheme in order to further its business interests in generating revenue and developing additional business opportunities in connection with the banking relationship.

14. The Adversary Complaint will thus involve an examination and evaluation of, among other things,: (a) the banking relationship between the Debtor and Gibraltar; (b) federally mandated banking policies, procedures, practices, protocols and regulations (including the Bank Secrecy Act/Anti-Money Laundering Laws); (c) regulatory reports (including suspicious activity and check kiting reports); (d) due diligence and underwriting requirements in connection with extensions of credit; and (e) risk, compliance and fraud prevention requirements.

15. On January 6, 2011, Gibraltar filed its Answer to the Adversary Complaint. *See* Gibraltar Adversary, D.E. 14.

---

[3] Gibraltar is a federal savings association that had a banking relationship with the Debtor. Gibraltar was owned by Boston Private Financial Holdings, Inc. until approximately two months prior to the Petition Date (September 17, 2009).

## IV. RELIEF SOUGHT

16. The Trustee is seeking the Court's approval for the employment of a confidential litigation consultant (the "Confidential Litigation Consultant") to provide necessary analysis, assistance, and advice in connection with the Hedge Fund Litigation and the Gibraltar Adversary as well as any other litigation involving financial institutions (collectively, the "Bank Litigation").

17. The Trustee seeks authorization to file his Application for Approval of Employment of Confidential Litigation Consultant *Nunc Pro Tunc* To April 7, 2011 (the "Application") under seal pursuant to Local Rule 5003-1(D) so that the identity of the Confidential Litigation Consultant can be kept confidential until such time as the Trustee is required to designate expert witnesses in accordance with the Federal Rules of Civil Procedure.

18. The Confidential Litigation Consultant has significant knowledge of, and experience with, the structure, operation, and management of hedge funds including, but not limited to, the particular legal, financial/accounting, and regulatory issues involved.

19. The Confidential Litigation Consultant also has significant experience and knowledge of banking laws, regulations, policies, procedures, practices, and protocols (including the Bank Secrecy Act/Anti-Money Laundering Laws).

20. The services to be rendered by the Confidential Litigation Consultant would not be duplicative in any manner with the services performed and to be performed by any other proposed professionals to be retained by the Trustee. The Confidential Litigation Consultant would also endeavor to avoid duplication of services to the maximum extent possible.

21. The Trustee believes that the Confidential Litigation Consultant is uniquely qualified and able to represent the Debtor's estate in a cost-effective, efficient and timely manner.

22. To the best of the Trustee's knowledge, information and belief, the Confidential Litigation Consultant does not have any connection with or any interest materially adverse to the Debtor, the Debtor's estate, the Debtor's creditors, or any other party in interest herein or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as disclosed in its affidavit.

23. The Confidential Litigation Consultant is also a "disinterested person" as such term is defined in Section 101(14) of the Bankruptcy Code and as required by Section 327(a) of the Bankruptcy Code. The Trustee's knowledge, information and belief regarding the matters set forth in the Application are based on, and made in reliance on, the Confidential Litigation Consultant's affidavit.

24. The Confidential Litigation Consultant is willing to act on behalf of the Debtor's estate and to subject itself to supervision by this Court.

25. Subject to Court approval, the Trustee has agreed to compensate the Confidential Litigation Consultant at a blended hourly rate of $450 for consulting and expert witness services and at a blended hourly rate of $400 for investigative and asset tracing services plus reimbursement of all reasonable out-of-pocket expenses.

26. The Confidential Litigation Consultant will apply to this Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, any applicable orders of this Court regarding compensation of professionals, and the U.S. Trustee's Guidelines.

27. The Trustee also seeks Court approval to file the Confidential Litigation Consultant's future fee applications under seal in order to maintain the Confidential Litigation Consultant's identity and services confidential until such time as the Trustee is required to designate expert witnesses in accordance with the Federal Rules of Civil Procedure.

