**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft. Lauderdale Division**

IN RE:                                                                        Case No.: 09-34791-BKC-RBR

    Rothstein Rosenfeldt Adler, P.A.                                   Chapter 11

    DEBTOR
_____/

**SUMMARY OF FOURTH INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES OF BERKOWITZ DICK POLLACK & BRANT CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, LLP AS ACCOUNTANTS TO HERBERT STETTIN, CHAPTER 11, TRUSTEE**

| | | | | |
|---|---|---|---|---|
| 1. | Name of applicant: | Berkowitz Dick Pollack & Brant Certified Public Accountants & Consultants, LLP | | |
| 2. | Role of applicant: | Accountants to Herbert Stettin, Chapter 11 Trustee | | |
| 3. | Name of certifying professional: | Richard A. Pollack | | |
| 4. | Date case filed: | November 10, 2009 | | |
| 5. | Date of application for employment: | November 24, 2009 (D.E. No. 42) | | |
| 6. | Date of order approving employment: | December 23, 2009 (D.E. No. 155) | | |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | N/A | | |
| 8. | Date of this application: | May 18, 2011 | | |
| 9. | Dates of services covered: | December 1, 2010 through April 30, 2011 | | |
| | **Fees…** | | | |
| 10. | Total fee requested for this period (from Exhibit 1) | | $ | 284,693.10 [1] |
| 11. | Balance remaining in fee retainer account, not yet awarded | | | - |
| 12. | Fees paid or advanced for this period, by other sources | | | - |
| 13. | **Net amount of fee requested for this period** | | **$** | **284,693.10** |
| | **Expenses…** | | | |
| 14. | Total expense reimbursement requested for this period | | $ | 2,607.51 |
| 15. | Balance remaining in expense retainer account, not yet received | | | - |
| 16. | Expenses paid or advanced for this period, by other sources | | | - |
| 17. | **Net amount of expense reimbursements requested for this period** | | **$** | **2,607.51** |
| 18. | **Gross award requested for this period (#10 + #14)** | | **$** | **287,300.61** |
| 19. | **Net award requested for this period (#13 + #17)** | | **$** | **287,300.61** |
| 20. | If <u>Final</u> Fee Application, amounts of net awards requested in interim applications <u>but not previously awarded</u> (total from History of Fees and Expenses, following pages): | | | - |
| 21. | **Total fee and expense award requested (#19 + #20):** | | **$** | **287,300.61** |

1 - On May 10, 2011, pursuant to the Order Granting Trustee's Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [D.E. #1044], submitted its monthly invoice for the period of April 1, 2011 through April 30, 2011 for fees in the amount of $53,897.00. The deadline for parties to file objections to the April Fee Statement is May 25, 2011. The Applicant will update the Court at the hearing on the instant application on fee paid and any objections filed.

Case No.: 09-34791-BKC-RBR

History of Fees and Expenses

1.  Dates, sources, and amounts of retainers received:                                    $  50,000.00

| Dates | Sources | Amounts | For Fees or Expenses |
|---|---|---|---|
| 11/24/2009 | Debtor | $  50,000.00 | Fees |

2.  Dates, sources, and amounts of third party payments received:                          $         -

| Dates | Sources | Amounts | For Fees or Expenses |
|---|---|---|---|

3.  Prior fee and expense awards:

### First interim application

Dates covered by first application: November 10, 2009 - January 31, 2010

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Amount of fees requested: | $  611,640.50 |  |
| Amount of expenses requested: |  | $  1,846.30 |
| Amount of fees awarded: | $  489,312.40 |  |
| Amount of expenses awarded: |  | $  1,846.30 |
| Amount of fee retainer authorized to be used: | $  50,000.00 |  |
| Amount of expense retainer authorized to be used: |  | $         - |
| Fees award, net of retainer: | $  439,312.40 |  |
| Expense award, net of retainer: |  | $  1,846.30 |
| Date of first award: | April 7, 2010 |  |
| Amount of fees actually paid: | $  439,312.40 |  |
| Amount of expenses reimbursement actually paid: |  | $  1,846.30 |
| Portion of fees requested but not awarded, which applicant wishes to defer to final fee application: |  |  |
| Portion of expenses requested but not awarded, which applicant wishes to defer to final fee application: | $  122,328.10 | $         - |

### Second Interim application

Dates covered by first application: February 1, 2010 - July 31, 2010

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Amount of fees requested: | $  849,488.95 |  |
| Amount of expenses requested: |  | $  1,445.98 |
| Amount of fees awarded: | $  679,591.16 |  |
| Amount of expenses awarded: |  | $  1,445.98 |
| Amount of fee retainer authorized to be used: | $         - |  |
| Amount of expense retainer authorized to be used: |  | $         - |
| Fees award, net of retainer: | $  679,591.16 |  |

2

Case No.: 09-34791-BKC-RBR

| | | |
|---|---|---|
| Expense award, net of retainer: | | $ 1,445.98 |
| Date of second award: | September 30, 2010 | |
| Amount of fees actually paid: | $ 679,591.16 | |
| Amount of expenses reimbursement actually paid: | | $ 1,445.98 |
| Portion of fees requested but not awarded, which applicant wishes to defer to final fee application: | | |
| Portion of expenses requested but not awarded, which applicant wishes to defer to final fee application: | $ 169,897.79 | $ - |

### Third Interim application

Dates covered by first application: August 1, 2010 - November 30, 2010

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Amount of fees requested: | $ 452,452.00 | |
| Amount of expenses requested: | | $ 1,660.86 |
| Amount of fees awarded: | $ 361,961.60 | |
| Amount of expenses awarded: | | $ 1,660.86 |
| Amount of fee retainer authorized to be used: | $ - | |
| Amount of expense retainer authorized to be used: | | $ - |
| Fees award, net of retainer: | $ 361,961.60 | |
| Expense award, net of retainer: | | $ 1,660.86 |
| Date of second award: | September 30, 2010 | |
| Amount of fees actually paid: | $ 361,961.60 | |
| Amount of expenses reimbursement actually paid: | | $ 1,660.86 |
| Portion of fees requested but not awarded, which applicant wishes to defer to final fee application: | | |
| Portion of expenses requested but not awarded, which applicant wishes to defer to final fee application: | $ 90,490.40 | $ - |

### Summary of All Prior Applications and Awards

| | | |
|---|---|---|
| Total fees requested | $ 1,913,581.45 | |
| Total fees awarded | $ 1,530,865.16 | |
| Prior fees awarded but not yet paid, if any | - | |
| Total prior fees requested but not awarded, deferred to final fee application | $ 382,716.29 | |
| Total expenses requested | | $ 4,953.14 |
| Total expenses awarded | | $ 4,953.14 |
| Prior expenses awarded but not yet paid, if any | | $ - |
| Total prior expenses requested but not awarded, deferred to final fee application | | $ - |

3

4. Payments from Monthly Fee Statements[2]:                          **Case No.: 09-34791-BKC-RBR**

a) **Fourth Monthly Fee Request dated January 10, 2011** for the period December 1, 2010 through December 31, 2010 in the amount of $37,560.50 in fees and $108.51 in expenses for a total amount of $37,669.01. Amount paid was $26,400.86.

b) **Fifth Monthly Fee Request dated February 9, 2011** for the period January 1, 2011 through January 31, 2011 in the amount of $56,768.50 in fees and $0 in expenses for a total amount of $56,768.50. Amount paid was $39,737.95.

c) **Sixth Monthly Fee Request dated March 10, 2011** for the period February 1, 2011 through February 28, 2011 in the amount of $83,558.60 in fees and $2,499.00 in expenses for a total amount of $86,057.60. Amount paid was $60,990.02.

d) **Seventh Monthly Fee Request dated April 8, 2011** for the period March 1, 2011 through March 31, 2011 in the amount of $52,908.50 in fees and $0.00 in expenses for a total amount of $52,908.50. Amount paid was $37,035.95.

e) **Eighth Monthly Fee Request dated May 10, 2011** for the period April 1, 2011 through April 30, 2011 in the amount of $53,897.00 in fees and $0.00 in expenses for a total amount of $53,897. Amount <u>anticipated</u> to be paid is $37,727.90. As of the fourth interim application filing, this monthly fee request has been submitted but not awarded. Deadline to file objections is May 25, 2011.

---

2 - Pursuant to the Order Granting Trustee's Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [D.E. #1044], the Applicant was authorized to submit monthly fee requests and be paid 70% of such fees and 100% of expenses. The Applicant has submitted five monthly fee requests for fees and expenses for the period covering December 1, 2010 through April 30, 2011.

4

Case No.: 09-34791-BKC-RBR

## CERTIFICATION

1.  I have been designated by Berkowitz Dick Pollack & Brant Certified Public Accountants & Consultants, LLP (the "BDPB") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines")

2.  I have read the BDPB application for compensation and reimbursement of costs (the "Application").

3.  To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.  To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and costs sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

5.  Except to the extent that fees or expenditures are prohibited or restricted by the Guidelines, the fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.  In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

18

Case No.: 09-34791-BKC-RBR

7.  In seeking reimbursement for any service justifiably purchased from or contracted with a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

8.  The Trustee, the examiner (if any), the chairperson of each official committee, the U.S. Trustee, and their respective counsel, will be mailed, simultaneously with the filing of this Application with the Court, a complete copy of the Application (including all relevant exhibits).

9.  The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: **None**

**I HEREBY CERTIFY** that the foregoing is true and correct.

Dated: May 18, 2011          Respectfully Submitted,

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants, LLP
Accountants for Debtor
200 South Biscayne Boulevard, Sixth Floor
Miami, Florida 33131
Telephone: 305-379-7000

By: _____
Richard A. Pollack, CPA

19

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

CHAPTER 11

IN RE:

Jointly Administered

ROTHSTEIN ROSENFELDT ADLER, P.A.

Case No.: 09-34791-BKC-RBR

DEBTOR.

_____/

**FOURTH INTERIM APPLICATION FOR COMPENSATION OF FEES AND
REIMBURSEMENT OF EXPENSES OF BERKOWITZ DICK POLLACK & BRANT
CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, LLP AS ACCOUNTANTS
TO HERBERT STETTIN, CHAPTER 11 TRUSTEE**

Berkowitz Dick Pollack & Brant Certified Public Accountants & Consultants, LLP (the "Applicant" or "BDPB"), accountant to Herbert Stettin, Chapter 11 Trustee ("Trustee") applies for interim compensation for fees for services rendered and expenses incurred in this Chapter 11 proceeding for the period of December 1, 2010 to April 30, 2011 ("Application Period"). This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibit "1-A" – Summary of Professional and Paraprofessional Time

Exhibit "1-B" – Summary of Professional and Paraprofessional Time by Activity Code Category

Exhibit "2" – Summary of Requested Reimbursement of Expenses

Exhibit "3" – the Applicant's complete time records, in chronological order, by activity code
category, for the time period covered by this application. The requested fees are
itemized to the tenth of an hour.

**SYNOPSIS**

For a complete synopsis and background of this matter please see previous and concurrent Interim Fee Applications filed by Berger Singerman, P.A.

**ACCOMPLISHMENTS TO DATE**

BDPB has rendered extensive and necessary services for and on behalf of the Bankruptcy Estate (the "Estate"), as set forth below.  Although much work remains to be done, there has been a tremendous amount accomplished to date which includes, but is not limited to, the following:

    a.  Accounting Records:  The Debtor's accounting records that were made available upon the filing of the involuntary bankruptcy    were in disarray, inadequate and did not contain the typical records that one would expect to be maintained in the normal course of business of a law firm.  Substantial and material efforts have been made to forensically reconstruct Debtor's books and records.  While these efforts are still ongoing, significant headway has been made and the Debtor's books and records have been consolidated *(see (b) below)*, financial information is capable of being generated, and Debtor's financial data can now be queried to obtain meaningful information as requested by the Trustee and Counsel for the Trustee.

    b.  Consolidated Accounting Database:  The Debtor failed to keep complete accounting records or to keep conventional accounting records. The Debtor's accounting records consisted of 11 separate general ledgers/QuickBooks files which were consolidated into one financial database.  The consolidated database contains over 127,000 line items.  The database continues to be updated as additional information becomes available.  Significant time was spent reviewing "Ponzi" documents, previously

2

seized by the Federal Bureau of Investigation ("FBI"), and matching the information to transactions contained in the consolidated database. Much time and effort has been expended to create the database of accounting information, which has and will continue to provide for an efficient and accurate analysis of the Debtor's transactions. The consolidated database continues to develop as we conduct investigations and assist Counsel to the Trustee with discovery requests to retrieve records from third parties; examine and analyze the Debtor's and Non-Debtors business documents; interview former employees and service providers of the Debtors; and obtain electronic data to facilitate the efficiency of our investigation.

The consolidated database has facilitated our forensic accounting activities, including all data analysis necessary to assist Counsel's efforts to recover fraudulent conveyances and preferences, identify and recover assets, and provide expert accounting support to potential future litigation. Counsel for the Trustee has sought to recover millions of dollars from putative defendants and the consolidated database of accounting information has formed the basis for all potential recoveries. In addition, the information generated from this database will allow Counsel to better evaluate claims and allow them to work in an efficient and effective manner. In essence, the consolidated database of accounting information has been and will continue to be the foundation for a significant portion of the assets recovered by the Estate.

c.  Asset Analysis and Recovery: The Debtor's financial records contain transactions relating to the law firm operations as well as the deposits and disbursements relating to the "Ponzi". Through our review of the available physical records and produced

3

banking records, we continue to fine tune the identification of the financial transactions relating to the "Ponzi". This information is being reviewed regularly with the Trustee and Counsel for the Trustee and efforts are currently underway to seek recovery of assets for the Estate. Towards that end, BDPB has examined a significant amount of financial information and prepared schedules and analyses at the request of counsel in order to effectuate meaningful settlement discussions with a number of parties, thus avoiding the continued prosecution of these filed suits.

d.  Accounts Receivable: The Debtor's outstanding un-reconciled accounts receivable for legitimate legal work peaked at approximately $14.6 million and subsequently has been reduced to approximately $13.3 million upon initial reconciliation of the Debtor's books and records. A substantial portion of this sum was billed incorrectly, was more than 30 days overdue, and/or had never been billed pre-petition. To date, in excess of $1,000,000 of the outstanding balance has been collected. BDPB worked closely with the Trustee and counsel for the Trustee to streamline and bolster the collection efforts. Over the Application Period these efforts have intensified and are expected to continue.

e.  Litigation Consulting: BDPB has performed and continues to perform extensive forensic accounting analyses at the request of counsel for the Trustee, which has been and will be used as a basis to commence lawsuits or assist in investigations with or against former RRA partners, RRA accountants, certain political organizations, numerous "Ponzi" investors, banking institutions, RRA's insurance carrier, RRA clients, the Florida Bar, Department of Labor and the Department of Justice. BDPB's

4

forensic analysis will help support litigation against various targets in an effort to recover substantial sums for the benefit of the Estate.

f.   Official Committee of Unsecured Creditors: BDPB has worked cooperatively with the Creditors Committee in order to assist the Trustee and Creditors Committee to reach agreement on almost every significant issue that has been brought before the Court.

g.   Litigation Strategy, Assertion of Demands and Commencement of Litigation: Through the review and analysis of significant amounts of financial information, BDPB has been integral to counsel's issuance of numerous Rule 2004 examination notices, issuance of demand packages to litigation targets, filing of six adversary actions and reaching key settlements.

