# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Ft. Lauderdale Division

IN RE:                                                            Case No.: 09-34791-BKC-RBR

Rothstein Rosenfeldt Adler, P.A.                                 Chapter 11

DEBTOR
_____ /

## SUMMARY OF FIFTH INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES OF BERKOWITZ DICK POLLACK & BRANT CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, LLP AS ACCOUNTANTS TO HERBERT STETTIN, CHAPTER 11, TRUSTEE

| | | | |
|---|---|---|---|
| 1. | Name of applicant: | Berkowitz Dick Pollack & Brant Certified Public Accountants & Consultants, LLP | |
| 2. | Role of applicant: | Accountants to Herbert Stettin, Chapter 11 Trustee | |
| 3. | Name of certifying professional: | Richard A. Pollack | |
| 4. | Date case filed: | November 10, 2009 | |
| 5. | Date of application for employment: | November 24, 2009 (D.E. No. 42) | |
| 6. | Date of order approving employment: | December 23, 2009 (D.E. No. 155) | |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | N/A | |
| 8. | Date of this application: | September 27, 2011 | |
| 9. | Dates of services covered: | May 1, 2011 through August 31, 2011 | |

**Fees…**

| | | | |
|---|---|---|---|
| 10. | Total fee requested for this period (from Exhibit 1) | $ | 307,019.50 |
| 11. | Balance remaining in fee retainer account, not yet awarded | | - |
| 12. | Fees paid or advanced for this period, by other sources | | - |
| 13. | **Net amount of fee requested for this period** | **$** | **307,019.50** |

**Expenses…**

| | | | |
|---|---|---|---|
| 14. | Total expense reimbursement requested for this period | $ | 1,666.21 |
| 15. | Balance remaining in expense retainer account, not yet received | | - |
| 16. | Expenses paid or advanced for this period, by other sources | | - |
| 17. | **Net amount of expense reimbursements requested for this period** | **$** | **1,666.21** |
| 18. | **Gross award requested for this period (#10 + #14)** | **$** | **308,685.71** |
| 19. | **Net award requested for this period (#13 + #17)** | **$** | **308,685.71** |
| 20. | If <u>Final</u> Fee Application, amounts of net awards requested in interim applications <u>but not previously awarded</u> (total from History of Fees and Expenses, following pages): | | - |
| 21. | **Total fee and expense award requested (#19 + #20):** | **$** | **308,685.71** |

1

**Case No.: 09-34791-BKC-RBR**

History of Fees and Expenses

1.  Dates, sources,  and amounts of retainers received:                                                    $    50,000.00

| Dates | Sources | Amounts | For Fees or Expenses |
|-------|---------|---------|----------------------|
| 11/24/2009 | Debtor | $    50,000.00 | Fees |

2.  Dates, sources, and amounts of third party payments received:                                    $            -

| Dates | Sources | Amounts | For Fees or Expenses |
|-------|---------|---------|----------------------|

**[Remainder of Page Intentionally Left Blank]**

3.   Prior fee and expense awards:                                           **Case No.: 09-34791-BKC-RBR**

**First interim application**

Dates covered by first application: November 10, 2009 - January 31, 2010

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Amount of fees requested: | $ 611,640.50 | |
| Amount of expenses requested: | | $ 1,846.30 |
| Amount of fees awarded: | $ 489,312.40 | |
| Amount of expenses awarded: | | $ 1,846.30 |
| Amount of fee retainer authorized to be used: | $ 50,000.00 | |
| Amount of expense retainer authorized to be used: | | $ - |
| Fees award, net of retainer: | $ 439,312.40 | |
| Expense award, net of retainer: | | $ 1,846.30 |
| Date of first award: | April 7, 2010 | |
| Amount of fees actually paid: | $ 439,312.40 | |
| Amount of expenses reimbursement actually paid: | | $ 1,846.30 |
| Portion of fees requested but not awarded, which applicant wishes to defer to final fee application: | | |
| Portion of expenses requested but not awarded, which applicant wishes to defer to final fee application: | $ 122,328.10 | $ - |

**Second Interim application**

Dates covered by first application: February 1, 2010 - July 31, 2010

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Amount of fees requested: | $ 849,488.95 | |
| Amount of expenses requested: | | $ 1,445.98 |
| Amount of fees awarded: | $ 679,591.16 | |
| Amount of expenses awarded: | | $ 1,445.98 |
| Amount of fee retainer authorized to be used: | $ - | |
| Amount of expense retainer authorized to be used: | | $ - |
| Fees award, net of retainer: | $ 679,591.16 | |
| Expense award, net of retainer: | | $ 1,445.98 |
| Date of second award: | September 30, 2010 | |
| Amount of fees actually paid: | $ 679,591.16 | |
| Amount of expenses reimbursement actually paid: | | $ 1,445.98 |
| Portion of fees requested but not awarded, which applicant wishes to defer to final fee application: | | |
| Portion of expenses requested but not awarded, which applicant wishes to defer to final fee application: | $ 169,897.79 | $ - |

Case No.: 09-34791-BKC-RBR

### Third Interim application

Dates covered by first application: August 1, 2010 - November 30, 2010

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Amount of fees requested: | $  452,452.00 | |
| Amount of expenses requested: | | $  1,660.86 |
| Amount of fees awarded: | $  361,961.60 | |
| Amount of expenses awarded: | | $  1,660.86 |
| Amount of fee retainer authorized to be used: | $          - | |
| Amount of expense retainer authorized to be used: | | $          - |
| Fees award, net of retainer: | $  361,961.60 | |
| Expense award, net of retainer: | | $  1,660.86 |
| Date of third award:                    February 8, 2011 | | |
| Amount of fees actually paid: | $  361,961.60 | |
| Amount of expenses reimbursement actually paid: | | $  1,660.86 |
| Portion of fees requested but not awarded, which applicant wishes to defer to final fee application: | | |
| Portion of expenses requested but not awarded, which applicant wishes to defer to final fee application: | $  90,490.40 | $          - |

### Fourth Interim application

Dates covered by first application: December 1, 2010 - April 30, 2011

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Amount of fees requested: | $  284,693.10 | |
| Amount of expenses requested: | | $  2,607.51 |
| Amount of fees awarded: | $  227,754.48 | |
| Amount of expenses awarded: | | $  2,607.51 |
| Amount of fee retainer authorized to be used: | $          - | |
| Amount of expense retainer authorized to be used: | | $          - |
| Fees award, net of retainer: | $  227,754.48 | |
| Expense award, net of retainer: | | $  2,607.51 |
| Date of fourth award:                    June 14, 2011 | | |
| Amount of fees actually paid: | $  227,754.48 | |
| Amount of expenses reimbursement actually paid: | | $  1,660.86 |
| Portion of fees requested but not awarded, which applicant wishes to defer to final fee application: | | |
| Portion of expenses requested but not awarded, which applicant wishes to defer to final fee application: | $  56,938.62 | $          - |

4

**Case No.: 09-34791-BKC-RBR**

### Summary of All Prior Applications and Awards

| | |
|---|---|
| Total fees requested | $ 2,198,274.55 |
| Total fees awarded | $ 1,758,619.64 |
| Prior fees awarded but not yet paid, if any | - |
| Total prior fees requested but not awarded, deferred to final fee application ("Accumulated Holdbacks") | $   439,654.91 |
| Total expenses requested | $   7,560.65 |
| Total expenses awarded | $   7,560.65 |
| Prior expenses awarded but not yet paid, if any | $   - |
| Total prior expenses requested but not awarded, deferred to final fee application | $   - |

4. Payments from Monthly Fee Statements[1]:                                         **Case No.: 09-34791-BKC-RBR**

a) **Ninth Monthly Fee Request dated June 10, 2011** for the period May 1, 31, 2011 through May 31, 2011 in the amount of $62,103.50 and $0 in expenses for a total amount of $62,103.50  Amount paid was $43,472.45..

b) **Tenth Monthly Fee Request dated July 08, 2011** for the period June 1, 2011 through June 30, 2011 in the amount of $96,198.00 in fees and $433.31 in expenses for a total amount of $96,631.31.  Amount paid was $67,771.91.

c) **Eleventh Monthly Fee Request dated August 10, 2011** for the period July 1, 2011 through July 31, 2011 in the amount of $45,207.50 and $0 in expenses for a total amount of $45,207.50.  Amount paid was $31,645.25.

d) **Twelfth Monthly Fee Request dated September 09, 2011** for the period August 1, 2011 through August 31, 2011 in the amount of $103,510.50 in fees and $1,232.90 in expenses for a total amount of $104,743.40.  Amount paid was $73,690.25.

1 - Pursuant to the Order Granting Trustee's Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [D.E. #1044], the Applicant was authorized to submit monthly fee requests and be paid 70% of such fees and 100% of expenses.  The Applicant has submitted four monthly fee requests for fees and expenses for the period covering May 1, 2011 through August 31, 2011.

## CERTIFICATION

1.  I have been designated by Berkowitz Dick Pollack & Brant Certified Public Accountants & Consultants, LLP (the "BDPB") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines")

2.  I have read the BDPB application for compensation and reimbursement of costs (the "Application").

3.  To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.  To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and costs sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

5.  Except to the extent that fees or expenditures are prohibited or restricted by the Guidelines, the fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.  In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

7.  In seeking reimbursement for any service justifiably purchased from or contracted with a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

1

8.      The Trustee, the examiner (if any), the chairperson of each official committee, the U.S. Trustee, and their respective counsel, will be mailed, simultaneously with the filing of this Application with the Court, a complete copy of the Application (including all relevant exhibits).

9.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: **None**

I HEREBY CERTIFY that the foregoing is true and correct.

Dated:  September 27, 2011                    Respectfully Submitted,

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants, LLP
Accountants for Debtor
200 South Biscayne Boulevard, Sixth Floor
Miami, Florida 33131
Telephone:  305-379-7000

By:  _____
Richard A. Pollack, CPA

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CHAPTER 11

IN RE:

Jointly Administered

ROTHSTEIN ROSENFELDT ADLER, P.A.

Case No.: 09-34791-BKC-RBR

DEBTOR.

_____/

**FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF (I)
COMPENSATION OF FEES; (II) ACCUMULATED HOLDBACKS AND (III)
REIMBURSEMENT OF EXPENSES OF BERKOWITZ DICK POLLACK & BRANT CERTIFIED
PUBLIC ACCOUNTANTS & CONSULTANTS, LLP AS ACCOUNTANTS
TO HERBERT STETTIN, CHAPTER 11 TRUSTEE**

Berkowitz Dick Pollack & Brant Certified Public Accountants & Consultants, LLP (the
"Applicant" or "BDPB"), accountant to Herbert Stettin, Chapter 11 Trustee ("Trustee") applies
for interim compensation for fees for services rendered and expenses incurred in this Chapter 11
proceeding for the period of May 1, 2011 to August 31, 2011 ("Application Period"). This
application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the
requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B) (1).

In addition to the award for the Application Period, the Applicant also seeks an award of 50% of
the Accumulated Holdback. This amount totals $219,827.46. The award of 50% of the
Accumulated Holdback will not unduly affect the Estate's cash position. Moreover, even with this
award, the Applicant will still have a significant Accumulated Holdback. The Office of the United
States Trustee consents to the above award of 50% of the Accumulated Holdback. The exhibits
attached to this application, pursuant to the Guidelines, are:

Exhibit 1-A – Summary of Professional and Paraprofessional Time by Individual

Exhibit 1-B – Summary of Professional and Paraprofessional Time by Activity Code Category

Exhibit 2 – Summary of Requested Reimbursement of Expenses

Exhibit 3 – the Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

## SYNOPSIS

For a complete synopsis and background of this matter please see previous and concurrent Interim Fee Applications filed by Berger Singerman, P.A.

## ACCOMPLISHMENTS TO DATE

BDPB has rendered extensive and necessary services for and on behalf of the Bankruptcy Estate (the "Estate"), as set forth below.  Although much work remains to be done, there has been a tremendous amount accomplished to date which includes, but is not limited to, the following:

    a.  <u>Accounting Records</u>:  The Debtor's accounting records that were made available upon the filing of the involuntary bankruptcy  were in disarray, inadequate and did not contain the typical records that one would expect to be maintained in the normal course of business of a law firm.  Substantial and material efforts have been made to forensically reconstruct Debtor's books and records.  While these efforts are still ongoing, significant headway has been made and the Debtor's books and records have been consolidated *(see (b) below),* financial information is capable of being generated, and Debtor's financial data can now be queried to obtain meaningful information as requested by the Trustee and Counsel for the Trustee.

2

b. <u>Consolidated Accounting Database</u>:  The Debtor failed to keep complete accounting records or to keep conventional accounting records. The Debtor's accounting records consisted of 11 separate general ledgers/QuickBooks files which were consolidated into one financial transaction database.  The consolidated database contains over 125,000 line items.   The consolidated database continues to be updated as additional information becomes available.   Significant time was spent reviewing "Ponzi" documents, previously seized by the Federal Bureau of Investigation ("FBI"), and matching the information to transactions contained in the consolidated database.  Much time and effort has been expended to create the database of accounting information, which has and will continue to provide for an efficient and accurate analysis of the Debtor's transactions.

The consolidated database continues to develop as we conduct investigations and assist Counsel to the Trustee with discovery requests to retrieve records from third parties; examine and analyze the Debtor's and Non-Debtors business documents; interview former employees and service providers of the Debtors; and obtain electronic data to facilitate the efficiency of our investigation.

The consolidated database has facilitated our forensic accounting activities, including all data analysis necessary to assist Counsel's efforts to recover fraudulent conveyances and preferences, identify and recover assets, and provide expert accounting support to potential future litigation.  Counsel for the Trustee has sought to recover millions of dollars from putative defendants and the consolidated database of accounting information has formed the basis for most if not all potential recoveries.  In addition, the information generated from this database will allow Counsel to better evaluate claims and allow them to work in an efficient and effective manner.  In essence, the

3

consolidated database of accounting information has been and will continue to be the foundation for a significant portion of the assets recovered by the Estate.

c.  Asset Analysis and Recovery:   The Debtor's financial records contain transactions relating to the law firm operations as well as the deposits and disbursements relating to the "Ponzi".   Through our review of the available physical records and banking records produced by financial institutions, we continue to fine tune the identification of the financial transactions relating to the "Ponzi".   This information is being reviewed regularly with the Trustee and Counsel for the Trustee and efforts are currently underway to seek recovery of assets for the Estate.   Towards that end, BDPB has examined a significant amount of financial information and prepared schedules and analyses at the request of counsel in order to effectuate meaningful settlement discussions with a number of parties, thus avoiding the continued prosecution of these filed suits.

d.  Accounts Receivable: The Debtor's outstanding un-reconciled accounts receivable for legitimate legal work peaked at approximately $14.6 million and subsequently has been reduced to approximately $13.3 million upon initial reconciliation of the Debtor's books and records. A substantial portion of this sum was billed incorrectly, was more than 30 days overdue, and/or had never been billed pre-petition. To date, in excess of $1,000,000 of the outstanding balance has been collected. BDPB worked closely with the Trustee and counsel for the Trustee to streamline and bolster the collection efforts. Over the Application Period these efforts have intensified and are expected to continue.

e.  Litigation Consulting: BDPB has performed and continues to perform extensive forensic accounting analyses at the request of counsel for the Trustee, which has been

4

and will be used as a basis to commence lawsuits or assist in investigations with or against former RRA partners, RRA accountants, certain political organizations, numerous "Ponzi" investors, banking institutions, RRA's insurance carrier, RRA clients, the Florida Bar, Department of Labor and the Department of Justice. BDPB's forensic analysis will help support litigation against various targets in an effort to recover substantial sums for the benefit of the Estate.

    f. <u>Official Committee of Unsecured Creditors:</u> BDPB has worked cooperatively with the Creditors Committee in order to assist the Trustee and Creditors Committee to reach agreement on almost every significant issue that has been brought before the Court.

    g. <u>Litigation Strategy, Assertion of Demands and Commencement of Litigation:</u> Through the review and analysis of significant amounts of financial information, BDPB has been integral to counsel's issuance of numerous Rule 2004 examination notices, issuance of demand packages to litigation targets, filing of six adversary actions and reaching key settlements.

