**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE: CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A., CHAPTER 11

Debtor.

_______________________________________/

**NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM**
(Documents may be produced in lieu of appearance)[1]

The Hon. Herbert Stettin ("Stettin" or "Trustee"), the Chapter 11 Trustee of Rothstein Rosenfeldt Adler, P.A. ("RRA" or "Debtor") by and through the undersigned attorney, will examine **Africat Marine, Inc., through its Corporate Representative,** under oath on **November 3, 2011 beginning at 10:00 a.m., at the offices of Berger Singerman, P.A., 350 East Los Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301**. The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

---

[1] Deponent is directed to contact undersigned counsel within five days of the Examination if documents will be produced in lieu of appearance. If documents are produced, the deposition may be cancelled.

**The Examinee may produce all of the documents described on the attached Exhibit "A" and subject to the Definitions and Instructions provided below, in lieu of appearance.**

## I. DEFINITIONS AND INSTRUCTIONS:

The following definitions shall apply to this Request:

A. "Africat Marine" means "Africat Marine, Inc.", the Examinee whose deposition is being taken in accordance with this notice.

B. "Scott W. Rothstein" means Scott Walter Rothstein and Scott Rothstein.

C. "Debtor" means the law firm of Rothstein Rosenfeldt & Adler, P.A.

D. "Rothstein Entity" means any of Scott Walter Rothstein; 29 Bahia, LLC; 235 GC, LLC; 350 LOP #2840; 353BR, LLC; 708 Spangler, LLC; 1012 Broward, LLC; 1198 Dixie, LLC; 1299 Federal, LLC; 2133 IP, LLC, 10630 # 110, LLC; 15158, LLC; AAMG, LLC; AAMG1, LLC; AAMM Holdings, LLC; ABT Investments, LLC; Advanced Solutions, LLC; Bahia Property Management, LLC; Boat Anagement, LLC; BOSM HOLDINGS, LLC; Bova Prime, LLC; Bova Restaurant Group, LLC; The Bova Group, LLC; Bova Smoke, LLC; BOVCU, LLC; BOVRI, LLC; CI 07, LLC; CI 08, LLC; CI 16, LLC; CI 27, LLC; CSU, LLC; D & D Management & Investment, LLC; D & S Management and Investment, LLC; DJB Financial Holdings, LLC; DYMMU, LLC; Fifth Court Financial, LLC; Full Circle Ft. Lauderdale, LLC; GHW1, LLC; IDNLGEAH, LLC; IS Management, LLC; Judah, LLC; NF Servicing, LLC; NRI 11, LLC; NRI 15, LLC; NS Holdings, LLC; BFHI, LLC; PK Adventures, LLC; PK'S Wild Ride, Ltd.; Rothstein Family Foundation, Inc.; RRA Consulting, Inc.; RRA Goal Line Management, LLC; RRA Sports & Entertainment, LLC; RSA 11th St, LLC; RW Collections, LLC; S&KEA, LLC; SCORH, LLC; VGS, LLC; The Walter Family, LLC; Walter Industries, LLC; WPBRS, LLC; Ren Group, LLC; CCCN, LLC; TB22N, LLC; TLBN, LLC; UG, LLC; SPAC Investments, LLC; GBPT, LLC; RET Group, LLC; REP Group, LLC; REC Group, LLC; REV Group, LLC; VGSI, LLC; QT, LLC; WAWW, LLC; WAWW 2, LLC; WAWW 3, LLC; WAWW 4, LLC; WAWW 5, LLC; WAWW 6, LLC; WAWW 7, LLC; WAWW 8, LLC; WAWW 9, LLC; WAWW 10, LLC; WAWW 11, LLC; WAWW 12, LLC; WAWW 13, LLC; WAWW 14, LLC; WAWW 15, LLC; WAWW 16, LLC; WAWW 17, LLC; WAWW 18, LLC; WAWW 19, LLC; WAWW 20, LLC; WAWW 21, LLC; WAWW 22, LLC; MRISC, LLC; RES Group, LLC; JJ Finance Holdings, LLC; MLC 350, LLC; and JB Boca M Holdings, LLC and

includes any and all agents, employees, servants, officers, directors, attorneys and any other person or entity acting or purporting to act on his behalf.

