

**ORDERED in the Southern District of Florida on December 19, 2011.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

IN RE:                                                          Case No. 09-34791-BKC-RBR
                                                                Chapter 11
ROTHSTEIN ROSENFELDT ADLER, P.A

Debtor
_____/

### ORDER GRANTING, IN PART, RAZORBACK VICTIMS' EXPEDITED MOTION TO MODIFY AGREED ORDER ESTABLISHING PROTOCOL FOR SCOTT ROTHSTEIN EXAMINATION/DEPOSITION TO ALLOW THE PRESS ACCESS TO THE DAILY TRANSCRIPTS WITHOUT DELAY

**THIS MATTER** came before the Court for hearing on December 13, 2011, on the Razorback Victims' Expedited Motion to Modify Agreed Order Establishing Protocol for Scott Rothstein Examination/Deposition to Allow the Press Access to the Daily Transcripts without Delay [ECF # 2465].

Upon consideration of the record, and the arguments of counsel, it is ORDERED as follows:

1. The Razorback Victims' Expedited Motion to Modify Agreed Order Establishing Protocol for Scott Rothstein Examination/Deposition to Allow the Press Access to the Daily Transcripts without Delay is GRANTED in part.

2. The Agreed Order Establishing the Protocol for the Deposition of Scott Rothstein [ECF # 1751] is modified such that the daily transcripts of the Rothstein examinations/depositions shall be provided to the press eight days after completion of each day's transcript, subject to the provisions of paragraph 3 below.

3. If any party wishes to make a claim of confidentiality as to any part of the Rothstein daily deposition transcripts, such party shall file with this Court, within eight days of completion of each such daily transcript, with an e-mail copy to the Court Reporter and all counsel who have participated in the examinations/depositions, written notice of the specific portions (with line and page references) of such transcript being designated as confidential and the basis for the claim of confidentiality. The Court shall thereafter schedule a hearing on an expedited basis to consider the claim of confidentiality. The portion of the transcript designated as confidential in accordance with the terms of this Order shall not be provided to the press pursuant to paragraph 2 above except in accordance with further Order of this Court. Except as to the specific portion of such transcript designated as confidential in accordance with the terms of this Order, the daily transcripts shall be provided to the press in accordance with paragraph 2 above.

4. Except to the extent specifically modified herein, the initial Protocol Order [ECF # 1751] and the Amended Protocol Order [ECF # 2440] shall remain in full force and effect.

###

Submitted by:
James D. Silver, Esq.
Conrad & Scherer
633 S. Federal Hwy, 8th Floor
Ft. Lauderdale, FL 33301
Main Line: (954) 462-5500
Facsimile: (954) 463-9244

Copies furnished to:
James D. Silver, Esq. (Attorney Silver shall serve this Order on all parties of interest and shall file a certificate of service.)