UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

CASE NO.: 09-34791-RBR
Chapter 11

IN RE:

ROTHSTEIN ROSENFELDT ADLER, P.A.,

Debtor.
_____/

### NOTICE OF FILING EXHIBITS TO RAZORBACK VICTIMS' OBJECTION TO TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH GIBRALTAR PRIVATE BANK AND TRUST AND FOR ENTRY OF BAR ORDER

The "Razorback Victims"[1], through undersigned counsel, hereby give Notice of Filing Exhibits to Razorback Victims' Objection to Trustee's Motion to Approve Settlement With Gibraltar Private Bank and Trust and For Entry of Bar Order.

---

[1] The "Razorback Victims" are Razorback Funding, LLC, D3 Capital Club, LLC, BFMC Investment, LLC, Linda Von Allmen As Trustee Of The Von Allmen Dynasty Trust, D&L Partners, LP, David Von Allmen, As Trustee Of The David Von Allmen Living Trust, Ann Von Allmen, As Trustee Of The Ann Von Allmen Living Trust, Dean Kretschmar, Ira Sochet Revocable Inter Vivos Trust, Investors Risk Advantage, LP, Cooper Management, Anthony Degennaro As Trustee Of The Extra Inning Dynasty Trust, Adele Mussry, Jack Mussry, Nassim Mussry, Melina El-Ani, Danielle El-Ani, H&N Associates, Aretz Associates, Park National Capital Funding, LLC, Park National Mortgage Servicing, Scott Morgan, Viceroy Global Investments, Inc., Concorde Capital, Inc., Sussco, Inc., Edward Paley, Florence Paley, The Edward And Florence Paley Foundation, Steven Paley, Laura Paley, Jane Zaretsky, Steven Zaretsky, As Trustee Of The Jane Zaretsky Dynasty Trust, Lawrence E. Dekelbaum, and Shalom Strictly Kosher Meats, Inc.

335572-1                                                1

Dated: February 22, 2012    Respectfully submitted,

/s/David L. Rosendorf
HARLEY S. TROPIN
Florida Bar No. 241253
hst@kttlaw.com
CHARLES W. THROCKMORTON
Florida Bar No. 286192
cwt@kttlaw.com
DAVID L. ROSENDORF
Florida Bar No. 996823
dlr@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Tel:    (305) 372-1800
Fax:    (305) 372-3508


And

/s/James D. Silver
WILLIAM R. SCHERER
Florida Bar No. 169454
wscherer@conradscherer.com
JAMES D. SILVER
Florida Bar No. 373702
jsilver@conradscherer.com
CONRAD & SCHERER, LLP
Counsel for Creditors
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel:  (954) 847-3324
Fax: (954) 463-9244

335572-1                                       2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 22, 2012, on all parties registered to receive CM/ECF electronic notifications from the Bankruptcy Court in this case.

By: /s/David L. Rosendorf
Florida Bar No.: 996823