

**ORDERED in the Southern District of Florida on October 29, 2012.**

_Raymond B. Ray, Judge_
_United States Bankruptcy Court_

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

ROTHSTEIN ROSENFELDT ADLER, PA          CASE NO.: 09-34791-BKC-RBR
                                         CHAPTER 11

Debtor(s)              /

### ORDER AWARDING THIRD INTERIM COMPENSATION TO MARCUM LLP AS FINANCIAL ADVISOR TO COMMITTEE AND SPECIAL ACCOUNTANT FOR CHAPTER 11 TRUSTEE

THIS CAUSE came before the Court on October 25, 2012 at 9:30 A.M., upon the Third Interim Fee Application of John L. Heller, of Marcum LLP ("Marcum"), for Compensation as Financial Advisor to Committee and Special Accountant for Chapter 11 Trustee. The Court having reviewed the file and Application, having heard comments by interested parties, and being otherwise fully advised in the premises, the Court finds that the following allowances which constitute 90% of all fees from December 1, 2011 through September 30, 2012, and expenses in the amount of $25.94, are reasonable under the applicable provisions of the Bankruptcy Code and, accordingly, it is

**ORDERED** as follows:

1.    That John L. Heller, of Marcum, is awarded interim fees in the amount of $92,661.30 and costs in the amount of $25.94. The Chapter 11 Trustee is authorized to issue payment of the total interim fees and expenses in the amount of $92,687.24.

2. In allowing the foregoing fees, the Court has considered the criteria in 11 U.S.C. sections 326 and 330 and the requirements of Bankruptcy Rule 2016 in light of principles stated in <u>Norman v. Housing Authority of Montgomery</u>, 836 F.2d 1292, 1299 (11th Cir. 1988); <u>Pennsylvania v. Delaware Valley Citizen's Council for Clean Air,</u> 478 U.S. 546 (1986); <u>Blum v. Stenson,</u> 465 U.S. 886, 897 (1984); <u>Hensley v. Eckerhart,</u> 461 U.S. 424, 433 (1983); each of the factors that govern the reasonableness of fees as set forth in <u>Matter of First Colonial Corp. of America,</u> 5 Cir.1977, 544 F.2d 1291 and <u>Johnson v. Georgia Highway Express, Inc.,</u> 488 F.2d 714 (5th Cir. 1974). Specific findings and a statement of the facts and considerations supporting each of these conclusions have been omitted in the interest of brevity but will be prepared and filed at the request of any party if received by this Court within ten (10) days after the entry of this order.

3. The amounts awarded herein are interim in nature and subject to final review in connection with Marcum's final fee application in this case, and are subject to disgorgement if appropriate.

###

**Submitted by:**
JOHN L. HELLER, CPA
**Marcum LLP**
**450 E. Las Olas Boulevard, 9th Floor**
**Ft. Lauderdale, Florida  33301**
**(954) 320-8000 (954) 320-8001 Fax**
**john.heller@marcumllp.com**


**Accountant John Heller is directed to serve copies of this Order upon all interested parties and file a certificate of service.**