UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

                                         Case No. 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,

                                         Chapter 11

       Debtor.
_____/

### IRA SOCHET INTER VIVOS REVOCABLE TRUST AND INVESTORS RISK ADVANTAGE'S RESPONSE TO THE
### TRUSTEE'S EIGHTH OMNIBUS OBJECTION TO CLAIMS [ECF 3597]

      Creditors, the Ira Sochet Inter Vivos Revocable Trust (the "Sochet Trust") and Investors Risk Advantage, LP, (collectively the "Sochet Entities") hereby file their response to the *Trustee's Eighth Omnibus Objection to Claims* (the "Objection") [ECF 3597] and in support thereof state as follows:

    1. On November 20, 2012, the Trustee filed the Objection seeking, *inter alia*, the disallowance and striking of Claim Number 356.

    2. Claim Number 356 was the initial claim filed by the Ira Sochet Inter Vivos Revocable Trust.

    3. This claim was subsequently amended and allowed in its entirety by virtue of the *Order Granting Motion of Chapter 11 Trustee Herbert Stettin Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlement and Compromise with (i) Adversary Case Defendants Investors Risk Advantage, Sochet & Company and the Ira Sochet Inter Vivos Trust; and (ii) Ira Sochet* dated November 29, 2011 [ECF 2416] (the "Sochet Settlement Order").

    4. Paragraph 4 of the Sochet Settlement Order states that the Sochet Related Entities (as that term is defined in the Sochet Settlement Order and which includes the Sochet Entities) "shall be deemed to hold an allowed general unsecured claim in the Bankruptcy Case…consisting of (1) Claim No. 145-2 previously filed by the Sochet Trust on April 5, 2011…"

    5. Footnote 1 to paragraph 4 explains that "claim number 145-2 is reflected as Claim No. 356-2 in the claims register maintained by Trustee Services, Inc." The Trustee used the claim numbers from the Trustee Services, Inc. registry in his Objection.

1

6.   To the extent that claim number 356 was amended by 356-2 and to the extent that 356-2 was subsequently allowed in its entirety as a general unsecured claim pursuant to the Socket Settlement Order, the Socket Entities have no objection to claim number 356 being stricken and disallowed.

WHEREFORE, the Socket Entities, having responded to the Objection, do not object to the entry of an order disallowing and striking claim number 356 to the extent that this claim has been amended by claim number 356-2 which was subsequently allowed pursuant to the Socket Settlement Order and for such other and further relief as this Court deems just and proper.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I CERTIFY that a true copy of this response was served via electronic transmission on all CM/ECF registered users and counsel requesting service on December 12, 2012.

SEGALL GORDICH P.A.
*Attorneys for Socket Entities*
801 Brickell Avenue
Suite 900
Miami, Florida 33131
Telephone: 305-755-4930
Fax: 305-438-7438

/s/Lawrence A. Gordich
LAWRENCE A. GORDICH
Florida Bar No. 378097
lag@segallgordich.com
MELISSA ALAGNA
Florida Bar No. 40555
mma@segallgordich.com