UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,     Case No. 09-34791-BKC-RBR
Chapter 11

    Debtor.
_____/

HERBERT STETTIN, Chapter 11 Trustee,

    Plaintiff,                                 Adv. Pro. No. 11-02780-RBR[1]

v.

GERALD A. BRAUSER, BERNICE
BRAUSER, LEON BRAUSER, LEONA
BRAUSER, BRAUSER ENTERPRISES and
RENEE ZONENSHINE,

    Defendants.
_____/

**Settling Adversary Brauser Defendants' Response**
**to Certificate of Contested Matter [Doc. 3657]**

Defendants GERALD A. BRAUSER, BERNICE BRAUSER, LEON BRAUSER, LEONA BRAUSER, BRAUSER ENTERPRISES and RENEE ZONENSHINE (collectively "Defendants") hereby respond to the Trustee's December 18, 2012 *Certificate of Contested Matter Regarding Motion to Approve Settlement and Releases Between (i) the Chapter 11 Trustee, (ii) Gerald A. Brauser, (iii) Bernice Brauser, (iv) Leon Brauser, (v) Leona Brauser, (vi) Brauser Enterprises, and (vii) Renee Zonenshine [D.E. 3535]* (the "Certificate of Contested Matter) [Doc. 3657] as follows:

---

[1] This Response has been filed in the main proceeding only, as the underlying "Certificate of Contested Matter" [Doc. 3657] was filed in this proceeding only.

1.   The Trustee filed the Certificate of Contested Matter yesterday, December 18, 2012, "respectfully request[ing] that the Court schedule a hearing to consider [the Trustee's Motion to Approve Settlement and Releases [D.E. 3535] (the "Motion")]" and any responses thereto.  (Certificate of Contested Matter at ¶ 6).

2.   The Certificate of Contested Matter asserts that, "[a]s of December 17, 2012, a check of the electronic docket entries in this case confirms that one (1) response was filed to the [Limited Objection] Motion by, Robert C. Furr, as Trustee of Banyon 1030-32, LLC and Banyon Income Fund, L.P. (the "Response") [D.E. 3562]."  (Certificate of Contested Matter at ¶ 4).

3.   The foregoing assertion is inaccurate.

4.   The Certificate of Contested Matter also asserts that, "[e]xcept for the [Furr] Response, no other responses to the Motion were filed or received by the Trustee."  (Certificate of Contested Matter at ¶ 5).

5.   The foregoing assertion is likewise inaccurate.

6.   In fact, on November 16, 2012, the present Defendants timely filed their response to Furr's limited objection in both the adversary proceeding as well as this proceeding.  Copies of Defendants' such response in the adversary proceeding [Doc. 71] and this main proceeding [Doc. 3566] are attached hereto, respectively.

7.   On December 18, 2012, upon Defendants' undersigned counsel's receipt and review of the Certificate of Contested Matter, undersigned counsel contacted the Trustee's counsel by email and telephone to advise opposing counsel of the Trustee's apparent inadvertent confusion regarding the record, and to inquire whether the Trustee would be submitting an amended certificate to clarify such confusion.

8. The Trustee's counsel acknowledged the confusion, and indicated that the Trustee would be filing an amended certificate by the following morning.

9. To date, no such amended certificate has been filed.

10. Accordingly, should the Court schedule a hearing to consider the underlying Motion [Doc. 3535], as requested by the Trustee, the present Defendants respectfully request that their response [Doc. 3566] in the matter also be considered at any such hearing or other resolution of the underlying Motion.

    Respectfully submitted,

    FUERST ITTLEMAN DAVID AND JOSEPH, P.L.
    1001 Brickell Bay Drive, 32nd Floor
    Miami, Florida 33131
    Telephone: (305) 350-5690
    Facsimile: (305) 371-8989
    *Attorneys for Defendants Gerald A. Brauser,*
    *Bernice Brauser, Leon Brauser, Leona Brauser,*
    *Brauser Enterprises and Renee Zonenshine*

    By: s/Allan A. Joseph
    ALLAN A. JOSEPH
    Florida Bar No. 893137
    Email: ajoseph@fuerstlaw.com
    FRANK MASSABKI
    Florida Bar No. 687901
    Email: fmassabki@fuerstlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 19, 2012, I electronically filed or caused to be filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

By: s/Allan A. Joseph
ALLAN A. JOSEPH