**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.    Case No. 09-34791-BKC-RBR
                                    Chapter 11
    Debtor.
_____/

## TRUSTEE'S NINTH OMNIBUS OBJECTION TO CLAIMS

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned attorneys OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**Any written response must include the following: (i) the approved case caption and the title of the objection to which the response is directed; (ii) the name of the claimant and the official claim number; (iii) a description of the basis for the amount of its underlying proof of claim or scheduled claim; and (iv) a concise statement setting forth the reasons why the Court should not sustain the objection, including, but not limited to, the specific factual and legal bases upon which the claimant will reply in opposing the objection. The response must be filed with the Clerk of the United States Bankruptcy Court, 299 E. Broward Boulevard, Room 112, Fort Lauderdale, FL 33301 with a copy to Isaac Marcushamer, Esq., Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131.**

Herbert Stettin, Chapter 11 Trustee (the "Trustee") of Rothstein Rosenfeldt Adler, P.A. ("RRA" or the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 3007, Local Rule 3007-1, and the *Order Granting Trustee's Motion for Entry of an Order (I) Authorizing the Trustee to Add Claim Objection Categories to Anticipated Omnibus Objections; (II) Waiving the Requirements of Local Rule 3007-1(C) (Limiting Objections to Claims to Five Claims per Pleading); and (III)*

1

4663136-1

*Establishing Uniform Procedures for the Claims Reconciliation Process* [D.E. 2119], hereby files this objection (the "Objection") to the claims listed on the attached **Exhibit "A"** as follows:

> **Exhibit "A":** The Movant objects to each claim set forth on **Exhibit "A"** on one or more of the following grounds: (i) lacks supporting documentation; (ii) not reflected in the Debtor's books and records; (iii) misclassification; (iv) amended by subsequently filed proofs of claim; (v) duplicative claim; (vi) satisfied or released during the case in accordance with the Code, applicable rules, or a court order; (vii) incapable of verification; and (viii) 502(d).

The Exhibit attached hereto lists the claims being objected to by the Movant, with the specific grounds and reasons for the Movant's objection, and the requested disposition of such claims, as set forth above.

**All claimants that have received this Objection should locate their names and claims on the attached Exhibit, which names are listed alphabetically.**

The Movant reserves the right to amend any objection to any claim set forth on Exhibit "A", to object on additional grounds not set forth in Exhibit "A", and/or to object to any further claims not presently set forth on this Exhibit. By filing this Objection, the Movant does not waive the right to file further objections or to pursue avoidance actions or other causes of action.

**WHEREFORE**, the Movant respectfully request that the Court (1) dispose of the claims set forth on **Exhibit "A"**, as recommended by the Movant, on the grounds set forth in this Objection and on the attached Exhibit, without prejudice to the rights of the Movant or other interested parties to

file further objections or to pursue avoidance actions or other causes of action, and (2) grant such other and further relief as is just and appropriate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all registered users in the case, pursuant to the attached CM/ECF service list, and via Regular U.S. Mail to all parties listed on the attached Claimant Service List this 25th day of January, 2013.

Dated: January 25, 2013.        Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for Herbert Stettin,*
*Chapter 11 Trustee*
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340


By:  */s/  Isaac Marcushamer*
       Isaac Marcushamer
       Florida Bar No. 060373
       imarcushamer@bergersingerman.com

**EXHIBIT "A"**

| Name of Claimant | Claim # | Amount | Basis for Disposition | Recommended Disposition |
|---|---|---|---|---|
| Blott, Phillip<br>3099 NW 48th Avenue<br>#260<br>Lauderdale Lakes, FL 33313 | 192 | $25,000.00 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate. | Claim should be stricken and disallowed in its entirety. |
| CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>800 E. Sonterra Blvd., Suite 240<br>San Antonio, TX 78258 | 4 | $83,173.70 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate. | Claim should be stricken and disallowed in its entirety. |
| Dekelbaum, Max<br>9455 Collins Avenue, #604<br>Surfside, FL 33154 | 310 | $100,000.00 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate. | Claim should be stricken and disallowed in its entirety. |
| Harrell, Christina<br>c/o Farmer, Jaffe, Weissing, et al.<br>425 N. Andrews Ave., Suite 2<br>Ft. Lauderdale, FL 33301 | 249 | $50,000.00 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate and the claim lacks supporting documentation. | Claim should be stricken and disallowed in its entirety. |
| DeVoe, Donna & DeFranco, Russell<br>1011 Belle Drive<br>N.M.B., SC 29582 | 151 | $250,000.00 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate and the claim lacks supporting documentation. | Claim should be stricken and disallowed in its entirety. |
| Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | 164 | Contingent/<br>Unliquidated | Claim has been satisfied or released during the case in accordance with the Code, applicable rules or a court order pursuant to F.R.B.P. 3007(d)(5). | Claim should be stricken and disallowed in its entirety. |

