FLP13FEB19AM0834USBCSDFFTL

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENFELD ADLER, P.A.
Debtor.

Case No: 09-34791-RBR
Chapter 11

_____/

### RESPONSE TO TRUSTEE'S NINTH OMNIBUS OBJECTION TO CLAIMS
### (DOC 3764)

I, Richard Luneburg, file this Response to the Trustee's Ninth Omnibus Objection to Claims (DOC 3764) which objects to my filed Proof of Claim Number 357 in the amount of $70,000.00 as not having provided any documentation.

I supplement the filed Proof of Claim Number 357 by attaching additional documentation which includes a fully signed HUD-1 Settlement Statement showing the $70,000.00 escrow for clearing of permits relating to code violations at the home that I purchased, said sum escrowed to pay the cost of those remedies and other item and to be disbursed after clearing of the code violations post-closing.

I request a hearing on this matter before the court if this is not sufficient to resolve the Trustee's Objection to my claim as I will have to request the RRA attorney that handled this matter to recover his files for additional information and documents.

I am sending of a copy of this Response to Isaac Marcushamer, Esq., Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131.

By: _____ 2/18/13
Richard Luneburg
1407 SW 8th Street
Pompano Beach, Florida 3306
Tel: (203) 496-0122

1

| HUD-1 | | U.S. Department of Housing | | |
|---|---|---|---|---|
| A. Settlement Statement | | and Urban Development | | OMB No. 2502-0265 |

**B. Type of Loan**

| | | | 6. File Number | 7. Loan Number | 8. Mortg. Ins. Case Num. |
|---|---|---|---|---|---|
| ○ 1. FHA | ○ 2. FmHA | ○ 3. Conv. Unins. | 09-23517 | | |
| ○ 4. V.A. | ○ 5. Conv. Ins. | | | ID: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | Richard Luneburg and Karen A. Luneburg, husband and wife | |
|---|---|---|
| Address of Borrower: | 455 Casurina Councourse, Miami, Florida 33143-6401 | |
| E. NAME OF SELLER: | Majestic Properties, LTD., a Bahamian Corporation | |
| Address of Seller: | | TIN: |
| F. NAME OF LENDER: | | |
| Address of Lender: | | |
| G. PROPERTY LOCATION: | 435 Casuarina Concourse, Miami, Florida 33143-6401 | |
| H. SETTLEMENT AGENT: | Rothstein Rosenfeldt Adler | TIN: 01-0587961 |
| Place of Settlement: | 401 East Las Olas Blvd., Suite 1650, Fort Lauderdale, Florida 33301 | Phone: 954-522-3456 |
| I. SETTLEMENT DATE: | 7/1/09    DISBURSEMENT DATE: 7/1/09 | |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| 100. Gross amount due from borrower: | | 400. Gross amount due to seller: | |
| 101. Contract sales price | 4,650,000.00 | 401. Contract sales price | 4,650,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 3,910.50 | 403. | |
| 104. July Quartely Waste Payment | 168.00 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance: | | Adjustments for items paid by seller in advance: | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments from 07/01/09 to 12/31/09 | 2,520.54 | 408. Assessments from 07/01/09 to 12/31/09 | 2,520.54 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from borrower: | 4,656,599.04 | 420. Gross amount due to seller: | 4,652,520.54 |
| 200. Amounts paid or in behalf of borrower: | | 500. Reductions in amount due to seller: | |
| 201. Deposit or earnest money | 240,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 403,192.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 3,336,934.94 |
| 205. | | 505. Escrow for 10% FIRPTA Wiithholding | 465,000.00 |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. Payment of the 2008 Real Estate Taxes | 129,558.54 |
| 209. | | 509. Payment of the outstanding waste liens | 1,224.42 |
| Adjustments for items unpaid by seller: | | Adjustments for items unpaid by seller: | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/09 to 07/01/09 | 55,755.58 | 511. County taxes from 01/01/09 to 07/01/09 | 55,755.58 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for borrower: | 295,755.58 | 520. Total reductions in amount due seller: | 4,391,665.48 |
| 300. Cash at settlement from/to borrower: | | 600. Cash at settlement to/from seller: | |
| 301. Gross amount due from borrower (line 120) | 4,656,599.04 | 601. Gross amount due to seller (line 420) | 4,652,520.54 |
| 302. Less amount paid by/for the borrower (line 220) | (295,755.58) | 602. Less total reductions in amount due seller (line 520) | (4,391,665.48) |
| 303. Cash ( ☑ From ☐ To ) Borrower: | 4,360,843.48 | 603. Cash ( ☑ To ☐ From ) Seller: | 260,855.06 |

**Substitute Form 1099 Seller Statement:** The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**Seller Instructions:** If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6262 and/or Schedule D (Form 1040).

