# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

IN RE:                                          CASE No.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.                JUDGE    Raymond B. Ray

DEBTOR.                                         CHAPTER 11


### TRUSTEE'S MONTHLY FINANCIAL REPORTS (BUSINESS)

### FOR THE PERIOD

FROM    04/01/13    TO    04/30/13


Comes now the above-names debtor and files its Periodic Financial Reports in accordance with
the Guidelines established by the United States Trustee and FRBP 2015.


/s/ David L. Gay
Attorney for Trustee


The signature of the attorney constitutes only a certificate that the attorney has read the document.
The attorney has not made any inquiry regarding the facts represented in this report.


Debtor's Address                                Attorney's Address
and Phone Number:                               and Phone Number:

6600 NW 16th St., Suite 11                       1450 Brickell Ave
Plantation, FL 33313                             Suite 1900
                                                 Miami, Florida 33131
                                                 305-755-9500

MONTHLY FINANCIAL REPORT FOR BUSINESS

FOR THE PERIOD BEGINNING _____04/01/13_____ AND ENDING _____04/30/13_____

Name of Debtor: __ROTHSTEIN ROSENFELDT ADLER, P.A.__    Case Number __09-34791-BKC-RBR__

Date of Petition: __November 10, 2009__

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. CASH AT BEGINNING OF PERIOD | $78,460,807.62 | $4,060,034.77 |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| (Room Rental) | | |
| Net Cash Sales | | |
| B. Collection on Postpetition A/R | $2,066.61 | $2,439,626.97 |
| C. Collection on Prepetition A/R | $1,429.16 | $1,539,871.87 |
| D. Other Receipts (Attach List) | $5,661,859.51 | $128,173,188.24 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS | $5,665,355.28 | $132,152,687.08 |
| 4. TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $84,126,162.90 | $136,212,721.85 |
| 5. DISBURSEMENTS | | |
| A. U.S. Trustee Quarterly Fees | $10,400.00 | $129,706.29 |
| B. Net Payroll | | $76,014.81 |
| C. Payroll Taxes Paid | | $18,644.89 |
| D. Sales and Use Taxes | | |
| E. Other Taxes | | |
| F. Rent | $0.00 | $279,661.85 |
| G. Other Leases (Attachment 3) | | $0.00 |
| H. Telephone | $471.19 | $18,768.66 |
| I. Utilities | $85.35 | $10,439.12 |
| J. Travel & Entertainment | | $0.00 |
| K. Vehicle Expenses (Repair & Main.) | | $0.00 |
| L. Office Supplies | $4,547.67 | $73,789.31 |
| M. Advertising | | $4,318.52 |
| N. Insurance | $300.13 | $284,393.10 |
| O. Purchases of Fixed Assets | | |
| P. Purchases of Inventory (materials) | | |
| Q. Manufacturing Supplies | | |
| R. Repairs & Maintenance | | $2,134.96 |
| S. Other Operating Expenses | | $3,775.84 |
| (Attached List) | $908,612.04 | $52,109,327.98 |
| 6. TOTAL CASH DISBURSEMENTS | $924,416.38 | $53,010,975.33 |
| 7. ENDING CASH BALANCE (LINE 4-LINE 6) | $83,201,746.52 | $83,201,746.52 |
| 8. These disbursements relate to the return of client funds and, at the direction of the United States Trustee, are not included in the calculation of the fees owed to the United States Trustee. | | -$7,223,793.90 |
| 9 ADJUSTED CASH DISBURSEMENTS (LINE 6 - LINE 8) | $924,416.38 | $45,787,181.43 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __21__ day of May , 2013,

_Herbert Stettin, Chapter 11 Trustee_

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each item of Other Receipts and List Amount of Receipts

