**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,                Case No. 09-34791-BKC-RBR
                                                                                             Chapter 11

      Debtor.

_____/

**SUMMARY OF FIRST AND FINAL[1] APPLICATION FOR ALLOWANCE AND**
**PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE**
**HONORABLE ROBERT B. CARNEY, III AS INDEPENDENT REFEREE FOR**
**HERBERT STETTIN, CHAPTER 11 TRUSTEE**

| | | |
|---|---|---|
| 1. | Name of Applicant: | The Honorable Robert B. Carney, III |
| 2. | Role of applicant: | Independent Referee |
| 3. | Name of certifying professional: | Robert B. Carney, III, Esq. |
| 4. | Date case filed: | November 10, 2009 |
| 5. | Date of application for employment: | May 7, 2013 [ECF 4382] |
| 6. | Date of final order approving employment: | May 30, 2013 [ECF 4515] |
| 7. | If Debtor's counsel, date of Disclosure of Compensation | N/A |
| 8. | Date of this application: | June 27, 2013 |
| 9. | Dates of services covered: | May 30, 2013 to June 18, 2013 |

**FEES**

| | | |
|---|---|---|
| 10. | Total fee requested for this period: | $2,985.50 |
| 11. | Balance remaining in fee retainer account, not yet awarded | $0.00 |

---

[1] The Applicant, in accordance with the Order Approving: (I) the Disclosure Statement, (II) Hearing Date to Consider Confirmation of the Plan, (III) Deadlines Related to Solicitation and Confirmation, and (IV) Solicitation and Tabulation Procedures [ECF No. 4522], reserves the right to supplement this Application prior to the hearing to consider this Application currently scheduled for July 11, 2013.

| | | |
|---|---|---|
| 12. | Fees paid or advanced for this period, by other sources | $0.00 |
| **13.** | **Net amount of fee requested for this period** | **$2,985.50** |

**EXPENSES**

| | | |
|---|---|---|
| 14. | Total expense reimbursement requested For this period | $0.00 |
| 15. | Balance remaining in expense retainer Account | $0.00 |
| 16. | Expenses paid or advanced for this period, by other sources | $0.00 |
| 17. | **Net amount of expense reimbursements Requested for this period** | **$0.00** |

**TOTALS**

| | | |
|---|---|---|
| 18. | Gross award requested for this period (#10 + #14) | $2,985.50 |
| **19.** | **Net award (Fees & Expenses) requested For this period** | $2,985.50 |
| **20.** | **If <u>Final Fee Application</u>, amounts of net awards requested in First interim application but not previously awarded (total from history of fees and expenses)** | N/A |
| **21.** | **Total fee and expense award requested (#18 + #20)** | **$2,985.50** |
| **22.** | **Net fee and expense award requested For this period** | **$2,985.50** |

## CERTIFICATION

1.     I am the professional ("Applicant") with responsibility in this case for compliance with the current Mandatory Guidelines on Fees and Disbursements for Professionals in The Southern District of Florida Bankruptcy Cases (the "Guidelines").

2.     I have read the Applicant's First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses (the "Application").

3.     To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certificate and described in the Application.

5.     Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.     In providing a reimbursable service or disbursement (other than time charged for para-professionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7.     In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.     In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.     The trustee, the examiner (if any), the chairperson of each official committee (if

any), the debtor, the U.S. Trustee, and their respective counsels, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.    The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure:  NONE.

I HEREBY CERTIFY that the foregoing is true and correct this 27th day of June, 2013.

**THE HONORABLE ROBERT B. CARNEY, III**

6/27/13

By: _____

Robert B. Carney, III, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,    Case No. 09-34791-BKC-RBR
                Chapter 11

   Debtor.

_____/

**FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE HONORABLE**
**ROBERT B. CARNEY, III AS INDEPENDENT REFEREE FOR HERBERT STETTIN,**
**CHAPTER 11 TRUSTEE**

The Honorable Robert B. Carney, III ("Judge Carney or the "Applicant"), as special counsel/independent referee for Herbert Stettin, Chapter 11 Trustee ( the "Trustee") of the estate of Rothstein Rosenfeldt Adler P.A. ("RRA" or "Debtor"), files this first and final fee application seeking an award of compensation for services rendered and expenses incurred in this Chapter 11 proceeding for the period of May 30, 2013 through June 18, 2013 (the "Application"), and says:

I.  **BACKGROUND**

1.  On October 12, 2012, in the adversary proceeding entitled *Stettin v. Pearco Investments, LLC, et al.* Case No. 12-01301-RBR (the "Adversary Proceeding"), the Court entered a Final Judgment against Richard L. Pearson ("Pearson") in the amount of $39,868,394.00 and against Pearco Investments, LLC ("Pearco") in the amount of $388,788.00. On March 21, 2013, pursuant to a Writ of Execution obtained against Pearson and Pearco, the Trustee seized certain property from a residence of Pearson including three laptop computers (the "Computers") belonging to Pearson.

