UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ROTHSTEIN ROSENFELDT ADLER P.A.,        Case No. 09-34791-BKC-RBR
                                        Chapter 11
    Debtor.
_____/

**DECLARATION OF SANDIROSE MAGDER WITH RESPECT TO THE SOLICITATION OF VOTES WITH RESPECT TO THE SECOND AMENDED JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED JOINTLY BY THE TRUSTEE AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (AS MODIFIED)**

    I, Sandirose Magder, hereby declare that the following is true to the best of my knowledge, information, and belief:

    1.    I am a Senior Consultant at Trustee Services, Inc. ("TSI"), whose business address is 8255 West Sunrise Boulevard, #177, Plantation, FL 33322. I am over the age of 18 and not a party to this action. TSI specializes in, among other things, providing noticing, claims management, solicitation, and tabulation services to debtors in chapter 11 cases. I am duly authorized to make and submit this declaration on behalf of TSI (the "Declaration").

    2.    Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based upon experience, knowledge, and information concerning the Debtor's chapter 11 case. If called upon to testify, I can and will testify competently to the facts and opinions set forth herein.

    3.    Pursuant to the *Order Approving Chapter 11 Trustee's Application for Approval of Employment of Trustee Services, Inc. as Notice, Claims and Allotting Agent of the Bankruptcy Court* [D.E. #205], the Court authorized Herbert Stettin, the Chapter 11 Trustee (the "Trustee") of Rothstein Rosenfeldt Adler P.A. ("RRA" or the "Debtor"), to retain and utilize TSI to assist with,

5030747-4

among other things, the solicitation of votes with respect to any plan filed in the Debtor's chapter 11 case.

4.     On May 8, 2013, the Trustee and the Official Committee of Unsecured Creditors (the "Committee" and together with the Trustee, collectively, the "Plan Proponents") filed the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors* [D.E. #4392], as modified by the subsequently filed *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors (As Modified)* [D.E. #4517] (the "Plan").[1]

5.     The procedures for soliciting the Plan are set forth in the *Order Approving: (I) The Disclosure Statement, (II) Hearing Date to Consider Confirmation of the Plan, (III) Deadlines Related to Solicitation and Confirmation, and (IV) Solicitation and Tabulation Procedures*, entered by the Court on May 30, 2013 [D.E. #4522] (the "Solicitation Procedures Order").[2]  The Solicitation Procedures Order also approved TSI as the Plan Proponents' solicitation and noticing agent, and to certify the results of the balloting, on the Plan. See Solicitation Procedures Order, ¶ 12.  TSI solicited votes on the Plan in accordance with the procedures set forth in the Solicitation Procedures Order.

**The Solicitation Process**

6.     The Solicitation Procedures Order established May 30, 2013 as the Voting Record Date for determining the Creditors who are entitled to receive Solicitation Packages, and, where

---

[1]  Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Solicitation Procedures Order.

[2]  The results and conclusions set forth in this Declaration are findings based on TSI's review of Ballots as of the date hereof.  TSI reserves the right to amend or supplement this Declaration to the extent necessary upon finalization of its review and analysis.

2

applicable, to vote to accept or reject the Plan. See Solicitation Procedures Order, ¶ 11. Pursuant to the Plan and the Solicitation Procedures Order, holders of Claims in the following Classes were entitled to vote to accept or reject the Plan: Class 2 (Single Source Recovery Allowed Unsecured Claims); Class 3 (Multiple Source Recovery Allowed Unsecured Claims); Class 4 (Razorback Unsecured Rising Tide Claim); Class 5 (Banyon Unsecured Claim); Class 6 (Funds' Subordinated Claim); and Class 7 (Miscellaneous Subordinated Claims) (together, the "Voting Classes").[3] See Solicitation Procedures Order, ¶¶ 12, 13.

7. In accordance with the Solicitation Procedures Order, I understand that Berger Singerman LLP filed a *Supplemental Certificate of Service* on June 21, 2013 [D.E. #4634] (the "Certificate of Service") which states, that Berger Singerman LLP caused to be served Solicitation Packages on all holders of Claims entitled to vote in the Voting Classes. The Solicitation Packages contained the following: (A) paper copies of the (i) Confirmation Hearing Notice, (ii) Trustee's Solicitation Letter, (iii) Committee's Solicitation Letter, (iv) the Solicitation Procedures Order, (v) an appropriate Ballot (Class 2/3, Class 4, Class 5, Class 6 or Class 7), and (vi) a Verified Collateral Source Recovery Disclosure (Classes 2, 3, and 7); (B) a CD-ROM containing the Disclosure Statement and Plan, together with all exhibits to those documents; and (C) a pre-addressed return envelope to return the Ballot and the Verified Collateral Source Recovery Disclosure (if applicable) to the Voting Agent. In addition, I understand that the Solicitation Package sent to the holder of the Claim in Class 8 contained the following: (A) paper copies of the (i) Confirmation Hearing Notice, (ii) Trustee's Solicitation Letter, (iii) Committee's Solicitation Letter and (iv) Solicitation Procedures Order; and (B) a CD-ROM containing the

