UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENFELDT ADLER P.A.,        Case No. 09-34791-BKC-RBR

              Debtor.                                 Chapter 11

_____/

## SUPPLEMENT TO NINTH AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES OF BERKOWITZ POLLACK BRANT ADVISORS AND ACCOUNTANTS, LLP AS ACCOUNTANTS TO HERBERT STETTIN, CHAPTER 11 TRUSTEE

Berkowitz Pollack Brant Advisors and Accountants, LLP (the "Applicant" or "BPB"), as accountants to Herbert Stettin, Trustee ("Trustee" or "Stettin") for the Chapter 11 bankruptcy estate of Rothstein Rosenfeld Adler P.A. ("RRA" or "Debtor"), pursuant to 11 U.S.C. Sections 330 and 331 and Bankruptcy Rule 2016(a), hereby files its *Supplement to Ninth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkowitz Pollack Brant Advisors and Accountants, LLP, as accountants to Herbert Stettin, Chapter 11 Trustee* (the "Supplemental Application") for final allowance, award and payment of compensation for professional services rendered in the amount of **$70,631.50** and reimbursement of necessary expenses paid and incurred by the Applicant, as accountants to the Trustee in the amount of **$3,298.70**, for a total of **$73,930.20**, for the period of June 1, 2013 through June 30, 2013 (the "June Period") and for professional services rendered in the amount of **$22,015.00** and reimbursement of necessary expenses paid and incurred by the Applicant, as accountants to the Trustee in the amount of **$449.37**, for a total of **$22,464.37** for the period of July 1, 2013 through July 7, 2013 (the "July Period", the June Period and July Period shall be collectively referred to as the "Supplemental Period").

In addition to the fees and expenses requested in this Supplemental Application, Applicant is requesting an estimated fees and costs in the amount of $15,000.00 ("Estimated Fees and Expenses") through confirmation of the Plan, which is scheduled

for hearing on July 11, 2013 at 9:30 a.m.  In support of the Supplemental Application, the Applicant represents and shows as follows:

1.      This Supplemental Application seeks the amount of $92,646.50 in fees and $3,748.07 in expenses, which includes fees and expenses incurred during the Supplemental Period for services rendered and expenses incurred in connection with the performance of duties prescribed by the Bankruptcy Code and pursuant to Orders of this Court.

2.      On June 27, 2013, the Applicant filed its *Ninth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkowitz Pollack Brant Advisors and Accountants, LLP, as Accountants to Herbert Stettin, Chapter 11 Trustee* [ECF No. 4746] (the "Final Fee Application"), covering fees and expenses incurred during the period from November 1, 2012 through May 31, 2013, as well as estimated fees and costs for the period from June 1, 2013 through July 11, 2013.  The hearing to consider the Final Fee Application is set for July 11, 2013 at 9:30 a.m.  In the Final Fee Application, the Applicant provided an estimated amount of fees of $82,000.00 and expenses of $2,500.00 from June 1 through June 30, 2013 and an estimated amount of fees of $41,000.00 and expenses of $500.00 from July 1, 2013 through July 11, 2013.

3.      Subsequent to the time period covered by the Final Fee Application, the Applicant continued to incur fees and expenses in this case on behalf of the Trustee. Specifically, the Applicant spent time in connection with the preparation for the hearing to consider confirmation of the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors (As Modified)* [ECF No. 4517], including preparation for and testifying at deposition as a witness necessary for confirmation testimony, preparation of the Final Fee Application and supplement and preparation for testimony at the confirmation hearing scheduled for July 11, 2013.

2

4.      By this Supplemental Application, the Applicant seeks a final award of: (i) $92,646.50 in fees and (ii) $3,748.07 in expenses for the Supplemental Period.   In addition, as set forth above, the Applicant seeks Estimated Fees and Expenses in the amount of $15,000.00 for anticipated fees and costs to be incurred relating to the preparation for and attendance at the July 11, 2013 confirmation hearing, for a total request of $107,646.50 in fees and $3,748.07 in expenses for the period of June 1, 2013 through the hearing to consider confirmation of the Plan scheduled for July 11, 2013 at 9:30 a.m.

5.      The following exhibits are annexed to this Supplement:

**Exhibit 1A:**   Summary of Professional and Paraprofessional Time by Individual;

**Exhibit 1B:**   Summary of Professional and Paraprofessional Time by Activity Code Category;

**Exhibit 2:**   Summary of Requested Reimbursement of Expenses and Disbursements; and

**Exhibit 3:**   The Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

**WHEREFORE**, the Applicant respectfully requests the Court to enter an order (i) awarding the Applicant the sum of $92,646.50 as final compensation for services rendered during the Supplemental Period and $3,748.07 as reimbursement for actual and necessary expenses incurred by the Applicant during the Supplemental Period; (ii) awarding the Applicant the sum of $15,000.00 representing the Estimated Fees and Expenses to be incurred by the Applicant from the filing of this Supplemental Application through the confirmation hearing scheduled for July 11, 2013; (iii) authorizing and directing the Trustee to pay the Applicant the sum of $96,394.57  representing the fees and expenses requested herein for the Supplemental Period; (iv) authorizing and

directing the Trustee to pay the Applicant the sum of $15,000.00, representing the Estimated Fees and Expenses; and (v) granting such other and further relief as the Court deems appropriate.

