UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                           CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,               CONFIRMED CHAPTER 11

    Debtor.
_____/

**LIQUIDATING TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION OF MARCUM, LLP AS
ACCOUNTANTS FOR THE LIQUIDATING TRUSTEE *NUNC PRO TUNC* TO 7/12/13**

**[Hearing Requested for August 30, 2013 at 9:30 a.m.]**[1]

Pursuant to the *Order Confirming Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors (as Modified), Dated May 29, 2013 and Setting Bar Date for Lease and Contract Rejection Claims* [ECF No. 5063] (the "Confirmation Order"), Michael I. Goldberg, Esq., ("Liquidating Trustee"), by and through undersigned counsel, hereby submits this application (the "Application") for entry of an order, substantially in the form attached as **Exhibit A**, authorizing the Liquidating Trustee to employ and retain Marcum, LLP ("Marcum") *nunc pro tunc* to July 12, 2013.[2]  In support of this Application, the Liquidating Trustee submits the Mukamal Declarations as defined below.  In further support of this application, the Liquidating Trustee respectfully states as follows:

---

[1]    The Liquidating Trustee respectfully requests that this Court schedule this Application for hearing on August 30, 2013, at 9:30 a.m. as similar matters in this proceeding are scheduled to be heard on the Court's calendar at that time.

[2]    Pursuant to the *Order Approving: (I) the Disclosure Statement, (II) Hearing Date to Consider Confirmation of the Plan, (III) Deadline Related to Solicitation and Confirmation, and (IV) Solicitation and Tabulation Procedures* [ECF No. 4522] ("Solicitation Order"), all estate professionals were required to submit their final fee applications on June 27, 2013, and were then directed to supplement that application with "an estimate of additional fees and costs to be incurred through the Confirmation Hearing." Solicitation Order at p. 7. Marcum did so.

{26972977;1}

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

## Jurisdiction and Venue

1.      The Court has jurisdiction to consider this matter pursuant to the Confirmation Order and 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

## Background

2.      On November 10, 2009, (the "Petition Date"), four petitioning creditors filed an involuntary chapter 11 petition against Rothstein Rosenfeldt Adler P.A. ("RRA").

3.      On February 11, 2010 the Official Committee of the Unsecured Creditors (the "Committee") applied to retain Marcum as its financial advisor  [ECF No. 312] (the "Initial Application"). The Initial Application included the declaration of Barry Mukamal, CPA on behalf of Marcum (the "Initial Declaration").   On March 4, 2010 the Court approved the retention of Marcum: *Order Authorizing Employment and Retention of Barry Mukamal, CPA and the Firm of Marcum as Financial Advisor to the Committee* [ECF No. 404] (the "Retention Order").

4.      Marcum subsequently filed the following supplements to the Initial Declaration: *Supplemental Affidavit of Barry Mukamal in Support of Application to Employ Barry Mukamal, CPA and the firm of Marcum Rachlin as Financial Advisor* [ECF No. 365] (the "Supplemental Declaration"); *Affidavit of (Second Supplemental) Barry Mukamal, on behalf of MarcumRachlin, a Division of Marcum, LLP* [ECF No. 625] (the "Second Supplemental Declaration"); and the *Supplemental Affidavit of Barry Mukamal on behalf of Marcum LLP,* [ECF No. 1522] (the "Third Supplemental Declaration").[3]

5.      From March 4, 2010 through July 11, 2013, Marcum served as accountants and

---

[3]      The Initial Declaration, the Supplemental Declaration, the Second Supplemental Declaration, and the Third Supplemental Declaration,  collectively are referred to as the "Mukamal Declarations."

{26972977;1}

- 2 -

financial advisors to the Committee.

6.      On March 6, 2012, Herbert Stettin as Chapter 11 Trustee ("Stettin") applied to retain Marcum as his special accountant *nunc pro tunc* to December 21, 2011 [ECF No. 2727 ] (the "Special Application"). The Special Application also included the declaration of Barry Mukamal on behalf of Marcum. On April 2, 2012, the Court approved the retention of Marcum by Stettin: *Order Granting the Trustee's Application to Retain Barry Mukamal and Marcum As Special Accountant to the Trustee Nunc Pro Tunc to December 21,2011* [ECF No. 2936] (the "Special Retention Order").

