

**ORDERED in the Southern District of Florida on August 28, 2014.**

*Raymond B. Ray, Judge*
*United States Bankruptcy Court*

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE

ROTHSTEIN ROSENFELDT ADLER, P.A.,        CASE NO. 09-34791-RBR

    Debtor.                                                                  CHAPTER 11

_____/

**ORDER DENYING AS MOOT
SOCHET ENTITIES' MOTION TO ENFORCE SETTLEMENT AGREEMENT**

On August 28, 2014 the Court had scheduled a hearing on the Sochet Entities' Motion to Enforce Settlement Agreement ("**Motion to Enforce**," ECF#5714) seeking to enforce the settlement announced to this Court on January 24, 2014 of the *Liquidating Trustee's Expedited Motion for Entry of an Order Setting the Amount of the Sochet Entities' Collateral Source Holdback* ("**CSR Motion**," ECF#5313). The Court has now entered an agreed order on the CSR Motion, and accordingly, the Motion to Enforce is denied as moot.

# # #

Submitted by:

David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Tel:     (305) 372-1800
Fax:    (305) 372-3508
Email: drosendorf@kttlaw.com
Counsel for Sochet Entities

Copies furnished to:
David L. Rosendorf, Esq.
[Attorney Rosendorf is directed to serve copies on all interested parties and to file a certificate of service]