**ORDERED in the Southern District of Florida on October 27, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                           CASE NO.: 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,                CONFIRMED CHAPTER 11

    Debtor.
_____/

**ORDER GRANTING FIRST INTERIM POST-CONFIRMATION APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KAPILA MUKAMAL, LLP AS ACCOUNTANTS TO THE LIQUIDATING TRUSTEE FOR THE PERIOD OF MAY 1, 2014 – AUGUST 31, 2014**

THIS MATTER came before the Court on October 23, 2014 upon the hearing on the *First Interim Post-Confirmation Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Kapila Mukamal, LLP as Accountants to the Liquidating Trustee for the Period of May 1, 2014 – August 31, 2014* (the "Application") [ECF No. 5770], pursuant

{29787791;1}

to which Kapila Mukamal, LLP (the "Applicant") seeks an award of compensation in the amount of $2,116.80 and reimbursement of expenses in the amount of $0.00, for a total interim post-confirmation award of $2,116.80.

Michael Goldberg, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the Rothstein Rosenfeldt Adler, P.A. Liquidating Trust is authorized to retain and compensate post-confirmation professionals pursuant to Sec. 6.2.11 of the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trust and the Official Committee of Unsecured Creditors (as Modified)* (the "Plan") [ECF No. 4516], as modified by ¶ 62(iii) of the Order confirming the Plan [ECF No. 5063].

Good and adequate notice of the Application and of the hearing thereon has been provided, and the Court, having reviewed the Application, having heard and considered the remarks of counsel, and noted no objections were filed or asserted, and being otherwise fully advised in the premises, does

**ORDER** as follows:

1. The Application is GRANTED. Applicant is awarded fees in the amount of $2,116.80 and reimbursement of expenses in the amount of $0.00, for a total interim post-confirmation award of $2,116.80.

2. The Liquidating Trustee is authorized and directed to pay the fees awarded to the Applicant, as set forth herein upon entry of this Order.

3. In making the foregoing award, the Court has considered the criteria in 11 U.S.C. §§ 326 and 330 and the requirements of Bankruptcy Rule 2016 in light of the principles stated in *Norman v. Housing Authority of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) and each of the factors that govern the reasonableness of fees as set forth in *Matter of First Colonial Corp. of*

{29787791;1}

*America*, 544 F.2d. 1291 (5th Cir. 1977), and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).

# # #

Submitted by:

**AKERMAN LLP**
Joan Levit, Esq.
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224
*Counsel to the Liquidating Trustee*

*(Attorney Levit shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

{29787791;1}