UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                          CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,        CONFIRMED CHAPTER 11

      Debtor.
_____/

### LIQUIDATING TRUSTEE'S MOTION TO APPROVE FINAL DISTRIBUTION TO HOLDERS OF CLASS 2 AND CERTAIN HOLDERS OF CLASS 3 CLAIMS

Michael I. Goldberg, as Liquidating Trustee (the "Liquidating Trustee") for the Rothstein Rosenfeldt Adler P.A. Liquidating Trust (the "RRA Trust"), hereby submits this *Motion to Approve Final Distribution To Holders of Class 2 And Certain Holders of Class 3 Claims* (the "Motion"). In support of this Motion, the Liquidating Trustee states:

1.    The Court has jurisdiction to consider this matter pursuant to ¶ 47 of the Confirmation Order[1], Section 11.1 of the Plan, and 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.    This case was commenced on November 10, 2009 as an involuntary Chapter 11 proceeding under Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"). The Order for Relief was entered on November 30, 2009 [ECF No. 66].

3.    On May 29, 2013, the *Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors (as Modified)* [ECF No. 4517] (the "Plan") was filed. The Plan was confirmed by Order of the Bankruptcy Court [ECF No. 5063] (the "Confirmation Order"), dated

_____

[1] All capitalized terms not otherwise defined have the meaning set forth in the Plan and the Confirmation Order. Both as defined herein.

{30019276;1}

July 17, 2013.

4.     Pursuant to the Plan and as ratified by the Confirmation Order, upon the Effective Date of the Plan (July 17, 2013), Michael I. Goldberg was appointed the Liquidating Trustee of the RRA Trust.  Moreover, pursuant to the Plan, the Liquidating Trustee shall make Distributions to holders of Allowed Claims.

5.     In early August, 2013, the Liquidating Trustee made a distribution to all holders of Allowed Class 2 and Class 3 Claims[2] in the amount of 72.5% of their Allowed Claim.  No other distribution to holders of Class 2 and Class 3 Claims have been made to date.  Accordingly, holders of Allowed Class 2 and Class 3 Claims are still owed 27.5% on account of their Allowed Claim  (the "Remaining Distribution").

6.     Certain of the holders of Class 3 Claims have also received partial payment on their claims through other sources and/or have filed claims in Scott Rothstein's criminal proceeding, (which includes a related restitution proceeding pending) before the Honorable Judge Cohn of the United District Court for the Southern District of Florida (the "Restitution Claims").  The Restitution Claims are still under review before Judge Cohn.

7.     The holders of Allowed Class 2 and Class 3 Claims who will receive their final distribution are identified on **Exhibit A** attached hereto.

8.     Notice of this Motion has been provided to all of the holders of Class 2 and Class 3 Claims included in Exhibit A and all of the parties who receive notice by CM/ECF.

9.     This Motion is filed without prejudice to any rights that the Liquidating Trustee has under the Plan or applicable law to recover any excess distribution or recover any remittance obligation.

---

[2]  These classes of creditors are comprised of the Debtor's general unsecured creditors.

CASE NO.: 09-34791-BKC-RBR

WHEREFORE, Michael I. Goldberg, in his capacity as Liquidating Trustee of the RRA Trust, respectfully requests the Court to grant the relief requested herein and such other relief as is just and proper.

Respectfully submitted,


/s/ Michael I. Goldberg
Michael I. Goldberg, Esq.
Florida Bar Number:  886602
AKERMAN LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone:  (954) 463-2700
Fax:  (954) 463-2224
Email:  michael.goldberg@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF to all parties registered to receive CM/ECF notification and by U.S. Mail to all parties on the attached Service List this 9th[th] day of December, 2014.


/s/ Michael I. Goldberg
Michael I. Goldberg, Esq.

