

**ORDERED in the Southern District of Florida on December 22, 2014.**

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE

ROTHSTEIN ROSENFELDT ADLER, P.A.,        CASE NO. 09-34791-RBR

    Debtor.                                                                CHAPTER 11

_____/

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE
FINAL DISTRIBUTIONS TO HOLDERS OF CLASS 2 AND CERTAIN
HOLDERS OF CLASS 3 CLAIMS [ECF NO. 5832]**

THIS MATTER came before the Court on December 19, 2014, upon the *Liquidating Trustee's Motion to Approve Final Distribution to Holders of Class 2 and Certain Holders of Class 3 Claims* (ECF No. 5832), the Notice of Filing [ECF No. 5833] ("Amended Exhibit A"), and the Limited Objection [ECF No. 5842] (the "Objection") filed by Funds (as defined in the Objection).[1] The Court has considered the Motion, the Objection, and the arguments of counsel, accordingly it is –

    **ORDERED** as follows:

---

[1] The Limited Objection [ECF No. 5843] filed by the Segall Gordich law firm will be the subject of a separate order.

1. The Objection is **OVERRULED**. The Motion [ECF No. 5833] is **GRANTED**.

2. The Liquidating Trustee is authorized to make all of the distributions as noted on Amended Exhibit A, consistent with and subject to the footnotes therein.

# # #

Submitted by:
Isaac M. Marcushamer, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Tel. (305) 755-9500
Fax (305) 714-4340
E-mail:  imarcushamer@bergersingerman.com

Copy furnished to:
Isaac Marcushamer, Esq.
*(Attorney Marcushamer is directed to serve a copy of this Order upon all interested parties and fie a Certificate of Service).*