

ORDERED in the Southern District of Florida on December 23, 2015.

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,                   CONFIRMED CHAPTER 11

    Debtor.
_____/

### AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 3 FILED BY U.S. LEGAL SUPPORT, INC., AS SET FORTH IN THE TRUSTEE'S NINTH OMNIBUS OBJECTION TO CLAIMS

**THIS MATTER** came before the Court without hearing, upon the *Trustee's Ninth Omnibus Objection to Claims* (the "Objection") [ECF No. 3764]. The Court (i) having reviewed the Objection and the Response filed on behalf of U.S. Legal Support, Inc. [ECF No. 3912]; (ii) being aware that pursuant to the *Order Confirming the Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and*

{37014213;1}

*the Official Committee of Unsecured Creditors (as Modified)* [ECF No. 5063], Michael I. Goldberg was appointed the Liquidating Trustee (the "Liquidating Trustee") for the Rothstein Rosenfeldt Adler, PA Liquidating Trust (the "RRA Liquidating Trust") and was authorized to initiate, prosecute, settle or otherwise resolve claims against the Rothstein Rosenfeldt Adler, PA ("RRA") bankruptcy estate; (iii) being advised that U.S. Legal Support, Inc. and the Liquidating Trustee have agreed to resolve the Objection, as provided herein; and (iv) being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Objection is resolved as provided herein.

2. Claim No. 3 filed by U.S. Legal Support, Inc. is allowed as a general unsecured claim in the reduced amount of $25,000.00. This allowed claim shall be in satisfaction of all claims U.S. Legal Support, Inc. has or may have against the RRA bankruptcy estate or the RRA Liquidating Trust.

3. The Liquidating Trustee is authorized to make payment directly to U.S. Legal Support, Inc.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

###

Submitted by:
Michael Goldberg, Esq.
Akerman LLP
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, Florida 33301
Tel: 954-463-2700 / Fax: 954-463-2224
E-mail: michael.goldberg@akerman.com

(Attorney Goldberg is hereby directed to serve a conformed copy of this order immediately upon receipt to all parties of interest).