**ORDERED in the Southern District of Florida on October 30, 2018.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

ROTHSTEIN ROSENFELDT ADLER, PA, Case No. 09-34791-BKC-RBR.,

Debtor(s). Chapter 11
_______________________________________/

**ORDER TAKING ORDER TO SHOW CAUSE WHY FOWLER WHITE AND JEFFREY EPSTEIN SHOULD NOT BE HELD IN CONTEMPT AND SCHEDULING EVIDENTIARY SHOW CAUSE HEARING UNDER ADVISEMENT [D.E. 6366]**

THIS MATTER came before the Court for a hearing on October 26, 2018, upon the Court's *Order to Show Cause Why Fowler White and Jeffrey Epstein Should Not Be Held in Contempt and Scheduling Evidentiary Show Cause Hearing* [D.E. 6366]. The Court took the matter under advisement and required the submission of proposed orders by **November 13, 2018**. The proposed orders should address the narrow issue of whether this Court's *Agreed Order Cancelling Hearing on Motion for Relief from Amended Order [D.E. 1068] and to Compel Jeffrey Epstein to Pay for the Production of All Documents in Response to His*

*Request Filed by Interested Party Farmer, Jaffe, Weissing, Edwards, Fistos, & Lehrman, P.L.* [D.E. 1194] was violated. Parties may refer to relevant case law, uncontested facts and the Courts *Order to Show Cause Why Fowler White and Jeffrey Epstein Should Not be Held in Contempt and Scheduling Evidentiary Show Cause Hearing* [D.E. 6366]. This date may be extended *ex parte* pursuant to the local rules.

The parties shall electronically mail (i.e. e-mail) proposed orders in word processing format (Word or WordPerfect) to this Court's electronic mailbox, RBR_Chambers@flsb.uscourts.gov. **DO NOT upload or file proposed orders through CM/ECF.** The subject line in the e-mail shall include the case number, docket entry number for the matter under advisement, and the title of the party. (e.g. 09-34791, 6366, Fowler White).

###

*The Clerk shall provide copies to:*
John Scarola, Esq.
[Attorney Scarola is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service]