United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 09-34791-RBR
Rothstein Rosenfeldt Adler, PA                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0          User: graster-t          Page 1 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
aty            +John Scarola,   2139 Palm Beach Lakes Blvd,   West Palm Beach, FL 33409-6601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
          Aaron  Weiss   on behalf of Interested Party   Clifford Pearson and Nancy Pearson, as Trustees of
           the Pearson Family Trust aweiss@carltonfields.com,
           mramudo@carltonfields.com;zludens@carltonfields.com
          Adrian C. Delancy   on behalf of Defendant   Maple Leaf Drilling Partners adelancy@mrthlaw.com,
           ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
          Adrian C. Delancy   on behalf of Defendant   Montcalm Co., LLC adelancy@mrthlaw.com,
           ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
          Adrian C. Delancy   on behalf of Special Counsel Peter B McGlynn adelancy@mrthlaw.com,
           ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
          Alan B Rose, Esq   on behalf of Interested Party Charles E Rucks arose@pm-law.com,
           mchandler@pm-law.com
          Alan B Rose, Esq   on behalf of Defendant Charles E Rucks arose@pm-law.com,  mchandler@pm-law.com
          Alan G Geffin   on behalf of Defendant   Kip Hunter Enterprises, Inc. alan@gpglawfirm.com,
           Jeanine@gpglawfirm.com
          Alan K. Marcus, Esq.   on behalf of Defendant Iris  Peter amarcus@marcuslawcenter.com,
           ronmiam@aol.com;nvicente@marcuslawcenter.com
          Alan K. Marcus, Esq.   on behalf of Defendant Tatiana  Yoel amarcus@marcuslawcenter.com,
           ronmiam@aol.com;nvicente@marcuslawcenter.com
          Alan K. Marcus, Esq.   on behalf of Defendant Albert  Peter amarcus@marcuslawcenter.com,
           ronmiam@aol.com;nvicente@marcuslawcenter.com
          Alberta L. Adams   on behalf of Interested Party   St. Paul Fire and Marine Ins. Co.
           aadams@mpdlegal.com,  lpeterson@mpdlegal.com
          Aleida  Martinez Molina   on behalf of Interested Party   John W. Harris amartinez@wsh-law.com,
           isevilla@wsh-law.com
          Aleida  Martinez Molina   on behalf of Defendant John  Harris amartinez@wsh-law.com,
           isevilla@wsh-law.com
          Alex P Rosenthal, Esq   on behalf of Defendant   MLC 350, LLC alex@rosenthalcounsel.com
          Alex P Rosenthal, Esq   on behalf of Attorney   MLC 350, LLC alex@rosenthalcounsel.com
          Allan A Joseph   on behalf of Defendant Joseph  Alu, Jr ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Defendant Renee  Zonenshine ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Defendant Leona  Brauser ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Defendant Bernice  Brauser ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Defendant   Brauser Enterprises ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Defendant Leon  Brauser ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Interested Party Gerald A Brauser ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of 3rd Party Plaintiff Joseph  Alu, Jr ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of 3rd Party Plaintiff Jody L Alu ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Interested Party Leona  Brauser ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Defendant Gerald A Brauser ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Interested Party   Brauser Enterprises ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Defendant Jody L Alu ajoseph@davidjosephlaw.com
          Allan A Joseph   on behalf of Interested Party Leon  Brauser ajoseph@davidjosephlaw.com

District/off: 113C-0          User: graster-t          Page 2 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Allan A Joseph    on behalf of Interested Party Bernice  Brauser ajoseph@davidjosephlaw.com
        Allan A Joseph    on behalf of Interested Party Renee  Zonenshine ajoseph@davidjosephlaw.com
        Allen R Tomlinson, Esq   on behalf of Witness   Jones, Foster, Johnston & Stubbs, P.A.
       atomlinson@jonesfoster.com,   dstewart@jonesfoster.com
        Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
       allison@claimsrecoveryllc.com
        Alvin S. Goldstein, Esq   on behalf of Interested Party Robert C. Furr agoldstein@furrcohen.com,
       atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;cworkinger@furrcohen.com;goldsteinar84158@noti
       fy.bestcase.com
        Ari  Newman, Esq.    on behalf of Witness    TD Bank, N.A. newmanar@gtlaw.com,
       crossmann@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
        Arnold D Levine   on behalf of 3rd Pty Defendant Kareem H. Suwaity alevine@lhsblaw.com
        Arnold D Levine   on behalf of Defendant   AKMS International Corp alevine@lhsblaw.com
        Arnold D Levine   on behalf of Defendant Kareem H. Suwaity alevine@lhsblaw.com
        Arnold D Levine   on behalf of 3rd Pty Defendant   AKMS International Corp. alevine@lhsblaw.com
        Arthur C. Neiwirth, Esq.    on behalf of Defendant   Mikent, Inc. aneiwirthcourt@qpwblaw.com
        Arthur C. Neiwirth, Esq.    on behalf of Interested Party Arthur C. Neiwirth
       aneiwirthcourt@qpwblaw.com
        Arthur C. Neiwirth, Esq.    on behalf of Defendant Michael  Kent aneiwirthcourt@qpwblaw.com
        Arthur C. Neiwirth, Esq.    on behalf of Interested Party Mike  Kent aneiwirthcourt@qpwblaw.com
        Arthur C. Neiwirth, Esq.    on behalf of Interested Party   Mikent, Inc. aneiwirthcourt@qpwblaw.com
        Audrey M Pumariega   on behalf of Interested Party   TD Bank, N.A. apumariega@mwe.com,
       mjimenez@mwe.com,acrodriguez@mwe.com,Jkohlasch@mwe.com,dhayes@mcguirewoods.com,
       phayden@mcguirewoods.com,sfox@mcguirewoods.com,wtravis@mcguirewoods.com,cstewart@mcguirewoods.com
        Audrey M Pumariega   on behalf of Counter-Claimant   TD Bank, N.A. apumariega@mwe.com,
       mjimenez@mwe.com,acrodriguez@mwe.com,Jkohlasch@mwe.com,dhayes@mcguirewoods.com,
       phayden@mcguirewoods.com,sfox@mcguirewoods.com,wtravis@mcguirewoods.com,cstewart@mcguirewoods.com
        Audrey M Pumariega   on behalf of Defendant   TD Bank, N.A. apumariega@mwe.com,  mjimenez@mwe.com,
       acrodriguez@mwe.com,Jkohlasch@mwe.com,dhayes@mcguirewoods.com,phayden@mcguirewoods.com,
       sfox@mcguirewoods.com,wtravis@mcguirewoods.com,cstewart@mcguirewoods.com
        Barry E. Mukamal   bemtrustee@kapilamukamal.com
        Barry P Gruher   on behalf of Plaintiff Herbert  Stettin bgruher@gjb-law.com,
       vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb
       -law.com
        Barry S. Mittelberg   on behalf of 3rd Pty Defendant Todd  Pravda barry@mittelberglaw.com,
       stacey@mittelberglaw.com;mittelberglaw@ecf.courtdrive.com
        Bart A Houston   on behalf of Interested Party   Levinson & Company, Inc. bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Interested Party   Qtask bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant   Silent Software, Inc. bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Interested Party Gerri  Pearson bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant Richard  Ford bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant   Levinson & Company, Inc. bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant Roger  Stone bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant   Watch-U-Want, Inc. bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant   Drake Ventures, LLC bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Witness Scott  Relan bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Interested Party Richard L. Pearson bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant   Africat Marine U.S.A., Inc. bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Interested Party   Silent Software, Inc. bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Interested Party Baron Reichart Von Wolfsheild bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant Reichart  Von Wolfsheild bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Defendant   Qtask, Inc bhouston@thlglaw.com,
       dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bart A Houston   on behalf of Interested Party   R.L. Pearson and Associates Inc
       bhouston@thlglaw.com,   dschena@thlglaw.com;bhouston@ecf.inforuptcy.com
        Bradley J Edwards   on behalf of Interested Party   Farmer, Jaffe, Weissing, Edwards, Fistos &
       Lehrman, P.L. brad@epllc.com,   ecf@epllc.com
        Bradley S Shraiberg   on behalf of Counter-Defendant   Carolina Casualty Insurance Company
       bss@slp.law,
       dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law;cdraper@slp.law
        Brett M Amron, Esq.    on behalf of Defendant David  Menchel bamron@bastamron.com,
       mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com

District/off: 113C-0          User: graster-t          Page 3 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brett M Amron, Esq.   on behalf of Defendant Todd D Snyder bamron@bastamron.com,
 mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
Brett M Amron, Esq.   on behalf of Plaintiff Todd D. Snyder bamron@bastamron.com,
 mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
Brett M Amron, Esq.   on behalf of Defendant David  Neiss bamron@bastamron.com,
 mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
Brett M Amron, Esq.   on behalf of Defendant Jacob  Szafranski bamron@bastamron.com,
 mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
Brett M Amron, Esq.   on behalf of Defendant Reynaldo  Leon bamron@bastamron.com,
 mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
Brett M Amron, Esq.   on behalf of Creditor Todd D. Snyder bamron@bastamron.com,
 mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
Brett M Amron, Esq.   on behalf of Defendant Morris  Szafranski bamron@bastamron.com,
 mdesvergunat@bastamron.com,jmiranda@bastamron.com,dtimpone@bastamron.com
Brian F Spector   on behalf of Mediator Brian F. Spector brian@bspector.com
Brian G Walker   on behalf of Creditor   Morse Operations Inc. bankruptcy@trippscott.com
Brian G Walker   on behalf of Creditor Carol  Morse bankruptcy@trippscott.com
Brian G Walker   on behalf of Creditor Edward J. Morse bankruptcy@trippscott.com
Brian J Mccarthy   on behalf of Interested Party   Twin City Fire Insurance Company
 brian.mccarthy@kaplanzeena.com,  elizabeth.salom@kaplanzeena.com
Brian M Mckell   on behalf of Defendant   The Hartford brian.mckell@wilsonelser.com,
 lourdes.riestra@wilsonelser.com
Brian R Kopelowitz   on behalf of Defendant   Lead America kopelowitz@kolawyers.com,
 herrington@kolawyers.com;greenbaum@kolawyers.com
Brian R Kopelowitz   on behalf of Defendant Chris  Salamone kopelowitz@kolawyers.com,
 herrington@kolawyers.com;greenbaum@kolawyers.com
Brian R Kopelowitz   on behalf of Defendant   Chris M. Salamone & Associates
 kopelowitz@kolawyers.com,  herrington@kolawyers.com;greenbaum@kolawyers.com
Brian S Dervishi   on behalf of Creditor Carol  Morse bdervishi@wdpalaw.com,  service@wdpalaw.com
Bruce A Katzen   on behalf of Interested Party   BER GROUP LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   Emess Capital, L.L.C. bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Creditor Committee   Official Committee of Creditors
 bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Interested Party   Lifshitz Irrevocable Trust
 bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   Lifshitz Irrevocable Trust bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant Menachem  Lifshitz bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   Eisenberg Family Foundation bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Interested Party Menachem  Lifshitz bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Interested Party Howard  Weiss bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Special Counsel Bruce A Katzen bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Interested Party   Setvest, LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Creditor   Utica Advisors, LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   Diamond Street Equities bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Creditor   Emess Capital, LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Interested Party   Eisenberg Family Foundation
 bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   Setvest, LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant Ary  Krivoposk bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   Ber Group, LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   Utica Advisors, LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce A Katzen   on behalf of Defendant   El Equities, LLC bkatzen@klugerkaplan.com,
 miglesias@klugerkaplan.com;mnelson@klugerkaplan.com;cfalla@klugerkaplan.com
Bruce E Reinhart   on behalf of Creditor   MMRH, LLC breinhart@mcdonaldhopkins.com
Bryan T West   on behalf of Creditor   Gibraltar Private Bank and Trust bryan.west@akerman.com,
 anna.martinez@akerman.com;nancy.perez@akerman.com;Kelly.connolly@akerman.com
Carlos L De Zayas, Esq   on behalf of Defendant   ABS Capital Funding, LLC cdz@lydeckerdiaz.com,
 gh@lydeckerdiaz.com;eh@lydeckerdiaz.com

