UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                             CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,         CONFIRMED CHAPTER 11

      Debtor.

_____/

### NOTICE OF FILING LIQUIDATING TRUSTEE'S TWENTY-FOURTH FINANCIAL REPORT WITH RESPECT TO THE RRA LIQUIDATING TRUST FOR THE PERIOD APRIL 1, 2019 THROUGH JUNE 30, 2019

Michael I. Goldberg, as Liquidating Trustee of the RRA Liquidating Trust, hereby submits this *Notice of Filing Liquidating Trustee's Twenty-Fourth Financial Report with Respect to the RRA Liquidating Trust for the Period April 1, 2019 through June 30, 2019* pursuant to Section 5.5 of the Liquidating Trust Agreement dated July 22, 2013.

Dated:  July 18, 2019                         Respectfully Submitted,

**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301
Telephone:  (954) 463-2700
Facsimile:   (954) 463-2224

By: /s/ *Michael I. Goldberg*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
michael.goldberg@akerman.com
Joan M. Levit, Esq.
Florida Bar No. 987530
joan.levit@akerman.com

49479781;1

CASE NO.: 09-34791-BKC-RBR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties who receive notice by electronic mail through the Court's CM/ECF system this 18th day of July, 2019.

By: /s/ *Michael Goldberg*
Michael Goldberg, Esq.

49479781;1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:                                                          CASE No.:  09-34791-BKC-RBR

RRA LIQUIDATING TRUST                                           JUDGE     Raymond B. Ray

                                                                CHAPTER 11


LIQUIDATING TRUSTEE'S FINANCIAL REPORTS

FOR THE PERIOD

FROM      04/01/19      TO      06/30/19


Attorney's Address
and Phone Number:

Michael I Goldberg
Akerman LLP
350 East Las Olas Blvd., #1600
Ft. Lauderdale, FL 33301
954-463-2700

FINANCIAL REPORT FOR RRA LIQUIDATING TRUST
FOR THE PERIOD BEGINNING    04/01/19    AND ENDING    06/30/19

Name:    RRA LIQUIDATING TRUST    Case Number    09-34791-BKC-RBR

| | CURRENT MONTH | CUMULATIVE TRUST CREATION TO DATE |
|---|---|---|
| 1. CASH AT BEGINNING OF PERIOD | 2,999,748.49 | $113,504,015.22 |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| (Room Rental) | | |
| Net Cash Sales | | |
| B. Collection on Postpetition A/R | | $110.00 |
| C. Collection on Prepetition A/R | $912.50 | $53,997.98 |
| D. Other Receipts (Attach List) | $4,041.66 | $137,192,489.33 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS | $4,954.16 | $137,246,597.31 |
| 4. TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $3,004,702.65 | $250,750,612.53 |
| 5. DISBURSEMENTS | | |
| A. U.S. Trustee Quarterly Fees | $650.00 | $185,828.24 |
| B. Net Payroll | | $0.00 |
| C. Payroll Taxes Paid | | $0.00 |
| D. Sales and Use Taxes | | |
| E. Other Taxes | | $51,681.76 |
| F. Rent | | $291,310.99 |
| G. Other Leases (Attachment 3) | | $0.00 |
| H. Telephone | | $4,113.54 |
| I. Utilities | | $27,190.82 |
| J. Travel & Entertainment | | $0.00 |
| K. Vehicle Expenses (Repair & Main.) | | $0.00 |
| L. Office Supplies | $1,447.60 | $104,371.63 |
| M. Advertising | | $0.00 |
| N. Insurance | | $72,697.24 |
| O. Purchases of Fixed Assets | | |
| P. Purchases of Inventory (materials) | | |
| Q. Manufacturing Supplies | | |
| R. Repairs & Maintenance | | $434,943.70 |
| S. Other Operating Expenses | | $14,651.24 |
| (Attached List) | $2,502,436.47 | $249,063,654.79 |
| 6. TOTAL CASH DISBURSEMENTS | $2,504,534.07 | $250,250,443.95 |
| 7. ENDING CASH BALANCE (LINE 4-LINE 6) | $500,168.58 | $500,168.58 |
| 8. These disbursements relate to the return of client funds and, at the direction of the United States Trustee, are not included in the calculation of the fees owed to the United States Trustee. | | $0.00 |
| 9 ADJUSTED CASH DISBURSEMENTS (LINE 6 - LINE 8) | $2,504,534.07 | $250,250,443.95 |

