**ORDERED in the Southern District of Florida on July 19, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re — CASE NO. 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A., — CHAPTER 11

Debtor.
_______________________________________/

**ORDER GRANTING INSURERS' MOTION TO INTERVENE AND MODIFY THE DECEMBER 29, 2010 STIPULATED PROTECTIVE ORDER [D.E. 6557]**

THIS CAUSE came before the Court on the Motion to Intervene and Modify the December 29, 2010 Stipulated Protective Order [D.E. 6557] (the "**Motion**") filed by non-parties "LLOYD'S UNDERWRITERS" THAT SUBSCRIBE TO POLICY NUMBER MMF/1710, PRIMARY LONDON REFERENCE NUMBER B0509QA025509 AND EXCESS LONDON REFERENCE NUMBERS QA025609, QA025709, QA025809 AND QA025909, ANTARES UNDERWRITING LIMITED FOR ITSELF AND ON BEHALF OF ALL MEMBERS OF LLOYD'S SYNDICATE 1274 (AUL) FOR THE OPERATING YEAR OF 2009, CATLIN SYNDICATE LIMITED FOR ITSELF AND ON BEHALF OF ALL MEMBERS OF LLOYD'S

SYNDICATE 2003 (SJC) FOR THE OPERATING YEAR OF 2009, NOVAE CORPORATE UNDERWRITING LIMITED AND/OR NOVAE SYNDICATES LIMITED FOR THEMSELVES AND ON BEHALF OF ALL MEMBERS OF LLOYD'S SYNDICATE 2007 (NVA) FOR THE OPERATING YEAR OF 2009, ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, AND ACE CAPITAL V LIMITED FOR THEMSELVES AND ON BEHALF OF ALL MEMBERS OF LLOYD'S SYNDICATE 2488 (AGM) FOR THE OPERATING YEAR OF 2009, BRIT UW LIMITED FOR ITSELF AND ON BEHALF OF ALL MEMBERS OF LLOYD'S SYNDICATE 2987 (BRIT) FOR THE OPERTING YEAR OF 2009, CHAUCER CORPORATE CAPITAL (NO. 3) LIMITED (FORMERLY KNOWN AS PEMBROKE 4000 LIMITED) AND/OR PEMBROKE 4000 LIMITED, CHAUCER CORPORATE CAPITAL (NO. 2) LIMITED, AND/OR IRONSHORE CORPORATE CAPITAL LTD. FOR THEMSELVES AND ON BEHALF OF ALL MEMBERS OF LLOYD'S SYNDICATE 4000 (PEM) FOR THE OPERTING YEAR OF 2009, ASPEN INSURANCE UK LIMITED, GREAT LAKES REINSURANCE (UK) PLC, LEXINGTON INSURANCE COMPANY, AIG INSURANCE COMPANY OF CANADA (FORMERLY KNOWN AS AIG COMMERCIAL INSURANCE COMPANY OF CANADA) AND/OR AIG COMMERCIAL INSURANCE COMPANY OF CANADA, CHARTIS EXCESS LIMITED (FORMERLY KNOWN AS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LIMITED) AND/OR AIG EXCESS LIABILITY INSURANC E INTERNATIONAL LIMITED, ALLIED WORLD ASSURANCE COMPANY LTD., ARCH INSURANCE COMPANY AND/OR ARCH INSURANCE CANADA LTD., AXIS SPECIALTY INSURANCE COMPANY AND/OR AXIS SPECIALTY LIMITED, CHUBB INSURANCE COMPANY OF CANADA, ENDURANCE SPECIALTY INSURANCE LTD., HOUSTON CASUALTY COMPANY, LIBERTY MUTUAL

INSURANCE COMPANY, MARKEL BERMUDA LIMITED (FORMERLY KNOWN AS MAX BERMUDA LTD.) AND/OR MAX BERMUDA LTD. and XL INSUANCE COMPANY PLC (FORMERLY KNOWS AS XL INSURANCE COMPANY LIMITED) AND/OR XL INSURANCE LIMITED (collectively, the "**Insurers**"), and the Court having considered the moving papers and all other matters presented to the Court, including the lack of opposition or objection, it is hereby **ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. The Court hereby orders that the Insurers are allowed to intervene in this action for the limited purpose of modifying the December 29, 2010 Stipulated Protective Order [D.E. 1275]. Further, the Court modifies the December 29, 2010 Stipulated Protective Order [D.E. 1275] to add the following Paragraph 7:

> Notwithstanding any of the other provisions of this Protective Order, TD Bank N.A. is permitted to produce all Confidential Information to the Insurers as part of Ontario proceeding CV-14-495750, and the use of the Confidential Information by the Insurers shall be governed by this protective order or any protective order taken out in that action, which the Insureds will use their best efforts to obtain. All other provisions of the Protective Order shall remain the same.

# # #

**Submitted by:**
Cristina B. Rodriguez
Stroock & Stroock & Lavan LLP
200 S. Biscayne Blvd., Suite 3100
Miami, Florida 33131
Telephone: 305.789.9354
Email: cbrodriguez@stroock.com

Copies furnished to:
Cristina B. Rodriguez

[Attorney Rodriguez is directed to serve a copy of this Order upon all parties in interest.]