UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    CASE NO.: 09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,          CONFIRMED CHAPTER 11

    Debtor.

_____/

## NOTICE OF WITHDRAWAL OF ATTORNEY WITHIN SAME FIRM

**PLEASE TAKE NOTICE** that Joan Levit hereby withdraws as counsel for the Liquidating Trustee in the above-styled action.  Joan Levit is no longer with the firm of Akerman LLP and advises that the Liquidating Trustee consents to this withdrawal.  The Liquidating Trustee will continue to be represented by his other attorneys of record in this action.  Joan Levit should be removed from all service lists for this action.

Respectfully submitted,

By: */s/ Joan M. Levit*
    Joan M. Levit, Esq.
    151 N. Nob Hill Road, # 468
    Plantation, FL 33324
    (954) 475-8504
    joan.levit.law@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties who receive notice by electronic mail through the Court's CM/ECF system this 17th day of December 2020.

By: */s/ Joan M. Levit*

55753825;1