28. The Trustee believes that the employment of the Confidential Litigation Consultant in connection with the Hedge Fund Litigation and the Bank Litigation would be in the best interest of the Debtor's estate and creditors.

**WHEREFORE**, the Trustee respectfully requests the Court to enter an Order authorizing the Trustee to file the Application For Approval Of Employment Of Confidential Litigation Consultant *Nunc Pro Tunc* To April 7, 2011, as well as the Confidential Litigation Consultant's future fee applications, Under Seal pursuant To Local Rule 5003-1(D) and to grant such further relief as the Court may deem appropriate.

Respectfully submitted this 18th day of May, 2011.

**WE HEREBY CERTIFY** that we are admitted to the Bar of the U.S. District Court for the Southern District of Florida and that we are in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

GENOVESE JOBLOVE & BATTISTA, P.A.
*Special Counsel to the Chapter 11 Trustee*
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

By:/s/ John H. Genovese
John H. Genovese, Esq.
Florida Bar No. 280852
David C. Cimo, Esq.
Fla. Bar. No. 775400
Robert F. Elgidely, Esq.
Florida Bar No. 111856

Jesus M. Suarez, Esq.
Fla. Bar No. 60086

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion For Authorization To File Application For Approval Of Employment Of Confidential Litigation Consultant *Nunc Pro Tunc* To April 7, 2011 *Under Seal* Pursuant To Local Rule 5003-1(D) was served via Regular U.S. Mail, postage prepaid, fax, email and/or overnight delivery, as indicated, upon all parties on the attached Service List this 18th day of May, 2011.

By:/s/ John H. Genovese
John H. Genovese, Esq.

# MASTER SERVICE LIST

CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA CM/ECF)**

John H. Genovese, Esq.
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
**(VIA CM/ECF)**

Kendall Coffey, Esq.
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com
**(VIA CM/ECF)**

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131
**(VIA U.S. MAIL)**

John G. Bianco, Esq.
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com
**(VIA CM/ECF)**

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Alison.Lehr@usdoj.gov
Grisel.alonso@usdoj.gov
**(VIA CM/ECF)**

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida 33394
jsonn@sonnerez.com
**(VIA CM/ECF)**

Office of the US Trustee
51 Southwest First Avenue
Suite 1204
Miami, Florida 33130
**(VIA CM/ECF)**

Thomas Tew, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
**(VIA CM/ECF)**

Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
bs@conradscherer.com
JSilver@conradscherer.com
**(VIA CM/ECF)**

**MASTER SERVICE LIST**
CASE NO.: 09-34791-BKC-RBR

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
mseese@hinshawlaw.com
**(VIA CM/ECF)**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL 33324
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl 33130
**(Via U.S. Mail)**

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC 20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl 33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**(Via U.S. Mail)**

William George Salim, Jr.
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
**(VIA CM/ECF)**

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Anthony.gruppo@usi.biz
**(VIA EMAIL)**

Marc Nurik, Esq.
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com
**(VIA EMAIL)**

BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
bamron@bastamron.com
jbast@bastamron.com
**(VIA CM/ECF)**

**MASTER SERVICE LIST**
CASE NO.: 09-34791-BKC-RBR

Mark Bloom, Esq.
John B. Hutton, Esq.
Greenberg Traurig, LLP
333 Avenue of the Americas, Suite 4400
Miami, FL 33131-3238
bloomm@gtlaw.com
huttonj@gtlaw.com
**(VIA CM/ECF)**

Robert D. Critton, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com
**(VIA CM/ECF)**

Roth & Scholl
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
jeff@rothandscholl.com
**(VIA CM/ECF)**

Rogers, Morris & Ziegler, LLP
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
mfbooth@rmzlaw.com
**(VIA CM/ECF)**

Arthur C. Neiwirth, Esq.
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
aneiwirth@qpwblaw.com
**(VIA CM/ECF)**