This is not meant to be an exhaustive compilation of the value of BDPB's effort to the Estate. Rather, it shows that the approximately 1,381.80 hours that the BDPB team has invested into this case to date has achieved tangible results for the Estate and more importantly has assisted counsel in stabilizing this highly volatile case.

BDPB has made this investment without any guarantee that there would be sufficient funds to pay its fees. BDPB is only seeking payment on a portion of the fees that are being approved on an interim basis herein. As discussed below, BDPB's charges for the services requested by the Trustee and Counsel for the Trustee during the compensation period are reasonable. BDPB therefore respectfully requests the Court to grant this Application and allow interim compensation for professional services and reimbursement for expenses described herein.

5

Case No.: 09-34791-BKC-RBR

## INDEXING OF TASKS BY ACTIVITY TYPE

As set forth in the Exhibits to this Application, the Applicant has organized its time records by activity codes in accordance with the Guidelines. Accordingly, each of the time entries of the accountants of the Applicant have been indexed into the categories listed below.

**Case Administration:** Coordination and compliance activities, including, but not limited to: compliance with United States Trustee Guidelines; general creditor inquiries; and activities relating to the general administration of these cases as well as other tasks not otherwise indexed by activity code.

**Accounting / Auditing:** Activities related to maintaining and auditing books of account, preparation of financial statements, and account analysis.

**Asset Analysis and Recovery:** Analysis of assets and related work; issues related to the preservation or disposal of property of the Estates; Identification and review of potential assets including causes of action and non-litigation recoveries.

**Business Operations:** Issues related to the Debtors operating its business as Debtors in Possession in Chapter 11, including, but not limited to, employee, vendor and consumer issues.

**Data Analysis:** Management information systems review, installation and analysis, construction, maintenance, and reporting of significant case financial data, lease rejection, claims, etc.

**Litigation Consulting:** Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions, forensic accounting, etc.

**Meeting of Creditors/Committees:** Preparation for and attendance at the meeting of creditors; and time entries related to issues pertaining to the 341 meeting and meetings with the Committees.

**Preparation of Trustee Reports:** Preparation of Schedules and Statement of Financial Affairs; Trustee in Possession (TIP) reports; and other reports required to be filed by the Trustee.

**Reconstruction Accounting:** Reconstruction of books and records from past transactions and bringing accounting current.

**Tax Issues:** Analysis of tax issues and preparation of state and federal tax returns

Case No.: 09-34791-BKC-RBR

## DESCRIPTION OF SERVICES

During the Application Period, BDPB has rendered extensive and necessary services for and on behalf of the Estate, as set forth below. The following descriptions of services are meant only as a summary of the services rendered by BDPB during the five-month period. A more complete and detailed listing of all time entries can be reviewed in the attached Composite Exhibit 3:

**Litigation Consulting**                                **1,237.10 hours     $249,788.00**

- Preparation of Expert Report for Lender Adversary Proceedings
    - Detailed analysis of the books and records of Banyon 1030-32, LLC, Banyon Income Fund, LP, Banyon Investments, LLC, Banyon Funding, LLC and Banyon Resources, LLC (the "Banyon Entities")
    - Reviewed of credit agreements between the Lenders and Banyon entities
    - Reconciliation of inter-account transfers of approximately $1.25 billion between 35 Rothstein Rosenfeldt & Adler ("RRA") bank accounts
    - Compiled forensic support for thousands of transactions in conjunction with Expert Report

- Assisted counsel in the filing and/or the subsequent pursuit of various adversary actions and demand packages for the following:
    - Avoidance actions
    - Actions against financial institutions
    - Actions against investors
    - Proceeding regarding RRA accountants
    - Actions against former RRA employees

7

- Provided forensic analysis in support of Action Against Financial Institution

    o Updated overdraft analysis for all RRA bank accounts

    o Meetings and telephone calls with counsel

    o Responded to Interrogatories and Requests for Production

- Updated transfer and client-matter information in the RRA transaction database

- Investor Data Analysis

    o Update flow of funds analyses for select investors.

        ▪ Prepared preference, fraudulent transfer and usury analysis for all identified investors

        ▪ Compiled all "deal" documents and matched to investor schedules.

    o Continued to update RRA transaction database re: performance of disbursement analysis

    o Analyzed and reconciled Banyon Transaction Database in connection with adversary proceedings and other potential actions

    o Continued reconciliation of Banyon inter-entity receivables and payables

        ▪ Cross-referencing Banyon database with "Deal" numbers to identify proper receipt and payment of funds

    o Prepared usury and new value calculations for counsel

    o Reviewed 27,000 transactions during the four-year pre-petition period to assist counsel in categorizing transferees and ensure all individuals and entities of interest were analyzed for transfer or preference actions

- Scott Rothstein and Scott Rothstein ("SWR") Entities

    o Continued analysis of Scott Rothstein and SWR Entity Quicken data

- o Identified and summarized charitable and political contribution transactions

- o Continued investigation of SWR entities

- Assisted counsel by providing financial information necessary to file complaints against RRA employees

  - o Updated profitability analysis for selected former RRA attorneys, including:

    - Hours billed

    - Revenues earned

    - Salary and bonuses received

- Settlement Agreements

  - o Prepared for and attended hearings on Motions to Compromise Controversy

  - o Met with or conferred with Trustee's counsel regarding various aspects of the proposed settlement agreements.

**Tax Issues**                                                                 **59.80 hours      $10,430.10**

- Discussed tax returns with tax counsel

- Reviewed shareholder loans and distributions

- Prepared draft tax returns, Form 1120S, for tax years 2007, 2008 and 2009

- Began preparation of draft tax return, Form 1120S, for tax year 2010

- Discussed issues with 401(k) plan administrator

- Consulted with counsel on certain avoidance settlements

- Prepared and amendment of Forms 1096/1099

**Computer Forensics**                                                       **39.90 hours      $11,579.00**

- Processed custodian e-mail accounts per counsel requests

9

Case No.: 09-34791-BKC-RBR

- o Index e-mail mailboxes for selected custodians

- o Export mailboxes from electronically stored information ("ESI")

- o Created search filters using keywords provided by counsel

- o Applied search filters to requested e-mail custodians accounts and compiled search results

- o Prepared media for counsel with appropriate search results

- Updated and maintained chain of custody documentation

- Continued management of all ESI obtained to date

- Met with FBI to transfer custody of RRA backup tapes

- Assisted Trustee's counsel and performed computer forensic procedures with various electronic discovery requests

- Coordinated with counsel and off-site storage personnel for the move of ESI to new facility

**Fee Application**                                      **24.30 hours       $7,533.00**

- Prepared Third Interim Fee Application

- Prepared December 2010 Monthly Interim Fee Request

- Prepared January 2011 Monthly Interim Fee Requests

- Prepared February 2011 Monthly Interim Fee Requests

- Prepared March 2011 Monthly Interim Fee Requests

- Prepared April 2011 Monthly Interim Fee Request

**Business Operations**                                 **20.70 hours       $5,363.00**

- IT Support

10

- o  Maintained computer systems and daily backups

- o  Moved RRA excess servers and other ESI to secured facility

- o  Supported Trustee's staff with hardware and software issues

Case No.: 09-34791-BKC-RBR

<u>EVALUATION OF SERVICES RENDERED;</u>

<u>FIRST COLONIAL CONSIDERATIONS</u>

The Applicant believes that the requested fee, of **$284,693.10** for **1,381.80** hours worked, is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977), as follows:

**1.     <u>The General Nature of the Services Rendered; the Amounts Involved and the Results Obtained</u>**

This case was commenced with the filing of Involuntary Bankruptcy Petitions for the Debtors on November 10, 2009.  The services provided by BDPB are reflected in Composite *Exhibit 3 – Daily Time Entries by Activity Code* of this Application.

**2.     <u>Time and Labor Required</u>**

The time records transcribed in the Exhibits hereto show that BDPB has devoted not less than **1,381.80** hours of actual recorded time to the performance of accounting services in these proceedings.  Those daily time records, however, do not reflect every hour or fraction thereof expended in matters such as telephone calls, routine correspondence, brief conferences and responses to requests for information concerning the status of these proceedings.  Time devoted to such matters often eludes recording, but, if recorded, would undoubtedly add to the foregoing total.  The accountants for the Trustee recorded the time expended on behalf of the Trustee accurately and there was no duplication of time.  The hours expended accurately reflect the work performed.

**3.     <u>Novelty and Difficulty of Services and Skills Requisite to the Accounting</u>**

12

The issues presented in this case are novel given that a "Ponzi" scheme was run out of a fully operating law firm; the difficulty of dealing with the accounting records, the relative inexperience of the Debtor's accounting personnel, and the unique nature of the Debtor's business.

The Debtor failed to keep complete accounting records or to keep conventional accounting records. The Debtor's accounting records consisted of 11 separate general ledgers/QuickBooks files, one for each bank account, trust account, or office opened since the Debtor's inception. These QuickBooks files had to be consolidated into one financial database and the veracity of the database had to be tested. The consolidated database contains over 127,000 transactions. Many of the transactions contained incomplete information pertaining to payees and/or ultimate beneficiary of funds. In addition, thousands of transactions were not accounted for in a meaningful or useful manner. There was also significant time expended understanding the accounting treatment of the "Ponzi" investments verses the transactions relating to law firm operations. As a result, much time and effort has been expended to create a database of accounting information that will provide for an efficient and accurate analysis of the Debtor's transactions.

To create the database of accounting information we have conducted an investigation that has included assisting legal Counsel to the Trustee with discovery to retrieve records from third parties; examining and analyzing the Debtor's and Non-Debtors business documents; interviewing former employees and service providers of the Debtors; and obtaining electronic data to facilitate the efficiency of our investigation. The database of accounting information has facilitated our forensic accounting and investigation activities to assist Counsel's efforts to

recover fraudulent conveyances and preferences, identify and recover assets, and provide expert accounting support to potential future litigation.

## 4.     The Skill Requisite to Perform the Services Properly

BDPB has staffed the engagement with personnel experienced in bankruptcy and forensic accounting. The extensive experience and capabilities of the professionals involved with this case meet the requirement of the accounting skills, judgment and experience in the fields of bankruptcy and related corporate financial and taxation issues and other forensic accounting and consultation skills required for the successful completion of the objectives of the Trustee.

## 5.     The Preclusion of Other Employment by the Professional Due to Acceptance of this Case

BDPB has not been precluded from any other employment due to the acceptance of this case.

## 6.     The Customary Fee

The customary fee for services of the type rendered herein; BDPB charges commercial clients on one or more of the following criteria:  reasonable fee for services rendered, hourly charges, or fixed fee.  To the extent hourly charges are relevant, BDPB commands from commercial clients' hourly rates ranging from $60 an hour to $400 per hour depending on the level of professional skill required.

## 7.     Whether the Fee is Fixed or Contingent

The fee is contingent inasmuch as it is subject to approval of the Court.  The Court should consider this factor, which militates in favor of a fee award in the amount requested.  The Applicant respectfully requests that the Court note that the Applicant received a minimal retainer

at the outset of this engagement, and that when Applicant was retained; there were relatively no hard assets in the Estate.

**8.      Time Limitations Imposed by the Client or Other Circumstances**

BDPB was directed to commence work by the Trustee on November 10, 2009 to assist the Trustee in: the investigation of the manner in which the affairs of the debtor were conducted; the determination of what happened to investor funds; the investigation of possible preferential transfers and fraudulent conveyances; and forensic accounting services in support of litigation to recover assets.  While no specific deadlines have been imposed, BDPB is working with haste and care to assist the Trustee.

**9.      The Experience, Reputation, and Ability of the Professional**

BDPB is an established accounting firm comprised of 18 directors and over 140 personnel.  Its professionals and staff working on this case are experienced in matters of this kind.  The Applicant enjoys a fine reputation and has demonstrated substantial ability in the field of forensic accounting.

**10.      Undesirability of Case**

This case is not undesirable.  The Applicant is privileged to have the opportunity to work for the Trustee and, as needed, appear before the Court in this case.

**11.      Nature and Length of Professional Relationship with Client**

BDPB's relationship with the Trustee began on November 3, 2009 (the date the Trustee was appointed as Receiver).

**12.      Awards in Similar Cases**

The amount requested by BDPB is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which BDPB requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. Considering the results obtained thus far, this fee request is appropriate. Likewise, as with all major accounting firms, BDPB's overhead expenses are substantial. Much of the fee which the Court awards BDPB will merely defray such significant overhead expenses already incurred and paid during the pendency of this case. The fees requested by the Applicant, **$284,693.10** reflect an average hourly rate of **$206.03** for **1,381.80** hours.

## CONCLUSION

**WHEREFORE**, Applicant respectfully requests the Court to enter an order: (i) awarding the Applicant the sum of **$230,361.99**, comprised of (a) **$227,754.48,** as compensation for services rendered during the Application Period, which represents 80% of **$284,693.10,** the amount of fees incurred in the Application Period and provides for a "holdback" of 20% of fees incurred in the Application Period, and (b) **$2,607.51** as reimbursement for actual and necessary expenses incurred during the course of the Trustee's engagement of the Applicant to provide forensic accounting services during the Application period; (ii) authorizing the Trustee to pay the Applicant **$28,469.31** which represents the difference between the 70% of fees paid to the Applicant pursuant to Interim Compensation Order[1] and the 80% of fees awarded herein; and (iii) granting such other and further relief as the Court deems appropriate.

---

[1] On September 30, 2010, the Court entered the Order Granting Trustee's Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [D.E. #1044] (the "Interim Compensation Order")

Case No.: 09-34791-BKC-RBR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this application, with all exhibits, has been forwarded along with the application to Counsel for the Trustee this 19th day of May, 2011 who served it to all parties on the attached service list.