This is not meant to be an exhaustive compilation of the value of BDPB's effort to the Estate. Rather, it shows that the approximately 1,344.70 hours that the BDPB team has invested into this case, during the Application Period has achieved tangible results for the Estate and more importantly has assisted counsel in stabilizing this highly volatile case.

BDPB has made this investment without any guarantee that there would be sufficient funds to pay its fees. BDPB is only seeking payment on a portion of the fees that are being approved on an interim basis herein. As discussed below, BDPB's charges for the services requested by the Trustee and Counsel for the Trustee during the compensation period are reasonable. BDPB therefore

respectfully requests the Court to grant this Application and allow interim compensation for professional services and reimbursement for expenses described herein.

6

## INDEXING OF TASKS BY ACTIVITY TYPE

As set forth in the Exhibits to this Application, the Applicant has organized its time records by activity codes in accordance with the Guidelines.  Accordingly, each of the time entries of the accountants of the Applicant have been indexed into the categories listed below.

**Case Administration:**  Coordination and compliance activities, including, but not limited to: compliance with United States Trustee Guidelines; general creditor inquiries; and activities relating to the general administration of these cases as well as other tasks not otherwise indexed by activity code.

**Accounting / Auditing:** Activities related to maintaining and auditing books of account, preparation of financial statements, and account analysis.

**Asset Analysis and Recovery:** Analysis of assets and related work; issues related to the preservation or disposal of property of the Estates; Identification and review of potential assets including causes of action and non-litigation recoveries.

**Business Operations:** Issues related to the Debtors operating its business as Debtors in Possession in Chapter 11, including, but not limited to, employee, vendor and consumer issues.

**Data Analysis:** Management information systems review, installation and analysis, construction, maintenance, and reporting of significant case financial data, lease rejection, claims, etc.

**Litigation Consulting:** Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions, forensic accounting, etc.

**Meeting of Creditors/Committees:**  Preparation for and attendance at the meeting of creditors; and time entries related to issues pertaining to the 341 meeting and meetings with the Committees.

**Preparation of Trustee Reports:**  Preparation of Schedules and Statement of Financial Affairs; Trustee in Possession (TIP) reports; and other reports required to be filed by the Trustee.

**Reconstruction Accounting:**  Reconstruction of books and records from past transactions and bringing accounting current.

**Tax Issues:**  Analysis of tax issues and preparation of state and federal tax returns

## DESCRIPTION OF SERVICES

During the Application Period, BDPB has rendered extensive and necessary services for and on behalf of the Estate, as set forth below.  The following descriptions of services are meant only as a summary of the services rendered by BDPB during the five-month period.  A more complete and detailed listing of all time entries can be reviewed in the attached Composite Exhibit 3:

**Litigation Consulting**                                          1,182.60 hours        $261,634.00

- Continued to assist counsel in the filing and/or the subsequent pursuit of various adversary actions and demand packages for the following:

    o   Avoidance actions

    o   Actions against financial institutions

    o   Actions against investors

    o   Proceeding regarding RRA accountants

    o   Actions against former RRA employees

- Continued to provide forensic analysis in support of Action Against Financial Institution(s)

    o   Updated overdraft analysis for all RRA bank accounts

    o   Meetings and telephone calls with counsel

    o   Responded to Interrogatories and Requests for Production

    o   Prepared for and deposed as 30(b)(6) designee witness

- Continued to provide forensic analysis in support of Action Against Lenders

    o   Reviewed Motions to Dismiss and Memorandum

    o   Reviewed and analyzed the Nelson expert report and tracing analysis

8

- o Performed preliminary tracing to test opposing expert assertions

- Scott Rothstein and Scott Rothstein ("SWR") Entities

  - o Continued analysis of Scott Rothstein and SWR Entity Quicken data

  - o Identified and summarized charitable and political contribution transactions

  - o Continued investigation of SWR entities

  - o Reviewed and analyzed information in preparation for and interview of Scott Rothstein

  - o Analyzed transactions from Scott Rothstein personal bank accounts to identify potential subsequent transferees

    - Created database ("SWR transaction database") of personal banking transactions through export of accounting software data to spreadsheet

    - Updated transaction database for transactions reflected on bank statements not recorded in accounting software

    - Traced source of funds used to pay transferees as recorded in the SWR transaction database

- Investor Data Analysis

  - o Update flow of funds analyses for select investors.

    - Prepared preference, fraudulent transfer and usury analysis for all identified investors

    - Compiled all "deal" documents and matched to investor schedules

  - o Continued to update RRA transaction database re: performance of disbursement analysis

  - o Analyzed and reconciled Banyon Transaction Database in connection with adversary proceedings and other potential actions

  - o Continued reconciliation of Banyon inter-entity receivables and payables

9

- Cross-referencing Banyon database with "Deal" numbers to identify proper receipt and payment of funds

  o Prepared preliminary 90-day transfer schedule for Banyon 1030-32, LLC

    - Verify cleared cash balances and check clear dates

  o Analysis of feeder fund records to identify potential subsequent transferees

    - Prepared flow of funds analyses for counsel

    - Reconciled fund transactions to bank records

  o Prepared usury and new value calculations for counsel

  o Continued refinement of the 27,000 four-year pre-petition period transactions to assist counsel in categorizing transferees and ensure all individuals and entities of interest were analyzed for transfer or preference actions

- Assisted counsel by providing financial information necessary to purse actions against investor, vendor and employee targets

  o Performed financial analysis and tracing of payments to various transferees

  o Responded to various discovery requests

  o Compiled supporting documentation for lists of vendors requested by counsel

- Prepared preliminary cash flow statement for RRA


**Computer Forensics**                                    99.00 hours        $27,892.50

- Reviewed and assess policies and access to secured storage facility

- Processed custodian e-mail accounts per counsel requests

  o Index e-mail mailboxes for selected custodians

  o Export mailboxes from electronically stored information ("ESI")

  o Created search filters using keywords provided by counsel

10

- o Applied search filters to requested e-mail custodians accounts and compiled search results

- o Prepared media for counsel with appropriate search results

- Continued maintenance of chain of custody documentation

- Continued management of all ESI obtained to date

- Continued assistance to Trustee's counsel with performance of computer forensic procedures in re: various electronic discovery requests

**Discovery**                                            21.60 hours        $6,691.50

- Corresponded with and preparation of data in re: production to creditor's counsel

- Corresponded with and preparation of data in re: production to the FBI

- Corresponded with counsel and preparation of data in re: establishment of a production repository and associated protocols.

- Corresponded with counsel and preparation of date in re: production to various defendants or requesting parties.

**Fee Application**                                       19.30 hours        $6,053.50

- Prepared Fourth Interim Fee Application

- Prepared May 2011 Monthly Interim Fee Requests

- Prepared June 2011 Monthly Interim Fee Requests

- Prepared July 2011 Monthly Interim Fee Requests

- Prepared August 2011 Monthly Interim Fee Request

**Tax Issues**                                            13.40 hours        $2,544.00

- Continued preparation of draft tax return, Form 1120S, for tax year 2010

11

**Business Operations**                                                      8.80 hours          $2,204.00

- IT Support

   o   Maintained computer systems and daily backups

   o   Transferred and organized RRA evidence drives at secured storage facility

   o   Supported Trustee's staff with hardware and software issues

**EVALUATION OF SERVICES RENDERED;**

**FIRST COLONIAL CONSIDERATIONS**

The Applicant believes that the requested fee, of **$307,019.50** for **1,344.70** hours worked, is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

1.      **The General Nature of the Services Rendered; the Amounts Involved and the Results Obtained**

This case was commenced with the filing of Involuntary Bankruptcy Petitions for the Debtors on November 10, 2009.  The services provided by BDPB are reflected in *Exhibit 3 – Daily Time Entries by Activity Code* of this Application.

2.      **Time and Labor Required**

The time records transcribed in the Exhibits hereto show that BDPB has devoted not less than **1,344.70** hours of actual recorded time to the performance of accounting services in these proceedings.  Those daily time records, however, do not reflect every hour or fraction thereof expended in matters such as telephone calls, routine correspondence, brief conferences and responses to requests for information concerning the status of these proceedings.  Time devoted to such matters often eludes recording, but, if recorded, would undoubtedly add to the foregoing total. The accountants for the Trustee recorded the time expended on behalf of the Trustee accurately and there was no duplication of time.  The hours expended accurately reflect the work performed.

13

3.      <u>Novelty and Difficulty of Services and Skills Requisite to the Accounting</u>

The issues presented in this case are novel given that a "Ponzi" scheme was run out of a fully operating law firm; the difficulty of dealing with the accounting records, the relative inexperience of the Debtor's accounting personnel, and the unique nature of the Debtor's business.

The Debtor failed to keep complete accounting records or to keep conventional accounting records. The Debtor's accounting records consisted of 11 separate general ledgers/QuickBooks files, at least one for each banking institution, certain trust accounts and offices opened since the Debtor's inception. These QuickBooks files had to be consolidated into one financial database and the veracity of the database had to be tested. The consolidated database contains over 125,000 transactions. Many of the transactions contained incomplete information pertaining to payees and/or ultimate beneficiary of funds. In addition, thousands of transactions were not accounted for in a meaningful or useful manner. There was also significant time expended understanding the accounting treatment of the "Ponzi" investments verses the transactions relating to law firm operations versus the transactions to or for the benefit of Scott Rothstein. As a result, much time and effort has been expended to create a database of accounting information that will provide for an efficient and accurate analysis of the Debtor's transactions.

To create the database of accounting information we have conducted an investigation that has included assisting legal Counsel to the Trustee with discovery to retrieve records from third parties; examining and analyzing the Debtor's and Non-Debtors business documents; interviewing former employees and service providers of the Debtors; and obtaining electronic data to facilitate the efficiency of our investigation. The database of accounting information has facilitated our forensic accounting and investigation activities to assist Counsel's efforts to recover fraudulent conveyances

14

and preferences, identify and recover assets, and provide expert accounting support to potential future litigation.

4.      The Skill Requisite to Perform the Services Properly

BDPB has staffed the engagement with personnel experienced in bankruptcy and forensic accounting. The extensive experience and capabilities of the professionals involved with this case meet the requirement of the accounting skills, judgment and experience in the fields of bankruptcy and related corporate financial and taxation issues and other forensic accounting and consultation skills required for the successful completion of the objectives of the Trustee.

5.      The Preclusion of Other Employment by the Professional Due to Acceptance of this Case

BDPB has not been precluded from any other employment due to the acceptance of this case.

6.      The Customary Fee

The customary fee for services of the type rendered herein; BDPB charges commercial clients on one or more of the following criteria:  reasonable fee for services rendered, hourly charges, or fixed fee.  To the extent hourly charges are relevant, BDPB commands from commercial clients' hourly rates ranging from $95 an hour to $425 per hour depending on the level of professional skill required.

7.      Whether the Fee is Fixed or Contingent

The fee is contingent inasmuch as it is subject to approval of the Court.  The Court should consider this factor, which militates in favor of a fee award in the amount requested.  The Applicant

15

respectfully requests that the Court note that the Applicant received a minimal retainer at the outset of this engagement, and that when Applicant was retained; there were relatively no hard assets in the Estate.

**8.      Time Limitations Imposed by the Client or Other Circumstances**

BDPB was directed to commence work by the Trustee on November 10, 2009 to assist the Trustee

in: the investigation of the manner in which the affairs of the debtor were conducted; the

determination of what happened to investor funds; the investigation of possible preferential

transfers and fraudulent conveyances; and forensic accounting services in support of litigation to

recover assets.  While no specific deadlines have been imposed, BDPB is working with haste and

care to assist the Trustee.

**9.      The Experience, Reputation, and Ability of the Professional**

BDPB is an established accounting firm comprised of 18 directors and over 150 personnel.  Its

professionals and staff working on this case are experienced in matters of this kind. The Applicant

enjoys a fine reputation and has demonstrated substantial ability in the field of forensic accounting.

**10.      Undesirability of Case**

This case is not undesirable.  The Applicant is privileged to have the opportunity to work for the

Trustee and, as needed, appear before the Court in this case.

**11.      Nature and Length of Professional Relationship with Client**

BDPB's relationship with the Trustee began on November 3, 2009 (the date the Trustee was

appointed as Receiver).

**12.      Awards in Similar Cases**

The amount requested by BDPB is reasonable in terms of awards in cases of similar magnitude and

complexity.   The  compensation  which  BDPB  requests  comports  with  the  mandate  of  the

Bankruptcy  Code,  which  directs  that  services  be  evaluated  in  light  of  comparable  services

performed in non-bankruptcy cases in the community.  Considering the results obtained thus far,

17

this fee request is appropriate.   Likewise, as with all major accounting firms, BDPB's overhead expenses are substantial.   Much of the fee which the Court awards BDPB will merely defray such significant overhead expenses already incurred and paid during the pendency of this case. The fees requested by the Applicant, $307,019.50 reflect an average hourly rate of $228.32 for 1,344.70 hours.

## CONCLUSION

WHEREFORE, Applicant respectfully requests the Court to enter an order: (i) awarding the Applicant the sum of $247,281.81, comprised of (a) $245,615.60, as compensation for services rendered during the Application Period, which represents 80% of $307,019.50, the amount of fees incurred in the Application Period and provides for a "holdback" of 20% of fees incurred in the Application Period, and (b) $1,666.21 as reimbursement for actual and necessary expenses incurred during the course of the Trustee's engagement of the Applicant to provide forensic accounting services during the Application period; (ii) authorizing the Trustee to pay the Applicant $30,701.95 which represents the difference between the 70% of fees paid to the Applicant during the Application Period pursuant to Interim Compensation Order[1] and the 80% of fees awarded herein; (iii) in addition to the foregoing amounts the Trustee seeks authorization to pay $219,827.46, which represents 50%  of the Accumulated Holdback on the prior fee applications; and (iv) granting such other and further relief as the Court deems appropriate.

---

[1] On September 30, 2010, the Court entered the Order Granting Trustee's Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [D.E. # 1044] (the "Interim Compensation Order")

18

Case No.: 09-34791-BKC-RBR

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true copy of this application, with all exhibits, has been forwarded along with the application to Counsel for the Trustee this 27th day of September, 2011 who served it to all parties on the attached service list.