E. “Person” as used herein means any natural person or any entity, including without limitation any individual, firm, corporation, company, joint venture, trust, tenancy, association, partnership, business, agency, department, bureau, board, commission, or any other form of public, private or legal entity. Any reference herein to any public or private company, partnership, association, or other entity include such entity’s subsidiaries and affiliates, as well as the present and former directors, officers, employees, attorneys, agents and anyone acting on behalf of, at the direction of, or under the control of the entity, its subsidiaries or its affiliates.

F. "Documents" shall mean the original or copies of any tangible written, typed, printed or other form of recorded or graphic matter of every kind or description, however produced or reproduced, whether mechanically or electronically recorded, draft, final original, reproduction, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, and whether handwritten, typed, printed, photostated, duplicated, carbon or otherwise copied or produced in any other manner whatsoever. Without limiting the generality of the foregoing, "documents" shall include correspondence, letters, telegrams, telexes, mailgrams, memoranda, including inter-office and intra-office memoranda, memoranda for files, memoranda of telephone or other conversations, including meetings, invoices, reports, receipts and statements of account, ledgers, notes or notations, notes or memorandum attached to or to be read with any document, booklets, books, drawings, graphs, charts, photographs, phone records, electronic tapes, discs or other recordings, computer programs, printouts, data cards, studies, analysis and other data compilations from which information can be obtained. Copies of documents, which are not identical duplications of the originals or which contain additions to or deletions from the originals or copies of the originals if the originals are not available, shall be considered to be separate documents.

G. “Documents” shall also include all electronic data storage documents including but not limited to e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password

protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software and inactive or unused computer disc storage areas.

H. All requests for documents herein expressly include a request for the production of all metadata associated with the documents to be produced. All electronically stored information shall be produced in its native format.

I. "Communications" shall mean any oral or written statement, dialogue, colloquy, discussion or conversation and, also, means any transfer of thoughts or ideas between persons by means of documents and includes any transfer of data from one location to another by electronical or similar means.

J. "Related to" shall mean, directly or indirectly, refer to, reflect, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually be connected with the matter discussed.

K. As used herein, the conjunctions “and” and “or” shall be interpreted in each instance as meaning “and/or” so as to encompass the broader of the two possible constructions, and shall not be interpreted disjunctively so as to exclude any information or documents otherwise within the scope of any Request.

L. Any pronouns used herein shall include and be read and applied as to encompass the alternative forms of the pronoun, whether masculine, feminine, neuter, singular or plural, and shall not be interpreted so as to exclude any information or documents otherwise within the scope of the Request.

M. Unless otherwise specified herein, the time frame for each Request is from and including January 1, 2007 to the present.

N. If you content that you are entitled to withhold any responsive document(s) on the basis of privilege or other grounds, for each and every such document specify:

(i) The type or nature of the document;

(ii) The general subject matter of the document;

(iii) The date of the document;

(iv) The author, addressee, and any other recipient(s) of the document; and

(v) The basis on which you contend you are entitled to withhold the document.

O. If you assert that any document called for by this request is protected against disclosure as the attorney's work product doctrine or by the attorney-client privilege, you shall provide the following information with respect to such document:

a. the name and capacity of the person or persons who prepared the documents;

b. the name and capacity of all addressees or recipients of the original or copies thereof;

c. the date, if any, borne by the document;

d. a brief description of its subject matter and physical size;

e. the source of the factual information from which such document was prepared; and

f. the nature of the privilege claimed.

P. You must produce all documents within your case, custody or control that are responsive to any of these Requests. A document is deemed within your care, custody or control if you have the right or ability to secure the document or a copy thereof from any other person having physical possession thereof.

Q. If you at any time had possession, custody or control of a document called for under this request and if such document has been lost, destroyed, purged, or is not presently in your possession, custody or control, you shall describe the document, the date of its loss, destruction, purge, or separation from possession, custody or control and the circumstances surrounding its loss, destruction, purge, or separation from possession, custody or control.

R. All documents produced pursuant hereto are to be produced as they are kept in the usual course of business and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof.

S. When appropriate, the singular form of a word should be interpreted in the plural as may be necessary to bring within the scope hereof any documents which might otherwise be construed to be outside the scope hereof.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically to all CM/ECF subscribers on the attached Service List on this 17th day of October, 2011.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

BERGER SINGERMAN
Counsel to Chapter 11 Trustee, Herbert Stettin
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Direct Line (954) 712 5138
Fax (954) 523-2872

By: *__/s/ Charles H. Lichtman__*
Charles H. Lichtman
Florida Bar No. 501050
clichtman@bergersingerman.com
Deborah B. Talenfeld
Florida Bar No. 948004
dtalenfeld@bergersingerman.com

**EXHIBIT "A"**

1. All documents evidencing, referring or relating to any payments or transfers, as that term is defined in Section101(54) of the Bankruptcy Code, that the Debtor made, directly or indirectly, to Africat Marine, including any payment or transfer of cash or any other rights or property. Such documents shall include all bank documents such as bank statements, cancelled checks, wire transfer advices, etc.