Page 1

| Name of Claimant | Claim # | Amount | Basis for Disposition | Recommended Disposition |
|---|---|---|---|---|
| Luneburg, Richard<br>18 Lower Cross Road<br>Greenwich, CT 06831 | 357 | $70,000.00 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate. | Claim should be stricken and disallowed in its entirety. |
| Mackey, Frank<br>12843 Rock Crest Lane<br>Chino Hills, CA 91709-1143 | 370 | $59,585.00 | Claim was filed after the claims bar date. | Claim should be stricken and disallowed in its entirety. |
| Palilonis, Nancy<br>664 Lindell Boulevard<br>Delray Beach, FL 33444 | 81 | $25,000.00 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate. | Claim should be stricken and disallowed in its entirety. |
| Rosalind Perlmutter, as trustee of Gennaro Romano Trust<br>c/o Norman Fleisher, Esq.<br>2101 Corporate Blvd., Suite 107<br>Boca Raton, FL 33431 | 361 | $40,086.00 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this claimant does not hold a claim against the estate. | Claim should be stricken and disallowed in its entirety. |
| Snyder, Todd<br>Bast Amron LLP<br>SunTrust International Center<br>One Southeast Third Avenue<br>Suite 1440<br>Miami, FL 33131 | 31 | $2,160,000.00 | Claim has no basis for a secured classification. | Claim should be reclassified as a general unsecured claim. |
| U.S. Legal Support, Inc.<br>Attn: Werner Chaplin, Corp, AR Mgr.<br>363 N. Sam Houston Pkwy., E.<br>Suite 900<br>Houston, TX 77060-2404 | 3 | $197,706.43 | The Trustee is incapable of verifying the claim as asserted. Additionally, pursuant to the books and records of RRA, this Claimant does not hold a claim against the estate. | Claim should be stricken and disallowed in its entirety. |

**Claimant Service List**

Blott, Phillip
3099 NW 48th Avenue
#260
Lauderdale Lakes, FL 33313

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd., Suite 240
San Antonio, TX 78258

Dekelbaum, Max
9455 Collins Avenue, #604
Surfside, FL 33154

Harrell, Christina
c/o Farmer, Jaffe, Weissing, et al.
425 N. Andrews Ave., Suite 2
Ft. Lauderdale, FL 33301

DeVoe, Donna & DeFranco, Russell
1011 Belle Drive
N.M.B., SC 29582

Hartford Fire Insurance Company
Bankruptcy Unit, T-1-55
Hartford Plaza
Hartford, CT 06115

Luneburg, Richard
18 Lower Cross Road
Greenwich, CT 06831

Mackey, Frank
12843 Rock Crest Lane
Chino Hills, CA 91709-1143

Palilonis, Nancy
664 Lindell Boulevard
Delray Beach, FL 33444

Rosalind Perlmutter, as trustee of Gennaro Romano Trust
c/o Norman Fleisher, Esq.
2101 Corporate Blvd., Suite 107
Boca Raton, FL 33431

4

4663136-1

Snyder, Todd
Bast Amron LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, FL 33131

U.S. Legal Support, Inc.
Attn:  Werner Chaplin, Corp, AR Mgr.
363 N. Sam Houston Pkwy., E.
Suite 900
Houston, TX 77060-2404

5

4663136-1

**CM/ECF List**

Geoffrey S. Aaronson on behalf of Creditor FEP Victims Group
gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com

Thomas L Abrams on behalf of Defendant Rubin Vine
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Alberta L. Adams on behalf of Interested Party St. Paul Fire and Marine Ins. Co.
aadams@mpdlegal.com, sroussel@mpdlegal.com

Melissa Alagna on behalf of Creditor Investors Risk Advantage LLC
mma@segallgordich.com, jxp@segallgordich.com