Borrower's Initial(s):

Seller's Initial(s): Majestic Properties, LLC. By: Lisa Landy, Power of Attorney

| HUD-1 | U.S. Department of Housing and Urban Development | | | | | Page 2 |
|---|---|---|---|---|---|---|
| **L. Settlement charges** | | | | Borrower POC Seller POC | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
| 700. Total Sales/Brokers Com. based on price | $4,650,000.00 @ | % = 265,000.00 | | | | |
| 701. 132,500.00 | % to Esslinger Wooten Maxwell, Inc. | | | | | |
| 702. 132,500.00 | % to One Sotheby's International Realty | | | | | |
| 703. Commission paid at settlement | | | | | | 265,000.00 |
| 704. BAC Fee | to Esslinger Wooten Maxwell, Inc. | | | | 250.00 | |
| **800. Items payable in connection with loan** | | | | Borrower POC Seller POC | | |
| 801. Loan origination fee | % to | | | | | |
| 802. Loan discount | % to | | | | | |
| 803. Appraisal fee | to | | | | | |
| 804. Credit report | to | | | | | |
| 805. Lender's inspection fee | to | | | | | |
| 806. Mortgage insurance application fee | to | | | | | |
| 807. | to | | | | | |
| 808. | to | | | | | |
| 809. | to | | | | | |
| 810. | to | | | | | |
| 811. | to | | | | | |
| **900. Items required by lender to be paid in advance** | | | | Borrower POC Seller POC | | |
| 901. Interest from | to | @ | /day | | | |
| 902. Mortgage insurance premium for | months to | | | | | |
| 903. Hazard insurance premium for | years to | | | | | |
| 904. Flood insurance premium for | years to | | | | | |
| 905. | years to | | | | | |
| **1000. Reserves deposited with lender** | | | | Borrower POC Seller POC | | |
| 1001. Hazard insurance | | months @ | per month | | | |
| 1002. Mortgage insurance | | months @ | per month | | | |
| 1003. City property taxes | | months @ | per month | | | |
| 1004. County property taxes | | months @ | per month | | | |
| 1005. Annual assessments | | months @ | per month | | | |
| 1006. Flood insurance | | months @ | per month | | | |
| 1007. | | months @ | per month | | | |
| 1008. | | months @ | per month | | | |
| 1009. Aggregate accounting adjustment | | | | | | |
| **1100. Title charges** | | | | Borrower POC Seller POC | | |
| 1101. Settlement or closing fee | to | | | | | |
| 1102. Abstract or title search | to RRA AND ATIF | | | | | 300.00 |
| 1103. Title examination | to | | | | | |
| 1104. Title insurance binder | to | | | | | |
| 1105. Document preparation | to | | | | | |
| 1106. Notary fees | to | | | | | |
| 1107. Attorney's Fees | to Rothstein Rosenfeldt Adler | | | | 3,500.00 | |
| (includes above item numbers: | | | | ) | | |
| 1108. Title Insurance | to Rothstein Rosenfeldt Adler | | | | | 14,200.00 |
| (includes above item numbers: | | | | ) | | |
| 1109. Lender's coverage: | | | | | | |
| 1110. Owner's coverage: | $4,650,000.00 | | | | | |
| 1111. Endorse: | | | | | | |
| 1112. Seller's Attorney Fee | to Akerman Senterfitt | | | | | 25,000.00 |
| 1113. | to | | | | | |
| **1200. Government recording and transfer charges** | | | | | | |
| 1201. Recording fees | Deed | $35.50 Mortgage(s) | Releases | $10.00 | 35.50 | 10.00 |
| 1202. City/county tax/stamps | Deed | Mortgage(s) | | | | |
| 1203. State tax/stamps | Deed | $27,900.00 Mortgage(s) | | | | 27,900.00 |
| 1204. Record Miscellaneous documents | to Clerk of Court | | | | | 100.00 |
| 1205. | to | | | | | |
| **1300. Additional settlement charges** | | | | Borrower POC Seller POC | | |
| 1301. Survey | to | | | | | |
| 1302. Pest Inspection | to | | | | | |
| 1303. Lien Search | to Florida Property Search | | | | | 325.00 |
| 1304. | to Rothstein Rosenfeldt Adler | | | | | |
| 1305. Photocopies, Messenger, Federal Expre | to Rothstein Rosenfeldt Adler | | | | 125.00 | |
| 1306. Wire Fees/Federal Express | to Rothstein Rosenfeldt Adler | | | | | 75.00 |
| 1307. Holdback for Escrow on Permit | to Rothstein Rosenfeldt Adler | | | | | 70,000.00 |
| 1308. Service Provider in Bahamas | to Sucre Arias | | | | | 282.00 |
| 1309. | | | | | | |
| **1400. Total settlement charges** | | | | | 3,910.50 | 403,192.00 |