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Political Contributions Returned | $ - | $ 191,875.30 |
| Charitable Contributions Returned | | $ 1,547,398.17 |
| Transfers | | $ 13,597.54 |
| Insurance Refund | $ - | $ 82,621.21 |
| Vendor Refunds | | $ 183,465.52 |
| Service Charge Reversal | | $ 153.72 |
| Interest Income | $ 1,352.09 | $ 27,870.83 |
| Income re: Disposition of Assets | | $ 626,308.09 |
| Contingency Settlements | | $ 421,266.36 |
| Payroll Tax Refund | | $ 356,420.31 |
| Other settlements | $ 5,660,507.42 | $ 124,493,936.52 |
| Refund of Previously Seized Funds | | $ 161,082.74 |
| Disbursements Rec'd on behalf of POC's filed by Trustee | | $ 33,691.93 |
| Return of Administrative Fees | | |
| TOTAL OTHER RECEIPTS | $ 5,661,859.51 | $ 128,139,688.24 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officers/Owners, related parties, directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose |
|---|---|---|
| | | |
| | | |
| | | |

**OTHER DISBURSEMENTS:**
Describe Each item of other Disbusements and List Amount of Disbursement.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Berkowitz Dick Pollack & Brant | $ 7,820.45 | $ 3,205,818.51 |
| Genovese Joblove Batista | $ 91,091.83 | $ 7,204,386.20 |
| Berger Singerman | $ 651,049.56 | $ 17,665,608.88 |
| Herbert Stettin | $ - | $ 1,213,779.60 |
| Akerman Senterfitt | $ 100,073.42 | $ 1,682,460.62 |
| Professional Fees - Auction | | $ 66,695.75 |
| Money Seized by Federal Government | | $ 2,467,441.82 |
| Transfers | | $ 13,592.12 |
| Client Settlement Payments (***) | | $ 551,259.35 |
| Client Costs | | $ 136,066.59 |
| Returned Deposits | | $ 18,258.25 |
| Other Estate Professional Fees | $ 49,565.96 | $ 3,081,584.30 |
| Contract Labor | $ 6,500.00 | $ 463,600.54 |
| Trustee Services, Inc | $ - | $ 898,680.16 |
| Costs re: Disposition of Assets | $ - | $ 6,632,506.43 |
| Contribution Refunds | | $ 46,584.00 |
| Service Charges | $ 5.00 | $ 2,029.91 |
| Payment of Administrative Claim | | $ 661,198.08 |
| Refund COBRA premiums | | $ 7,984.29 |
| Closing of CDs per DE137 | | $ 148,493.65 |
| Moving Expenses | | $ 67,893.42 |
| Allocation of settlement proceeds (DE 1307 and 3025) | | $ 10,000,000.00 |
| SWR Attorney fees per court order (DE #3091) | | $ 29,749.44 |
| Return of Client Funds | | $ 20,000.00 |
| Mediation Fees | $ 2,505.82 | $ 24,571.23 |
| **TOTAL OTHER DISBURSEMENTS** | $ 908,612.04 | $ 56,310,243.14 |

ATTACHMENT 1

MONTHLY ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending  4/30/2013

ACCOUNTS RECEIVABLE AT PETITION DATE:          $13,289,287

ACCOUNTS RECEIVABLE RECONCILIATION (Include all accounts receivable, pre-petition
and post-petition, including charge card sales which have not been received):

| | |
|---|---:|
| Beginning of Month Balance | $ 9,937,842 |
| PLUS:  Current Month New Billings | |
| LESS:  Collection During the Month | $1,429.16 |
| ADJUSTMENT | 520.84 |
| End of Month Balance | $ 9,935,892 |

AGING:  (Show the total amount for each age group of accounts
         incurred since filing the petition)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| 0 | 0 | 0 | 9,935,892 | 9,935,892 |

ATTACHMENT 2

MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending  4/30/2013

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | **N/A** | | |

ACCOUNTS PAYABLE RECONCILIATION (Post Petition Only):

| | |
|---|---|
| Opening Balance | $      54,070 |
| PLUS:  New Indebtedness Incurred This Month | |
| LESS:  Amount Paid on Prior Accounts Payable | |
| LESS: Adjustment by Creditors | 54,070 |
| Ending Month Balance | $      - |

SECURED;  List the status of Payments to Secured Creditors and Lessors (Post Petition Only)

| Secured Creditor/ Lessor | Date Payment Due | Payment Amount | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |

ATTACHMENT 3

INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: ROTHSTEIN ROSENFELDT ADLER, P.A.              Case Number: 09-34791-BKC-RBR