2.  On May 30, 2013, this Honorable Court entered an order authorizing the retention of Judge Carney [ECF 4515] as independent referee to the Trustee ("Retention Order") to review

files contained in the Computers seized from Pearson. The Trustee believes the retention of Judge Carney is beneficial to the estate as he has extensive experience and knowledge in this field and is well qualified to serve as an independent referee.

3.    The Retention Order provides that Judge Carney shall apply for compensation and reimbursement of costs pursuant to Sections 327, 330 and 331 of the Bankruptcy Code.   Judge Carney submits this Application for a first and final award of professional fees incurred during the period of May 30, 2013 through June 18, 2013 (the "Application Period").   Judge Carney seeks a total award of $2,985.50 in fees for services rendered period covered by this Application. During the Application Period, Applicant submitted one invoice for the period May 30, 2013 through June 18, 2013, as follows:

a)      **Invoice dated June 19, 2013;** Requests fees in the amount of $2,985.50.

4.    For a more detailed description of the case and events that have transpired throughout the Application Period, please see the Ninth and Final Fee Application of Berger Singerman LLP, (ii) the Ninth and Final Fee Application of Genovese Joblove & Battista, P.A., and (iii) the Ninth and Final Fee Application of Berkowitz Pollack Brant Advisors and Accountants.

### Procedural Background

5.    In accordance with the Guidelines, the following exhibits are annexed to this Application:

Exhibit 1:    Applicant's complete time records for the Application Period (redacted to protect attorney work product and privileged communications) and detail of expenses incurred.

6.    The Applicant has expended a total of **8.53** hours during the Application Period in rendering necessary and beneficial services to the Trustee.   Exhibit 1 contains a detailed listing

of the Applicant's services provided to the Trustee during the Application Period, the time expended, for which the Applicant seeks reimbursement in accordance with Section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines.   Exhibit 1 contains a daily description of the services rendered and the hours expended.  The Applicant has prepared Exhibit 1 based upon, among other things, contemporaneous daily time records maintained by the Applicant in this case.

## II.    INDEXING OF TASKS BY ACTIVITY CODES

7.    As set forth in the Exhibit to this Application, the Applicant has organized its time records in accordance with the Guidelines.  Accordingly, each of the time entries of the attorneys of the Applicant have been indexed into the category of independent referee to the Trustee for issues related to documents on the Computers.

## III.    DESCRIPTION OF SERVICES

8.    During the Application Period, the Applicant met with counsel for the Trustee and opposing counsel and reviewed documents on the Computers to determine if any of the documents were responsive to the Subpoena *Duces Tecum* in Aid of Execution that was served on the Defendant Pearson on January 13, 2013.  As a part of the review of the documents on the Computers, the Applicant was asked to produce any such documents under the procedure outlined in this Court's Agreed Order Granting Expedited Motion by Trustee Herbert Stettin to Compel and for Review and *In Camera* Inspection of Computer Files in the Adversary Proceeding. In addition, the Applicant prepared his report for the Trustee.

Applicant expended a total of **8.53** hours in this capacity during the Application Period and is requesting the total sum of $2,985.50 for the services rendered.

## IV.    EVALUATION OF SERVICES RENDERED; FIRST COLONIAL CONSIDERATIONS

9.    The Applicant believes that the requested fee of $2,985.50 is reasonable, considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977) and Grant v. George Schumann Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990), as follows:

(a)    The time and labor required;

(b)    The novelty and difficulty of the questions presented;

(c)    The skill required to perform the legal services properly;

(d)    The preclusion from other employment by the professional due to acceptance of the case;

(e)    The customary fee for similar work in the community;

(f)    Whether the fee is fixed or contingent;

(g)    The time limitations imposed by the client or circumstances;

(h)    The amount involved and results obtained;

(i)    The experience, reputation and ability of the professional;

(j)    The undesirability of the case;

(k)    The nature and length of the professional relationship with the client; and

(l)    Awards in similar cases.