---

[3] Although Class 8 ("TD Bank Junior Subordinated Claim") is impaired under the Plan, the holder of the Allowed Class 8 Claim has agreed to have such Claim deemed to have voted to accept the Plan; provided, however that the Plan Proponents have agreed not to rely upon Class 8 as an impaired accepting Class for purposes of determining whether the Plan complies with section 1129(a)(10) of the Bankruptcy Code.

5030747-4

Disclosure Statement and Plan, together with all exhibits to those documents. See Certificate of Service.

### The Voting Deadline and Ballots/Verified Collateral Source Recovery Disclosures

8.  The Solicitation Procedures Order established July 2, 2013 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for TSI to receive executed Ballots to accept or reject the Plan, and, if applicable, Verified Collateral Source Recovery Disclosures (the "Voting Deadline"). See Solicitation Procedures Order, ¶ 8.

9.  Pursuant to the Solicitation Procedures Order, TSI received Ballots and Verified Collateral Source Disclosures (if applicable) from Creditors in the Voting Classes and TSI, among other things: (a) inspected, at TSI's office, each Ballot and Verified Collateral Source Disclosure (if applicable) received by TSI on or before the Voting Deadline; and (b) date-stamped, sorted and scanned the Ballots and the Verified Collateral Source Disclosure (if applicable).

10. Set forth below is a summary of the submitted Ballots with respect to the Voting Classes on a consolidated basis (the following is not a tabulation of the Ballots):

| Total Ballots Received By the Voting Deadline | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| Class 2 – Single Source Recovery Allowed Unsecured Claims | | | |
| 58 | $13,970,634.34 | 1 | $11,100.00 |
| Class 3 – Multiple Source Recovery Allowed Unsecured Claims | | | |
| 16 | $194,988,129.64 | 45 | $11,205,954.44 |

| Total Ballots Received By the Voting Deadline | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| Class 4 – Razorback Unsecured Rising Tide Claim | | | |
| 0 | 0.00 | 26 | $483,532.12 |
| Class 5 – Banyon Unsecured Claim | | | |
| 1 | $39,700,000.00 | 0 | 0.00 |
| Class 6 – Funds' Subordinated Claim | | | |
| 1 | $26,000,000.00 | 0 | 0.00 |
| Class 7 – Miscellaneous Subordinated Claims | | | |
| 0 | 0.00 | 29 | $34,645,813.77 |

11.   Pursuant to the Solicitation Procedures Order, TSI did not count the following Ballots:  (a) any Ballot received by the Voting Agent after the Voting Deadlines; (b) any Ballot that was illegible or contained insufficient information to permit the identification of the claimant; (c) any Ballot cast by a person or entity that does not hold a Claim in a Class that is entitled to vote to accept or reject the Plan; (d) any unsigned or non-originally signed Ballot; (e) any Ballot sent directly to any of the Debtor, the Trustee, the Committee or the agents of the Plan Proponents (other than the Voting Agent) or either of the Plan Proponents' financial or legal advisors or to any party other than the Voting Agent; (f) any Ballot case for a claim that has been Disallowed (for voting purposes or otherwise); (g) any Ballot transmitted to the Voting Agent by facsimile or other electronic means; and (h) any acceptance or rejection of the Plan submitted on

5

something other than the Ballot provided by the Plan Proponents and approved pursuant to the Solicitation Procedures Order.

12. It is my understanding that, pursuant to the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, the Plan Proponents will be filing a separate *Certificate of Proponents of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees*, in which the Plan Proponents will provide the Court with a final tabulation of the Ballots.

## Conclusion

13. To the best of my knowledge, information and belief, the foregoing information concerning the distribution and submission of the Ballots and Verified Collateral Source Disclosures (if applicable) for the Voting Classes in connection with the Plan is true. These Ballots received by TSI are stored at TSI's office and are available for inspection by or submission to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2013.

By: _____S._____
Sandirose Magder
Trustee Services, Inc.

5030747-4