**I HEREBY CERTIFY** that the foregoing is true and correct.

Dated: July 8, 2013

Respectfully submitted,

Berkowitz Pollack Brant
Advisors and Accountants, LLP
Accountants for Herbert Stettin,
Chapter 11 Trustee
200 South Biscayne Boulevard, Sixth Floor
Miami, FL 33131
Tel. (305) 379-7000

By: _____
Richard A. Pollack, CPA

Case No.: 09-34791-BKC-RBR

## Summary of Professional and Paraprofessional Time
### Total per Individual for this Period Only
### Exhibit 1-A

| Name | Director, Staff or Paraprofessional | Total Hours | Average Hourly Rate | Fee |
|------|--------------------------------------|-------------|---------------------|-----|
| Richard Pollack | Director | 1.20 | $ 450.00 | $ 540.00 |
| Joel Glick | Associate Director | 158.30 | $ 350.00 | $ 55,405.00 |
| Richard Fechter | Associate Director | 45.80 | $ 350.00 | $ 16,030.00 |
| Gabriel Campos | Staff | 84.10 | $ 168.64 | $ 15,543.50 |
| Stephanie Gutierrez | Staff | 35.50 | $ 85.00 | $ 3,017.50 |
| Joshua Rice | Staff | 20.50 | $ 85.00 | $ 1,742.50 |
| Maryia Shkaradzenak | Staff | 1.00 | $ 120.00 | $ 120.00 |
| Martin Prinsloo | Staff | 0.80 | $ 310.00 | $ 248.00 |
| | | **347.20** | | |

Blended Average Hourly Rate:   $ 266.84

**Total fees:**   $ 92,646.50

18

Case No.: 09-34791-BKC-RBR

**Summary of Professional and Paraprofessional Time by Activity Code Category**
**for this Time Period Only**
**Exhibit 1-B**

| Activity Code | Name | Rate | Hours | Fee |
|---|---|---|---|---|
| | | Data | | |
| Activity Code | Name | Max of Rate | Sum of Hours | Sum of Fees |
| Plan of Distribution | Richard Pollack | $450.00 | 1.20 | 540.00 |
| | Joel Glick | $350.00 | 141.30 | 49,455.00 |
| | Maryia Shkaradzenak | $120.00 | 1.00 | 120.00 |
| **Plan of Distribution Total** | | | **143.50** | **50,115.00** |
| Litigation Consulting | Richard Fechter | $350.00 | 45.80 | 16,030.00 |
| | Stephanie Gutierrez | $85.00 | 35.50 | 3,017.50 |
| | Joshua Rice | $85.00 | 20.50 | 1,742.50 |
| | Joel Glick | $350.00 | 1.00 | 350.00 |
| **Litigation Consulting Total** | | | **102.80** | **21,140.00** |
| Computer Forensics | Gabriel Campos | $245.00 | 84.10 | 15,543.50 |
| | Martin Prinsloo | $310.00 | 0.80 | 248.00 |
| **Computer Forensics Total** | | | **84.90** | **15,791.50** |
| Fee Application | Joel Glick | $350.00 | 13.50 | 4,725.00 |
| **Fee Application Total** | | | **13.50** | **4,725.00** |
| Tax Issues | Joel Glick | $350.00 | 2.50 | 875.00 |
| **Tax Issues Total** | | | **2.50** | **875.00** |
| **Total** | | | **347.20** | **92,646.50** |

19

Case No.: 09-34791-BKC-RBR

**Summary of Requested Reimbursement of Expenses**
**for this Time Period Only**
**Exhibit 2**

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | - |
| 2. | Process Service Fees | $ | - |
| 3. | Witness Fees | $ | - |
| 4. | Court Reporter Fees and Transcripts | $ | - |
| 5. | Lien and Title Searches | $ | - |
| 6. | Photocopies | | |
| | (a) In-house copies | $ | - |
| | (b) Outside copies | $ | - |
| 7. | Postage | $ | - |
| 8. | Overnight Delivery Charges | $ | - |
| 9. | Outside Courier/Messenger Services | $ | 45.95 |
| 10 | Long Distance Telephone Charges | $ | - |
| 11. | Long Distance Fax Transmissions | $ | - |
| 12. | Computerized Research | $ | - |
| 13. | Out-of-Southern-District-of-Florida Travel | $ | 1,748.20 |
| 14. | Other Permissible Expenses | $ | 1,953.92 |

| | |
|---|---|
| Three external drives for creating forensic images | 344.95 |
| Three external drives (3TB) for forensic acquisition of evidence | 449.37 |
| Computer equipment for server imaging. | 1,112.78 |
| Cables for server RAID card replacement. | 46.82 |