7.      From December 21, 2011 through July 11, 2013, Marcum served as special accountant to Stettin.

8.      On May 29, 2013, the Official Committee of Unsecured Creditors together with Stettin filed the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors (as Modified)* [ECF No. 4517] (the "Plan"). The Plan was confirmed on July 11, 2013 and the Confirmation Order was entered on July 17, 2013.

## Relief Requested and Support Therefor

9.      By this Application, the Liquidating Trustee seeks the entry an order authorizing him to employ and retain Marcum as his accountants and financial advisors in accordance with the terms and conditions set forth herein.

10.     The Confirmation Order provides:

> Notwithstanding anything in the Plan or the Liquidating Trust to the contrary, Post-Confirmation Professionals may be retained by the Liquidating Trustee or the Liquidating Trust Oversight Committee only with prior approval of this Court. All Post-Confirmation Professionals shall file requests for compensation and reimbursement of expenses with this Court every six months

{26972977;1}

- 3 -

after the retention of such Post-Confirmation Profession or such other time as order by this Court. All fee applications shall comply with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases, provided, however, that the holdback for monthly fees shall be only ten (10%) percent and Post-Confirmation Professionals may seek payment of such holdback amounts as a part of the fee applications; provided further, however, that this provision shall not be deemed as an allowance or entitlement to payment of the holdbacks and this Court may grant or deny the request in accordance with its judgment. This Court shall schedule and conduct a hearing upon proper notice to determine all fee applications pending before it

11.    The Plan Provides, in section 6.2.11, that "prior representation of the Trustee or the Committee during the Chapter 11 Case shall not disqualify any professional from representing the Liquidating Trustee."

12.    The Liquidating Trustee anticipates that Marcum will provide a range of accounting and financial advisor services, as requested by the Liquidating Trustee, pertaining to issues arising post the Effective Date until this case is closed. Such services shall include, but are not limited to: (i) investigatory accounting services; (ii) reconstruction of accounting records; (iii) assistance with the accounting aspects of potential legal actions; (iv) tax considerations; and (v) other services as required. [4]

13.    The Liquidating Trustee believes that Marcum is well qualified to provide such professional services to the Liquidating Trustee.

14.    As set forth in the Confirmation Order and Plan, Marcum is not being retained pursuant to 11 U.SC. §327, accordingly there is no need for Marcum to be disinterested. However, the Court previously determined that Marcum was disinterested in the Retention Order

---

[4]    The Liquidating Trustee is also retaining Berkowitz Pollack Brant to assist the Liquidating Trustee with accounting and financial matters pertaining to issues arising prior to the Effective Date. The Liquidating Trustee asserts that the scope of services to be provided by Berkowitz Pollack Brant shall not duplicate the services that Marcum shall perform on behalf of the Liquidating Trustee.

{26972977;1}

- 4 -

and the Special Retention Order.

### Professional Compensation

15.    Marcum will apply for compensation for services rendered and reimbursement of all costs incurred on behalf of the Liquidating Trustee pursuant to the Confirmation Order and in compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases, provided, however, that the holdback for monthly fees shall be only ten (10%) percent. Moreover, pursuant to the Confirmation Order, Marcum is permitted to seek payment such holdback amounts as a part of the fee applications.

16.    Marcum's professionals will provide services on an hourly basis, at rates comparable to those Marcum uses for analogous matters.

17.    The Liquidating Trust Oversight Committee has approved the terms of employment detailed herein.

18.    Marcum has received no retainer from the Liquidating Trustee. Marcum has been paid as reflected by the *Order Awarding Final Compensation To Marcum LLP As Financial Advisor To Committee And Special Accountant For Chapter 11 Trustee* [ E.C.F. No. 5107] (the "Final Fee Order").

### Conclusion

19.    The Liquidating Trustee submits that he has satisfied the requirements of the Confirmation Order and the Plan to support entry of an order, substantially in the form attached as **Exhibit A**, authorizing the Liquidating Trustee to retain and employ Marcum and to compensate Marcum for any services rendered accordance with the Confirmation Order.

{26972977;1}

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

WHEREFORE, for the foregoing reasons, the Liquidating Trustee respectfully requests entry of an order substantially in the form attached as Exhibit A: *(i)* approving the Trustee's employment of Marcum, LLP as accountant and financial advisor to the Liquidating Trustee *nunc pro tunc* to July 12, 2013; and *(ii)* granting any other relief as this Court deems appropriate.