{30019276;1}                                                        3

**SERVICE LIST**

Geoffrey D. Ittleman, P.A. Trust Account
FBO Steven J. Bitton
110 SE 6th Street, Ste. 2300
Ft. Lauderdale, FL 33301

American Express Travel Related Services
Company, Inc.
c/o Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031

Michael A. Pancier
8444 NW 165th Street
Miami Lakes, FL 33016

Phoenix Painting Company
6303 N. Powerline Road
Ft. Lauderdale, FL 33309

Geoffrey D. Ittleman, P.A.
FBO A-1 Investigative Agency, Inc.
110 S.E. 6th Street, Suite 2300
Ft. Lauderdale, FL 33301

Pitney Bowes Inc.
27 Waterview Drive
Shelton, CT 06484

Shawn Birken
350 S.E. 2nd Street, Unit 920
Ft. Lauderdale, FL 33301

Abramowitz Tax & Lien Service Inc.
816 S. Military Trail
Deerfield Beach, FL 33442

Studley Inc.
399 Park Avenue, 11th Floor
New York, NY 10022

Tropical Reporting Inc.
10210 SW 137th Place
Miami, FL 33086

Brian A. Pearlman
816 SW 11th Avenue
Ft. Lauderdale, FL 33315

Las Olas Venture LLC
Attn: Ronnie E. Ragoff, VP
Shorenstein Realty Services
850 Third Ave., 17th Floor
New York, NY 10022

Kenneth C. Jenne II
2400 Emerson Circle
Hollywood, FL 33021

Wolfe & Goldstein PA
c/o Richard Wolfe, Esq.
175 S.W. 7th Street, Ste. 2410
Miami, Florida 33130

Richard Charles Wolfe
175 S.W. 7th Street, Ste. 2410
Miami, FL 33130

Kress Court Reporting Inc.
7115 Rue Notre Dame
Miami Beach, FL 33141

Blue Oak Construction, LLC
c/o Liquidity Solutions, Inc.
One Univesity Plaza, Suite 312
Hackensack, NJ 07601

The MJ Simpson Corporation
400 East Atlantic Blvd.
Pompano Beach, FL 33060

Gary M. Farmer, Jr.
c/o Farmer, Jaffe, Weissing, et al.
425 N. Andrews Avenue, Ste. 2
Ft. Lauderdale, FL 33301

Steven R. Jaffe
c/o Farmer, Jaffe, Weissing, et al.
425 N. Andrews Avenue, Ste. 2
Ft. Lauderdale, FL 33301

Matthew D. Weissing
c/o Farmer, Jaffe, Weissing, et al.
425 N. Andrews Avenue, Ste. 2
Ft. Lauderdale, FL 33301

Mark S. Fistos
3213 Pablo Creek Way
Tallahassee, FL 32312

Leonid Dvosis
3660 NE 166th Street, #515
North Miami Beach, FL 33160

Neil M. Delman
1201 S. Ocean Drive, Apt. 1702
Hollywood, FL 33019

Jeffrey Grubman, PA
2385 Executive Center Drive, Ste. 300
Boca Raton, FL 33431

Jason Arnold
5750 SW 54th Court
Davie, FL 33314

333 Market Exchange Two LLC &
123 MA Exchange One LLC
Kevin Kuzemchak, SVP
Shorenstein Properties LLC
850 Third Avenue, 17th Floor
New York, NY 10022

{30020007;1}

Leslie Stracher
1050 S.E. 15th Street, Apt. 206
Ft. Lauderdale, FL 33316

Basketball Properties LTD & Miami Heat
Limited Partnership
601 Biscayne Blvd.
Miami, FL 33132

AT&T Corp.
c/o Elizabeth Lawler, Case Manager
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

Lisa N. Kaufman
2807 Poinciana Circle
Cooper City, FL 33026

Liquidity Solutions, Inc.
As assignee of Structured Network Cabling,
Inc.
One University Plaza, Suite 312
Hacksack, NJ 07601

Xerox Corporation
Attn: Vanessa Adams
1301 Ridgeview Drive - 450
Lewisville, TX 75057