District/off: 113C-0          User: graster-t          Page 4 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Carlos L De Zayas, Esq   on behalf of Defendant   Skis Ventures, LLC cdz@lydeckerdiaz.com,
 gh@lydeckerdiaz.com;eh@lydeckerdiaz.com
Carlos L De Zayas, Esq   on behalf of Defendant   Onyx Options Consultants Corp. d/b/a Onyx
 Capital Management cdz@lydeckerdiaz.com,   gh@lydeckerdiaz.com;eh@lydeckerdiaz.com
Carlos L De Zayas, Esq   on behalf of Defendant   Alexa Funding, LLC cdz@lydeckerdiaz.com,
 gh@lydeckerdiaz.com;eh@lydeckerdiaz.com
Carlos L De Zayas, Esq   on behalf of Defendant Michael  Szfranski cdz@lydeckerdiaz.com,
 gh@lydeckerdiaz.com;eh@lydeckerdiaz.com
Catherine Douglas Kretzschmar    on behalf of Other Professional   Michael I. Goldberg
 catherine.kretzschmar@akerman.com,   jeanette.martinez@akerman.com
Chad P Pugatch, Esq.   on behalf of Defendant   Loftin Hospitality, LLC cpugatch.ecf@rprslaw.com
Chad P Pugatch, Esq.   on behalf of Defendant   Luxury Resorts, LLC cpugatch.ecf@rprslaw.com
Chad P Pugatch, Esq.   on behalf of Defendant Peter  Loftin cpugatch.ecf@rprslaw.com
Chad P Pugatch, Esq.   on behalf of Interested Party Jeffrey  Epstein cpugatch.ecf@rprslaw.com
Chad P Pugatch, Esq.   on behalf of Defendant   Loftin Family, LLC cpugatch.ecf@rprslaw.com
Chad P Pugatch, Esq.   on behalf of Defendant   Casa Casuarina, LLC cpugatch.ecf@rprslaw.com
Charles H Lichtman    on behalf of Other Professional Michael  Goldberg, Liquidating Trustee
 clichtman@bergersingerman.com,  vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Trustee Michael  Goldberg, Liquidating Trustee
 clichtman@bergersingerman.com,  vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Defendant  Herbert Stettin clichtman@bergersingerman.com,
 vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Counter-Defendant Herbert  Stettin
 clichtman@bergersingerman.com,  vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Trustee Herbert  Stettin clichtman@bergersingerman.com,
 vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Defendant Herbert  Stettin clichtman@bergersingerman.com,
 vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Attorney   Berger Singerman LLP clichtman@bergersingerman.com,
 vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Plaintiff Herbert  Stettin clichtman@bergersingerman.com,
 vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Trustee Michael I. Goldberg, Liquidating Trustee
 clichtman@bergersingerman.com,  vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles H Lichtman    on behalf of Other Professional   Michael I. Goldberg
 clichtman@bergersingerman.com,  vbarthelemy@bergersingerman.com;efile@bergersingerman.com
Charles W Throckmorton, Esq   on behalf of Creditor   Deborah Marlin Revocable Trust
 cwt@kttlaw.com,  mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Attorney   Conrad & Scherer, LLP cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Creditor Edward & Mary Lorie  Saltzman cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Interested Party Don  Beverly cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Attorney   Kozyak Tropin & Throckmorton cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Creditor   Robert Kimmel Grantor Retained Annuity
 Trust cwt@kttlaw.com,  mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Interested Party   Mandel & Mandel, LLP cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Creditor   Marvin P. Kimmel FBO IRRL cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Creditor Kenneth  Marlin cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Interested Party   TD Bank, N.A. cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Creditor   Coquina Investments cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Creditor   Razorback Funding, LLC cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Interested Party   TD Bank Victims cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Charles W Throckmorton, Esq   on behalf of Creditor   Circle K Family, LLC cwt@kttlaw.com,
 mc@kttlaw.com;ycc@kttlaw.com
Christopher A Jarvinen    on behalf of Trustee Herbert  Stettin cjarvinen@rkollp.com
Christopher G Berga   on behalf of Interested Party Michael  Szafranski cberga@conroysimberg.com
Christopher G Berga   on behalf of Defendant   Alexa Funding, LLC cgb@lydeckerlaw.com
Christopher G Berga   on behalf of Interested Party  Alexa Funding, LLC cberga@conroysimberg.com
Christopher G Berga   on behalf of Defendant Michael  Szfranski cgb@lydeckerlaw.com
Christopher G Berga   on behalf of Defendant   Onyx Options Consultants Corp. d/b/a Onyx Capital
 Management cgb@lydeckerlaw.com
Christopher G Berga   on behalf of Defendant Elana J Sturm cgb@lydeckerlaw.com
Christopher G Berga   on behalf of Interested Party   Skis Ventures, LLC cberga@conroysimberg.com
Christopher G Berga   on behalf of Interested Party Elana J Sturm cberga@conroysimberg.com
Christopher G Berga   on behalf of Defendant   Skis Ventures, LLC cgb@lydeckerlaw.com
Christopher G Berga   on behalf of Defendant   ABS Capital Funding, LLC cgb@lydeckerlaw.com
Christopher G Berga   on behalf of Interested Party   Onyx Options Consultants Corp. d/b/a Onyx
 Capital Management cberga@conroysimberg.com

District/off: 113C-0          User: graster-t          Page 5 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher G Berga    on behalf of Interested Party    ABS Capital Funding, LLC
               cberga@conroysimberg.com
              Claudio  Riedi   on behalf of Creditor    Gibraltar Private Bank and Trust criedi@tewlaw.com
              Corali  Lopez-Castro, Esq   on behalf of Defendant   Razorback Funding, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Dana R Quick   on behalf of Creditor Todd D. Snyder dquick@bastamron.com,
               jdepina@bastamron.com;jmiranda@bastamron.com
              Daniel F Blanks, Esq.   on behalf of Defendant    TD Bank, N.A. daniel.blanks@nelsonmullins.com,
               Allison.Abbott@nelsonmullins.com
              Daniel F Blanks, Esq.   on behalf of Interested Party    TD Bank, N.A.
               daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
              Daniel W Courtney   on behalf of Defendant    Daniel Courtney, P.A. dc@danielcourtneylaw.com,
               geneses.marrero@danielcourtneylaw.com
              Daniel W Courtney   on behalf of Defendant    DC Capital Connections dc@danielcourtneylaw.com,
               geneses.marrero@danielcourtneylaw.com
              Darol H M Carr   on behalf of Creditor    Blue Oak Construction, LLC cenos@farr.com,
               dcarr@farr.com
              Darol H M Carr   on behalf of Creditor    Gulfstream Development Group, LLC cenos@farr.com,
               dcarr@farr.com
              Darryl S Laddin    darryl.laddin@agg.com
              David C. Cimo, Esq   on behalf of Trustee Herbert  Stettin dcimo@cmmlawgroup.com,
               mmark@cmmlawgroup.com;ekelly@cmmlawgroup.com
              David C. Cimo, Esq   on behalf of Plaintiff Herbert  Stettin dcimo@cmmlawgroup.com,
               mmark@cmmlawgroup.com;ekelly@cmmlawgroup.com
              David Hywel Leonard, Esq   on behalf of Interested Party   Carlton Fields Jorden Burt, P.A.
               hleonard@carltonfields.com,  dlester@carltonfields.com;tpaecf@cfdom.net
              David L Gay, Esq.   on behalf of Trustee Michael I. Goldberg, Liquidating Trustee
               dgay@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com
              David L Gay, Esq.   on behalf of Trustee Herbert  Stettin dgay@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com
              David L Gay, Esq.   on behalf of Defendant Herbert  Stettin dgay@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com
              David L Gay, Esq.   on behalf of Plaintiff Herbert  Stettin dgay@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com
              David L Gay, Esq.   on behalf of Defendant   Rothstein Rosenfeldt Adler, P.A.
               dgay@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com
              David L Gay, Esq.   on behalf of Trustee Michael I. Goldberg. Liquidating Trustee of the
               Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust dgay@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com
              David L Rosendorf, Esq   on behalf of Interested Party    Viceroy GLobal Investments, Inc
               dlr@kttlaw.com,  rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant    D3 Capital Club, LLC dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant    Aretz Associates dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant Jack  Mussry dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Creditor    Investors Risk Advantage, LP dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant    Viceroy Global Investments, Inc. dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant    Park National Capital Funding, LLC
               dlr@kttlaw.com,  rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Creditor    Sochet and Company, Inc. dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Interested Party Don  Beverly dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Creditor    Investors Risk Advantage LLC dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Interested Party    TD Bank Victims dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant    Razorback Funding LLC dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant Ann  Von Allmen, as Trustee of the Ann Von Allmen
               Living Trust dlr@kttlaw.com,  rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant    D&L Partners, LP dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Attorney    Conrad & Scherer, LLP dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant Melina  El-Ani dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Attorney    Kozyak Tropin & Throckmorton dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com
              David L Rosendorf, Esq   on behalf of Defendant Danielle  El-Ani dlr@kttlaw.com,
               rcp@kttlaw.com;ycc@kttlaw.com

District/off: 113C-0          User: graster-t          Page 6 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David L Rosendorf, Esq   on behalf of Defendant Anthony  Degennaro, as Trustee of the Extra
 Inning Dynasty Trust dlr@kttlaw.com,  rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Creditor   Circle K Family, LLC dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant   Cooper Management, LLC dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant David  Von Allmen, as Trustee of the David Von
 Allmen Living Trust dlr@kttlaw.com,  rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Creditor   Ira Sochet Inter Vivos Revocable Trust
 dlr@kttlaw.com,  rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Creditor   Razorback Funding, LLC dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant   H&N Associates dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant   Razorback Funding, LLC dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant Linda  Von Allmen, as Trustee of The Von Allmen
 Dynasty Trust dlr@kttlaw.com,  rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant Dean  Kretschmar dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant Adele  Mussry dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant   Concord Capital, Inc. dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant   Park National Mortgage Servicing dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant Scott  Morgan dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Interested Party   Concorde Capital, Inc dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant   BFMC Investment, LLC dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Defendant Lawrence E. Dekelbaum dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David L Rosendorf, Esq   on behalf of Creditor   Ira Sochet Inter Vivos Trust dlr@kttlaw.com,
 rcp@kttlaw.com;ycc@kttlaw.com
David M. Levine, Esq.  on behalf of Interested Party   Harden & Associates, Inc. dml@lklsg.com,
 lv@lklsg.com
David P Vitale   on behalf of Interested Party Bradley  Edwards vitaleteam@searcylaw.com,
 dvitale@searcylaw.com
David S Mandel, Esq   on behalf of Creditor   Coquina Investments dmandel@mandel-law.com,
 susan@mandel-law.com
Deborah  Talenfeld   on behalf of Plaintiff Herbert  Stettin dtalenfeld@bergersingerman.com,
 efile@bergersingerman.com;efile@ecf.inforuptcy.com
Deborah  Talenfeld   on behalf of Trustee Herbert  Stettin dtalenfeld@bergersingerman.com,
 efile@bergersingerman.com;efile@ecf.inforuptcy.com
Denise D Dell-Powell   on behalf of Interested Party Baron Reichart Von Wolfsheild
 ddpowell@burr.com,  ccrumrine@burr.com;dmartini@burr.com
Drew M Dillworth   on behalf of Defendant   Miami Heat Limited Partnership
 ddillworth@stearnsweaver.com,
 mfernandez@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@ste
 arnsweaver.com;fsanchez@stearnsweaver.com
Edward A Marod   on behalf of Interested Party   VM South Beach, LLC emarod@gunster.com,
 dpeterson@gunster.com
Edward A Marod   on behalf of Plaintiff   VM South Beach LLC emarod@gunster.com,
 dpeterson@gunster.com
Eric N Assouline, Esq   on behalf of Creditor Nick  Wilder ena@assoulineberlowe.com,
 ah@assoulineberlowe.com
Esperanza  Segarra   on behalf of Interested Party Kimberly A Rothstein esegarra@hinshawlaw.com,
 clucas@hinshawlaw.com
Eyal  Berger, Esq.  on behalf of Creditor Committee   Official Committee of Creditors
 eyal.berger@akerman.com,  jeanette.martinez@akerman.com
Eyal  Berger, Esq.  on behalf of Other Professional   Michael I. Goldberg
 eyal.berger@akerman.com,  jeanette.martinez@akerman.com
Eyal  Berger, Esq.  on behalf of Attorney John  Mullin eyal.berger@akerman.com,
 jeanette.martinez@akerman.com
Eyal  Berger, Esq.  on behalf of Attorney Michael  Goldberg eyal.berger@akerman.com,
 jeanette.martinez@akerman.com
Fair Harbor Capital LLc (Knox)   vknox.fh@verizon.net
Francis L. Carter   on behalf of Creditor   Ann Bowen, Trustee of the Kenneth Marlin Recovable
 Trust flc@flcarterpa.com
Francis L. Carter   on behalf of Creditor Kenneth  Marlin flc@flcarterpa.com
Francis L. Carter   on behalf of Mediator Francis L. Carter flc@flcarterpa.com
Francis L. Carter, Esq.   on behalf of Mediator Francis L. Carter flc@katzbarron.com
Frank F McGinn, Esq   on behalf of Creditor   Iron Mountain Information Management, Inc.
 ffm@bostonbusinesslaw.com
Frank P Scruggs   on behalf of Plaintiff Herbert  Stettin fscruggs@bergersingerman.com,
 clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