I declare under penalty of perjury that this statement and the
accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of July       , 2019

Michael Goldberg, Liquidating Trustee

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each item of Other Receipts and List Amount of Receipts

| Description | Current Month | Cumulative Trust to Date |
|---|---|---|
| Political Contributions Returned | $        - | $        - |
| Charitable Contributions Returned | | $        - |
| Transfers | | $        - |
| Insurance Refund | | $        242.10 |
| Vendor Refunds | $    4,041.66 | $    58,798.12 |
| Service Charge Reversal | | $        - |
| Interest Income | | $    185,310.05 |
| Income re: Disposition of Assets | | $        - |
| Contingency Settlements | | $        - |
| Payroll Tax Refund | | $        - |
| Other settlements | | $   34,522,587.41 |
| Refund of Previously Seized Funds | | $        - |
| Disbursements Rec'd on behalf of POC's filed by Trustee | | $        - |
| Funds transferred to Liquidating Trustee from Dept of Treasury | | $   17,525,033.28 |
| Return of Administrative Fees | | $        - |
| Misc Income | | $    1,500.00 |
| voided checks from prior period closed account | | $    5,496.94 |
| Proceeds from Sale of jewerly | | $    951,100.47 |
| Proceeds from Sale of gold bars | | $    125,943.83 |
| Proceeds from Liquidation of Forfeiture Properties | | $   11,182,413.90 |
| Proceeds from sale of Bova Smoke's Liquor license | | $    97,912.00 |
| TOTAL OTHER RECEIPTS | $    4,041.66 | $   64,656,338.10 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officers/Owners, related parties, directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**
Describe Each item of other Disbusements and List Amount of Disbursement.

| Description | Current Month | Cumulative Trust to Date |
|---|---|---|
| Berkowitz Dick Pollack & Brant | | $    515,438.52 |
| Genovese Joblove Batista | | $   2,592,890.91 |
| Berger Singerman | $   344,489.75 | $   7,252,436.85 |
| Herbert Stettin | | $   4,346,442.28 |
| Akerman Senterfitt | $   427,708.93 | $   6,480,923.74 |
| Professional Fees - Auction | | $        - |
| Money Seized by Federal Government | | $        - |
| Transfers | | $        - |
| Client Settlement Payments (***) | | $    100,000.00 |
| Client Costs | | $        - |
| Returned Deposits | | $        - |
| Other Estate Professional Fees | $    29,431.79 | $   1,979,185.09 |
| Contract Labor | $       806.00 | $    207,102.68 |
| Trustee Services, Inc | | $    89,570.23 |
| Costs re: Disposition of Assets | | $    18,022.21 |
| Contribution Refunds | | $        - |
| Service Charges | | $    163,691.88 |
| Payment of Administrative Claim | | $        - |
| Refund COBRA premiums | | $        - |
| Closing of CDs per DE137 | | $        - |
| Moving Expenses | | $        - |
| Allocation of settlement proceeds (DE 1307 and 3025) | | $        - |
| SWR Attorney fees per court order (DE #3091) | | $        - |
| Return of Client Funds | | $        - |
| Publication Notice | | $        - |
| Mediation Fees | | $    53,669.75 |

| | | |
|---|---|---|
| Claims Distribution | $ 1,700,000.00 | $ 225,231,780.65 |
| Commission on sale of stock | $ - | $ 32,500.00 |
| **TOTAL OTHER DISBURSEMENTS** | $ 2,502,436.47 | $ 249,063,654.79 |

ATTACHMENT 1

ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

Name:  RRA LIQUIDATING TRUST          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning       04/01/19          Period Ending  6/30/2019