The Florida Bar
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org
**(VIA CM/ECF)**

Micheal W. Moskowitz, Esq.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com
**(VIA CM/ECF)**

Francis L. Carter, Esq.
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
flc@katzbarron.com
**(VIA CM/ECF)**

Bradley S. Shraiberg, Esq.
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
bshraiberg@sfl-pa.com
**(VIA CM/ECF)**

Henry S. Wulf, Esq.
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
E-Mail: hwulf@carltonfields.com
**(VIA CM/ECF)**

EMESS Capital, LLC
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
E-Mail: bkatzen@klugerkaplan.com
jberman@klugerkaplan.com
**(VIA CM/ECF)**

**MASTER SERVICE LIST**
CASE NO.: 09-34791-BKC-RBR

Ira Sochet, Trustee
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
E-Mail: pmhudson@arnstein.com
**(VIA CM/ECF)**

Coquina Investments
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
E-Mail: predmond@stearnsweaver.com
**(VIA CM/ECF)**

Michael I. Goldberg, Esq.
Las Olas Centre - Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
E-Mail: Michael.goldberg@akerman.com
Eyal.berger@akerman.com
**(VIA CM/ECF)**

LMB Funding Group
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
E-Mail: rfurr@furrcohen.com
**(VIA CM/ECF)**

Lawrence A. Gordich, Esq.
Melissa Alagna, Esq.
SEGALL/GORDICH P.A.
801 Brickell Avenue, Suite 900
Miami, Florida 33131
Email: lag@segallgordich.com
Email: mma@segallgordich.com
**(VIA CM/ECF)**

Broward County
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
E-Mail: hhawn@broward.org
**(VIA CM/ECF)**

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
E-Mail – steven.solomon@gray-robinson.com
**(VIA CM/ECF)**

Peter F. Valori, Esq.
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
E-mail: pvalori@dvllp.com
**(VIA CM/ECF)**

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
**(Via US Mail)**

CIT Technology Financing Services I, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
**(Via US Mail)**

Gibraltar Private Bank & Trust Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(Via US Mail)**

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055
**(Via US Mail)**

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399
**(Via US Mail)**

# MASTER SERVICE LIST

CASE NO.: 09-34791-BKC-RBR

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301
**(Via US Mail)**

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130
**(Via US Mail)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(Via US Mail)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
**(Via US Mail)**

Carpenter & Berger, PL
6400 N. Andrew Ave, suite 370
Fort Lauderdale, FL 33309
**(Via US Mail)**

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com
**(VIA CM/ECF)**

Darol H. M. Carr, Esq.
99 Nesbit Street
Punta Gorda, FL 33950
dcarr@farr.com
**(VIA CM/ECF)**

Jane A. Bee, Esq.
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103-6998
bee@blankrome.com
**(Via U.S. Mail)**

Roderick F. Coleman, Esq.
400 South Dixie Highway, Suite 121
Boca Raton, FL 33432
rfc@colemanattorneys.com
**(VIA CM/ECF)**

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053
mhaltzman@lammrubenstone.com
**(VIA CM/ECF)**

Robert C. Buschel, Esq.
100 S.E. Third Ave, Suite 1300
Fort Lauderdale, FL 33394
**buschel@bglaw-pa.com**
**(VIA CM/ECF)**

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants, LLP
200 S Biscayne Boulevard, Sixth Floor
Miami, FL 33131-2310
Attn: Richard Pollack
**(Via U.S. Mail)**

MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Attn: James C. Moon, Esq.
jmoon@melandrussin.com
Attn: Peter D. Russin, Esq.
prussin@melandrussin.com
Attn: Michael S. Budwick, Esq.
mbudwick@melandrussin.com
**(VIA CM/ECF)**

Gary S. Blake, Esq.
1499 W. Palmetto Park Rd
Suite 300
Boca Raton, FL 33486
gblake@lglaw.net
**(VIA CM/ECF)**