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants, LLP
Accountants for Debtor
200 South Biscayne Boulevard, Sixth Floor
Miami, Florida 33131
Telephone: 305-379-7000

By: _____
Richard A. Pollack, CPA

17

# MASTER SERVICE LIST

CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA CM/ECF and EMAIL)**

John H. Genovese, Esq.
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International
Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
**(VIA CM/ECF and EMAIL)**

Kendall Coffey, Esq.
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com
**(VIA CM/ECF and EMAIL)**

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131
**(VIA U.S. MAIL and EMAIL)**

John G. Bianco, Esq.
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com
**(VIA CM/ECF and EMAIL)**

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Alison.Lehr@usdoj.gov
Grisel.alonso@usdoj.gov
**(VIA CM/ECF and EMAIL)**

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida  33394
jsonn@sonnerez.com
**(VIA CM/ECF and EMAIL)**

Office of the US Trustee
51 Southwest First Avenue
Suite 1204
Miami, Florida  33130
**(VIA CM/ECF and EMAIL)**

Thomas Tew, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
 **(VIA CM/ECF and EMAIL)**

Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
bs@conradscherer.com
JSilver@conradscherer.com
**(VIA CM/ECF and EMAIL)**

2441794-1

# MASTER SERVICE LIST
### CASE NO.: 09-34791-BKC-RBR

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
mseese@hinshawlaw.com
**(VIA CM/ECF and EMAIL)**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL 33324
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl 33130
**(Via U.S. Mail)**

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC 20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl 33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**(Via U.S. Mail)**

William George Salim, Jr.
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
**(VIA CM/ECF and EMAIL)**

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Anthony.gruppo@usi.biz
**(VIA EMAIL)**

Marc Nurik, Esq.
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com
**(VIA EMAIL)**

BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
bamron@bastamron.com
jbast@bastamron.com
**(VIA CM/ECF and EMAIL)**

2441794-1                                    2

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Mark Bloom, Esq.
John B. Hutton, Esq.
Greenberg Traurig, LLP
333 Avenue of the Americas, Suite 4400
Miami, FL 33131-3238
bloomm@gtlaw.com
huttonj@gtlaw.com
**(VIA CM/ECF and EMAIL)**

Robert D. Critton, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com
**(VIA CM/ECF and EMAIL)**

Roth & Scholl
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
jeff@rothandscholl.com
**(VIA CM/ECF and EMAIL)**

Rogers, Morris & Ziegler, LLP
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
mfbooth@rmzlaw.com
**(VIA CM/ECF and EMAIL)**

Arthur C. Neiwirth, Esq.
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
aneiwirth@qpwblaw.com
**(VIA CM/ECF and EMAIL)**

The Florida Bar
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org
**(VIA CM/ECF and EMAIL)**

Micheal W. Moskowitz, Esq.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com
**(VIA CM/ECF and EMAIL)**

Francis L. Carter, Esq.
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
flc@katzbarron.com
**(VIA CM/ECF and EMAIL)**

Bradley S. Shraiberg, Esq.
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
bshraiberg@sfl-pa.com
**(VIA CM/ECF and EMAIL)**

Henry S. Wulf, Esq.
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
E-Mail: hwulf@carltonfields.com
**(VIA CM/ECF and EMAIL)**

EMESS Capital, LLC
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
E-Mail: bkatzen@klugerkaplan.com
jberman@klugerkaplan.com
**(VIA CM/ECF and EMAIL)**

2441794-1                    3

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Ira Sochet, Trustee
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
E-Mail: pmhudson@arnstein.com
**(VIA CM/ECF and EMAIL)**

Coquina Investments
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
E-Mail: predmond@stearnsweaver.com
**(VIA CM/ECF and EMAIL)**

Michael I. Goldberg, Esq.
Las Olas Centre - Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
E-Mail: Michael.goldberg@akerman.com
Eyal.berger@akerman.com
**(VIA CM/ECF and EMAIL)**

LMB Funding Group
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
E-Mail: rfurr@furrcohen.com
**(VIA CM/ECF and EMAIL)**

Lawrence A. Gordich, Esq.
Melissa Alagna, Esq.
SEGALL/GORDICH P.A.
801 Brickell Avenue, Suite 900
Miami, Florida 33131
Email: lag@segallgordich.com
Email: mma@segallgordich.com
**(VIA CM/ECF and EMAIL)**

Broward County
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
E-Mail: hhawn@broward.org
**(VIA CM/ECF and EMAIL)**

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
E-Mail – steven.solomon@gray-robinson.com
**(VIA CM/ECF and EMAIL)**

Peter F. Valori, Esq.
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
E-mail: pvalori@dvllp.com
**(VIA CM/ECF and EMAIL)**

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
**(Via US Mail)**

CIT Technology Financing Services I, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
**(Via US Mail)**

Gibraltar Private Bank & Trust Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(Via US Mail)**

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055
**(Via US Mail)**

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399
**(Via US Mail)**

2441794-1                                    4

# MASTER SERVICE LIST
## CASE NO.: 09-34791-BKC-RBR

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301
**(Via US Mail)**

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130
**(Via US Mail)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(Via US Mail)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
**(Via US Mail)**

Carpenter & Berger, PL
6400 N. Andrew Ave, suite 370
Fort Lauderdale, FL 33309
**(Via US Mail)**

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com
**(VIA CM/ECF and EMAIL)**

Darol H. M. Carr, Esq.
99 Nesbit Street
Punta Gorda, FL 33950
dcarr@farr.com
**(VIA CM/ECF and EMAIL)**

Jane A. Bee, Esq.
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103-6998
bee@blankrome.com
**(VIA EMAIL)**

Roderick F. Coleman, Esq.
400 South Dixie Highway, Suite 121
Boca Raton, FL 33432
rfc@colemanattorneys.com
**(VIA CM/ECF and EMAIL)**

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053
mhaltzman@lammrubenstone.com
**(VIA CM/ECF and EMAIL)**

Robert C. Buschel, Esq.
100 S.E. Third Ave, Suite 1300
Fort Lauderdale, FL 33394
**buschel@bglaw-pa.com**
**(VIA CM/ECF and EMAIL)**

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants,
LLP
200 S Biscayne Boulevard, Sixth Floor
Miami, FL  33131-2310
Attn: Richard Pollack
**(Via Email and U.S. Mail)**

MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Attn: James C. Moon, Esq.
jmoon@melandrussin.com
Attn: Peter D. Russin, Esq.
prussin@melandrussin.com
Attn: Michael S. Budwick, Esq.
mbudwick@melandrussin.com
**(VIA CM/ECF and EMAIL)**

Gary S. Blake, Esq.
1499 W. Palmetto Park Rd
Suite 300
Boca Raton, FL 33486
gblake@lglaw.net
**(VIA CM/ECF and EMAIL)**

2441794-1

5

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Melinda S. Thornton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, Fl 33128-1993
Email: cao.bkc@miamidade.gov
**(VIA CM/ECF and EMAIL)**

SLATKIN & REYNOLDS, P.A.
Attorneys for Russell Adler and Katie Adler
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida 33301
Telephone 954.745.5880
Facsimile 954.745.5890
jslatkin@slatkinreynolds.com
**(VIA CM/ECF and EMAIL)**

ASSOULINE & BERLOWE, P.A.
213 East Sheridan Street, Ste. 3
Dania Beach, FL 33004
Attn: Eric N. Assouline, Esq.
ena@assoulineberlowe.com
**(VIA CM/ECF and EMAIL)**

Steven J. Reisman, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: sreisman@curtis.com
**(Via Email and U.S. Mail)**

Turner P. Smith, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: tsmith@curtis.com
**(Via Email and U.S. Mail)**

Maryann Gallagher, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue

New York, NY 10178-0061
E-mail: mgallagher@curtis.com
**(Via Email and U.S. Mail)**

ILEANA CRUZ BONGINI, ESQ.
icruz@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.
Coquina Investments
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
**(VIA CM/ECF and EMAIL)**

Lynn Maynard Gollin
lgollin@gordonrees.com
Gordon & Rees LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131
**(VIA CM/ECF and EMAIL)**

Paul J. McMahon, Esq.
Paul Joseph McMahon, P.A.
2840 S.W. Third Ave
Miami, Florida 33129
pjm@pjmlawmiami.com
**(VIA CM/ECF and EMAIL)**

Robert P. Avolio, Esq.
Crossroads Corporate Center
3150 Brunswick Pike, Ste. 120
Lawrenceville, NJ 08648
ravolio@avoliohanlon.com
**(Via Email and U.S. Mail)**

Mark S. Shipman, Esq.
20 Batterson Park Road, Suite 120
Farmington, CT 06032
mark@shipso.com
**(Via Email and U.S. Mail)**

2441794-1                                6

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Heather L. Ries, Esq.
Fox Rothschild, LLP
222 Lakeview Ave, Suite 700
West Palm Beach, Fl 33401
hries@foxrothschild.com
**(VIA CM/ECF and EMAIL)**

Geoffrey S. Aaronson, Esq.,
Geoffrey S. Aaronson, P.A.,
 Local Counsel for FEP and
the FEP Victims Group,
Miami Tower, 100 SE 2nd Street,
27th Floor, Miami, Florida 33131
**gaaronson@aaronsonpa.com**
**(VIA CM/ECF and EMAIL)**

Michael Paris, Esq.
William C. Nystrom, Esq.
Nystrom, Beckman & Paris, LLP
Counsel for FEP & the FEP Victims Group
10 Saint James Avenue, 16th Floor
Boston, MA 02116
mparis@nbparis.com
wnystrom@nbparis.com
**(Via Email and U.S. Mail)**

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3238
**SBaena@bilzin.com**
**(VIA CM/ECF and EMAIL)**

Alberta L. Adams, Esq.
Mills Paskert Divers
100 North Tampa Street, Suite 2010
Tampa, Florida 33602
**aadams@mpdlegal.com**
**(VIA CM/ECF and EMAIL)**

James B. Sowka, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: jsowka@seyfarth.com
**(VIA CM/ECF and EMAIL)**

David C. Christian II, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: dchristian@seyfarth.com
**(VIA CM/ECF and EMAIL)**

David M. Levine, Esq.
Levine Kellogg Lehman Schneider &
Grossman, LLP
201 S. Biscayne Blvd, 34th Floor
Miami, Florida 33131
Email: dml@lkllaw.com
**(VIA CM/ECF and EMAIL)**

Timothy W. Volpe, Esq.
John T. Rogerson, III, Esq.
Caroline Prieto, Esq.
Volpe, Bajalia, Wickes, Rogerson & Wachs,
P.A.
501 Riverside Ave, 7th Floor
Jacksonville, FL 32202
**(Via U.S. Mail)**

2441794-1                    7

Case No.: 09-34791-BKC-RBR

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**
**Exhibit 1-A**

| Name | Director, Staff or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|------|------|------|------|------|------|
| Richard Pollack | Director | | 26.50 | $ 400.00 | $ 10,600.00 |
| Scott Bouchner | Director | | 8.10 | 395.00 | 3,199.50 |
| Andreea Cioara | Director | | 7.00 | 350.00 | 2,450.00 |
| Joel Glick | Associate Director | | 508.10 | 310.00 | 157,511.00 |
| Richard Fechter | Associate Director | | 63.10 | 310.00 | 19,561.00 |
| David Siegel | Associate Director | | 1.70 | 330.00 | 561.00 |
| Theodore Brown | Staff | | 585.10 | 95.00 | 55,584.50 |
| Martin Prinsloo | Staff | | 55.00 | 290.00 | 15,950.00 |
| Jennyfer Urbina | Staff | | 34.80 | 140.00 | 4,872.00 |
| Carley Radcliff | Staff | | 23.90 | 115.00 | 2,748.50 |
| Gregory Geibel | Staff | | 20.10 | 150.00 | 3,015.00 |
| Joe Gutierrez | Staff | | 14.20 | 300.00 | 4,260.00 |
| Karina Gonzalez | Staff | | 11.50 | 120.00 | 1,380.00 |
| Angel Cordova | Staff | | 6.30 | 115.00 | 724.50 |
| Larry Bernstein | Staff | | 5.40 | 150.00 | 810.00 |
| Renford Douglas | Staff | | 5.00 | 145.00 | 725.00 |
| Miguel Coka | Staff | | 2.00 | 145.00 | 290.00 |
| Christian Taveras | Staff | | 2.00 | 145.00 | 290.00 |
| Miriam Bernal | Staff | | 1.50 | 78.00 | 117.00 |
| Susana Coupet | Staff | | 0.30 | 95.00 | 28.50 |
| Danielle Miller | Staff | | 0.20 | 78.00 | 15.60 |
| | | | **1,381.80** | | |

Blended Average Hourly Rate:          $   206.03

**Total fees:**                                    $   284,693.10

1

Case No.: 09-34791-BKC-RBR

**Summary of Professional and Paraprofessional Time by Activity Code Category
for this Time Period Only
Exhibit 1-B**

| Acitivity Code | Name | Rate | Hours | Fee |
|---|---|---|---|---|
| Litigation Consulting | Theodore Brown | $95.00 | 585.10 | 55,584.50 |
| | Joel Glick | $310.00 | 479.30 | 148,583.00 |
| | Richard Fechter | $310.00 | 63.10 | 19,561.00 |
| | Jennyfer Urbina | $140.00 | 34.80 | 4,872.00 |
| | Richard Pollack | $400.00 | 25.50 | 10,200.00 |
| | Karina Gonzalez | $120.00 | 11.50 | 1,380.00 |
| | Carley Radcliff | $115.00 | 10.00 | 1,150.00 |
| | Martin Prinsloo | $290.00 | 8.30 | 2,407.00 |
| | Scott Bouchner | $395.00 | 8.10 | 3,199.50 |
| | Joe Gutierrez | $300.00 | 5.70 | 1,710.00 |
| | Christian Taveras | $145.00 | 2.00 | 290.00 |
| | Miguel Coka | $145.00 | 2.00 | 290.00 |
| | David Siegel | $330.00 | 1.70 | 561.00 |
| **Litigation Consulting Total** | | | **1,237.10** | **249,788.00** |
| Tax Issues | Gregory Geibel | $150.00 | 20.10 | 3,015.00 |
| | Carley Radcliff | $115.00 | 13.90 | 1,598.50 |
| | Andreea Cioara | $350.00 | 7.00 | 2,450.00 |
| | Angel Cordova | $115.00 | 6.30 | 724.50 |
| | Larry Bernstein | $150.00 | 5.40 | 810.00 |
| | Joel Glick | $310.00 | 4.10 | 1,271.00 |
| | Miriam Bernal | $78.00 | 1.50 | 117.00 |
| | Richard Pollack | $400.00 | 1.00 | 400.00 |
| | Susana Coupet | $95.00 | 0.30 | 28.50 |
| | Danielle Miller | $78.00 | 0.20 | 15.60 |
| **Tax Issues Total** | | | **59.80** | **10,430.10** |
| Computer Forensics | Martin Prinsloo | $290.00 | 39.50 | 11,455.00 |
| | Joel Glick | $310.00 | 0.40 | 124.00 |
| **Computer Forensics Total** | | | **39.90** | **11,579.00** |
| Fee Application | Joel Glick | $310.00 | 24.30 | 7,533.00 |
| **Fee Application Total** | | | **24.30** | **7,533.00** |
| Business Operations | Joe Gutierrez | $300.00 | 8.50 | 2,550.00 |
| | Martin Prinsloo | $290.00 | 7.20 | 2,088.00 |
| | Renford Douglas | $145.00 | 5.00 | 725.00 |
| **Business Operations Total** | | | **20.70** | **5,363.00** |
| **Total** | | | **1,381.80** | **284,693.10** |

1

Case No.: 09-34791-BKC-RBR

**Summary of Requested Reimbursement of Expenses**
**for this Time Period Only**
**Exhibit 2**

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | - |
| 2. | Process Service Fees | $ | - |
| 3. | Witness Fees | $ | - |
| 4. | Court Reporter Fees and Transcripts | $ | - |
| 5. | Lien and Title Searches | $ | - |
| 6. | Photocopies | | |
| | (a) In-house copies | $ | - |
| | (b) Outside copies - Ikon Office Solutions | $ | - |
| 7. | Postage | $ | - |
| 8. | Overnight Delivery Charges | $ | - |
| 9. | Outside Courier/Messenger Services | $ | - |
| 10 | Long Distance Telephone Charges | $ | - |
| 11. | Long Distance Fax Transmissions | $ | - |
| 12. | Computerized Research | $ | - |
| 13. | Out-of-Southern-District-of-Florida Travel | $ | - |
| 14. | Other Permissible Expenses | $ | 2,607.51 |
| | Truck rental to move servers to off-site location | 108.51 | |
| | Sentinel Visualizer 4.6 | 2,499.00 | |
| | **Total Expense Reimbursement Requested** | **$** | **2,607.51** |