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants, LLP
Accountants for Debtor
200 South Biscayne Boulevard, Sixth Floor
Miami, Florida 33131
Telephone:  305-379-7000

By: _____
Richard A. Pollack, CPA

19

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Regular U.S. Mail, postage prepaid, fax, email and/or overnight delivery upon all parties on the attached Service List this 28th day of September, 2011.

BERGER SINGERMAN, P.A.
*Counsel for Herbert Stettin, Chapter 11 Trustee*
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:   /s/  Paul Steven Singerman
    Paul Steven Singerman
    singerman@bergersingerman.com
    Florida Bar No. 378860
    Isaac Marcushamer
    imarcushamer@bergersingerman.com
    Florida Bar No. 0060373

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA CM/ECF and EMAIL)**

John H. Genovese, Esq.
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International
Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
**(VIA CM/ECF and EMAIL)**

Kendall Coffey, Esq.
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com
**(VIA CM/ECF and EMAIL)**

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131
**(VIA U.S. MAIL and EMAIL)**

John G. Bianco, Esq.
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl.  33301
jgb@trippscott.com
**(VIA CM/ECF and EMAIL)**

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Alison.Lehr@usdoj.gov
Grisel.alonso@usdoj.gov
**(VIA CM/ECF and EMAIL)**

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida  33394
jsonn@sonnerez.com
**(VIA CM/ECF and EMAIL)**

Office of the US Trustee
51 Southwest First Avenue
Suite 1204
Miami, Florida  33130
**(VIA CM/ECF and EMAIL)**

Thomas Tew, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
 **(VIA CM/ECF and EMAIL)**

Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
bs@conradscherer.com
JSilver@conradscherer.com
**(VIA CM/ECF and EMAIL)**

2441794-1

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
mseese@hinshawlaw.com
**(VIA CM/ECF and EMAIL)**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130
**(Via U.S. Mail)**

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl  33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**(Via U.S. Mail)**

William George Salim, Jr.
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
**(VIA CM/ECF and EMAIL)**

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Anthony.gruppo@usi.biz
**(VIA EMAIL)**

Marc Nurik, Esq.
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com
**(VIA EMAIL)**

BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
bamron@bastamron.com
jbast@bastamron.com
**(VIA CM/ECF and EMAIL)**

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Mark Bloom, Esq.
John B. Hutton, Esq.
Greenberg Traurig, LLP
333 Avenue of the Americas, Suite 4400
Miami, FL 33131-3238
bloomm@gtlaw.com
huttonj@gtlaw.com
**(VIA CM/ECF and EMAIL)**

Robert D. Critton, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com
**(VIA CM/ECF and EMAIL)**

Roth & Scholl
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
jeff@rothandscholl.com
**(VIA CM/ECF and EMAIL)**

Rogers, Morris & Ziegler, LLP
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
mfbooth@rmzlaw.com
**(VIA CM/ECF and EMAIL)**

Arthur C. Neiwirth, Esq.
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
aneiwirth@qpwblaw.com
**(VIA CM/ECF and EMAIL)**

The Florida Bar
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org
**(VIA CM/ECF and EMAIL)**

Micheal W. Moskowitz, Esq.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com
**(VIA CM/ECF and EMAIL)**

Francis L. Carter, Esq.
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
flc@katzbarron.com
**(VIA CM/ECF and EMAIL)**

Bradley S. Shraiberg, Esq.
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
bshraiberg@sfl-pa.com
**(VIA CM/ECF and EMAIL)**

Henry S. Wulf, Esq.
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
E-Mail: hwulf@carltonfields.com
**(VIA CM/ECF and EMAIL)**

EMESS Capital, LLC
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
E-Mail: bkatzen@klugerkaplan.com
jberman@klugerkaplan.com
**(VIA CM/ECF and EMAIL)**

2441794-1                                    3

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Ira Sochet, Trustee
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
E-Mail: pmhudson@arnstein.com
**(VIA CM/ECF and EMAIL)**

Coquina Investments
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
E-Mail: predmond@stearnsweaver.com
**(VIA CM/ECF and EMAIL)**

Michael I. Goldberg, Esq.
Las Olas Centre -  Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
E-Mail: Michael.goldberg@akerman.com
Eyal.berger@akerman.com
**(VIA CM/ECF and EMAIL)**

LMB Funding Group
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
E-Mail: rfurr@furrcohen.com
**(VIA CM/ECF and EMAIL)**

Lawrence A. Gordich, Esq.
Melissa Alagna, Esq.
SEGALL/GORDICH P.A.
801 Brickell Avenue, Suite 900
Miami, Florida 33131
Email: lag@segallgordich.com
Email: mma@segallgordich.com
**(VIA CM/ECF and EMAIL)**

Broward County
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
E-Mail: hhawn@broward.org
**(VIA CM/ECF and EMAIL)**

Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
E-Mail – steven.solomon@gray-robinson.com
**(VIA CM/ECF and EMAIL)**

Peter F. Valori, Esq.
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
E-mail: pvalori@dvllp.com
**(VIA CM/ECF and EMAIL)**

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
**(Via US Mail)**

CIT Technology Financing Services I, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
**(Via US Mail)**

Gibraltar Private Bank & Trust Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(Via US Mail)**

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055
**(Via US Mail)**

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399
**(Via US Mail)**

2441794-1                                        4

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301
**(Via US Mail)**

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130
**(Via US Mail)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(Via US Mail)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
**(Via US Mail)**

Carpenter & Berger, PL
6400 N. Andrew Ave, suite 370
Fort Lauderdale, FL 33309
**(Via US Mail)**

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com
**(VIA CM/ECF and EMAIL)**

Darol H. M. Carr, Esq.
99 Nesbit Street
Punta Gorda, FL 33950
dcarr@farr.com
**(VIA CM/ECF and EMAIL)**

Jane A. Bee, Esq.
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103-6998
bee@blankrome.com
**(VIA EMAIL)**

Roderick F. Coleman, Esq.
400 South Dixie Highway, Suite 121
Boca Raton, FL 33432
rfc@colemanattorneys.com
**(VIA CM/ECF and EMAIL)**

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053
mhaltzman@lammrubenstone.com
**(VIA CM/ECF and EMAIL)**

Robert C. Buschel, Esq.
100 S.E. Third Ave, Suite 1300
Fort Lauderdale, FL 33394
**buschel@bglaw-pa.com**
**(VIA CM/ECF and EMAIL)**

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants,
LLP
200 S Biscayne Boulevard, Sixth Floor
Miami, FL  33131-2310
Attn: Richard Pollack
**(Via Email and U.S. Mail)**

MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Attn: James C. Moon, Esq.
jmoon@melandrussin.com
Attn: Peter D. Russin, Esq.
prussin@melandrussin.com
Attn: Michael S. Budwick, Esq.
mbudwick@melandrussin.com
**(VIA CM/ECF and EMAIL)**

Gary S. Blake, Esq.
1499 W. Palmetto Park Rd
Suite 300
Boca Raton, FL 33486
gblake@lglaw.net
**(VIA CM/ECF and EMAIL)**

2441794-1

5

# MASTER SERVICE LIST

CASE NO.: 09-34791-BKC-RBR

Melinda S. Thornton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, Fl 33128-1993
Email: cao.bkc@miamidade.gov
**(VIA CM/ECF and EMAIL)**

SLATKIN & REYNOLDS, P.A.
Attorneys for Russell Adler and Katie Adler
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida 33301
Telephone 954.745.5880
Facsimile 954.745.5890
jslatkin@slatkinreynolds.com
**(VIA CM/ECF and EMAIL)**

ASSOULINE & BERLOWE, P.A.
213 East Sheridan Street, Ste. 3
Dania Beach, FL 33004
Attn: Eric N. Assouline, Esq.
ena@assoulineberlowe.com
**(VIA CM/ECF and EMAIL)**

Steven J. Reisman, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: sreisman@curtis.com
**(Via Email and U.S. Mail)**

Turner P. Smith, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: tsmith@curtis.com
**(Via Email and U.S. Mail)**

Maryann Gallagher, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue

New York, NY 10178-0061
E-mail: mgallagher@curtis.com
**(Via Email and U.S. Mail)**

ILEANA CRUZ BONGINI, ESQ.
icruz@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.
Coquina Investments
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
**(VIA CM/ECF and EMAIL)**

Lynn Maynard Gollin
lgollin@gordonrees.com
Gordon & Rees LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, FL 33131
**(VIA CM/ECF and EMAIL)**

Paul J. McMahon, Esq.
Paul Joseph McMahon, P.A.
2840 S.W. Third Ave
Miami, Florida 33129
pjm@pjmlawmiami.com
**(VIA CM/ECF and EMAIL)**

Robert P. Avolio, Esq.
Crossroads Corporate Center
3150 Brunswick Pike, Ste. 120
Lawrenceville, NJ 08648
ravolio@avoliohanlon.com
**(Via Email and U.S. Mail)**

Mark S. Shipman, Esq.
20 Batterson Park Road, Suite 120
Farmington, CT 06032
mark@shipso.com
**(Via Email and U.S. Mail)**

2441794-1                                    6

# MASTER SERVICE LIST
CASE NO.: 09-34791-BKC-RBR

Heather L. Ries, Esq.
Fox Rothschild, LLP
222 Lakeview Ave, Suite 700
West Palm Beach, Fl 33401
hries@foxrothschild.com
**(VIA CM/ECF and EMAIL)**

Geoffrey S. Aaronson, Esq.,
Geoffrey S. Aaronson, P.A.,
 Local Counsel for FEP and
the FEP Victims Group,
Miami Tower, 100 SE 2nd Street,
27th Floor, Miami, Florida 33131
**gaaronson@aaronsonpa.com**
**(VIA CM/ECF and EMAIL)**

Michael Paris, Esq.
William C. Nystrom, Esq.
Nystrom, Beckman & Paris, LLP
Counsel for FEP & the FEP Victims Group
10 Saint James Avenue, 16th Floor
Boston, MA 02116
mparis@nbparis.com
wnystrom@nbparis.com
**(Via Email and U.S. Mail)**

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3238
**SBaena@bilzin.com**
**(VIA CM/ECF and EMAIL)**

Alberta L. Adams, Esq.
Mills Paskert Divers
100 North Tampa Street, Suite 2010
Tampa, Florida 33602
**aadams@mpdlegal.com**
**(VIA CM/ECF and EMAIL)**

James B. Sowka, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: jsowka@seyfarth.com
**(VIA CM/ECF and EMAIL)**

David C. Christian II, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: dchristian@seyfarth.com
**(VIA CM/ECF and EMAIL)**

David M. Levine, Esq.
Levine Kellogg Lehman Schneider &
Grossman, LLP
201 S. Biscayne Blvd, 34th Floor
Miami, Florida 33131
Email: dml@lkllaw.com
**(VIA CM/ECF and EMAIL)**

Timothy W. Volpe, Esq.
John T. Rogerson, III, Esq.
Caroline Prieto, Esq.
Volpe, Bajalia, Wickes, Rogerson & Wachs,
P.A.
501 Riverside Ave, 7th Floor
Jacksonville, FL 32202
**(Via U.S. Mail)**

Denise D. Dell-Powell, Esq.
BURR & FORMAN, LLP
450 South Orange Avenue, Suite 200
Orlando, Florida 32801
**(VIA CM/ECF)**

McINTOSH SCHWARTZ, P.L.
Alain E. Boileau, Esq.
888 Southeast 3rd Ave., Suite 500
Fort Lauderdale, FL 33316
**(VIA CM/ECF)**

2441794-1

7

Case No.: 09-34791-BKC-RBR

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**
**Exhibit 1-A**

| Name | Director, Staff or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| Richard Pollack | Director | | 63.80 | $ 400.00 | $ 25,520.00 |
| Dan Hughes | Director | | 4.20 | 365.00 | 1,533.00 |
| Andreea Cioara | Director | | 2.30 | 357.50 | 823.00 |
| Scott Bouchner | Director | | 1.70 | 410.00 | 707.50 |
| Joel Glick | Associate Director | | 434.50 | 317.08 | 138,190.00 |
| Richard Fechter | Associate Director | | 174.20 | 316.39 | 54,699.50 |
| Theodore Brown | Staff | | 505.10 | 95.00 | 47,984.50 |
| Martin Prinsloo | Staff | | 101.40 | 294.55 | 29,796.00 |
| Gregory Geibel | Staff | | 3.40 | 150.00 | 510.00 |
| Joe Gutierrez | Staff | | 2.40 | 300.00 | 720.00 |
| Larry Bernstein | Staff | | 4.20 | 180.00 | 756.00 |
| Brett Stillman | Staff | | 12.00 | 200.00 | 2,400.00 |
| Christian Taveras | Staff | | 3.00 | 153.33 | 460.00 |
| Giselle Arbas | Staff | | 13.70 | 85.00 | 1,164.50 |
| Mikel Gastaminsa | Staff | | 9.60 | 85.00 | 816.00 |
| Michael Vegueria | Staff | | 5.70 | 85.00 | 484.50 |
| Farah Luis-Fayat | Staff | | 3.50 | 130.00 | 455.00 |
| | | | **1,344.70** | | |

| Blended Average Hourly Rate: | | | | $ 228.32 | |
| **Total fees:** | | | | | **$ 307,019.50** |

6

Case No.: 09-34791-BKC-RBR

**Summary of Professional and Paraprofessional Time by Activity Code Category
for this Time Period Only
Exhibit 1-B**

| Activity Code | Name | Rate | Hours | Fee |
|---|---|---|---|---|
| Litigation Consulting | Theodore Brown | $95.00 | 505.10 | 47,984.50 |
| | Joel Glick | $325.00 | 404.50 | 128,711.50 |
| | Richard Fechter | $325.00 | 172.50 | 54,172.50 |
| | Richard Pollack | $400.00 | 63.80 | 25,520.00 |
| | Giselle Arbas | $85.00 | 13.70 | 1,164.50 |
| | Mikel Gastaminsa | $85.00 | 9.60 | 816.00 |
| | Michael Vegueria | $85.00 | 5.70 | 484.50 |
| | Dan Hughes | $365.00 | 4.20 | 1,533.00 |
| | Martin Prinsloo | $300.00 | 1.80 | 540.00 |
| | Scott Bouchner | $425.00 | 1.70 | 707.50 |
| **Litigation Consulting Total** | | **$425.00** | **1,182.60** | **261,634.00** |
| Computer Forensics | Martin Prinsloo | $300.00 | 85.80 | 25,116.00 |
| | Brett Stillman | $200.00 | 12.00 | 2,400.00 |
| | Joel Glick | $325.00 | 1.20 | 376.50 |
| **Computer Forensics Total** | | **$325.00** | **99.00** | **27,892.50** |
| Discovery | Joel Glick | $325.00 | 10.80 | 3,451.50 |
| | Martin Prinsloo | $300.00 | 10.80 | 3,240.00 |
| **Discovery Total** | | **$325.00** | **21.60** | **6,691.50** |
| Fee Application | Joel Glick | $325.00 | 17.60 | 5,526.50 |
| | Richard Fechter | $310.00 | 1.70 | 527.00 |
| **Fee Application Total** | | **$325.00** | **19.30** | **6,053.50** |
| Tax Issues | Larry Bernstein | $180.00 | 4.20 | 756.00 |
| | Farah Luis-Fayat | $130.00 | 3.50 | 455.00 |
| | Gregory Geibel | $150.00 | 3.40 | 510.00 |
| | Andreea Cioara | $365.00 | 2.30 | 823.00 |
| **Tax Issues Total** | | **$365.00** | **13.40** | **2,544.00** |
| Business Operations | Christian Taveras | $155.00 | 3.00 | 460.00 |
| | Martin Prinsloo | $300.00 | 3.00 | 900.00 |
| | Joe Gutierrez | $300.00 | 2.40 | 720.00 |
| | Joel Glick | $310.00 | 0.40 | 124.00 |
| **Business Operations Total** | | **$310.00** | **8.80** | **2,204.00** |
| **Total** | | | **1,344.70** | **307,019.50** |