2. All documents, evidencing, referring or relating to any payments or transfers, as that term is defined in Section101(54) of the Bankruptcy Code, that any Rothstein Entity made, directly or indirectly, to Africat Marine, including any payment or transfer of cash or any other rights or property. Such documents shall include all bank documents such as bank statements, cancelled checks, wire transfer advices, etc.

3. All documents evidencing, referring or relating to any payments or transfers, as that term is defined in Section101(54) of the Bankruptcy Code, that Scott W. Rothstein made, directly or indirectly, to Africat Marine, including any payment or transfer of cash or any other rights or property. Such documents shall include all bank documents such as bank statements, cancelled checks, wire transfer advices, etc.

4. All documents evidencing, referring or relating to any payments or transfers, as that term is defined in Section101(54) of the Bankruptcy Code, that Africat Marine made, directly or indirectly, to the Debtor, including any payment or transfer of cash or any other rights or property. Such documents shall include all bank documents such as bank statements, cancelled checks, wire transfer advices, etc.

5. All documents, evidencing, referring or relating to any payments or transfers, as that term is defined in Section101(54) of the Bankruptcy Code, that Africat Marine made, directly or indirectly, to any Rothstein Entity, including any payment or transfer of cash or any other rights or property. Such documents shall include all bank documents such as bank statements, cancelled checks, wire transfer advices, etc.

6. All documents evidencing, referring or relating to any payments or transfers, as that term is defined in Section101(54) of the Bankruptcy Code, that Africat Marine made, directly or indirectly, to Scott W. Rothstein, including any payment or transfer of cash or any other rights or property. Such documents shall include all bank documents such as bank statements, cancelled checks, wire transfer advices, etc.

7. All documents, evidencing, referring or relating to any agreements entered into by and between Africat Marine and the Debtor.

8. All documents, evidencing, referring or relating to any agreements entered into by and between Africat Marine and any Rothstein Entity.

9. All documents, evidencing, referring or relating to any agreements entered into by and between Africat Marine and Scott W. Rothstein.

10. All documents evidencing, referring or relating to the relationship between Africat Marine and Scott W. Rothstein.

11. All documents evidencing, referring or relating to the relationship between Africat Marine and the Debtor.

12. All documents evidencing, referring or relating to the relationship between Africat Marine and any Rothstein Entity.

13. All documents evidencing, referring or relating to any debt(s), as that term is defined in Section 101(12) of the Bankruptcy Code, existing between Africat Marine and the Debtor.

14. All documents evidencing, referring or relating to any debt(s), as that term is defined in Section 101(12) of the Bankruptcy Code, existing between Africat Marine and any Rothstein Entity.

## SERVICE LIST

Geoffrey S. Aaronson on behalf of Creditor FEP Victims Group
gaaronson@aspalaw.com,
tdmckeown@mckeownpa.com;sbeiley@aspalaw.com;dlinder@aspalaw.com

Thomas L Abrams on behalf of Defendant Rubin Vine
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Alberta L. Adams on behalf of Interested Party St. Paul Fire and Marine Ins. Co.
aadams@mpdlegal.com, jnelson@mpdlegal.com

Melissa Alagna on behalf of Creditor Investors Risk Advantage LLC
mma@segallgordich.com, jxp@segallgordich.com

Joaquin J Alemany on behalf of Intervenor The Daily Business Review
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Grisel Alonso on behalf of Defendant United States of America
grisel.alonso@usdoj.gov, andrea.neumann2@usdoj.gov

Brett M Amron on behalf of Creditor Todd Snyder
bamron@bastamron.com,
jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com,jmiranda@bastamron
.com,afiorentino@bastamron.com

Eric N Assouline on behalf of Creditor Nick Wilder
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Kristopher Aungst on behalf of Plaintiff Herbert Stettin
kaungst@bergersingerman.com, sochoa@bergersingerman.com;efile@bergersingerman.com