Joaquin J Alemany on behalf of Creditor Birks & Mayors Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Kenyetta N Alexander on behalf of Creditor Circle K Family, LLC
kna@katzbarron.com, db@katzbarron.com

Grisel Alonso on behalf of Defendant United States of America
grisel.alonso@usdoj.gov, Elda.Louis-Charles@usdoj.gov

Brett M Amron on behalf of Creditor Todd Snyder
bamron@bastamron.com,
jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com,jmiranda@bastamron.com,afiorentino@bastamron.com

Eric N Assouline on behalf of Creditor Nick Wilder
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Kristopher Aungst on behalf of Plaintiff Herbert Stettin
kaungst@bergersingerman.com,
sochoa@bergersingerman.com;efile@bergersingerman.com;dparry@bergersingerman.com

Paul A Avron on behalf of Plaintiff Herbert Stettin
pavron@bergersingerman.com, efile@bergersingerman.com

Scott L. Baena on behalf of Defendant Bodner Family Foundations
sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Valerie Barton Barnhart on behalf of Defendant Mikent, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

4771159-1

Jeffrey P. Bast on behalf of Creditor Todd Snyder
jbast@bastamron.com,
jdepina@bastamron.com;dquick@bastamron.com;jmiranda@bastamron.com;afiorentino@bastamron.com

Christopher G Berga on behalf of Defendant ABS Capital Funding, LLC
cgb@lydeckerlaw.com, gh@lydeckerlaw.com

Eyal Berger on behalf of Creditor Committee Official Committee of Creditors
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Jeffrey M Berman on behalf of Creditor Emess Capital, LLC
jberman@klugerkaplan.com

John G. Bianco III on behalf of Creditor Morse Operations Inc.
jgb@trippscott.com, bankruptcynoticecenter@trippscott.com

Russell M. Blain on behalf of Interested Party Robert Furr
rblain.ecf@srbp.com, rblain@srbp.com

Gary S Blake on behalf of Creditor Litton Loan Servicing LP
gblake@lglaw.net, bk@lglaw.net

Daniel F Blanks on behalf of Defendant TD Bank, N.A.
dblanks@mcguirewoods.com,
aabbott@mcguirewoods.com;WTravis@mcguirewoods.com;sfox@mcguirewoods.com

Mark D. Bloom on behalf of Interested Party VM South Beach, LLC
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Mark F Booth on behalf of Counter-Claimant 1181830 Alberta Ltd
mfbooth@rmzlaw.com

Paul M Botros on behalf of Defendant Centurion Structured Growth, LLC
pmb@botroslawfirm.com

Robert C Buschel on behalf of Defendant Qtask, Inc., a California corporation
buschel@bglaw-pa.com, indira@bglaw-pa.com

William E Calnan on behalf of Defendant Brian Levy
wcalnan@waldmanlawfirm.com

Darol H M Carr on behalf of Creditor Blue Oak Construction, LLC
cenos@farr.com, dcarr@farr.com

Francis L. Carter on behalf of Mediator Francis Carter
flc@katzbarron.com, lcf@katzbarron.com

David C. Cimo on behalf of Plaintiff Herbert Stettin
dcimo@gjb-law.com, gjbecf@gjb-law.com

Roderick F. Coleman on behalf of Creditor Prince International Ventures, LLC
rfc@colemanattorneys.com

Marissa C Corda on behalf of Creditor Circle K Family, LLC
mcc@katzbarron.com, af@katzbarron.com

Daniel W Courtney on behalf of Defendant DC Capital Connections
dc@danielcourtneylaw.com

Ileana Cruz-Bongini on behalf of Creditor Coquina Investments
icruz@stearnsweaver.com, jmartinez@stearnsweaver.com;mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com

Carlos L De Zayas on behalf of Defendant ABS Capital Funding, LLC
cdz@lydeckerdiaz.com, jfalcon@lydeckerdiaz.com

Joseph A. DeMaria on behalf of Creditor Gibraltar Private Bank and Trust
jad@tewlaw.com, ecs@tewlaw.com;mm@tewlaw.com;dturken@tewlaw.com

Adrian C. Delancy on behalf of Defendant Maple Leaf Drilling Partners
adelancy@mrthlaw.com,
gruiz@mrthlaw.com,ycandia@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com