( Enter on lines 103, Section J and 502, Section K )

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____ Borrower
Richard Luneburg

_____ Borrower
Karen A. Luneburg by PoA Richard Luneburg

Majestic Properties, LTD.
By: Lisa Landy, Attorney in Fact _____ Seller
_____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

Rothstein Rosenfeldt Adler
By: _____    7/1/09
As Its Authorized Representative    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

DoubleTime®

Records indicate that there are currently ten, (10), open building permits, each with unfinished inspections and various outstanding requirements. Coral Gables issues multiple tracking numbers for each permit, including permit numbers, invoice numbers, and control numbers. Because previously provided permit research documents the open permits by control numbers, I have done the same here.

1) Control #990173271 - issued on 01/22/99 for replacing (3) garage overhead doors.
A) Need final structural inspection

2) Control #98063267 - issued on 06/11/98 for New roof on Gazebo & Addition.
A) Need roofing final inspection
B) Need final public works inspection

3) Control #98033173 - issued on 03/17/98 for Repairs to existing pool.
A) Need final structural inspection on pool

4) Control #97043555 - issued on 05/09/97 for an Addition to home & interior alterations
A) Need Insulation Insp.
B) Need Floor Framing Insp.
C) Need Gypsum Board Screw Insp.
D) Need Final Structural Insp.
E) Need Shop Drawings for Shutters
F) Need Final Shutter Insp.
G) Need Window Anchor Insp.
H) Need Bldg. Release Form
I) Need Certificate of Compliance
J) Need Affidavit of Construction
K) Need Cert. Of Elevation for Flood Zone
L) Need Final Survey
M) Need Final Zoning Insp.
N) Need Final Public Works Insp.
O) Need Final Plumbing Inspection
P) Need Driveway Setback Insp.
Q) Need Driveway Final Insp.
R) Need Driveway Final Zoning Insp.
S) Need Driveway Final Public Works Insp.

5) Control #96123182 - issued on 12/09/96 for Removing floor tiles & kitchen cabinets.
A) Need NOC Verified
B) Need Final Insp.

6) Control #92103151 - issued on 10/08/92 for Fixture heads, intercom, motor equipment...
A) Need Final Electrical Insp.

7) Control #92063159 - issued on 06/05/92 for Feeder, fixture heads, motor...
A) Need Rough Electrical Insp.
B) Need Final Electrical Insp.

8) Control #92053416 - issued on 06/11/92 for Paver Driveway, Landscaping, CBS Wall...
A) Need Electrical Inspections
B) Need Driveway Setback insp.
C) Need Caps Insp.
D) Need Driveway Base Insp.
E) Need Final Driveway Insp.
F) Need Final Zoning & Public Works Inspections

9) Control #91103113 - issued on 10/07/91 for Chainlink Fence
A) Need Final Zoning & Public Works Insp.

10) Control #91093557 - issued on 09/26/91 for the Removal of the loft over Dining Room...
A) Need Final Structural Insp.

The "needs" listed above are not necessarily an all inclusive list of the work needed. The estimate given, is however, based upon completing the tasks and inspections listed above. Any work required by the City of Coral Gables, which is not listed above, is not included in this estimate. It should also be noted that the amount estimated here is not necessarily reflective of Dash's expected final costs, which will be based upon actual time expended plus expenses. It is reflective of Dash's best estimate, based upon the information available, of the potential maximum costs for completing the "needs" listed above, which is the norm for establishing escrow amounts for work of this nature.