Reporting Period Beginning            04/01/13              Period Ending    4/30/2013

INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                                N/A

INVENTORY RECONCILIATION:

      Inventory Balance at Beginning of Month
      Inventory Purchased During Month
      Inventory Used & Cost Adjusted*
      Inventory On Hand at End of Month

Method of Costing Inventory:

FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:                $1,932,499
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):          Tenant improvements, furniture & fixtures, computer equipment

FIXED ASSETS RECONCILIATION:

| | |
|---|---:|
| Fixed Asset Book Value at Beginning of Month | $66,624 |
|    LESS:  Depreciation Expense | $0 |
|    LESS: Leasehold Improvements Abandonded | |
|    LESS: Assets sold at Auction | - |
|    PLUS:  New Purchases | $0 |
| Ending Monthly Balance | $66,624 |

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE
REPORTING PERIOD:

ATTACHMENT 4.0

MONTHLY BANK ACCOUNT RECONCILIATION

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.                    Case Number:  09-34791-BKC-RBR

Reporting Period Beginning        04/01/13                    Period Ending        4/30/2013


NAME OF BANK:        REGIONS BANK                    BRANCH:    Coral Gables

ACCOUNT NAME:        STETTIN OPERATING

ACCOUNT NUMBER:            1046007087

PURPOSE OF ACCOUNT:            OPERATING

| | |
|---|---|
| Beginning Balance | $78,064,796.95 |
| Total of Deposits Made | $5,664,003.19 |
| Total Amount of Checks Written or Automatic Withdraw | $899,431.22 |
| Internal Transfers | ($50,000.00) |
| Interest Income | $1,345.54 |
| Closing Balance | $82,780,714.46 |
| Number of First Check Written this Period | * |
| Number of Last Check Written this Period | * |
| Total Number of Checks this Period | * |

* Bank checks were issued for all disbursements from this acct

ATTACHMENT 5.0

CHECK REGISTER

Name of Debtor:    ROTHSTEIN ROSENFELDT ADLER, P.A.            Case Number:  09-34791-BKC-RBR

Reporting Period Beginning            04/01/13            Period Ending        4/30/2013

NAME OF BANK:        REGIONS BANK                    BRANCH:        Coral Gables

ACCOUNT NAME:        STETTIN OPERATING

ACCOUNT NUMBER:            1046007087

PURPOSE OF ACCOUNT:            OPERATING

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
| 04/17/13 | wire | Forensic Data Services | Professional Fees | $16,446.00 |
| 04/19/13 | wire | Christopher Weisberg PA | Professional Fees | $16,668.07 |
| 04/19/13 | wire | Richman Greer PA | Professional Fees | $11,958.75 |
| 04/26/13 | wire | Berger Singerman | Professional Fees | $651,049.56 |
| 04/26/13 | wire | Genovese Joblove… | Professional Fees | $91,091.83 |
| 04/26/13 | wire | Akerman Senterfitt | Professional Fees | $100,073.42 |
| 04/26/13 | wire | Berkowitz Pollack & Brant | Professional Fees | $7,820.45 |
| 04/26/13 | wire | Ver Ploeg & Lumpkin | Professional Fees | $3,235.14 |
| 04/26/13 | wire | Development Specialtist Inc | Professional Fees | $1,088.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| * Bank checks were issued for all disbursements from this acct |  |  |  |  |
|  |  |  | TOTAL | $899,431.22 |

ATTACHMENT 4.1

MONTHLY BANK ACCOUNT RECONCILIATION

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.                Case Number:   09-34791-BKC-RBR

Reporting Period Beginning        04/01/13              Period Ending        4/30/2013

NAME OF BANK:        REGIONS BANK                BRANCH:     Coral Gables

ACCOUNT NAME:        STETTIN IOTA 09

ACCOUNT NUMBER:        1046007112

PURPOSE OF ACCOUNT:        IOTA TRUST

| | |
|---|---|
| Beginning Balance | $50,280.87 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | $0.00 |
| Internal Transfers | |
| Interest Income | $0.85 |
| Closing Balance | $50,281.72 |
| Number of First Check Written this Period | * |
| Number of Last Check Written this Period | * |
| Total Number of Checks this Period | * |