10.    Based on the standards set forth in Section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is the total amount $2,985.50.

**a.    Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors**

11.    The foregoing summary, together with the exhibit attached hereto, detail the time, nature and extent of the professional services of the Applicant rendered as special counsel to the Trustee for the period covered by this Application.  The total number of hours expended, **8.53**, reveals the time devoted to this matter by the Applicant during the period covered by this Application.

**b.    Novelty and Difficulty of Questions Presented**

12.    The issues which have arisen in this case during the period encompassed by this Application demanded a high level of skill.  The Applicant spent time reviewing and analyzing documents on the Computers.

**c.    Skill Requisite to Perform Services Properly**

13.    In rendering services as independent referee to the Trustee, the Applicant demonstrated substantial skill and expertise.

**d.    Preclusion from Other Employment by Attorney due to Acceptance of Case**

14.    The Applicant has devoted time as independent referee to the Trustee as more fully set forth on attached **Exhibit "1."**  The Applicant is aware of no other specific employment which was precluded as a result of accepting this engagement, but had the Applicant not accepted this engagement, the time spent in this case would have been spent on other matters which would pay an hourly compensation on a current basis.

**e.    Customary Fee**

15.    The hourly rate charged by the Applicant is $350.00 per hour which is customary for such professionals in the Southern District of Florida of similar skill and experience.

**f.**      <u>Whether Fee is Fixed or Contingent</u>

16.      The Applicant's compensation in this matter is subject to approval of the Court and therefore contingent. The Court should consider this factor, which militates in favor of a fee award in the amount requested.

**g.**      <u>Time Limitations Imposed by Client or Other Circumstances</u>

17.      No specific time limitations were imposed, but Applicant made all efforts to act quickly in the administration of this case.

**h.**      <u>Experience, Reputation and Ability of Attorneys</u>

18.      The Applicant is experienced in matters of this kind and well known to this Court.

**i.**      <u>"Undesirability" of Case</u>

19.      This case is not undesirable. The Applicant is privileged to have the opportunity to represent the Trustee.

**j.**      <u>Nature and Length of Professional Relationship with Client</u>

20.      The Applicant did not have any prior relationships with the Trustee in connection with this case before their employment as independent referee for the Trustee.

**k.**      <u>Awards in Similar Cases</u>

21.      The amount requested by the Applicant is fair and reasonable when compared with awards in similar cases. The fees requested by the Applicant comport with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in bankruptcy cases in the community. The fee requested by the Applicant, $2,985.50 represents an hourly rate of $350.00 for 8.53 hours of service.

## <u>CONCLUSION; PRAYER FOR RELIEF</u>

Judge Carney has performed valuable services for the Trustee in this case.    For this reason and all of the reasons set forth in this Application, Judge Carney seeks a first and final fee award of $2,985.50 for the period May 30, 2013 through June 18, 2013.

**WHEREFORE**, The Applicant respectfully requests the Court to enter an order (i) awarding the Applicant the fees requested in this First and Final Fee Application in the amount of **$2,985.50**; (ii) authorizing and directing the Trustee to pay the Applicant the sum of **$2,985.50**, less any amounts paid to date, representing the aggregate fees and costs sought by the Applicant herein; and (iii) granting such other and further relief as the Court deems appropriate.

*[Remainder of page left blank intentionally]*

**THE HONORABLE ROBERT B. CARNEY, III**

2281 Saratoga Lane

West Palm Beach, FL  33409

6/27/13

By: _____

    Robert B. Carney, III, Esq.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties on the attached Service List this 27th day of June, 2013.

    */s/  Charles H. Lichtman*

    Charles H. Lichtman

    Florida Bar No.  501050

    clichtman@bergersingerman.com

    Berger Singerman LLP

    Attorneys for Trustee

    350 E. Las Olas Boulevard, Suite 1000

    Fort Lauderdale, FL 33301

    Telephone:  (954) 525-9900

**EXHIBIT 1**

**Detail of Fees incurred by Applicant**

Robert B. Carney
2281 Saratoga Lane
West Palm Beach, FL 33409

INVOICE
Dates: 5/31/13 – 6/19/13

Re: Stettin v. Pearson

| | | |
|---|---|---|
| 5/31/13 | Travel to Berger Singerman, make initial assessment of computers. Prepare and send email to atty Houston. | 3.5 |
| 5/31/13 | Respond to email from Mr. Houston Email Mr. Weber | .33 |
| 6/7/13 | Travel to Berger Singerman, meet with Houston and Weber. Examine computers. | 4.5 |
| 6/19/13 | Email attorneys re computers | .2 |
| Time: | | 8.53 |
| Rate: | | $350/hour |
| TOTAL: | | **$2,985.50** |