**Total Expense Reimbursement Requested**                     $    **3,748.07**

20

Daily Time Entries by Activity Code
For This Time Period Only
Exhibit 3

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Plan of Distribution | 06/05/13 | Joel Glick | $ 350.00 | Reconciliation of class 2 and 3 claims; Preparation for deposition in re: plan confirmation | 3.20 | 1,120.00 |
| Plan of Distribution | 06/06/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 7.50 | 2,625.00 |
| Plan of Distribution | 06/07/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 3.00 | 1,050.00 |
| Plan of Distribution | 06/10/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 3.70 | 1,295.00 |
| Plan of Distribution | 06/11/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 8.20 | 2,870.00 |
| Plan of Distribution | 06/12/13 | Joel Glick | $ 350.00 | Telephone call with counsel and Banyon estate counsel and financial advisor | 0.70 | 245.00 |
| Plan of Distribution | 06/12/13 | Joel Glick | $ 350.00 | Prepare schedule in response to TD Victims' interrogatories | 1.80 | 630.00 |
| Plan of Distribution | 06/12/13 | Joel Glick | $ 350.00 | Provide counsel with requested schedules | 0.40 | 140.00 |
| Plan of Distribution | 06/12/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 4.40 | 1,540.00 |
| Plan of Distribution | 06/13/13 | Joel Glick | $ 350.00 | Per counsel requests, locate and provide support for production of database to the Conrad Scherer law firm. | 0.60 | 210.00 |
| Plan of Distribution | 06/13/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 4.80 | 1,680.00 |
| Plan of Distribution | 06/13/13 | Richard Pollack | $ 450.00 | Review analysis of direct testimony regarding Chapter 11 plan. | 1.20 | 540.00 |
| Plan of Distribution | 06/17/13 | Joel Glick | $ 350.00 | Assist counsel with preparation of schedules; Analysis of Ch 11 Trustee fees for discussion with UST | 3.90 | 1,365.00 |
| Plan of Distribution | 06/18/13 | Joel Glick | $ 350.00 | Find and send promissory notes per counsel request | 1.10 | 385.00 |
| Plan of Distribution | 06/19/13 | Joel Glick | $ 350.00 | Review draft of affidavit and speak with counsel | 1.10 | 385.00 |
| Plan of Distribution | 06/19/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 1.80 | 630.00 |
| Plan of Distribution | 06/20/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 9.70 | 3,395.00 |
| Plan of Distribution | 06/21/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 5.00 | 1,750.00 |
| Plan of Distribution | 06/23/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 2.00 | 700.00 |
| Plan of Distribution | 06/23/13 | Joel Glick | $ 350.00 | Respond to request from counsel and provide data | 0.60 | 210.00 |
| Plan of Distribution | 06/24/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 7.10 | 2,485.00 |
| Plan of Distribution | 06/25/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 6.30 | 2,205.00 |
| Plan of Distribution | 06/26/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 7.50 | 2,625.00 |
| Plan of Distribution | 06/27/13 | Maryia Shkaradzenak | $ 120.00 | Research regarding prospective financial information and forward-looking statements | 1.00 | 120.00 |
| Plan of Distribution | 06/30/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 10.50 | 3,675.00 |
| Plan of Distribution | 07/01/13 | Joel Glick | $ 350.00 | Preparation for deposition in re: confirmation hearing | 4.40 | 1,540.00 |
| Plan of Distribution | 07/01/13 | Joel Glick | $ 350.00 | Attend deposition of opposing expert | 4.60 | 1,610.00 |
| Plan of Distribution | 07/02/13 | Joel Glick | $ 350.00 | Preparation for and testify at deposition | 8.00 | 2,800.00 |
| Plan of Distribution | 07/02/13 | Joel Glick | $ 350.00 | Attend deposition of Melissa Davis | 4.00 | 1,400.00 |
| Plan of Distribution | 07/03/13 | Joel Glick | $ 350.00 | Review deposition transcript and other preparation for confirmation hearing | 7.80 | 2,730.00 |
| Plan of Distribution | 07/04/13 | Joel Glick | $ 350.00 | Review deposition transcript and other preparation for confirmation hearing | 4.10 | 1,435.00 |
| Plan of Distribution | 07/05/13 | Joel Glick | $ 350.00 | Preparation for confirmation hearing | 6.60 | 2,310.00 |
| Plan of Distribution | 07/05/13 | Joel Glick | $ 350.00 | Assist counsel with exhibits | 0.90 | 315.00 |
| Plan of Distribution | 07/06/13 | Joel Glick | $ 350.00 | Preparation for confirmation hearing | 2.00 | 700.00 |

21

Daily Time Entries by Activity Code
For This Time Period Only
Exhibit 3

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Plan of Distribution | 07/07/13 | Joel Glick | $ 350.00 | Preparation for confirmation hearing | 4.00 | 1,400.00 |
| **Plan of Distribution Total** | | | | | **143.50** | **50,115.00** |
| Litigation Consulting | 06/04/13 | Joel Glick | $ 350.00 | Telephone call with counsel; Provide requested information | 0.60 | 210.00 |
| Litigation Consulting | 06/10/13 | Joel Glick | $ 350.00 | Update schedule re: Bitton claim | 0.40 | 140.00 |
| Litigation Consulting | 06/12/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis; teleconference w/counsel | 1.20 | 420.00 |
| Litigation Consulting | 06/13/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 3.30 | 1,155.00 |
| Litigation Consulting | 06/14/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 4.30 | 1,505.00 |
| Litigation Consulting | 06/17/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 1.10 | 385.00 |
| Litigation Consulting | 06/18/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 1.10 | 385.00 |
| Litigation Consulting | 06/19/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 5.20 | 1,820.00 |
| Litigation Consulting | 06/19/13 | Stephanie Gutierrez | $ 85.00 | Government Forfeiture Analysis: Real Property memos and exhibits workpapers | 3.50 | 297.50 |
| Litigation Consulting | 06/20/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 3.50 | 1,225.00 |
| Litigation Consulting | 06/21/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 2.70 | 945.00 |
| Litigation Consulting | 06/21/13 | Stephanie Gutierrez | $ 85.00 | Government Forfeiture Analysis: Real Property memos and exhibits workpapers | 4.00 | 340.00 |
| Litigation Consulting | 06/21/13 | Stephanie Gutierrez | $ 85.00 | Government Forfeiture Analysis: Vehicles and Vessels workpapers | 4.00 | 340.00 |
| Litigation Consulting | 06/24/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis; meet with staff; financial analysis of asset purchase transactions | 4.70 | 1,645.00 |
| Litigation Consulting | 06/24/13 | Stephanie Gutierrez | $ 85.00 | Government Forfeiture Analysis: Vehicles and Vessels workpapers | 2.50 | 212.50 |
| Litigation Consulting | 06/24/13 | Stephanie Gutierrez | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 3.00 | 255.00 |
| Litigation Consulting | 06/24/13 | Joshua Rice | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 3.00 | 255.00 |
| Litigation Consulting | 06/25/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 1.00 | 350.00 |
| Litigation Consulting | 06/25/13 | Stephanie Gutierrez | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 4.00 | 340.00 |
| Litigation Consulting | 06/25/13 | Joshua Rice | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 3.00 | 255.00 |
| Litigation Consulting | 06/26/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 2.50 | 875.00 |
| Litigation Consulting | 06/26/13 | Stephanie Gutierrez | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 8.00 | 680.00 |
| Litigation Consulting | 06/26/13 | Joshua Rice | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 6.50 | 552.50 |
| Litigation Consulting | 06/27/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 2.30 | 805.00 |
| Litigation Consulting | 06/27/13 | Stephanie Gutierrez | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 6.50 | 552.50 |
| Litigation Consulting | 06/27/13 | Joshua Rice | $ 85.00 | Government forfeiture analysis – Review and analysis supporting financial documents | 8.00 | 680.00 |
| Litigation Consulting | 06/28/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 2.30 | 805.00 |
| Litigation Consulting | 07/01/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 5.30 | 1,855.00 |