Dated: August 29, 2013

Respectfully Submitted,

**AKERMAN SENTERFITT**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone:  (954) 463-2700
Facsimile:  (954) 463-2224

By: /s/ *Catherine Douglas*
  Michael I. Goldberg, Esq.
  Florida Bar No. 886602
  michael.goldberg@akerman.com
  Catherine Douglas, Esq.
  Florida Bar No. 85843
  catherine.e.douglas@akerman.com
  *Counsel for Liquidating Trustee*

{26972977;1}

- 6 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via

CM/ECF on all parties so receiving service in this case this August 29, 2013.

> **AKERMAN SENTERFITT**
> Las Olas Centre II, Suite 1600
> 350 East Las Olas Boulevard
> Fort Lauderdale, FL  33301-2999
> Phone:  (954) 463-2700
> Fax:  (954) 463-2224
>
> By: /s/ *Catherine E. Douglas*
>       Catherine E. Douglas

{26972977;1}

AKERMAN SENTERFITT, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL  33301-2999

## MASTER SERVICE LIST
### CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A", Piso 8
Caracas, Venezuela
**(VIA CM/ECF)**

John H. Genovese, Esq.
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
**(VIA CM/ECF)**

Kendall Coffey, Esq.
Coffey Burlington,
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com
**(VIA CM/ECF)**

The Honorable Herbert M. Stettin
One Biscayne Tower, Suite 3700
Two South Biscayne Boulevard\
Miami, Florida 33131
**(VIA .S. MAIL)**

John G. Bianco, Esq.
John M. Mullinbild, Esquire
Tripp Scott
110 Southeast Sixth Street , 15th Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com
**(VIA CM/ECF)**

Alison W. Lehr, Esq.
Grisel Alonso, Esq.
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Alison.Lehr@usdoj.gov
Grisel.alonso@usdoj.gov
**(VIA CM/ECF)**

Jeffrey R. Sonn, Esq.
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard, Suite 1600
Fort Lauderdale, Florida 33394
jsonn@sonnerez.com
**(VIA CM/ECF)**

Office of the US Trustee
51 Southwest First Avenue, Suite 1204
Miami, Florida 33130
**(VIA CM/ECF)**

Thomas Tew, Esq.
Tew-Cardenas, LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
**(VIA CM/ECF)**

Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
bs@conradscherer.com
JSilver@conradscherer.com
**(VIA CM/ECF)**

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
mseese@hinshawlaw.com
**(VIA CM/ECF)**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7345
**(VIA U.S. MAIL)**

Internal Revenue Service
Special Procedures – Insolvency
7850 SW 6th Court
Plantation, FL 33324
**(VIA U.S. MAIL)**

{26972977;1}

- 8 -

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, FL 33130
**(VIA U.S. MAIL)**

United Healthcare
Dept. Chris Hubbs 10151
Palatine, IL 60055
**(VIA U.S. MAIL)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste. 340
Plantation, FL 33324-3906
**(VIA U.S. MAIL)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Ave., NW, Room 4400
Washington, DC 20530-0001
**(VIA U.S. MAIL)**

Honorable Jeffrey H. Sloman
Acting U.S. Attorney
99 NE 4th Street
Miami, FL 33132
**(VIA U.S. MAIL)**

William George Salim, Jr.
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
**(VIA CM/ECF)**

USI
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
anthony.gruppo@usi.biz
**(VIA EMAIL)**

Mark Nurik, Esq.
1 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com
**(VIA EMAIL)**

BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
bamron@bastamron.com
jbast@bastamron.com
**(VIA CM/ECF)**

Mark Bloom, Esq.
John B. Hutton, Esq.
Greenberg Traurig, LLP
333 Avenue of the Americas, Suite 4400
Miami, FL 33131-3238
bloomm@gtlaw.com
huttonj@gtlaw.com
**(VIA CM/ECF)**

Robert D. Critton, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com
**(VIA CM/ECF)**

Roth& Scholl
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital US East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
jeff@rothandscholl.com
**(VIA CM/ECF)**

Rogers, Morris & Ziegler, LLP
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
mfbooth@rmzlaw.com
**(VIA CM/ECF)**

Arthur C. Neiwirth, Esq.
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
aneiwirth@qpwblaw.com
**(VIA CM/ECF)**

{26972977;1}

2

The Florida Bar
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org
(VIA CM/ECF)

Micheal W. Moskowitz, Esq.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com
(VIA CM/ECF)

Francis L. Carter, Esq.
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
flc@katzbarron.com
(VIA CM/ECF)