Clerk & Comptroller, Palm Beach County
c/o Deise Coffman, Esq.
301 North Olive Avenue, 9th Floor
West Palm Beach, FL 33401

Robert C. Buschel
401 SW 4th Avenue, #304
Ft. Lauderdale, FL 33315

Peter M. Feaman
3615 W. Boynton Beach Blvd.
Boynton Beach, FL 33436

West
c/o Sarah E. Doerr, Esquire
Moss & Barnett P.A.
4800 Wells Fargo Ctr.
90 S. 7th Street
Minneapolis, MN 55402-4129

Maryanne Morse, Clerk of the Circuit
Court, Seminole County,
c/o Selene Worley, Deputy Clerk
P.O. Box 8099
Sanford, FL 32772-8099

Daniel J. Stermer, Receiver for Hess
Kennedy, LLC et al.
Development Specialists, Inc.
200 S. Biscayne Blvd., Ste. 1818
Miami, FL 33131

Sheffer Motors, LLC
c/o Oren S. Tasini, Esq.
660 U.S. Highway #1, 3rd Floor
North Palm Beach, FL 33408

Jeff Stay
c/o James Schwitalla, Esq.
12954 SW 133rd Court
Miami, FL 33186

Whitney Education Group, Inc &
Whitney Information Network, Inc.
c/o Joel L. Tabas, Esq.
14 NE 1st Avenue, PH
Miami, FL 33132

American Express Travel Related Services
Co, Inc.
Attn: Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031

Liquidity Solutions, Inc.
As assignee of Aventura Limousine &
Transportation Service, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Richard Luneberg
1407 SW 8th Street
Pompano Beach, FL 33069-4511

LexisNexis/Accurint
5000 T-Rek Ave., Ste. 300
Boca Raton, FL 33431

LexisNexis/Accurint
5000 T-Rek Ave., Ste. 300
Boca Raton, FL 33431

Richard Storfer
5163 Lakewood Drive
Cooper City, FL 33330

American Heart Association
7272 Greenville Avenue
Dallas, TX 75231

Braman Motors
c/o Matthew G. Krause, Esq.
110 SE Sixth Street, 20th Floor
Ft. Lauderdale, FL 33301

David Menchel
175 W. 93rd Street, Apt. 7G
New York, NY 10025

Universal Court Reporting, Inc.
888 East Las Olas Blvd., Suite 508
Ft. Lauderdale, FL 33301

Fair Harbor Capital, LLC
as Aassignee of Xerox Audio Visual
Solutions
Ansonia Finance Station
P.O. Box 237037
New York, NY 10023

Claims Recovery Group LLC
As assignee of Euro Motor Car, Inc.
92 Union Avenue
Cresskill, NJ 07626

{30020007;1}

SPD Group, Inc.
Attn: Patrick S. Scott, Esquire
401 E. Las Olas Blvd., Ste. 1850
Ft. Lauderdale, FL 33301


TD Bank, N.A.
as Assignee of Caro Group, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of Marmarser, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of Pirulin Group, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of BBMSW Invest. USA, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of FDS Invest.USA, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

Concorde Capital, Inc.
c/o Conrad & Scherer, LLP
633 South Federal Highway
Ft. Lauderdale, FL 33301


Tripp Scott, P.A. Trust Account
c/o Estate of Edward J. Morse, Carol A.
Morse, and Morse Operations, Inc.
Attn: Edward Pozzuoli, Director
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, Florida 33301

Roger Wittenberns, Trustee FBO Roger
Wittenberns
c/o Jeffrey R. Sonn, Esq.
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4330
Miami, Florida 33131

Investors Risk Advantage LP
c/o Lawrence A. Gordich, Esq.
Segall Gordich P.A.
801 Brickell Avenue, Ste. 900
Miami, FL 33131