District/off: 113C-0          User: graster-t          Page 7 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Frank P Scruggs    on behalf of Defendant Herbert  Stettin fscruggs@bergersingerman.com,
           clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Frank P Scruggs    on behalf of Trustee Herbert  Stettin fscruggs@bergersingerman.com,
           clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
          G Steven Fender    on behalf of Defendant   Home Safe Foundation, Inc.
           steven.fender@fender-law.com,  lm910@aol.com
          G Steven Fender    on behalf of Defendant   The Dan Marino Foundation, Inc.
           steven.fender@fender-law.com,  lm910@aol.com
          Gary S Blake    on behalf of Creditor   Litton Loan Servicing LP ecf@lglaw.net
          Gary S Phillips, Esq.   on behalf of Defendant Barry  Lipsitz gphillips@phillipslawyers.com
          Gary S Phillips, Esq.   on behalf of Defendant Harriet  Lipsitz gphillips@phillipslawyers.com
          Geoffrey D Ittleman   on behalf of Creditor Steven  Bitton geoffrey@ittlemanlaw.com,
           javiera@ittlemanlaw.com
          Geoffrey S. Aaronson   on behalf of Interested Party R. Chester  Stokes, II gaaronson@aspalaw.com,
           5408891420@filings.docketbird.com
          Geoffrey S. Aaronson   on behalf of Creditor   FEP Victims Group gaaronson@aspalaw.com,
           5408891420@filings.docketbird.com
          George L. Zinkler   on behalf of Interested Party   Luxury Resorts, LLC gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Defendant   Luxury Resorts, LLC gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Defendant   Casa Casuarina, LLC gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Defendant   Loftin Family, LLC gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Interested Party   Weinreb & Associates Diamond, Inc. d/b/a
           Weinreb Diamond Company gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Interested Party   Casa Casuarina, LLC gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Interested Party   Loftin Family, LLC gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Interested Party Nechemia  Weinreb gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Interested Party   Loftin Hospitality, LLC
           gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Defendant   Loftin Hospitality, LLC gzinkler.ecf@rprslaw.com
          George L. Zinkler   on behalf of Defendant Peter  Loftin gzinkler.ecf@rprslaw.com
          Grace E. Robson, Esq.   on behalf of 3rd Pty Defendant   J.B. International, LLC
           grobson@mrthlaw.com,  jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com,
           grobson@ecf.courtdrive.com
          Grace E. Robson, Esq.   on behalf of Interested Party   J.B. International, LLC
           grobson@mrthlaw.com,  jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com,
           grobson@ecf.courtdrive.com
          Grace E. Robson, Esq.   on behalf of Interested Party   JB International, LLC grobson@mrthlaw.com,
           jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com,grobson@ecf.courtdrive.com
          Harold D Moorefield  Jr.   on behalf of Defendant   Gibraltar Private Bank & Trust Co.
           hmoorefield@stearnsweaver.com,
           cgraver@stearnsweaver.com;bank@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.
           com;dillworthcdp@ecf.epiqsystems.com
          Harold D Moorefield  Jr.   on behalf of Creditor   Gibraltar Private Bank and Trust
           hmoorefield@stearnsweaver.com,
           cgraver@stearnsweaver.com;bank@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.
           com;dillworthcdp@ecf.epiqsystems.com
          Harris J. Koroglu   on behalf of Defendant   Premium Assignment Corporation hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant Mark  Nordlicht hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Interested Party Murray  Huberfeld hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Interested Party Mark  Nordlicht hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant Naomi  Bodner hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant Murray  Huberfeld hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Interested Party   Regent Capital Partners, LLC
           hkoroglu@shutts.com,  fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant   Regent Capital Partners, LLC hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Interested Party David  Bodner hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant Dahlia  Kalter hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant Laura  Huberfeld hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Interested Party Naomi  Bodner hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant David  Bodner hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Interested Party Laura  Huberfeld hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Interested Party   Bodner Family Foundation hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu   on behalf of Defendant   American Express Company hkoroglu@shutts.com,
           fsantelices@shutts.com

District/off: 113C-0          User: graster-t          Page 8 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Harris J. Koroglu    on behalf of Defendant    Bodner Family Foundations hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harris J. Koroglu    on behalf of Interested Party Dahlia  Kalter hkoroglu@shutts.com,
           fsantelices@shutts.com
          Harry R Schafer, Esq    on behalf of Defendant Steven N. Lippman hrs@knpa.com,  mch@knpa.com
          Harry R Schafer, Esq    on behalf of Defendant Marcy  Lippman hrs@knpa.com,  mch@knpa.com
          Heather L. Ries, Esq.    on behalf of Defendant    Aran Development, Inc. hries@foxrothschild.com,
           ralbert@foxrothschild.com
          Heather L. Ries, Esq.    on behalf of Creditor    Nova Bank hries@foxrothschild.com,
           ralbert@foxrothschild.com
          Heather L. Ries, Esq.    on behalf of Petitioning Creditor    Aran Development Inc.
           hries@foxrothschild.com,  ralbert@foxrothschild.com
          Hector J Montalvo    on behalf of Creditor    Iron Mountain Information Management, Inc.
           jim@montalvopa.com,  hjm_135@yahoo.com
          Henry S Wulf, Esq    on behalf of Creditor    123 MA Exchange One LLC hwulf@cfjblaw.com,
           shampton@carltonfields.com;wpbecf@cfdom.net
          Henry S Wulf, Esq    on behalf of Creditor    Las Olas Venture LLC (amended) hwulf@cfjblaw.com,
           shampton@carltonfields.com;wpbecf@cfdom.net
          Henry S Wulf, Esq    on behalf of Defendant    Las Olas Venture, LLC hwulf@cfjblaw.com,
           shampton@carltonfields.com;wpbecf@cfdom.net
          Henry S Wulf, Esq    on behalf of Creditor    333 Market Exchange Two LLC hwulf@cfjblaw.com,
           shampton@carltonfields.com;wpbecf@cfdom.net
          Henry S Wulf, Esq    on behalf of Creditor    Las Olas Venture, LLC hwulf@cfjblaw.com,
           shampton@carltonfields.com;wpbecf@cfdom.net
          Ido J Alexander, Esq    on behalf of Creditor    Marmarser, LLC ija@lsaslaw.com,
           info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
          Ido J Alexander, Esq    on behalf of Creditor    Caro Group, LLC ija@lsaslaw.com,
           info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
          Ido J Alexander, Esq    on behalf of Creditor    Interamerican Holdings, LLC ija@lsaslaw.com,
           info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
          Ido J Alexander, Esq    on behalf of Creditor    New Miami Group, LLC ija@lsaslaw.com,
           info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
          Ido J Alexander, Esq    on behalf of Creditor    Pirulin, LLC ija@lsaslaw.com,
           info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
          Ido J Alexander, Esq    on behalf of Creditor    Network Resources, LLC ija@lsaslaw.com,
           info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
          Ido J Alexander, Esq    on behalf of Creditor    Exito, LLC ija@lsaslaw.com,
           info@lsaslaw.com;aslawpllc@ecf.inforuptcy.com;jb@lsaslaw.com;zbs@lsaslaw.com
          Isaac M Marcushamer, Esq.    on behalf of Defendant    Rothstein Rosenfeldt Adler, P.A.
           imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Trustee Michael I. Goldberg. Liquidating Trustee of the
           Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Trustee Michael I. Goldberg, Liquidating Trustee
           imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Plaintiff Michael  Goldberg, Liquidating Trustee
           imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Plaintiff Herbert  Stettin imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Counter-Defendant Michael  Goldberg, Liquidating Trustee
           imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Trustee Herbert  Stettin imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Defendant Herbert  Stettin imarcushamer@livekaplan.com
          Isaac M Marcushamer, Esq.    on behalf of Defendant  Herbert Stettin imarcushamer@livekaplan.com
          Ivan J Reich, Esq    on behalf of Interested Party    St. Paul Fire and Marine Ins. Co.
           ivan@shendellpollock.com,  Marybeth@shendellpollock.com;grs@shendellpollock.com
          Ivan J Reich, Esq    on behalf of Interested Party    RLI Insurance Company
           ivan@shendellpollock.com,  Marybeth@shendellpollock.com;grs@shendellpollock.com
          Ivan J Reich, Esq    on behalf of Interested Party    Zurich American Ins. Co.
           ivan@shendellpollock.com,  Marybeth@shendellpollock.com;grs@shendellpollock.com
          Ivan J Reich, Esq    on behalf of Interested Party    Westchester Insurance Company
           ivan@shendellpollock.com,  Marybeth@shendellpollock.com;grs@shendellpollock.com
          Ivan J Reich, Esq    on behalf of Interested Party    Ironshore Indemnity, Inc.
           ivan@shendellpollock.com,  Marybeth@shendellpollock.com;grs@shendellpollock.com
          James C. Moon, Esq    on behalf of Creditor    Banyon USVI (Del), LLC jmoon@melandrussin.com,
           ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdriv
           e.com;phornia@ecf.courtdrive.com
          James C. Moon, Esq    on behalf of Creditor    Banyon Funding, LLC jmoon@melandrussin.com,
           ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdriv
           e.com;phornia@ecf.courtdrive.com
          James C. Moon, Esq    on behalf of Defendant    Gibraltar Private Bank & Trust Company
           jmoon@melandrussin.com,
           ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdriv
           e.com;phornia@ecf.courtdrive.com
          James C. Moon, Esq    on behalf of Creditor    Banyon Resources, LLC jmoon@melandrussin.com,
           ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdriv
           e.com;phornia@ecf.courtdrive.com
          James C. Moon, Esq    on behalf of Creditor    Banyon Investments, LLC jmoon@melandrussin.com,
           ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdriv
           e.com;phornia@ecf.courtdrive.com