ACCOUNTS RECEIVABLE AT PETITION DATE:          $13,289,287

ACCOUNTS RECEIVABLE RECONCILIATION (Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | |
|---|---:|
| Beginning of Month Balance | 9,770,216.50 |
| PLUS: Current Month New Billings | |
| LESS: Collection During the Month | $912.50 |
| : Adjustments | 437.50 |
| End of Month Balance | $ 9,768,866.50 |

AGING: (Show the total amount for each age group of accounts incurred since filing the petition)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| 0 | 0 | 0 | 9,768,867 | 9,768,867 |

ATTACHMENT 2

ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name:        RRA LIQUIDATING TRUST                    Case Number:  09-34791-BKC-RBR

Reporting Period Beginning            04/01/19            Period Ending  6/30/2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | **N/A** | | |

ACCOUNTS PAYABLE RECONCILIATION (Post Petition Only):

| | |
|---|---|
| Opening Balance | $    54,070 |
| PLUS:  New Indebtedness Incurred This Month | |
| LESS:  Amount Paid on Prior Accounts Payable | |
| LESS: Adjustment by Creditors | 54,070 |
| Ending Month Balance | $    - |

SECURED;  List the status of Payments to Secured Creditors and Lessors (Post Petition Only)

| Secured Creditor/ Lessor | Date Payment Due | Payment Amount | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |

ATTACHMENT 3

INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  RRA LIQUIDATING TRUST                          Case Number:  09-34791-BKC-RBR

Reporting Period Beginning            04/01/19            Period Ending    6/30/2019

INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                                   N/A

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of Month | |
| Inventory Purchased During Month | |
| Inventory Used & Cost Adjusted* | |
| Inventory On Hand at End of Month | |

Method of Costing Inventory:

FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:              $1,932,499
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):        Tenant improvements, furniture & fixtures, computer equipment

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $5,000 |
| LESS:  Depreciation Expense | $0 |
| LESS:  Leasehold Improvements Abandonded | |
| LESS:  Assets sold at Auction | - |
| LESS:  Valuation Written Down by Liquidating Trustee | (5,000) |
| PLUS:  New Purchases | $0 |
| Ending Monthly Balance | $0 |

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE
REPORTING PERIOD:            The Liquidating Trustee has reviewed the remaining inventory and fixed assets
and has revalued them to be $5,000.00.

ATTACHMENT 7

SUMMARY OF OFFICER OR OWNER COMPENSATION

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name:    RRA LIQUIDATING TRUST                      Case Number:  09-34791-BKC-RBR

Reporting Period Beginning        04/01/19          Period Ending        6/30/2019

Report all compensation received during the month.  Do not include reimbursement for expenses incurred for which you have receipts.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | No payments made. | |

## PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

## CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.

| Agent & Carrier | Phone Number | Policy No. | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Penn-America Insurance Company | 1-800-788-4780 | PAV0128984 | General Commercial and General Property | 4/12/2019 | Policy Paid in Full |

ATTACHMENT 8

CHECK REGISTER

Name:   RRA LIQUIDATING TRUST                          Case Numbe 09-34791-BKC-RBR

Reporting Period Beginning          04/01/19            Period Endi          6/30/2019

NAME OF BANK:          SUNTRUST BANK               BRANCH:  FT. LAUDERDALE

ACCOUNT NAME:          IOTA

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Transaction Type | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|---|
| 11/20/18 | Deposit | | | Settlement-Rosenfeldt tax refund | $1,700,000.00 |
| 12/20/18 | Disbursement | 105075 | Berger Singerman | Disbursement attorney fees | ($233,333.50) |
| 12/28/18 | Disbursement | 105076 | Akerman LLP | Disbursement attorney fees | ($233,333.50) |
| 12/28/18 | Disbursement | 105077 | TD Bank | Distribution | ($933,333.50) |
| 01/02/19 | Disbursement | 105083 | Marsh USA, Inc | Bond Renewal | ($868.00) |
| | | | | **TOTAL** | **$299,131.50** |