**MASTER SERVICE LIST**
CASE NO.: 09-34791-BKC-RBR

Melinda S. Thornton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, Fl 33128-1993
Email: cao.bkc@miamidade.gov
**(VIA CM/ECF)**

SLATKIN & REYNOLDS, P.A.
Attorneys for Russell Adler and Katie Adler
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida 33301
Telephone 954.745.5880
Facsimile 954.745.5890
jslatkin@slatkinreynolds.com
**(VIA CM/ECF)**

ASSOULINE & BERLOWE, P.A.
213 East Sheridan Street, Ste. 3
Dania Beach, FL 33004
Attn: Eric N. Assouline, Esq.
ena@assoulineberlowe.com
**(VIA CM/ECF)**

Steven J. Reisman, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: sreisman@curtis.com
**(Via U.S. Mail)**

Turner P. Smith, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: tsmith@curtis.com
**(Via U.S. Mail)**

Maryann Gallagher, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: mgallagher@curtis.com
**(Via U.S. Mail)**

ILEANA CRUZ BONGINI, ESQ.
icruz@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.
Coquina Investments
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
**(VIA CM/ECF)**

Lynn Maynard Gollin
lgollin@gordonrees.com
Gordon & Rees LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131
**(VIA CM/ECF)**

Paul J. McMahon, Esq.
Paul Joseph McMahon, P.A.
2840 S.W. Third Ave
Miami, Florida 33129
pjm@pjmlawmiami.com
**(VIA CM/ECF)**

Robert P. Avolio, Esq.
Crossroads Corporate Center
3150 Brunswick Pike, Ste. 120
Lawrenceville, NJ 08648
ravolio@avoliohanlon.com
**(Via U.S. Mail)**

**MASTER SERVICE LIST**
CASE NO.: 09-34791-BKC-RBR

Mark S. Shipman, Esq.
20 Batterson Park Road, Suite 120
Farmington, CT 06032
mark@shipso.com
**(Via U.S. Mail)**

Heather L. Ries, Esq.
Fox Rothschild, LLP
222 Lakeview Ave, Suite 700
West Palm Beach, Fl 33401
hries@foxrothschild.com
**(VIA CM/ECF)**

Geoffrey S. Aaronson, Esq.,
Geoffrey S. Aaronson, P.A.,
Local Counsel for FEP and
the FEP Victims Group,
Miami Tower, 100 SE 2nd Street,
27th Floor, Miami, Florida 33131
**gaaronson@aaronsonpa.com**
**(VIA CM/ECF)**

Michael Paris, Esq.
William C. Nystrom, Esq.
Nystrom, Beckman & Paris, LLP
Counsel for FEP & the FEP Victims Group
10 Saint James Avenue, 16th Floor
Boston, MA 02116
mparis@nbparis.com
wnystrom@nbparis.com
**(Via U.S. Mail)**

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3238
**SBaena@bilzin.com**
**(VIA CM/ECF)**

Alberta L. Adams, Esq.
Mills Paskert Divers
100 North Tampa Street, Suite 2010
Tampa, Florida 33602
**aadams@mpdlegal.com**
**(VIA CM/ECF)**

James B. Sowka, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: jsowka@seyfarth.com
**(VIA CM/ECF)**

David C. Christian II, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: dchristian@seyfarth.com
**(VIA CM/ECF)**

David M. Levine, Esq.
Levine Kellogg Lehman Schneider &
Grossman, LLP
201 S. Biscayne Blvd, 34th Floor
Miami, Florida 33131
Email: dml@lkllaw.com
**(VIA CM/ECF)**

Timothy W. Volpe, Esq.
John T. Rogerson, III, Esq.
Caroline Prieto, Esq.
Volpe, Bajalia, Wickes, Rogerson & Wachs,
P.A.
501 Riverside Ave, 7th Floor
Jacksonville, FL 32202
**(Via U.S. Mail)**