1

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Business Operations | 12/07/10 | Martin Prinsloo | $ 290.00 | Prepared for RRA server move to secure storage location. | 1.20 | 348.00 |
| Business Operations | 12/16/10 | Joe Gutierrez | $ 300.00 | Monitor backup and swap tapes. | 0.50 | 150.00 |
| Business Operations | 12/16/10 | Joe Gutierrez | $ 300.00 | Moved severs to new secured facility. | 6.00 | 1,800.00 |
| Business Operations | 12/16/10 | Martin Prinsloo | $ 290.00 | Moved severs to new secured facility. | 6.00 | 1,740.00 |
| Business Operations | 12/16/10 | Renford Douglas | $ 145.00 | Moved severs to new secured facility. | 5.00 | 725.00 |
| Business Operations | 01/11/11 | Joe Gutierrez | $ 300.00 | Monitor backup and swap tapes. | 0.50 | 150.00 |
| Business Operations | 01/18/11 | Joe Gutierrez | $ 300.00 | Monitor backup, swap tapes and log.  Also connected drive for catalog. | 0.50 | 150.00 |
| Business Operations | 04/08/11 | Joe Gutierrez | $ 300.00 | Monitor backup and swap tapes. | 0.50 | 150.00 |
| Business Operations | 04/21/11 | Joe Gutierrez | $ 300.00 | Monitor backup and swap tapes. | 0.50 | 150.00 |
| **Business Operations Total** | | | | | **20.70** | **5,363.00** |
| Computer Forensics | 12/10/10 | Martin Prinsloo | $ 290.00 | IT maintenance and troubleshooting. | 0.80 | 232.00 |
| Computer Forensics | 12/21/10 | Martin Prinsloo | $ 290.00 | Update documentation and chain of custody information. | 1.80 | 522.00 |
| Computer Forensics | 01/10/11 | Martin Prinsloo | $ 290.00 | Started processing of custodian e-mails based on request from counsel. | 3.20 | 928.00 |
| Computer Forensics | 01/10/11 | Martin Prinsloo | $ 290.00 | Started search for Qtask related invoices. | 2.00 | 580.00 |
| Computer Forensics | 01/11/11 | Martin Prinsloo | $ 290.00 | Continued processing of custodian e-mails based on request from counsel. | 2.20 | 638.00 |
| Computer Forensics | 01/11/11 | Martin Prinsloo | $ 290.00 | Started processing of custodian e-mails for November 2009 based on request from counsel. | 2.60 | 754.00 |
| Computer Forensics | 01/12/11 | Martin Prinsloo | $ 290.00 | Continued processing of custodian e-mails based on request from counsel. | 1.60 | 464.00 |
| Computer Forensics | 01/12/11 | Martin Prinsloo | $ 290.00 | Discussion with counsel regarding sources of ESI. | 1.80 | 522.00 |
| Computer Forensics | 01/13/11 | Martin Prinsloo | $ 290.00 | Continued processing of custodian e-mails based on request from counsel. | 2.60 | 754.00 |
| Computer Forensics | 01/14/11 | Martin Prinsloo | $ 290.00 | Continued processing of custodian e-mails based on request from counsel. | 4.20 | 1,218.00 |
| Computer Forensics | 01/17/11 | Martin Prinsloo | $ 290.00 | Completed processing of custodian e-mails based on request from counsel. | 2.40 | 696.00 |
| Computer Forensics | 02/07/11 | Martin Prinsloo | $ 290.00 | Prepare for transfer of backup tapes to FBI. | 1.60 | 464.00 |
| Computer Forensics | 02/08/11 | Martin Prinsloo | $ 290.00 | Meet with and transfer Backup Tapes to FBI. | 0.50 | 145.00 |
| Computer Forensics | 03/02/11 | Martin Prinsloo | $ 290.00 | Assisted with review of emails relating to selected custodians. | 1.20 | 348.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|----------|------|------|------|-----------------|-------|------|
| Computer Forensics | 03/09/11 | Martin Prinsloo | $ 290.00 | Discussion and emails with counsel regarding access and hosting of server at collocation. Discussion with vendor. Setup of meeting. | 2.20 | 638.00 |
| Computer Forensics | 03/10/11 | Joel Glick | $ 310.00 | Discuss alternatives to obtain and house Qtask data | 0.40 | 124.00 |
| Computer Forensics | 03/10/11 | Martin Prinsloo | $ 290.00 | Discussion and emails with counsel regarding access and hosting of server at collocation. Discussion with vendor. Setup of meeting. | 2.20 | 638.00 |
| Computer Forensics | 03/14/11 | Martin Prinsloo | $ 290.00 | Prepare and update log of email search results and other documentation provided to counsel. | 2.40 | 696.00 |
| Computer Forensics | 03/17/11 | Martin Prinsloo | $ 290.00 | Discussion with off-site storage personnel and counsel's IT staff. | 0.80 | 232.00 |
| Computer Forensics | 03/28/11 | Martin Prinsloo | $ 290.00 | Discussion with off-site storage personnel and Trustee staff regarding payment of invoices. | 0.60 | 174.00 |
| Computer Forensics | 04/08/11 | Martin Prinsloo | $ 290.00 | Discussion with counsel regarding discovery request. | 0.60 | 174.00 |
| Computer Forensics | 04/12/11 | Martin Prinsloo | $ 290.00 | Various discussions with counsel regarding e-discovery. | 2.20 | 638.00 |
| **Computer Forensics Total** | | | | | **39.90** | **11,579.00** |
| Fee Application | 12/08/10 | Joel Glick | $ 310.00 | Preparation of November Interim Fee Request | 2.60 | 806.00 |
| Fee Application | 12/09/10 | Joel Glick | $ 310.00 | Preparation of November Interim Fee Request | 1.00 | 310.00 |
| Fee Application | 12/22/10 | Joel Glick | $ 310.00 | Preparation of 3rd Interim Fee Application | 0.50 | 155.00 |
| Fee Application | 12/23/10 | Joel Glick | $ 310.00 | Preparation of 3rd Interim Fee Application | 1.90 | 589.00 |
| Fee Application | 12/28/10 | Joel Glick | $ 310.00 | Preparation of 3rd Interim Fee Application | 2.00 | 620.00 |
| Fee Application | 12/29/10 | Joel Glick | $ 310.00 | Preparation of 3rd Interim Fee Application | 4.50 | 1,395.00 |
| Fee Application | 12/30/10 | Joel Glick | $ 310.00 | Preparation of 3rd Interim Fee Application | 3.00 | 930.00 |
| Fee Application | 01/03/11 | Joel Glick | $ 310.00 | Preparation of December Monthly Interim Fee Request | 0.30 | 93.00 |
| Fee Application | 01/04/11 | Joel Glick | $ 310.00 | Preparation of December Monthly Interim Fee Request | 1.20 | 372.00 |
| Fee Application | 01/10/11 | Joel Glick | $ 310.00 | Preparation of December Monthly Interim Fee Request | 0.50 | 155.00 |
| Fee Application | 02/04/11 | Joel Glick | $ 310.00 | Attend fee hearing | 1.00 | 310.00 |
| Fee Application | 02/09/11 | Joel Glick | $ 310.00 | Prepare January 2011 Monthly Fee Request | 2.10 | 651.00 |
| Fee Application | 03/07/11 | Joel Glick | $ 310.00 | Preparation of February 2011 Monthly Fee Request | 0.90 | 279.00 |
| Fee Application | 03/08/11 | Joel Glick | $ 310.00 | Preparation of February 2011 Monthly Fee Request | 0.50 | 155.00 |
| Fee Application | 04/08/11 | Joel Glick | $ 310.00 | Preparation of March 2011 Monthly Fee Request | 1.90 | 589.00 |
| Fee Application | 04/11/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming interim fee applications | 0.20 | 62.00 |
| Fee Application | 04/13/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: fee applications | 0.20 | 62.00 |

2

Case 09-34791-PGH   Doc 1718   Filed 05/19/11   Page 35 of 56

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|---|
| **Fee Application Total** | | | | | | **24.30** | **7,533.00** |
| Litigation Consulting | 12/01/10 | Theodore Brown | $ | 95.00 | Preparation of exhibits for draft complaint | 4.00 | 380.00 |
| Litigation Consulting | 12/01/10 | Theodore Brown | $ | 95.00 | Verified and agreed amount reflected in Motion to transaction database | 3.50 | 332.50 |
| Litigation Consulting | 12/02/10 | Joel Glick | $ | 310.00 | Review of transactions to/for xxxxxxxxx | 0.60 | 186.00 |
| Litigation Consulting | 12/02/10 | Joel Glick | $ | 310.00 | Telephone call with counsel re: usury calculations | 0.40 | 124.00 |
| Litigation Consulting | 12/02/10 | Theodore Brown | $ | 95.00 | Preparation of schedules relating to a motion provided by counsel | 7.00 | 665.00 |
| Litigation Consulting | 12/03/10 | Joel Glick | $ | 310.00 | Review and modify schedule of payments to/for xxxxxxxx | 0.50 | 155.00 |
| Litigation Consulting | 12/03/10 | Joel Glick | $ | 310.00 | Review schedule of payments for xxxxxxxx | 0.30 | 93.00 |
| Litigation Consulting | 12/03/10 | Joel Glick | $ | 310.00 | Telephone call with counsel to discuss avoidance complaint | 0.60 | 186.00 |
| Litigation Consulting | 12/03/10 | Theodore Brown | $ | 95.00 | Worked on back-up schedules for motions being filed by counsel. | 5.50 | 522.50 |
| Litigation Consulting | 12/06/10 | Theodore Brown | $ | 95.00 | Reconciled Banyon database transactions to third parties. | 9.00 | 855.00 |
| Litigation Consulting | 12/07/10 | Joel Glick | $ | 310.00 | Telephone call with counsel re: xxxxxxxxx | 0.20 | 62.00 |
| Litigation Consulting | 12/07/10 | Theodore Brown | $ | 95.00 | Reconciled Banyon database transactions to third parties. | 6.30 | 598.50 |
| Litigation Consulting | 12/08/10 | Joel Glick | $ | 310.00 | Reconciliation of payments from RRA to Banyon and Banyon to lenders. | 0.30 | 93.00 |
| Litigation Consulting | 12/08/10 | Theodore Brown | $ | 95.00 | Reconciled Banyon database transactions to third parties. | 3.50 | 332.50 |
| Litigation Consulting | 12/10/10 | Joel Glick | $ | 310.00 | Meet with counsel to discuss response to request for admissions. | 1.50 | 465.00 |
| Litigation Consulting | 12/13/10 | Richard Fechter | $ | 310.00 | Compile documents in re: xxxxxxxx litigation | 1.50 | 465.00 |
| Litigation Consulting | 12/13/10 | Richard Pollack | $ | 400.00 | Preparation for upcoming hearing. | 0.70 | 280.00 |
| Litigation Consulting | 12/16/10 | Joel Glick | $ | 310.00 | Per counsel request, review Banyon database to identify xxxxxxxxxxxxxxxxxxx | 1.50 | 465.00 |
| Litigation Consulting | 12/18/10 | Richard Pollack | $ | 400.00 | Researching and preparing for court hearing regarding Berenfeld and involuntary liquidation. | 1.00 | 400.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 12/19/10 | Joel Glick | $ 310.00 | Review pleading and prepare schedule in preparation for telephone calls with counsel re: upcoming hearing; Telephone conference with Trustee and counsel re: same; Update schedules. | 3.90 | 1,209.00 |
| Litigation Consulting | 12/19/10 | Richard Pollack | $ 400.00 | Review of documents in preparation for court hearing | 3.00 | 1,200.00 |
| Litigation Consulting | 12/19/10 | Scott Bouchner | $ 395.00 | Conference call with counsel and trustee regarding upcoming hearing. | 0.60 | 237.00 |
| Litigation Consulting | 12/19/10 | Scott Bouchner | $ 395.00 | Review Banyon documents in preparation for Berenfeld hearing. | 1.70 | 671.50 |
| Litigation Consulting | 12/20/10 | Joel Glick | $ 310.00 | Discuss schedules necessary for upcoming hearing | 0.40 | 124.00 |
| Litigation Consulting | 12/20/10 | Joel Glick | $ 310.00 | Meet with counsel and preparation for upcoming hearing | 6.80 | 2,108.00 |
| Litigation Consulting | 12/20/10 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming hearing | 0.20 | 62.00 |
| Litigation Consulting | 12/20/10 | Richard Pollack | $ 400.00 | Preparation for hearing regarding Berenfeld & analysis of files. | 3.50 | 1,400.00 |
| Litigation Consulting | 12/20/10 | Scott Bouchner | $ 395.00 | Assist with preparation for hearing regarding Berenfeld. | 0.60 | 237.00 |
| Litigation Consulting | 12/21/10 | Joel Glick | $ 310.00 | Preparation for, attend and testify at hearing on Motion to Compromise | 9.50 | 2,945.00 |
| Litigation Consulting | 12/21/10 | Richard Pollack | $ 400.00 | Preparation for, attend and testify at hearing on Motion to Compromise | 10.00 | 4,000.00 |
| Litigation Consulting | 12/23/10 | Joel Glick | $ 310.00 | Analysis of Banyon books and records re: Lender settlements. | 3.00 | 930.00 |
| Litigation Consulting | 12/23/10 | Joel Glick | $ 310.00 | Review document production received from Gibraltar bank | 0.30 | 93.00 |
| Litigation Consulting | 12/23/10 | Joel Glick | $ 310.00 | Telephone call with counsel re: document requests | 0.30 | 93.00 |
| Litigation Consulting | 12/27/10 | Joel Glick | $ 310.00 | Identify whether inflows from specific targets were made into RRA, SWR personal accounts or SWR entity accounts. Provide counsel with requested backup and information. | 2.80 | 868.00 |
| Litigation Consulting | 12/27/10 | Joel Glick | $ 310.00 | Locate transaction per counsel request; Pull copy of check and provide same to counsel. | 0.80 | 248.00 |
| Litigation Consulting | 12/27/10 | Joel Glick | $ 310.00 | Prepare schedule of payments to target per counsel request. | 1.40 | 434.00 |
| Litigation Consulting | 12/30/10 | Richard Pollack | $ 400.00 | Analysis of claims database | 2.40 | 960.00 |
| Litigation Consulting | 01/03/11 | Joel Glick | $ 310.00 | Analysis of transactions re: target identified by counsel | 1.80 | 558.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 01/03/11 | Joel Glick | $ 310.00 | Review bank account balance schedules per phone call with counsel re: insolvency. | 0.50 | 155.00 |
| Litigation Consulting | 01/03/11 | Joel Glick | $ 310.00 | Review schedule of attorney originations per phone call with counsel | 0.70 | 217.00 |
| Litigation Consulting | 01/03/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: response to document request from investor group. | 0.30 | 93.00 |
| Litigation Consulting | 01/03/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming trial and potential work needed. | 0.40 | 124.00 |
| Litigation Consulting | 01/03/11 | Theodore Brown | $ 95.00 | Prepare schedules and pulled backup for counsel. | 9.50 | 902.50 |
| Litigation Consulting | 01/04/11 | Joel Glick | $ 310.00 | Per counsel request identify payments to requested target, pull backup and provide to counsel. | 1.20 | 372.00 |
| Litigation Consulting | 01/04/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming requests for production | 0.40 | 124.00 |
| Litigation Consulting | 01/04/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming trial | 0.20 | 62.00 |
| Litigation Consulting | 01/04/11 | Theodore Brown | $ 95.00 | Prepare schedules and pulled backup for counsel. | 9.00 | 855.00 |
| Litigation Consulting | 01/05/11 | Joel Glick | $ 310.00 | Analysis of Banyon Lender transactions to determine investment position. | 7.70 | 2,387.00 |
| Litigation Consulting | 01/05/11 | Joel Glick | $ 310.00 | Review of backup documents for investor packages and verify counsel has a set. | 0.50 | 155.00 |
| Litigation Consulting | 01/05/11 | Joel Glick | $ 310.00 | Telephone call with Trustee and counsel re: investor targets and setting Rule 2004 exam. | 0.30 | 93.00 |
| Litigation Consulting | 01/05/11 | Theodore Brown | $ 95.00 | Prepare schedules and pulled backup for counsel. | 7.00 | 665.00 |
| Litigation Consulting | 01/06/11 | Theodore Brown | $ 95.00 | Prepare Banyon deal payment schedule based on individual deal transactions by lender. | 6.00 | 570.00 |
| Litigation Consulting | 01/06/11 | Theodore Brown | $ 95.00 | Prepare schedules and pulled backup for counsel. | 3.00 | 285.00 |
| Litigation Consulting | 01/07/11 | Theodore Brown | $ 95.00 | Prepare Banyon deal payment schedule based on individual deal transactions by lender. | 8.00 | 760.00 |
| Litigation Consulting | 01/10/11 | Joel Glick | $ 310.00 | Analysis of Banyon transaction database | 3.90 | 1,209.00 |
| Litigation Consulting | 01/10/11 | Joel Glick | $ 310.00 | Provide backup for target per counsel request | 0.40 | 124.00 |
| Litigation Consulting | 01/10/11 | Joel Glick | $ 310.00 | Verify backup to produce as discovery in target matter | 1.20 | 372.00 |
| Litigation Consulting | 01/10/11 | Theodore Brown | $ 95.00 | Prepare Banyon deal payment schedule based on individual deal transactions by lender. | 9.00 | 855.00 |
| Litigation Consulting | 01/11/11 | Joel Glick | $ 310.00 | Analysis of Banyon transaction database | 3.90 | 1,209.00 |
| Litigation Consulting | 01/11/11 | Joel Glick | $ 310.00 | Telephone call with counsel regarding investor positions | 0.60 | 186.00 |