Case No.: 09-34791-BKC-RBR

**Summary of Requested Reimbursement of Expenses
for this Time Period Only
Exhibit 2**

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | - |
| 2. | Process Service Fees | $ | - |
| 3. | Witness Fees | $ | - |
| 4. | Court Reporter Fees and Transcripts | $ | - |
| 5. | Lien and Title Searches | $ | - |
| 6. | Photocopies | | |
| | (a) In-house copies | $ | - |
| | (b) Outside copies - Ikon Office Solutions | $ | 529.04 |
| 7. | Postage | $ | - |
| 8. | Overnight Delivery Charges | $ | - |
| 9. | Outside Courier/Messenger Services | $ | - |
| 10 | Long Distance Telephone Charges | $ | - |
| 11. | Long Distance Fax Transmissions | $ | - |
| 12. | Computerized Research | $ | - |
| 13. | Out-of-Southern-District-of-Florida Travel | $ | - |
| 14. | Other Permissible Expenses | $ | 1,137.17 |
| | Storage containers for evidence drives | 252.52 | |
| | Hotel Expense - Interview with Scott Rothstein | 258.76 | |
| | Two external 2 TB drives for E-Discovery | 192.58 | |
| | External Hard-drives for forensic acquisitions | 433.31 | |
| | **Total Expense Reimbursement Requested** | **$** | **1,666.21** |

8

Case No.: 09-34791-BKC-RBR

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 05/02/11 | Joel Glick | $ 310.00 | Prepare schedule of payments to Irene Stay in response to request for interrogatories | 0.80 | 248.00 |
| Litigation Consulting | 05/02/11 | Joel Glick | $ 310.00 | Per counsel request, prepare schedule of payments for summary judgment | 0.70 | 217.00 |
| Litigation Consulting | 05/02/11 | Theodore Brown | $ 95.00 | Prepare questions regarding RRA and SWR databases for possible upcoming depositions. | 8.30 | 788.50 |
| Litigation Consulting | 05/03/11 | Joel Glick | $ 310.00 | Meeting with counsel to review and code all 4-yr transfers and determine status of transferee; Meeting with Trustee | 8.90 | 2,759.00 |
| Litigation Consulting | 05/03/11 | Theodore Brown | $ 95.00 | Investigate transactions per request from counsel | 9.00 | 855.00 |
| Litigation Consulting | 05/04/11 | Joel Glick | $ 310.00 | Meeting with counsel to review and code all 4-yr transfers and determine status of transferee | 4.90 | 1,519.00 |
| Litigation Consulting | 05/04/11 | Joel Glick | $ 310.00 | Review schedule of transactions compiled for requested target transferees. | 0.60 | 186.00 |
| Litigation Consulting | 05/04/11 | Joel Glick | $ 310.00 | Review and verify amounts listed in complaint and exhibits | 0.90 | 279.00 |
| Litigation Consulting | 05/04/11 | Joel Glick | $ 310.00 | Review of schedules; Discuss data center policies; review database reconciliation | 2.10 | 651.00 |
| Litigation Consulting | 05/04/11 | Theodore Brown | $ 95.00 | Verified RRA database to deal database to reconcile | 7.00 | 665.00 |
| Litigation Consulting | 05/04/11 | Theodore Brown | $ 95.00 | Created schedules for counsel for litigation | 2.80 | 266.00 |
| Litigation Consulting | 05/05/11 | Joel Glick | $ 310.00 | Preparation for and meeting with counsel to review all 4yr transferees to categorize and determine status. | 2.90 | 899.00 |
| Litigation Consulting | 05/05/11 | Joel Glick | $ 310.00 | Update transfer schedule for name conformity; Format and send to counsel | 3.80 | 1,178.00 |
| Litigation Consulting | 05/05/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: insolvency and overdrafts | 0.50 | 155.00 |
| Litigation Consulting | 05/05/11 | Theodore Brown | $ 95.00 | Verified RRA database to deal database to reconcile | 4.00 | 380.00 |
| Litigation Consulting | 05/05/11 | Theodore Brown | $ 95.00 | Updated RRA database to help name conform potential RRA target list. | 5.20 | 494.00 |
| Litigation Consulting | 05/06/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 2.00 | 800.00 |
| Litigation Consulting | 05/06/11 | Theodore Brown | $ 95.00 | Updated RRA database to help name conform potential RRA target list. | 4.50 | 427.50 |
| Litigation Consulting | 05/06/11 | Theodore Brown | $ 95.00 | Investigated potential target name for meetings with counsel. | 3.00 | 285.00 |
| Litigation Consulting | 05/09/11 | Joel Glick | $ 310.00 | Review deal summary schedule and forward to counsel | 0.30 | 93.00 |
| Litigation Consulting | 05/09/11 | Joel Glick | $ 310.00 | Review updated transfer schedule and forward to counsel | 0.60 | 186.00 |
| Litigation Consulting | 05/09/11 | Joel Glick | $ 310.00 | Respond to various counsel requests regarding schedules and backup documentation | 0.90 | 279.00 |
| Litigation Consulting | 05/09/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 1.20 | 480.00 |
| Litigation Consulting | 05/09/11 | Theodore Brown | $ 95.00 | Updated RRA database to help name conform potential RRA target list. | 9.00 | 855.00 |
| Litigation Consulting | 05/10/11 | Joel Glick | $ 310.00 | Prepare general ledger pivot for analysis | 3.60 | 1,116.00 |
| Litigation Consulting | 05/10/11 | Joel Glick | $ 310.00 | Prepare chronological investor pivot table for counsel | 2.30 | 713.00 |
| Litigation Consulting | 05/10/11 | Joel Glick | $ 310.00 | Analysis of Target production for possible settlement discussions | 0.70 | 217.00 |
| Litigation Consulting | 05/10/11 | Joel Glick | $ 310.00 | Update of database to balance void transactions | 0.50 | 155.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 05/10/11 | Richard Fechter | $ 310.00 | Review and analysis re: due diligence of selected payees | 6.50 | 2,015.00 |
| Litigation Consulting | 05/10/11 | Theodore Brown | $ 95.00 | Updated RRA database to help name conform potential RRA target list. | 9.20 | 874.00 |
| Litigation Consulting | 05/11/11 | Joel Glick | $ 310.00 | Verify assertion in defendant interrogatory response that payment was dishonored. | 0.80 | 248.00 |
| Litigation Consulting | 05/11/11 | Joel Glick | $ 310.00 | Prepare 90-day transfer schedule for vendors only and send to counsel | 0.50 | 155.00 |
| Litigation Consulting | 05/11/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: insolvency questions | 0.50 | 155.00 |
| Litigation Consulting | 05/11/11 | Joel Glick | $ 310.00 | Analysis of accounting data in re: insolvency analysis | 2.70 | 837.00 |
| Litigation Consulting | 05/11/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 1.50 | 600.00 |
| Litigation Consulting | 05/11/11 | Theodore Brown | $ 95.00 | Updated RRA database to help name conform potential RRA target list. | 8.70 | 826.50 |
| Litigation Consulting | 05/12/11 | Joel Glick | $ 310.00 | Meeting with counsel and conflicts counsel re: insolvency and other case issues | 1.50 | 465.00 |
| Litigation Consulting | 05/12/11 | Joel Glick | $ 310.00 | Per counsel request, prepare calculation of new value for transferee | 0.60 | 186.00 |
| Litigation Consulting | 05/12/11 | Joel Glick | $ 310.00 | Preparation for meeting with counsel | 1.40 | 434.00 |
| Litigation Consulting | 05/12/11 | Richard Fechter | $ 310.00 | Review and analysis re: due diligence of selected payees | 6.70 | 2,077.00 |
| Litigation Consulting | 05/12/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 4.00 | 1,600.00 |
| Litigation Consulting | 05/13/11 | Joel Glick | $ 310.00 | Review and analysis re: due diligence of selected payees | 2.20 | 682.00 |
| Litigation Consulting | 05/13/11 | Joel Glick | $ 310.00 | Meet to review document request for Target and related entities | 0.60 | 186.00 |
| Litigation Consulting | 05/13/11 | Richard Fechter | $ 310.00 | Review production; analysis of subsequent transferees; draft request for document production; draft questions, issues, and observations | 8.20 | 2,542.00 |
| Litigation Consulting | 05/13/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 1.00 | 400.00 |
| Litigation Consulting | 05/16/11 | Richard Fechter | $ 310.00 | Review and analysis re: due diligence of selected payees | 2.50 | 775.00 |
| Litigation Consulting | 05/16/11 | Theodore Brown | $ 95.00 | RL Pearson Document review for report. | 9.40 | 893.00 |
| Litigation Consulting | 05/17/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 0.40 | 160.00 |
| Litigation Consulting | 05/17/11 | Theodore Brown | $ 95.00 | Updated deal database for additional funding dates. | 8.40 | 798.00 |
| Litigation Consulting | 05/18/11 | Joel Glick | $ 310.00 | Discuss PST files and data sent to counsel; Review balance sheet | 1.60 | 496.00 |
| Litigation Consulting | 05/18/11 | Richard Fechter | $ 310.00 | Review and analysis re: due diligence of selected payees | 2.50 | 775.00 |
| Litigation Consulting | 05/18/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 2.00 | 800.00 |
| Litigation Consulting | 05/18/11 | Theodore Brown | $ 95.00 | Preparation of RRA balance sheet statement and account analysis. | 8.60 | 817.00 |
| Litigation Consulting | 05/19/11 | Joel Glick | $ 310.00 | Analysis of accounting data in re: insolvency analysis | 1.60 | 496.00 |
| Litigation Consulting | 05/19/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: 4-yr transfer schedule and monthly balance sheets | 0.30 | 93.00 |
| Litigation Consulting | 05/19/11 | Richard Fechter | $ 310.00 | Review and analysis re: due diligence of selected payees | 2.40 | 744.00 |
| Litigation Consulting | 05/19/11 | Theodore Brown | $ 95.00 | Preparation of RRA balance sheet statement and account analysis. | 8.30 | 788.50 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 05/20/11 | Theodore Brown | $ 95.00 | Preparation of statement of cash flows for RRA | 7.00 | 665.00 |
| Litigation Consulting | 05/23/11 | Joel Glick | $ 310.00 | Review cash flow statement prepared from RRA database | 0.80 | 248.00 |
| Litigation Consulting | 05/23/11 | Joel Glick | $ 310.00 | Correspondence with counsel | 0.30 | 93.00 |
| Litigation Consulting | 05/23/11 | Joel Glick | $ 310.00 | Respond to counsel request for backup | 0.40 | 124.00 |
| Litigation Consulting | 05/23/11 | Theodore Brown | $ 95.00 | Preparation of statement of cash flows for RRA | 9.70 | 921.50 |
| Litigation Consulting | 05/24/11 | Joel Glick | $ 310.00 | Analysis of accounting data in re: insolvency analysis | 4.60 | 1,426.00 |
| Litigation Consulting | 05/24/11 | Joel Glick | $ 310.00 | Review cash flow statement prepared from RRA database | 1.30 | 403.00 |
| Litigation Consulting | 05/24/11 | Scott Bouchner | $ 395.00 | Discussions with Joel Glick regarding insolvency analysis. | 0.50 | 197.50 |
| Litigation Consulting | 05/24/11 | Theodore Brown | $ 95.00 | Preparation of statement of cash flows for RRA | 9.40 | 893.00 |
| Litigation Consulting | 05/25/11 | Joel Glick | $ 310.00 | Review cash flow statement prepared from RRA database | 1.60 | 496.00 |
| Litigation Consulting | 05/25/11 | Joel Glick | $ 310.00 | Preparation of repayment analysis per counsel request | 0.40 | 124.00 |
| Litigation Consulting | 05/25/11 | Richard Fechter | $ 310.00 | Review and analysis re: due diligence of selected payees | 2.30 | 713.00 |
| Litigation Consulting | 05/25/11 | Theodore Brown | $ 95.00 | Preparation of statement of cash flows for RRA | 8.80 | 836.00 |
| Litigation Consulting | 05/26/11 | Joel Glick | $ 310.00 | Review cash flow statement prepared from RRA database | 0.50 | 155.00 |
| Litigation Consulting | 05/26/11 | Richard Fechter | $ 310.00 | Prepare for and meet with counsel re: forfeiture and tracing analysis | 2.20 | 682.00 |
| Litigation Consulting | 05/26/11 | Theodore Brown | $ 95.00 | Investigated sources and uses of cash found on statement of cash flows. | 8.00 | 760.00 |
| Litigation Consulting | 05/27/11 | Joel Glick | $ 310.00 | Review cash flow statement prepared from RRA database | 0.80 | 248.00 |
| Litigation Consulting | 05/27/11 | Theodore Brown | $ 95.00 | Analyzed transactions for a production request for counsel. | 7.00 | 665.00 |
| Litigation Consulting | 05/31/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: upcoming deposition | 0.20 | 62.00 |
| Litigation Consulting | 05/31/11 | Joel Glick | $ 310.00 | Analysis of accounting data in re: insolvency analysis | 0.40 | 124.00 |
| Litigation Consulting | 05/31/11 | Joel Glick | $ 310.00 | Review overdraft analysis in preparation for upcoming deposition | 2.10 | 651.00 |
| Litigation Consulting | 05/31/11 | Joel Glick | $ 310.00 | Review list of bank accounts | 0.30 | 93.00 |
| Litigation Consulting | 05/31/11 | Joel Glick | $ 310.00 | Review cash flow schedule | 0.40 | 124.00 |
| Litigation Consulting | 05/31/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: Szafranski flow of funds analysis and review of Gift Fund account | 0.60 | 186.00 |
| Litigation Consulting | 05/31/11 | Richard Pollack | $ 400.00 | Review and analysis re: due diligence of selected payees | 0.50 | 200.00 |
| Litigation Consulting | 05/31/11 | Theodore Brown | $ 95.00 | Preparation of statement of cash flows for RRA | 1.00 | 95.00 |
| Litigation Consulting | 05/31/11 | Theodore Brown | $ 95.00 | Responded to inquiries from counsel regarding schedules | 7.10 | 674.50 |
| Litigation Consulting | 05/31/11 | Theodore Brown | $ 95.00 | Worked on the overdraft analysis schedule. | 1.00 | 95.00 |
| Litigation Consulting | 06/01/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 3.70 | 1,147.00 |
| Litigation Consulting | 06/01/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: overdrafts | 0.30 | 93.00 |
| Litigation Consulting | 06/01/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: preference and new value calculation | 0.20 | 62.00 |
| Litigation Consulting | 06/01/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: compiling backup for certain transfers | 0.40 | 124.00 |
| Litigation Consulting | 06/01/11 | Joel Glick | $ 310.00 | Analysis of Banyon inter-fund payables | 2.40 | 744.00 |
| Litigation Consulting | 06/01/11 | Richard Pollack | $ 400.00 | Discussion of case issues | 0.50 | 200.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 06/02/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 6.70 | 2,077.00 |
| Litigation Consulting | 06/02/11 | Joel Glick | $ 310.00 | Assist counsel with payment term calculations | 0.70 | 217.00 |
| Litigation Consulting | 06/02/11 | Joel Glick | $ 310.00 | Compile back-up support for 4-yr transfer payments | 0.60 | 186.00 |
| Litigation Consulting | 06/02/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors | 4.30 | 1,333.00 |
| Litigation Consulting | 06/02/11 | Richard Fechter | $ 310.00 | Vendor analysis and backup for payments re: clawback suits | 4.10 | 1,271.00 |
| Litigation Consulting | 06/03/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 3.60 | 1,116.00 |
| Litigation Consulting | 06/03/11 | Joel Glick | $ 310.00 | Analysis of bank statements and flow of funds to identify source of funds used for Szafranski "Gift Fund" | 2.40 | 744.00 |
| Litigation Consulting | 06/03/11 | Joel Glick | $ 310.00 | Discuss compiling invoices in support of certain potential fraudulent transfers | 0.30 | 93.00 |
| Litigation Consulting | 06/03/11 | Richard Fechter | $ 310.00 | Vendor analysis and backup for payments re: clawback suits; perform financial due diligence on selected payees | 8.40 | 2,604.00 |
| Litigation Consulting | 06/06/11 | Joel Glick | $ 310.00 | Analysis of bank statements and flow of funds to identify source of funds used for Szafranski "Gift Fund" | 3.20 | 992.00 |
| Litigation Consulting | 06/06/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: overdrafts and insolvency issues | 1.30 | 403.00 |
| Litigation Consulting | 06/06/11 | Joel Glick | $ 310.00 | Update overdraft schedules for other accounts | 2.90 | 899.00 |
| Litigation Consulting | 06/06/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors | 8.20 | 2,542.00 |
| Litigation Consulting | 06/07/11 | Joel Glick | $ 310.00 | Analysis of bank statements and flow of funds to identify source of funds used for Szafranski "Gift Fund" | 5.50 | 1,705.00 |
| Litigation Consulting | 06/07/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: up coming deposition | 0.30 | 93.00 |
| Litigation Consulting | 06/07/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors | 5.40 | 1,674.00 |
| Litigation Consulting | 06/08/11 | Joel Glick | $ 310.00 | Telephone call with counsel and banking expert | 0.60 | 186.00 |
| Litigation Consulting | 06/08/11 | Joel Glick | $ 310.00 | Analysis of "investor" deal; Discussions with counsel re: same | 1.10 | 341.00 |
| Litigation Consulting | 06/08/11 | Joel Glick | $ 310.00 | Update overdraft analysis for operating and payroll accounts | 2.50 | 775.00 |
| Litigation Consulting | 06/08/11 | Joel Glick | $ 310.00 | Research payments to specific transferee per counsel request | 0.60 | 186.00 |
| Litigation Consulting | 06/08/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors | 6.20 | 1,922.00 |
| Litigation Consulting | 06/09/11 | Joel Glick | $ 310.00 | Update overdraft analysis and send to counsel | 0.60 | 186.00 |
| Litigation Consulting | 06/09/11 | Joel Glick | $ 310.00 | Discuss scanning of SWR and entities banking records into system; Follow up on open projects | 0.60 | 186.00 |
| Litigation Consulting | 06/09/11 | Theodore Brown | $ 95.00 | Reconciled ending bank statement balances to ending QuickBooks balances. | 8.00 | 760.00 |
| Litigation Consulting | 06/10/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors and targets | 4.20 | 1,302.00 |
| Litigation Consulting | 06/10/11 | Theodore Brown | $ 95.00 | Scanned in SWR bank statements to digitize. | 6.00 | 570.00 |
| Litigation Consulting | 06/10/11 | Theodore Brown | $ 95.00 | Responded to requests for schedules from counsel. | 2.00 | 190.00 |
| Litigation Consulting | 06/13/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 1.60 | 496.00 |
| Litigation Consulting | 06/13/11 | Joel Glick | $ 310.00 | Telephone call with banking expert re: overdrafts | 1.20 | 372.00 |
| Litigation Consulting | 06/13/11 | Joel Glick | $ 310.00 | Review and verify daily balances and source of credits for accounts with overdrafts | 1.70 | 527.00 |