Scott L. Baena on behalf of Defendant Centurion Structured Growth LLC
sbaena@bilzin.com,
eservice@bilzin.com;cvarela@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Jeffrey P. Bast on behalf of Creditor Todd Snyder
jbast@bastamron.com,
jdepina@bastamron.com;dquick@bastamron.com;jmiranda@bastamron.com;afiorentino@basta
mron.com

Christopher G Berga on behalf of Defendant ABS Capital Funding, LLC
cgb@lydeckerlaw.com, gh@lydeckerlaw.com

Eyal Berger on behalf of Creditor Committee Official Committee of Creditors

eyal.berger@akerman.com, jeanette.martinez@akerman.com

Jeffrey M Berman on behalf of Creditor Emess Capital, LLC
jberman@klugerkaplan.com

John G. Bianco III on behalf of Creditor Edward Morse
jgb@trippscott.com, bankruptcynoticecenter@trippscott.com

Gary S Blake on behalf of Creditor Litton Loan Servicing LP
gblake@lglaw.net, bk@lglaw.net

Mark D. Bloom on behalf of Defendant TD Bank, N.A.
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com

Mark D. Bloom on behalf of Defendant TD Bank, N.A.
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;reisinoa@gtlaw.com

Alain E Boileau on behalf of Interested Party Ironshore Indemnity, Inc.
aeb@mcintoshschwartz.com, rdm@mcintoshschwartz.com;wxs@mcintoshschwartz.com

Mark F Booth on behalf of Creditor VRLP1, LLC
mfbooth@rmzlaw.com

Robert C Buschel on behalf of Defendant Qtask, Inc., a California corporation
buschel@bglaw-pa.com, srodgers@cmk-law.com

Darol H M Carr on behalf of Creditor Blue Oak Construction, LLC
cenos@farr.com, dcarr@farr.com

Francis L. Carter on behalf of Creditor Circle K Family, LLC
flc@katzbarron.com, lcf@katzbarron.com

David C. Cimo on behalf of Plaintiff Herbert Stettin
dcimo@gjb-law.com

Roderick F. Coleman on behalf of Creditor Prince International Ventures, LLC
rfc@colemanattorneys.com

Ileana Cruz-Bongini on behalf of Creditor Coquina Investments
icruz@stearnsweaver.com, tcotter@stearnsweaver.com;mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com

Carlos L De Zayas on behalf of Defendant ABS Capital Funding, LLC
cdz@lydeckerlaw.com

Joseph A. DeMaria on behalf of Creditor Gibraltar Private Bank and Trust

jad@tewlaw.com, mm@tewlaw.com;ecs@tewlaw.com

Denise D Dell-Powell on behalf of Interested Party Baron Von Wolfsheild
ddpowell@burr.com, ahutchinson@burr.com;greid@burr.com

Maureen Donlan on behalf of Interested Party United States of America
maureen.donlan@usdoj.gov, andrea.neumann2@usdoj.gov

John D Eaton on behalf of Defendant SFS Capital Funding, LLC
jeaton@rascoklock.com, ogonzalez@rascoklock.com;nsingh@rascoklock.com

Robert F. Elgidely on behalf of Plaintiff Herbert Stettin
relgidely@gjb-law.com, sanderson@gjb-law.com;ekelly@gjb-law.com;chopkins@gjb-law.com

Robert G Fracasso Jr on behalf of Defendant Bodner Family Foundations
rfracasso@shutts.com

Robert C Furr on behalf of Creditor Greenwood Capital Partners, LLC
bnasralla@furrcohen.com

David L Gay on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
dgay@bergersingerman.com, jalvarez@bergersingerman.com;efile@bergersingerman.com

John H Genovese on behalf of Petitioning Creditor Aran Development Inc.
jgenovese@gjb-law.com, dsanchez@gjb-law.com;gjbecf@gjb-law.com

Michael I Goldberg on behalf of Creditor Committee Official Commitee of Unsecured Creditors
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Jason B Gonzalez on behalf of Defendant Republican Party of Florida
jgonzalez@ausley.com

Lawrence Gordich on behalf of Creditor Investors Risk Advantage LLC
LAG@segallgordich.com, jxp@segallgordich.com;mma@segallgordich.com

Gregory S Grossman on behalf of Creditor Fifth Third Bank
ggrossman@astidavis.com

Nancy E Guffy on behalf of Plaintiff Thirteen Aqua Holdings Ltd
mkoskey@feamanlaw.com

Jordi Guso on behalf of Debtor Rothstein Rosenfeldt Adler, PA
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Hollie N Hawn on behalf of Creditor Broward County Records,Taxes & Treasury
hhawn@broward.org