Denise D Dell-Powell on behalf of Interested Party Baron Von Wolfsheild
ddpowell@burr.com, greid@burr.com

Drew M Dillworth on behalf of Defendant Miami Heat Limited Partnership
ddillworth@stearnsweaver.com,
marocha@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Maureen Donlan on behalf of Interested Party United States of America
maureen.donlan@usdoj.gov, Elda.Louis-Charles@usdoj.gov

John D Eaton on behalf of Defendant Preve & Associates, LLC
jeaton@rascoklock.com,
jshawde@rascoklock.com;ogonzalez@rascoklock.com;nsingh@rascoklock.com;docketing@rascoklock.com

Morgan B. Edelboim on behalf of Defendant Jacob Szafranski
medelboim@bastamron.com, kparrales@bastamron.com;jmiranda@bastamron.com

Robert F. Elgidely on behalf of Plaintiff Herbert Stettin
relgidely@gjb-law.com, sanderson@gjb-law.com;ekelly@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

Mohammad A Faruqui on behalf of Defendant Thunder Cycle Designs, Inc.
mohammad@faruquilawfirm.com, barbarad@faruquilawfirm.com

Matthew J Feeley on behalf of Creditor Buchanan Ingersoll & Rooney PC
matthew.feeley@bipc.com, christopher.hudson@bipc.com;amin.rajani@bipc.com

G Steven Fender on behalf of Defendant Home Safe Foundation, Inc.
efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com

Michael Foster on behalf of Interested Party Twin City Fire Insurance Company
michael.foster@kaplanzeena.com, maria.escobales@kaplanzeena.com

Steven H Friedman on behalf of Creditor Legal Staffing, Inc.
steven@stevenfriedmanlaw.com

Michael A Friedman on behalf of Plaintiff Herbert Stettin
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Robert C Furr on behalf of Creditor Greenwood Capital Partners, LLC
bnasralla@furrcohen.com

David L Gay on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
dgay@bergersingerman.com, jalvarez@bergersingerman.com;efile@bergersingerman.com

John H Genovese on behalf of Petitioning Creditor Aran Development Inc.
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com

Larry I Glick on behalf of Defendant Bodner Family Foundations
lglick@shutts.com

Michael I Goldberg on behalf of Creditor Committee Official Commitee of Unsecured Creditors
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Alvin S. Goldstein on behalf of Interested Party Robert Furr
mmitchell@furrcohen.com

Jason B Gonzalez on behalf of Defendant Republican Party of Florida
jgonzalez@ausley.com

4771159-1

Lawrence Gordich on behalf of Creditor Investors Risk Advantage LLC
LAG@segallgordich.com, jxp@segallgordich.com;mma@segallgordich.com

Merrick L Gross on behalf of Respondent HSBC Bank USA, N.A.
mgross@carltonfields.com

Gregory S Grossman on behalf of Creditor Fifth Third Bank
ggrossman@astidavis.com

Barry P Gruher on behalf of Plaintiff Herbert Stettin
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;ablye@gjb-law.com;kcabrera@gjb-law.com;chopkins@gjb-law.com

Nancy E Guffy on behalf of Plaintiff Thirteen Aqua Holdings Ltd
mkoskey@feamanlaw.com

Jordi Guso on behalf of Debtor Rothstein Rosenfeldt Adler, PA
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Ross R Hartog on behalf of Interested Party J.B. International, LLC
rhartog@mrthlaw.com, ycandia@mrthlaw.com;ecfnotices@mrthlaw.com;areisino@mrthlaw.com;joyecf@mrthlaw.com;mrthbkc@gmail.com

Hollie N Hawn on behalf of Creditor Broward County Records,Taxes & Treasury
hhawn@broward.org

John L. Heller
john.heller@marcumllp.com, fl03@ecfcbis.com

Michael S Hoffman on behalf of Creditor Ary Krivopsik
Mshoffman@hlalaw.com, lsmith@hlalaw.com

Bart A Houston on behalf of Defendant Africat Marine U.S.A., Inc.
houston@kolawyers.com, schena@kolawyers.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Defendant TD Bank, N.A.
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

John B. Hutton III on behalf of Plaintiff TD Bank, N.A.
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Geoffrey D Ittleman on behalf of Creditor Steven Bitton
geoffrey@ittlemanlaw.com