* Bank checks were issued for all disbursements from this acct

ATTACHMENT 5.1

CHECK REGISTER

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending     4/30/2013

NAME OF BANK:          REGIONS BANK          BRANCH:     Coral Gables

ACCOUNT NAME:          STETTIN IOTA 09

ACCOUNT NUMBER:          1046007112

PURPOSE OF ACCOUNT:          IOTA TRUST

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| * Bank checks were issued for all disbursements from this acct |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL | - |

ATTACHMENT 4.2

MONTHLY BANK ACCOUNT RECONCILIATION

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending          4/30/2013

NAME OF BANK:          REGIONS BANK          BRANCH:  Coral Gables

ACCOUNT NAME:          STETTIN BANYON 09

ACCOUNT NUMBER:          1046007078

PURPOSE OF ACCOUNT:          BANYON ACCT

| | |
|---|---|
| Beginning Balance | $20,837.59 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | |
| Interest Income | $0.35 |
| Closing Balance | $20,837.94 |
| Number of First Check Written this Period | 0 |
| Number of Last Check Written this Period | 0 |
| Total Number of Checks this Period | 0 |

ATTACHMENT 5.2

CHECK REGISTER

Name of Debtor:    ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:    09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending    4/30/2013

NAME OF BANK:          REGIONS BANK          BRANCH:          Coral Gables

ACCOUNT NAME:          STETTIN BANYON 09

ACCOUNT NUMBER:          1046007078

PURPOSE OF ACCOUNT:          BANYON ACCT

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

|      |              |       | TOTAL   | $0.00  |

ATTACHMENT 4.3

MONTHLY BANK ACCOUNT RECONCILIATION

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:    09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending          4/30/2013

NAME OF BANK:          REGIONS BANK          BRANCH:    Coral Gables

ACCOUNT NAME:          STETTIN RE 09

ACCOUNT NUMBER:          1046007069

PURPOSE OF ACCOUNT:    REAL ESTATE TRUST

|  |  |
|---|---|
| Beginning Balance | $314,706.57 |
| Total of Deposits Made |  |
| Total Amount of Checks Written or Automatic Withdraw |  |
| Interest Income | $5.35 |
| Closing Balance | $314,711.92 |
| Number of First Check Written this Period | 0 |
| Number of Last Check Written this Period | 0 |
| Total Number of Checks this Period | 0 |

ATTACHMENT 5.3

CHECK REGISTER

Name of Debtor:    ROTHSTEIN ROSENFELDT ADLER, P.A.              Case Number:    09-34791-BKC-RBR

Reporting Period Beginning              04/01/13              Period Ending    4/30/2013

NAME OF BANK:        REGIONS BANK                    BRANCH:        Coral Gables

ACCOUNT NAME:        STETTIN RE 09

ACCOUNT NUMBER:          1046007069

PURPOSE OF ACCOUNT: REAL ESTATE TRUST

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL        $0.00

ATTACHMENT 4.4

MONTHLY BANK ACCOUNT RECONCILIATION

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:   09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending      4/30/2013

NAME OF BANK:       TD BANK                    BRANCH:       FT LAUDERDALE

ACCOUNT NAME:       ROTHSTEIN ROSENFELDT ADLER PA

ACCOUNT NUMBER:        4246051629

PURPOSE OF ACCOUNT:   D3 TRUST - TRUST 21

| | |
|---|---:|
| Beginning Balance | $100.00 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | $0.00 |
| Service Charges | $0.00 |
| Closing Balance | $100.00 |
| Number of First Check Written this Period | 0 |
| Number of Last Check Written this Period | 0 |
| Total Number of Checks this Period | 0 |

ATTACHMENT 5.4

CHECK REGISTER

Name of Debtor:    ROTHSTEIN ROSENFELDT ADLER, P.A.                    Case Number:    09-34791-BKC-RBR

Reporting Period Beginning            04/01/13                    Period Ending    4/30/2013