### CM/ECF SERVICE LIST

Geoffrey S. Aaronson on behalf of Creditor FEP Victims Group
gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com

Thomas L Abrams on behalf of Defendant Rubin Vine
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Alberta L. Adams on behalf of Interested Party St. Paul Fire and Marine Ins. Co.
aadams@mpdlegal.com, sroussel@mpdlegal.com

Melissa Alagna on behalf of Creditor Investors Risk Advantage LLC
mma@segallgordich.com, jxp@segallgordich.com

Joaquin J Alemany on behalf of Creditor Birks & Mayors Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Grisel Alonso on behalf of Defendant United States of America
grisel.alonso@usdoj.gov, Elda.Louis-Charles@usdoj.gov

Brett M Amron on behalf of Creditor Todd Snyder
bamron@bastamron.com,
jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com,jmiranda@bastamron.com,afiorentino@bastamron.com

Eric N Assouline on behalf of Creditor Nick Wilder
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Kristopher Aungst on behalf of Plaintiff Herbert Stettin
kaungst@bergersingerman.com, sochoa@bergersingerman.com;efile@bergersingerman.com

Paul A Avron on behalf of Plaintiff Herbert Stettin
pavron@bergersingerman.com, efile@bergersingerman.com

Scott L. Baena on behalf of Defendant Bodner Family Foundations
sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Valerie Barton Barnhart on behalf of Defendant Mikent, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Jeffrey P. Bast on behalf of Creditor Todd Snyder
jbast@bastamron.com,
jdepina@bastamron.com;dquick@bastamron.com;jmiranda@bastamron.com;afiorentino@bastamron.com

Christopher G Berga on behalf of Defendant ABS Capital Funding, LLC

cgb@lydeckerlaw.com, gh@lydeckerlaw.com

Eyal Berger on behalf of Creditor Committee Official Committee of Creditors
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Jeffrey M Berman on behalf of Creditor Emess Capital, LLC
jberman@klugerkaplan.com

John G. Bianco III on behalf of Creditor Morse Operations Inc.
jgb@trippscott.com, bankruptcynoticecenter@trippscott.com

Russell M. Blain on behalf of Interested Party Robert Furr
rblain.ecf@srbp.com, rblain@srbp.com

Gary S Blake on behalf of Creditor Litton Loan Servicing LP
gblake@lglaw.net, bk@lglaw.net

Daniel F Blanks on behalf of Defendant TD Bank, N.A.
dblanks@mcguirewoods.com, aabbott@mcguirewoods.com;rcox@mcguirewoods.com

Mark D. Bloom on behalf of Witness TD Bank, N.A.
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Mark F Booth on behalf of Counter-Claimant 1181830 Alberta Ltd
mfbooth@rmzlaw.com

Paul M Botros on behalf of Defendant Centurion Structured Growth, LLC
pmb@botroslawfirm.com

Robert C Buschel on behalf of Defendant Qtask, Inc., a California corporation
buschel@bglaw-pa.com, indira@bglaw-pa.com

William E Calnan on behalf of Defendant Brian Levy
wcalnan@waldmanlawfirm.com

Darol H M Carr on behalf of Creditor Blue Oak Construction, LLC
cenos@farr.com, dcarr@farr.com

Francis L. Carter on behalf of Creditor Circle K Family, LLC
flc@katzbarron.com, lcf@katzbarron.com

David C. Cimo on behalf of Plaintiff Herbert Stettin
dcimo@gjb-law.com, gjbecf@gjb-law.com

Roderick F. Coleman on behalf of Creditor Prince International Ventures, LLC
rfc@colemanattorneys.com

Marissa C Corda on behalf of Creditor Circle K Family, LLC
mcc@katzbarron.com, af@katzbarron.com

Daniel W Courtney on behalf of Defendant DC Capital Connections
dc@danielcourtneylaw.com

Ileana Cruz-Bongini on behalf of Creditor Coquina Investments
icruz@stearnsweaver.com, jmartinez@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;rross@stearnsweaver.com

Carlos L De Zayas on behalf of Defendant ABS Capital Funding, LLC
cdz@lydeckerlaw.com, jfalcon@lydeckerdiaz.com

Joseph A. DeMaria on behalf of Creditor Gibraltar Private Bank and Trust
jad@tewlaw.com, ecs@tewlaw.com;mm@tewlaw.com;dturken@tewlaw.com

Adrian C. Delancy on behalf of Defendant Maple Leaf Drilling Partners
adelancy@mrthlaw.com,
gruiz@mrthlaw.com,ycandia@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com

Denise D Dell-Powell on behalf of Interested Party Baron Von Wolfsheild
ddpowell@burr.com, greid@burr.com

Drew M Dillworth on behalf of Defendant Miami Heat Limited Partnership
ddillworth@stearnsweaver.com,
marocha@stearnsweaver.com;rross@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Maureen Donlan on behalf of Interested Party United States of America
maureen.donlan@usdoj.gov, Elda.Louis-Charles@usdoj.gov

John D Eaton on behalf of Defendant Preve & Associates, LLC
jeaton@rascoklock.com,
jshawde@rascoklock.com;ogonzalez@rascoklock.com;nsingh@rascoklock.com;docketing@rasc
oklock.com

Morgan B. Edelboim on behalf of Defendant Jacob Szafranski
medelboim@bastamron.com, kparrales@bastamron.com;jmiranda@bastamron.com

Robert F. Elgidely on behalf of Plaintiff Herbert Stettin
relgidely@gjb-law.com, sanderson@gjb-law.com;ekelly@gjb-law.com;chopkins@gjb-
law.com;vlambdin@gjb-law.com

Mohammad A Faruqui on behalf of Defendant Thunder Cycle Designs, Inc.
mohammad@faruquilawfirm.com, barbarad@faruquilawfirm.com

Matthew J Feeley on behalf of Creditor Buchanan Ingersoll & Rooney PC
matthew.feeley@bipc.com, christopher.hudson@bipc.com;amin.rajani@bipc.com

G Steven Fender on behalf of Defendant Home Safe Foundation, Inc.
efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com

Michael Foster on behalf of Interested Party Twin City Fire Insurance Company
michael.foster@kaplanzeena.com, maria.escobales@kaplanzeena.com

Steven H Friedman on behalf of Creditor Legal Staffing, Inc.
steven@stevenfriedmanlaw.com

Michael A Friedman on behalf of Plaintiff Herbert Stettin
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Robert C Furr on behalf of Creditor Greenwood Capital Partners, LLC
bnasralla@furrcohen.com

David L Gay on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
dgay@bergersingerman.com, jalvarez@bergersingerman.com;efile@bergersingerman.com

John H Genovese on behalf of Petitioning Creditor Aran Development Inc.
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com

Larry I Glick on behalf of Defendant Bodner Family Foundations
lglick@shutts.com

Michael I Goldberg on behalf of Creditor Committee Official Commitee of Unsecured Creditors
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Alvin S. Goldstein on behalf of Interested Party Robert Furr
mmitchell@furrcohen.com

Jason B Gonzalez on behalf of Defendant Republican Party of Florida
jgonzalez@ausley.com

Lawrence Gordich on behalf of Creditor Investors Risk Advantage LLC
LAG@segallgordich.com, jxp@segallgordich.com;mma@segallgordich.com

Gregory S Grossman on behalf of Creditor Fifth Third Bank
ggrossman@astidavis.com

Barry P Gruher on behalf of Plaintiff Herbert Stettin
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;ablye@gjb-law.com;kcabrera@gjb-law.com;chopkins@gjb-law.com

Nancy E Guffy on behalf of Plaintiff Thirteen Aqua Holdings Ltd
mkoskey@feamanlaw.com

Jordi Guso on behalf of Debtor Rothstein Rosenfeldt Adler, PA
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Ross R Hartog on behalf of Interested Party J.B. International, LLC
rhartog@mrthlaw.com,
ycandia@mrthlaw.com;ecfnotices@mrthlaw.com;areisino@mrthlaw.com;joyecf@mrthlaw.com;
mrthbkc@gmail.com

Hollie N Hawn on behalf of Creditor Broward County Records,Taxes & Treasury
hhawn@broward.org

John L. Heller
john.heller@marcumllp.com, fl03@ecfcbis.com

Michael S Hoffman on behalf of Creditor Ary Krivopsik
Mshoffman@hlalaw.com, lsmith@hlalaw.com

Bart A Houston on behalf of Defendant Africat Marine U.S.A., Inc.
houston@kolawyers.com, velazquez@kolawyers.com;berger@kolawyers.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;be
fernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Defendant TD Bank, N.A.
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

John B. Hutton III on behalf of Plaintiff TD Bank, N.A.
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Geoffrey D Ittleman on behalf of Creditor Steven Bitton
geoffrey@ittlemanlaw.com

Allan A Joseph on behalf of 3rd Party Plaintiff Jody Alu
ajoseph@davidjosephlaw.com

Bruce A Katzen on behalf of Creditor Emess Capital, LLC
bkatzen@klugerkaplan.com, miglesias@klugerkaplan.com

Robert M Klein on behalf of Witness Barry Brant
kleinr@kgplp.com, montanem@kgplp.com;piersonj@kgplp.com

Robert M Kline on behalf of Defendant TD Bank, N.A.
rkline@mwe.com, vharris@mwe.com;apumariega@mwe.com

Roy S Kobert on behalf of Creditor Boston Private Financial Holdings, Inc.
orlandobankruptcy@broadandcassel.com

Brian R Kopelowitz on behalf of Defendant Chris M. Salamone & Associates
kopelowitz@kolawyers.com, herrington@kolawyers.com

Harris J. Koroglu on behalf of Creditor American Express Travel Related Services Company,
Inc.
hkoroglu@shutts.com, jgoodwin@shutts.com

Matthew G Krause on behalf of Defendant Braman Motors, Inc.
mkrause@ls-law.com

Thomas R. Lehman on behalf of Defendant Sussco, Inc.
trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com

Seth Lehrman on behalf of Interested Party Farmer, Jaffe, Weissing, Edwards, Fistos &
Lehrman, P.L.
seth@pathtojustice.com

James P.S. Leshaw on behalf of Interested Party VM South Beach, LLC
leshawj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Stephen R Leslie on behalf of Interested Party Robert Furr
sleslie.ecf@srbp.com

Michael D Lessne on behalf of Defendant Marcy Lippman
michael.lessne@gray-robinson.com, jessica.cartagena@gray-robinson.com;abby.srour@gray-
robinson.com;allison.charlotin@gray-robinson.com

David M. Levine on behalf of Interested Party Harden & Associates, Inc.
dml@lkllaw.com, lv@lkllaw.com

Joan M Levit on behalf of Creditor Committee Official Committee of Creditors
joan.levit@akerman.com, charlene.cerda@akerman.com

Charles H Lichtman on behalf of Counter-Defendant Herbert Stettin
clichtman@bergersingerman.com,
ctarrant@bergersingerman.com;lwebster@bergersingerman.com;efile@bergersingerman.com

Matthew L Lines on behalf of Interested Party American International Specialty Lines Insurance
Company

lines@irlaw.com

Sarah J Lis on behalf of Defendant Brian Levy
slis@waldmanlawfirm.com

John E Lucian on behalf of Defendant Mary Noa
lucian@blankrome.com

Matthew A Mannering on behalf of Defendant RL Pearson and Associates, Inc.
mmannering@hunton.com, lgodfrey@hunton.com

Alan K. Marcus on behalf of Defendant Albert Peter
amarcus@marcuslawcenter.com, ronmiam@aol.com;nvicente@marcuslawcenter.com

Isaac M Marcushamer on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
imarcushamer@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com

Marilee A Mark on behalf of Plaintiff Herbert Stettin
mmark@gjb-law.com, gjbecf@gjb-law.com

Lisa Esq Markofsky on behalf of Interested Party Infonet Services Corporation
lmarkofsky@proskauer.com,
crotondo@proskauer.com;mthompson@proskauer.com;jlevitan@proskauer.com

Jerry M Markowitz on behalf of Defendant Maple Leaf Drilling Partners
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,joyecf@mdrtlaw.com,mrthbkc@gmail.com

Aleida Martinez Molina on behalf of Defendant John Harris
amartinez@wsh-law.com

Jason S Mazer on behalf of Plaintiff Herbert Stettin
jmazer@vpl-law.com, kshaw@vpl-law.com;csteklof@vpl-law.com;aHacker@vpl-law.com;mmoore@vpl-law.com;cgudaitis@vpl-law.com;lrodriguez@vpl-law.com;receptionist@vpl-law.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Tamara D McKeown on behalf of Creditor FEP Victims Group
tdmckeown@mckeownpa.com

Niall T McLachlan on behalf of Defendant Mooring Capital Fund, LLC
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Paul J McMahon on behalf of Interested Party Philip Arvidson
pjm@pjmlawmiami.com

Brian M Mckell on behalf of Defendant The Hartford
brian.mckell@wilsonelser.com, frances.weiss@wilsonelser.com

John A. Moffa on behalf of Creditor A-1 Investigative Agency, Inc.
john@trusteelawfirm.com,
atty_ellison@bluestylus.com;pat@trusteelawfirm.com,joel@trusteelawfirm.com,mark@trusteela
wfirm.com,annmarie@trusteelawfirm.com,JohnAMoffa@gmail.com,Natasha@trusteelawfirm.c
om

Hector J Montalvo on behalf of Creditor Iron Mountain Information Management, Inc.
jmontalvo@homerbonner.com

James C. Moon on behalf of Creditor Banyon 1030-32, LLC
jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Harold D Moorefield Jr. on behalf of Creditor Gibraltar Private Bank and Trust
hmoorefield@stearnsweaver.com,
cgraver@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;mmesone
s-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Norman A Moscowitz on behalf of Defendant Berenfeld Spritzer Schechter & Sheer, LLP
nmoscowitz@moscowitz.com,
jpaya@mmmpa.com;rbithman@mmmpa.com;jmoscowitz@mmmpa.com

Barry E. Mukamal
bankruptcy@marcumllp.com

Kenneth D Murena on behalf of Defendant Charles Sanders
kmurena@dvllp.com, jserna@dvllp.com

Ronald G Neiwirth on behalf of Creditor Recovery Racing, LLC
rneiwirth@boyd-jenerette.com, mfamada@boyd-jenerette.com

Arthur C. Neiwirth on behalf of Defendant Mikent, Inc.
aneiwirthcourt@qpwblaw.com

Ari Newman on behalf of Witness TD Bank, N.A.
newmanar@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Timothy J Norris on behalf of Defendant Ballamor Capital Management, Inc.
tjnorris@duanemorris.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan on behalf of Creditor Euro Motorcars, Inc.
paul@orshanpa.com, maria@orshanpa.com

Alan J. Perlman on behalf of 3rd Pty Defendant Birmingham Estate & Jewelry Buyers, Inc.
aperlman@ralaw.com, mhannau@ralaw.com;jalper@ralaw.com

Gary S Phillips on behalf of Defendant Barry Lipsitz
gphillips@phillipslawyers.com

Audrey M Pumariega on behalf of Interested Party TD Bank, N.A.
apumariega@mwe.com, Jkohlasch@mwe.com

Robert M Quinn on behalf of 3rd Party Plaintiff Mooring Capital Fund, LLC
rquinn@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net

Ivan J Reich on behalf of Interested Party Columbia Casualty Company
ivan.reich@gray-robinson.com, abby.srour@gray-robinson.com;jessica.cartagena@gray-robinson.com;allison.charlotin@gray-robinson.com

Bruce E Reinhart on behalf of Creditor MMRH, LLC
breinhart@mcdonaldhopkins.com, asabater@mcdonaldhopkins.com

Robert F. Reynolds on behalf of Defendant David Boden
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Claudio Riedi on behalf of Creditor Gibraltar Private Bank and Trust
criedi@tewlaw.com

Heather L. Ries on behalf of Creditor Nova Bank
hries@foxrothschild.com, kbaker@foxrothschild.com

Kenneth B Robinson on behalf of Interested Party George Levin
krobinson.ecf@rprslaw.com

Grace E. Robson on behalf of 3rd Pty Defendant J.B. International, LLC
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com

Alan B Rose on behalf of Defendant Charles Rucks
arose@pm-law.com, mchandler@pm-law.com

David L Rosendorf on behalf of Creditor Razorback Funding, LLC
dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com

Alex P Rosenthal on behalf of Attorney MLC 350, LLC

alex@rrcounsel.com

Jeffrey C. Roth on behalf of Defendant Blue Capital US East Coast Properties, L.P.
jeff@rothandscholl.com, christine@rothandscholl.com

Steven R Safra on behalf of Creditor Edward Morse
Steven.Safra@csklegal.com

Jay Sakalo on behalf of Defendant Centurion Structured Growth LLC
jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Luis Salazar on behalf of Defendant Stuart Rosenfeldt
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;dominguez@salazarjackson.com

William G Salim Jr on behalf of Creditor NF Servicing, LLC
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Lilly Ann Sanchez on behalf of Interested Party Jeffrey Epstein
lsanchez@thelsfirm.com

Harry R Schafer on behalf of Defendant Marcy Lippman
hschafer@kennynachwalter.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Matthew H Scott on behalf of Counter-Defendant Carolina Casualty Insurance Company
mhs@trippscott.com, bankruptcy@trippscott.com

Patrick S. Scott on behalf of Defendant Michael Ashton, Inc.
patrick.scott@gray-robinson.com

Frank P Scruggs on behalf of Plaintiff Herbert Stettin
fscruggs@bergersingerman.com, clamb@bergersingerman.com

Michael D. Seese on behalf of Defendant Kimberly Rothstein
mseese@hinshawlaw.com, sseward@hinshawlaw.com;lportuondo@hinshawlaw.com

Steven E Seward on behalf of Defendant Kimberly Rothstein
sseward@hinshawlaw.com, lportuondo@hinshawlaw.com

John C. Shawde on behalf of Creditor SFS
jshawde@rascoklock.com,
ogonzalez@rascoklock.com;nsingh@rascoklock.com;docketing@rascoklock.com

Michael P. Shienvold on behalf of 3rd Pty Defendant Joyce Picou
michaelpaullaw@aol.com

Bradley S Shraiberg on behalf of Counter-Defendant Carolina Casualty Insurance Company
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

James D. Silver on behalf of Attorney Conrad & Scherer, LLP
jds@conradscherer.com,
jkaufman@conradscherer.com;raldama@conradscherer.com;jtamayo@conradscherer.com

Paul Steven Singerman on behalf of 3rd Pty Defendant Herbert Stettin
singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com

Jason Slatkin on behalf of Defendant Katie Adler
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com

David R. Softness on behalf of Interested Party Lexington Insurance Company
david@softnesslaw.com, sam@softnesslaw.com

Steven J. Solomon on behalf of Defendant Suntrust Bank, N.A.
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com

Jeffrey R Sonn on behalf of Creditor RWRK Investments LLC
jsonn@sonnerez.com

James B Sowka on behalf of Interested Party Columbia Casualty Company
jsowka@seyfarth.com

Scott A Stichter on behalf of Interested Party Robert Furr
sstichter.ecf@srbp.com

Emily R Stone on behalf of Interested Party Twin City Fire Insurance Company
estone@orshanpa.com, maria@orshanpa.com

Jesus M Suarez on behalf of Plaintiff Herbert Stettin
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

Joel L Tabas on behalf of Intervenor-Defendant Whitney Education Group, Inc.
jtabas@tabasfreedman.com, janet@tabasfreedman.com;francis@tabasfreedman.com

Deborah Talenfeld on behalf of Plaintiff Herbert Stettin
dtalenfeld@bergersingerman.com, efile@bergersingerman.com

Jeffrey A Tew on behalf of Creditor Gibraltar Private Bank and Trust

jt@tewlaw.com, jab@tewlaw.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Charles W Throckmorton on behalf of Creditor Razorback Funding, LLC
cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com

Marika Tolz
TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com

Rhett Traband on behalf of Creditor Caro Group, LLC
rtraband@broadandcassel.com, nfundora@broadandcassel.com

Peter F. Valori on behalf of Creditor Caro Group, LLC
pvalori@dvllp.com, spitta@dvllp.com

Theresa M Van Vliet on behalf of Plaintiff Herbert Stettin
tvanvliet@gjb-law.com

Laura J. Varela on behalf of Defendant Barry Lipsitz
lvarela@phillipslawyers.com

Victor H Veschio on behalf of Defendant Bank Of America, N.A.
firm@vlgfl.com, VictorLawGroup@gmail.com;KIS@vlgfl.com;MJS@vlgfl.com

Steven D Weber on behalf of Plaintiff Herbert Stettin
sweber@bergersingerman.com, efile@bergersingerman.com

Roy L. Weinfeld on behalf of Defendant AT&T Corp.
rlw@weinfeldlaw.com

Bryan T West on behalf of Creditor Gibraltar Private Bank and Trust
btw@tewlaw.com

Henry S Wulf on behalf of Creditor 123 MA Exchange One LLC
hwulf@carltonfields.com, kvickers@carltonfields.com

Stuart B Yanofsky on behalf of Defendant Reynaldo Leon
stuart@stuartyanofsky.com

George L. Zinkler on behalf of Defendant Casa Casuarina, LLC
gzinkler.ecf@rprslaw.com