22

Case 09-34791-PGH   Doc 4921   Filed 07/08/13   Page 9 of 25

Daily Time Entries by Activity Code
For This Time Period Only
Exhibit 3

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 07/02/13 | Richard Fechter | $ 350.00 | Government forfeiture analysis | 5.30 | 1,855.00 |
| **Litigation Consulting Total** | | | | | **102.80** | **21,140.00** |
| Computer Forensics | 06/03/13 | Gabriel Campos | $ 140.00 | Troubleshoot server imaging process. | 5.80 | 812.00 |
| Computer Forensics | 06/04/13 | Gabriel Campos | $ 140.00 | Continue server imaging process. | 6.70 | 938.00 |
| Computer Forensics | 06/05/13 | Gabriel Campos | $ 140.00 | Continue imaging server drives. | 2.40 | 336.00 |
| Computer Forensics | 06/07/13 | Gabriel Campos | $ 140.00 | Continue imaging server drives. | 1.80 | 252.00 |
| Computer Forensics | 06/10/13 | Gabriel Campos | $ 140.00 | Continue imaging individual server drives. | 0.50 | 70.00 |
| Computer Forensics | 06/10/13 | Gabriel Campos | $ 140.00 | Take receipt of _____ computers at counsel's Fort Lauderdale offices. | 2.00 | 280.00 |
| Computer Forensics | 06/11/13 | Gabriel Campos | $ 140.00 | Complete server drive imaging process; Troubleshoot server array reconstruction. | 6.70 | 938.00 |
| Computer Forensics | 06/12/13 | Gabriel Campos | $ 140.00 | Continue troubleshoot of server preservation. | 6.30 | 882.00 |
| Computer Forensics | 06/13/13 | Gabriel Campos | $ 140.00 | Complete troubleshooting server imaging process. | 5.70 | 798.00 |
| Computer Forensics | 06/14/13 | Gabriel Campos | $ 140.00 | Verify accommodations at Dallas client datacenter facility. | 0.50 | 70.00 |
| Computer Forensics | 06/17/13 | Gabriel Campos | $ 245.00 | Prepare kit for trip to client's Databank facility. | 2.30 | 563.50 |
| Computer Forensics | 06/18/13 | Gabriel Campos | $ 245.00 | Restore server hardware at client facility in Dallas. Troubleshoot server boot. Begin troubleshooting remote access into systems. | 8.70 | 2,131.50 |
| Computer Forensics | 06/19/13 | Martin Prinsloo | $ 310.00 | Assist with QTask ESI acquisition. | 0.80 | 248.00 |
| Computer Forensics | 06/19/13 | Gabriel Campos | $ 245.00 | Continue server acquisition process. | 8.00 | 1,960.00 |
| Computer Forensics | 06/20/13 | Gabriel Campos | $ 245.00 | Continue server acquisition process. | 8.00 | 1,960.00 |
| Computer Forensics | 06/21/13 | Gabriel Campos | $ 140.00 | Create forensic images of two laptop computers per counsel. | 1.30 | 182.00 |
| Computer Forensics | 06/21/13 | Gabriel Campos | $ 245.00 | Locate, Identify, and Document network nodes and applications from client server network. | 4.70 | 1,151.50 |
| Computer Forensics | 06/24/13 | Gabriel Campos | $ 245.00 | Compile and audit computer network access logs per counsel. | 4.20 | 1,029.00 |
| Computer Forensics | 06/25/13 | Gabriel Campos | $ 140.00 | Create two additional copies of forensic images per counsel. | 2.30 | 322.00 |
| Computer Forensics | 06/26/13 | Gabriel Campos | $ 140.00 | Process client data for review. | 0.70 | 98.00 |
| Computer Forensics | 07/01/13 | Gabriel Campos | $ 140.00 | Continue web site improvements. | 0.50 | 70.00 |
| Computer Forensics | 07/03/13 | Gabriel Campos | $ 140.00 | Review client files for encrypted items. | 0.80 | 112.00 |
| Computer Forensics | 07/03/13 | Gabriel Campos | $ 140.00 | Troubleshoot five (5) web servers, one fileserver and one database server for client application; Report findings to counsel. | 4.20 | 588.00 |
| **Computer Forensics Total** | | | | | **84.90** | **15,791.50** |
| Fee Application | 06/06/13 | Joel Glick | $ 350.00 | Preparation of May 2013 interim fee request | 1.40 | 490.00 |
| Fee Application | 06/17/13 | Joel Glick | $ 350.00 | Preparation of 9th and Final Fee application | 1.70 | 595.00 |
| Fee Application | 06/18/13 | Joel Glick | $ 350.00 | Preparation of 9th and Final Fee application | 0.80 | 280.00 |
| Fee Application | 06/19/13 | Joel Glick | $ 350.00 | Preparation of 9th and Final Fee application | 0.10 | 35.00 |
| Fee Application | 06/23/13 | Joel Glick | $ 350.00 | Preparation of 9th and Final Fee application | 2.40 | 840.00 |
| Fee Application | 06/24/13 | Joel Glick | $ 350.00 | Preparation of 9th and Final Fee application | 1.10 | 385.00 |
| Fee Application | 06/25/13 | Joel Glick | $ 350.00 | Preparation of 9th and Final Fee application | 2.30 | 805.00 |
| Fee Application | 07/05/13 | Joel Glick | $ 350.00 | Preparation of Supplemental to 9th final fee application | 0.80 | 280.00 |
| Fee Application | 07/06/13 | Joel Glick | $ 350.00 | Preparation of Supplemental to 9th final fee application | 2.90 | 1,015.00 |
| **Fee Application Total** | | | | | **13.50** | **4,725.00** |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Rate | Time Description | Hours | Fees |
|---|---|---|---|---|---|---|
| Tax Issues | 06/03/13 | Joel Glick | $ 350.00 | Update letter to Appraisal Review Board in re; Notice of Protest of Dallas business personal property tax | 0.60 | 210.00 |
| Tax Issues | 06/18/13 | Joel Glick | $ 350.00 | Telephone calls to DCAD in re: personal property tax on Qtask equipment. Correspondence with counsel re same | 1.90 | 665.00 |
| **Tax Issues Total** | | | | | 2.50 | 875.00 |
| **Grand Total** | | | | | 347.20 | 92,646.50 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the

Court's CM/ECF system to all parties on the attached Service List this 8th day of July, 2013.

> /s/  *Charles H. Lichtman*
> Charles H. Lichtman
> Florida Bar No.  501050
> clichtman@bergersingerman.com
> Berger Singerman LLP
> Attorneys for Trustee
> 350 E. Las Olas Boulevard, Suite 1000
> Fort Lauderdale, FL 33301
> Telephone:  (954) 525-9900

5067617-1

## CM/ECF SERVICE LIST

Geoffrey S. Aaronson on behalf of Creditor FEP Victims Group
gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com

Thomas L Abrams on behalf of Defendant Rubin Vine
tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com

Alberta L. Adams on behalf of Interested Party St. Paul Fire and Marine Ins. Co.
aadams@mpdlegal.com, sroussel@mpdlegal.com

Melissa Alagna on behalf of Creditor Investors Risk Advantage LLC
mma@segallgordich.com, jxp@segallgordich.com

Joaquin J Alemany on behalf of Creditor Birks & Mayors Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Grisel Alonso on behalf of Defendant United States of America
grisel.alonso@usdoj.gov, Elda.Louis-Charles@usdoj.gov

Brett M Amron on behalf of Creditor Todd Snyder
bamron@bastamron.com,
jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com,jmiranda@ba
stamron.com,afiorentino@bastamron.com

Eric N Assouline on behalf of Creditor Nick Wilder
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Kristopher Aungst on behalf of Plaintiff Herbert Stettin
kaungst@bergersingerman.com,
sochoa@bergersingerman.com;efile@bergersingerman.com

Paul A Avron on behalf of Plaintiff Herbert Stettin
pavron@bergersingerman.com, efile@bergersingerman.com

Scott L. Baena on behalf of Defendant Bodner Family Foundations
sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Valerie Barton Barnhart on behalf of Defendant Mikent, Inc.
vbarnhart@kelleykronenberg.com,
jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com

Jeffrey P. Bast on behalf of Creditor Todd Snyder
jbast@bastamron.com,
jdepina@bastamron.com;dquick@bastamron.com;jmiranda@bastamron.com;afiorentino
@bastamron.com

5067617-1

Christopher G Berga on behalf of Defendant ABS Capital Funding, LLC
cgb@lydeckerlaw.com, gh@lydeckerlaw.com

Eyal Berger on behalf of Creditor Committee Official Committee of Creditors
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Jeffrey M Berman on behalf of Creditor Emess Capital, LLC
jberman@klugerkaplan.com

John G. Bianco III on behalf of Creditor Morse Operations Inc.
jgb@trippscott.com, bankruptcynoticecenter@trippscott.com

Russell M. Blain on behalf of Interested Party Robert Furr
rblain.ecf@srbp.com, rblain@srbp.com

Gary S Blake on behalf of Creditor Litton Loan Servicing LP
gblake@lglaw.net, bk@lglaw.net

Daniel F Blanks on behalf of Defendant TD Bank, N.A.
dblanks@mcguirewoods.com, aabbott@mcguirewoods.com;rcox@mcguirewoods.com

Mark D. Bloom on behalf of Witness TD Bank, N.A.
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

Mark F Booth on behalf of Counter-Claimant 1181830 Alberta Ltd
mfbooth@rmzlaw.com

Paul M Botros on behalf of Defendant Centurion Structured Growth, LLC
pmb@botroslawfirm.com

Robert C Buschel on behalf of Defendant Qtask, Inc., a California corporation
buschel@bglaw-pa.com, indira@bglaw-pa.com

William E Calnan on behalf of Defendant Brian Levy
wcalnan@waldmanlawfirm.com

Darol H M Carr on behalf of Creditor Blue Oak Construction, LLC
cenos@farr.com, dcarr@farr.com

Francis L. Carter on behalf of Creditor Circle K Family, LLC
flc@katzbarron.com, lcf@katzbarron.com

David C. Cimo on behalf of Plaintiff Herbert Stettin
dcimo@gjb-law.com, gjbecf@gjb-law.com

5067617-1

Roderick F. Coleman on behalf of Creditor Prince International Ventures, LLC
rfc@colemanattorneys.com

Marissa C Corda on behalf of Creditor Circle K Family, LLC
mcc@katzbarron.com, af@katzbarron.com

Daniel W Courtney on behalf of Defendant DC Capital Connections
dc@danielcourtneylaw.com

Ileana Cruz-Bongini on behalf of Creditor Coquina Investments
icruz@stearnsweaver.com, jmartinez@stearnsweaver.com;mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com

Carlos L De Zayas on behalf of Defendant ABS Capital Funding, LLC
cdz@lydeckerlaw.com, jfalcon@lydeckerdiaz.com

Joseph A. DeMaria on behalf of Creditor Gibraltar Private Bank and Trust
jad@tewlaw.com, ecs@tewlaw.com;mm@tewlaw.com;dturken@tewlaw.com

Adrian C. Delancy on behalf of Defendant Maple Leaf Drilling Partners
adelancy@mrthlaw.com,
gruiz@mrthlaw.com,ycandia@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com

Denise D Dell-Powell on behalf of Interested Party Baron Von Wolfsheild
ddpowell@burr.com, greid@burr.com

Drew M Dillworth on behalf of Defendant Miami Heat Limited Partnership
ddillworth@stearnsweaver.com,
marocha@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com

Maureen Donlan on behalf of Interested Party United States of America
maureen.donlan@usdoj.gov, Elda.Louis-Charles@usdoj.gov

John D Eaton on behalf of Defendant Preve & Associates, LLC
jeaton@rascoklock.com,
jshawde@rascoklock.com;ogonzalez@rascoklock.com;nsingh@rascoklock.com;docketing@rascoklock.com

Morgan B. Edelboim on behalf of Defendant Jacob Szafranski
medelboim@bastamron.com, kparrales@bastamron.com;jmiranda@bastamron.com

Robert F. Elgidely on behalf of Plaintiff Herbert Stettin
relgidely@gjb-law.com, sanderson@gjb-law.com;ekelly@gjb-law.com;chopkins@gjb-

5067617-1

law.com;vlambdin@gjb-law.com

Mohammad A Faruqui on behalf of Defendant Thunder Cycle Designs, Inc.
mohammad@faruquilawfirm.com, barbarad@faruquilawfirm.com

Matthew J Feeley on behalf of Creditor Buchanan Ingersoll & Rooney PC
matthew.feeley@bipc.com, christopher.hudson@bipc.com;amin.rajani@bipc.com

G Steven Fender on behalf of Defendant Home Safe Foundation, Inc.
efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com

Michael Foster on behalf of Interested Party Twin City Fire Insurance Company
michael.foster@kaplanzeena.com, maria.escobales@kaplanzeena.com

Steven H Friedman on behalf of Creditor Legal Staffing, Inc.
steven@stevenfriedmanlaw.com

Michael A Friedman on behalf of Plaintiff Herbert Stettin
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Robert C Furr on behalf of Creditor Greenwood Capital Partners, LLC
bnasralla@furrcohen.com

David L Gay on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
dgay@bergersingerman.com,
jalvarez@bergersingerman.com;efile@bergersingerman.com

John H Genovese on behalf of Petitioning Creditor Aran Development Inc.
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com

Larry I Glick on behalf of Defendant Bodner Family Foundations
lglick@shutts.com

Michael I Goldberg on behalf of Creditor Committee Official Commitee of Unsecured
Creditors
michael.goldberg@akerman.com, charlene.cerda@akerman.com

Alvin S. Goldstein on behalf of Interested Party Robert Furr
mmitchell@furrcohen.com

Jason B Gonzalez on behalf of Defendant Republican Party of Florida
jgonzalez@ausley.com

Lawrence Gordich on behalf of Creditor Investors Risk Advantage LLC
LAG@segallgordich.com, jxp@segallgordich.com;mma@segallgordich.com

Gregory S Grossman on behalf of Creditor Fifth Third Bank
ggrossman@astidavis.com

Barry P Gruher on behalf of Plaintiff Herbert Stettin
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;ablye@gjb-law.com;kcabrera@gjb-law.com;chopkins@gjb-law.com

Nancy E Guffy on behalf of Plaintiff Thirteen Aqua Holdings Ltd
mkoskey@feamanlaw.com

Jordi Guso on behalf of Debtor Rothstein Rosenfeldt Adler, PA
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com

Ross R Hartog on behalf of Interested Party J.B. International, LLC
rhartog@mrthlaw.com,
ycandia@mrthlaw.com;ecfnotices@mrthlaw.com;areisino@mrthlaw.com;joyecf@mrthlaw.com;mrthbkc@gmail.com

Hollie N Hawn on behalf of Creditor Broward County Records,Taxes & Treasury
hhawn@broward.org

John L. Heller
john.heller@marcumllp.com, fl03@ecfcbis.com

Michael S Hoffman on behalf of Creditor Ary Krivopsik
Mshoffman@hlalaw.com, lsmith@hlalaw.com

Bart A Houston on behalf of Defendant Africat Marine U.S.A., Inc.
houston@kolawyers.com, velazquez@kolawyers.com;berger@kolawyers.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Defendant TD Bank, N.A.
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

John B. Hutton III on behalf of Plaintiff TD Bank, N.A.
huttonj@gtlaw.com,
thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Geoffrey D Ittleman on behalf of Creditor Steven Bitton
geoffrey@ittlemanlaw.com

Allan A Joseph on behalf of 3rd Party Plaintiff Jody Alu
ajoseph@davidjosephlaw.com

Bruce A Katzen on behalf of Creditor Emess Capital, LLC
bkatzen@klugerkaplan.com, miglesias@klugerkaplan.com

Robert M Klein on behalf of Witness Barry Brant
kleinr@kgplp.com, montanem@kgplp.com;piersonj@kgplp.com

Robert M Kline on behalf of Defendant TD Bank, N.A.
rkline@mwe.com, vharris@mwe.com;apumariega@mwe.com

Roy S Kobert on behalf of Creditor Boston Private Financial Holdings, Inc.
orlandobankruptcy@broadandcassel.com

Brian R Kopelowitz on behalf of Defendant Chris M. Salamone & Associates
kopelowitz@kolawyers.com, herrington@kolawyers.com

Harris J. Koroglu on behalf of Creditor American Express Travel Related Services
Company, Inc.
hkoroglu@shutts.com, jgoodwin@shutts.com

Matthew G Krause on behalf of Defendant Braman Motors, Inc.
mkrause@ls-law.com

Thomas R. Lehman on behalf of Defendant Sussco, Inc.
trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com

Seth Lehrman on behalf of Interested Party Farmer, Jaffe, Weissing, Edwards, Fistos &
Lehrman, P.L.
seth@pathtojustice.com

James P.S. Leshaw on behalf of Interested Party VM South Beach, LLC
leshawj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Stephen R Leslie on behalf of Interested Party Robert Furr
sleslie.ecf@srbp.com

Michael D Lessne on behalf of Defendant Marcy Lippman
michael.lessne@gray-robinson.com, jessica.cartagena@gray-
robinson.com;abby.srour@gray-robinson.com;allison.charlotin@gray-robinson.com

David M. Levine on behalf of Interested Party Harden & Associates, Inc.
dml@lkllaw.com, lv@lkllaw.com

Joan M Levit on behalf of Creditor Committee Official Committee of Creditors

joan.levit@akerman.com, charlene.cerda@akerman.com

Charles H Lichtman on behalf of Counter-Defendant Herbert Stettin
clichtman@bergersingerman.com,
ctarrant@bergersingerman.com;lwebster@bergersingerman.com;efile@bergersingerman.
com

Matthew L Lines on behalf of Interested Party American International Specialty Lines
Insurance Company
lines@irlaw.com

Sarah J Lis on behalf of Defendant Brian Levy
slis@waldmanlawfirm.com

John E Lucian on behalf of Defendant Mary Noa
lucian@blankrome.com

Matthew A Mannering on behalf of Defendant RL Pearson and Associates, Inc.
mmannering@hunton.com, lgodfrey@hunton.com

Alan K. Marcus on behalf of Defendant Albert Peter
amarcus@marcuslawcenter.com, ronmiam@aol.com;nvicente@marcuslawcenter.com

Isaac M Marcushamer on behalf of Defendant Rothstein Rosenfeldt Adler, P.A.
imarcushamer@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com

Marilee A Mark on behalf of Plaintiff Herbert Stettin
mmark@gjb-law.com, gjbecf@gjb-law.com

Lisa Esq Markofsky on behalf of Interested Party Infonet Services Corporation
lmarkofsky@proskauer.com,
crotondo@proskauer.com;mthompson@proskauer.com;jlevitan@proskauer.com

Jerry M Markowitz on behalf of Defendant Maple Leaf Drilling Partners
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,joyecf@mdrtlaw.com,mrthbkc@gmail.com

Aleida Martinez Molina on behalf of Defendant John Harris
amartinez@wsh-law.com

Jason S Mazer on behalf of Plaintiff Herbert Stettin
jmazer@vpl-law.com, kshaw@vpl-law.com;csteklof@vpl-law.com;aHacker@vpl-
law.com;mmoore@vpl-law.com;cgudaitis@vpl-law.com;lrodriguez@vpl-
law.com;receptionist@vpl-law.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Tamara D McKeown on behalf of Creditor FEP Victims Group
tdmckeown@mckeownpa.com

Niall T McLachlan on behalf of Defendant Mooring Capital Fund, LLC
nmclachlan@carltonfields.com, cguzman@carltonfields.com

Paul J McMahon on behalf of Interested Party Philip Arvidson
pjm@pjmlawmiami.com

Brian M Mckell on behalf of Defendant The Hartford
brian.mckell@wilsonelser.com, frances.weiss@wilsonelser.com

John A. Moffa on behalf of Creditor A-1 Investigative Agency, Inc.
john@trusteelawfirm.com,
atty_ellison@bluestylus.com;pat@trusteelawfirm.com,joel@trusteelawfirm.com,mark@t
rusteelawfirm.com,annmarie@trusteelawfirm.com,JohnAMoffa@gmail.com,Natasha@tr
usteelawfirm.com

Hector J Montalvo on behalf of Creditor Iron Mountain Information Management, Inc.
jmontalvo@homerbonner.com

James C. Moon on behalf of Creditor Banyon 1030-32, LLC
jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Harold D Moorefield Jr. on behalf of Creditor Gibraltar Private Bank and Trust
hmoorefield@stearnsweaver.com,
cgraver@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;m
mesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Norman A Moscowitz on behalf of Defendant Berenfeld Spritzer Schechter & Sheer,
LLP
nmoscowitz@moscowitz.com,
jpaya@mmmpa.com;rbithman@mmmpa.com;jmoscowitz@mmmpa.com

Barry E. Mukamal
bankruptcy@marcumllp.com

Kenneth D Murena on behalf of Defendant Charles Sanders
kmurena@dvllp.com, jserna@dvllp.com

Ronald G Neiwirth on behalf of Creditor Recovery Racing, LLC
rneiwirth@boyd-jenerette.com, mfamada@boyd-jenerette.com

5067617-1

Arthur C. Neiwirth on behalf of Defendant Mikent, Inc.
aneiwirthcourt@qpwblaw.com

Ari Newman on behalf of Witness TD Bank, N.A.
newmanar@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Timothy J Norris on behalf of Defendant Ballamor Capital Management, Inc.
tjnorris@duanemorris.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan on behalf of Creditor Euro Motorcars, Inc.
paul@orshanpa.com, maria@orshanpa.com

Alan J. Perlman on behalf of 3rd Pty Defendant Birmingham Estate & Jewelry Buyers,
Inc.
aperlman@ralaw.com, mhannau@ralaw.com;jalper@ralaw.com

Gary S Phillips on behalf of Defendant Barry Lipsitz
gphillips@phillipslawyers.com

Audrey M Pumariega on behalf of Interested Party TD Bank, N.A.
apumariega@mwe.com, Jkohlasch@mwe.com

Robert M Quinn on behalf of 3rd Party Plaintiff Mooring Capital Fund, LLC
rquinn@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net

Ivan J Reich on behalf of Interested Party Columbia Casualty Company
ivan.reich@gray-robinson.com, abby.srour@gray-robinson.com;jessica.cartagena@gray-robinson.com;allison.charlotin@gray-robinson.com

Bruce E Reinhart on behalf of Creditor MMRH, LLC
breinhart@mcdonaldhopkins.com, asabater@mcdonaldhopkins.com

Robert F. Reynolds on behalf of Defendant David Boden
rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Claudio Riedi on behalf of Creditor Gibraltar Private Bank and Trust
criedi@tewlaw.com

Heather L. Ries on behalf of Creditor Nova Bank
hries@foxrothschild.com, kbaker@foxrothschild.com

Kenneth B Robinson on behalf of Interested Party George Levin
krobinson.ecf@rprslaw.com

5067617-1

Grace E. Robson on behalf of 3rd Pty Defendant J.B. International, LLC
grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com

Alan B Rose on behalf of Defendant Charles Rucks
arose@pm-law.com, mchandler@pm-law.com

David L Rosendorf on behalf of Creditor Razorback Funding, LLC
dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com

Alex P Rosenthal on behalf of Attorney MLC 350, LLC
alex@rrcounsel.com

Jeffrey C. Roth on behalf of Defendant Blue Capital US East Coast Properties, L.P.
jeff@rothandscholl.com, christine@rothandscholl.com

Steven R Safra on behalf of Creditor Edward Morse
Steven.Safra@csklegal.com

Jay Sakalo on behalf of Defendant Centurion Structured Growth LLC
jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Luis Salazar on behalf of Defendant Stuart Rosenfeldt
salazar@salazarjackson.com,
jackson@salazarjackson.com;aguilar@salazarjackson.com;dominguez@salazarjackson.c
om

William G Salim Jr on behalf of Creditor NF Servicing, LLC
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Lilly Ann Sanchez on behalf of Interested Party Jeffrey Epstein
lsanchez@thelsfirm.com

Harry R Schafer on behalf of Defendant Marcy Lippman
hschafer@kennynachwalter.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Matthew H Scott on behalf of Counter-Defendant Carolina Casualty Insurance Company
mhs@trippscott.com, bankruptcy@trippscott.com

Patrick S. Scott on behalf of Defendant Michael Ashton, Inc.
patrick.scott@gray-robinson.com

Frank P Scruggs on behalf of Plaintiff Herbert Stettin

5067617-1

fscruggs@bergersingerman.com, clamb@bergersingerman.com

Michael D. Seese on behalf of Defendant Kimberly Rothstein
mseese@hinshawlaw.com, sseward@hinshawlaw.com;lportuondo@hinshawlaw.com

Steven E Seward on behalf of Defendant Kimberly Rothstein
sseward@hinshawlaw.com, lportuondo@hinshawlaw.com

John C. Shawde on behalf of Creditor SFS
jshawde@rascoklock.com,
ogonzalez@rascoklock.com;nsingh@rascoklock.com;docketing@rascoklock.com

Michael P. Shienvold on behalf of 3rd Pty Defendant Joyce Picou
michaelpaullaw@aol.com

Bradley S Shraiberg on behalf of Counter-Defendant Carolina Casualty Insurance
Company
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

James D. Silver on behalf of Attorney Conrad & Scherer, LLP
jds@conradscherer.com,
jkaufman@conradscherer.com;raldama@conradscherer.com;jtamayo@conradscherer.com

Paul Steven Singerman on behalf of 3rd Pty Defendant Herbert Stettin
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com

Jason Slatkin on behalf of Defendant Katie Adler
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com

David R. Softness on behalf of Interested Party Lexington Insurance Company
david@softnesslaw.com, sam@softnesslaw.com

Steven J. Solomon on behalf of Defendant Suntrust Bank, N.A.
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com

Jeffrey R Sonn on behalf of Creditor RWRK Investments LLC
jsonn@sonnerez.com

James B Sowka on behalf of Interested Party Columbia Casualty Company
jsowka@seyfarth.com

Scott A Stichter on behalf of Interested Party Robert Furr

5067617-1

sstichter.ecf@srbp.com

Emily R Stone on behalf of Interested Party Twin City Fire Insurance Company
estone@orshanpa.com, maria@orshanpa.com

Jesus M Suarez on behalf of Plaintiff Herbert Stettin
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

Joel L Tabas on behalf of Intervenor-Defendant Whitney Education Group, Inc.
jtabas@tabasfreedman.com, janet@tabasfreedman.com;francis@tabasfreedman.com

Deborah Talenfeld on behalf of Plaintiff Herbert Stettin
dtalenfeld@bergersingerman.com, efile@bergersingerman.com

Jeffrey A Tew on behalf of Creditor Gibraltar Private Bank and Trust
jt@tewlaw.com, jab@tewlaw.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Charles W Throckmorton on behalf of Creditor Razorback Funding, LLC
cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com

Marika Tolz
TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com

Rhett Traband on behalf of Creditor Caro Group, LLC
rtraband@broadandcassel.com, nfundora@broadandcassel.com

Peter F. Valori on behalf of Creditor Caro Group, LLC
pvalori@dvllp.com, spitta@dvllp.com

Theresa M Van Vliet on behalf of Plaintiff Herbert Stettin
tvanvliet@gjb-law.com

Laura J. Varela on behalf of Defendant Barry Lipsitz
lvarela@phillipslawyers.com

Victor H Veschio on behalf of Defendant Bank Of America, N.A.
firm@vlgfl.com, VictorLawGroup@gmail.com;KIS@vlgfl.com;MJS@vlgfl.com

Steven D Weber on behalf of Plaintiff Herbert Stettin
sweber@bergersingerman.com, efile@bergersingerman.com

Roy L. Weinfeld on behalf of Defendant AT&T Corp.
rlw@weinfeldlaw.com

5067617-1

Bryan T West on behalf of Creditor Gibraltar Private Bank and Trust
btw@tewlaw.com

Henry S Wulf on behalf of Creditor 123 MA Exchange One LLC
hwulf@carltonfields.com, kvickers@carltonfields.com

Stuart B Yanofsky on behalf of Defendant Reynaldo Leon
stuart@stuartyanofsky.com

George L. Zinkler on behalf of Defendant Casa Casuarina, LLC
gzinkler.ecf@rprslaw.com

**1.**

5067617-1