Bradley S. Shraiberg, Esq.
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
bshraiberg@sfl-pa.com
(VIA CM/ECF)

Henry S. Wulf, Esq.
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
hwulf@carltonfields.com
(VIA CM/ECF)

EMESS Capital, LLC
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
bkatzen@klugerkaplan.com
jberman@klugerkaplan.com
(VIA CM/ECF)

Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
pmhudson@arnstein.com
(VIA CM/ECF)

Stearns Weaver Miller, et al
Eugene E. Stearns, Esq.
Harold D. Moorefield, Jr., Esq.
Andrew E. Stearns, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
estearns@stearnsweaver.com
hmoorefield@stearnsweaver.com
astearns@stearnsweaver.com
(VIA CM/ECF)

LMB Funding Group
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
rfurr@furrcohen.com
(VIA CM/ECF)

Lawrence A. Gordich, Esq.
Melissa Alagna, Esq.
SEGALL/GORDICH P.A.
801 Brickell Avenue, Suite 900
Miami, Florida 33131
lag@segallgordich.com
mma@segallgordich.com
(VIA CM/ECF)

Broward County
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
hhawn@broward.org
(VIA CM/ECF)

Peter F. Valori, Esq.
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
pvalori@dvllp.com
(VIA CM/ECF)

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
(VIA U.S. MAIL)

CIT Technology Financing Services I, LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
(VIA U.S. MAIL)

{26972977;1}

3

Gibraltar Private Bank & Trust Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(VIA U.S. MAIL)**

Florida Department of Revenue
5012 S. Calhoun Street, Room 201
Carlton Building
Tallahassee, FL 32399
**(VIA U.S. MAIL)**

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301
**(VIA U.S. MAIL)**

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130
**(VIA U.S. MAIL)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(VIA U.S. MAIL)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
**(VIA U.S. MAIL)**

Carpenter & Berger, PL
6400 N. Andrews Avenue, Suite 370
Fort Lauderdale, FL 33309
**(VIA U.S. MAIL)**

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
ffm@bostonbusinesslaw.com
**(VIA CM/ECF)**

Darol H. M. Carr, Esq.
99 Nesbit Street
Punta Gorda, FL 33950
dcarr@farr.com
**(VIA CM/ECF)**

Jane A. Bee, Esq.
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103-6998
**(VIA EMAIL)**

Roderick F. Coleman, Esq.
400 South Dixie Highway, Suite 121
Boca Raton, FL 33432
rfc@colemanattorneys.com
**(VIA CM/ECF)**

Mark S. Haltzman, Esq.
Lamm Rubenstone, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053
mhaltzman@lammrubenstone.com
**(VIA CM/ECF)**

Robert C. Buschel, Esq.
100 S.E. Third Ave, Suite 1300
Fort Lauderdale, FL 33394
buschel@bglaw-pa.com
**(VIA CM/ECF)**

Berkowitz Dick Pollack & Brant
Certified Public Accountants & Consultants,
LLP
200 S. Biscayne Boulevard, Sixth Floor
Miami, FL 33131-2310
Attn: Richard Pollack
**(VIA U.S. MAIL)**

MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Attn: James C. Moon, Esq.
jmoon@melandrussin.com
Attn: Peter D. Russin, Esq.
prussin@melandrussin.com
Attn: Michael S. Budwick, Esq.
mbudwick@melandrussin.com
**(VIA CM/ECF)**

Gary S. Blake, Esq.
1499 We. Palmetto Park Rd., Suite 300
Boca Raton, FL 33486
gblake@lglaw.net
**(VIA CM/ECF)**

{26972977;1}

4

Melinda S. Thornton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, Fl 33128-1993
cao.bkc@miamidade.gov
**(VIA CM/ECF)**

SLATKIN & REYNOLDS, P.A.
Attorneys for Russell Adler and Katie Adler
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida 33301
Telephone 954.745.5880
Facsimile 954.745.5890
jslatkin@slatkinreynolds.com
**(VIA CM/ECF)**

ASSOULINE & BERLOWE, P.A.
213 East Sheridan Street, Ste. 3
Dania Beach, FL 33004
Attn: Eric N. Assouline, Esq.
ena@assoulineberlowe.com
**(VIA CM/ECF)**

Steven J. Reisman, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Email: sreisman@curtis.com
**(VIA EMAIL)**

Turner P. Smith, Esq.
CURTIS, MALLET-PREVOST, *et al.*
101 Park Avenue
New York, NY 10178-0061
Email: tsmith@curtis.com
**(VIA EMAIL)**

Maryann Gallagher, Esq.
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Email: mgallagher@curtis.com
**(VIA EMAIL)**
ILEANA CRUZ BONGINI, Esq.
icruz@stearnsweaver.com

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Coquina Investments
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
**(VIA CM/ECF)**

Lynn Maynard Gollin
lgollin@gordonrees.com
Gordon & Rees LLP
Four Seasons Tower 15th Floor
1441 Brickell Avenue
Miami, FL 33131
**(VIA CM/ECF)**

Paul J. McMahon, Esq.
Paul Joseph McMahon, P.A.
2840 S.W. Third Ave
Miami, Florida 33129
pjm@pjmlawmiami.com
**(VIA CM/ECF)**

Robert P. Avolio, Esq.
Crossroads Corporate Center
3150 Breunswick Pike, Ste. 120
Lawrenceville, NJ 08648
ravolio@avoliohanlon.com
**(VIA EMAIL)**

Mark S. Shipman, Esq.
20 Batterson Park Road, Suite 120
Farmington, CT 06032
mark@shipso.com
**(VIA EMAIL)**

Heather L. Ries, Esq.
Fox Rothschild, LLP
222 Lakeview Ave, Suite 700
West Palm Beach, Fl 33401
hries@foxrothschild.com
**(VIA CM/ECF)**

{26972977;1}

5

Geoffrey S. Aaronson, Esq.,
Geoffrey S. Aaronson, P.A.,
Local Counsel for FEP and
the FEP Victims Group,
Miami Tower
100 SE 2nd Street, 27th Floor
Miami, Florida 33131
gaaronson@aaronsonpa.com
**(VIA CM/ECF)**

Michael Paris, Esq.
William C. Nystrom, Esq.
Nystrom, Beckman & Paris, LLP
Counsel for FEP and the FEP Victims Group
10 Saint James Avenue, 16th Floor
Boston, MA 02116
mparis@nbparis.com
wnystrom@nbparis.com
**(VIA EMAIL)**

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3238
SBaena@bilzin.com
**(VIA CM/ECF)**

Alberta L. Adams, Esq.
Mills Paskert Divers
100 North Tampa Street, Suite 2010
Tampa, Florida 33602
aadams@mpdlegal.com
**(VIA CM/ECF)**

James B. Sowka, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Email: jsowka@seyfarth.com
**(VIA CM/ECF)**

David C. Christian II, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
dchristian@seyfarth.com
**(VIA CM/ECF)**

David M. Levine, Esq.
Levine Kellogg Lehman Schneider &
Grossman, LLP
201 S. Biscayne Blvd, 34th Floor
Miami, Florida 33131
dml@lkllaw.com
**(VIA CM/ECF)**

Timothy W. Volpe, Esq.
John T. Rogerson, III, Esq.
Caroline Prieto, Esq.
Volpe, Bajalia, Wickes, Rogerson & Wachs
501 Riverside Ave., 7th Floor
Jacksonville, FL 32202
**(VIA U.S. MAIL)**

Denise D. Dell-Powell, Esq.
BURR & FORMAN, LLP
450 South Orange Avenue, Suite 200
Orlando, Florida 32801
**(VIA CM/ECF)**

McINTOSH SCHWARTZ, P.L.
Alain E. Boileau, Esq.
888 Southeast 3rd Ave., Suite 500
Fort Lauderdale, FL 33316
**(VIA CM/ECF)**

FURR AND COHEN, P.A.
Alvin S. Goldstein, Esq.
Counsel for Robert C. Furr
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
agoldstein@furrcohen.com
**(VIA CM/ECF )**

Victor H Veschio, Esq.
2001 W Kennedy Blvd
Tampa, FL 33606
**(VIA CM/ECF )**

Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd., #201
North Miami, Florida 33162
**(VIA CM/ECF )**

{26972977;1}

6

DAMIAN & VALORI, LLP
Kenneth Dante Murena, Esq.
Counsel for Charles Sanders and Lisa Ellis
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
**(VIA CM/ECF )**

Michael S. Popok, Esq.
Aleida Martinez-Molina, Esq.
Weiss Serota Helfman
Pastoriza Cole & Boniske, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, Florida 33134
**(VIA CM/ECF )**

Bruce E Reinhart, Esq.
McDonald Hopkins LLC
505 S. Flagler Drive, Suite 300
West Palm Beach, Florida 33401
**(VIA CM/ECF )**

Russell M. Blain, Esquire
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602
**(VIA CM/ECF )**

Howard S. Friedman, Esq.
1000 South Andrews Ave.
Fort Lauderdale, FL 33316
**(VIA U.S. MAIL)**

Marcos Daniel Jimenez, Esq.
Audrey M. Pumariega, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Ave., Suite 1420
Miami, Florida 331321
mjimenez@kasowitz.com
apumariega@kasowitz.com
**(VIA EMAIL)**

Daniel F. Blanks
McGUIREWOODS LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
dblanks@mcguirewoods.com
**(VIA CM/ECF )**

Steven H. Friedman, Esq.
Attorney for Legal Staffing, Inc.
P.O. Box 1203
West Palm Beach, Florida 33402-1203
**(VIA CM/ECF )**

Daniel Jimenez, Esq.
mjimenez@mwe.com
Robert M. Kline, Esq.
rkline@mwe.com
McDermott Will & Emery LLP
333 Avenue of the Americas, Suite 4500
Miami, Florida 33131
**(VIA CM/ECF )**

**BERGER SINGERMAN LLP**
*Attorneys for Trustee*
1450 Brickell Ave, Suite 1900
Miami, Florida 33131
Paul Steven Singerman
singerman@bergersingerman.com
David L. Gay
dgay@bergersingerman.com
**(VIA CM/ECF )**Marcos

{26972977;1}

7

# EXHIBIT A

## PROPOSED ORDER

{26974145;1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                            CASE NO.:  09-09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,        CHAPTER 11 PROCEEDING

        Alleged Debtor.
_____/

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF MARCUM, LLP AS ACCOUNTANTS FOR THE LIQUIDATING
TRUSTEE *NUNC PRO TUNC* TO JULY 12, 2013**

Upon the application (the "Application") of Michael I. Goldberg as Liquidating Trustee

(the "Liquidating Trustee") in the above-captioned case for the entry of an order authorizing the

Liquidating Trustee to employ and retain Marcum, LLP as accountants *nunc pro tunc* to July 12,

2013, pursuant to *Order Confirming Second Amended Joint Plan of Liquidation Pursuant to*

*Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee*

*of Unsecured Creditors (as Modified), Dated May 29, 2013 and Setting Bar Date for Lease and*

*Contract Rejection Claims* [ECF No. 5063] (the "Confirmation Order"); and it appearing that the

{26974145;1}2439760-5

relief requested is in the best interests of the Liquidating Trust, its beneficiaries and other parties

in interest; and the Court having jurisdiction to consider the Application and the relief requested

therein pursuant to the Confirmation Order and 28 U.S.C. §§ 157 and 1334; and consideration of

the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and the Court having reviewed the Application and the Mukamal Declarations (as

defined in the Application); and the Court being satisfied that (a) Marcum, LLP does not hold or

represent an interest adverse to the Liquidating Trust and (b) Marcum, LLP is a "disinterested

person" as defined in section 101(14) of the Bankruptcy Code; and due and proper notice of the

Application having been provided, and it appearing that no other or further notice need be

provided; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED**

that:

1.      The Application is granted, *nunc pro tunc* to July 12, 2013.

2.      None of the representations or engagements set out in the Mukamal Declarations,

or Marcum, LLP's prior representation in this matter constitutes a conflict of interest or impairs

the disinterestedness of Marcum, LLP or otherwise precludes the Liquidating Trustee's retention

of Marcum, LLP in this case.

3.      The Liquidating Trustee is authorized to employ and retain Marcum, LLP as its

accountant in accordance with the terms and conditions set forth in the Application.

4.      Marcum, LLP is authorized to render professional services to the Liquidating

Trustee as described in the Application.

5.      Marcum, LLP shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the above captioned case in compliance

with the Confirmation Order and the guidelines established by the Office of the United States

{26974145;1}2439760-5

2

Trustee for the Southern District of Florida and any other applicable procedures and orders of the Court.

6.     The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application.

7.     The Court finds that the entry of *nunc pro tunc* relief is warranted under the circumstances of this case.

8.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

#   #   #

Submitted by:

**AKERMAN SENTERFITT**
Catherine Douglas, Esq.
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone:  (954) 463-2700
Fax:  (954) 463-2224
*Counsel to the Liquidating Trustee*

Copies to:
Catherine Douglas, Esq.
*(Attorney Douglas shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

{26974145;1}2439760-5

3