TD Bank, N.A.
as Assignee of Network Resources Investment
Group, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of New Miami Group, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of Thirteen Aqua Holdings, Ltd.
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of GGTW Invest. USA, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of Shimon Levy et al.
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

Conrad & Scherer, LLP Trust Acct
FBO Viceroy Global Investments, Inc.
633 South Federal Highway
Ft. Lauderdale, FL 33301


Ira Sochet Inter Vivos Trust
c/o Lawrence A. Gordich, Esq.
Segall Gordich P.A.
801 Brickell Avenue, Ste. 900
Miami, FL 33131


Monarch Capital Fund, Ltd.
c/o Paul L. Orshan, P.A.
150 Alhambra Circle, Ste. 1150
Coral Gables, FL 33134-4542

TD Bank, N.A.
as Assignee of Todd Snyder
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
FBO Exito Investment Group, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of Interamerican Holding, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of GOW, LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

TD Bank, N.A.
as Assignee of BWS Invest. USA LLC
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

Sussco, Inc.
Attn: Ira Sussman
6565 Collins Avenue
Miami Beach, Florida 33141


TD Bank, N.A.
as Assignee of Max Dekelbaum
Attn: Craig Baldauf
Legal Department
1701 Route 70 East
Cherry Hill, NJ 08034

Bonnie Barnett and Robert Kagan as
Tenant by Entireties
c/o Jeffrey R. Sonn, Esq.
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4330
Miami, Florida 33131

Utica Advisors, LLC
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, FL 33131

{30020007;1}

Conrad & Scherer, LLP Trust Acct
FBO Razorback Substantial
Contribution/Convertible GUC
633 South Federal Highway
Ft. Lauderdale, FL 33301

Platinum Partners Value Arbitrage Fund, LP
Attn: David Steinberg
152 West 57th Street, 4th Floor
New York, NY  10019

Conrad & Scherer, LLP Trust Acct
FBO Razorback Substantial
Contribution/Convertible GUC

Platinum Partners Value Arbitrage Fund, LP
Attn: David Steinberg
152 West 57th Street, 4th Floor
New York, NY  10019

# EXHIBIT "A"

| Class | Claimant Name | TSI Claim # | Amount of Final Distribution |
|---|---|---|---|
| Class 2 | Geoffrey D. Ittleman, P.A. Trust Account<br>FBO Steven J. Bitton<br>110 SE 6th Street, Ste. 2300<br>Ft. Lauderdale, FL 33301 | 24 | $ 97,686.87 |
| Class 2 | American Express Travel Related Services Company, Inc.<br>c/o Darryl S. Laddin, Esquire<br>Arnall Golden Gregory LLP<br>171 17TH Street, NW, Suite 2100<br>Atlanta, GA  30363-1031 | 25.3[1] | $ - |
| Class 2 | Michael A. Pancier<br>8444 NW 165th Street<br>Miami Lakes, FL 33016 | 37 | $ 2,224.20 |
| Class 2 | Phoenix Painting Company<br>6303 N. Powerline Road<br>Ft. Lauderdale, FL 33309 | 39 | $ 2,430.45 |
| Class 2 | Geoffrey D. Ittleman, P.A.<br>FBO A-1 Investigative Agency, Inc.<br>110 S.E. 6th Street, Suite 2300<br>Ft. Lauderdale, FL 33301 | 42 | $ 8,937.50 |
| Class 2 | Pitney Bowes Inc.<br>27 Waterview Drive<br>Shelton, CT 06484 | 44 | $ 4,125.00 |
| Class 2 | Shawn Birken<br>350 S.E. 2nd Street, Unit 920<br>Ft. Lauderdale, FL 33301 | 50 | $ 1,642.59 |
| Class 2 | Abramowitz Tax & Lien Service Inc.<br>816 S. Military Trail<br>Deerfield Beach, FL 33442 | 60 | $ 577.50 |
| Class 2 | Studley Inc.<br>399 Park Avenue, 11th Floor<br>New York, NY 10022 | 63 | $ 61,765.97 |
| Class 2 | Tropical Reporting Inc.<br>10210 SW 137th Place<br>Miami, FL 33086 | 68 | $ 77.36 |
| Class 2 | Brian A. Pearlman<br>816 SW 11th Avenue<br>Ft. Lauderdale, FL 33315 | 72 | $ 1,710.92 |
| Class 2 | Las Olas Venture LLC<br>Attn: Ronnie E. Ragoff, VP<br>Shorenstein Realty Services<br>850 Third Ave., 17th Floor<br>New York, NY  10022 | 73 | $ 275,000.00 |
| Class 2 | Kenneth C. Jenne II<br>2400 Emerson Circle<br>Hollywood, FL 33021 | 82 | $ 2,806.06 |
| Class 2 | Wolfe & Goldstein PA<br>c/o Richard Wolfe, Esq.<br>175 S.W. 7th Street, Ste. 2410<br>Miami, Florida  33130 | 84 | $ 22,659.45 |

| Class | Claimant<br>Name | TSI<br>Claim # | Amount of Final<br>Distribution |
|---|---|---|---|
| Class 2 | Richard Charles Wolfe<br>175 S.W. 7th Street, Ste. 2410<br>Miami, FL 33130 | 85 | $        10,079.30 |
| Class 2 | Kress Court Reporting Inc.<br>7115 Rue Notre Dame<br>Miami Beach, FL 33141 | 91 | $            762.56 |
| Class 2 | Blue Oak Construction, LLC<br>c/o Liquidity Solutions, Inc.<br>One Univesity Plaza, Suite 312<br>Hackensack, NJ 07601 | 96$^2$ | $            423.29 |
| Class 2 | The MJ Simpson Corporation<br>400 East Atlantic Blvd.<br>Pompano Beach, FL 33060 | 113 | $            355.85 |
| Class 2 | Gary M. Farmer, Jr.<br>c/o Farmer, Jaffe, Weissing, et al.<br>425 N. Andrews Avenue, Ste. 2<br>Ft. Lauderdale, FL 33301 | 115 | $          8,623.36 |
| Class 2 | Steven R. Jaffe<br>c/o Farmer, Jaffe, Weissing, et al.<br>425 N. Andrews Avenue, Ste. 2<br>Ft. Lauderdale, FL 33301 | 116 | $            479.13 |
| Class 2 | Matthew D. Weissing<br>c/o Farmer, Jaffe, Weissing, et al.<br>425 N. Andrews Avenue, Ste. 2<br>Ft. Lauderdale, FL 33301 | 117 | $          2,065.67 |
| Class 2 | Mark S. Fistos<br>3213 Pablo Creek Way<br>Tallahassee, FL 32312 | 120 | $            246.44 |
| Class 2 | Leonid Dvosis<br>3660 NE 166th Street, #515<br>North Miami Beach, FL 33160 | 130 | $          7,203.63 |
| Class 2 | Neil M. Delman<br>1201 S. Ocean Drive, Apt. 1702<br>Hollywood, FL 33019 | 132 | $            171.88 |
| Class 2 | Jeffrey Grubman, PA<br>2385 Executive Center Drive, Ste. 300<br>Boca Raton, FL 33431 | 135 | $            631.35 |
| Class 2 | Jason Arnold<br>5750 SW 54th Court<br>Davie, FL 33314 | 140 | $            825.00 |
| Class 2 | 333 Market Exchange Two LLC &<br>123 MA Exchange One LLC<br>Kevin Kuzemchak, SVP<br>Shorenstein Properties LLC<br>850 Third Avenue, 17th Floor<br>New York, NY 10022 | 143 | $        100,311.20 |
| Class 2 | Leslie Stracher<br>1050 S.E. 15th Street, Apt. 206<br>Ft. Lauderdale, FL  33316 | 149 | $          3,334.90 |

| Class | Claimant Name | TSI Claim # | Amount of Final Distribution |
|---|---|---|---|
| Class 2 | Basketball Properties LTD & Miami Heat Limited Partnership<br>601 Biscayne Blvd.<br>Miami, FL 33132 | 156 | $ 171,875.00 |
| Class 2 | AT&T Corp.<br>c/o Elizabeth Lawler, Case Manager<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068 | 160 | $ 8,250.00 |
| Class 2 | Lisa N. Kaufman<br>2807 Poinciana Circle<br>Cooper City, FL 33026 | 163 | $ 797.50 |
| Class 2 | Liquidity Solutions, Inc.<br>As assignee of Structured Network Cabling, Inc.<br>One University Plaza, Suite 312<br>Hacksack, NJ 07601 | 167 | $ 4,287.65 |
| Class 2 | Xerox Corporation<br>Attn: Vanessa Adams<br>1301 Ridgeview Drive - 450<br>Lewisville, TX 75057 | 174 | $ 3,810.70 |
| Class 2 | Clerk & Comptroller, Palm Beach County<br>c/o Deise Coffman, Esq.<br>301 North Olive Avenue, 9th Floor<br>West Palm Beach, FL 33401 | 196 | $ 351.31 |
| Class 2 | Robert C. Buschel<br>401 SW 4th Avenue, #304<br>Ft. Lauderdale, FL 33315 | 213 | $ 1,177.21 |
| Class 2 | Peter M. Feaman<br>3615 W. Boynton Beach Blvd.<br>Boynton Beach, FL 33436 | 217 | $ 41.25 |
| Class 2 | West<br>c/o Sarah E. Doerr, Esquire<br>Moss & Barnett P.A.<br>4800 Wells Fargo Ctr.<br>90 S. 7th Street<br>Minneapolis, MN 55402-4129 | 218 | $ 32,604.81 |
| Class 2 | Maryanne Morse, Clerk of the Circuit Court, Seminole County,<br>c/o Selene Worley, Deputy Clerk<br>P.O. Box 8099<br>Sanford, FL 32772-8099 | 219 | $ 347.35 |
| Class 2 | Daniel J. Stermer, Receiver for Hess Kennedy, LLC et al.<br>Development Specialists, Inc.<br>200 S. Biscayne Blvd., Ste. 1818<br>Miami, FL 33131 | 309 | $ 52,124.11 |
| Class 2 | Sheffer Motors, LLC<br>c/o Oren S. Tasini, Esq.<br>660 U.S. Highway #1, 3rd Floor<br>North Palm Beach, FL 33408 | 320 | $ 1,375.00 |

| Class | Claimant Name | TSI Claim # | Amount of Final Distribution |
|---|---|---|---|
| Class 2 | Jeff Stay<br>c/o James Schwitalla, Esq.<br>12954 SW 133rd Court<br>Miami, FL 33186 | 321 | $ 728.75 |
| Class 2 | Whitney Education Group, Inc &<br>Whitney Information Network, Inc.<br>c/o Joel L. Tabas, Esq.<br>14 NE 1st Avenue, PH<br>Miami, FL 33132 | 326 | $ 110,000.00 |
| Class 2 | American Express Travel Related Services Co, Inc.<br>Attn: Darryl S. Laddin, Esquire<br>Arnall Golden Gregory LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA 30363-1031 | 348[1] | $ 2,522,500.44 |
| Class 2 | Liquidity Solutions, Inc.<br>As assignee of Aventura Limousine &<br>Transportation Service, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 | 353 | $ 3,896.51 |
| Class 2 | Richard Luneberg<br>1407 SW 8th Street<br>Pompano Beach, FL 33069-4511 | 357 | $ 16,500.00 |
| Class 2 | LexisNexis/Accurint<br>5000 T-Rek Ave., Ste. 300<br>Boca Raton, FL 33431 | 358 | $ 648.63 |
| Class 2 | LexisNexis/Accurint<br>5000 T-Rek Ave., Ste. 300<br>Boca Raton, FL 33431 | 360 | $ 2,385.89 |
| Class 2 | Richard Storfer<br>5163 Lakewood Drive<br>Cooper City, FL 33330 | 364 | $ 457.98 |
| Class 2 | American Heart Association<br>7272 Greenville Avenue<br>Dallas, TX 75231 | 375 | $ 26,125.00 |
| Class 2 | Braman Motors<br>c/o Matthew G. Krause, Esq.<br>110 SE Sixth Street, 20th Floor<br>Ft. Lauderdale, FL 33301 | 377 | $ 158,125.00 |
| Class 2 | David Menchel<br>175 W. 93rd Street, Apt. 7G<br>New York, NY 10025 | Per settlement | $ 1,718.75 |
| Class 2 | Universal Court Reporting, Inc.<br>888 East Las Olas Blvd., Suite 508<br>Ft. Lauderdale, FL 33301 | scheduled | $ 2,145.00 |
| Class 2 | Fair Harbor Capital, LLC<br>as Aassignee of Xerox Audio Visual Solutions<br>Ansonia Finance Station<br>P.O. Box 237037<br>New York, NY 10023 | scheduled | $ 5,954.44 |

| Class | Claimant Name | TSI Claim # | Amount of Final Distribution |
|-------|---------------|-------------|------------------------------|
| Class 2 | Claims Recovery Group LLC<br>As assignee of Euro Motor Car, Inc.<br>92 Union Avenue<br>Cresskill, NJ 07626 | Settlement | $ 24,337.50 |
| Class 2 | SPD Group, Inc.<br>Attn: Patrick S. Scott, Esquire<br>401 E. Las Olas Blvd., Ste. 1850<br>Ft. Lauderdale, FL 33301 | Settlement | $ 38,958.33 |
| Class 3 | Investors Risk Advantage LP<br>c/o Lawrence A. Gordich, Esq.<br>Segall Gordich P.A.<br>801 Brickell Avenue, Ste. 900<br>Miami, FL 33131 | Claim is Combined with Ira Sochet Claim #356.1 Below | $ - |
| Class 3 | TD Bank, N.A.<br>as Assignee of Todd Snyder<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 31 | $ 594,000.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of Caro Group, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 158 | $ 646,250.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of Network Resources Investment Group, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 186 | $ 280,500.00 |
| Class 3 | TD Bank, N.A.<br>FBO Exito Investment Group, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 187 | $ 174,900.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of Marmarser, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 188 | $ 57,750.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of New Miami Group, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 189 | $ 198,000.00 |

| Class | Claimant Name | TSI Claim # | Amount of Final Distribution |
|---|---|---|---|
| Class 3 | TD Bank, N.A.<br>as Assignee of Interamerican Holding, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 190 | $ 181,500.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of Pirulin Group, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 191 | $ 419,375.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of Thirteen Aqua Holdings, Ltd.<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 194 | $ 34,375.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of GOW, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 197 | $ 181,500.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of BBMSW Investments USA, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 198 | $ 181,500.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of GGTW Investments USA, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 199 | $ 99,000.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of BWS Investments USA LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 200 | $ 280,500.00 |
| Class 3 | TD Bank, N.A.<br>as Assignee of FDS Investments USA, LLC<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 201 | $ 396,000.00 |

| Class | Claimant Name | TSI Claim # | Amount of Final Distribution |
|---|---|---|---|
| Class 3 | TD Bank, N.A.<br>as Assignee of Shimon Levy and Other Levy Parties<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 276 | $    41,250.00 |
| Class 3 | Sussco, Inc.<br>Attn: Ira Sussman<br>6565 Collins Avenue<br>Miami Beach, Florida  33141 | 280 | $    72,600.00 |
| Class 3 | Concorde Capital, Inc.<br>c/o Conrad & Scherer, LLP<br>633 South Federal Highway<br>Ft. Lauderdale, FL 33301 | 286.4$^3$ | $    57,330.00 |
| Class 3 | Conrad & Scherer, LLP Trust Acct<br>FBO Viceroy Global Investments, Inc.<br>633 South Federal Highway<br>Ft. Lauderdale, FL 33301 | 289.3$^3$ | $     8,599.50 |
| Class 3 | TD Bank, N.A.<br>as Assignee of Max Dekelbaum<br>Attn: Craig Baldauf<br>Legal Department<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | 310 | $    27,500.00 |
| Class 3 | Tripp Scott, P.A. Trust Account<br>c/o Estate of Edward J. Morse, Carol A. Morse, and Morse Operations, Inc.<br>Attn: Edward Pozzuoli, Director<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, Florida 33301 | 345$^2$ | $    635,677.00 |
| Class 3 | Ira Sochet Inter Vivos Trust<br>c/o Lawrence A. Gordich, Esq.<br>Segall Gordich P.A.<br>801 Brickell Avenue, Ste. 900<br>Miami, FL 33131 | 356.1 | $  4,400,000.00 |
| Class 3 | Bonnie Barnett and Robert Kagan as Tenant by Entireties<br>c/o Jeffrey R. Sonn, Esq.<br>Southeast Financial Center<br>200 S. Biscayne Blvd., Suite 4330<br>Miami, Florida 33131 | 362 | $   137,500.00 |
| Class 3 | Roger Wittenberns, Trustee FBO Roger Wittenberns<br>c/o Jeffrey R. Sonn, Esq.<br>Southeast Financial Center<br>200 S. Biscayne Blvd., Suite 4330<br>Miami, Florida 33131 | 363 | $    82,500.00 |

| Class | Claimant<br>Name | TSI<br>Claim # | Amount of Final<br>Distribution |
|---|---|---|---|
| Class 3 | Monarch Capital Fund, Ltd.<br>c/o Paul L. Orshan, P.A.<br>150 Alhambra Circle, Ste. 1150<br>Coral Gables, FL 33134-4542 | 372 | $ 82,500.00 |
| Class 3 | Utica Advisors, LLC<br>c/o Bruce A. Katzen, Esq.<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, FL 33131 | 373 | $ 55,000.00 |
| Class 3 | Conrad & Scherer, LLP Trust Acct<br>FBO Razorback Substantial Contribution/Convertible GUC<br>633 South Federal Highway<br>Ft. Lauderdale, FL 33301 | Settlement | $ 1,100,000.00 |
| Class 3 | Platinum Partners Value Arbitrage Fund, LP<br>Attn: David Steinberg<br>152 West 57th Street, 4th Floor<br>New York, NY 10019 | Settlement[4] | $ 7,700,000.00 |

[1] The Liquidating Trustee made an initial distribution to American Express Travel Related Services (Claim No. 23.1) in the amount of $276,066.36 based on an Allowed Claim of $395,953.60. It was later discovered that American Express filed an Amended Claim in the amount of $279.566.80 resulting in an overpayment on its claim of $7,499.56. American Express, through counsel, agreed to offset its Second Distribution Payment on Claim #348 in the amount of the overpayment.

[2] These creditors are due to receive funds from the restitution proceedings in the case Scott Rothstein, Case No.: 09-60331-CR-Cohn. The amount of the Second Distribution listed herein will be paid after the creditor receives payment from the Restitution Receiver.

[3] In January, 2014, these Creditors agreed with the Liquidating Trustee and TD Bank to resolve any collateral source recovery issues. Upon the entry of a final order memorializing the terms of that settlement, the Second Distribution listed herein will be paid to these creditors.

[4] The Second Distribution will be paid pursuant to court order upon the resolution of the declaratory judgment action styled: Goldberg v. Platinum Partners Value Arbitrage Fund.L.P, et al; Case No.: 14-01886-RBR.