District/off: 113C-0          User: graster-t          Page 9 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            James C. Moon, Esq   on behalf of Creditor    Banyon 1030-32, LLC jmoon@melandrussin.com,
             ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdriv
             e.com;phornia@ecf.courtdrive.com
            James C. Moon, Esq   on behalf of Creditor    Banyon Income Fund, LP jmoon@melandrussin.com,
             ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdriv
             e.com;phornia@ecf.courtdrive.com
            James D. Silver, Esq.   on behalf of Defendant    GGTW Investments USA, LLC jds@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Defendant Harvey  Wolinetz jds@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor Dean  Kretschmar JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    New Miami Group, LLC JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    D&L Partners, LP JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Defendant Simeon  Schreiber jds@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Circle K Family, LLC JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Marmarser, LLC JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Interested Party    Viceroy GLobal Investments, Inc
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Ann Von Allmen Living Trust
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor Kenneth  Marlin JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Interested Party    Razorback Funding LLC
             jds@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Von Allmen Dynasty Trust
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Defendant Seymor  Pinewski jds@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Interested Party Scott  Morgan JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor Max  Dekelbaum JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Deborah Marlin Revocable Trust
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Investors Risk Advantage LLC
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Marvin P. Kimmel FBO IRRL
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Interested Party    TD Bank Victims JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Pirulin, LLC JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Deborah Marlin Revocable Trust U/A 06/01/98
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Network Resources, LLC JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Interested Party    H & N Associates, LLC
             jds@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Robert Kimmel Grantor Retained Annuity Trust
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Defendant    HN Associates jds@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor David  Von Allmen JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor Edward & Mary Lorie  Saltzman
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    FDS Investments USA LLC JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Defendant Steven  Schraga jds@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Interested Party Harvey  Wolinetz JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Ira Sochet Inter Vivos Trust
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Interested Party    H&N Associates JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Attorney    Kozyak Tropin & Throckmorton
             JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Defendant    Concorde Capital, Inc. jds@conradscherer.com,
             RAldama@kelleykronenberg.com
            James D. Silver, Esq.   on behalf of Creditor    Exito, LLC JSilver@conradscherer.com,
             RAldama@kelleykronenberg.com

District/off: 113C-0          User: graster-t          Page 10 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James D. Silver, Esq.   on behalf of Creditor   Caro Group, LLC JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Attorney William R. Scherer JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   D3 Capital Club, LLC JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   Ann Bowen, Trustee of the Kenneth Marlin
               Recovable Trust JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Defendant   FDS Investments USA, L.L.C.
               jds@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   GGTW Investments USA LLC
               JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   BFMC Investments, LLC JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Defendant   BWS Investments USA, L.L.C.
               jds@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor Committee   Official Committee of Creditors
               JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   BWS Investments USA, LLC
               JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Attorney   Conrad & Scherer, LLP jds@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Interested Party   Concorde Capital, Inc
               JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Defendant Nassim  Mussry jds@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Interested Party Jacob  Mussry JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   Razorback Funding, LLC JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   David Von Allmen Living Trust
               JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Defendant   Viceroy Global Investments, Inc.
               jds@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor Ann  Von Allmen JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Defendant Jacob  Mussry jds@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Interested Party Nassim  Mussry JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor   Marvin P. Kimmel Grantor Retained Annuity Trust
               JSilver@conradscherer.com,  RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Defendant Steven  Adelsberg jds@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Creditor Linda  Von Allmen JSilver@conradscherer.com,
               RAldama@kelleykronenberg.com
              James D. Silver, Esq.   on behalf of Defendant Scott  Morgan jds@conradscherer.com,
               RAldama@kelleykronenberg.com
              James H Fierberg   on behalf of Mediator James Harris Fierberg jhfpa@bellsouth.net
              Jason  Slatkin, Esq.   on behalf of Defendant Katie  Adler jslatkin@slatkinreynolds.com,
               imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
              Jason  Slatkin, Esq.   on behalf of Interested Party Russell  Adler jslatkin@slatkinreynolds.com,
               imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
              Jason  Slatkin, Esq.   on behalf of Interested Party Katie  Adler jslatkin@slatkinreynolds.com,
               imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
              Jason  Slatkin, Esq.   on behalf of Creditor George  Levin jslatkin@slatkinreynolds.com,
               imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
              Jason  Slatkin, Esq.   on behalf of Defendant Russell  Adler jslatkin@slatkinreynolds.com,
               imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
              Jason B Gonzalez   on behalf of Defendant   Republican Party of Florida jgonzalez@ausley.com
              Jason S Mazer   on behalf of Plaintiff Herbert  Stettin jmazer@cmmlawgroup.com,
               kshaw@cmmlawgroup.com
              Jason S Mazer   on behalf of Special Counsel Jason S Mazer jmazer@cmmlawgroup.com,
               kshaw@cmmlawgroup.com
              Jason S Rigoli, Esq.   on behalf of Interested Party Robert C. Furr jrigoli@furrcohen.com,
               rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;rigolijr84158@notify.bestcase.com
              Jay  Sakalo, Esq.   on behalf of Defendant   Level 3 Capital Fund LP jsakalo@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Jay  Sakalo, Esq.   on behalf of Defendant   Centurion Structured Growth LLC jsakalo@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Jay  Sakalo, Esq.   on behalf of Interested Party   Platinum Partners Credit Opportunities Fund
               LP jsakalo@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jay  Sakalo, Esq.   on behalf of Interested Party   Platinum Partners Value Arbitrage Fund LP
               jsakalo@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jay  Sakalo, Esq.   on behalf of Defendant   Platinum Partners Value Arbitrage Fund LP
               jsakalo@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
              Jay  Sakalo, Esq.   on behalf of Defendant   Platinum Partners Credit Opportunities Fund LP
               jsakalo@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com

District/off: 113C-0          User: graster-t          Page 11 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jay  Sakalo, Esq.   on behalf of Interested Party   Centurion Structured Growth LLC
           jsakalo@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey A Tew, Esq   on behalf of Creditor   Gibraltar Private Bank and Trust  jt@tewlaw.com,
           jab@tewlaw.com
          Jeffrey C. Roth, Esq   on behalf of Defendant   Blue Capital US East Coast Properties, L.P.
           jeff@rothandscholl.com,  christine@rothandscholl.com
          Jeffrey M Berman   on behalf of Creditor   Emess Capital, LLC jberman@klugerkaplan.com
          Jeffrey M Berman   on behalf of Defendant   Rothstein Rosenfeldt Adler, P.A.
           jberman@klugerkaplan.com
          Jeffrey P. Bast, Esq.   on behalf of Creditor Todd D. Snyder jbast@bastamron.com,
           jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com;mdesverg
           unat@bastamron.com
          Jeffrey P. Bast, Esq.   on behalf of Plaintiff Todd D. Snyder jbast@bastamron.com,
           jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;dtimpone@bastamron.com;mdesverg
           unat@bastamron.com
          Jeffrey R Sonn   on behalf of Creditor Robert  Kagan jsonn@sonnerez.com
          Jeffrey R Sonn   on behalf of Petitioning Creditor Roger  Wittenberns, jsonn@sonnerez.com
          Jeffrey R Sonn   on behalf of Petitioning Creditor Bonnie  Barnett jsonn@sonnerez.com
          Jeffrey R Sonn   on behalf of Creditor Roger  Wittenberns jsonn@sonnerez.com
          Jeffrey R Sonn   on behalf of Creditor   RWRK Investments LLC jsonn@sonnerez.com
          Jerry M Markowitz   on behalf of Mediator Jerry M.  Markowitz jmarkowitz@mrthlaw.com,
           ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,
           markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
          Jerry M Markowitz   on behalf of Creditor   Coquina Investments jmarkowitz@mrthlaw.com,
           ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,
           markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
          Jerry M Markowitz   on behalf of Mediator Jerry  Markowitz jmarkowitz@mrthlaw.com,
           ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,
           markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
          Jerry M Markowitz   on behalf of Defendant   Maple Leaf Drilling Partners jmarkowitz@mrthlaw.com,
           ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,
           markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
          Jesus M Suarez   on behalf of Trustee Herbert  Stettin jsuarez@gjb-law.com,
           gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.c
           ourtdrive.com
          Jesus M Suarez   on behalf of Other Professional   Michael I. Goldberg jsuarez@gjb-law.com,
           gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.c
           ourtdrive.com
          Jesus M Suarez   on behalf of Plaintiff Herbert  Stettin jsuarez@gjb-law.com,
           gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.c
           ourtdrive.com
          Jesus M Suarez   on behalf of Other Professional Michael  Goldberg, Liquidating Trustee
           jsuarez@gjb-law.com,
           gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.c
           ourtdrive.com
          Jesus M Suarez   on behalf of Plaintiff Michael I. Goldberg. Liquidating Trustee of the Rothstein
           Rosenfeldt and Adler, P.A. Liquidating Trust jsuarez@gjb-law.com,
           gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.c
           ourtdrive.com
          Joan M Levit, Esq   on behalf of Plaintiff   Michael I. Goldberg, Liquidating Trustee for
           Rothstein Rosenfeldt Adler joan.levit@akerman.com,  charlene.cerda@akerman.com
          Joan M Levit, Esq   on behalf of Other Professional Michael  Goldberg, Liquidating Trustee
           joan.levit@akerman.com,  charlene.cerda@akerman.com
          Joan M Levit, Esq   on behalf of Attorney Michael  Goldberg joan.levit@akerman.com,
           charlene.cerda@akerman.com
          Joan M Levit, Esq   on behalf of Plaintiff Michael I. Goldberg. Liquidating Trustee of the
           Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust joan.levit@akerman.com,
           charlene.cerda@akerman.com
          Joan M Levit, Esq   on behalf of Creditor Committee   Official Committee of Creditors
           joan.levit@akerman.com,  charlene.cerda@akerman.com
          Joan M Levit, Esq   on behalf of Other Professional   Michael I. Goldberg joan.levit@akerman.com,
           charlene.cerda@akerman.com
          Joan M Levit, Esq   on behalf of Plaintiff   Michael I. Goldberg, Liquidating Trustee for the
           Rothstein Rosenfeldt Adler Liquidating Truste joan.levit@akerman.com,  charlene.cerda@akerman.com
          Joaquin J Alemany   on behalf of Defendant   Mayor's Jewelers of Florida, Inc.
           joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Defendant   Birks & Mayors, Inc. joaquin.alemany@hklaw.com,
           jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Intervenor   The Daily Business Review joaquin.alemany@hklaw.com,
           jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Defendant   Mayor's Jewelers, Inc. joaquin.alemany@hklaw.com,
           jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Creditor   Birks & Mayors Inc. joaquin.alemany@hklaw.com,
           jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Creditor   Mayor's Jewelers of Florida, Inc.
           joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
          Joaquin J Alemany   on behalf of Creditor   Mayor's Jewelers, Inc. joaquin.alemany@hklaw.com,
           jose.casal@hklaw.com

District/off: 113C-0          User: graster-t          Page 12 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joe M. Grant, Esq.   on behalf of Defendant Peter  Loftin jgrant@msglaw.com,
               jenna-munsey-6083@ecf.pacerpro.com;efile@msglaw.com;mg197ecfbox@gmail.com
              Joe M. Grant, Esq.   on behalf of Defendant   Casa Casuarina LLC jgrant@msglaw.com,
               jenna-munsey-6083@ecf.pacerpro.com;efile@msglaw.com;mg197ecfbox@gmail.com
              Joe M. Grant, Esq.   on behalf of Defendant   Luxury Resorts LLC jgrant@msglaw.com,
               jenna-munsey-6083@ecf.pacerpro.com;efile@msglaw.com;mg197ecfbox@gmail.com
              Joel L Tabas, Esq   on behalf of Intervenor-Defendant   Whitney Education Group, Inc.
               jtabas@tabassoloff.com,  jcepero@tabassoloff.com;kborrego@tabassoloff.com
              Joel L Tabas, Esq   on behalf of Intervenor-Defendant   Whitney Information Network, Inc.
               jtabas@tabassoloff.com,  jcepero@tabassoloff.com;kborrego@tabassoloff.com
              John  E Lucian   on behalf of Defendant Mary  Noa lucian@blankrome.com
              John  E Lucian   on behalf of Defendant Robin  Kempner lucian@blankrome.com
              John A. Moffa, Esq.   on behalf of Creditor   A-1 Investigative Agency, Inc. john@moffa.law,
               atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,johnm@ecf.courtdrive.com
              John B. Hutton III, Esq.   on behalf of Plaintiff   TD Bank, N.A. huttonj@gtlaw.com,
               thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              John B. Hutton III, Esq.   on behalf of Interested Party   TD Bank, N.A. huttonj@gtlaw.com,
               mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              John B. Hutton III, Esq.   on behalf of Defendant   TD Bank, N.A. huttonj@gtlaw.com,
               mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              John C. Shawde, Esq.   on behalf of Defendant   SFS Funding, LLC jshawde@shawde-eaton.com,
               jeaton@shawde-eaton.com,sramirez@shawde-eaton.com
              John C. Shawde, Esq.   on behalf of Defendant E. Chantal Preve jshawde@shawde-eaton.com,
               jeaton@shawde-eaton.com,sramirez@shawde-eaton.com
              John C. Shawde, Esq.   on behalf of Defendant   Preve & Associates, LLC jshawde@shawde-eaton.com,
               jeaton@shawde-eaton.com,sramirez@shawde-eaton.com
              John C. Shawde, Esq.   on behalf of Defendant Frank J. Preve jshawde@shawde-eaton.com,
               jeaton@shawde-eaton.com,sramirez@shawde-eaton.com
              John C. Shawde, Esq.   on behalf of Creditor   SFS jshawde@shawde-eaton.com,
               jeaton@shawde-eaton.com,sramirez@shawde-eaton.com
              John C. Shawde, Esq.   on behalf of Defendant   SFS Capital Funding, LLC jshawde@shawde-eaton.com,
               jeaton@shawde-eaton.com,sramirez@shawde-eaton.com
              John D Eaton   on behalf of Defendant   SFS Capital Funding, LLC jeaton@rascoklock.com,
               sramirez@shawde-eaton.com
              John D Eaton   on behalf of Defendant   Preve & Associates, LLC jeaton@shawde-eaton.com,
               sramirez@shawde-eaton.com
              John D Eaton   on behalf of Interested Party   SFS Capital Funding, LLC jeaton@shawde-eaton.com,
               sramirez@shawde-eaton.com
              John D Eaton   on behalf of Interested Party   Preve & Associates, LLC jeaton@shawde-eaton.com,
               sramirez@shawde-eaton.com
              John D Eaton   on behalf of Defendant E. Chantal Preve jeaton@shawde-eaton.com,
               sramirez@shawde-eaton.com
              John D Eaton   on behalf of Interested Party Frank J. Preve jeaton@shawde-eaton.com,
               sramirez@shawde-eaton.com
              John D Eaton   on behalf of Defendant   SFS Funding, LLC jeaton@shawde-eaton.com,
               sramirez@shawde-eaton.com
              John D Eaton   on behalf of Defendant Frank J. Preve jeaton@shawde-eaton.com,
               sramirez@shawde-eaton.com
              John F O'Sullivan   on behalf of Interested Party   Federal Insurance Company
               john.osullivan@hoganlovells.com,
               olga.garcia@hoganlovells.com;yasbel.perez@hoganlovells.com;gladys.cata@hoganlovells.com;clayton.s
               olomon@hoganlovells.com;dwayne.robinson@hoganlovells.com;jason.mays@hoganlovells.com;jason.sternb
               erg@hoganlovells.com
              John G. Bianco III, Esq   on behalf of Plaintiff Carol A. Morse jgb@trippscott.com,
               bankruptcynoticecenter@trippscott.com
              John G. Bianco III, Esq   on behalf of Creditor Carol  Morse jgb@trippscott.com,
               bankruptcynoticecenter@trippscott.com
              John G. Bianco III, Esq   on behalf of Defendant Edward J. Morse jgb@trippscott.com,
               bankruptcynoticecenter@trippscott.com
              John G. Bianco III, Esq   on behalf of Defendant Carol A. Morse jgb@trippscott.com,
               bankruptcynoticecenter@trippscott.com
              John G. Bianco III, Esq   on behalf of Creditor Edward J. Morse jgb@trippscott.com,
               bankruptcynoticecenter@trippscott.com
              John G. Bianco III, Esq   on behalf of Plaintiff Edward J. Morse jgb@trippscott.com,
               bankruptcynoticecenter@trippscott.com
              John G. Bianco III, Esq   on behalf of Creditor   Morse Operations Inc. jgb@trippscott.com,
               bankruptcynoticecenter@trippscott.com
              John H Genovese, Esq   on behalf of Plaintiff Herbert  Stettin jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
              John H Genovese, Esq   on behalf of Plaintiff Michael I. Goldberg. Liquidating Trustee of the
               Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
              John H Genovese, Esq   on behalf of Attorney   Genovese, Joblove & Battista, P.A.
               jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
              John H Genovese, Esq   on behalf of Petitioning Creditor Roger  Wittenberns,
               jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

District/off: 113C-0          User: graster-t          Page 13 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John H Genovese, Esq   on behalf of Other Professional Michael  Goldberg, Liquidating Trustee
               jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
              John H Genovese, Esq   on behalf of Petitioning Creditor   Aran Development Inc.
               jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
              John H Genovese, Esq   on behalf of Trustee Herbert  Stettin jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
              John H Genovese, Esq   on behalf of Petitioning Creditor Bonnie  Barnett jgenovese@gjb-law.com,
               hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
              John L. Heller    john.heller@marcumllp.com,  fl03@ecfcbis.com
              John R. Dodd, Esq.   on behalf of Plaintiff   VM South Beach LLC doddj@gtlaw.com,
               miaecfbky@gtlaw.com;mialitdock@gtlaw.com
              John R. Dodd, Esq.   on behalf of Interested Party   VM South Beach, LLC doddj@gtlaw.com,
               miaecfbky@gtlaw.com;mialitdock@gtlaw.com
              Jonathan S. Feldman   on behalf of Creditor   Razorback Funding, LLC jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jonathan S. Feldman   on behalf of Creditor   D&L Partners, LP jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jonathan S. Feldman   on behalf of Creditor Linda  Von Allmen jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jonathan S. Feldman   on behalf of Creditor David  Von Allmen jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jonathan S. Feldman   on behalf of Creditor   D3 Capital Club, LLC jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jonathan S. Feldman   on behalf of Creditor Dean  Kretschmar jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jonathan S. Feldman   on behalf of Creditor Ann  Von Allmen jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jonathan S. Feldman   on behalf of Creditor   Von Allmen Dynasty Trust jfeldman@pbyalaw.com,
               eservicemia@pbyalaw.com
              Jordi  Guso, Esq.   on behalf of Debtor   Rothstein Rosenfeldt Adler, PA
               jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Jordi  Guso, Esq.   on behalf of Trustee Herbert  Stettin jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Kenneth B Robinson, Esq   on behalf of Interested Party George  Levin krobinson.ecf@rprslaw.com
              Kenneth D Murena   on behalf of Interested Party Lisa  Ellis kmurena@dvllp.com,
               jserna@dvllp.com;lfd@dvllp.com
              Kenneth D Murena   on behalf of Interested Party Charles  Sanders kmurena@dvllp.com,
               jserna@dvllp.com;lfd@dvllp.com
              Kenneth D Murena   on behalf of Defendant Charles  Sanders kmurena@dvllp.com,
               jserna@dvllp.com;lfd@dvllp.com
              Kenneth D Murena   on behalf of Defendant Lisa  Ellis kmurena@dvllp.com,
               jserna@dvllp.com;lfd@dvllp.com
              Kenneth E Noble   on behalf of Creditor   Solus Recovery LH Fund LP kenneth.noble@kattenlaw.com,
               NYC.BKNotices@kattenlaw.com
              Kenneth E Noble   on behalf of Creditor   Solus Opportunities Fund 1 LP
               kenneth.noble@kattenlaw.com,  NYC.BKNotices@kattenlaw.com
              Kenneth E Noble   on behalf of Creditor   Solus Recovery Fund II Master LP
               kenneth.noble@kattenlaw.com,  NYC.BKNotices@kattenlaw.com
              Kenyetta N Alexander   on behalf of Creditor   Circle K Family, LLC kalexander@bdblaw.com,
               mck@katzbarron.com
              Kenyetta N Alexander   on behalf of Creditor Kenneth  Marlin kalexander@bdblaw.com,
               mck@katzbarron.com
              Kristopher  Aungst, Esq.   on behalf of Plaintiff Herbert  Stettin kaungst@wargofrench.com,
               lcruz@wargofrench.com;cpatterson@wargofrench.com;FLService1@wargofrench.com
              Kristopher E Pearson   on behalf of Creditor   Gibraltar Private Bank and Trust
               kpearson@stearnsweaver.com,
               rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
              Larry I Glick   on behalf of Defendant David  Bodner lglick@shutts.com
              Larry I Glick   on behalf of Defendant Mark  Nordlicht lglick@shutts.com
              Larry I Glick   on behalf of Defendant Laura  Huberfeld lglick@shutts.com
              Larry I Glick   on behalf of Defendant   Bodner Family Foundations lglick@shutts.com
              Larry I Glick   on behalf of Defendant Dahlia  Kalter lglick@shutts.com
              Larry I Glick   on behalf of Defendant Naomi  Bodner lglick@shutts.com
              Larry I Glick   on behalf of Defendant   Regent Capital Partners, LLC lglick@shutts.com
              Larry I Glick   on behalf of Defendant Murray  Huberfeld lglick@shutts.com
              Laura F Gross   on behalf of Interested Party   VM South Beach, LLC lauraf.gross@cemex.com,
               jhoppel@gunster.com
              Laura F Gross   on behalf of Plaintiff   VM South Beach LLC lgross@gunster.com,
               jhoppel@gunster.com
              Laura J. Varela, Esq.   on behalf of Defendant Barry  Lipsitz ljvgator24@aol.com,
               lajv24@gmail.com
              Laura J. Varela, Esq.   on behalf of Interested Party Barry  Lipsitz ljvfloridalaw@outlook.com,
               lajv24@gmail.com
              Laura J. Varela, Esq.   on behalf of Defendant Harriet  Lipsitz ljvgator24@aol.com,
               lajv24@gmail.com

District/off: 113C-0          User: graster-t          Page 14 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Laura J. Varela, Esq.   on behalf of Interested Party Harriet  Lipsitz ljvfloridalaw@outlook.com,
        lajv24@gmail.com
        Lawrence  Gordich, Esq.   on behalf of Defendant   Investors Risk Advantage, LP
        LAG@gordichalagna.com,   mma@gordichalagna.com
        Lawrence  Gordich, Esq.   on behalf of Defendant   Ira Sochet Inter Vivos Revocable Trust
        LAG@gordichalagna.com,   mma@gordichalagna.com
        Lawrence  Gordich, Esq.   on behalf of Creditor   Investors Risk Advantage LLC
        LAG@gordichalagna.com,   mma@gordichalagna.com
        Lawrence  Gordich, Esq.   on behalf of Interested Party   Ira Sochet Inter Vivos Trust
        LAG@gordichalagna.com,   mma@gordichalagna.com
        Lawrence  Gordich, Esq.   on behalf of Creditor   Ira Sochet Inter Vivos Trust
        LAG@gordichalagna.com,   mma@gordichalagna.com
        Lawrence  Gordich, Esq.   on behalf of Defendant   Sochet and Company, Inc. LAG@gordichalagna.com,
        mma@gordichalagna.com
        Lilly Ann Sanchez   on behalf of Interested Party Jeffrey  Epstein lsanchez@thelsfirm.com
        Lisa Esq Markofsky   on behalf of Interested Party   Infonet Services Corporation
        lmarkofsky@proskauer.com,
        crotondo@proskauer.com;etorres@proskauer.com;florida.litigation@proskauer.com
        Luis  Salazar, Esq.   on behalf of Defendant Stuart  Rosenfeldt Luis@Salazar.Law,
        Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
        Luis  Salazar, Esq.   on behalf of Interested Party Suzanne  Rosenfeldt Luis@Salazar.Law,
        Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
        Luis  Salazar, Esq.   on behalf of Defendant Suzanne  Rosenfeldt Luis@Salazar.Law,
        Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
        Luis  Salazar, Esq.   on behalf of Interested Party Stuart  Rosenfeldt Luis@Salazar.Law,
        Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
        Marc A Rubin   on behalf of Creditor   American Express Travel Related Services Company, Inc.
        marc.rubin@spectorrubin.com,   corinne.aftimos@spectorrubin.com
        Marc A Rubin   on behalf of Creditor   American Express Company marc.rubin@spectorrubin.com,
        corinne.aftimos@spectorrubin.com
        Marika  Tolz   TolzECFmail@aol.com,  mtolz@ecf.epiqsystems.com
        Marilee A Mark   on behalf of Plaintiff Herbert  Stettin mmark@cmmlawgroup.com,
        ekelly@cmmlawgroup.com
        Marissa C Corda   on behalf of Creditor Kenneth  Marlin mcc@katzbarron.com,  af@katzbarron.com
        Marissa C Corda   on behalf of Creditor   Marvin P. Kimmel IRRL mcc@katzbarron.com,
        af@katzbarron.com
        Marissa C Corda   on behalf of Creditor   Circle K Family, LLC mcc@katzbarron.com,
        af@katzbarron.com
        Marissa C Corda   on behalf of Creditor   Robert A. Kimmel GRNTR RTND Annuity Trust
        mcc@katzbarron.com,   af@katzbarron.com
        Marissa C Corda   on behalf of Creditor   Deborah Marlin Revocable Trust U/A 06/01/98
        mcc@katzbarron.com,   af@katzbarron.com
        Marissa C Corda   on behalf of Creditor Edward & Mary Lorie  Saltzman mcc@katzbarron.com,
        af@katzbarron.com
        Mark D. Bloom, Esq.   on behalf of Interested Party   Casa Casuarina, LLC bloomm@gtlaw.com,
        MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
        Mark D. Bloom, Esq.   on behalf of Plaintiff   VM South Beach LLC bloomm@gtlaw.com,
        MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
        Mark D. Bloom, Esq.   on behalf of Interested Party   VM South Beach, LLC bloomm@gtlaw.com,
        MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
        Mark D. Bloom, Esq.   on behalf of Witness   TD Bank, N.A. bloomm@gtlaw.com,
        MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
        Mark F Booth   on behalf of Counter-Claimant Vrege  Armoyan mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Attorney Mark F Booth mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Defendant   VRLP 1, LLC mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Interested Party Richard L. Pearson mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Counter-Claimant   1181830 Alberta Ltd mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Counter-Claimant   VRLP 1, LLC mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Defendant   JCVV Investments LLC mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Creditor   VRLP1, LLC mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Defendant Vrege  Armoyan mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Counter-Claimant   JCVV Investments LLC mfbooth@rmzlaw.com
        Mark F Booth   on behalf of Defendant   1181830 Alberta Ltd mfbooth@rmzlaw.com
        Matthew A Mannering   on behalf of Defendant   RL Pearson and Associates, Inc.
        mmannering@mayerbrown.com
        Matthew G Krause   on behalf of Interested Party   Braman Motors, Inc. mkrause@ls-law.com,
        afraas@ls-law.com
        Matthew G Krause   on behalf of Defendant   Braman Motors, Inc. mkrause@ls-law.com,
        afraas@ls-law.com
        Matthew H Scott   on behalf of Plaintiff Carol A. Morse mhs@trippscott.com,
        bankruptcy@trippscott.com
        Matthew H Scott   on behalf of Creditor   Morse Operations Inc. mhs@trippscott.com,
        bankruptcy@trippscott.com
        Matthew H Scott   on behalf of Defendant Carol A. Morse mhs@trippscott.com,
        bankruptcy@trippscott.com
        Matthew H Scott   on behalf of Plaintiff   Carolina Casualty Insurance Company mhs@trippscott.com,
        bankruptcy@trippscott.com

District/off: 113C-0          User: graster-t          Page 15 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Matthew H Scott    on behalf of Creditor Carol  Morse mhs@trippscott.com,
 bankruptcy@trippscott.com
Matthew H Scott    on behalf of Plaintiff Edward J. Morse mhs@trippscott.com,
 bankruptcy@trippscott.com
Matthew H Scott    on behalf of Defendant Edward J. Morse mhs@trippscott.com,
 bankruptcy@trippscott.com
Matthew H Scott    on behalf of Counter-Defendant   Carolina Casualty Insurance Company
 mhs@trippscott.com,  bankruptcy@trippscott.com
Matthew H Scott    on behalf of Creditor Edward J. Morse mhs@trippscott.com,
 bankruptcy@trippscott.com
Matthew J Feeley    on behalf of Creditor   Buchanan Ingersoll & Rooney PC
 matthew.feeley@usdoj.gov,  Milton.Pacheco@usdoj.gov;Shannon.patterson@usdoj.gov
Matthew J Feeley    on behalf of Defendant   Buchanan Ingersoll & Rooney PC
 matthew.feeley@usdoj.gov,  Milton.Pacheco@usdoj.gov;Shannon.patterson@usdoj.gov
Matthew L Lines, Esq.    on behalf of Interested Party   American International Specialty Lines
 Insurance Company lines@irlaw.com
Matthew L Lines, Esq.    on behalf of Interested Party   National Union Fire Insurance Company of
 Pittsburgh, P.A. lines@irlaw.com
Matthew S Kish    on behalf of Creditor   FEP Victims Group mkish@sbwh.law,
 kishmatthew@ecf.inforuptcy.com;r65072@notify.bestcase.com;kgarcia@sbwh.law
Maureen  Donlan   on behalf of Interested Party   United States of America
 maureen.donlan@usdoj.gov,  shannon.patterson@usdoj.gov;Milton.pacheco@usdoj.gov
Melissa  Alagna   on behalf of Interested Party   Segall Gordich P.A. mma@gordichalagna.com,
 lag@gordichalagna.com
Melissa  Alagna   on behalf of Creditor   Investors Risk Advantage LLC mma@gordichalagna.com,
 lag@gordichalagna.com
Melissa  Alagna   on behalf of Defendant   Ira Sochet Inter Vivos Revocable Trust
 mma@gordichalagna.com,  lag@gordichalagna.com
Melissa  Alagna   on behalf of Creditor   Ira Sochet Inter Vivos Trust mma@gordichalagna.com,
 lag@gordichalagna.com
Melissa  Alagna   on behalf of Defendant   Investors Risk Advantage, LP mma@gordichalagna.com,
 lag@gordichalagna.com
Melissa  Alagna   on behalf of Creditor   Investors Risk Advantage, LP mma@gordichalagna.com,
 lag@gordichalagna.com
Merrick L Gross   on behalf of Respondent   HSBC Bank USA, N.A. mgross@carltonfields.com,
 ppowers@carltonfields.com;tjones@carltonfields.com
Michael  Foster   on behalf of Interested Party   Twin City Fire Insurance Company
 mfoster@wargofrench.com,
 lcruz@wargofrench.com;cpatterson@wargofrench.com;FLService1@wargofrench.com
Michael A Friedman   on behalf of Plaintiff Herbert  Stettin mfriedman@gjb-law.com,
 gjbecf@gjb-law.com;jsardina@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com;chopkins@gj
 b-law.com;vlambdin@gjb-law.com
Michael D Lessne   on behalf of 3rd Party Plaintiff   SPD GROUP, INC. d/b/a J.R. Dunn Jewelers
 michael.lessne@gray-robinson.com,
 jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
Michael D Lessne   on behalf of Defendant   SPD Group, Inc. michael.lessne@gray-robinson.com,
 jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
Michael D Lessne   on behalf of Plaintiff Michael I Goldberg, Liquidating Trustee of the RRA
 Liquidating Trust michael.lessne@gray-robinson.com,
 jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
Michael D Lessne   on behalf of Defendant Steven N. Lippman michael.lessne@gray-robinson.com,
 jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
Michael D Lessne   on behalf of Defendant Marcy  Lippman michael.lessne@gray-robinson.com,
 jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
Michael D. Seese, Esq.   on behalf of Interested Party Scott W. Rothstein mseese@seeselaw.com,
 sseward@seeselaw.com
Michael D. Seese, Esq.   on behalf of Defendant Kimberly A Rothstein mseese@seeselaw.com,
 sseward@seeselaw.com
Michael D. Seese, Esq.   on behalf of Defendant Scott Walter Rothstein mseese@seeselaw.com,
 sseward@seeselaw.com
Michael I Goldberg, Esq   on behalf of Creditor Committee   Official Commitee of Unsecured
 Creditors michael.goldberg@akerman.com,  charlene.cerda@akerman.com
Michael I Goldberg, Esq   on behalf of Defendant   Qtask, Inc michael.goldberg@akerman.com,
 charlene.cerda@akerman.com
Michael I Goldberg, Esq   on behalf of Plaintiff Michael I. Goldberg. Liquidating Trustee of the
 Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust michael.goldberg@akerman.com,
 charlene.cerda@akerman.com
Michael I Goldberg, Esq   on behalf of Attorney Michael  Goldberg michael.goldberg@akerman.com,
 charlene.cerda@akerman.com
Michael I Goldberg, Esq   on behalf of Accountant John L. Heller michael.goldberg@akerman.com,
 charlene.cerda@akerman.com
Michael I Goldberg, Esq   on behalf of Plaintiff   Michael I. Goldberg, Liquidating Trustee for
 the Rothstein Rosenfeldt Adler Liquidating Truste michael.goldberg@akerman.com,
 charlene.cerda@akerman.com
Michael I Goldberg, Esq   on behalf of Creditor Committee   Official Committee of Creditors
 michael.goldberg@akerman.com,  charlene.cerda@akerman.com
Michael I Goldberg, Esq   on behalf of Special Counsel Jason S Mazer michael.goldberg@akerman.com,
 charlene.cerda@akerman.com

District/off: 113C-0          User: graster-t          Page 16 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Michael I Goldberg, Esq   on behalf of Interested Party   Official Committee of Unsecured
              Creditors of Rothstein Rosenfeldt & Adler, PA michael.goldberg@akerman.com,
              charlene.cerda@akerman.com
             Michael I Goldberg, Esq   on behalf of Plaintiff   Michael I. Goldberg, Liquidating Trustee for
              Rothstein Rosenfeldt Adler michael.goldberg@akerman.com,  charlene.cerda@akerman.com
             Michael I Goldberg, Esq   on behalf of Creditor Committee   Official Committee of Unsecured
              Creditors of Rothstein Rosenfeldt & Adler, PA michael.goldberg@akerman.com,
              charlene.cerda@akerman.com
             Michael I Goldberg, Esq   on behalf of Other Professional Michael  Goldberg, Liquidating Trustee
              michael.goldberg@akerman.com,  charlene.cerda@akerman.com
             Michael I Goldberg, Esq   on behalf of Accountant Soneet  Kapila michael.goldberg@akerman.com,
              charlene.cerda@akerman.com
             Michael I Goldberg, Esq   on behalf of Other Professional   Michael I. Goldberg
              michael.goldberg@akerman.com,  charlene.cerda@akerman.com
             Michael P. Shienvold, Esq.   on behalf of 3rd Pty Defendant Joyce  Picou michaelpaullaw@aol.com
             Michael P. Shienvold, Esq.   on behalf of Defendant Ronnie I. Picou michaelpaullaw@aol.com
             Michael P. Shienvold, Esq.   on behalf of 3rd Pty Defendant Ronnie I. Picou michaelpaullaw@aol.com
             Michael P. Shienvold, Esq.   on behalf of Interested Party Ronnie  Picou michaelpaullaw@aol.com
             Michael P. Shienvold, Esq.   on behalf of Defendant   Southern Grouts and Mortars, Inc.
              michaelpaullaw@aol.com
             Mohammad A Faruqui, Esq.   on behalf of Defendant   Thunder Cycle Designs, Inc.
              faruqui.mohammad@gmail.com
             Morgan B. Edelboim, Esq.   on behalf of Defendant Jacob  Szafranski morgan@elrolaw.com,
              eservice@elrolaw.com
             Morgan B. Edelboim, Esq.   on behalf of Defendant Morris  Szafranski morgan@elrolaw.com,
              eservice@elrolaw.com
             Nancy E Guffy   on behalf of Plaintiff   Thirteen Aqua Holdings Ltd service@feamanlaw.com
             Niall T McLachlan, Esq   on behalf of Defendant   Mooring Capital Fund, LLC
              nmclachlan@carltonfields.com,  cguzman@carltonfields.com
             Niall T McLachlan, Esq   on behalf of Interested Party   Fowler White Burnett, P.A.
              nmclachlan@carltonfields.com,  cguzman@carltonfields.com
             Norman A Moscowitz   on behalf of Defendant   Berenfeld Spritzer Schechter & Sheer, LLP
              nmoscowitz@moscowitz.com,  jpaya@moscowitz.com;jmoscowitz@moscowitz.com
             Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
             Orfelia M Mayor   on behalf of Creditor   Palm Beach County Tax Collector omayor@ombankruptcy.com,
              legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
             Patrick S. Scott, Esq.   on behalf of Defendant Steven N. Lippman patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of 3rd Party Plaintiff   SPD GROUP, INC. d/b/a J.R. Dunn
              Jewelers patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Interested Party   RLI Insurance Company
              patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Trustee Herbert  Stettin patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Plaintiff Michael I Goldberg, Liquidating Trustee of the
              RRA Liquidating Trust patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Interested Party   Columbia Casualty Company
              patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Other Professional Michael  Goldberg, Liquidating Trustee
              patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Defendant   Michael Ashton, Inc.
              patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Defendant Marcy  Lippman patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Interested Party   Federal Insurance Company
              patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Interested Party   Zurich American Ins. Co.
              patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Defendant   SPD Group, Inc. patrick.scott@gray-robinson.com
             Patrick S. Scott, Esq.   on behalf of Interested Party   SPD Group, Inc.
              patrick.scott@gray-robinson.com
             Paul A Avron, Esq.   on behalf of Plaintiff Herbert  Stettin pavron@bergersingerman.com,
              efile@bergersingerman.com;efile@ecf.inforuptcy.com;mday@bergersingerman.com
             Paul G Cassell   on behalf of Interested Party Jane  Doe cassellp@law.utah.edu
             Paul J McMahon, Esq   on behalf of Interested Party Philip  Arvidson pjm@pjmlawmiami.com
             Paul L. Orshan, Esq.   on behalf of Defendant   Monarch Capital Fund, Ltd. paul@orshanpa.com,
              seelenams@gmail.com
             Paul L. Orshan, Esq.   on behalf of Defendant   Euro Motorcars, Inc. paul@orshanpa.com,
              seelenams@gmail.com
             Paul M Botros   on behalf of Interested Party   Platinum Partners Value Arbitrage Fund LP
              pmb@botroslawfirm.com
             Paul M Botros   on behalf of Defendant   Platinum Partners Value Arbitrage Fund
              pmb@botroslawfirm.com
             Paul M Botros   on behalf of Interested Party   Level 3 Capital Management LP
              pmb@botroslawfirm.com
             Paul M Botros   on behalf of Defendant   Centurion Structured Growth, LLC pmb@botroslawfirm.com
             Paul M Botros   on behalf of Interested Party   Centurion Structured Growth LLC
              pmb@botroslawfirm.com
             Paul Steven Singerman, Esq   on behalf of Trustee Herbert  Stettin singerman@bergersingerman.com,
              mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Paul Steven Singerman, Esq   on behalf of 3rd Pty Defendant Herbert  Stettin
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Other Professional Michael  Goldberg, Liquidating
         Trustee singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Defendant Herbert  Stettin
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Defendant   Rothstein Rosenfeldt & Adler, P.A.
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Other Professional   Michael I. Goldberg
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Attorney Michael  Goldberg
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Plaintiff Michael  Goldberg, Liquidating Trustee
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Plaintiff Herbert  Stettin
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Paul Steven Singerman, Esq   on behalf of Interested Party   Segall Gordich P.A.
         singerman@bergersingerman.com,
        mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Peter E. Shapiro, Esq.   on behalf of Interested Party   LM pshapiro@shapirolawpa.com
        Peter E. Shapiro, Esq.   on behalf of Interested Party   E.W. pshapiro@shapirolawpa.com
        Peter E. Shapiro, Esq.   on behalf of Intervenor Paul  Cassell pshapiro@shapirolawpa.com
        Peter E. Shapiro, Esq.   on behalf of Interested Party Jane  Doe pshapiro@shapirolawpa.com
        Peter F. Valori   on behalf of Defendant   Network Resources Investment Group, L.L.C
         pvalori@dvllp.com,  spitta@dvllp.com
        Peter F. Valori   on behalf of Creditor   Marmarser, LLC pvalori@dvllp.com,  spitta@dvllp.com
        Peter F. Valori   on behalf of Creditor   Caro Group, LLC pvalori@dvllp.com,  spitta@dvllp.com
        Peter F. Valori   on behalf of Defendant   Marmarser Investment, L.L,C. pvalori@dvllp.com,
         spitta@dvllp.com
        Peter F. Valori   on behalf of Creditor   Exito, LLC pvalori@dvllp.com,  spitta@dvllp.com
        Peter F. Valori   on behalf of Defendant   New Miami Group, L.L,C, pvalori@dvllp.com,
         spitta@dvllp.com
        Peter F. Valori   on behalf of Creditor   Pirulin, LLC pvalori@dvllp.com,  spitta@dvllp.com
        Peter F. Valori   on behalf of Creditor   Network Resources, LLC pvalori@dvllp.com,
         spitta@dvllp.com
        Peter F. Valori   on behalf of Creditor   Interamerican Holdings, LLC pvalori@dvllp.com,
         spitta@dvllp.com
        Peter F. Valori   on behalf of Defendant   Pirulin Group, L.L.C. pvalori@dvllp.com,
         spitta@dvllp.com
        Peter F. Valori   on behalf of Defendant   Exito Investment Group, L.L.C. pvalori@dvllp.com,
         spitta@dvllp.com
        Peter F. Valori   on behalf of Creditor   New Miami Group, LLC pvalori@dvllp.com,
         spitta@dvllp.com
        Peter F. Valori   on behalf of Defendant   Caro Group, L.L.C. pvalori@dvllp.com,  spitta@dvllp.com
        Peter J Roberts   on behalf of Creditor   Coquina Investments proberts@shawfishman.com
        Peter M Feaman   on behalf of Plaintiff    Thirteen Aqua Holdings Ltd service@feamanlaw.com
        Phillip M. Hudson III   on behalf of Defendant Natalie  Turetsky phil.hudson@saul.com,
         aida.mclaughlin@saul.com;hilda.piloto@saul.com;carmen.contreras-martinez@saul.com
        Phillip M. Hudson III   on behalf of Interested Party   RSII Properties Inc phil.hudson@saul.com,
         aida.mclaughlin@saul.com;hilda.piloto@saul.com;carmen.contreras-martinez@saul.com
        Phillip M. Hudson III   on behalf of Defendant Matthew  Turetsky phil.hudson@saul.com,
         aida.mclaughlin@saul.com;hilda.piloto@saul.com;carmen.contreras-martinez@saul.com
        Phillip M. Hudson III   on behalf of Attorney Phillip M. Hudson phil.hudson@saul.com,
         aida.mclaughlin@saul.com;hilda.piloto@saul.com;carmen.contreras-martinez@saul.com
        Phillip M. Hudson III   on behalf of Attorney Phillip M. Hudson III phil.hudson@saul.com,
         aida.mclaughlin@saul.com;hilda.piloto@saul.com;carmen.contreras-martinez@saul.com
        Phillip M. Hudson III   on behalf of Defendant Craig  Howser phil.hudson@saul.com,
         aida.mclaughlin@saul.com;hilda.piloto@saul.com;carmen.contreras-martinez@saul.com
        Pitney Bowes Inc   eva.milanowski@pb.com
        Raymie E. Walsh, Esq.   on behalf of Interested Party   1116 Ocean Drive, LLC
         rwalsh@hlhlawfirm.com
        Rhett  Traband   on behalf of Creditor   Exito, LLC rtraband@broadandcassel.com,
         yportanova@broadandcassel.com
        Rhett  Traband   on behalf of Creditor   Pirulin, LLC rtraband@broadandcassel.com,
         yportanova@broadandcassel.com
        Rhett  Traband   on behalf of Defendant   Platinum Estates, Inc. rtraband@broadandcassel.com,
         yportanova@broadandcassel.com
        Rhett  Traband   on behalf of Creditor   New Miami Group, LLC rtraband@broadandcassel.com,
         yportanova@broadandcassel.com

District/off: 113C-0          User: graster-t          Page 18 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Rhett  Traband   on behalf of Creditor    OPMONIES 2 LLC rtraband@broadandcassel.com,
           yportanova@broadandcassel.com
          Rhett  Traband   on behalf of Creditor    Network Resources, LLC rtraband@broadandcassel.com,
           yportanova@broadandcassel.com
          Rhett  Traband   on behalf of Creditor    Marmarser, LLC rtraband@broadandcassel.com,
           yportanova@broadandcassel.com
          Rhett  Traband   on behalf of Creditor    Caro Group, LLC rtraband@broadandcassel.com,
           yportanova@broadandcassel.com
          Rhett  Traband   on behalf of Defendant    OPMonies 2, L.L.C. rtraband@broadandcassel.com,
           yportanova@broadandcassel.com
          Robert C Buschel   on behalf of Attorney Robert C. Buschel buschel@bglaw-pa.com,
           BG.J6R6@case.prolific.com
          Robert C Buschel   on behalf of Defendant    Qtask, Inc., a California corporation
           buschel@bglaw-pa.com,  BG.J6R6@case.prolific.com
          Robert C Buschel   on behalf of Other Professional Baron Reichart Von Wolfsheild
           buschel@bglaw-pa.com,  BG.J6R6@case.prolific.com
          Robert C Buschel   on behalf of Interested Party    Qtask buschel@bglaw-pa.com,
           BG.J6R6@case.prolific.com
          Robert C Buschel   on behalf of Other Professional Robert C. Buschel buschel@bglaw-pa.com,
           BG.J6R6@case.prolific.com
          Robert C Furr, Esq   on behalf of Creditor    Greenwood Capital Partners, LLC ltitus@furrcohen.com,
           atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;furrr84158@notify.bestcase.com
          Robert C Furr, Esq   on behalf of Defendant    LMB Funding Group ltitus@furrcohen.com,
           atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;furrr84158@notify.bestcase.com
          Robert F. Elgidely, Esq.   on behalf of Plaintiff Herbert  Stettin relgidely@gjb-law.com,
           sanderson@gjb-law.com;ekelly@gjb-law.com;chopkins@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@
           gjb-law.com;bsilva@gjb-law.com
          Robert F. Reynolds   on behalf of Creditor George  Levin rreynolds@slatkinreynolds.com,
           imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
          Robert F. Reynolds   on behalf of Defendant David J Boden rreynolds@slatkinreynolds.com,
           imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com
          Robert M Klein   on behalf of Witness Barry M Brant kleinr@kgplp.com,
           montanem@kgplp.com;piersonj@kgplp.com
          Robert M Kline   on behalf of Interested Party    TD Bank, N.A. rkline@mwe.com,
           mcabo@mwe.com;apumariega@mwe.com;jkohlasch@mwe.com
          Robert M Kline   on behalf of Defendant    TD Bank, N.A. rkline@mwe.com,
           mcabo@mwe.com;apumariega@mwe.com;jkohlasch@mwe.com
          Robert M Quinn, Esq   on behalf of Defendant    Mooring Capital Fund, LLC rquinn@carltonfields.com,
           dlester@carltonfields.com;tpaecf@cfdom.net
          Robert M Quinn, Esq   on behalf of 3rd Party Plaintiff    Mooring Capital Fund, LLC
           rquinn@carltonfields.com,  dlester@carltonfields.com;tpaecf@cfdom.net
          Robert M Quinn, Esq   on behalf of Interested Party    Mooring Capital Fund LLC
           rquinn@carltonfields.com,  dlester@carltonfields.com;tpaecf@cfdom.net
          Roderick F. Coleman   on behalf of Creditor    Prince International Ventures, LLC
           rfc@colemanattorneys.com
          Ronald G Neiwirth, Esq.   on behalf of Creditor    Recovery Racing, LLC rneiwirth@gordonrees.com,
           mbperez@gordonrees.com;aschindler@grsm.com
          Ronald G Neiwirth, Esq.   on behalf of Defendant    Recovery Racing, LLC rneiwirth@gordonrees.com,
           mbperez@gordonrees.com;aschindler@grsm.com
          Ross R Hartog   on behalf of Interested Party    J.B. International, LLC rhartog@mrthlaw.com,
           ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com
           ;rhartog@ecf.courtdrive.com
          Roy L. Weinfeld   on behalf of Interested Party    AT&T Corp. rlw@weinfeldlaw.com
          Roy L. Weinfeld   on behalf of Defendant    AT&T Corp. rlw@weinfeldlaw.com
          Roy L. Weinfeld   on behalf of Interested Party    BellSouth Telecommunications, Inc.
           rlw@weinfeldlaw.com
          Russell M. Blain   on behalf of Interested Party Robert C. Furr rblain.ecf@srbp.com,
           rblain@srbp.com
          Russell M. Blain   on behalf of Plaintiff Robert C. Furr rblain.ecf@srbp.com,  rblain@srbp.com
          Sarah J Lis   on behalf of Defendant Brian  Levy slis@waldmanlawfirm.com
          Scott A Stichter   on behalf of Interested Party Robert C. Furr sstichter.ecf@srbp.com
          Scott L. Baena, Esq.   on behalf of Interested Party    Don King Productions, Inc.
           sbaena@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.   on behalf of Defendant    Regent Capital Partners, LLC sbaena@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.   on behalf of Interested Party    Level 3 Capital Fund LP sbaena@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.   on behalf of Defendant    Centurion Structured Growth LLC sbaena@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.   on behalf of Defendant Murray  Huberfeld sbaena@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.   on behalf of Interested Party    Platinum Partners Value Arbitrage Fund LP
           sbaena@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.   on behalf of Defendant    Bodner Family Foundations sbaena@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Scott L. Baena, Esq.   on behalf of Interested Party    Bodner Family Foundation sbaena@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com

District/off: 113C-0          User: graster-t          Page 19 of 20          Date Rcvd: Oct 31, 2018
                              Form ID: pdf004          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Scott L. Baena, Esq.    on behalf of Interested Party Laura  Huberfeld sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant    The Bodner Family Foundation sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant Naomi  Bodner sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant    Don King Productions, Inc. sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant Dahlia  Kalter sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant    Level 3 Capital Fund LP sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party    Level 3 Capital Management LP
               sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant    Platinum Partners Credit Opportunities Fund LP
               sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party    Regent Capital Partners, LLC
               sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant Laura  Huberfeld sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party Dahlia  Kalter sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant    Platinum Partners Value Arbitrage Fund LP
               sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party Mark  Nordlicht sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant David  Bodner sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party Murray  Huberfeld sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party Naomi  Bodner sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party    Centurion Structured Growth LLC
               sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party David  Bodner sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Interested Party    Platinum Partners Credit Opportunities
               Fund LP sbaena@bilzin.com,   eservice@bilzin.com;lflores@bilzin.com
              Scott L. Baena, Esq.    on behalf of Defendant Mark  Nordlicht sbaena@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com
              Seth  Lehrman, Esq.    on behalf of Interested Party    LM seth@epllc.com,  ecf@epllc.com
              Seth  Lehrman, Esq.    on behalf of Interested Party    Farmer, Jaffe, Weissing, Edwards, Fistos &
               Lehrman, P.L. seth@epllc.com,  ecf@epllc.com
              Stephen R Leslie, Esq    on behalf of Interested Party Robert C. Furr sleslie.ecf@srbp.com
              Steven  R Safra    on behalf of Creditor Edward J. Morse Steven.Safra@csklegal.com,
               david.caballero@csklegal.com;shelly.zambo@csklegal.com;renee.nail@csklegal.com;hazel.colon@cskleg
               al.com
              Steven  R Safra    on behalf of Creditor Joseph  Sparveri Steven.Safra@csklegal.com,
               david.caballero@csklegal.com;shelly.zambo@csklegal.com;renee.nail@csklegal.com;hazel.colon@cskleg
               al.com
              Steven D Schneiderman    on behalf of U.S. Trustee    Office of the US Trustee
               Steven.D.Schneiderman@usdoj.gov
              Steven D Weber    on behalf of Plaintiff Herbert  Stettin sweber@bergersingerman.com,
               efile@bergersingerman.com;DRT@ecf.inforuptcy.com
              Steven E Seward    on behalf of Defendant Kimberly A Rothstein steven.seward@gmail.com
              Steven E Seward    on behalf of Interested Party Scott W. Rothstein steven.seward@gmail.com
              Steven E Seward    on behalf of Defendant Scott Walter Rothstein steven.seward@gmail.com
              Steven H Friedman, Esq    on behalf of Creditor    Legal Staffing, Inc. steven@stevenfriedmanlaw.com
              Steven J. Solomon, Esq.    on behalf of Defendant    Suntrust Bank, N.A.
               steven.solomon@gray-robinson.com,
               lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
              Stuart B Yanofsky    on behalf of Defendant Reynaldo  Leon stuart@stuartyanofsky.com
              Sundeep K Mullick    on behalf of Creditor    Investors Risk Advantage LLC sunny@mullicklaw.com
              Sundeep K Mullick    on behalf of Creditor    Ira Sochet Inter Vivos Trust sunny@mullicklaw.com
              Tamara D McKeown    on behalf of Creditor    FEP Victims Group tdmckeown@mckeownpa.com
              Theresa M Van Vliet    on behalf of Plaintiff Herbert  Stettin tvanvliet@gjb-law.com,
               chopkins@gjb-law.com
              Thomas L Abrams, Esq    on behalf of Defendant Sharon  Vine tabrams@tabramslaw.com,
               dabrams@tabramslaw.com
              Thomas L Abrams, Esq    on behalf of Defendant Rubin  Vine tabrams@tabramslaw.com,
               dabrams@tabramslaw.com
              Thomas R. Lehman, Esq.    on behalf of Defendant    Sussco, Inc. trl@lklsg.com,
               esf@lklsg.com;ar@lklsg.com
              Thomas R. Lehman, Esq.    on behalf of Creditor    Sussco, Inc. trl@lklsg.com,
               esf@lklsg.com;ar@lklsg.com
              Timothy J Norris, Esq    on behalf of Defendant    Ballamor Capital Management, LLC
               tjnorris@duanemorris.com
              Timothy J Norris, Esq    on behalf of Defendant Barry R Bekkedam tjnorris@duanemorris.com

District/off: 113C-0          User: graster-t          Page 20 of 20          Date Rcvd: Oct 31, 2018
                             Form ID: pdf004           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Timothy J Norris, Esq   on behalf of Defendant   Landing Rock Group, L.L.C.
           tjnorris@duanemorris.com
          Timothy J Norris, Esq   on behalf of Defendant   Ballamor Capital Management, Inc.
           tjnorris@duanemorris.com
          Trustee Services, Inc.   kaw@trusteeservices.biz,
           sandirose.magder@gmail.com;laura@trusteeservices.biz
          Valerie  Barton Barnhart   on behalf of Defendant Michael  Kent vbarnhart@kelleykronenberg.com,
           jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com
          Valerie  Barton Barnhart   on behalf of Defendant   Mikent, Inc. vbarnhart@kelleykronenberg.com,
           jgardella@kelleykronenberg.com;sosber@kelleykronenberg.com
          Victor H Veschio   on behalf of Defendant   Bank Of America, N.A. VVESCHIO@GIBBLAW.COM,
           VVESCHIO@GIBBLAW.COM
          William E Calnan   on behalf of Interested Party Brian  Levy wcalnan@waldmanlawfirm.com,
           lsavarese@waldmanlawfirm.com
          William E Calnan   on behalf of Defendant Brian  Levy wcalnan@waldmanlawfirm.com,
           lsavarese@waldmanlawfirm.com
          William G Salim Jr   on behalf of Creditor Committee   Official Committee of Creditors
           wsalim@mmsslaw.com,  cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Creditor   NF Servicing, LLC wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant Josephine  Tonacchio wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant Rachel  Levy wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant   Tona Development and Construction, L.L.C.
           wsalim@mmsslaw.com,  cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Creditor Ben Zion Varon wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Creditor Ovadia  Levy wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Creditor Rachel  Levy wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant Mordechai  Bar-Adon wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Creditor Daniel  Mink a/k/ Minkowitz wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant Shimon  Levy wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant   T&L Investors Corp. wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant Ben Zion  Varon wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Creditor Shimon  Levy wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Creditor Mordechai  Bar Adon wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant Daniel  Minkowitz wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Witness Ovadia  Levy wsalim@mmsslaw.com,  cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Defendant Domenick  Tonacchio wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
          William G Salim Jr   on behalf of Witness   Sea Club Ocean Resort Hotel, Inc. wsalim@mmsslaw.com,
           cleibovitz@mmsslaw.com
                                                                          TOTAL: 783



**ORDERED in the Southern District of Florida on October 30, 2018.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

ROTHSTEIN ROSENFELDT ADLER, PA,                    Case No. 09-34791-BKC-RBR.,


        Debtor(s).                                                   Chapter 11
_____/

**ORDER TAKING ORDER TO SHOW CAUSE WHY FOWLER WHITE AND JEFFREY
EPSTEIN SHOULD NOT BE HELD IN CONTEMPT AND SCHEDULING EVIDENTIARY
SHOW CAUSE HEARING UNDER ADVISEMENT [D.E. 6366]**

THIS MATTER came before the Court for a hearing on October 26, 2018, upon the Court's *Order to Show Cause Why Fowler White and Jeffrey Epstein Should Not Be Held in Contempt and Scheduling Evidentiary Show Cause Hearing* [D.E. 6366]. The Court took the matter under advisement and required the submission of proposed orders by **November 13, 2018**. The proposed orders should address the narrow issue of whether this Court's *Agreed Order Cancelling Hearing on Motion for Relief from Amended Order [D.E. 1068] and to Compel Jeffrey Epstein to Pay for the Production of All Documents in Response to His*

*Request Filed by Interested Party Farmer, Jaffe, Weissing, Edwards, Fistos, & Lehrman, P.L.* [D.E. 1194]

was violated.  Parties may refer to relevant case law, uncontested facts and the Courts *Order to Show Cause*

*Why Fowler White and Jeffrey Epstein Should Not be Held in Contempt and Scheduling Evidentiary Show*

*Cause Hearing* [D.E. 6366]. This date may be extended *ex parte* pursuant to the local rules.

The parties shall electronically mail (i.e. e-mail) proposed orders in word processing format (Word or

WordPerfect) to this Court's electronic mailbox, RBR_Chambers@flsb.uscourts.gov. **DO NOT upload or**

**file proposed orders through CM/ECF.**  The subject line in the e-mail shall include the case number,

docket entry number for the matter under advisement, and the title of the party. (e.g. 09-34791, 6366, Fowler

White).

###

*The Clerk shall provide copies to:*
John Scarola, Esq.
[Attorney Scarola is directed to serve a conformed copy of this Order on all interested parties immediately
upon receipt hereof and to file a certificate of service]

2