ATTACHMENT 4.54

BANK ACCOUNT RECONCILIATION

Name:       RRA LIQUIDATING TRUST                           Case Number:   09-34791-BKC-RBR

Reporting Period Beginning        04/01/19                  Period Ending        6/30/2019


NAME OF BANK:       BANK OF AMERICA                         BRANCH:      Ft. Lauderdale

ACCOUNT NAME:       MICHAEL I GOLDBERG, LIQUIDATING TRUSTEE

ACCOUNT NUMBER:        898052374103

PURPOSE OF ACCOUNT:        OPERATING

| | |
|---|---:|
| Beginning Balance | $2,700,513.18 |
| Total of Deposits Made | $4,954.16 |
| Total Amount of Checks Written or Automatic Withdraw | $2,504,534.07 |
| Internal Transfers (from Stettin Operating Account) | |
| Interest Income | |
| Service Fees | |
| Stop payment check #2551 | |
| | |
| Proceeds from Liquidation of Forfeiture Properties (deposit in transit) | |
| Closing Balance | $200,933.27 |

| | |
|---|---:|
| Number of First Check Written this Period | 2581 |
| Number of Last Check Written this Period | 2593 |
| | |
| Total Number of Checks this Period | 13 |

* Bank checks were issued for all disbursements from this acct

ATTACHMENT 5.54

CHECK REGISTER

Name of Debtor: RRA LIQUIDATING TRUST                          Case Number: 09-34791-BKC-RBR

Reporting Period Beginning      04/01/19                       Period Ending             6/30/2019

NAME OF BANK:          BANK OF AMERICA                         BRANCH:    Ft. Lauderdale

ACCOUNT NAME:          MICHAEL I GOLDBERG, LIQUIDATING TRUSTEE

ACCOUNT NUMBER:        898052374103

PURPOSE OF ACCOUNT:    OPERATING

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/4/2019 | 2581 | T.D Bank, NA | Settlement Payment | 500,000.00 |
| 4/4/2019 | 2582 | T.D Bank, NA | Settlement Payment | 1,200,000.00 |
| 4/4/2019 | 2583 | Berger Singerman | Professional Fees | 300,000.00 |
| 4/22/2019 | 2584 | Akerman LLP | Professional Fees | 300,000.00 |
| 4/26/2019 | 2585 | ARC Broward | Office Expense | 1,076.10 |
| 4/26/2019 | 2586 | U.S. Trustee | Trustee Fees | 650.00 |
| 4/26/2019 | 2587 | Conrad & Scherer | Professional Fees | 18,600.00 |
| 4/26/2019 | 2588 | Kelley Kronenberg | Professional Fees | 6,400.00 |
| 5/15/2019 | 2589 | Sharyn Orlan CPA PA | Contract Labor | 806.00 |
| 5/15/2019 | 2590 | Akerman LLP | Professional Fees | 127,708.93 |
| 5/15/2019 | 2591 | Berger Singerman | Professional Fees | 44,489.75 |
| 5/15/2019 | 2592 | Kapila Mukamal | Professional Fees | 4,431.79 |
| 5/15/2019 | 2593 | Shred-it USA | Office Expene | 371.50 |
| | * Bank checks were issued for all disbursements from this acct | | | |
| | | | TOTAL | $2,504,534.07 |

ATTACHMENT 4.0

BANK ACCOUNT RECONCILIATION

Name:      RRA LIQUIDATING TRUST                    Case Number:    09-34791-BKC-RBR

Reporting Period Beginning      04/01/19            Period Ending    6/30/2019


NAME OF BANK:          REGIONS BANK                 BRANCH:    Coral Gables

ACCOUNT NAME:          STETTIN OPERATING

ACCOUNT NUMBER:           1046007087

PURPOSE OF ACCOUNT:       OPERATING

| | |
|---|---:|
| Beginning Balance | $0.00 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | |
| Internal Transfers (to Michael Goldberg Liquidating Trustee) | $0.00 |
| Interest Income | $0.00 |
| Service Charge | |
| Closing Balance | $0.00 |

| | |
|---|:---:|
| Number of First Check Written this Period | * |
| Number of Last Check Written this Period | * |
| | |
| Total Number of Checks this Period | * |

* Bank checks were issued for all disbursements from this acct

ATTACHMENT 5.0

CHECK REGISTER

Name:      RRA LIQUIDATING TRUST      Case Number:      09-34791-BKC-RBR

Reporting Period Beginning      04/01/19      Period Ending      6/30/2019

NAME OF BANK:      REGIONS BANK      BRANCH:      Coral Gables

ACCOUNT NAME:      STETTIN OPERATING

ACCOUNT NUMBER:      1046007087

PURPOSE OF ACCOUNT:      OPERATING

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| | | | | |

* Bank checks were issued for all disbursements from this acct

| | | | TOTAL | $0.00 |

ATTACHMENT 4.1

BANK ACCOUNT RECONCILIATION

Name:                RRA LIQUIDATING TRUST                    Case Number:   09-34791-BKC-RBR

Reporting Period Beginning        04/01/19                   Period Ending   6/30/2019

NAME OF BANK:          REGIONS BANK                          BRANCH:   Coral Gables

ACCOUNT NAME:          STETTIN IOTA 09

ACCOUNT NUMBER:            1046007112

PURPOSE OF ACCOUNT:        IOTA TRUST

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | $0.00 |
| Internal Transfers | |
| Interest Income | $0.00 |
| Closing Balance | $0.00 |
| Number of First Check Written this Period | * |
| Number of Last Check Written this Period | * |
| Total Number of Checks this Period | * |

* Bank checks were issued for all disbursements from this acct

ATTACHMENT 5.1

CHECK REGISTER

Name: RRA LIQUIDATING TRUST     Case Number: 09-34791-BKC-RBR

Reporting Period Beginning    04/01/19     Period Ending    6/30/2019

NAME OF BANK:    REGIONS BANK     BRANCH:    Coral Gables

ACCOUNT NAME:    STETTIN IOTA 09

ACCOUNT NUMBER:    1046007112

PURPOSE OF ACCOUNT:    IOTA TRUST

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| * Bank checks were issued for all disbursements from this acct | | | | |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       | TOTAL   | -      |

ATTACHMENT 4.2

BANK ACCOUNT RECONCILIATION

Name:     RRA LIQUIDATING TRUST                     Case Number:   09-34791-BKC-RBR

Reporting Period Beginning     04/01/19              Period Ending   6/30/2019

NAME OF BANK:     REGIONS BANK                       BRANCH:   Coral Gables

ACCOUNT NAME:     STETTIN BANYON 09

ACCOUNT NUMBER:     1046007078

PURPOSE OF ACCOUNT:   BANYON ACCT

| | |
|---|---:|
| Beginning Balance | $0.00 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | $0.00 |
| Interest Income | $0.00 |
| Closing Balance | $0.00 |

| | |
|---|---:|
| Number of First Check Written this Period | 0 |
| Number of Last Check Written this Period | 0 |
| Total Number of Checks this Period | 0 |

ATTACHMENT 5.2

CHECK REGISTER

Name:        RRA LIQUIDATING TRUST                   Case Number:   09-34791-BKC-RBR

Reporting Period Beginning      04/01/19          Period Ending        6/30/2019

NAME OF BANK:        REGIONS BANK                BRANCH:   Coral Gables

ACCOUNT NAME:        STETTIN BANYON 09

ACCOUNT NUMBER:        1046007078

PURPOSE OF ACCOUNT:        BANYON ACCT

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       | **TOTAL** | **$0.00** |

ATTACHMENT 4.3

BANK ACCOUNT RECONCILIATION

Name:        RRA LIQUIDATING TRUST                    Case Number:    09-34791-BKC-RBR

Reporting Period Beginning        04/01/19             Period Ending    6/30/2019

NAME OF BANK:        REGIONS BANK                      BRANCH:    Coral Gables

ACCOUNT NAME:        STETTIN RE 09

ACCOUNT NUMBER:        1046007069

PURPOSE OF ACCOUNT:    REAL ESTATE TRUST

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total of Deposits Made | |
| Total Amount of Checks Written or Automatic Withdraw | $0.00 |
| Interest Income | $0.00 |
| Closing Balance | $0.00 |
| Number of First Check Written this Period | 0 |
| Number of Last Check Written this Period | 0 |
| Total Number of Checks this Period | 0 |

-PGH    Doc 6573    Filed 07/18/19    Page 21 of 25

ATTACHMENT 5.3

CHECK REGISTER

Name:    RRA LIQUIDATING TRUST              Case Number:    09-34791-BKC-RBR

Reporting Period Beginning    04/01/19        Period Ending    6/30/2019

NAME OF BANK:    REGIONS BANK              BRANCH:    Coral Gables

ACCOUNT NAME:    STETTIN RE 09

ACCOUNT NUMBER:    1046007069

PURPOSE OF ACCOUNT: REAL ESTATE TRUST

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  | **TOTAL** | **$0.00** |

ATTACHMENT 4.4

BANK ACCOUNT RECONCILIATION

Name:   RRA LIQUIDATING TRUST                    Case Number:   09-34791-BKC-RBR

Reporting Period Beginning   04/01/19            Period Ending   6/30/2019


NAME OF BANK:   TD BANK                          BRANCH:   FT LAUDERDALE

ACCOUNT NAME:   ROTHSTEIN ROSENFELDT ADLER PA

ACCOUNT NUMBER:   4246051629

PURPOSE OF ACCOUNT:   D3 TRUST - TRUST 21

| | |
|---|---:|
| Beginning Balance | $100.00 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | $0.00 |
| Service Charges | $0.00 |
| Closing Balance | $100.00 |
| Number of First Check Written this Period | 0 |
| Number of Last Check Written this Period | 0 |
| Total Number of Checks this Period | 0 |

ATTACHMENT 5.4

CHECK REGISTER

Name:    RRA LIQUIDATING TRUST                    Case Number:    09-34791-BKC-RBR

Reporting Period Beginning    04/01/19    Period Ending    6/30/2019

NAME OF BANK:    TD BANK    BRANCH:    FT LAUDERDALE

ACCOUNT NAME:    ROTHSTEIN ROSENFELDT ADLER PA

ACCOUNT NUMBER:    4246051629

PURPOSE OF ACCOUNT:    D3 TRUST - TRUST 21

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | | Check Number | | Payee | | Purpose | Amount |
|------|--|--------------|--|-------|--|---------|--------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**TOTAL**    $0.00

ATTACHMENT 4.5

BANK ACCOUNT RECONCILIATION

Name:        RRA LIQUIDATING TRUST                    Case Number:    09-34791-BKC-RBR

Reporting Period Beginning        04/01/19               Period Ending    6/30/2019

NAME OF BANK:        REGIONS BANK                      BRANCH:    Coral Gables

ACCOUNT NAME:        STETTIN OPERATING

ACCOUNT NUMBER:              130571502

PURPOSE OF ACCOUNT:        OPERATING

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total of Deposits Made | $0.00 |
| Total Amount of Checks Written or Automatic Withdraw | $0.00 |
| Service Charges | $0.00 |
| Internal Transfers | |
| Stop Payments | $0.00 |
| Closing Balance | $0.00 |

Number of First Check Written this Period
Number of Last Check Written this Period

Total Number of Checks this Period                              0

ACCOUNT HAS BEEN CLOSED

ATTACHMENT 5.5

CHECK REGISTER

Name:          RRA LIQUIDATING TRUST                    Case Number:  09-34791-BKC-RBR

Reporting Period Beginning          04/01/19                    Period Ending          6/30/2019

NAME OF BANK:          REGIONS BANK                    BRANCH:    Coral Gables

ACCOUNT NAME:          STETTIN OPERATING

ACCOUNT NUMBER:          130571502

PURPOSE OF ACCOUNT:          OPERATING

Accounts for All Check Numbers, Including Voided, Lost, Stopped Payment, Etc.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       | TOTAL   | $0.00  |