5

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 01/11/11 | Theodore Brown | $ 95.00 | Prepare Banyon deal payment schedule based on individual deal transactions by lender. | 8.50 | 807.50 |
| Litigation Consulting | 01/12/11 | Joel Glick | $ 310.00 | Analysis of all investor flow of funds by date | 3.10 | 961.00 |
| Litigation Consulting | 01/12/11 | Joel Glick | $ 310.00 | Analysis of interest expense to Banyon Lenders | 1.30 | 403.00 |
| Litigation Consulting | 01/12/11 | Joel Glick | $ 310.00 | Meeting with counsel to review request for production and interrogatories | 2.80 | 868.00 |
| Litigation Consulting | 01/12/11 | Joel Glick | $ 310.00 | Provide backup for target per counsel request | 0.30 | 93.00 |
| Litigation Consulting | 01/12/11 | Miguel Coka | $ 145.00 | Preparation of DVD for counsel. | 2.00 | 290.00 |
| Litigation Consulting | 01/12/11 | Theodore Brown | $ 95.00 | Prepare Banyon deal payment schedule based on individual deal transactions by lender. | 9.00 | 855.00 |
| Litigation Consulting | 01/13/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 0.50 | 150.00 |
| Litigation Consulting | 01/13/11 | Joel Glick | $ 310.00 | Analysis of Banyon transaction database | 1.00 | 310.00 |
| Litigation Consulting | 01/13/11 | Joel Glick | $ 310.00 | Discuss backup tapes request from FBI; Telephone call with FBI re: backup tapes and accounting database | 0.70 | 217.00 |
| Litigation Consulting | 01/13/11 | Joel Glick | $ 310.00 | Review schedules and backup and send to counsel. Telephone call with counsel. | 1.30 | 403.00 |
| Litigation Consulting | 01/13/11 | Martin Prinsloo | $ 290.00 | Discussion with FBI regarding sources of ESI. | 0.50 | 145.00 |
| Litigation Consulting | 01/13/11 | Martin Prinsloo | $ 290.00 | Review contents of backup tapes re: production to FBI | 1.00 | 290.00 |
| Litigation Consulting | 01/13/11 | Theodore Brown | $ 95.00 | Prepare schedules and pulled backup for counsel. | 4.00 | 380.00 |
| Litigation Consulting | 01/14/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 0.10 | 30.00 |
| Litigation Consulting | 01/14/11 | Joel Glick | $ 310.00 | Analysis of Banyon transaction database | 1.10 | 341.00 |
| Litigation Consulting | 01/14/11 | Joel Glick | $ 310.00 | Prepare index of document production received to date | 0.90 | 279.00 |
| Litigation Consulting | 01/14/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming depositions | 0.60 | 186.00 |
| Litigation Consulting | 01/14/11 | Joel Glick | $ 310.00 | Update RRA transaction database | 0.70 | 217.00 |
| Litigation Consulting | 01/14/11 | Martin Prinsloo | $ 290.00 | Continue to review contents of backup tapes and files re: FBI. | 0.80 | 232.00 |
| Litigation Consulting | 01/17/11 | Joel Glick | $ 310.00 | Discuss and review data to be produced in response to Gibraltar first and second requests for production | 1.10 | 341.00 |
| Litigation Consulting | 01/17/11 | Joel Glick | $ 310.00 | Prepare information to be produced in response to Gibraltar first set of interrogatories and first and second requests for production | 2.60 | 806.00 |
| Litigation Consulting | 01/17/11 | Joel Glick | $ 310.00 | Review of Banyon Lender transaction schedules | 0.40 | 124.00 |
| Litigation Consulting | 01/17/11 | Martin Prinsloo | $ 290.00 | Continue to review contents of backup tapes and files re: FBI. | 1.20 | 348.00 |

6

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 01/17/11 | Theodore Brown | $ 95.00 | Review Banyon database to organize individual deals by payment stream. | 3.00 | 285.00 |
| Litigation Consulting | 01/18/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: prior production to Razorback | 0.40 | 124.00 |
| Litigation Consulting | 01/18/11 | Joel Glick | $ 310.00 | Telephone call with counsel to discuss bank action and general discussions on other target actions | 0.50 | 155.00 |
| Litigation Consulting | 01/18/11 | Joel Glick | $ 310.00 | Update RRA transaction database to differentiate between transfers and wires | 7.10 | 2,201.00 |
| Litigation Consulting | 01/19/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 1.00 | 300.00 |
| Litigation Consulting | 01/19/11 | Joel Glick | $ 310.00 | Discuss profitability analysis with counsel; Located client lists and originations. | 0.70 | 217.00 |
| Litigation Consulting | 01/19/11 | Martin Prinsloo | $ 290.00 | Continue to review contents of backup tapes and files re: FBI. | 1.80 | 522.00 |
| Litigation Consulting | 01/20/11 | Carley Radcliff | $ 115.00 | Analysis of RRA attorney client case list | 3.00 | 345.00 |
| Litigation Consulting | 01/20/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 1.00 | 300.00 |
| Litigation Consulting | 01/20/11 | Joel Glick | $ 310.00 | Analysis of attorney profitability | 4.90 | 1,519.00 |
| Litigation Consulting | 01/20/11 | Joel Glick | $ 310.00 | Update exhibits for amended complaint Albert Peter | 1.30 | 403.00 |
| Litigation Consulting | 01/20/11 | Joel Glick | $ 310.00 | Update RRA transaction database to differentiate between transfers and wires | 1.80 | 558.00 |
| Litigation Consulting | 01/20/11 | Martin Prinsloo | $ 290.00 | Continue to review contents of backup tapes and files re: FBI. | 1.20 | 348.00 |
| Litigation Consulting | 01/21/11 | Carley Radcliff | $ 115.00 | Analysis of RRA attorney client case list | 7.00 | 805.00 |
| Litigation Consulting | 01/21/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 1.20 | 360.00 |
| Litigation Consulting | 01/21/11 | Joel Glick | $ 310.00 | Update exhibits for amended complaint Albert Peter | 1.70 | 527.00 |
| Litigation Consulting | 01/21/11 | Joel Glick | $ 310.00 | Update RRA transaction database to differentiate between transfers and wires | 1.60 | 496.00 |
| Litigation Consulting | 01/21/11 | Martin Prinsloo | $ 290.00 | Start preparation of documentation regarding transfer of backup tape to FBI. | 0.60 | 174.00 |
| Litigation Consulting | 01/24/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 0.20 | 60.00 |
| Litigation Consulting | 01/24/11 | Joel Glick | $ 310.00 | Analysis of Gibraltar account #5214 in Re: Thirteen Aqua v Stettin | 1.30 | 403.00 |
| Litigation Consulting | 01/24/11 | Joel Glick | $ 310.00 | Research question re: Fifth Court Financial for counsel | 0.40 | 124.00 |
| Litigation Consulting | 01/24/11 | Joel Glick | $ 310.00 | Update RRA transaction database to differentiate between transfers and wires | 3.70 | 1,147.00 |

Case 09-34791-PGH  Doc 1718  Filed 05/19/11  Page 40 of 56

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 01/24/11 | Martin Prinsloo | $ 290.00 | Completed preparation of documentation regarding transfer of backup tape to FBI. | 1.20 | 348.00 |
| Litigation Consulting | 01/25/11 | Christian Taveras | $ 145.00 | Catalog and document tape contents re: FBI. | 0.50 | 72.50 |
| Litigation Consulting | 01/25/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 0.50 | 150.00 |
| Litigation Consulting | 01/25/11 | Joel Glick | $ 310.00 | Document production re: Gibraltar first request for production | 0.40 | 124.00 |
| Litigation Consulting | 01/25/11 | Joel Glick | $ 310.00 | Research mortgage payments from Alu to Fifth Court Financial | 0.60 | 186.00 |
| Litigation Consulting | 01/25/11 | Joel Glick | $ 310.00 | Routine review client directory and file structure | 0.80 | 248.00 |
| Litigation Consulting | 01/26/11 | Joel Glick | $ 310.00 | Analysis of RRA line of credit and use to cover overdrafts | 2.90 | 899.00 |
| Litigation Consulting | 01/26/11 | Joel Glick | $ 310.00 | Review file structure and organization of documents | 0.80 | 248.00 |
| Litigation Consulting | 01/26/11 | Joel Glick | $ 310.00 | Review source of repayment to Banyon Lender entities | 1.20 | 372.00 |
| Litigation Consulting | 01/26/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: procedures for request for information | 0.30 | 93.00 |
| Litigation Consulting | 01/26/11 | Theodore Brown | $ 95.00 | Review folders on server to identify pertinent information previously unknown. | 5.50 | 522.50 |
| Litigation Consulting | 01/27/11 | Joe Gutierrez | $ 300.00 | Catalog and document tape contents re: FBI. | 1.20 | 360.00 |
| Litigation Consulting | 01/27/11 | Joel Glick | $ 310.00 | Analysis of repayments to Banyon Lender entities | 4.60 | 1,426.00 |
| Litigation Consulting | 01/27/11 | Joel Glick | $ 310.00 | Analysis of RRA transfers and wires to show flow of funds between banks and bank accounts | 1.70 | 527.00 |
| Litigation Consulting | 01/27/11 | Joel Glick | $ 310.00 | Inventory boxes of documents and discuss with counsel | 0.60 | 186.00 |
| Litigation Consulting | 01/27/11 | Joel Glick | $ 310.00 | Review dates of investment for FEP Victims group | 0.30 | 93.00 |
| Litigation Consulting | 01/27/11 | Theodore Brown | $ 95.00 | Review folders on server to identify pertinent information previously unknown. | 2.00 | 190.00 |
| Litigation Consulting | 01/27/11 | Theodore Brown | $ 95.00 | Update overdraft schedule to put the appropriate bank statement date. | 7.00 | 665.00 |
| Litigation Consulting | 01/28/11 | Christian Taveras | $ 145.00 | Catalog and document tape contents re: FBI. | 1.00 | 145.00 |
| Litigation Consulting | 01/28/11 | Joel Glick | $ 310.00 | Lightscribe discs and review contents re: production to Gibraltar | 0.40 | 124.00 |
| Litigation Consulting | 01/28/11 | Joel Glick | $ 310.00 | Prepare schedule to respond to interrogatory #12 | 2.10 | 651.00 |
| Litigation Consulting | 01/28/11 | Joel Glick | $ 310.00 | Respond to counsel questions concerning TD account #5369 | 0.50 | 155.00 |

## Daily Time Entries by Activity Code
## For This Time Period Only
## Exhibit 3

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 01/28/11 | Joel Glick | $ 310.00 | Review flow of funds between banks and bank accounts | 1.40 | 434.00 |
| Litigation Consulting | 01/28/11 | Theodore Brown | $ 95.00 | Update overdraft schedule to put the appropriate bank statement date. | 5.00 | 475.00 |
| Litigation Consulting | 01/28/11 | Theodore Brown | $ 95.00 | Verify new deal documentation was previously included in investor packets. | 2.00 | 190.00 |
| Litigation Consulting | 01/29/11 | Christian Taveras | $ 145.00 | Catalog and document tape contents re: FBI. | 0.50 | 72.50 |
| Litigation Consulting | 01/31/11 | Joel Glick | $ 310.00 | Respond to request from counsel re: answers to interrogatories from Carolina Casualty | 1.30 | 403.00 |
| Litigation Consulting | 01/31/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: Count VII; Prepare schedule of all wires for counsel's review. | 1.80 | 558.00 |
| Litigation Consulting | 01/31/11 | Joel Glick | $ 310.00 | Update investor schedule for counsel | 0.40 | 124.00 |
| Litigation Consulting | 01/31/11 | Joel Glick | $ 310.00 | Update schedule for counsel re: Banyon investment position | 2.50 | 775.00 |
| Litigation Consulting | 02/01/11 | Joel Glick | $ 310.00 | Review FBI documents to verify for production; Prepare new disc contents; Have burned and labeled. | 0.70 | 217.00 |
| Litigation Consulting | 02/01/11 | Joel Glick | $ 310.00 | Review reconciliation of RRA-Banyon transactions; Reconcile new Banyon transactions schedules to outdated schedules; Reconcile lender transactions | 8.00 | 2,480.00 |
| Litigation Consulting | 02/01/11 | Theodore Brown | $ 95.00 | Review FBI files to index documents within large pdf's. | 8.00 | 760.00 |
| Litigation Consulting | 02/02/11 | Joel Glick | $ 310.00 | Analysis of Banyon-RRA transactions with Lenders | 5.10 | 1,581.00 |
| Litigation Consulting | 02/02/11 | Joel Glick | $ 310.00 | Meeting with accountants for the Creditor Committee | 1.40 | 434.00 |
| Litigation Consulting | 02/02/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: Lender complaint | 0.80 | 248.00 |
| Litigation Consulting | 02/02/11 | Joel Glick | $ 310.00 | Verify inflows from Lenders as return and not investments | 0.40 | 124.00 |
| Litigation Consulting | 02/02/11 | Theodore Brown | $ 95.00 | Analysis of Banyon database to investigate transactions with the Banyon investors. | 6.20 | 589.00 |
| Litigation Consulting | 02/02/11 | Theodore Brown | $ 95.00 | Review FBI files to index documents within large pdf's. | 3.00 | 285.00 |
| Litigation Consulting | 02/03/11 | Joel Glick | $ 310.00 | Reconciliation of Banyon lender entities; Telephone call with counsel | 8.60 | 2,666.00 |
| Litigation Consulting | 02/03/11 | Joel Glick | $ 310.00 | Speak with counsel; Update Banyon claims filed schedule | 0.80 | 248.00 |
| Litigation Consulting | 02/03/11 | Richard Pollack | $ 400.00 | Prepare and review various issues on Banyon. | 0.20 | 80.00 |
| Litigation Consulting | 02/03/11 | Theodore Brown | $ 95.00 | Analysis of Banyon database to investigate transactions with the Banyon investors. | 8.70 | 826.50 |

9

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 02/04/11 | Joel Glick | $ 310.00 | Meeting with counsel re: Advesary and other issues | 1.90 | 589.00 |
| Litigation Consulting | 02/04/11 | Joel Glick | $ 310.00 | Update schedule of flow of funds from RRA to Banyon | 0.40 | 124.00 |
| Litigation Consulting | 02/04/11 | Joel Glick | $ 310.00 | Update schedule of wires re: answers to interrogatories for Count VII | 0.70 | 217.00 |
| Litigation Consulting | 02/04/11 | Theodore Brown | $ 95.00 | Verified Banyon transactions to actual bank statements for occurrence. | 7.00 | 665.00 |
| Litigation Consulting | 02/07/11 | Joel Glick | $ 310.00 | Address Regions Bank new regulatory changes on Estate bank accounts. | 0.40 | 124.00 |
| Litigation Consulting | 02/07/11 | Joel Glick | $ 310.00 | Analysis of transfers in preparation for expert report | 5.90 | 1,829.00 |
| Litigation Consulting | 02/07/11 | Joel Glick | $ 310.00 | Prepare responses to Gibraltar First Set of Interrogatories | 3.20 | 992.00 |
| Litigation Consulting | 02/07/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: expert report | 0.40 | 124.00 |
| Litigation Consulting | 02/07/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: transfers between accounts | 0.40 | 124.00 |
| Litigation Consulting | 02/07/11 | Theodore Brown | $ 95.00 | _____ Bank wire transfer analysis and backup search. | 9.00 | 855.00 |
| Litigation Consulting | 02/08/11 | Joel Glick | $ 310.00 | Analysis of transfers in preparation for expert report | 8.30 | 2,573.00 |
| Litigation Consulting | 02/08/11 | Joel Glick | $ 310.00 | Per counsel request, prepare schedule for potential defendant | 0.30 | 93.00 |
| Litigation Consulting | 02/08/11 | Joel Glick | $ 310.00 | Provide counsel with information pursuant to subpoena duces tecum | 0.40 | 124.00 |
| Litigation Consulting | 02/08/11 | Theodore Brown | $ 95.00 | Printed trust account bank documents for use as support for a report. | 8.80 | 836.00 |
| Litigation Consulting | 02/09/11 | Joel Glick | $ 310.00 | Preparation of schedules and analysis for expert report | 6.30 | 1,953.00 |
| Litigation Consulting | 02/09/11 | Joel Glick | $ 310.00 | Prepare Expert Report re: Lender Adversary | 1.10 | 341.00 |
| Litigation Consulting | 02/09/11 | Theodore Brown | $ 95.00 | Printed trust account bank documents for use as support for a report. | 8.50 | 807.50 |
| Litigation Consulting | 02/10/11 | Joel Glick | $ 310.00 | Preparation of schedules and analysis for expert report | 7.10 | 2,201.00 |
| Litigation Consulting | 02/10/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: expert report | 1.40 | 434.00 |
| Litigation Consulting | 02/10/11 | Scott Bouchner | $ 395.00 | Discussions regarding analysis of tracing of funds. | 0.50 | 197.50 |
| Litigation Consulting | 02/10/11 | Theodore Brown | $ 95.00 | Updated bank clear dates for transfers and transactions occurring within the 90 day preference window. | 7.50 | 712.50 |
| Litigation Consulting | 02/11/11 | Joel Glick | $ 310.00 | Preparation of schedules and analysis for expert report | 6.60 | 2,046.00 |
| Litigation Consulting | 02/11/11 | Joel Glick | $ 310.00 | Telephone call with counsel | 0.70 | 217.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Litigation Consulting | 02/11/11 | Theodore Brown | $ | 95.00 | Compile support production for schedules produced for counsel. | 4.00 | 380.00 |
| Litigation Consulting | 02/12/11 | Joel Glick | $ | 310.00 | Analysis of inter-account transfers in and among RRA bank accounts; Review of credit agreements and other documents. | 8.90 | 2,759.00 |
| Litigation Consulting | 02/13/11 | Joel Glick | $ | 310.00 | Prepare graphical analysis of inter-account transfers. | 1.20 | 372.00 |
| Litigation Consulting | 02/14/11 | Joel Glick | $ | 310.00 | Preparation of schedules and analysis for expert report | 3.60 | 1,116.00 |
| Litigation Consulting | 02/14/11 | Joel Glick | $ | 310.00 | Prepare Expert Report re: Lender Adversary | 6.60 | 2,046.00 |
| Litigation Consulting | 02/14/11 | Theodore Brown | $ | 95.00 | Compile support production for schedules produced for counsel. | 6.50 | 617.50 |
| Litigation Consulting | 02/14/11 | Theodore Brown | $ | 95.00 | Verified Banyon Lender loan documents for consistency. | 2.00 | 190.00 |
| Litigation Consulting | 02/15/11 | Joel Glick | $ | 310.00 | Preparation of schedules and analysis for expert report | 2.80 | 868.00 |
| Litigation Consulting | 02/15/11 | Joel Glick | $ | 310.00 | Prepare Expert Report re: Lender Adversary | 7.80 | 2,418.00 |
| Litigation Consulting | 02/15/11 | Joel Glick | $ | 310.00 | Review backup for certain transactions and prepare to provide to FBI | 0.90 | 279.00 |
| Litigation Consulting | 02/15/11 | Richard Fechter | $ | 310.00 | Response to FBI request for production re _____; analysis of payments | 6.50 | 2,015.00 |
| Litigation Consulting | 02/15/11 | Theodore Brown | $ | 95.00 | Compile support production for schedules produced for counsel. | 4.00 | 380.00 |
| Litigation Consulting | 02/15/11 | Theodore Brown | $ | 95.00 | Created schedules of detailed transactions for report from database. | 4.70 | 446.50 |
| Litigation Consulting | 02/16/11 | Joel Glick | $ | 310.00 | Assist counsel with sanctions affidavit | 0.40 | 124.00 |
| Litigation Consulting | 02/16/11 | Joel Glick | $ | 310.00 | Preparation of schedules | 2.10 | 651.00 |
| Litigation Consulting | 02/16/11 | Joel Glick | $ | 310.00 | Prepare Expert Report re: Lender Adversary | 9.60 | 2,976.00 |
| Litigation Consulting | 02/16/11 | Richard Fechter | $ | 310.00 | Response to FBI request for production re _____; analysis of payments | 4.50 | 1,395.00 |
| Litigation Consulting | 02/16/11 | Theodore Brown | $ | 95.00 | Traced transactions from the database to document evidence of commingling of trust funds. | 10.50 | 997.50 |
| Litigation Consulting | 02/17/11 | David Siegel | $ | 330.00 | Review report and exhibits. | 1.70 | 561.00 |
| Litigation Consulting | 02/17/11 | Joel Glick | $ | 310.00 | Preparation of schedules and analysis for expert report | 5.10 | 1,581.00 |
| Litigation Consulting | 02/17/11 | Joel Glick | $ | 310.00 | Prepare Expert Report re: Lender Adversary | 3.90 | 1,209.00 |
| Litigation Consulting | 02/17/11 | Richard Fechter | $ | 310.00 | Assist in preparation of expert report | 0.70 | 217.00 |
| Litigation Consulting | 02/17/11 | Richard Fechter | $ | 310.00 | Target payment analysis re: _____ | 7.40 | 2,294.00 |

11

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 02/17/11 | Richard Pollack | $ 400.00 | Analysis of preference transfers regarding Centurion, Platinum and Level 3. | 2.50 | 1,000.00 |
| Litigation Consulting | 02/17/11 | Richard Pollack | $ 400.00 | Review of expert report. Review TD Bank statement schedule and QuickBooks Banyon entities. | 1.50 | 600.00 |
| Litigation Consulting | 02/17/11 | Theodore Brown | $ 95.00 | Traced transactions from the database to document evidence of commingling of trust funds. | 9.40 | 893.00 |
| Litigation Consulting | 02/18/11 | Joel Glick | $ 310.00 | Assist counsel with responses to interrogatories from _____ | 1.80 | 558.00 |
| Litigation Consulting | 02/18/11 | Joel Glick | $ 310.00 | Meeting with counsel to discuss report | 1.20 | 372.00 |
| Litigation Consulting | 02/18/11 | Joel Glick | $ 310.00 | Preparation of exhibits and diagrams for expert report | 2.10 | 651.00 |
| Litigation Consulting | 02/18/11 | Joel Glick | $ 310.00 | Preparation of expert report and schedules | 2.90 | 899.00 |
| Litigation Consulting | 02/18/11 | Richard Fechter | $ 310.00 | Analysis of financial position of defendant transferee | 3.70 | 1,147.00 |
| Litigation Consulting | 02/18/11 | Richard Fechter | $ 310.00 | Target payment analysis re: _____ | 2.70 | 837.00 |
| Litigation Consulting | 02/18/11 | Richard Pollack | $ 400.00 | Banyon account analysis regarding TD Bank. | 0.70 | 280.00 |
| Litigation Consulting | 02/18/11 | Theodore Brown | $ 95.00 | RRA transfer analysis to determine funding sources for a schedule for counsel. | 8.00 | 760.00 |
| Litigation Consulting | 02/21/11 | Joel Glick | $ 310.00 | Analysis Banyon transactions and preparation of flow of funds diagram for expert report | 8.90 | 2,759.00 |
| Litigation Consulting | 02/21/11 | Joel Glick | $ 310.00 | Analyze examples of transfers for expert report | 0.70 | 217.00 |
| Litigation Consulting | 02/21/11 | Richard Fechter | $ 310.00 | Analysis of financial position of defendant transferee | 3.50 | 1,085.00 |
| Litigation Consulting | 02/21/11 | Theodore Brown | $ 95.00 | Searched for transactions in the RRA database to trace transfers to/from trust accounts. | 8.00 | 760.00 |
| Litigation Consulting | 02/22/11 | Joel Glick | $ 310.00 | Analyze examples of transfers for expert report | 0.90 | 279.00 |
| Litigation Consulting | 02/22/11 | Joel Glick | $ 310.00 | Preparation of schedules for expert report | 4.10 | 1,271.00 |
| Litigation Consulting | 02/22/11 | Joel Glick | $ 310.00 | Prepare Expert Report re: Lender Adversary | 3.70 | 1,147.00 |
| Litigation Consulting | 02/22/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: Leon payments | 0.30 | 93.00 |
| Litigation Consulting | 02/22/11 | Richard Fechter | $ 310.00 | Analysis of financial position of defendant transferee | 1.50 | 465.00 |
| Litigation Consulting | 02/22/11 | Theodore Brown | $ 95.00 | Searched for transactions in the RRA database to trace transfers to/from trust accounts. | 3.50 | 332.50 |
| Litigation Consulting | 02/23/11 | Joel Glick | $ 310.00 | Preparation of exhibits and diagrams for expert report | 4.10 | 1,271.00 |
| Litigation Consulting | 02/23/11 | Joel Glick | $ 310.00 | Prepare Expert Report re: Lender Adversary | 3.10 | 961.00 |
| Litigation Consulting | 02/23/11 | Joel Glick | $ 310.00 | Research payments to target per counsel request | 0.20 | 62.00 |
| Litigation Consulting | 02/23/11 | Joel Glick | $ 310.00 | Update schedule of payments to _____ per counsel request | 0.60 | 186.00 |

Case No.: 09-34791-BKC-RBR

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 02/23/11 | Joel Glick | $ 310.00 | Update schedule of transfers from operating to trust accounts for counsel | 0.40 | 124.00 |
| Litigation Consulting | 02/23/11 | Richard Fechter | $ 310.00 | Analysis of financial position of defendant transferee | 2.70 | 837.00 |
| Litigation Consulting | 02/24/11 | Joel Glick | $ 310.00 | Prepare Expert Report re: Lender Adversary | 8.80 | 2,728.00 |
| Litigation Consulting | 02/24/11 | Joel Glick | $ 310.00 | Research payments to target per counsel request | 0.20 | 62.00 |
| Litigation Consulting | 02/24/11 | Joel Glick | $ 310.00 | Review affidavit for final judgement against target defendant | 0.20 | 62.00 |
| Litigation Consulting | 02/24/11 | Richard Fechter | $ 310.00 | Analysis of financial position of defendant transferee | 2.00 | 620.00 |
| Litigation Consulting | 02/24/11 | Scott Bouchner | $ 395.00 | Review and analysis of Glick expert report. | 2.70 | 1,066.50 |
| Litigation Consulting | 02/25/11 | Joel Glick | $ 310.00 | Preparation of exhibits for _____ adversary | 1.30 | 403.00 |
| Litigation Consulting | 02/25/11 | Joel Glick | $ 310.00 | Review and proof affidavit re: _____ adversary | 0.70 | 217.00 |
| Litigation Consulting | 02/25/11 | Joel Glick | $ 310.00 | Review draft complaint against _____ | 0.80 | 248.00 |
| Litigation Consulting | 02/28/11 | Joel Glick | $ 310.00 | Research real estate transaction for former RRA client trust funds | 0.60 | 186.00 |
| Litigation Consulting | 02/28/11 | Theodore Brown | $ 95.00 | Searched _____ emails for evidence of directing bank transfers. | 9.00 | 855.00 |
| Litigation Consulting | 03/01/11 | Joel Glick | $ 310.00 | Locate and forward target financial package to counsel | 1.20 | 372.00 |
| Litigation Consulting | 03/01/11 | Joel Glick | $ 310.00 | Preparation of updated 90-day transfer schedule | 4.80 | 1,488.00 |
| Litigation Consulting | 03/01/11 | Joel Glick | $ 310.00 | Respond to counsel request | 0.60 | 186.00 |
| Litigation Consulting | 03/01/11 | Joel Glick | $ 310.00 | Review e-mail re: RRA account transfers | 0.40 | 124.00 |
| Litigation Consulting | 03/01/11 | Joel Glick | $ 310.00 | Update and forward target financial package to counsel | 0.40 | 124.00 |
| Litigation Consulting | 03/02/11 | Joel Glick | $ 310.00 | Preparation of demonstratives for adversary | 2.70 | 837.00 |
| Litigation Consulting | 03/02/11 | Joel Glick | $ 310.00 | Preparation of schedules | 1.20 | 372.00 |
| Litigation Consulting | 03/02/11 | Joel Glick | $ 310.00 | Respond to counsel request re: cleared checks | 0.40 | 124.00 |
| Litigation Consulting | 03/02/11 | Joel Glick | $ 310.00 | Review Lenders' Motion to Dismiss | 2.40 | 744.00 |
| Litigation Consulting | 03/02/11 | Scott Bouchner | $ 395.00 | Discussion of issues related to Motion to Dismiss. | 0.50 | 197.50 |
| Litigation Consulting | 03/02/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 13.20 | 1,254.00 |
| Litigation Consulting | 03/03/11 | Joel Glick | $ 310.00 | Analysis of investments | 4.80 | 1,488.00 |
| Litigation Consulting | 03/03/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 9.00 | 855.00 |
| Litigation Consulting | 03/04/11 | Joel Glick | $ 310.00 | Preparation of schedules and backup for expert report | 1.00 | 310.00 |
| Litigation Consulting | 03/04/11 | Joel Glick | $ 310.00 | Research client trust funds in R/E trust account | 1.00 | 310.00 |
| Litigation Consulting | 03/04/11 | Joel Glick | $ 310.00 | Review motion to dismiss | 1.00 | 310.00 |

13

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|----------|------|------|------|-----------------|-------|------|
| Litigation Consulting | 03/04/11 | Richard Fechter | $ 310.00 | Financial analysis of _____for settlement purposes | 2.50 | 775.00 |
| Litigation Consulting | 03/04/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 8.00 | 760.00 |
| Litigation Consulting | 03/07/11 | Joel Glick | $ 310.00 | Analysis of investor funds for expert report | 4.70 | 1,457.00 |
| Litigation Consulting | 03/07/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: Motion to Dismiss and expert report | 1.10 | 341.00 |
| Litigation Consulting | 03/07/11 | Karina Gonzalez | $ 120.00 | Compile back-up for schedules relating to Expert Report | 2.50 | 300.00 |
| Litigation Consulting | 03/07/11 | Richard Fechter | $ 310.00 | Financial analysis of _____for settlement purposes | 5.00 | 1,550.00 |
| Litigation Consulting | 03/07/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 9.00 | 855.00 |
| Litigation Consulting | 03/08/11 | Joel Glick | $ 310.00 | Analysis of the timing of investor inflows and outflows; Preparation of charts | 6.30 | 1,953.00 |
| Litigation Consulting | 03/08/11 | Joel Glick | $ 310.00 | Meet with counsel to discuss updated 4-year transfer schedule; Prepare updated schedule and provide to counsel; Discuss schedule with counsel | 2.30 | 713.00 |
| Litigation Consulting | 03/08/11 | Joel Glick | $ 310.00 | Preparation of expert report | 2.40 | 744.00 |
| Litigation Consulting | 03/08/11 | Joel Glick | $ 310.00 | Prepare updated list of all RRA bank accounts and cross-reference to database | 0.80 | 248.00 |
| Litigation Consulting | 03/08/11 | Karina Gonzalez | $ 120.00 | Compile back-up for schedules relating to Expert Report | 7.00 | 840.00 |
| Litigation Consulting | 03/08/11 | Richard Fechter | $ 310.00 | Financial analysis of _____for settlement purposes | 2.50 | 775.00 |
| Litigation Consulting | 03/08/11 | Scott Bouchner | $ 395.00 | Discussion regarding expert report. | 0.50 | 197.50 |
| Litigation Consulting | 03/08/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 9.00 | 855.00 |
| Litigation Consulting | 03/09/11 | Joel Glick | $ 310.00 | Analysis and demonstratives for new report sections | 10.60 | 3,286.00 |
| Litigation Consulting | 03/09/11 | Joel Glick | $ 310.00 | Update expert report for new sections; update schedules | 2.90 | 899.00 |
| Litigation Consulting | 03/09/11 | Karina Gonzalez | $ 120.00 | Compile back-up for schedules relating to Expert Report | 2.00 | 240.00 |
| Litigation Consulting | 03/09/11 | Scott Bouchner | $ 395.00 | Discussion regarding expert report. | 0.20 | 79.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|----------|------|------|------|-----------------|-------|------|
| Litigation Consulting | 03/09/11 | Theodore Brown | $ 95.00 | Scheduled all known and received bank accounts and information received. | 7.50 | 712.50 |
| Litigation Consulting | 03/10/11 | Joel Glick | $ 310.00 | Finalize expert report | 2.10 | 651.00 |
| Litigation Consulting | 03/10/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: 4-year transfers | 0.70 | 217.00 |
| Litigation Consulting | 03/10/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: RRA bank accounts | 0.30 | 93.00 |
| Litigation Consulting | 03/11/11 | Joel Glick | $ 310.00 | Telephone call with counsel; Update table to breakout date ranges. | 1.60 | 496.00 |
| Litigation Consulting | 03/14/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 8.50 | 807.50 |
| Litigation Consulting | 03/15/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 8.10 | 769.50 |
| Litigation Consulting | 03/16/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 4.20 | 399.00 |
| Litigation Consulting | 03/17/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 6.30 | 598.50 |
| Litigation Consulting | 03/18/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 4.00 | 380.00 |
| Litigation Consulting | 03/21/11 | Joel Glick | $ 310.00 | Review Motion for Preliminary Injunction | 0.60 | 186.00 |
| Litigation Consulting | 03/21/11 | Joel Glick | $ 310.00 | Review Request for Production and Defendants' First Set of Interrogatories | 0.40 | 124.00 |
| Litigation Consulting | 03/21/11 | Joel Glick | $ 310.00 | Review schedule for requested analysis and provide to counsel | 0.60 | 186.00 |
| Litigation Consulting | 03/21/11 | Richard Fechter | $ 310.00 | Financial analysis of _____ for settlement purposes | 2.70 | 837.00 |
| Litigation Consulting | 03/21/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 3.50 | 332.50 |
| Litigation Consulting | 03/22/11 | Richard Fechter | $ 310.00 | Financial analysis of _____ for settlement purposes | 5.70 | 1,767.00 |
| Litigation Consulting | 03/22/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 8.00 | 760.00 |
| Litigation Consulting | 03/23/11 | Jennyfer Urbina | $ 140.00 | Compile back-up for schedules relating to Expert Report | 4.30 | 602.00 |
| Litigation Consulting | 03/23/11 | Joel Glick | $ 310.00 | Discuss missing bank information with counsel | 0.10 | 31.00 |
| Litigation Consulting | 03/23/11 | Joel Glick | $ 310.00 | Locate, scan and send employee addresses to counsel | 0.40 | 124.00 |

15

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 03/23/11 | Richard Fechter | $ 310.00 | Teleconference with counsel re: financial analysis of | 0.50 | 155.00 |
| Litigation Consulting | 03/23/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 9.00 | 855.00 |
| Litigation Consulting | 03/24/11 | Jennyfer Urbina | $ 140.00 | Compile back-up for schedules relating to Expert Report | 6.50 | 910.00 |
| Litigation Consulting | 03/24/11 | Joel Glick | $ 310.00 | Organization and review of documents | 0.90 | 279.00 |
| Litigation Consulting | 03/24/11 | Joel Glick | $ 310.00 | Print, collate and have couriered 5 copies of final report to counsel. | 1.00 | 310.00 |
| Litigation Consulting | 03/24/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: account signatories | 0.40 | 124.00 |
| Litigation Consulting | 03/24/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: missing bank documents | 0.30 | 93.00 |
| Litigation Consulting | 03/24/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 3.00 | 285.00 |
| Litigation Consulting | 03/24/11 | Theodore Brown | $ 95.00 | Created a set of banking records for exhibits to an expert report. | 2.50 | 237.50 |
| Litigation Consulting | 03/24/11 | Theodore Brown | $ 95.00 | Created list of all known banking records produced for counsel. | 4.00 | 380.00 |
| Litigation Consulting | 03/25/11 | Jennyfer Urbina | $ 140.00 | Compile back-up for schedules relating to Expert Report | 8.00 | 1,120.00 |
| Litigation Consulting | 03/25/11 | Joel Glick | $ 310.00 | Review request for production | 0.50 | 155.00 |
| Litigation Consulting | 03/25/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 4.50 | 427.50 |
| Litigation Consulting | 03/28/11 | Joel Glick | $ 310.00 | Compile back-up for schedules relating to Expert Report | 0.70 | 217.00 |
| Litigation Consulting | 03/28/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 8.30 | 788.50 |
| Litigation Consulting | 03/29/11 | Jennyfer Urbina | $ 140.00 | Compile back-up for schedules relating to Expert Report | 8.20 | 1,148.00 |
| Litigation Consulting | 03/29/11 | Joel Glick | $ 310.00 | Review backup support for document request | 1.00 | 310.00 |
| Litigation Consulting | 03/29/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 9.00 | 855.00 |
| Litigation Consulting | 03/30/11 | Jennyfer Urbina | $ 140.00 | Compile back-up for schedules relating to Expert Report | 7.80 | 1,092.00 |
| Litigation Consulting | 03/30/11 | Joel Glick | $ 310.00 | Compile documents for Lenders request for production | 0.30 | 93.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 03/30/11 | Joel Glick | $ 310.00 | Review payroll information for missing employee address per counsel request | 0.30 | 93.00 |
| Litigation Consulting | 03/30/11 | Joel Glick | $ 310.00 | Telephone call with counsel regarding production and yields | 0.40 | 124.00 |
| Litigation Consulting | 03/30/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 8.90 | 845.50 |
| Litigation Consulting | 03/31/11 | Joel Glick | $ 310.00 | Analysis of Banyon deals | 3.50 | 1,085.00 |
| Litigation Consulting | 03/31/11 | Joel Glick | $ 310.00 | Compile back-up for schedules relating to Expert Report | 0.50 | 155.00 |
| Litigation Consulting | 03/31/11 | Joel Glick | $ 310.00 | Compile documents for Lenders request for production | 0.90 | 279.00 |
| Litigation Consulting | 03/31/11 | Joel Glick | $ 310.00 | Provide set of schedules to counsel for settlement meeting | 0.60 | 186.00 |
| Litigation Consulting | 03/31/11 | Joel Glick | $ 310.00 | Review and sign affidavit for final judgment against _____ | 0.30 | 93.00 |
| Litigation Consulting | 03/31/11 | Theodore Brown | $ 95.00 | Compile back-up for schedules relating to Expert Report | 9.40 | 893.00 |
| Litigation Consulting | 04/01/11 | Joel Glick | $ 310.00 | Prepare schedules of trust account activity | 0.30 | 93.00 |
| Litigation Consulting | 04/01/11 | Joel Glick | $ 310.00 | Reconcile _____ deal #'s per QuickBooks to hard copy documents | 5.70 | 1,767.00 |
| Litigation Consulting | 04/01/11 | Theodore Brown | $ 95.00 | Created pivot tables for RRA Trust account individual analysis. | 8.00 | 760.00 |
| Litigation Consulting | 04/04/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 4.30 | 1,333.00 |
| Litigation Consulting | 04/04/11 | Joel Glick | $ 310.00 | Compile document production and prepare media | 0.70 | 217.00 |
| Litigation Consulting | 04/04/11 | Theodore Brown | $ 95.00 | Reconciled the _____ QuickBooks deal data to the physical _____ deal documents. | 8.20 | 779.00 |
| Litigation Consulting | 04/05/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 2.60 | 806.00 |
| Litigation Consulting | 04/05/11 | Joel Glick | $ 310.00 | Review _____ 2nd Set of Interrogatories and 3rd Request for Production. | 0.40 | 124.00 |
| Litigation Consulting | 04/05/11 | Theodore Brown | $ 95.00 | Reconciled the _____ QuickBooks deal data to the physical _____ deal documents. | 7.00 | 665.00 |
| Litigation Consulting | 04/06/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 4.40 | 1,364.00 |
| Litigation Consulting | 04/06/11 | Joel Glick | $ 310.00 | Research which trust account held certain client funds | 0.40 | 124.00 |

17

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 04/06/11 | Joel Glick | $ 310.00 | Review various filed settlements | 0.30 | 93.00 |
| Litigation Consulting | 04/06/11 | Joel Glick | $ 310.00 | Telephone call with counsel to discuss requested analysis | 0.50 | 155.00 |
| Litigation Consulting | 04/06/11 | Theodore Brown | $ 95.00 | Reconciled the _____ QuickBooks deal data to the physical _____ deal documents. | 9.30 | 883.50 |
| Litigation Consulting | 04/07/11 | Joel Glick | $ 310.00 | Prepare schedule of income and expenses for 2006 - 2009 | 0.80 | 248.00 |
| Litigation Consulting | 04/07/11 | Joel Glick | $ 310.00 | Schedule of transfers from operating accounts to select trust accounts. | 0.40 | 124.00 |
| Litigation Consulting | 04/07/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: _____ overdrafts | 0.20 | 62.00 |
| Litigation Consulting | 04/07/11 | Richard Fechter | $ 310.00 | Profitability analysis - monthly financial statement analysis | 3.50 | 1,085.00 |
| Litigation Consulting | 04/07/11 | Richard Fechter | $ 310.00 | Transfer analysis identifying transfers from operating accounts to select trust accounts | 1.50 | 465.00 |
| Litigation Consulting | 04/07/11 | Theodore Brown | $ 95.00 | Reconciled the _____ QuickBooks deal data to the physical _____ deal documents. | 9.40 | 893.00 |
| Litigation Consulting | 04/08/11 | Joel Glick | $ 310.00 | Coordinate payment of document upload to document management system | 0.40 | 124.00 |
| Litigation Consulting | 04/08/11 | Theodore Brown | $ 95.00 | Reconciled the _____ QuickBooks deal data to the physical _____ deal documents. | 8.40 | 798.00 |
| Litigation Consulting | 04/11/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 7.40 | 2,294.00 |
| Litigation Consulting | 04/11/11 | Joel Glick | $ 310.00 | Respond to counsel request for payment transactions | 0.60 | 186.00 |
| Litigation Consulting | 04/11/11 | Theodore Brown | $ 95.00 | Confirmed names on bank documents to match database. | 6.60 | 627.00 |
| Litigation Consulting | 04/11/11 | Theodore Brown | $ 95.00 | Created schedules for counsel for litigation. | 2.00 | 190.00 |
| Litigation Consulting | 04/12/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 7.00 | 2,170.00 |
| Litigation Consulting | 04/12/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: supporting documents | 0.20 | 62.00 |
| Litigation Consulting | 04/12/11 | Theodore Brown | $ 95.00 | Investigated transfers in database previously below threshold limit | 7.00 | 665.00 |
| Litigation Consulting | 04/13/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 6.20 | 1,922.00 |
| Litigation Consulting | 04/13/11 | Joel Glick | $ 310.00 | Respond to counsel request re: payments to defendant | 0.70 | 217.00 |

Case 09-34791-PGH Doc 1718 Filed 05/19/11 Page 51 of 56

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 04/13/11 | Theodore Brown | $ 95.00 | Investigated transfers in database previously below threshold limit | 8.00 | 760.00 |
| Litigation Consulting | 04/14/11 | Joel Glick | $ 310.00 | Address discovery issues per counsel request | 0.40 | 124.00 |
| Litigation Consulting | 04/14/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 7.30 | 2,263.00 |
| Litigation Consulting | 04/14/11 | Joel Glick | $ 310.00 | Research name for counsel | 0.50 | 155.00 |
| Litigation Consulting | 04/14/11 | Theodore Brown | $ 95.00 | Investigated names of interest for counsel. | 2.00 | 190.00 |
| Litigation Consulting | 04/14/11 | Theodore Brown | $ 95.00 | Investigated transfers in database previously below threshold limit | 6.50 | 617.50 |
| Litigation Consulting | 04/15/11 | Joel Glick | $ 310.00 | Meeting with counsel re: _____ interrogatories and request for production | 1.70 | 527.00 |
| Litigation Consulting | 04/15/11 | Joel Glick | $ 310.00 | Preparation of responses to interrogatories and production request | 1.50 | 465.00 |
| Litigation Consulting | 04/18/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 1.90 | 589.00 |
| Litigation Consulting | 04/18/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: names of possible preference transferees | 0.60 | 186.00 |
| Litigation Consulting | 04/19/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 8.10 | 2,511.00 |
| Litigation Consulting | 04/19/11 | Joel Glick | $ 310.00 | Discussion regarding Substantive Consolidation issues. | 0.20 | 62.00 |
| Litigation Consulting | 04/19/11 | Joel Glick | $ 310.00 | Respond to counsel request for analysis | 0.20 | 62.00 |
| Litigation Consulting | 04/19/11 | Joel Glick | $ 310.00 | Respond to request for production and interrogatories | 0.60 | 186.00 |
| Litigation Consulting | 04/19/11 | Scott Bouchner | $ 395.00 | Discussion regarding Substantive Consolidation issues. | 0.30 | 118.50 |
| Litigation Consulting | 04/19/11 | Theodore Brown | $ 95.00 | Investigated an SWR entity for counsel. | 1.00 | 95.00 |
| Litigation Consulting | 04/19/11 | Theodore Brown | $ 95.00 | Verified RRA database to deal database to reconcile | 6.50 | 617.50 |
| Litigation Consulting | 04/20/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 5.30 | 1,643.00 |
| Litigation Consulting | 04/20/11 | Theodore Brown | $ 95.00 | Updated the SWR entity spreadsheet. | 2.00 | 190.00 |
| Litigation Consulting | 04/20/11 | Theodore Brown | $ 95.00 | Verified RRA database to deal database to reconcile | 7.00 | 665.00 |
| Litigation Consulting | 04/21/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ deals and accounting records | 1.90 | 589.00 |
| Litigation Consulting | 04/21/11 | Joel Glick | $ 310.00 | Conference call with counsel re: production of work-product to UCC; discussion re: new value defenses | 0.70 | 217.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 04/21/11 | Joel Glick | $ 310.00 | Update schedule for upcoming settlement discussions | 3.20 | 992.00 |
| Litigation Consulting | 04/21/11 | Theodore Brown | $ 95.00 | Analyzed investor deal documents to verify compliance with terms of the promissory notes | 4.20 | 399.00 |
| Litigation Consulting | 04/21/11 | Theodore Brown | $ 95.00 | Verified RRA database to deal database to reconcile | 4.00 | 380.00 |
| Litigation Consulting | 04/22/11 | Joel Glick | $ 310.00 | Preparation of updated schedule of charitable and political contributions | 0.80 | 248.00 |
| Litigation Consulting | 04/22/11 | Joel Glick | $ 310.00 | Prepare for and attend settlement discussions re: _____ | 4.00 | 1,240.00 |
| Litigation Consulting | 04/22/11 | Theodore Brown | $ 95.00 | Created tables for SWR Political and Charitable contributions | 2.50 | 237.50 |
| Litigation Consulting | 04/22/11 | Theodore Brown | $ 95.00 | Cross reference RRA database deals to deal database | 5.00 | 475.00 |
| Litigation Consulting | 04/25/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ intercompany transactions | 3.20 | 992.00 |
| Litigation Consulting | 04/25/11 | Joel Glick | $ 310.00 | Analysis of _____ deals | 0.40 | 124.00 |
| Litigation Consulting | 04/25/11 | Joel Glick | $ 310.00 | Review schedule of political and charitable contributions | 0.60 | 186.00 |
| Litigation Consulting | 04/25/11 | Richard Fechter | $ 310.00 | Prepare for and attend teleconference re: financial analysis of target transferee | 2.50 | 775.00 |
| Litigation Consulting | 04/25/11 | Theodore Brown | $ 95.00 | Created tables for SWR Political and Charitable contributions. | 3.50 | 332.50 |
| Litigation Consulting | 04/25/11 | Theodore Brown | $ 95.00 | Investor deal analysis for principle repayment and receivables due. | 5.50 | 522.50 |
| Litigation Consulting | 04/26/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ intercompany transactions | 6.30 | 1,953.00 |
| Litigation Consulting | 04/26/11 | Joel Glick | $ 310.00 | Analysis of the timing of _____ inflows and outflows | 0.60 | 186.00 |
| Litigation Consulting | 04/26/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming deposition | 0.40 | 124.00 |
| Litigation Consulting | 04/26/11 | Theodore Brown | $ 95.00 | Investor deal analysis for principle repayment and receivables due | 9.00 | 855.00 |
| Litigation Consulting | 04/27/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ intercompany transactions | 6.10 | 1,891.00 |
| Litigation Consulting | 04/27/11 | Joel Glick | $ 310.00 | Analysis of _____ deals | 0.90 | 279.00 |
| Litigation Consulting | 04/27/11 | Scott Bouchner | $ 395.00 | Discussions regarding reconciliation of investments involving _____ entities | 0.50 | 197.50 |

20

Case 09-34791-PGH   Doc 1718   Filed 05/19/11   Page 53 of 56

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 04/27/11 | Theodore Brown | $ 95.00 | Investor deal analysis for principle repayment and receivables due | 8.00 | 760.00 |
| Litigation Consulting | 04/28/11 | Joel Glick | $ 310.00 | Analysis and reconciliation of _____ intercompany transactions | 2.30 | 713.00 |
| Litigation Consulting | 04/28/11 | Joel Glick | $ 310.00 | Meet with counsel re: transfers | 0.60 | 186.00 |
| Litigation Consulting | 04/28/11 | Joel Glick | $ 310.00 | Reconcile prior versions of transfer schedules | 1.60 | 496.00 |
| Litigation Consulting | 04/28/11 | Joel Glick | $ 310.00 | Review database for potential changes | 0.70 | 217.00 |
| Litigation Consulting | 04/28/11 | Theodore Brown | $ 95.00 | Updated the RRA database for current information and coding | 7.50 | 712.50 |
| Litigation Consulting | 04/29/11 | Joel Glick | $ 310.00 | Update 4-year transfer schedule for upcoming meeting | 2.80 | 868.00 |
| Litigation Consulting | 04/29/11 | Theodore Brown | $ 95.00 | Updated the RRA database for current information and coding | 7.50 | 712.50 |
| **Litigation Consulting Total** | | | | | **1,237.10** | **249,788.00** |
| Tax Issues | 12/03/10 | Andreea Cioara | $ 350.00 | Scanning of permanent documents. | 0.60 | 210.00 |
| Tax Issues | 12/08/10 | Andreea Cioara | $ 350.00 | Consulting with respect to AMEX settlement. Tax Research. | 0.80 | 280.00 |
| Tax Issues | 12/08/10 | Gregory Geibel | $ 150.00 | Preparation of 2008 tax return | 0.60 | 90.00 |
| Tax Issues | 12/09/10 | Gregory Geibel | $ 150.00 | Preparation of 2008 tax return | 3.30 | 495.00 |
| Tax Issues | 12/10/10 | Gregory Geibel | $ 150.00 | Preparation of 2008 tax return | 1.30 | 195.00 |
| Tax Issues | 12/15/10 | Gregory Geibel | $ 150.00 | Preparation of 2008 tax return | 2.10 | 315.00 |
| Tax Issues | 12/16/10 | Gregory Geibel | $ 150.00 | Preparation of 2008 tax return | 5.30 | 795.00 |
| Tax Issues | 12/17/10 | Gregory Geibel | $ 150.00 | Preparation of 2008 tax return | 1.10 | 165.00 |
| Tax Issues | 12/20/10 | Andreea Cioara | $ 350.00 | Addressed questions from 401k plan administrator. | 0.50 | 175.00 |
| Tax Issues | 12/30/10 | Miriam Bernal | $ 78.00 | Scanning documents into GFR - 1996 - 2000 and 2002 tax return from IRS | 0.30 | 23.40 |
| Tax Issues | 12/30/10 | Miriam Bernal | $ 78.00 | Scanning documents into GFR - 2004 to 2006 tax return from IRS | 0.20 | 15.60 |
| Tax Issues | 01/05/11 | Andreea Cioara | $ 350.00 | Preparation of Form 1099s for the year ended 2010. | 0.90 | 315.00 |
| Tax Issues | 01/10/11 | Gregory Geibel | $ 150.00 | Preparation of Form 1120S for the year ended 12/31/2008. | 3.80 | 570.00 |
| Tax Issues | 01/11/11 | Gregory Geibel | $ 150.00 | Preparation of Form 1120S for the year ended 12/31/2008. Reconciliation of 2008 Distributions | 2.60 | 390.00 |
| Tax Issues | 01/13/11 | Angel Cordova | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 1.00 | 115.00 |
| Tax Issues | 01/14/11 | Angel Cordova | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 1.20 | 138.00 |

Case 09-34791-PGH  Doc 1718  Filed 05/19/11  Page 54 of 56

21

## Daily Time Entries by Activity Code
## For This Time Period Only
## Exhibit 3

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Tax Issues | 01/14/11 | Joel Glick | $ 310.00 | Assist tax department with obtaining FEI/EIN or SSN and addresses for the preparation of 1099s | 0.70 | 217.00 |
| Tax Issues | 01/14/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1099s for the year ended 2010. | 1.30 | 195.00 |
| Tax Issues | 01/17/11 | Andreea Cioara | $ 350.00 | Review and assistance with 1099 reporting. | 0.80 | 280.00 |
| Tax Issues | 01/17/11 | Joel Glick | $ 310.00 | Assist tax department with obtaining FEI/EIN or SSN and addresses for the preparation of 1099s | 0.90 | 279.00 |
| Tax Issues | 01/17/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1099s for the year ended 2010. | 0.70 | 105.00 |
| Tax Issues | 01/18/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1099s for the year ended 2010. | 0.30 | 45.00 |
| Tax Issues | 01/20/11 | Angel Cordova | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 0.50 | 57.50 |
| Tax Issues | 01/24/11 | Carley Radcliff | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 2.50 | 287.50 |
| Tax Issues | 01/24/11 | Joel Glick | $ 310.00 | Assist tax department with obtaining FEI/EIN or SSN and addresses for the preparation of 1099s | 0.40 | 124.00 |
| Tax Issues | 01/24/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1099s for the year ended 2010. | 0.50 | 75.00 |
| Tax Issues | 01/26/11 | Carley Radcliff | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 2.00 | 230.00 |
| Tax Issues | 01/26/11 | Joel Glick | $ 310.00 | Assist tax department with obtaining FEI/EIN or SSN and addresses for the preparation of 1099s | 0.80 | 248.00 |
| Tax Issues | 01/27/11 | Carley Radcliff | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 4.00 | 460.00 |
| Tax Issues | 01/27/11 | Joel Glick | $ 310.00 | Assist tax department with obtaining FEI/EIN or SSN and addresses for the preparation of 1099s | 0.50 | 155.00 |
| Tax Issues | 01/27/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1099s for the year ended 2010. | 0.50 | 75.00 |
| Tax Issues | 01/28/11 | Andreea Cioara | $ 350.00 | Review and assistance with 1099 reporting. | 0.50 | 175.00 |
| Tax Issues | 01/31/11 | Andreea Cioara | $ 350.00 | Review and assistance with 1099 reporting. | 0.80 | 280.00 |
| Tax Issues | 01/31/11 | Angel Cordova | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 2.00 | 230.00 |
| Tax Issues | 01/31/11 | Carley Radcliff | $ 115.00 | Preparation of Form 1099s for the year ended 2010. | 3.00 | 345.00 |
| Tax Issues | 01/31/11 | Joel Glick | $ 310.00 | Follow up on open issues for 2010 1099's | 0.50 | 155.00 |
| Tax Issues | 01/31/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1099s for the year ended 2010. | 1.00 | 150.00 |
| Tax Issues | 02/01/11 | Carley Radcliff | $ 115.00 | On phone with IRS about form 1099 misc; spoke with Mr. Halverson badge #1000143901; uploaded workpapers to GFR | 0.60 | 69.00 |
| Tax Issues | 02/01/11 | Joel Glick | $ 310.00 | Preparation of 1099 issues | 0.30 | 93.00 |
| Tax Issues | 02/01/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1099 for the year ended 12/31/10. | 0.40 | 60.00 |
| Tax Issues | 02/01/11 | Miriam Bernal | $ 78.00 | Logging out preparation for mailing - 1099's | 0.20 | 15.60 |
| Tax Issues | 02/03/11 | Angel Cordova | $ 115.00 | Preparation of Form 1099 for the year ended 12/31/10. | 0.80 | 92.00 |
| Tax Issues | 02/03/11 | Carley Radcliff | $ 115.00 | Reprinted 1009-misc | 0.30 | 34.50 |
| Tax Issues | 02/03/11 | Miriam Bernal | $ 78.00 | Logging out preparation for mailing - 1099's | 0.30 | 23.40 |

22

Case 09-34791-PGH   Doc 1718   Filed 05/19/11   Page 55 of 56

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Tax Issues | 02/08/11 | Danielle Miller | $ 78.00 | File paper copy of Form 7004 | 0.20 | 15.60 |
| Tax Issues | 02/09/11 | Angel Cordova | $ 115.00 | Preparation of Form 1096 for the year ended 12/31/10. | 0.30 | 34.50 |
| Tax Issues | 02/11/11 | Andreea Cioara | $ 350.00 | 1099 issues, filings and open items. | 0.70 | 245.00 |
| Tax Issues | 02/14/11 | Angel Cordova | $ 115.00 | Preparation of Form 1096 for the year ended 12/31/10. | 0.50 | 57.50 |
| Tax Issues | 02/14/11 | Carley Radcliff | $ 115.00 | Preparation of Form 1120S for the year ended 12/31/10. | 1.50 | 172.50 |
| Tax Issues | 02/14/11 | Susana Coupet | $ 95.00 | Logging out preparation for mailing - 1099's | 0.30 | 28.50 |
| Tax Issues | 02/17/11 | Miriam Bernal | $ 78.00 | Logging out preparation for mailing - 1099's | 0.20 | 15.60 |
| Tax Issues | 02/18/11 | Miriam Bernal | $ 78.00 | Preparation for mailing via certified return receipt to IRS - 1096 - 2010 | 0.30 | 23.40 |
| Tax Issues | 02/24/11 | Larry Bernstein | $ 150.00 | Verify tax return forms 1120S in counsel's possession agree to IRS records in our files, tax years 2005 and 2006. | 0.50 | 75.00 |
| Tax Issues | 02/28/11 | Larry Bernstein | $ 150.00 | Preparation of Form 1120S for the year ended 12/31/10. | 0.20 | 30.00 |
| Tax Issues | 04/01/11 | Andreea Cioara | $ 350.00 | Discuss various issues with tax department | 1.40 | 490.00 |
| Tax Issues | 04/01/11 | Richard Pollack | $ 400.00 | Discuss various issues with tax department | 1.00 | 400.00 |
| **Tax Issues Total** | | | | | **59.80** | **10,430.10** |
| **Grand Total** | | | | | **1,381.80** | **284,693.10** |