12

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 06/13/11 | Joel Glick | $ 310.00 | Discuss of scanning bank statements and backup into system | 0.40 | 124.00 |
| Litigation Consulting | 06/13/11 | Joel Glick | $ 310.00 | Review schedule of bank balances | 0.30 | 93.00 |
| Litigation Consulting | 06/13/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: overdraft schedules | 0.60 | 186.00 |
| Litigation Consulting | 06/13/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors and targets | 4.20 | 1,302.00 |
| Litigation Consulting | 06/13/11 | Theodore Brown | $ 95.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 2.50 | 237.50 |
| Litigation Consulting | 06/13/11 | Theodore Brown | $ 95.00 | Scanned in SWR bank statements to digitize. | 6.00 | 570.00 |
| Litigation Consulting | 06/13/11 | Giselle Arbas | $ 85.00 | Proof overdraft schedule account #0085 for upcoming deposition | 1.70 | 144.50 |
| Litigation Consulting | 06/13/11 | Mikel Gastaminsa | $ 85.00 | Prepare overdraft schedule for account #5214 for upcoming deposition | 3.80 | 323.00 |
| Litigation Consulting | 06/13/11 | Mikel Gastaminsa | $ 85.00 | Proof overdraft schedule account #5443 for upcoming deposition | 1.00 | 85.00 |
| Litigation Consulting | 06/13/11 | Mikel Gastaminsa | $ 85.00 | Proof overdraft schedule account #2053 for upcoming deposition | 0.80 | 68.00 |
| Litigation Consulting | 06/14/11 | Joel Glick | $ 310.00 | Review corrections to overdraft analysis with staff; Review analysis in preparation for meeting | 1.50 | 465.00 |
| Litigation Consulting | 06/14/11 | Joel Glick | $ 310.00 | Prepare a running balance and remains unpaid new value calculations for investor group transferees | 4.20 | 1,302.00 |
| Litigation Consulting | 06/14/11 | Joel Glick | $ 310.00 | Review Sophisticated Communications v City National Bank | 0.80 | 248.00 |
| Litigation Consulting | 06/14/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors and targets; analysis and backup for payments to selected vendors and targets | 6.40 | 1,984.00 |
| Litigation Consulting | 06/14/11 | Theodore Brown | $ 95.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 8.20 | 779.00 |
| Litigation Consulting | 06/14/11 | Giselle Arbas | $ 85.00 | Proof overdraft schedules for upcoming deposition (Accts #0093, #2053, #5443, and #5214) | 6.50 | 552.50 |
| Litigation Consulting | 06/15/11 | Joel Glick | $ 310.00 | Telephone call with counsel | 0.40 | 124.00 |
| Litigation Consulting | 06/15/11 | Joel Glick | $ 310.00 | Meeting with counsel re: upcoming 30(b)(6) deposition | 2.70 | 837.00 |
| Litigation Consulting | 06/15/11 | Joel Glick | $ 310.00 | Verify analysis request from counsel | 0.40 | 124.00 |
| Litigation Consulting | 06/15/11 | Joel Glick | $ 310.00 | Analysis of RRA Gibraltar bank accounts and transactions; Review complaint. | 3.80 | 1,178.00 |
| Litigation Consulting | 06/15/11 | Joel Glick | $ 310.00 | Analysis of transfer documents and underlying deposits in preparation for deposition | 1.20 | 372.00 |
| Litigation Consulting | 06/15/11 | Richard Fechter | $ 310.00 | financial due diligence of selected vendors and targets; analysis of payments and obtain backup | 3.50 | 1,085.00 |
| Litigation Consulting | 06/15/11 | Theodore Brown | $ 95.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 6.00 | 570.00 |
| Litigation Consulting | 06/15/11 | Theodore Brown | $ 95.00 | Verified deposited checks to cover overdrafts were written to RRA. | 3.20 | 304.00 |
| Litigation Consulting | 06/16/11 | Joel Glick | $ 310.00 | Prepare schedules of overdrafts for RRA TD bank accounts #1274 and #5369 | 5.40 | 1,674.00 |
| Litigation Consulting | 06/16/11 | Joel Glick | $ 310.00 | Update overdraft analyses for Gibraltar accounts | 1.60 | 496.00 |
| Litigation Consulting | 06/16/11 | Richard Fechter | $ 310.00 | financial due diligence of selected vendors and targets; analysis of payments and obtain backup | 6.40 | 1,984.00 |

13

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 06/16/11 | Theodore Brown | $ 95.00 | Investigated transactions regarding the line of credit. | 8.00 | 760.00 |
| Litigation Consulting | 06/16/11 | Giselle Arbas | $ 85.00 | Proof overdraft schedule account #0085 and create schedules for upcoming deposition (acct #0115, #0123, and TD accts) | 4.70 | 399.50 |
| Litigation Consulting | 06/17/11 | Joel Glick | $ 310.00 | Preparation for upcoming deposition; Update of overdraft schedules; review purpose of transfers into operating account | 5.60 | 1,736.00 |
| Litigation Consulting | 06/17/11 | Giselle Arbas | $ 85.00 | Proof overdraft schedules and create schedules for upcoming deposition (acct #0107) | 0.80 | 68.00 |
| Litigation Consulting | 06/20/11 | Joel Glick | $ 310.00 | Prepare documents for 30(b)6 deposition duces tecum | 0.50 | 155.00 |
| Litigation Consulting | 06/20/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: TD complaint | 0.30 | 93.00 |
| Litigation Consulting | 06/20/11 | Joel Glick | $ 310.00 | Telephone call with counsel and Trustee re: Gibraltar LOC | 0.40 | 124.00 |
| Litigation Consulting | 06/20/11 | Joel Glick | $ 310.00 | Preparation of schedules for 30(b)6 deposition | 8.80 | 2,728.00 |
| Litigation Consulting | 06/20/11 | Theodore Brown | $ 95.00 | Preparation for upcoming deposition. | 9.50 | 902.50 |
| Litigation Consulting | 06/21/11 | Joel Glick | $ 310.00 | Prepare for and attend deposition as 30(b)6 designee | 2.90 | 899.00 |
| Litigation Consulting | 06/21/11 | Joel Glick | $ 310.00 | Prepare schedule for target per counsel request | 0.70 | 217.00 |
| Litigation Consulting | 06/21/11 | Joel Glick | $ 310.00 | Review and send schedule for target per counsel request | 0.40 | 124.00 |
| Litigation Consulting | 06/21/11 | Theodore Brown | $ 95.00 | Created schedules for counsel for vendor list. | 8.20 | 779.00 |
| Litigation Consulting | 06/22/11 | Joel Glick | $ 310.00 | Review and send schedule for target per counsel request | 0.80 | 248.00 |
| Litigation Consulting | 06/22/11 | Joel Glick | $ 310.00 | Response to counsel request for documents | 0.40 | 124.00 |
| Litigation Consulting | 06/22/11 | Joel Glick | $ 310.00 | Response to counsel request for additional expense reports of _____ | 0.40 | 124.00 |
| Litigation Consulting | 06/22/11 | Joel Glick | $ 310.00 | Response to counsel request for schedules for Levinsons complaint | 0.60 | 186.00 |
| Litigation Consulting | 06/22/11 | Joel Glick | $ 310.00 | Per counsel request, identify transactions to target from all sources and prepare schedule with backup | 1.70 | 527.00 |
| Litigation Consulting | 06/22/11 | Richard Fechter | $ 310.00 | Review and analysis of _____ reimbursed expense reports | 2.20 | 682.00 |
| Litigation Consulting | 06/22/11 | Richard Fechter | $ 310.00 | Analysis and due diligence re: selected vendors and targets | 1.40 | 434.00 |
| Litigation Consulting | 06/22/11 | Theodore Brown | $ 95.00 | Created schedules for counsel on flow of funds analysis. | 8.30 | 788.50 |
| Litigation Consulting | 06/23/11 | Joel Glick | $ 310.00 | Review schedules re: payments to V. Georgio | 1.80 | 558.00 |
| Litigation Consulting | 06/23/11 | Joel Glick | $ 310.00 | Review schedule of payments to clawback target | 1.10 | 341.00 |
| Litigation Consulting | 06/23/11 | Joel Glick | $ 310.00 | Provide counsel with updated schedules | 2.40 | 744.00 |
| Litigation Consulting | 06/23/11 | Richard Fechter | $ 310.00 | Due diligence and analysis of selected vendors and targets; obtain backup support for payments | 5.80 | 1,798.00 |
| Litigation Consulting | 06/23/11 | Theodore Brown | $ 95.00 | Created schedules for counsel for vendor list. | 7.50 | 712.50 |
| Litigation Consulting | 06/23/11 | Mikel Gastaminsa | $ 85.00 | Performed financial analysis and due diligence for selected vendors. | 4.00 | 340.00 |
| Litigation Consulting | 06/24/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 3.90 | 1,209.00 |
| Litigation Consulting | 06/24/11 | Joel Glick | $ 310.00 | Telephone calls with counsel re: overdraft issues | 0.60 | 186.00 |
| Litigation Consulting | 06/24/11 | Joel Glick | $ 310.00 | Respond to counsel re: various requested projects | 0.40 | 124.00 |
| Litigation Consulting | 06/24/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors and targets | 5.60 | 1,736.00 |

Case No.: 09-34791-BKC-RBR

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 06/27/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 3.10 | 961.00 |
| Litigation Consulting | 06/27/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: Gibraltar adversary issues | 0.40 | 124.00 |
| Litigation Consulting | 06/27/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: subsequent transferees | 0.30 | 93.00 |
| Litigation Consulting | 06/27/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors and targets | 4.80 | 1,488.00 |
| Litigation Consulting | 06/27/11 | Theodore Brown | $ 95.00 | Scanned in paper SWR bank statements to digitize. | 8.20 | 779.00 |
| Litigation Consulting | 06/28/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets; Telephone call with counsel re: subsequent transferees | 3.80 | 1,178.00 |
| Litigation Consulting | 06/28/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: _____ finder fees; Analysis of investors brought in by _____; Review schedule of investor inflows and payments to _____. | 3.60 | 1,116.00 |
| Litigation Consulting | 06/28/11 | Joel Glick | $ 310.00 | Correspondence with counsel re: exhibits to TD Bank complaint | 0.30 | 93.00 |
| Litigation Consulting | 06/28/11 | Joel Glick | $ 310.00 | Per counsel request, research certain wire transfers to Africat Marine and provide schedule. | 1.80 | 558.00 |
| Litigation Consulting | 06/28/11 | Richard Fechter | $ 310.00 | Financial due diligence for selected vendors and targets | 2.70 | 837.00 |
| Litigation Consulting | 06/28/11 | Richard Fechter | $ 310.00 | Financial analysis for _____, _____, _____, and _____ | 2.30 | 713.00 |
| Litigation Consulting | 06/28/11 | Richard Pollack | $ 400.00 | Discussion re: _____ finder fees | 0.50 | 200.00 |
| Litigation Consulting | 06/28/11 | Theodore Brown | $ 95.00 | Scanned in paper SWR bank statements to digitize. | 5.00 | 475.00 |
| Litigation Consulting | 06/28/11 | Theodore Brown | $ 95.00 | Prepare schedules for counsel to use in deposition preparation. | 4.00 | 380.00 |
| Litigation Consulting | 06/29/11 | Joel Glick | $ 310.00 | Analysis of ABS deals to identify potential subsequent transferee targets | 2.20 | 682.00 |
| Litigation Consulting | 06/29/11 | Joel Glick | $ 310.00 | Review information, compile and provide to counsel | 1.90 | 589.00 |
| Litigation Consulting | 06/29/11 | Theodore Brown | $ 95.00 | Scanned in deal documents for production to counsel. | 8.30 | 788.50 |
| Litigation Consulting | 06/29/11 | Michael Vegueria | $ 85.00 | Scanned in investor financial packages | 5.70 | 484.50 |
| Litigation Consulting | 06/30/11 | Richard Fechter | $ 310.00 | Financial analysis re: payments from _____ to _____ | 1.30 | 403.00 |
| Litigation Consulting | 06/30/11 | Richard Fechter | $ 310.00 | Financial analysis re: payments for deal p18, MM14, MM15, and MM16 | 1.40 | 434.00 |
| Litigation Consulting | 06/30/11 | Richard Fechter | $ 310.00 | Financial analysis re: payment to _____ | 2.20 | 682.00 |
| Litigation Consulting | 06/30/11 | Richard Fechter | $ 310.00 | Financial analysis re: payment to _____ and _____ | 1.70 | 527.00 |
| Litigation Consulting | 07/05/11 | Theodore Brown | $ 95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 7.00 | 665.00 |
| Litigation Consulting | 07/06/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence re:_____ | 2.30 | 747.50 |
| Litigation Consulting | 07/06/11 | Theodore Brown | $ 95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 8.00 | 760.00 |
| Litigation Consulting | 07/07/11 | Richard Fechter | $ 325.00 | Respond to discovery request in re: government forfeiture proceedings | 1.20 | 390.00 |
| Litigation Consulting | 07/07/11 | Theodore Brown | $ 95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 5.00 | 475.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 07/07/11 | Theodore Brown | $ 95.00 | Assisted tax department with reconciliation of TIP reports for 2010 tax preparation | 2.00 | 190.00 |
| Litigation Consulting | 07/07/11 | Theodore Brown | $ 95.00 | Respond to various requests from counsel | 2.00 | 190.00 |
| Litigation Consulting | 07/08/11 | Richard Fechter | $ 325.00 | Financial due diligence and source and application of funds / tracing analysis for purchase of ownership interest in Gibraltar Bank | 2.30 | 747.50 |
| Litigation Consulting | 07/08/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence re:_____ | 2.10 | 682.50 |
| Litigation Consulting | 07/08/11 | Richard Pollack | $ 400.00 | Discuss and review financial due diligence | 0.90 | 360.00 |
| Litigation Consulting | 07/08/11 | Theodore Brown | $ 95.00 | Respond to various requests from counsel | 8.00 | 760.00 |
| Litigation Consulting | 07/11/11 | Richard Fechter | $ 325.00 | Financial due diligence and analysis of payments to _____; identification of payments from American Express to _____ | 1.80 | 585.00 |
| Litigation Consulting | 07/11/11 | Theodore Brown | $ 95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 3.00 | 285.00 |
| Litigation Consulting | 07/11/11 | Theodore Brown | $ 95.00 | Respond to various requests from counsel | 4.00 | 380.00 |
| Litigation Consulting | 07/12/11 | Theodore Brown | $ 95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 4.00 | 380.00 |
| Litigation Consulting | 07/12/11 | Theodore Brown | $ 95.00 | Respond to various requests from counsel | 2.00 | 190.00 |
| Litigation Consulting | 07/12/11 | Theodore Brown | $ 95.00 | Scan SWR bank statements into PDF form | 2.00 | 190.00 |
| Litigation Consulting | 07/13/11 | Theodore Brown | $ 95.00 | Scan SWR bank statements into PDF form | 6.80 | 646.00 |
| Litigation Consulting | 07/14/11 | Joel Glick | $ 325.00 | Update draft schedule of categorized expenses for counsel | 1.10 | 357.50 |
| Litigation Consulting | 07/14/11 | Joel Glick | $ 325.00 | Telephone call re: counsel request for information | 0.40 | 130.00 |
| Litigation Consulting | 07/14/11 | Joel Glick | $ 325.00 | Preparation of analysis per counsel request | 1.40 | 455.00 |
| Litigation Consulting | 07/14/11 | Joel Glick | $ 325.00 | Correspondence with counsel of various requests | 0.60 | 195.00 |
| Litigation Consulting | 07/14/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence re:_____ | 2.70 | 877.50 |
| Litigation Consulting | 07/14/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence of payments to _____; teleconferences with counsel; transactional analysis of assets purchased from _____ | 4.30 | 1,397.50 |
| Litigation Consulting | 07/14/11 | Richard Fechter | $ 325.00 | Respond to discovery requests for production | 1.40 | 455.00 |
| Litigation Consulting | 07/15/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence of payments to _____; teleconferences with counsel; transactional analysis of assets purchased from _____ | 5.20 | 1,690.00 |
| Litigation Consulting | 07/18/11 | Joel Glick | $ 325.00 | Analysis of ABS investors | 1.50 | 487.50 |
| Litigation Consulting | 07/18/11 | Richard Fechter | $ 325.00 | Review and edit analysis re:_____; financial due diligence; transactional analysis | 3.50 | 1,137.50 |
| Litigation Consulting | 07/18/11 | Theodore Brown | $ 95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 3.20 | 304.00 |
| Litigation Consulting | 07/18/11 | Theodore Brown | $ 95.00 | Scan SWR bank statements into PDF form | 5.00 | 475.00 |
| Litigation Consulting | 07/19/11 | Joel Glick | $ 325.00 | Analysis of ABS investors | 2.90 | 942.50 |

16

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 07/19/11 | Joel Glick | $ 325.00 | Update categorized schedule of outflows for GIB #0085; Send to counsel | 0.90 | 292.50 |
| Litigation Consulting | 07/19/11 | Joel Glick | $ 325.00 | Review 30(b)(6) subpoena from Lenders | 0.40 | 130.00 |
| Litigation Consulting | 07/19/11 | Joel Glick | $ 325.00 | Review QuickBooks files to verify production set was correct; Correspond with counsel | 1.90 | 617.50 |
| Litigation Consulting | 07/19/11 | Theodore Brown | $  95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 9.30 | 883.50 |
| Litigation Consulting | 07/20/11 | Joel Glick | $ 325.00 | Analysis of ABS investors | 2.40 | 780.00 |
| Litigation Consulting | 07/20/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: update of 4-year transferee master schedule | 0.30 | 97.50 |
| Litigation Consulting | 07/20/11 | Joel Glick | $ 325.00 | Analysis and reconciliation of Banyon Funding Entities | 1.80 | 585.00 |
| Litigation Consulting | 07/20/11 | Richard Pollack | $ 400.00 | Analysis of disbursement from RRA for interview. | 1.20 | 480.00 |
| Litigation Consulting | 07/20/11 | Theodore Brown | $  95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 8.30 | 788.50 |
| Litigation Consulting | 07/21/11 | Joel Glick | $ 325.00 | Analysis and reconciliation of Banyon Funding Entities | 5.80 | 1,885.00 |
| Litigation Consulting | 07/21/11 | Theodore Brown | $  95.00 | Reconcile ABS investor transactions schedules to Szafranski banking records | 3.00 | 285.00 |
| Litigation Consulting | 07/21/11 | Theodore Brown | $  95.00 | Scan SWR bank statements into PDF form | 5.00 | 475.00 |
| Litigation Consulting | 07/22/11 | Theodore Brown | $  95.00 | Scan SWR bank statements into PDF form | 4.50 | 427.50 |
| Litigation Consulting | 07/25/11 | Joel Glick | $ 325.00 | Review TD complaint to verify amounts; Telephone call & e-mail correspondence with counsel re: same | 1.90 | 617.50 |
| Litigation Consulting | 07/25/11 | Joel Glick | $ 325.00 | Update exhibits for complaint | 1.30 | 422.50 |
| Litigation Consulting | 07/25/11 | Theodore Brown | $  95.00 | Scan SWR bank statements into PDF form | 4.30 | 408.50 |
| Litigation Consulting | 07/25/11 | Theodore Brown | $  95.00 | Respond to various counsel request for information | 4.00 | 380.00 |
| Litigation Consulting | 07/26/11 | Joel Glick | $ 325.00 | Analysis and reconciliation of Banyon Funding Entities | 2.80 | 910.00 |
| Litigation Consulting | 07/26/11 | Joel Glick | $ 325.00 | Meeting to discuss setup and logistics for proposed RRA Depository | 1.00 | 325.00 |
| Litigation Consulting | 07/26/11 | Richard Pollack | $ 400.00 | Meeting to discuss setup and logistics for proposed RRA Depository | 1.10 | 440.00 |
| Litigation Consulting | 07/26/11 | Theodore Brown | $  95.00 | Scan SWR bank statements into PDF form | 5.20 | 494.00 |
| Litigation Consulting | 07/27/11 | Joel Glick | $ 325.00 | Locate and forward charts in native format per counsel request | 1.20 | 390.00 |
| Litigation Consulting | 07/27/11 | Joel Glick | $ 325.00 | Telephone call with counsel to discuss document production and matters for examination at upcoming 30(b)(6) deposition | 1.10 | 357.50 |
| Litigation Consulting | 07/27/11 | Joel Glick | $ 325.00 | Review discovery folders and determine additional information to produce to bank re: SWR information | 0.70 | 227.50 |
| Litigation Consulting | 07/27/11 | Joel Glick | $ 325.00 | Respond to Gibraltar's counsel request for QuickBooks passwords | 0.50 | 162.50 |
| Litigation Consulting | 07/27/11 | Joel Glick | $ 325.00 | Review and organize boxes of RRA source information and BDPB work-product. | 0.70 | 227.50 |
| Litigation Consulting | 07/27/11 | Joel Glick | $ 325.00 | Prepare data for production related to 30(b)(6) deposition | 0.80 | 260.00 |

17

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 07/28/11 | Joel Glick | $ 325.00 | Review Lender Reply to Memorandum opposing Motion to Dismiss; Review opposing expert affidavit and testing of tracing example | 3.70 | 1,202.50 |
| Litigation Consulting | 07/28/11 | Joel Glick | $ 325.00 | Prepare analysis of Nelson affidavit to verify tracing and identify potential erroneous assumptions | 1.60 | 520.00 |
| Litigation Consulting | 07/28/11 | Joel Glick | $ 325.00 | Per counsel request, verify missing information needed from Szafranski | 1.20 | 390.00 |
| Litigation Consulting | 07/28/11 | Joel Glick | $ 325.00 | Compile production responsive to 30(b)(6) deposition by Lenders' | 1.80 | 585.00 |
| Litigation Consulting | 07/28/11 | Richard Fechter | $ 325.00 | Review and analysis of reply to opposing expert report | 0.80 | 260.00 |
| Litigation Consulting | 07/28/11 | Richard Pollack | $ 400.00 | Discovery issues. | 0.90 | 360.00 |
| Litigation Consulting | 07/29/11 | Joel Glick | $ 325.00 | Respond to various counsel request for information | 0.80 | 260.00 |
| Litigation Consulting | 07/29/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: deposition and opposing expert work | 0.60 | 195.00 |
| Litigation Consulting | 07/29/11 | Joel Glick | $ 325.00 | Prepare schedule to analyze tracing done by opposing expert | 2.90 | 942.50 |
| Litigation Consulting | 07/29/11 | Richard Fechter | $ 325.00 | Conference call with counsel re: analysis of payments to _____ and _____ | 0.50 | 162.50 |
| Litigation Consulting | 07/29/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence re:_____ | 6.10 | 1,982.50 |
| Litigation Consulting | 07/29/11 | Theodore Brown | $  95.00 | Respond to various counsel request for information | 4.20 | 399.00 |
| Litigation Consulting | 07/29/11 | Theodore Brown | $  95.00 | Review and confirm Exhibit C from opposing expert affidavit | 4.00 | 380.00 |
| Litigation Consulting | 07/29/11 | Dan Hughes | $ 365.00 | Review and discuss Lender reply memorandum | 3.50 | 1,277.50 |
| Litigation Consulting | 08/01/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: standard of tracing; Review examples | 1.10 | 357.50 |
| Litigation Consulting | 08/01/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 6.90 | 2,242.50 |
| Litigation Consulting | 08/01/11 | Richard Pollack | $ 400.00 | Review Motion to dismiss adversary proceeding and Nelson analysis. | 0.50 | 200.00 |
| Litigation Consulting | 08/01/11 | Dan Hughes | $ 365.00 | Review and discuss Lender reply memorandum | 0.70 | 255.50 |
| Litigation Consulting | 08/02/11 | Richard Fechter | $ 325.00 | Analysis of payments to _____ | 1.20 | 390.00 |
| Litigation Consulting | 08/02/11 | Richard Fechter | $ 325.00 | Review of entities and transactions relating to David Boden | 1.40 | 455.00 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Review Motion to dismiss adversary proceeding and Nelson analysis. | 0.70 | 227.50 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Review Irene Stay e-mails for deleted attachments | 0.80 | 260.00 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Search RRA H drive for transferee addresses | 0.60 | 195.00 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: 90-preference schedule | 0.90 | 292.50 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: _____ document request | 0.30 | 97.50 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: substantive consolidation issues | 0.60 | 195.00 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: Boden transactions | 0.40 | 130.00 |
| Litigation Consulting | 08/03/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: SWR deposition | 0.50 | 162.50 |
| Litigation Consulting | 08/03/11 | Richard Pollack | $ 400.00 | Discuss status of various projects | 1.00 | 400.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 08/04/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 6.40 | 2,080.00 |
| Litigation Consulting | 08/04/11 | Joel Glick | $ 325.00 | Prepare schedule and pull backup for payments to _____; Telephone call with counsel re: schedule and backup | 2.60 | 845.00 |
| Litigation Consulting | 08/04/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence tracing of payments to _____ | 3.10 | 1,007.50 |
| Litigation Consulting | 08/05/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 3.40 | 1,105.00 |
| Litigation Consulting | 08/05/11 | Joel Glick | $ 325.00 | Research questions from counsel re: SWR payroll and source of funds; Respond to same | 0.40 | 130.00 |
| Litigation Consulting | 08/05/11 | Joel Glick | $ 325.00 | Review counsel correspondence to opposing counsel re: overdrafts | 0.60 | 195.00 |
| Litigation Consulting | 08/08/11 | Joel Glick | $ 325.00 | Search RRA client system for engagement letters | 0.90 | 292.50 |
| Litigation Consulting | 08/08/11 | Joel Glick | $ 325.00 | Telephone call with counsel to discuss any questions re: fraudulent transfers | 0.50 | 162.50 |
| Litigation Consulting | 08/08/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: providing schedule in native format | 0.40 | 130.00 |
| Litigation Consulting | 08/08/11 | Joel Glick | $ 325.00 | Review correspondence re: proposed settlement offer | 0.50 | 162.50 |
| Litigation Consulting | 08/08/11 | Theodore Brown | $ 95.00 | Scanned in paper SWR bank statements into PDF form. | 4.50 | 427.50 |
| Litigation Consulting | 08/09/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: 1030-32 substantive consolidation issues; Prepare schedule regarding same and provide to counsel along with examples of investor and investment packages | 2.60 | 845.00 |
| Litigation Consulting | 08/09/11 | Joel Glick | $ 325.00 | Update schedules and provide to counsel for _____ complaint and _____ complaint | 1.10 | 357.50 |
| Litigation Consulting | 08/09/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 4.10 | 1,332.50 |
| Litigation Consulting | 08/10/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 7.30 | 2,372.50 |
| Litigation Consulting | 08/10/11 | Richard Pollack | $ 400.00 | Preparation for interview of Scott Rothstein | 1.00 | 400.00 |
| Litigation Consulting | 08/10/11 | Theodore Brown | $ 95.00 | Update the SWR overdraft schedule to include returned items | 3.00 | 285.00 |
| Litigation Consulting | 08/10/11 | Theodore Brown | $ 95.00 | Perform a Fortis search for client engagement letters | 2.00 | 190.00 |
| Litigation Consulting | 08/10/11 | Theodore Brown | $ 95.00 | Pull back-up for potential vendor target list. | 3.00 | 285.00 |
| Litigation Consulting | 08/11/11 | Joel Glick | $ 325.00 | Reconciliation of Banyon entity intercompany transactions and investments | 8.30 | 2,697.50 |
| Litigation Consulting | 08/11/11 | Joel Glick | $ 325.00 | Telephone call with counsel; Provide copy of SWR transaction database. | 0.30 | 97.50 |
| Litigation Consulting | 08/11/11 | Joel Glick | $ 325.00 | Research payment per request of creditor's counsel | 0.40 | 130.00 |
| Litigation Consulting | 08/11/11 | Theodore Brown | $ 95.00 | Pull back-up for potential vendor target list. | 8.30 | 788.50 |
| Litigation Consulting | 08/12/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 5.50 | 1,787.50 |
| Litigation Consulting | 08/12/11 | Joel Glick | $ 325.00 | Reconciliation of QuickBooks to bank statements | 0.40 | 130.00 |
| Litigation Consulting | 08/12/11 | Joel Glick | $ 325.00 | Prepare schedule of transfers from SWR bank accounts | 0.90 | 292.50 |

19

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 08/12/11 | Richard Fechter | $ 325.00 | Review and analysis of refinancing of 2627 Castilla | 1.20 | 390.00 |
| Litigation Consulting | 08/12/11 | Theodore Brown | $ 95.00 | Pull back-up for potential vendor target list. | 3.00 | 285.00 |
| Litigation Consulting | 08/12/11 | Theodore Brown | $ 95.00 | Reconciled the RRASE and RRAGL QuickBooks with the bank statements. | 4.20 | 399.00 |
| Litigation Consulting | 08/15/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 7.60 | 2,470.00 |
| Litigation Consulting | 08/15/11 | Joel Glick | $ 325.00 | Respond to counsel request re:_____ | 0.20 | 65.00 |
| Litigation Consulting | 08/15/11 | Joel Glick | $ 325.00 | Research and respond to counsel inquires | 0.40 | 130.00 |
| Litigation Consulting | 08/15/11 | Richard Pollack | $ 400.00 | Preparation for interview of Scott Rothstein | 1.10 | 440.00 |
| Litigation Consulting | 08/15/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 7.80 | 741.00 |
| Litigation Consulting | 08/16/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: subcon questions for 1030-32 | 1.20 | 390.00 |
| Litigation Consulting | 08/16/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: subsequent transferee analysis | 0.40 | 130.00 |
| Litigation Consulting | 08/16/11 | Joel Glick | $ 325.00 | Review schedules tracing source of funds for SWR payments back to RRA | 4.20 | 1,365.00 |
| Litigation Consulting | 08/16/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 8.30 | 788.50 |
| Litigation Consulting | 08/17/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 4.90 | 1,592.50 |
| Litigation Consulting | 08/17/11 | Joel Glick | $ 325.00 | Respond to counsel inquiries; Analysis of RRA funds used by SWR to third parties | 2.60 | 845.00 |
| Litigation Consulting | 08/17/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 9.50 | 902.50 |
| Litigation Consulting | 08/18/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 8.80 | 2,860.00 |
| Litigation Consulting | 08/18/11 | Joel Glick | $ 325.00 | Review schedules and provide counsel with update | 0.70 | 227.50 |
| Litigation Consulting | 08/18/11 | Joel Glick | $ 325.00 | Review materials provided by counsel and respond to request re: _____ | 1.20 | 390.00 |
| Litigation Consulting | 08/18/11 | Richard Pollack | $ 400.00 | Preparation for interview of Scott Rothstein | 0.50 | 200.00 |
| Litigation Consulting | 08/18/11 | Theodore Brown | $ 95.00 | Preparation for interview of Scott Rothstein | 5.00 | 475.00 |
| Litigation Consulting | 08/18/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 3.60 | 342.00 |
| Litigation Consulting | 08/19/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 3.20 | 1,040.00 |
| Litigation Consulting | 08/19/11 | Joel Glick | $ 325.00 | Analysis of voided transactions; Identified returned items not credited back to RRA account | 3.60 | 1,170.00 |
| Litigation Consulting | 08/19/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: follow up on various potential clawback targets | 0.70 | 227.50 |
| Litigation Consulting | 08/19/11 | Joel Glick | $ 325.00 | Analysis of TD trust accounts | 0.80 | 260.00 |
| Litigation Consulting | 08/19/11 | Joel Glick | $ 325.00 | Review RRA network drive for supporting information | 0.80 | 260.00 |
| Litigation Consulting | 08/19/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 5.00 | 475.00 |
| Litigation Consulting | 08/19/11 | Theodore Brown | $ 95.00 | Reconcile voided checks for TD Operating account | 3.20 | 304.00 |
| Litigation Consulting | 08/20/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 2.00 | 650.00 |
| Litigation Consulting | 08/21/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 4.00 | 1,300.00 |
| Litigation Consulting | 08/22/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 9.40 | 3,055.00 |
| Litigation Consulting | 08/22/11 | Martin Prinsloo | $ 300.00 | Preparation for interview of Scott Rothstein | 0.60 | 180.00 |
| Litigation Consulting | 08/22/11 | Richard Pollack | $ 400.00 | Preparation for interview of Scott Rothstein | 5.00 | 2,000.00 |
| Litigation Consulting | 08/22/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 9.40 | 893.00 |
| Litigation Consulting | 08/23/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 3.60 | 1,170.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 08/23/11 | Joel Glick | $ 325.00 | Review schedules tracing source of funds for SWR payments back to RRA | 0.60 | 195.00 |
| Litigation Consulting | 08/23/11 | Joel Glick | $ 325.00 | Analysis of missing returned items by TD Bank | 2.70 | 877.50 |
| Litigation Consulting | 08/23/11 | Joel Glick | $ 325.00 | Review tolling agreement and discuss comments with counsel | 1.10 | 357.50 |
| Litigation Consulting | 08/23/11 | Martin Prinsloo | $ 300.00 | Preparation for interview of Scott Rothstein | 1.20 | 360.00 |
| Litigation Consulting | 08/23/11 | Richard Pollack | $ 400.00 | Preparation for interview of Scott Rothstein | 5.00 | 2,000.00 |
| Litigation Consulting | 08/23/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 2.00 | 190.00 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 0.40 | 130.00 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Review schedules tracing source of funds for SWR payments back to RRA | 1.40 | 455.00 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Prepare summary schedule of _____ Flow of Funds per counsel request. | 0.90 | 292.50 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Research information re: _____; Discuss and provide same with counsel | 1.70 | 552.50 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Research information re: _____; Discuss same with counsel | 0.80 | 260.00 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Verifying Banyon 1030-32 cleared cash balances in database | 2.60 | 845.00 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Telephone call with counsel re: missing funds returned by TD Bank | 0.70 | 227.50 |
| Litigation Consulting | 08/24/11 | Joel Glick | $ 325.00 | Review _____ new value calculation and discuss with counsel | 0.50 | 162.50 |
| Litigation Consulting | 08/24/11 | Richard Fechter | $ 325.00 | Financial analysis of selected vendors and tracing of funds | 2.60 | 845.00 |
| Litigation Consulting | 08/24/11 | Richard Pollack | $ 400.00 | Interview with Scott Rothstein. | 10.00 | 4,000.00 |
| Litigation Consulting | 08/24/11 | Theodore Brown | $ 95.00 | Trace payments from SWR database to cover vendor payments. | 6.50 | 617.50 |
| Litigation Consulting | 08/25/11 | Joel Glick | $ 325.00 | Respond to various requests from counsel | 0.40 | 130.00 |
| Litigation Consulting | 08/25/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 4.30 | 1,397.50 |
| Litigation Consulting | 08/25/11 | Joel Glick | $ 325.00 | Preparation for interview of Scott Rothstein | 2.60 | 845.00 |
| Litigation Consulting | 08/25/11 | Joel Glick | $ 325.00 | Reconcile voided checks in TD operating account | 0.70 | 227.50 |
| Litigation Consulting | 08/25/11 | Richard Pollack | $ 400.00 | Interview with Scott Rothstein. | 11.00 | 4,400.00 |
| Litigation Consulting | 08/25/11 | Theodore Brown | $ 95.00 | Reconcile the TD Operating account balance to the known balance from the government forfeiture. | 5.00 | 475.00 |
| Litigation Consulting | 08/26/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 1.90 | 617.50 |
| Litigation Consulting | 08/26/11 | Joel Glick | $ 325.00 | Review documents received for _____; Prepare flow of funds analysis | 2.40 | 780.00 |
| Litigation Consulting | 08/26/11 | Joel Glick | $ 325.00 | Prepare _____ flow of funds schedules per counsel request | 3.40 | 1,105.00 |
| Litigation Consulting | 08/26/11 | Richard Pollack | $ 400.00 | Interview with Scott Rothstein. | 11.00 | 4,400.00 |
| Litigation Consulting | 08/29/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 3.90 | 1,267.50 |
| Litigation Consulting | 08/29/11 | Joel Glick | $ 325.00 | Assist counsel with schedules for complaint against _____; Review and proof dollar amounts in complaint | 4.20 | 1,365.00 |

21

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 08/29/11 | Joel Glick | $ 325.00 | Finalize schedule of missing returned checks and disseminate to counsel and trustee | 1.90 | 617.50 |
| Litigation Consulting | 08/29/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence on selected payees | 1.40 | 455.00 |
| Litigation Consulting | 08/29/11 | Scott Bouchner | $ 425.00 | Discussion regarding lender tracing analysis. | 1.20 | 510.00 |
| Litigation Consulting | 08/29/11 | Theodore Brown | $ 95.00 | Pull back-up for potential vendor target list. | 2.30 | 218.50 |
| Litigation Consulting | 08/29/11 | Theodore Brown | $ 95.00 | Reconcile the TD Operating account balance to the known balance from the government forfeiture. | 6.00 | 570.00 |
| Litigation Consulting | 08/30/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 5.20 | 1,690.00 |
| Litigation Consulting | 08/30/11 | Joel Glick | $ 325.00 | Analysis and reconciliation of Banyon transaction database | 3.60 | 1,170.00 |
| Litigation Consulting | 08/30/11 | Richard Fechter | $ 325.00 | Financial analysis and due diligence re: purchase of house for RRA employee | 1.40 | 455.00 |
| Litigation Consulting | 08/30/11 | Theodore Brown | $ 95.00 | Pull back-up for potential vendor target list. | 8.20 | 779.00 |
| Litigation Consulting | 08/31/11 | Joel Glick | $ 325.00 | Tracing analysis; Review of opposing expert exhibits and considerations re: tracing analysis | 5.80 | 1,885.00 |
| Litigation Consulting | 08/31/11 | Joel Glick | $ 325.00 | Update _____ schedules and forward to counsel per request | 0.60 | 195.00 |
| Litigation Consulting | 08/31/11 | Joel Glick | $ 325.00 | Prepare preliminary 90-day net transfer schedule for Banyon 1030-32 transferees | 1.10 | 357.50 |
| Litigation Consulting | 08/31/11 | Theodore Brown | $ 95.00 | Pull back-up for potential vendor target list. | 8.20 | 779.00 |
| **Litigation Consulting Total** | | | | | **1,182.60** | **261,634.00** |
| Computer Forensics | 05/03/11 | Martin Prinsloo | $ 290.00 | Review logistics for access to data center and review policies and procedures | 1.80 | 522.00 |
| Computer Forensics | 05/04/11 | Martin Prinsloo | $ 290.00 | Review logistics for access to data center and review policies and procedures | 1.60 | 464.00 |
| Computer Forensics | 05/12/11 | Martin Prinsloo | $ 290.00 | Correspondence with counsel and team regarding email discovery. | 1.20 | 348.00 |
| Computer Forensics | 05/17/11 | Martin Prinsloo | $ 290.00 | Copy of email databases received from FBI to best evidence drive. Update chain proof custody documentation. Discussion with counsel and FBI. | 3.20 | 928.00 |
| Computer Forensics | 05/18/11 | Martin Prinsloo | $ 290.00 | Exported selected PST file mail database. Prepared media and sent file to counsel. | 3.60 | 1,044.00 |
| Computer Forensics | 05/20/11 | Martin Prinsloo | $ 290.00 | Started review and comparison of selected mail custodian mail boxes. | 2.80 | 812.00 |
| Computer Forensics | 05/31/11 | Martin Prinsloo | $ 290.00 | Discussed with counsel and started the export of selected PST files from Mail databases. | 2.80 | 812.00 |
| Computer Forensics | 05/31/11 | Martin Prinsloo | $ 290.00 | Various discussions with counsel and review of evidence listings. | 2.60 | 754.00 |
| Computer Forensics | 06/01/11 | Martin Prinsloo | $ 290.00 | Continue the export of selected PST files from Mail databases | 2.20 | 638.00 |
| Computer Forensics | 06/01/11 | Martin Prinsloo | $ 290.00 | Discussion with counsel and opposing counsel regarding discovery | 1.20 | 348.00 |
| Computer Forensics | 06/01/11 | Martin Prinsloo | $ 290.00 | Preparation for discussion with counsel regarding discovery | 1.40 | 406.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Computer Forensics | 06/01/11 | Brett Stillman | $ 200.00 | Conference call with counsel to review court order re: imaging of servers | 1.00 | 200.00 |
| Computer Forensics | 06/02/11 | Martin Prinsloo | $ 290.00 | Continue the export of selected PST files from Mail databases. Analysis of exported PST files. | 4.20 | 1,218.00 |
| Computer Forensics | 06/03/11 | Martin Prinsloo | $ 290.00 | Continue the export of selected PST files from Mail databases. Copy to media and provide to counsel. Analysis of exported PST files. | 3.80 | 1,102.00 |
| Computer Forensics | 06/03/11 | Martin Prinsloo | $ 290.00 | Discussion with counsel regarding _____ E-discovery | 1.80 | 522.00 |
| Computer Forensics | 06/06/11 | Martin Prinsloo | $ 290.00 | Discussion with counsel regarding _____ E-discovery | 1.60 | 464.00 |
| Computer Forensics | 06/06/11 | Martin Prinsloo | $ 290.00 | Start the copy of _____ E-discovery. Review progress, prepare media and update documentation | 5.40 | 1,566.00 |
| Computer Forensics | 06/07/11 | Martin Prinsloo | $ 290.00 | Inspected and setup logistics for acquisition of _____ E-discovery | 1.80 | 522.00 |
| Computer Forensics | 06/07/11 | Martin Prinsloo | $ 290.00 | Continue the copy of _____ E-discovery. Review and ensure validation of copied images. Review progress, prepare media and update documentation. | 6.40 | 1,856.00 |
| Computer Forensics | 06/07/11 | Brett Stillman | $ 200.00 | Setup data center and location for planned E-discovery vendor acquisition of evidence. | 1.00 | 200.00 |
| Computer Forensics | 06/08/11 | Martin Prinsloo | $ 290.00 | Discussion with counsel re: format of data exported by FBI. | 0.80 | 232.00 |
| Computer Forensics | 06/08/11 | Martin Prinsloo | $ 290.00 | Continue the copy of _____ E-discovery. Review and ensure validation of copied images. Review progress, prepare media and update documentation. | 6.20 | 1,798.00 |
| Computer Forensics | 06/09/11 | Joel Glick | $ 310.00 | Telephone calls re: potential information contained on backup servers | 0.50 | 155.00 |
| Computer Forensics | 06/09/11 | Martin Prinsloo | $ 290.00 | Assisted with the acquisition at data center by E-discovery vendor. Prepared and completed chain of custody documentation. Discussion with counsel. | 2.40 | 696.00 |
| Computer Forensics | 06/09/11 | Brett Stillman | $ 200.00 | Assisted with the acquisition of evidence at data center by E-discovery vendor | 10.00 | 2,000.00 |
| Computer Forensics | 06/15/11 | Martin Prinsloo | $ 290.00 | Prepared estimated budget for imaging and indexing of data. | 1.00 | 290.00 |
| Computer Forensics | 06/17/11 | Joel Glick | $ 310.00 | Discuss potential project to search for additional e-mail custodian files | 0.40 | 124.00 |
| Computer Forensics | 06/22/11 | Martin Prinsloo | $ 290.00 | Verify and provide acquisition information to counsel. Update documentation. | 0.40 | 116.00 |
| Computer Forensics | 06/29/11 | Martin Prinsloo | $ 290.00 | Visit data center. Retrieved forensic equipment from acquisition of 06/09/11. Update documentation. | 2.20 | 638.00 |
| Computer Forensics | 07/28/11 | Martin Prinsloo | $ 300.00 | Conference call with counsel to discuss setting up ESI repository and process of providing access to requesting parties | 1.80 | 540.00 |
| Computer Forensics | 08/08/11 | Martin Prinsloo | $ 300.00 | Processed additional custodian mailboxes as received from FBI. | 4.20 | 1,260.00 |
| Computer Forensics | 08/09/11 | Martin Prinsloo | $ 300.00 | Continue processing of additional custodian mailboxes as received from FBI. | 4.20 | 1,260.00 |

23

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Computer Forensics | 08/09/11 | Martin Prinsloo | $ 300.00 | Indexed selected custodian PST file to allow for searching. | 1.20 | 360.00 |
| Computer Forensics | 08/10/11 | Martin Prinsloo | $ 300.00 | Continue processing of additional custodian mailboxes as received from FBI. | 0.80 | 240.00 |
| Computer Forensics | 08/12/11 | Martin Prinsloo | $ 300.00 | Processed and exported emails as requested by counsel. | 3.80 | 1,140.00 |
| Computer Forensics | 08/22/11 | Martin Prinsloo | $ 300.00 | Review case and chain of custody information. | 0.60 | 180.00 |
| Computer Forensics | 08/24/11 | Joel Glick | $ 325.00 | Discuss additional procedures for RRA servers | 0.30 | 97.50 |
| Computer Forensics | 08/24/11 | Martin Prinsloo | $ 300.00 | Prepare listing of additional forensic procedures as requested by counsel. | 1.80 | 540.00 |
| Computer Forensics | 08/24/11 | Martin Prinsloo | $ 300.00 | Follow-up with counsel regarding additional forensic acquisition. | 0.40 | 120.00 |
| Computer Forensics | 08/30/11 | Martin Prinsloo | $ 300.00 | Assisted with the setup and logistics for emergency acquisition of selected custodian hard drives. | 2.20 | 660.00 |
| Computer Forensics | 08/30/11 | Martin Prinsloo | $ 300.00 | Start copy (with verification) of selected custodian images for review by counsel. | 1.20 | 360.00 |
| Computer Forensics | 08/31/11 | Martin Prinsloo | $ 300.00 | Continue copy (with verification) of selected custodian images for review by counsel. | 1.20 | 360.00 |
| **Computer Forensics Total** | | | | | **99.00** | **27,892.50** |
| Fee Application | 05/09/11 | Joel Glick | $ 310.00 | Preparation of April Monthly Fee Request | 2.20 | 682.00 |
| Fee Application | 05/11/11 | Joel Glick | $ 310.00 | Preparation of 4th Interim Fee Application | 1.90 | 589.00 |
| Fee Application | 05/12/11 | Joel Glick | $ 310.00 | Preparation of 4th Interim Fee Application | 0.80 | 248.00 |
| Fee Application | 05/13/11 | Joel Glick | $ 310.00 | Preparation of 4th Interim Fee Application | 4.20 | 1,302.00 |
| Fee Application | 05/16/11 | Richard Fechter | $ 310.00 | Review of 4th Interim Fee Application | 1.70 | 527.00 |
| Fee Application | 05/17/11 | Joel Glick | $ 310.00 | Preparation of 4th Interim Fee Application | 0.30 | 93.00 |
| Fee Application | 05/18/11 | Joel Glick | $ 310.00 | Preparation of 4th Interim Fee Application | 1.00 | 310.00 |
| Fee Application | 06/08/11 | Joel Glick | $ 310.00 | Preparation of May 2011 Monthly Fee Request | 1.40 | 434.00 |
| Fee Application | 06/09/11 | Joel Glick | $ 310.00 | Preparation of May 2011 Monthly Fee Request | 1.10 | 341.00 |
| Fee Application | 07/07/11 | Joel Glick | $ 325.00 | Preparation of June Monthly Fee Request | 2.70 | 877.50 |
| Fee Application | 08/08/11 | Joel Glick | $ 325.00 | Preparation of July Monthly Interim Fee Request | 1.80 | 585.00 |
| Fee Application | 08/09/11 | Joel Glick | $ 325.00 | Preparation of July Monthly Interim Fee Request | 0.20 | 65.00 |
| **Fee Application Total** | | | | | **19.30** | **6,053.50** |
| Discovery | 05/12/11 | Joel Glick | $ 310.00 | Prepare database for production to Scherer accountants | 0.40 | 124.00 |
| Discovery | 05/12/11 | Joel Glick | $ 310.00 | Telephone call with accountants for Scherer clients; Prepare static copy of Exhibit 14 of Glick report and send to accountants. | 0.60 | 186.00 |
| Discovery | 05/12/11 | Joel Glick | $ 310.00 | Prepare chain of custody log for new drive provided by FBI | 0.40 | 124.00 |
| Discovery | 05/12/11 | Joel Glick | $ 310.00 | Meet with counsel to sign back and take custody of 9 RRA back-up tapes provided directly to the FBI.  FBI however returned to counsel rather than directly back to BDPB. | 0.30 | 93.00 |
| Discovery | 05/17/11 | Joel Glick | $ 310.00 | Discuss e-mail drive provided by FBI | 0.20 | 62.00 |
| Discovery | 05/19/11 | Joel Glick | $ 310.00 | Telephone call with counsel regarding Walter Family, LLC | 0.30 | 93.00 |
| Discovery | 05/19/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: boxes of invoices and bank statements | 0.20 | 62.00 |
| Discovery | 05/19/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: production to Gibraltar | 0.10 | 31.00 |

24

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Discovery | 05/31/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: return of banking documents | 0.30 | 93.00 |
| Discovery | 05/31/11 | Joel Glick | $ 310.00 | Telephone call with counsel re: production of ESI | 0.20 | 62.00 |
| Discovery | 06/29/11 | Joel Glick | $ 310.00 | Prepare and provide schedules per creditor counsel request | 0.90 | 279.00 |
| Discovery | 07/25/11 | Joel Glick | $ 325.00 | Telephone call and follow up email re establishing an ESI repository | 0.30 | 97.50 |
| Discovery | 07/26/11 | Joel Glick | $ 325.00 | Review and update memo re: RRA Depository | 0.70 | 227.50 |
| Discovery | 07/26/11 | Martin Prinsloo | $ 300.00 | Meeting to discuss setup and logistics for proposed RRA Depository. Prepared summary memorandum. | 3.80 | 1,140.00 |
| Discovery | 07/28/11 | Joel Glick | $ 325.00 | Conference call with counsel to discuss setting up ESI repository and process of providing access to requesting parties | 2.00 | 650.00 |
| Discovery | 08/01/11 | Martin Prinsloo | $ 300.00 | Assisted counsel with preparation of motion. | 2.80 | 840.00 |
| Discovery | 08/03/11 | Joel Glick | $ 325.00 | Review boxes of RRA documents for copying and repository purposes. | 1.90 | 617.50 |
| Discovery | 08/04/11 | Joel Glick | $ 325.00 | Review transcripts re: discovery issues and document repository | 0.50 | 162.50 |
| Discovery | 08/05/11 | Joel Glick | $ 325.00 | Review of revised Trustee's Production Protocol | 0.60 | 195.00 |
| Discovery | 08/08/11 | Joel Glick | $ 325.00 | Discuss miscellaneous documents to be scanned into the file system | 0.90 | 292.50 |
| Discovery | 08/22/11 | Martin Prinsloo | $ 300.00 | Review subpoena based on request from counsel. | 1.20 | 360.00 |
| Discovery | 08/23/11 | Martin Prinsloo | $ 300.00 | Conference call to discuss e-discovery and subpoena with counsel. Provided counsel with requested information. | 1.80 | 540.00 |
| Discovery | 08/24/11 | Martin Prinsloo | $ 300.00 | Conference call with creditor counsel regarding subpoena. | 1.20 | 360.00 |
| **Discovery Total** | | | | | **21.60** | **6,691.50** |
| Tax Issues | 06/23/11 | Gregory Geibel | $ 150.00 | Preparation of Form 1120S for the year ended 12/31/2010. | 1.10 | 165.00 |
| Tax Issues | 06/24/11 | Gregory Geibel | $ 150.00 | Preparation of Form 1120S for the year ended 12/31/2010. | 2.30 | 345.00 |
| Tax Issues | 06/29/11 | Andreea Cioara | $ 350.00 | Preparation of Form 1120S for the year ended 12/31/2010. | 1.10 | 385.00 |
| Tax Issues | 07/06/11 | Larry Bernstein | $ 180.00 | Preparation of Form 1120S for the year ended 2010 | 0.50 | 90.00 |
| Tax Issues | 07/07/11 | Andreea Cioara | $ 365.00 | Preparation of Form 1120S for the year ended 2010 | 1.20 | 438.00 |
| Tax Issues | 07/07/11 | Larry Bernstein | $ 180.00 | Preparation of Form 1120S for the year ended 2010 | 2.50 | 450.00 |
| Tax Issues | 07/08/11 | Larry Bernstein | $ 180.00 | Preparation of Form 1120S for the year ended 2010 | 0.70 | 126.00 |
| Tax Issues | 07/11/11 | Larry Bernstein | $ 180.00 | Preparation of Form 1120S for the year ended 2010 | 0.50 | 90.00 |
| Tax Issues | 07/12/11 | Farah Luis-Fayat | $ 130.00 | Preparation of Form 1120S for the year ended 2010 | 0.50 | 65.00 |
| Tax Issues | 07/13/11 | Farah Luis-Fayat | $ 130.00 | Preparation of Form 1120S for the year ended 2010 | 3.00 | 390.00 |
| **Tax Issues Total** | | | | | **13.40** | **2,544.00** |
| Business Operations | 05/04/11 | Joe Gutierrez | $ 300.00 | Restart Time Matters services due to program not working. | 0.20 | 60.00 |
| Business Operations | 05/05/11 | Joe Gutierrez | $ 300.00 | Troubleshoot backup failure and drive failure.  Contact Dell for drive replacement. | 1.20 | 360.00 |
| Business Operations | 05/10/11 | Joe Gutierrez | $ 300.00 | Confirm SAN rebuild and test data shares.  Monitor, log and swap tapes for backup. | 1.00 | 300.00 |
| Business Operations | 06/22/11 | Joel Glick | $ 310.00 | Telephone with counsel re: monthly TIP reports | 0.40 | 124.00 |
| Business Operations | 06/28/11 | Christian Taveras | $ 145.00 | Changed Tapes and Checked SQL backup | 0.50 | 72.50 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Business Operations | 07/06/11 | Christian Taveras | $ 155.00 | Onsite. Change backup tapes, notify the desktop labeled Bill had a Hardrive crash. | 0.50 | 77.50 |
| Business Operations | 07/20/11 | Christian Taveras | $ 155.00 | Onsite. Change backup tapes | 0.50 | 77.50 |
| Business Operations | 07/28/11 | Christian Taveras | $ 155.00 | Onsite. Change backup tapes | 0.50 | 77.50 |
| Business Operations | 08/10/11 | Christian Taveras | $ 155.00 | Onsite. Swapping tapes for back up | 0.50 | 77.50 |
| Business Operations | 08/23/11 | Christian Taveras | $ 155.00 | Onsite. Swapping tapes for back up | 0.50 | 77.50 |
| Business Operations | 08/25/11 | Martin Prinsloo | $ 300.00 | Transfer and organization of evidence at storage location to new area (cage). Purchased required storage bins for evidence. | 3.00 | 900.00 |
| **Business Operations Total** | | | | | **8.80** | **2,204.00** |
| **Grand Total** | | | | | **1,344.70** | **307,019.50** |