John L. Heller
john.heller@marcumllp.com, fl03@ecfcbis.com

Bart A Houston on behalf of Defendant Drake Ventures, LLC
houston@kolawyers.com, hylton@kolawyers.com

John B. Hutton III on behalf of Defendant TD Bank, N.A.
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

John B. Hutton III on behalf of Plaintiff TD Bank, N.A.
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Geoffrey D Ittleman on behalf of Creditor Steven Bitton
geoffrey@ittlemanlaw.com

Allan A Joseph on behalf of 3rd Party Plaintiff Jody Alu
ajoseph@davidjosephlaw.com

Bruce A Katzen on behalf of Creditor Emess Capital, LLC
bkatzen@klugerkaplan.com, miglesias@klugerkaplan.com

Roy S Kobert on behalf of Creditor Pirulin, LLC
orlandobankruptcy@broadandcassel.com

Brian R Kopelowitz on behalf of Defendant Chris M. Salamone & Associates
kopelowitz@kolawyers.com, herrington@kolawyers.com

Harris J. Koroglu on behalf of Creditor American Express Travel Related Services Company, Inc.
hkoroglu@shutts.com, jgoodwin@shutts.com

Seth Lehrman on behalf of Interested Party Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
seth@pathtojustice.com

Michael D Lessne on behalf of Defendant Marcy Lippman
michael.lessne@gray-robinson.com, jessica.cartagena@gray-robinson.com;abby.srour@gray-robinson.com

David M. Levine on behalf of Interested Party Harden & Associates, Inc.
dml@lkllaw.com, rb@lkllaw.com;lv@lkllaw.com

Joan M Levit on behalf of Creditor Committee Official Committee of Creditors
joan.levit@akerman.com, charlene.cerda@akerman.com

Charles H Lichtman on behalf of Defendant Herbert Stettin
clichtman@bergersingerman.com,
ctarrant@bergersingerman.com;lwebster@bergersingerman.com;efile@bergersingerman.com

John E Lucian on behalf of Defendant Mary Noa
lucian@blankrome.com

Matthew A Mannering on behalf of Defendant RL Pearson and Associates, Inc.
mmannering@hunton.com, dparry@hunton.com

Alan K. Marcus on behalf of Defendant Iris Peter
amarcus@lrxgroup.com, ronmiam@aol.com;nvicente@lrxgroup.com

Isaac M Marcushamer on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
imarcushamer@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com

Jason S Mazer on behalf of Plaintiff Herbert Stettin
jmazer@vpl-law.com, kshaw@vpl-law.com;csteklof@vpl-law.com;cgudaitis@vpl-law.com;lrodriguez@vpl-law.com;receptionist@vpl-law.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Paul J McMahon on behalf of Interested Party Philip Arvidson
pjm@pjmlawmiami.com

James C. Moon on behalf of Creditor Banyon 1030-32, LLC
jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Norman A Moscowitz on behalf of Defendant Berenfeld Spritzer Schechter & Sheer, LLP
nmoscowitz@moscowitz.com,
jpaya@mmmpa.com;rbithman@mmmpa.com;jmoscowitz@mmmpa.com

Barry E. Mukamal
bankruptcy@marcumllp.com

Arthur C. Neiwirth on behalf of Interested Party Arthur Neiwirth
aneiwirthcourt@qpwblaw.com

Ari Newman on behalf of Witness TD Bank, N.A.
newmanar@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com

Timothy J Norris on behalf of Defendant Landing Rock Group, L.L.C.
tjnorris@duanemorris.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan on behalf of Defendant Monarch Capital Fund, Ltd.
plorshan@orshanpa.com, maria@orshanpa.com

Christian A Petersen on behalf of Respondent Al Lamberti
cpetersen@gunster.com, flessard@gunster.com

Gary S Phillips on behalf of Defendant Barry Lipsitz
gphillips@phillipslawyers.com

Patricia A Redmond on behalf of Creditor Coquina Investments
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Ivan J Reich on behalf of Interested Party Columbia Casualty Company
ireich@gray-robinson.com, abby.srour@gray-robinson.com;jessica.cartagena@gray-robinson.com

Claudio Riedi on behalf of Creditor Gibraltar Private Bank and Trust
criedi@tewlaw.com

Heather L. Ries on behalf of Creditor Nova Bank
hries@foxrothschild.com, mbird@foxrothschild.com

Kenneth B Robinson on behalf of Interested Party George Levin
krobinson.ecf@rprslaw.com

David L Rosendorf on behalf of Creditor Razorback Funding, LLC
dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com

Alex P Rosenthal on behalf of Defendant MLC 350, LLC
alex@rrcounsel.com

Luis Salazar on behalf of Defendant Stuart Rosenfeldt
luis.salazar@izhmlaw.com,
linda.jackson@InfanteZumpano.com;araceli.aguilar@InfanteZumpano.com;karina.dominguez@InfanteZumpano.com;kevin.cabrera@InfanteZumpano.com;ariana.amar@InfanteZumpano.com

William G Salim Jr on behalf of Creditor NF Servicing, LLC
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Reggie David Sanger on behalf of Creditor Marika Tolz
ecfmail@reggiedsangerpa.com, rdsoffice@gmail.com

Harry R Schafer on behalf of Defendant Marcy Lippman
hschafer@kennynachwalter.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Matthew H Scott on behalf of Counter-Defendant Carolina Casualty Insurance Company
mhs@trippscott.com, bankruptcy@trippscott.com

Patrick S. Scott on behalf of Defendant Michael Ashton, Inc.
patrick.scott@gray-robinson.com

Frank P Scruggs on behalf of Plaintiff Herbert Stettin
fscruggs@bergersingerman.com, clamb@bergersingerman.com

Michael D. Seese on behalf of Defendant Kimberly Rothstein
mseese@hinshawlaw.com, sseward@hinshawlaw.com;lportuondo@hinshawlaw.com

Steven E Seward on behalf of Defendant Kimberly Rothstein
sseward@hinshawlaw.com

John C. Shawde on behalf of Creditor SFS
jshawde@rascoklock.com, ogonzalez@rascoklock.com;nsingh@rascoklock.com

Bradley S Shraiberg on behalf of Counter-Defendant Carolina Casualty Insurance Company
bshraiberg@sfl-pa.com, vchapkin@sfl-pa.com;narakaki@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

James D. Silver on behalf of Attorney Conrad & Scherer, LLP
jds@conradscherer.com, jkaufman@conradscherer.com;raldama@conradscherer.com

Paul Steven Singerman on behalf of 3rd Pty Defendant Herbert Stettin
singerman@bergersingerman.com, mruiz@bergersingerman.com;efile@bergersingerman.com

Jason Slatkin on behalf of Defendant Katie Adler
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com

David R. Softness on behalf of Plaintiff Lexington Insurance Company
david@softnesslaw.com

Steven J. Solomon on behalf of Defendant Suntrust Bank, N.A.
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com

Jeffrey R Sonn on behalf of Petitioning Creditor Roger Wittenberns,

jsonn@sonnerez.com

James B Sowka on behalf of Interested Party Columbia Casualty Company
jsowka@seyfarth.com

Jesus M Suarez on behalf of Plaintiff Herbert Stettin
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

Joel L Tabas on behalf of Intervenor-Defendant Whitney Education Group, Inc.
jtabas@tabasfreedman.com,
karen@tabasfreedman.com;rdecker@tabasfreedman.com;francis@tabasfreedman.com

Deborah Talenfeld on behalf of Trustee Herbert Stettin
dtalenfeld@bergersingerman.com, efile@bergersingerman.com

Jeffrey A Tew on behalf of Creditor Gibraltar Private Bank and Trust
jt@tewlaw.com, jab@tewlaw.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Marika Tolz
TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com

Rhett Traband on behalf of Creditor Caro Group, LLC
rtraband@broadandcassel.com

Trustee Services Inc 2
court@trusteeservices.biz, sandirose.magder@gmail.com

Peter F. Valori on behalf of Creditor Caro Group, LLC
pvalori@dvllp.com, spitta@dvllp.com

Theresa M Van Vliet on behalf of Plaintiff Herbert Stettin
tvanvliet@gjb-law.com

Laura J. Varela on behalf of Defendant Barry Lipsitz
lvarela@phillipslawyers.com

Victor H Veschio on behalf of Defendant Bank Of America, N.A.
firm@vlgfl.com, VictorLawGroup@gmail.com;JEM@vlgfl.com

Bryan T West on behalf of Creditor Gibraltar Private Bank and Trust
btw@tewlaw.com

Henry S Wulf on behalf of Creditor 123 MA Exchange One LLC

hwulf@carltonfields.com, kvickers@carltonfields.com