Allan A Joseph on behalf of 3rd Party Plaintiff Jody Alu
ajoseph@davidjosephlaw.com

Bruce A Katzen on behalf of Creditor Emess Capital, LLC
bkatzen@klugerkaplan.com, miglesias@klugerkaplan.com

Robert M Klein on behalf of Witness Barry Brant
kleinr@kgplp.com, montanem@kgplp.com;piersonj@kgplp.com

Robert M Kline on behalf of Defendant TD Bank, N.A.
rkline@mwe.com, vharris@mwe.com;apumariega@mwe.com

Roy S Kobert on behalf of Creditor Boston Private Financial Holdings, Inc.
orlandobankruptcy@broadandcassel.com

Brian R Kopelowitz on behalf of Defendant Chris M. Salamone & Associates
kopelowitz@kolawyers.com, herrington@kolawyers.com

Harris J. Koroglu on behalf of Creditor American Express Travel Related Services Company, Inc.
hkoroglu@shutts.com, jgoodwin@shutts.com

Matthew G Krause on behalf of Defendant Braman Motors, Inc.
mkrause@ls-law.com

Thomas R. Lehman on behalf of Defendant Sussco, Inc.
trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com

Seth Lehrman on behalf of Interested Party Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
seth@pathtojustice.com

James P.S. Leshaw on behalf of Interested Party VM South Beach, LLC
leshawj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Stephen R Leslie on behalf of Interested Party Robert Furr
sleslie.ecf@srbp.com

4771159-1

Michael D Lessne on behalf of Defendant Marcy Lippman
michael.lessne@gray-robinson.com, jessica.cartagena@gray-robinson.com;abby.srour@gray-robinson.com

David M. Levine on behalf of Interested Party Harden & Associates, Inc.
dml@lkllaw.com, lv@lkllaw.com

Joan M Levit on behalf of Creditor Committee Official Committee of Creditors
joan.levit@akerman.com, charlene.cerda@akerman.com

Charles H Lichtman on behalf of Counter-Defendant Herbert Stettin
clichtman@bergersingerman.com, ctarrant@bergersingerman.com;lwebster@bergersingerman.com;efile@bergersingerman.com

Matthew L Lines on behalf of Interested Party American International Specialty Lines Insurance Company
lines@irlaw.com

Sarah J Lis on behalf of Defendant Brian Levy
slis@waldmanlawfirm.com

John E Lucian on behalf of Defendant Mary Noa
lucian@blankrome.com

Matthew A Mannering on behalf of Defendant RL Pearson and Associates, Inc.
mmannering@hunton.com, lgodfrey@hunton.com

Alan K. Marcus on behalf of Defendant Albert Peter
amarcus@marcuslawcenter.com, ronmiam@aol.com;nvicente@marcuslawcenter.com

Isaac M Marcushamer on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
imarcushamer@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Marilee A Mark on behalf of Plaintiff Herbert Stettin
mmark@gjb-law.com, gjbecf@gjb-law.com

Lisa Esq Markofsky on behalf of Interested Party Infonet Services Corporation
lmarkofsky@proskauer.com, crotondo@proskauer.com;mthompson@proskauer.com;jlevitan@proskauer.com

Jerry M Markowitz on behalf of Defendant Maple Leaf Drilling Partners
jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,joyecf@mdrtlaw.com,mrthbkc@gmail.com

Aleida Martinez Molina on behalf of Defendant John Harris
amartinez@wsh-law.com

Jason S Mazer on behalf of Plaintiff Herbert Stettin
jmazer@vpl-law.com, kshaw@vpl-law.com;csteklof@vpl-law.com;aHacker@vpl-law.com;mmoore@vpl-law.com;cgudaitis@vpl-law.com;lrodriguez@vpl-law.com;receptionist@vpl-law.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Tamara D McKeown on behalf of Creditor FEP Victims Group
tdmckeown@mckeownpa.com

Niall T McLachlan on behalf of Defendant Mooring Capital Fund, LLC
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Paul J McMahon on behalf of Interested Party Philip Arvidson
pjm@pjmlawmiami.com

Brian M Mckell on behalf of Defendant The Hartford
brian.mckell@wilsonelser.com, frances.weiss@wilsonelser.com

John A. Moffa on behalf of Creditor A-1 Investigative Agency, Inc.
john@trusteelawfirm.com,
atty_ellison@bluestylus.com;pat@trusteelawfirm.com,joel@trusteelawfirm.com,mark@trusteelawfirm.com,annmarie@trusteelawfirm.com,JohnAMoffa@gmail.com,Natasha@trusteelawfirm.com

Hector J Montalvo on behalf of Creditor Iron Mountain Information Management, Inc.
jmontalvo@homerbonner.com

James C. Moon on behalf of Creditor Banyon 1030-32, LLC
jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Harold D Moorefield Jr. on behalf of Creditor Gibraltar Private Bank and Trust
hmoorefield@stearnsweaver.com,
cgraver@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Norman A Moscowitz on behalf of Defendant Berenfeld Spritzer Schechter & Sheer, LLP
nmoscowitz@moscowitz.com,
jpaya@mmmpa.com;rbithman@mmmpa.com;jmoscowitz@mmmpa.com

Barry E. Mukamal
bankruptcy@marcumllp.com

Kenneth D Murena on behalf of Defendant Charles Sanders
kmurena@dvllp.com, jserna@dvllp.com

Ronald G Neiwirth on behalf of Creditor Recovery Racing, LLC
rneiwirth@boyd-jenerette.com, mfamada@boyd-jenerette.com

Arthur C. Neiwirth on behalf of Defendant Mikent, Inc.
aneiwirthcourt@qpwblaw.com

Ari Newman on behalf of Witness TD Bank, N.A.
newmanar@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Timothy J Norris on behalf of Defendant Ballamor Capital Management, Inc.
tjnorris@duanemorris.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan on behalf of Creditor Euro Motorcars, Inc.
paul@orshanpa.com, maria@orshanpa.com;estone@orshanpa.com

Alan J. Perlman on behalf of 3rd Pty Defendant Birmingham Estate & Jewelry Buyers, Inc.
aperlman@ralaw.com, mhannau@ralaw.com;jalper@ralaw.com

Gary S Phillips on behalf of Defendant Barry Lipsitz
gphillips@phillipslawyers.com

Pitney Bowes Inc
eva.milanowski@pb.com

Audrey M Pumariega on behalf of Interested Party TD Bank, N.A.
apumariega@mwe.com, Jkohlasch@mwe.com

Robert M Quinn on behalf of 3rd Party Plaintiff Mooring Capital Fund, LLC
rquinn@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net

Ivan J Reich on behalf of Interested Party Columbia Casualty Company
ivan.reich@gray-robinson.com, abby.srour@gray-robinson.com;jessica.cartagena@gray-robinson.com

Bruce E Reinhart on behalf of Creditor MMRH, LLC
breinhart@mcdonaldhopkins.com, asabater@mcdonaldhopkins.com

4771159-1

Robert F. Reynolds on behalf of Defendant David Boden
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Claudio Riedi on behalf of Creditor Gibraltar Private Bank and Trust
criedi@tewlaw.com

Heather L. Ries on behalf of Creditor Nova Bank
hries@foxrothschild.com, kbaker@foxrothschild.com

Kenneth B Robinson on behalf of Interested Party George Levin
krobinson.ecf@rprslaw.com

Grace E. Robson on behalf of 3rd Pty Defendant J.B. International, LLC
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com

Alan B Rose on behalf of Defendant Charles Rucks
arose@pm-law.com, mchandler@pm-law.com

David L Rosendorf on behalf of Creditor Razorback Funding, LLC
dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com

Alex P Rosenthal on behalf of Attorney MLC 350, LLC
alex@rrcounsel.com

Steven R Safra on behalf of Creditor Edward Morse
Steven.Safra@csklegal.com

Jay Sakalo on behalf of Defendant Centurion Structured Growth LLC
jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Luis Salazar on behalf of Defendant Stuart Rosenfeldt
salazar@salazarjackson.com, jackson@salazarjackson.com;aguilar@salazarjackson.com;dominguez@salazarjackson.com;Lee-Sin@SalazarJackson.com

William G Salim Jr on behalf of Creditor NF Servicing, LLC
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Lilly Ann Sanchez on behalf of Interested Party Jeffrey Epstein
lsanchez@thelsfirm.com

Harry R Schafer on behalf of Defendant Marcy Lippman
hschafer@kennynachwalter.com

10 of 13

4771159-1

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Matthew H Scott on behalf of Counter-Defendant Carolina Casualty Insurance Company
mhs@trippscott.com, bankruptcy@trippscott.com

Patrick S. Scott on behalf of Defendant Michael Ashton, Inc.
patrick.scott@gray-robinson.com

Frank P Scruggs on behalf of Plaintiff Herbert Stettin
fscruggs@bergersingerman.com, clamb@bergersingerman.com

Michael D. Seese on behalf of Defendant Kimberly Rothstein
mseese@hinshawlaw.com, sseward@hinshawlaw.com;lportuondo@hinshawlaw.com

Steven E Seward on behalf of Defendant Kimberly Rothstein
sseward@hinshawlaw.com, lportuondo@hinshawlaw.com

John C. Shawde on behalf of Creditor SFS
jshawde@rascoklock.com,
ogonzalez@rascoklock.com;nsingh@rascoklock.com;docketing@rascoklock.com

Michael P. Shienvold on behalf of 3rd Pty Defendant Joyce Picou
michaelpaullaw@aol.com

Bradley S Shraiberg on behalf of Counter-Defendant Carolina Casualty Insurance Company
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

James D. Silver on behalf of Attorney Conrad & Scherer, LLP
jds@conradscherer.com,
jkaufman@conradscherer.com;raldama@conradscherer.com;jtamayo@conradscherer.com

Paul Steven Singerman on behalf of 3rd Pty Defendant Herbert Stettin
singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com

Jason Slatkin on behalf of Defendant Katie Adler
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com

David R. Softness on behalf of Interested Party Lexington Insurance Company
david@softnesslaw.com, sam@softnesslaw.com

Steven J. Solomon on behalf of Defendant Suntrust Bank, N.A.
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com

Jeffrey R Sonn on behalf of Creditor RWRK Investments LLC
jsonn@sonnerez.com

James B Sowka on behalf of Interested Party Columbia Casualty Company
jsowka@seyfarth.com

Brian F Spector on behalf of Mediator Brian Spector
brian@bspector.com

Scott A Stichter on behalf of Interested Party Robert Furr
sstichter.ecf@srbp.com

Emily R Stone on behalf of Interested Party Twin City Fire Insurance Company
estone@orshanpa.com, maria@orshanpa.com

Jesus M Suarez on behalf of Plaintiff Herbert Stettin
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

Joel L Tabas on behalf of Intervenor-Defendant Whitney Education Group, Inc.
jtabas@tabasfreedman.com, janet@tabasfreedman.com;francis@tabasfreedman.com

Deborah Talenfeld on behalf of Plaintiff Herbert Stettin
dtalenfeld@bergersingerman.com, efile@bergersingerman.com

Jeffrey A Tew on behalf of Creditor Gibraltar Private Bank and Trust
jt@tewlaw.com, jab@tewlaw.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Charles W Throckmorton on behalf of Creditor Razorback Funding, LLC
cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com

Marika Tolz
TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com

Rhett Traband on behalf of Creditor Caro Group, LLC
rtraband@broadandcassel.com, nfundora@broadandcassel.com

Peter F. Valori on behalf of Creditor Caro Group, LLC
pvalori@dvllp.com, spitta@dvllp.com

Theresa M Van Vliet on behalf of Plaintiff Herbert Stettin
tvanvliet@gjb-law.com

4771159-1

Laura J. Varela on behalf of Defendant Barry Lipsitz
lvarela@phillipslawyers.com

Victor H Veschio on behalf of Defendant Bank Of America, N.A.
firm@vlgfl.com, VictorLawGroup@gmail.com;KIS@vlgfl.com;MJS@vlgfl.com

Steven D Weber on behalf of Plaintiff Herbert Stettin
sweber@bergersingerman.com, efile@bergersingerman.com

Roy L. Weinfeld on behalf of Defendant AT&T Corp.
rlw@weinfeldlaw.com

Bryan T West on behalf of Creditor Gibraltar Private Bank and Trust
btw@tewlaw.com

Henry S Wulf on behalf of Creditor 123 MA Exchange One LLC
hwulf@carltonfields.com, kvickers@carltonfields.com

Stuart B Yanofsky on behalf of Defendant Reynaldo Leon
stuart@stuartyanofsky.com

George L. Zinkler on behalf of Defendant Casa Casuarina, LLC
gzinkler.ecf@rprslaw.com