NAME OF BANK:        TD BANK                        BRANCH:        FT LAUDERDALE

ACCOUNT NAME:        ROTHSTEIN ROSENFELDT ADLER PA

ACCOUNT NUMBER:            4246051629

PURPOSE OF ACCOUNT:    D3 TRUST - TRUST 21

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | | Check Number | | Payee | | Purpose | Amount |
|------|--|--------------|--|-------|--|---------|--------|
|      |  |              |  |       |  |         |        |
|      |  |              |  |       |  |         |        |
|      |  |              |  |       |  |         |        |

                                                                **TOTAL        $0.00**

ATTACHMENT 4.5

MONTHLY BANK ACCOUNT RECONCILIATION

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending    4/30/2013


NAME OF BANK:          REGIONS BANK          BRANCH:          Coral Gables

ACCOUNT NAME:          STETTIN OPERATING

ACCOUNT NUMBER:          130571502

PURPOSE OF ACCOUNT:          OPERATING

|  |  |
|---|---|
| Beginning Balance | $10,084.64 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | $24,980.16 |
| Service Charges | $5.00 |
| Internal Transfers | $50,000.00 |
| Closing Balance | $35,099.48 |
| Number of First Check Written this Period | 1452 |
| Number of Last Check Written this Period | 1464 |
| Total Number of Checks this Period | 12 |

ATTACHMENT 5.5

CHECK REGISTER

Name of Debtor:    ROTHSTEIN ROSENFELDT ADLER, P.A.              Case Number:    09-34791-BKC-RBR

Reporting Period Beginning              04/01/13              Period Ending              4/30/2013

NAME OF BANK:              REGIONS BANK              BRANCH:        Coral Gables

ACCOUNT NAME:              STETTIN OPERATING

ACCOUNT NUMBER:              130571502

PURPOSE OF ACCOUNT:              OPERATING

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
| 04/05/13 | 1452 | AT&T | Telehone | $471.19 |
| 04/05/13 | 1453 | Comcast | Office Expense | $97.37 |
| 04/05/13 | 1454 | VOID | | $0.00 |
| 04/05/13 | 1455 | FPL | Utilities Expense | $85.35 |
| 04/05/13 | 1456 | Friedman Lombardi & Olson | Professional Fees | $170.00 |
| 04/05/13 | 1457 | Sharyn Orlan CPA PA | Contract Labor | $3,217.50 |
| 04/05/13 | 1458 | VOID | | $0.00 |
| 04/19/13 | 1459 | CLC Risk Services | Insurance Expense | $300.13 |
| 04/19/13 | 1460 | Higer Lichter & Givner | Mediation Fee | $2,505.82 |
| 04/19/13 | 1461 | Michael Moecker & Associa | Office Expense | $2,950.00 |
| 04/19/13 | 1462 | Peak 10 | Office Expense | $1,500.30 |
| 04/19/13 | 1463 | Sharyn Orlan CPA PA | Contract Labor | $3,282.50 |
| 04/19/13 | 1464 | US Trustee | Quarterly Fees | $10,400.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $24,980.16 |
| | | | | |

**ATTACHMENT 6**

MONTHLY TAX REPORT

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning          04/01/13          Period Ending     4/30/2013

TAXES PAID DURING THE MONTH

Report all post-petition taxes paid directly or deposited into the tax account.

| Date | Bank/Organization | Description | Amount |
|------|-------------------|-------------|--------|
| | | | |

TOTAL                                                                    -

TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales
tax, property tax, unemployment tax, and State workmen's compensation.  Date last tax return
filed: January 31,2010.                              Period: December 31, 2009

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|--------------------------|------------------|-------------|--------|----------------------------|-------------------|

NO UNPAID TAXES AS OF FILING DATE

ATTACHMENT 7

SUMMARY OF OFFICER OR OWNER COMPENSATION

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  ROTHSTEIN ROSENFELDT ADLER, P.A.                    Case Number:  09-34791-BKC-RBR

Reporting Period Beginning        04/01/13                    Period Ending        4/30/2013

Report all compensation received during the month.  Do not include reimbursement for expenses incurred for which you have receipts.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| **No payments made.** | | | |

PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.

| Agent & Carrier | Phone Number | Policy No. | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Scottsdale Insurance Company | 1-800-423-7675 | Pending | General Commercial and General Property | 4/12/2014 | Monthly |

ATTACHMENT 8

SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD